# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BINAH GORDON, | : | |
| KAY MAYERS, and | : | |
| S.N., | : | |
| *individually and on behalf of all similarly situated individuals*, | : | CASE NO.: 3:24-CV-01447-VAB |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | September 19, 2024 |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Attorney Christopher A. Costain of Robinson & Cole LLP, on behalf of the Defendant, Aetna Life Insurance Company, in the above-captioned matter.

    DEFENDANT,
    AETNA LIFE INSURANCE
    COMPANY,

    By */s/ Christopher A. Costain*
    Christopher A. Costain (ct31612)
    Abby M. Warren (ct30077)
    Theodore J. Tucci (ct05249)
    Email: ttucci@rc.com
    Email: awarren@rc.com
    Email: ccostain@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No. (860) 275-8200
    Fax No. (860) 275-8299

## **CERTIFICATION**

The undersigned certifies that on September 19, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have filed appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   /s/ *Christopher A. Costain*
                                                   Christopher A. Costain (ct31612)