# UNITED STATES DISTRICT COURT
for the
District of Connecticut

BINAH GORDON et al. )
*Plaintiff* )
v. ) Case No. 3:24-cv-1447
Aetna Life Insurance Company )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BINAH GORDON, KAY MAYERS, and S.N., individually and on behalf of all similarly situated individuals .

Date: 09/23/2024

/s/ Christine E. Webber
*Attorney's signature*

Christine E. Webber D.C. Bar No. 439368
*Printed name and bar number*
1100 New York Ave. NW Fifth Floor
Washington DC 20005
United States

*Address*

cwebber@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*