# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| BINAH GORDON et al. <br> *Plaintiff* <br> v. <br> Aetna Life Insurance Company <br> *Defendant* | ) <br> ) <br> ) Case No. 3:24-cv-1447 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BINAH GORDON, KAY MAYERS, and S.N., individually and on behalf of all similarly situated individuals.

Date: 09/23/2024

/s/ Harini Srinivasan
*Attorney's signature*

Harini Srinivasan D.C. Bar No. 1032002
*Printed name and bar number*
1100 New York Ave. NW Fifth Floor
Washington DC 20005
United States

*Address*

hsrinivasan@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*