# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Binah Gordon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-1447 |
| Aetna Life Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binah Gordon, Kay Mayers, and S.N., individually and on behalf of all similarly situated individuals.

Date: 09/23/2024

*Attorney's signature*

Z Gabriel Arkles, phv208264
*Printed name and bar number*

520 8th Ave Suite 2204
New York, NY 10018
*Address*

garkles@transequality.org
*E-mail address*

(646) 993-1688
*Telephone number*

(646) 993-1686
*FAX number*