## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BINAH GORDON,<br>KAY MAYERS, and<br>S.N.,<br>*individually and on behalf of all similarly situated individuals*,<br><br>　　　　Plaintiffs<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 3:24-CV-01447-VAB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Sarah Reeves, an associate at the law firm of Baker Botts L.L.P., being admitted to practice in this Court *pro hac vice*, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendant Aetna Life Insurance Company and request that I be served with all future filings.

Dated: October 18, 2024

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.

　　　　　　　　　　　　　　　*/s/ Sarah Reeves*
　　　　　　　　　　　　　　　Sarah Reeves
　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　New York, NY 10112
　　　　　　　　　　　　　　　Tel:  (212) 408-2649
　　　　　　　　　　　　　　　Fax: (212) 408-2449
　　　　　　　　　　　　　　　sarah.reeves@bakerbotts.com

　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　*Aetna Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October 2024, a true and correct copy of NOTICE OF APPEARANCE was filed with the Clerk of the Court, District of Connecticut and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Sarah Reeves*
Sarah Reeves