IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-cv-1447 (VAB)<br><br><br><br><br><br><br><br>December 20, 2024 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Aetna Life Insurance Co. ("Aetna"), by and through its undersigned counsel, hereby brings this unopposed motion pursuant to D. Conn. L. Civ. R. 7(b) to extend the initial pretrial deadlines as set forth in the Court's October 29, 2024 Order (ECF No. 42). This is Aetna's first motion for extension of time as to these deadlines after the filing of Plaintiffs' Amended Complaint, which added two named plaintiffs.

Aetna previously moved for an extension of time to file a responsive pleading to the complaint (ECF No. 28), which the Court granted on September 25, 2024 (ECF No. 30). Thereafter, knowing the Plaintiffs intended to file an Amended Complaint, the parties filed a motion to extend the pretrial deadlines to accommodate that filing before Aetna's response would be due (ECF No. 41). The Court granted this request on October 29, 2024 (ECF No. 42).

Aetna now requests that the deadlines be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Parties' Rule 26(f) Joint Report | December 23, 2024 | January 17, 2025 |
| Parties' Stipulated Proposed Protective Order | December 23, 2024 | January 17, 2025 |
| Aetna's answer or other response to the Amended Complaint | January 10, 2025 | January 31, 2025 |
| Plaintiffs' opposition to any motion to dismiss | February 21, 2025 | March 14, 2025 |
| Aetna's reply to any motion to dismiss | March 14, 2025 | April 4, 2025 |

Good cause is shown for the relief requested. Counsel anticipates having limited access to Aetna over the coming holiday period, and that access is needed to properly investigate the claims of the two new Plaintiffs that were added as part of the Amended Complaint. Further, Aetna respectfully requests an extension to accommodate various scheduling conflicts amongst counsel over the next two weeks.

Pursuant to D. Conn. L. Civ. R. 7(b)(2), Aetna states that it has conferred with Plaintiffs, who agree to the proposed deadlines set out above.

WHEREFORE, for good cause shown, Aetna respectfully moves for a brief extension of the pretrial deadlines as set forth herein.

Dated: December 20, 2024

/s/ Theodore J. Tucci (ct05249)
Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
**ROBINSON + COLE LLP**
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

Earl B. Austin
Sarah E. Reeves
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2649
Fax: (212) 408-2449
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2024, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Theodore J Tucci (ct05249)
                                                    Theodore J. Tucci