# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON *et al*., | |
| Plaintiffs, | |
| v. | No. 3:24-cv-01447-VAB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## DECLARATION OF JENS U. BERLI, M.D.

### I.    INTRODUCTION

1.    I am the Division Head and an associate professor at Oregon Health & Science University's Division of Plastic & Reconstructive Surgeries. I specialize in gender-affirming surgeries for transgender patients.

2.    I have been retained by the plaintiff in the above-captioned matter to provide a declaration on: 1) facial gender affirming surgery as treatment for gender dysphoria, and specifically whether it is a safe, effective, and medically accepted treatment for gender dysphoria; and 2) whether Aetna Clinical Policy Bulletin (CBP) 0615's categorical exclusion of "facial gender affirming procedures" as "cosmetic" is consistent with the prevailing standards of care for treating transgender people with gender dysphoria.

3.    My expert opinions are based on my extensive practice in the field of Plastic & Reconstructive Surgery, relevant academic work, knowledge of the standards of practice for the surgical treatment of gender dysphoria, and discussions with over 500 transgender patients for facial consultation or discussion. It is my expert opinion that gender affirming facial reconstruction (GAFR)[1] is medically necessary for, and critical to the well-being and safety of, many transgender women and transfeminine people. This expert opinion is in line with the World

---

[1] In this report/declaration I refer to the procedures used to correct the effects of testosterone on a transgender woman or transfeminine person's face as gender affirming facial reconstruction (GAFR). The procedures are also sometimes known as facial gender affirming surgery ("FGAS"), facial gender reassignment surgery ("FGRS"), facial feminization surgery ("FFS"), or facial gender confirmation surgery.

Professional Association for Transgender Health (WPATH) Standards of Care Version 8 (SOC8), the prevailing standards of care for the treatment of gender dysphoria.

### A. Background & Qualifications

4.   I am a board-certified plastic surgeon and associate professor with over 8 years of independent experience and expertise in providing surgical treatment for gender incongruence. In addition to completing undergraduate and graduate medical training at the University of Zurich, and a two-year general surgery residency in Zurich, Switzerland, I completed full residency in plastic & reconstructive surgery at Johns Hopkins School of Medicine in Baltimore, Maryland. Presently, I am an associate professor of surgery and the division chief at Oregon Health & Science University (OHSU).

5.   My medical practice is predominantly devoted to transgender health, specifically gender-affirming surgery. In the past 8 or so years, I have performed gender-affirming surgeries on over 2,000 patients. This includes over 250 facial gender affirming surgeries for patients suffering from gender incongruence—many of whom I have followed for over 2 years after their surgeries.

6.   Gender-affirming surgery is also my scholarship focus. I have co-authored over 50 peer reviewed journal articles on gender-affirming surgeries, including articles and book chapters on facial gender confirmation surgery (also known as GAFR). My publications have been cited over 3500 times in the medical and surgical literature. I am an associate editor of the journal "Transgender Health" and a contributing editor of "Plastic & Reconstructive Surgery." I was noted as a top reviewer for Plastic & Reconstructive Surgery in 2023 and 2022. I have lectured nationally and internationally on the topic of GAFR. A list of my authorships, editorial roles, and reviewerships are included in my curriculum vitae (CV), which also further documents my education and years of expertise in the field. A true and accurate copy of my CV is attached hereto as Attachment A.

7.   I am active in professional associations including the American Society of Plastic Surgery, American Educators of Plastic Surgeons, as well as WPATH, Society of Gender Surgeons (SGS), and American Association of Plastic Surgeons (AAPS). I served on the Surgical Chapter Committee of WPATH. This Committee updates WPATH's Standards of Care based on the best available science and expert professional consensus.

8.   In preparing this declaration, in addition to the materials cited herein, I have relied on my training and years of research and clinical experience—as set out in my CV—and on the

materials listed therein. In addition, I have reviewed Aetna's CPB 0615[2] and the amended complaint in this case and rely on them as additional support for my opinions.

9.   The materials I have relied upon in preparing this expert report are the same types of materials that experts in my field regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available, including as a result of new scientific research or publications, or in response to statements and issues that may arise in my area of expertise.

10.  I have not testified as an expert at trial or by deposition in any other cases in the last five years. I am being compensated for my work on this matter at a rate of $520 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## II.   EXPERT OPINIONS ON GAFR

### A.  Background on Transgender People & Gender Dysphoria

11.  Transgender is a term used to describe people whose self-identified gender identity differs from their birth assigned sex. Many transgender people experience symptoms of gender dysphoria.[3] People diagnosed with gender dysphoria experience clinically significant distress or impairment stemming from the incongruence between their gender identity and their assigned sex. Severe gender dysphoria is a deeply scarring condition. It limits people from being able fully to partake in the human experience and often gives rise to co-occurring mental health and somatic problems. For individuals who suffer from gender identity incongruence with birth sex, the most effective, and most often only treatment, is gender transition to align the phenotype (physical appearance) with the internal subjective gender identity. There is extensive literature outlining the positive impact gender transition can have. But maybe more importantly there is, to my

---

[2] *Gender Affirming Surgery*, Aetna Inc., https://www.aetna.com/cpb/medical/data/600_699/0615.html#dummyLink2 (last visited Feb. 27, 2025).

[3] *See* Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders* 451–53 (5th ed. 2013). Diagnostic criteria for gender dysphoria are found in the World Health Organization's International Classification of Diseases (ICD) under the name gender incongruence, *see ICD-11 for Mortality and Morbidity Statistics: Gender Incongruence*, World Health Org. (Jan. 2025), https://icd.who.int/browse/2025-01/mms/en, and in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, *supra*, at 452–53. Gender incongruence is no longer considered a mental disorder by the World Health Organization. *Gender Incongruence and Transgender Health in the ICD*, World Health Org., https://www.who.int/standards/classifications/frequently-asked-questions/gender-incongruence-and-transgender-health-in-the-icd (last visited Feb. 27, 2025) ("Gender incongruence has been moved out of the 'Mental and behavioural disorders' chapter and into the new 'Conditions related to sexual health' chapter. This reflects current knowledge that trans-related and gender diverse identities are not conditions of mental ill-health, and that classifying them as such can cause enormous stigma.").

3

knowledge, no unbiased peer-review evidence that any other therapeutic intervention (e.g. conversion therapy) alleviates this suffering.

12.    WPATH publishes standards of care (SOC) for treating gender dysphoria. The SOC are updated periodically, with eight versions published since 1979.[4] WPATH is a professional and educational organization devoted to transgender health.[5] WPATH's mission is to "engage in academic research to develop evidence-based medicine and strive to promote a high quality of care for transsexual, transgender, and gender-nonconforming" people.[6] WPATH's standards of care "are based on the best available scientific evidence and expert professional consensus."[7]

13.    The current evidence incorporated in the WPATH SOC recommend that aligning a person's primary and secondary sex characteristics with the person's gender identity (self-identified sex) is the most effective treatment for gender dysphoria.[8] This is often accomplished through a combination of hormone replacement therapy and surgery.[9]

14.    The details of treatment for gender dysphoria—as with other health conditions—depends on the severity and nature of the patient's symptoms as well as the patient's overall individual health. A combination of hormones and social transition may suffice to manage relatively mild cases. However, for many transgender people "surgery is essential and medically necessary to alleviate their gender dysphoria" because "relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity."[10]

---

[4] Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 Int'l J. of Transgender Health S1, S5 (2022) [hereinafter, "WPATH SOC 8th version"]. WPATH's SOC8 was published in 2022. *Id.* at S1.

[5] Eli Coleman et al., *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, 13 Int'l J. of Transgender Health 166 (7th ed. 2012), [hereinafter "WPATH SOC 7th version"]; WPATH SOC 8th version, *supra* note 4, at S5.

[6] *About WPATH*, WPATH, https://www.wpath.org/about/mission-and-vision (last visited Feb. 27, 2025).

[7] WPATH SOC 7th version, *supra* note 5, at 165; *see also* WPATH SOC 8th version, *supra* note 4, at S3 ("The SOC-8 is based on the best available science and expert professional consensus in transgender health.").

[8] WPATH SOC 7th version, *supra* note 5, at 170–71; *see also* WPATH SOC 8th version, *supra* note 4, at S7 ("[Transgender and gender diverse] people may need to undergo all, some, or none of these [gender-affirming] interventions to support their gender affirmation.").

[9] WPATH SOC 7th version, *supra* note 5, at 170–71.

[10] *Id.* at 199; *see also* WPATH SOC 8th version, *supra* note 5, at S17-18

4

15.    The broader medical and scientific community recognizes WPATH as establishing the authoritative standards for treatment of transgender people with gender dysphoria. The American Medical Association,[11] American Psychological Association,[12] American College of Obstetricians and Gynecologists,[13] and the American Academy of Family Physicians[14] all recognize that surgical treatments to bring the body's genitals and secondary sex characteristics into alignment with the patient's self-identified gender identity are medically necessary treatments for gender dysphoria.

### B.  GAFR Is Standard and Medically Necessary Treatment for Gender Dysphoria.

16.    For many transgender women and transfeminine people, GAFR is crucial to alleviating gender dysphoria. The face is the most visible marker of gender. We carry the face into the world, and, unlike breasts or genitals, we typically do not cover the face with clothes or bind it.[15] Testosterone during endogenous puberty changes both structural and soft tissues aspects of a transfeminine person's face. Changes include growth of facial hair, development of an Adam's apple with associated lowering of the voice pitch, and changes to the bones and cartilage of the forehead/ brow, jaw and nose.[16] Gender expression (i.e., makeup, hair style) alone cannot

---

[11] *Clarification of Evidence-Based Gender-Affirming Care H-185.927*, AMA, https://policysearch.ama-assn.org/policyfinder/detail/gender%20surgical?uri=%2FAMADoc%2FHOD-185.927.xml (last visited Feb. 27, 2025).

[12] *Transgender, Gender Identity, and Gender Expression Non-Discrimination*, APA (2008), https://www.apa.org/about/policy/transgender.pdf.

[13] *See Health Care for Transgender and Gender Diverse Individuals*, Am. College of Obstetricians & Gynecologists (Mar. 2021), https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

[14] *Care for the Transgender and Gender Nonbinary Patient*, AAFP, https://www.aafp.org/about/policies/all/transgender-nonbinary.html (last visited Feb. 27, 2025).

[15] *See* Alex Dubov & Liana Fraenkel, *Facial Feminization Surgery: The Ethics of Gatekeeping in Transgender Health*, 18 Am. J. Bioethics 3, 5 (2018) ("[Facial feminization Surgery ("FFS")] accomplishes a number of outcomes that [gender reassignment surgery (GRS)] alone cannot deliver. While GRS is most commonly associated with transition, it has minor impact on how other [sic] recognize and respond to a person's gender. Genitals are hidden from the vast majority of daily encounters. If the ultimate goal of MtF [male to female] transition is for the patient to be recognized by others as a woman, then the most profound change can be achieved by focusing on what others see the most—the face.").

[16] *Cf.* Devin Coon et al., *Facial Gender Surgery: Systematic Review and Evidence-Based Consensus Guidelines from the International Facial Gender Symposium*, 149 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery 212, 219 (2022) (discussing an objective of FGAS as the treatment of "features affected by exposure to testosterone during puberty"). Eric Plemons profiled women through their process of surgical transition,

ordinarily camouflage the effects of testosterone on facial structure. These visible changes result in a transgender woman's face being perceived as male by herself and others, both of which can be an extreme source of gender dysphoria and societal stigma.[17] A 2010 study indicates that GAFR contributes to an improvement in quality of life for trans women.[18] Moreover, having a face that is perceived as male puts transgender women and transfeminine people at risk for both psychological and physical harm.[19] The occurrence and impact of societal stigmatization and harassment have been extensively studied, and incidences of hate crimes and homicides of transgender individuals, especially transgender women, an all too frequent news headline.

17.    GAFR is a set of procedures that treats the symptoms of gender dysphoria by correcting the effects of testosterone on facial development.[20] The areas that are most frequently affected by testosterone—and thus crucial areas of reconstruction—include but are not limited to the forehead, nose, midfacial volume, upper lip length, jawline, and Adam's apple (trachea). Alterations of the osseous and cartilaginous facial structural and soft tissue components are manifold, and each face differs in needs for the various techniques. At its core, GAFR aims to remove as many typically male secondary sex characteristics to decrease the ability of the general public to identify the patient by their natal phenotype, which in turn reduces gender dysphoria.[21]

---

where he noted that one surgeon's "approach was recuperative of the prepubescent face [the patient] once had." Eric Plemons, *The Look of a Woman: Facial Feminization Surgery and the Aims of Trans-Medicine* 54 (2017).

[17] *See* S.A. Reza Nouraei et al., *The Role of Nasal Feminization Rhinoplasty in Male-to-Female Gender Reassignment*, 9 Archives of Facial Plastic Surgery 318, 318 (2007) (describing an objective of medical and surgical interventions for gender dysphoria as "aligning the patient's physical appearance with his or her perceived sex").

[18] Tiffany A. Ainsworth & Jeffrey H. Spiegel, *Quality of Life of Individuals with and Without Facial Feminization Surgery or Gender Reassignment Surgery*, 19 Quality of Life Rsch. 1019, 1023 (2010).

[19] Shane D. Morrison et al., *Prospective Quality-of-Life Outcomes after Facial Feminization Surgery: An International Multicenter Study*, 145 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery 1449, 1500 (2020) ("[F]acial feminization surgery plays a critical role in gender affirmation of many transfeminine people. The face is one of the most visible external purveyors of gender, and typically 'masculine' features can make it difficult for transfeminine people to be perceived as their correct gender. The resulting misinterpretation by others as male or undesired 'outing' as transgender may not only exacerbate mental health sequelae of facial gender dysphoria, but also may worsen external discrimination stemming from transphobia. Therefore, perhaps more so than with other types of gender-affirming surgery, facial feminization surgery may protect transgender women from real bodily harm.").

[20] *Id.*

[21] Dubov & Fraenkel, *supra* note 15, at 4 (explaining that "[t]he objective of [GAFR] is to decrease gender dysphoria by aligning the facial features of gender with the inward identification of gender" such that "the face will be recognized as belonging to the female gender" to decrease dysphoria symptoms).

18.    GAFR is an effective treatment for gender dysphoria. It has been shown that GAFR increases the likelihood that a transfeminine person will be perceived as female.[22] Studies have demonstrated that patients after GAFR perceive their face as more congruent with their gender identity.[23] It has also been shown that the face is significantly more likely perceived as female by others following GAFR,[24] which in turn alleviates gender dysphoria by decreasing the occurrence of misgendering and harassment.[25]

19.    Medical opinions of professional societies, SOCs, and literature hold GAFR to not only be an appropriate medical treatment but the only treatment that is effective at reversing a large extent of the effects of testosterone. WPATH expressly names GAFR procedures as among the medically necessary surgeries in SOC8 (2022).[26] In 2016, WPATH also released a statement on medically necessary treatment for transgender people that again included GAFR procedures and specifically recommended that they be covered by insurance.[27] The statement reiterates that GAFR is "often of greater practical significance in the patient's daily life than reconstruction of the genitals."[28]

20.    In the last decade, even more peer-reviewed literature supporting the importance of GAFR has been published.[29] Transgender care is not a regional or national phenomenon, but a global health

---

[22] Mark Fisher et al., *Facial Feminization Surgery Changes Perception of Patient Gender*, 40 Aesthetic Surgery J. 703, 708–09 (2020) (concluding that before GAFR even with use of hormone therapy and typically female hair and makeup, patients were perceived as female approximately half the time, but that after GAFR, "patients were significantly more likely" to be perceived as female by the public).

[23] Coon, *supra* note 16, at 213 ("Seven studies . . . specifically assessed patients' perceptions of their postsurgical face and change in self-perceived femininity; 235 of 295 patients (80 percent) reported feeling more feminine as a result of surgery . . . .").

[24] Fisher, *supra* note 22, at 703 ("Patients after FFS are more likely to be identified as female and with greater confidence than before surgery. This is despite preoperative female hormone therapy, and nonsurgical methods that patients use to feminize their appearance.").

[25] *Cf.* Morrison, *supra* note 19, at 1500 (noting that GAFR may have the effect of protecting transgender women from discrimination and undesired outing, causing gender dysphoria).

[26] WPATH SOC 8th version, *supra* note 4, at S128–30, S136.

[27] World Prof'l Assoc. for Transgender Health, *Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.*, 1, 3, 5 (Dec. 2016), https://s3.amazonaws.com/amo_hub_content/Association140/files/WPATH-Position-on-Medical-Necessity-12-21-2016.pdf.

[28]  *Id.* at 3 (quoting Randi Ettner et al., *Principles of Transgender Medicine and Surgery* 90 (2007)).

[29] *See, e.g.*, Coon, *supra* note 16; Morrison, *supra* note 19.

need, and accordingly studies on the importance of GAFR have been published around the world.[30] The literature supports that GAFR allays gender dysphoria and with minimal risks for short and long-term complications.[31]

21.    Hormone therapy can be used as an adjunct to facial surgery but is not a replacement. Hormones cannot change the effects of exposure to testosterone on structural components of the face including, for example, the bones and cartilage of the brow, nose, jaw, and Adam's apple (thyroid cartilage). The same is true of non-hormonal, non-surgical treatments such as adopting typically female makeup, hairstyles, and accessories (gender identity expression). GAFR—by contrast—modifies both soft tissue and the underlying structure of the face.[32] As a result, for many transgender women, GAFR is the only way to align their phenotype with their gender identity. It is a crucial and irreplaceable component of treating gender dysphoria.

22.    GAFR is not cosmetic. Unlike cosmetic surgery undertaken for aesthetic reasons, GAFR is performed to treat a diagnosis of gender dysphoria and all its psychological, somatic, and social sequelae. GAFR changes the structure of the face to correct effects of testosterone rather than aesthetic deformities or variations. One systemic review identified core GAFR surgeries that include forehead contouring, rhinoplasty, genioplasty, and laryngeochondroplasty.[33] The review concluded these GAFR surgeries "are not cosmetic, are medically necessary, and should be covered by insurance like other gender affirming surgeries" as they "address the most common concerns and are shown to (a) make the face more feminine to observers and may decrease misgendering; (b) improve patient-reported facial perception and quality of life; and (c) cannot be dismissed as 'cosmetic,' as they arise solely from either the effect of testosterone on facial development or iatrogenic sequelae."[34] In other words, GAFR is not a matter of making patients

---

[30] *See, e.g.*, Dong Li et al., *Necessity of facial contouring in feminization surgery for Chinese transgender females*, 9 Annals Translational Med. 1, 8 (2021) (discussing the benefits of GAFR in treating gender dysphoria and concluding it is it "is imperative that [GAFR] should be considered as the necessary gender-confirming surgery"); Parag Shashank Telang, *Facial Feminization Surgery: A Review of 220 Consecutive Patients*, 53 Indian J. Plastic Surgery 244, 224−53 (2020).

[31] Telang, *supra* note 30 ("All 220 patients in this series had an uneventful recovery" and "reported significant improvement in their feeling of gender incongruence," the ICD label for gender dysphoria, "or being misgendered by others in the society."); Shane D. Morrison et al., *Facial Feminization: Systematic Review of the Literature*, 137 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery 1759, 1769 (2016) (concluding that GAFR is "safe and effective" after performing a review of 15 studies of 1121 patients).

[32] Coon, *supra* note 16, at 220–21.

[33] *Id.*

[34] *Id.* at 222.

more beautiful. Instead, with GAFR the patient's face goes from one that is misperceived as male to one that is recognized as female by herself and others.[35]

### C. GAFR is Medically Necessary For Purposes of Health Insurance or Health Plan Coverage.

23.    It is my expert opinion that GAFR meets the definition of medical necessity as the term is used in the health insurance and health coverage context. Excluding GAFR from health coverage would be opposed to the most recent WPATH SOC8.

24.    It is important to define medical necessity as it is used in the health insurance and health plan context since Aetna's CPB 0615 excludes GAFR by incorrectly saying it is considered an aesthetic procedure, rather than a medically necessary one. Medical necessity is not an arbitrary subjective determination and there are common core elements to how it is defined across health plans. They are: 1) Healthcare services that a physician, hospital, or other covered professional or facility provider, exercising prudent clinical judgment, would provide to a patient for the purpose of diagnosing, treating, curing, or relieving a health condition, illness, injury, disease, or its symptoms; and that are 2) In accordance with accepted medical standards, meaning they align with generally accepted standards of medical practice within the medical community; 3) Necessary and appropriate for the diagnosis, treatment, cure, or relief of a health condition, illness, injury, disease, or its symptoms; 4) Not experimental, investigational, or cosmetic, except where clinical trials are explicitly covered under the applicable policy; 5) Not provided solely for the convenience of the patient, physician, or healthcare provider and assessed for cost-effectiveness, with consideration given to alternative services or settings that may provide equivalent outcomes.[36] GAFR fits squarely within this definition.

25.    Gender dysphoria is an illness or disease.[37] As discussed at length above, for transgender women and transfeminine people, typically masculine sex characteristics—e.g. an Adam's apple and other facial features—can be a primary aggravator of dysphoria. A physician exercising prudent clinical judgment would provide GAFR to the patient for purposes of treating gender dysphoria.

---

[35] *See id.*

[36] Nat'l Ass'n of Ins. Comm'rs, *Understanding Health Care Bills: What is Medical Necessity?*, https://content.naic.org/sites/default/files/consumer-health-insurance-what-is-medical-necessity.pdf (last visited Feb. 27, 2025).

[37] Am. Psychiatric Ass'n, *supra* note 3, at 451–53 (defining gender dysphoria); *see also ICD-11 for Mortality and Morbidity Statistics*, WHO, https://icd.who.int/browse11/l-m/en#/http://id.who.int/icd/entity/90875286 (last visited Sept. 19, 2022) (defining gender incongruence).

GAFR corrects the effects of testosterone so that the face is perceived as feminine by the patient and the public, which in turn allays the patient's dysphoria.

26.    GAFR accords with generally accepted standards of medical practice in the United States. As explained above, WPATH publishes standards of care that all of the major medical professional societies, including the American Medical Association, recognize as authoritative.[38] WPATH has been around since 1975 and its treatment guidelines have evolved, as understanding and evidence around the effectiveness of treatment have evolved. Since WPATH's 7th version of the SOC, the medical community's understanding of the importance of GAFR has only strengthened. As a result, WPATH's 2016 position statement regarding medical necessity and the newly released SOC8 place GAFR—with breast and genital surgery—amongst the core gender-affirming surgical procedures to treat gender dysphoria.[39] The SOC8 is based on an extensive up-to-date systematic literature review through an independent third party, as well as a multi-disciplinary Delphi review process.

27.    A solid—and growing—body of medical literature demonstrates that GAFR is clinically appropriate and an effective treatment for gender dysphoria. Indeed, developments in literature brought the level of evidence close to the maximal level of evidence that can be attained for surgical procedures that cannot be blindly randomized (placebo surgery is not possible or ethical). The literature demonstrates that GAFR cannot be deemed an aesthetic intervention when it is demonstrated to substantially alleviate a recognized ICD (International Classification of Diseases) diagnosis. The same ICD-diagnosis that is a covered benefit per CPB 0615, and with equal expert and evidence-based support as the other interventions covered in the CPB 0615 coverage determination. GAFR cannot be considered experimental or investigational. Assigning a different bar for evidence level of GAFR, compared to other surgical interventions is unfounded. GAFR surgeries are safe, complications are minimal, and extensive literature exists in other domains of facial surgery on the safety profile of most of the procedures that are used to reverse the testosterone effects (e.g. rhinoplasty). GAFR is not for convenience of the patient, nor her health care providers. Patients spend several weeks recovering during which time they will have swelling, discomfort, and a period of inability to work or perform other day-to-day activities. Patients countenance these inconveniences because their health care providers have determined that GAFR is the best way to treat their diagnosed medical condition.

28.    GAFR is the only and most cost-effective care, with costs limited to the episodic care amongst alternatives that can produce equivalent results. There are no services that can produce equivalent therapeutic results. As discussed above, testosterone exposure, especially during

---

[38] *See* AMA, *supra* note 11.

[39] *See* World Prof'l Assoc. for Transgender Health, *supra* note 28.

puberty, causes significant changes to the face. Hormones cannot undo changes that testosterone causes to facial structure, nor can grooming strategies such as makeup. GAFR—by contrast—can, which allows it to produce superior therapeutic results from those alternative interventions.

### D. Aetna's CPB 0615 Exclusion of Coverage of GAFR Contravenes the Prevailing Standard of Care

29.    Aetna's CPB 0615 provides for coverage of surgical care, and specifically gender affirming mastectomy, breast augmentation, and genital surgery.[40] GAFR can have a big—or bigger—effect on the patient because the face is the most social aspect of our body and the basis for self and other's day-to-day perception of whether a person is male or female. Excluding GAFR contravenes the standard of care for treatment of gender dysphoria.

30.    The face is what a person presents to the world each day and a central component of social interactions. The face is, therefore, an unavoidable component of social recognition of a person's sex. The face is also a key part of how a person perceives their own body as congruent—or incongruent—with their self-identified sex (gender identity). Having typically male facial features can be an unavoidable and an extreme source of dysphoria.

31.    As a result, for some transgender women and transfeminine people, GAFR is as or more important than genital or gender affirming chest surgery (which is covered by Aetna's CPB 0615).[41] Having genital surgery without facial surgery can potentiate dysphoria. Conversely, in my own personal practice and anecdotal experience, in some instances, GAFR can in fact be such effective treatment for gender dysphoria that it may render other surgical interventions unnecessary.

32.    Moreover, exclusion of GAFR contravenes WPATH's recommendations, peer-reviewed literature, and U.S. standards of medical practice, all of which recognize the importance of GAFR in treating gender dysphoria.[42] Numerous peer reviewed articles also discuss the

---

[40] *See* Gender Affirming Surgery, Aetna, https://www.aetna.com/cpb/medical/data/600_699/0615.html#dummyLink2 (last visited Feb. 27, 2025).

[41] *Id.*

[42] *See* Dubov & Fraenkel, *supra* note 15, at 6 (labeling genital surgery medically necessary but GAFR cosmetic is "in direct opposition to the scientific community's understanding of gender identity," contravenes the WPATH SOC, and is also at odds with the American Medical Association house of delegates policies' definitions of medically necessary versus cosmetic care).

discrepancy between GAFR's importance for treating transgender women and the lack of scientific support for health plans treating it as cosmetic.[43]

33.   SOC8 clearly indicates that GAFR should be treated no differently than other gender-affirming surgeries deemed medically necessary—for example chest and genital reconstruction. "In general, most medically necessary surgeries can be thought of as involving three regions: the face, chest/breasts, and genitalia (internal and external)."[44] Aetna's CPB 0615 cites to SOC8 in many places and rightfully uses it as basis for its coverage determination. Contrary to the SOC8, SOC7 required two support letters for genital gender-affirming surgeries, while SOC8 only requires one support letter. These, and many other changes within the SOC have been reflected in Aetna's CPB 0615.[45]

34.   It is notable that the treatment of GAFR in Aetna's CPB 0615 is not aligned with SOC8. SOC8 recognizes the consistent importance of including GAFR as a medically necessary set of procedures and as such, has coverage criteria and requires a letter of support like with other gender-affirming procedures. Aetna has followed the updated letter requirement for other procedures but continues to incorrectly label GAFR as an aesthetic procedure and not a medically necessary intervention. This conclusion is completely at odds with SOC8. Cherry-picking from the current SOC is not an appropriate avenue to determine medical necessity and coverage of health care. By doing so, Aetna ignores accepted standards and willfully withholds medically necessary care.

35.   Indeed, the medical basis to cover, rather than exclude, GAFR is so strong that other private insurers[46] and government health plans increasingly routinely cover GAFR procedures.

36.   In conclusion, it is my professional opinion that GAFR is medically necessary and there is no legitimate medical basis to exclude it from Aetna's CPB 0615.

---

[43] *See, e.g., id.*

[44] WPATH SOC 8th version at S125.

[45] *See* Aetna, *Gender Affirming Surgery Clinical Policy Bulletin Number 0615: Review History* (Dec. 07, 2022), https://www.aetna.com/cpb/medical/data/disclaimer/review/600_699/0615_38.html (explaining that the "requirements for gender affirming surgery are revised to require only one letter from a qualified mental health professional (previously, two letters were required for gonadectomy and genital reconstructive surgery)").

[46] *See* Ledibabari M. Ngaage et al., *Gender Surgery Beyond Chest and Genitals: Current Insurance Landscape*, 40 Aesthetic Surgery J. NP202, NP203−04 (2020).

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Date: _2/28/2025 | 1:35 PM PST_____

Signed: _____
Jens Urs Berli, M.D.

# ATTACHMENT A

# CURRICULUM VITAE

# OREGON HEALTH & SCIENCE UNIVERSITY

**Jens Urs Berli, M.D.**                                    **02/16/2025**

| | |
|---|---|
| **Academic Rank:** | **Associate Professor** |
| **Department/Division:** | **Division of Plastic & Reconstructive Surgery** |
| | **Oregon Health & Science University** |
| **Professional Address:** | **3181 SW Sam Jackson Park Rd.** |
| | **L352A** |
| | **Portland, OR 97239** |
| **E-Mail Address:** | **berli@ohsu.edu** |

## II. EDUCATION

**Undergraduate and Graduate:**

| | |
|---|---|
| 2003 | Preclinical studies in Human Medicine |
| | University of Fribourg |
| | Fribourg, Switzerland |

*No degree associated with this in Switzerland*

| | |
|---|---|
| 2007 | Medical Degree |
| | University of Zürich |
| | Zürich, Switzerland |

| | |
|---|---|
| 2008 | Thesis for the degree of Doctor in Medicine |
| | University of Zürich |
| | Zürich, Switzerland |

*The title of M.D. is given after a thesis is written – not every physician in Switzerland has an M.D.*

| | |
|---|---|
| 2023 | Health Care MBA |

CV Berli JU 2025                                                                        **1**

Oregon Health & Science University/Portland State University

Portland, Oregon

**Postgraduate:**

2009                      Internship & 2nd year Residency, General Surgery
                          Department of Surgery
                          Triemli Hospital
                          Zürich, Switzerland

2012                      Internship & 2nd year Residency, General Surgery
                          Department of Surgery
                          Johns Hopkins School of Medicine
                          Baltimore, Maryland, USA

2015                      Residency, Plastic & Reconstructive Surgery
                          Department of Plastic & Reconstructive Surgery
                          Johns Hopkins School of Medicine & University of Maryland
                          Baltimore, Maryland, USA

2016                      Administrative Chief Resident
                          Department of Plastic & Reconstructive Surgery
                          Johns Hopkins School of Medicine & University of Maryland
                          Baltimore, Maryland, USA

**Certification:**
11/11/2017                American Board of Plastic Surgery, #9094

**Licenses:**

10/23/2007                Swiss Medical License, active, (no number)

9/1/2009                  Danish Medical License, 08D9C

2/16/2016                 State of Oregon Medical License, active, MD175607

5/12/2016                 D.E.A. License, active, certification number available on request

# III. PROFESSIONAL EXPERIENCE

**Academic:**

CV Berli JU 2025                                                                    **2**

| 2023 – Present | Division Head, Plastic & Reconstructive Surgery |
|---|---|

| 2020 – Present | Associate Professor of Surgery |
|---|---|
| | Division of Plastic & Reconstructive Surgery / Department of Surgery |
| | Oregon Health & Science University |
| | Portland, Oregon, USA |

| 2016 – 2020 | Assistant Professor of Surgery |
|---|---|
| | Division of Plastic & Reconstructive Surgery / Department of Surgery |
| | Oregon Health & Science University |
| | Portland, Oregon, USA |

**Administrative:**

| 2019 – 2024 | Residency Program Director |
|---|---|
| | Division of Plastic & Reconstructive Surgery / Department of Surgery |
| | Oregon Health & Science University |
| | Portland, Oregon, USA |
| 2020 - 2024 | Gender Fellowship Program Director |
| | Division of Plastic & Reconstructive Surgery / Department of Surgery |
| | Oregon Health & Science University |
| | Portland, Oregon, USA |
| 2016 – 2019 | Associate Residency Program Director |
| | Division of Plastic & Reconstructive Surgery / Department of Surgery |
| | Oregon Health & Science University |
| | Portland, Oregon, USA |

**Hospital / Clinical Appointments:**

| 12/2009 - 05/2010 | District Physician |
|---|---|
| | Uummannaq Regional Hospital, |
| | Uummannaq, Greenland |

**Other:**

| 4/2017 | Invited Professor, Adjunct Faculty |
|---|---|
| | Mt. Sinai Hospital |
| | New York City, USA |
| | *1 week performing phalloplasty surgeries and giving grand rounds* |

**International Visiting Physician Observerships within Plastic & Reconstructive Surgery:**

| 9/2014 | University Hospital Zuerich |
|---|---|

CV Berli JU 2025                                                                                              **3**

|          | Zürich, Switzerland |
|----------|---------------------|
| 10/2014  | University Hospital Ghent<br>Ghent, Belgium |
| 10/2014  | Rigshospitalet<br>Copenhagen, Denmark |
| 04/2016  | Preecha Aesthetic Institute<br>Bangkok, Thailand |
| 07/2016  | Facial Team<br>Marbella, Spain |
| 07/2016  | St. Peter Andrology<br>London, England |
| 07/2016  | Belgrade Gender Confirmation Center<br>Belgrade, Serbia |
| 08/2016  | University Hospital Ghent<br>Ghent, Belgium |
| 03/2017  | St. Peter Andrology<br>London, England |

## IV. SCHOLARSHIP

**Areas of Research/Scholarly Interest:**

Transgender Health Care

Gender affirming surgery

Surgical education

**Grants and Contracts:**

*Completed*

<u>Title</u>: Differences in Preoperative evaluation and Implant Choice in Trans Female Individuals - Single Surgeon Outcomes. <u>Source</u>: Allergan Inc. <u>Amount</u>: $ 20'000 <u>Role</u>: Principal Investigator; PI: myself. % Effort: 3%; <u>Timeframe</u>: 3/2018 – 3/2019

*Completed*

<u>Title</u>: Differences in Preoperative evaluation and Implant Choice in Trans Female Individuals - Single Surgeon Outcomes. <u>Source</u>: Allergan Inc. <u>Amount</u>: $ 20'000 <u>Role</u>: Principal Investigator; PI: myself. % Effort: 3%; <u>Timeframe</u>: 3/2018 – 3/2019

**Publications/Creative Work:**

*\*Denotes Trainee*

Peer-reviewed original research

1.  Navsaria PH, **Berli JU**, Edu S, Nicol AJ. Non-operative Management of Abdominal Stab Wounds--An Analysis of 186 patients. South African Journal of Surgery. 2007 Nov;45(4):128–30–132. PMID: 18069579
    *Contributed to study design and performed the entire data collection and analysis*

2.  Schurr UP, **Berli JU**, Berdajs D, Hausler A, Dzemali O, Emmert M, et al. Incidence and Risk factors for Pacemaker Implantation Following Aortic Valve Replacement. Interactive Cardiovascular and Thoracic Surgery. 2010 Nov;11(5):556–60. PMID: 20805253
    *Performed the entire data collection and analysis. Doctoral thesis written on this topic.*

3.  Pang J, Broyles JM, **Berli JU**, Burreta K, Shridharani SM, Rochlin DH, Efron JE, Sacks JM. Abdominal versus Thigh Based Reconstruction of Perineal Defects in Cancer Patients. Dis Colon Rectum. 2014 Jun;57(6):725-32. PMID: 24807597

4.  Broyles JM, **Berli JU**, Eckhauser F, Singh D, Lee WP, Sacks JM. Functional Abdominal Wall Reconstruction Using an Innervated Abdominal Wall Vascularized Composite Tissue Allograft: A Cadaveric Study and Review of Literature. J Reconstr Microsurg. 2015 Jan;31(1):39-44. PMID: 25184615
    *Performed all the cadaveric dissections and co-authored the discussion and introduction*

5.  **Berli JU**, Montgomery JR, Segev DL, Ratner L, Maley WR, Cooper M, Melancon JK, Burdick J, Desai NM, Dagher NN, Lonze BE, Nazarian S, Montgomery RA. Surgical Management of Early and Late Ureteral Complications after Renal Transplantation: Techniques and Outcomes. Clin Transplant. 2015 Jan;29(1):26-33. PMID: 25312804

6.  Singh D, Mavrophilipos V, Zapora JA, **Berli JU**, Broyles J, Chopra K, Sabino J, Matthews J, Buckingham B, Maddox J, Bluebond-Langner R, Silverman R. Novel Technique for Innervated Abdominal Wall Vascularized Composite Allotransplantation: A Separation of Components Approach. Eplasty. 2014 Sep;14: e34. PMID: 25328567

7.  Susarla S, **Berli JU**, Kumar A. Midfacial Volumetric and Upper Lip Soft Tissue Changes after Le Fort I Advancement of the Cleft Maxilla. J Oral Maxillofac Surg. 2015 Apr;73(4):708-18. PMID: 25649014

8.  **Berli JU**, Thomaier L, Zhong S, Quinones A, Huang J, Lim M, Weingart, Brem, Gordon C. Immediate Single Stage Cranioplasty Following Calvarial Resection for Benign and Malignant Neoplasms using Customized Craniofacial Implants. J Craniofac Surg. 2015 Jul;26(5):1456-62. PMID: 26163837http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033

9.  Bluebond-Langner, **Berli JU**, Chopra K, Singh D, Fischer B. Top Surgery in Transgender males: How Far Can We Push The Envelope. Plast Reconstr Surg. 2017 Apr;139(4):873e-882e. PMID: 28250658
    *Co-first author – paper won best U.S. paper award 2018 by "Plastic & Reconstructive Surgery" (Journal with highest impact factor in the field)*

10.    Morrison S, Chong J, Dy G, Grant D, Wilson S, Brower J, Vedder N, **Berli JU**, Friederich J on behalf of Transgender Educational Study Group. Educational Exposure to Transgender Patient Care in Plastic Surgery Training. Plast Reconstr Surg. 2016 Oct;138(4):944-53. PMID: 27307319

11.    Cherubino M, **Berli JU**, Turri-Zanoni M, Battaglia P, Maggiulli F, Corno M, Tamborini F, Montrasio E, Castelnuovo P, Valdatta L. Sandwich Fascial Anterolateral Thigh Flap in Head and Neck Reconstruction. Evolution or Revolution. Plast Reconstr Surg Glob Open. 2017 Jan 17;5(1):e1197. PMID: 28203499.

12.    Jiang D, Witten J, **Berli JU**, Dugi D 3rd. Does Depth Matter? Factors Affecting Choice of Vulvoplasty Over Vaginoplasty as Gender-Affirming Genital Surgery for Transgender Women. J Sex Med. 2018 Jun;15(6). PMID: 29706578

13.    Esmonde N*, Heston A*, Ramlie E*, Jedrzejewski B*, Annen A*, Guerriero J, Hansen J, **Berli JU**. What is Non-binary and What do I need to know? A Primer for Surgeons providing Chest Surgery for Transgender patients. Aesthet Surg J. 2019 Apr 8;39(5): PMID: 30007346

14.    Jiang DD, Gallagher S, Burchill L, **Berli JU**, Dugi D 3rd. Implementation of a Pelvic Floor Physical Therapy Program for Transgender Women Undergoing Gender-Affirming Vaginoplasty. Obstet Gynecol. 2019 May;133(5):1003-1011. PMID:30969210

15.    Nauta AC, Baltrusch KM*, Heston AL*, Narayan SK*, Gunther S*, Esmonde NO*, Blume KS*, Mueller RV, Hansen JE, **Berli JU**. Differences in Chest Measurements between the Cis-female and Trans-female Chest Exposed to Estrogen and Its Implications for Breast Augmentation. Plast Reconstr Surg Glob Open. 2019 Mar 13;7(3):e2167. 2019 Mar. PMID: 3104412

16.    Ngaage LM, McGlone KL, Xue S, Knighton BJ, Benzel CA, Rada EM, Coon D, **Berli J**, Rasko YM. Gender Surgery Beyond Chest and Genitals: Current Insurance Landscape. Aesthet Surg J. 2020 Mar 23;40(4):NP202-MP210. PMID: 31883267

17.    Danker S, Annen AW, Cylinder I, Esmonde NO, **Berli JU**. Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plast Reconstr Surg. 2020 Aug;146(2):196e-204e. PMID: 32740595

18.    Jazayeri HE, Lopez J, Sluiter EC, O'Brien-Coon D, Bluebond-Langner R, Kuzon WM Jr, **Berli JU**, Monstrey SJ, Deschamps-Braly JC, Dorafshar AH, Schechter LS. Discussion: Promoting Centers for Transgender Care. J Oral Maxillofac Surg. 2021 Jan;79(1):3-4. PMID: 33091402

19.    Chen W, Cylinder I, Najafian A, Dugi DD 3rd, **Berli JU**. An Option for Shaft-Only Gender-Affirming Phalloplasty: Vaginal Preservation and Vulvoscrotoplasty, A Technical Description. Plast Reconstr Surg. 2021 Feb 1;147(2):480-483. PMID: 33565834

20.    Danker S, **Berli JU**. Reply: Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plast Reconstr Surg. 2021 April 1;147(4):714e-715e. PMID: 33764938

21.    Narayan SK, Hontscharuk R, Danker S, Guerriero J, Carter A, Blasdel G, Bluebond-Langner R, Ettner R, Radix A, Schechter L, **Berli JU**. Guiding the conversation—types of regret after gender-affirming surgery and their associated etiologies Ann Transl Med. 2021 Apr;9(7):605. PMID: 33987303

22.    Hougen HY, Dugi DD 3rd, **Berli JU**, Sajadi KP. Outcomes of Transperineal Gender-Affirming Vaginectomy and Colpoclesis. Female Pelvic Med Reconstr Surg. 2021 May 1;27(5):300-303. PMID: 32205556

23.    **Berli JU**, Monstrey S, Safa B, Chen M. Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Surg. 2021 May 1;147(5):801e-811e. PMID: 33890903

24.    Peters BR, McCreary E, Putnam CA, **Berli JU**. Shaft-only Phalloplasty: Technical Modifications to Optimize Aesthetics. Plast Reconstr Surg Glob Open. 2021 Jun;9(6): e3645. PMID: 34168941

25.    Cylinder I, Heston A, Carboy J, Jedrzejewski B, Peters B, **Berli JU**. Partial Flap Loss in Gender Affirming Phalloplasty. J Reconstr Microsurg. 2021 Jul 20. PMID: 34284503

26.    Ngaage LM, Xue S, Borrelli MR, Safa B, **Berli JU**, Bluebond-Langner R, Rasko YM. Gender-Affirming Health Insurance Reform in the United States. Ann Plast Surg. 2021 Aug 1;87(2):119-122. PMID: 33470627

27.    Butler C, **Berli JU**, Chouhan J, Dugi D. V07-06 Penile Replantation : Surgical technique & Managment. J Urol. 2021.

28.    Anghel EL, Jedrzejewski B, Radu S, Dewey EN, Howell LK, Berli JU. Nationwide Resident Access to Elective Rotations: A Survey Study. Ann Plast Surg. 2022 Jul 1;89(1) 3-7. PMID: 34670969

29.    Peters BR, Annen AA, **Berli JU**, Gallagher S, Smigelski C, Kahn LH, Skelton HE. Neurosensory Re-education following Gender-affirming Phalloplasty: A Novel Treatment Protocol. Plast Reconstr Surg Global Open. 2022 Oct 24;10(10):e4616. PMID: 36299822

30.    Peters BR, Sikora Z, Timmins BH, **Berli JU.** Nerve morbidity at the radial forearm donor site following gender-affirming phalloplasty. Plast Reconstr Aesthet Surg. 2022 Oct;75(10):3836-3844 PMID: 36058834

31.    Peters BR, Richards HW, **Berli JU**. Optimizing Innervation in Radial Forearm Phalloplasty: Consider the Posterior Antebrachial Cutaneous Nerve. Plast Reconstr Surg. 2023 Jan 1;151(1):202-206. PMID: 36576827

32.    Najafian A, Cylinder I, Jedrzejewski B, Sineath C, Sikora Z, Martin L, Dugi D, Dy G, **Berli JU**. Ehlers-Danlos syndrome: prevalence and outcomes in gender affirming surgery - a single institution experience. Plastic and Aesthetic Research – in print

33.    Togioka B M, Harriman K A, Ye S, et al. (October 30, 2023) Frequency and Characteristics of Postoperative Neuropathy in Individuals on Gender-Affirming Hormone Therapy Undergoing Gender Affirmation Surgery: A Retrospective Cohort Study. Cureus 15(10): e47988. doi:10.7759/cureus.47988

34.    Christopher Vélez, Kira L. Newman, Sonali Paul, Jens U. Berli, Vin Tangpricha, Laura E. Targownik, Approaching Digestive Health Care in Transgender and Gender-Diverse Communities, Clinical Gastroenterology and Hepatology,Volume 22, Issue 3, 2024, Pages 441-447.e2, ISSN 1542-3565, Vélez C, Newman KL, Paul S, **Berli JU**, Tangpricha V, Targownik LE. Approaching Digestive Health Care in Transgender and Gender-Diverse Communities. *Gastroenterology*. 2024;166(3):369-375.e2. doi:10.1053/j.gastro.2024.01.011 PMID: 38395524

35.    Kamenko S, Shepard E, Ferry AM, Hathaway BA, **Berli JU**, Mueller RV. Establishing a Resident-Driven Three-Dimensional Printing Lab within an Academic Institution. FACE. Published February 28th, 2024.

36.    Ferrin, P.C., Bene, N.C., **Berli, J.U**., Peters, B.R. Flap templating considerations in radial forearm phalloplasty. (2024). Journal of Visualized Surgery. (In press)

Peer-Reviewed systematic literature reviews:

1.  Shridharani SM, **Berli J**U, Manson PN, Tufaro AP, Rodriguez ED. Evidence-based Medicine versus Experience-based Medicine in Plastic Surgery: The Role of Postoperative Antibiotics in Mandible Fractures - A Systematic Review of the Literature and International Survey. Annals of Plastic Surgery. 2014 Mar;28. PMID: 24691320

    ***Performed and designed the systematic review, co-authored >50% of the manuscript***

2.  **Berli J**U, Broyles JM, Lough D, Shridharani SM, Rochlin D, Cooney DS, et al. Current concepts and systematic review of vascularized composite allotransplantation of the abdominal wall. Clinical Transplantation. 2013 Nov;27(6):781–9. PMID: 24102820

3.  **Berli J**U, Capitan L, Simon D, Bluebond-Langner R, Plemons E, Morrison S. Facial Gender Confirmation Surgery – Review of the Literature and Recommendations for Version 8 of the WPATH Standards of Care. International Journal of Transgenderism, 2017 Apr:1-7. PMID: 28753146

Peer-Reviewed reviews:

1.  **Berli, J**U, G. Knudson, L. Fraser, V. Tangpricha, R. Ettner, F. M. Ettner, J. D. Safer, J. Graham, S. Monstrey, and L. Schechter. What Surgeons Need to Know About Gender Confirmation Surgery when Providing Care for Transgender Individuals: A Review. JAMA surgery 152, no. 4 (2017): 394. PMID: 28196182

2.  Morrison S, Kolnik S, Massie J, Crowe C, Dugi D, Friedrich J, Pham T, **Berli J**U, O'Keefe G, Bulger E, Maier R, Mandell S. Injury in the Transgender Population: What the Trauma Surgeon needs to know. J Trauma Acute Care Surg. 2018 Oct;85(4):799-809. PMID: 30256770

3.  Esmonde N*, Najafian A*, Penkin A, **Berli J**U. The role of facial gender confirmation surgery in the treatment of gender dysphoria. J Craniofac Surg. 2019 Apr 4. PMID 31033766

4.  Heston AL*, Esmonde NO*, Dugi DD3rd; **Berli J**U. Review of Surgical Techniques and Considerations During Phalloplasty. Transl Androl Urol. 2019 *In Print*

5.  Lane, M; Sluiter, EC; Morrison, SD; Coon, D; Gast, KM; **Berli, J**U; Kuzon, WM; Phalloplasty: understanding the chaos Plastic and Aesthetic Research. 2020;7

6.  Cylinder, I; Heston, A; Jedrzejewski, B; Sikora, Z; Peters, B; **Berli, J**U; Partial flap loss in transgender phalloplasty using the anterolateral thigh or forearm-a systematic literature review Plastic and Aesthetic Research 2020;7

Peer-reviewed opinions / commentary / reply:

1.  Zelken J, **Berli J**U. Coffee and Tea after Microsurgery – Why not? Ann Plast Surg. 2015 Feb;74(2):139. PMID: 25590256

2.  **Berli J**U, Knudson G, Schechter L. Gender Confirmation Surgery and Terminology in Transgender Health – Reply. JAMA Surgery, 2017 Jul 19.doi: 10.10001/jamasurg.2017.2347. PMID: 28350658

3.  Capitán L, Simon D, **Berli JU**, Bailón C, Bellinga RJ, Santamaría JG, Tenório T, Sánchez-García A, Capitán-Cañadas F. Facial Gender Confirmation Surgery: A New Nomenclature. Plast Reconstr Surg. 2017 Jul.  PMID: 28753146

4.  **Berli JU.** Discussion: Genital Gender-Affirming Surgery in Transgender Men in the Netherlands from 1989 to 2018: The Evolution of Surgical Care. Plast Reconstr Surg 2020 Jan;145(1):162e-163e. PMID: 31881625

5.  S Danker, **JU Berli**. Reply: Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plastic and Reconstructive Surgery 147 (4), 714e-715e

6.  **Berli JU.** Commentary on Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Surg 2022 Jul. PMID: 358116084

7.  **Berli JU**. Reply: Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Aesthet Surg. 2022 Sep 1;150(3):705e-706e.

Peer-reviewed case reports:

1.  Chen S, Mattei P, **Berli JU**, Shores J. Myxofibrosarcoma with Associated Mycobacterium Infection. Eplasty. 2014 Jun;7;14: ic18. PMID: 24966999
    ***Author of the first manuscript draft, submission***

2.  **Berli JU**, Campbell WN, Katz RD. Coccidioidomycosis causing osteomyelitis of the hand in an immunocompetent patient. Hand (N Y). 2015 Sep;10(3):562-4. PMID: 26330797

3.  **Berli JU**, Zelken J, Schuyler K, Naslund M, Rasko Y. Ectopic Hydrocele After Testicular Transposition. Urology. 2016 Apr;90: e9-e13. PMID: 26801808

4.  Jedrzejewski B*, Annen A*, **Berli JU**, Sullivan SR, Taylor HO. Pseudoaneurysm of the superficial temporal artery – two case reports of a rare entity. Craniomaxillofacial Trauma Reconstruction Open 2018;2: e70–e75

Peer-Reviewed Abstracts

*Podium Presentations*

1.  **Berli JU**, Zhong S, Thomaier L, S, Huang J, Quiñones-Hinojosa A, Lim M, Weingart J, Brem H, Gordon CR. Immediate Single Stage Cranioplasty following Calvarial Resection for Benign and Malignant Skull Neoplasms using Customized Craniofacial Implants. 54th annual scientific meeting of the Midwestern Association of Plastic Surgeons. Chicago, Il, May 2015

2.  **Berli JU**, Bluebond-Langner, Chopra K, Singh D, Fischer B. Top Surgery in Transgender males: How Far Can We Push the Envelope World Professional Association for Transgender Health (WPATH) conference,

Amsterdam, June 2016

3.    **Berli JU**, Morrison S, Chong J, Dy G, Grant D, Wilson S, Brower J, Vedder N, Berli JU, Friederich J on behalf of Transgender Educational Study Group. Training in Transgender Patient Care – A National Survey of Plastic Surgery and Urology Residents and Residency Programs. World Professional Association for Transgender Health (WPATH) conference, Amsterdam, June 2016

4.    Lopez, J, Regina S.C, Major M, **Berli JU**, Bello RJ, Ahn ES, Mundinger GS, Medina M, Dorafshar A. Computer-Aided Design and Manufacturing in Non-Syndromic Cranial Vault Reconstruction Is Not Associated with Improved Surgical Outcomes. ACS annual conference. Washington D.C. August 2016

5.    Stone L*, **Berli JU**, Hansen J. Management of Occult Breast Cancer in the Female to Male Transgender Population. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

6.    Wan E, Siotos C, Bello R, Lo A, Seal S, **Berli JU**, Cooney C, Rosson G, Redett R. Quality of Life and Health Outcomes after Genital Gender Confirmation Surgery: A Systematic Review of the Global Experience. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

7.    Penkin A, **Berli JU**, Dugi DD, Blenning C, Connely K, Guerriero J, Baunach C, Shaffer L. OHSU Journey to a Transgender Health Program. Mini Symposium. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

8.    Morrison S, Chong J, Dy G, Grant D, **Berli JU**, Wilson S, Brower J, Vedder N, Berli JU, Friederich J on behalf of Transgender Educational Study Group. Training in Transgender Patient Care – A National Survey of Plastic Surgery and Urology Residents and Residency Programs. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

9.    Morrison TH*, Hansen J, Narayan S*, Esmonde N*, **Berli JU.** The Effect of Improved Health Insurance Coverage on Access to Gender Affirming Surgeries for Transgender Patients at OHSU between 2012 and 2017. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

10.   Danker S*, Narayan S*, Bluebond-Langner R, Schechter L, **Berli JU**. A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

11.   **Berli JU,** Coon D**.** State of the Union Facial Feminization U.S. and Europe. Mini-Symposium. World Professional Association for Transgender Health conference, Buenos Aires, Argentina, November 2018

12.   Esmonde N*; **Berli JU.** What Surgeons Need to Know about Non-Binary Patients. World Professional Association for Transgender Health, Buenos Aires, Argentina, November 2018

13.   Narayan S*; **Berli JU.** Detransition – International Surgeons Experience. World Professional Association for Transgender Health, Buenos Aires, Argentina, November 2018

14.    Annen A*, Danker S*, Esmonde N*, Narayan S*, **Berli JU**. Use of DIEA System for Free Flap Phalloplasty. American Society for Reconstructive Microsurgery meeting, Palm Springs, CA, February 2019

15.    Danker S*, Annen A*, Esmonde N*, Narayan S*, **Berli JU**. Use of DIEA System for Free Flap Phalloplasty. Northwest Society Plastic Surgery, Annual meeting, Kauai, HI, March 2019

       ***Selected as best regional conference presentation and will be presented again at our national (ASPS) meeting by invitation September 2019***

16.    Najafian A, Jedrzejewski B, Cylinder I, Dy G, Dugi D, **Berli JU**. Ehlers Danlos and Gender Affirming Surgery – prevalence and outcomes. WPATH virtual conference, November 2020

17.    Berli JU. Invited comment in favor of Gender Affirming Surgical Care Statement by American Society of Plastic Surgeons. American Society of Plastic Surgeons annual meeting, Austin, TX, October 2023

18.    Annen A*, Cylinder I*, Ferrin P*, Buuck C*, Peters BS B*, **Berli JU**. Urethral Outcomes from Big Ben Phalloplasty, Single Surgeon Experience. American Association of Plastic Surgeons, Boston, MA, May 2024.


*Posters*

1.    **Berli JU**, Broyles JM, Lough D, Shridharani SM, Rochlin D, Cooney DS, Lee WP, Brandacher G, Sacks JM. Systematic Review and Current Concepts of Abdominal Wall Vascularized Composite Allograft Transplantation. Abdominal wall reconstruction conference, Washington D.C., 2013

2.    **Berli JU**, Pang J, Broyles JM, Burreta K, Shridharani SM, Rochlin DH, Efron JE, Sacks JM. Abdominal versus Thigh Based Reconstruction of Perineal Defects in Cancer Patients. Plastic Surgery Research Council, New York City, 2014

3.    Mavrophilipos VD, Zapora JA, **Berli JU**, Broyles J, Chopra K, Sabino J et al. Novel Technique For Innervated Abdominal Wall Vascularized Composite Allotransplantation: A Separation of Components Approach. World Transplant Congress, San Francisco, 2014

4.    **Berli JU**, Zelken J, Calva D, Bluebond-Langner R, Redett R. Aesthetic Standards and Refinements in First Stage Phalloplasty Design. World Professional Association for Transgender Health (WPATH) conference, Amsterdam, June 2016

5.    Esmonde N*, Dugi D, Hansen J, Sajadi K, **Berli JU**. Staged Phalloplasty Pathway. American Society for Reconstructive Microsurgery, Phoenix, AR, February 2018

6.    Esmonde N*, Morrison T*, Narayan S*, Hansen J, Penkin A, Guerriero J, Shaffer L, Dugi D3, **Berli JU**. Fiscal Impact of a New Gender Confirming Surgery Program. Oregon Health & Science University Experience 2015 – 2018. World Professional Association for Transgender Health (WPATH) conference, Buenos Aires, November 2018

Non-peer-reviewed articles

1.  Lynch, JM*, O Meara, SK, J. **Berli, JU**, Zelken J, and Redett, RJ. Novel Glansplasty Design in a 25-year-old Male Born with Bladder Exstrophy. 2016 Irish Journal of Medical Science, vol. 185, pp. S266-S266. 236

    ***I assisted a visiting medical student (first author) with her scholarly project on glansplasty design.***

2.  **Berli JU,** Brandacher G. Surgical Residency in the United States – A Personal European Perspective. European Surgery June 2016, Volume 48, Issue 3, pp 149–154. Print ISSN: 1682-8631


Non-peer-reviewed invited reviews:

1.  **Berli JU**. Contributing author. Johns Hopkins ABSITE Review Manual, 2nd Edition 2014, Meguid RA, Van Arendonk KJV, Lipsett PA. 2nd Edition. Philadelphia: Lippincott, Williams and Wilkins, 2013. ISBN-13 978-1451173321.

2.  **Berli JU**, Merbs S, Grant M. Reconstruction of Periorbital Soft Tissue Defects. Facial Plast Surg. 2014 Oct;30(5):561-9. doi: 10.1055/s-0034-1395264. Epub 2014 Nov 14. PMID: 25397712

3.  Esmonde N*, Bluebond-Langner R, **Berli JU**. Phalloplasty Flap-Related Complication. Clin Plast Surg. 2018 Jul;45(3):415-424. PMID:29908631

4.  **Berli JU**, Loyo M. Gender-confirming Rhinoplasty. Facial Plast Surg Clin North Am. 2019 May;27(2):251-260. PMID: 30940391

5.  Narayan SK*, Morrison T*, Dugi DD 3rd, Mosser S, **Berli JU**. Gender Confirmation Surgery for the Endocrinologist. Endocrinol Metab Clin North Am. 2019 Jun;48(2). PMID: 31027548

6.  Danker S*, Esmonde N*, **Berli JU**. Staging in Phalloplasty. Clinics of Urology. *In Print*.


Book Chapters

1.  **Berli JU**, Redett R. Pelvic and Urogenital Reconstruction in Flaps and Reconstructive Surgery. Chapter 19. Editor: FuChan W, Samir M. 2nd Edition. 2016. Elsevier. London.

2.  *Berli JU*, Plemons E. The Importance of Facial Gender Confirmation Surgery. Gender Confirmation Surgery 2020, pp 91-97. Springer, Cham

3.  *Berli, JU*; Plemons, E. Secondary Sex Characteristics and Their Role in Gender Dysphoria Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. 2020, pg. 91. Springer Nature

4.  *Penkin, A; **Berli, J**; Dugi, D; Preoperative Preparation and Perioperative Considerations for Gender-Affirming Genital Surgery Urological Care for the Transgender Patient pps 37-44, 2021. Springer, Cham*

5.  *Najafian, A; Fattahi, T; Carboy, J; **Berli, J**; New Trends in Forehead and Brow Lift Integrated Procedures in Facial Cosmetic Surgery 575-584, 2021 Springer, Cham*

6.  Morrison S, **Berli JU**, Kuzon W. Gender Affirmation Surgery. Nelligan 5th Edition. 2023, Elsevier

7.  **Berli JU,** Putnam C, Scull D, Dy G. Bottom Surgery. Affirmed. Amazon.com

8.  ***Farrulla M, Berli JU. Gender affirming chest surgery. Grabbs and Smith. In editing process***

9. Vélez C, Newman KL, Paul S, **Berli J**U, Tangpricha V, Targownik LE. Approaching Digestive Health Care in Transgender and Gender-Diverse Communities. *Gastroenterology*. 2024;166(3):369-375.e2. doi:10.1053/j.gastro.2024.01.011 PMID: 38395524

Electronic Publications

*1.* **Berli J**U. Complicated Total Phalloplasty in a Patient with Previous Simple Metoidioplasty – Case Report. Plastic Surgery Educational Network. May 2019

2. **Berli J**U, Lipira A, Howell L. Parascapular free flap for pediatric foot reconstruction – Case Report. Plastic Surgery Educational Network. May 2020

3. **Berli JU**. Delayed ALT phalloplasty – Case Report. Plastic Surgery Educational Network. May 2020

4. **Berli J**U. Groin coverage – SNIPS. Plastic Surgery Educational Network. 2022

**Invited Lectures, Conference Presentations or Professorships:**

International and National

1. **Berli J**U. Surgery in the Times of Patient Migration, Ethics vs. Economy. 19th Berner Surgical Symposium, Bern, Switzerland, June 2008

2. **Berli J**U. Surgical Education: A Transatlantic Perspective. Grand Rounds. University Hospital Zuerich, Switzerland, October 2014

3. **Berli J**U. The Next Brick in the Wall – Abdominal Wall VCA. Grand Rounds Lecture, University Hospital Ghent, Belgium, October 2014

4. **Berli J**U. Gender Surgery – a Plastic Surgery Frontier. Grand Rounds lecture, University of Insubria, Varese, Italy. July 2016

5. **Berli J**U. Why Facial Gender Confirmation Surgery May be the Most Important Confirming Procedure United States Professional Association for Transgender Health biannual conference. Los Angeles, CA, February 2017

6. **Berli J**U. The Role of social media for a Young Academic Surgeon**.** American Association of Plastic Surgeons, Austin Tx, March 2017

7. **Berli J**U. Facial Feminization and Bottom Surgery**.** American Association of Plastic Surgeons, Austin Tx, March 2017

8.      **Berli JU.** Phalloplasty, Department of Plastic Surgery Grand Rounds, Mt. Sinai Hospital, New York City, NY, April 2017

9.      **Berli JU**. Facial Gender Confirmation Surgery. American Society of Plastic Surgeons, the Meeting, Orlando Fl, October 2017

10.     **Berli JU**. Lessons Learnt from Setting up an Academic Phalloplasty Program. NYU Microsurgical Course, NYU, New York City, NY, November 2017

11.     **Berli JU**. Adjunct Procedures for Phalloplasty. NYU Microsurgical Course, NYU, New York City, NY, November 2017

12.     **Berli JU**. Facial Gender Confirmation Surgery – Some Thoughts. World Professional Association for Transgender Health - Live Surgical Conference, Mt. Sinai Hospital, New York City, NY, April 2018

13.     **Berli JU**. The Big Ben Method – Staging of Phalloplasty. World Professional Association for Transgender Health - Live Surgical Conference, Mt. Sinai Hospital, New York City, NY, April 2018

14.     **Berli JU**. Gender Surgery in the United States. Scandiplast Conference, Copenhagen, Denmark, June 2018

15.     **Berli JU**. Getting to the Bottom of Gender Surgery. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

16.     **Berli JU**. The Business End of Gender Surgery. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

17.     **Berli JU**. Phalloplasty Options. American Urology Association annual meeting, Chicago, Il, April 2019
        *Moderator of the phalloplasty session*

18.     **Berli JU**. Essential components of setting up a gender program. Association of Academic Plastic Surgeons, San Diego, CA, April 2022

19.     **Beril JU**. Technical tricks to optimize radial forearm donor site, WPATH, Montreal, Canada, September 2022

20.     **Berli JU**. Gender Affirming Surgery, Aesthetic Meeting 2024, Vancouver B.C.

*Moderator Session*

   20.  **Berli JU**. Surgical options for masculinizing genital reconstruction, Mediterranean Conference of Plastic  Surgery Innovations, Athens, Greece, September 2024.

   21.  **Berli JU**.Society of Gender Surgeons in Miami – Co-Lead organizing session on legal aspect of gender affirming surgery (panelist included former AG)

*Virtual*

1.      **Beril JU**. Top Surgery Options for Transgender Individuals. Louisiana State University, Plastic Surgery

Grand Rounds, September 2020

2. **Berli JU**. Facial Feminization – Controversies and Consensus. Plastic Surgery the Meeting, October 2020.

3. **Berli JU**. Phalloplasty Options. World Professional Association for Transgender Health Biannual Meeting, November 2020

4. **Berli JU**. Phalloplasty – A Journey from East to West. Johns Hopkins School of Medicine, Plastic Surgery Grand Rounds, February 2021

5. **Berli JU**. Facial Feminization

6. **Berli JU**. Phalloplasty – Consensus and Controversy. Harvard School of Medicine, Plastic Surgery Grand Rounds, Virtual, April 2021

7. **Berli JU**. Phalloplasty – to pee or not to pee. University of Zuerich, Switzerland, Grand Rounds, Virtual, April 2022

8. **Berli JU**. Phalloplasty Defined. University of California San Francisco, Resident lecture, Virtual, May 2022

9. **Berli JU**. Journeys. University of Miami, Grand Rounds, October 2022


<u>Regional and Local Invited Presentations</u>

1. **Berli JU**. Gender Confirmation Surgery. Women's Health Symposium, Eugene, Oregon, September 2016

2. **Berli JU**. Gender Bottom Surgery. CME course, Group Health, Seattle, WA, December 2016

3. **Berli JU**. Overview of OHSU Transgender Health Program. Northwest Society Plastic Surgery, Annual meeting, Honolulu, HI, March 2018

4. **Berli JU**. Setting up a Phalloplasty Program in the Pacific Northwest. Northwest Society Plastic Surgery, Annual meeting, Honolulu, HI, March 2018

5. **Berli JU**, Dugi DD. Gender Confirmation Surgery. World Professional Association for Transgender Health Global Education Initiative Course, Oregon Health & Science University, Portland, OR September 2019

   ***This course was organized by myself in conjunction with the Transgender Health Program and WPATH. >70 National and international participants came to OHSU for this two-day course.***

6. **Berli JU**. Pane; discussion: How to Become a Gender Surgeon, American Society for Reconstructive Microsurgery, Carlsbad, CA, January 2022

7. **Berli JU**. My way is the best way – Staged phalloplasty. American Society for Reconstructive Microsurgery, Carlsbad, CA, January 2022

8. **Berli JU**. Abdominal Based butterfly Flap. World Society of Gender Surgeons, San Diego, CA, January 2022

9. **Berli, JU**. Shaft only Phalloplasty Options. World Society of Gender Surgeons, San Diego, CA, January 2022

10.    **Berli, JU**. Gender Affirming Surgery – Plastic Surgery perspective.  ECHO Educational Session, January 2022

11.    **Berli JU**. Gender Affirming Surgery and Trauma. 33rd Annual Northwest States Trauma Conference, Sunriver, OR, May 2022

12.    **Berli JU**. Back to the Future – Reconstructive Surgery after Trauma. 33rd Annual Northwest States Trauma Conference, Sunriver, OR, May 2022

13.    **Berli JU**. Gender Affirming Surgery. PNW OB/GYN Conference, Portland, OR, October 2022

14.    **Berli JU**. Caring for Transgender Patients: Where Surgery Meets Cancer Genetics. OHSU Molecular and Medical Genetics Grand Rounds, Portland, OR, November 2022

15.    **Berli JU**. Phalloplasty Aesthetics. Mountain West Society of Plastic Surgeons 9th Annual Meeting. Whistler, BC, March 2024

16.    **Berli JU**. Panel Discussion, Vaginoplasty and Phalloplasty: Functional Outcomes in Adult Gender Affirming Genital Surgery. Plastic Surgery the Meeting, San Diego, CA, September 2024


Institutional Invited Presentations

1.    **Berli JU**. Gender Confirmation Surgery at Oregon Health & Science University. Department of General Surgery, Oregon Health & Science University Grand Rounds, March 2017

2.    **Berli JU**. Gender Confirmation Surgery at Oregon Health & Science University. Division of Infectious Disease / Department of Medicine Grand Rounds. Oregon Health & Science University, March 2017

3.    **Berli JU**. Gender Confirmation Surgery – On the Other Side of the Curtain. Department of Anesthesia Grand Rounds. OHSU, April 2018

4.    Milano CE, **Berli JU**. The Case for Gender-Affirming Health Care. Marquam Hill Lecture Series. Oregon Health & Science University, March 2019

5.    Esmonde N*, **Berli JU**. Gender Confirmation Surgery. What the emergency provider needs to know. Division of trauma, critical care and acute care surgery/Department of Surgery. Trauma Grand Rounds Oregon Health & Science University, April 2019

6.    **Berli JU**. Phalloplasty – Full Circle. Division of Plastic Surgery Grand Rounds, Virtual, July 2021

7.    **Berli, JU**. Setting up a Gender Affirming Program at an Academic Medical Center, University of Southern California, Virtual, January 2022

8.    **Berli, JU**. Systematic Approach to Facial Feminization Surgery, Department of Otolaryngology Grand Rounds, Oregon Health & Science University, June 2022

In the News

1.  Oregonian, May 2016: https://www.oregonlive.com/transgender-health/2016/05/ohsu_jens_berli.html
2.  Wall Street Journal, 2016: https://www.wsj.com/articles/with-insurers-on-board-more-hospitals-offer-transgender-surgery-1474907475
3.  Zwivel.com 2017: https://www.zwivel.com/blog/trans-women-facial-feminization-surgery/
4.  Mercury, May 2019: https://www.portlandmercury.com/feature/2019/04/25/26368127/the-future-of-trans-healthcare-is-in-portland
5.  Mtfsurgery.net May 2019: https://www.mtfsurgery.net/trans-breast-augmentation-surgeon-experience.htm
6.  Lillia's Weekly Wednesday's Podcast: https://www.youtube.com/watch?v=ZoCyv1QvqnE
7.  Allure, June 2021: https://www.allure.com/story/top-surgery-mastectomy-difference
8.  Portland Monthly, Winter 2021/2022 https://www.pdxmonthly.com/doctors/type/surgery-transgender

# V. SERVICE

**Membership in Professional Societies:**

2015 – Present        World Professional Association for Transgender Health (WPATH)

2017 – Present        United States Association for Transgender Health (USPATH)

2019 – Present        American Society of Plastic Surgery (ASPS)

2019 – Present        American Society of Reconstructive Microsurgery (ASRM)

2019 – Present        American Council of Academic Plastic Surgeons (ACAPS)

2023 – Present        OHSU Mackenzie Surgical Society

2024 – Present        American Association of Plastic Surgeons (AAPS)

**Granting Agency Review Work:**

N/A

**Editorial Activity**

Plastic and Reconstructive Surgery                Contributing Editor

Plastic and Reconstructive Surgery Global Open     Editorial board

International Journal of Transgender Health         Editorial board

Transgender Health                                 Associate Editor

**Reviewer Activities:**

**Publons: Total review >200**

| | |
|---|---|
| 2012 – Present | JAMA Surgery |
| 2017 – Present | Plastic and Reconstructive Surgery |
| 2017 – Present | International Journal of Transgenderism |
| 2016 – Present | Plastic and Reconstructive Surgery, Global open |
| 2016 – Present | Sexual Medicine Reviews |
| 2018 – Present | Journal of Urology |
| 2018 – Present | Annals of Plastic Surgery |
| 2018 – Present | Aesthetic Surgery Journal |
| 2020 – 2022 | Plastic and Aesthetic Research |
| 2020 – 2022 | Annals of Translational Medicine |
| 2021 | Indian Journal of Plastic Surgery |
| 2021 | British Medical Journal |
| 2023 – Present | Transgender Health |
| 2023 – Present | Journal of American College of Surgeons |
| 2023 – Present | Associate Editor, Transgender Health |
| 2023 – Present | New England Journal of Medicine |
| 2024 – Present | FACE journal |
| 2024 – Present | Journal of Gay & Lesbian Mental Health |

**Committees:**

International/National:

**ACEPS, American Council of Educators in Plastic Surgery**

| | |
|---|---|
| 2022 – 2023 | Nomination Committee |
| | Mission Statement Task Force |
| 2021 – 2023 | PSCA task force committee |
| | Medical student outreach committee (co-chair) |
| 2020 – present | Global Health Committee (co-chair) |

2019 – 2020                 Nominating Committee

**ASPS, American Society of Plastic Surgeons**

2021-2023                   Resident Curriculum Development Committee, Section Editor Gender Surgery

                            Annual Meeting Educational Program Committee

2020                         In-Service Examination Subcommittee

                            Scientific program review committee, Plastic Surgery the Meeting

2018 – 2022                 Plastic Surgery Educational Network Committee (**Section Editor for Microsurgery)**

2018 – 2022                 Co-Chair International Visiting Scholar Committee

**WPATH World Professional Association for Transgender Health**

2018 – 2022                 Standards of Care Version 8, surgical chapter committee, World Professional Association
                            for Transgender Health

                            *This committee consisting of 9 members is updating the international guidelines*
                            *around surgical treatment for patients suffering from gender dysphoria. These*
                            *guidelines are used by most insurance companies and legislators in the United States to*
                            *determine coverage benefits for patients. The guidelines are updated approximately*
                            *every 10 years.*

2018                         Scientific program review committee biannual meeting 2018, World Professional
                            Association for Transgender Health.

2019, 2021                  Scientific program review committee biannual meeting, United States Professional
                            Association for Transgender Health.

2021                         Faculty Development Committee, Global Education Initiative, World Professional
                            Association for Transgender Health

                            **Medical Lead**

Regional

N/A

Institutional

2013 – 2015                 House Staff Patient Safety and Quality Council representative, Johns Hopkins Hospital,
                            Baltimore, MD

2016 – 2021                 Transgender Health Program Advisory Board, OHSU

2018 – 2021                 Diversity and Inclusion Committee, General Surgery Department, OHSU

2019 – Present              Oregon Transgender Health Research Collaborative

                            *This collaborative group was created and is currently spearheaded by me. It includes*

*researchers from various fields and institutions around Oregon (PSU, OCHIN, Kaiser, OHSU). It includes community members, medical students, researchers, and clinical faculty. >20 members*

| | |
|---|---|
| 2020 – Present | Transgender Health Program Leadership Committee |
| 2019 – 2020 | Transgender Health Program – Regret and Detransition work group |

Departmental

| | |
|---|---|
| 2016 – Present | Gender Surgery Research Group |
| 2016 – Present | Plastic Surgery Residency Clinical Competency Committee |
| 2018 – 2023 | Grand Rounds Planning Committee, Division of Plastic Surgery |
| 2016 – Present | Residency Admission Committee |

**Community Service:**

| | |
|---|---|
| 2005 | Women's Health, medical mission. Guillé Association (German), Itapecerica de Serra, Sao Paulo, Brazil |
| 2013 | Cleft lip/palate, medical mission. Medical Mission Group (USA), Puerto Barrios, Guatemala |
| 2015 | District Physician, Uummannaq Hospital, Greenland. |
| 2016 | Cleft lip/palate, medical mission. Changing Children's Lives (USA), Ubonrathchanthani, Thailand |
| 2016 | Q&A on gender surgery at Q center (local transgender community center) |
| 2017 – Present | Teaching monthly patient education classes on masculinizing genital surgery. A collaboration with Kaiser Permanente |
| 2018 | Q&A on gender surgery at Q center (local transgender community center) |

**Health Policy and Advocacy Service**:

| | |
|---|---|
| 2015 – 2016 | Oregon Health Authority – Health Evidence Review Committee |
| | Provided written expert testimonies to assist in further expansion of the Oregon Health Plan to include chest feminization and presurgical hair removal. Both of which are now included. |
| 2017 | Choo E, **Berli JU**. Doctors say repealing the affordable care act would devastate the transgender community. Quartz online article. https://qz.com/890149/doctors-say-repealing-the-affordable-care-act-would-devastate-the-transgender-community/ |
| 2018 | Oregon Health Authority – Medical Assistance Programs |

|       | Provided an oral testimony and provided evidence-based literature to the review committee in order to advocate for exception criteria for facial gender confirmation surgery through the Oregon Health Plan.<br>https://www.oregon.gov/oha/HSD/OHP/Policies/172-0745-05022018.pdf |
|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2021  | World Professional Association for Transgender Health – Insurance Education. |
|       | Development of educational material and participation in insurance education on coding for gender affirming procedures in California based on Senate bill 855 |
| 2023  | Transgender Legal Defense & Education Fund, Inc. Transgenderlegal.org<br>Expert report regarding facial gender affirmation surgery coverage (Virginia) |

**Clinical Responsibilities:**

AY 2016/2017:

| Clinic days   | 2/week   | Case numbers total      | 278  |
|---------------|----------|-------------------------|------|
| OR days       | 2.5/week | Clinic visits total     | 1099 |
| Academic days | 0.5/week | New patient visits total| 369  |
| Call weekend  | 1/month  | wRVU                    | 8488 |

AY 2017/2018:

| Clinic days   | 2/week   | Case numbers total      | 336   |
|---------------|----------|-------------------------|-------|
| OR days       | 2.5/week | Clinic visits total     | 1236  |
| Academic days | 0.5/week | New patient visits total| 353   |
| Call weekend  | 1/month  | wRVU                    | 10557 |

AY 2018/2019

| Clinic days | 2/week | Case numbers total | >259 as of 4/30/2019 |
|-------------|--------|--------------------|----------------------|

| OR days | 2.5/week | Clinic visits total | 1145 |
| Academic days | 0.5/week | New patient visits total | >250 as of 5/25/2019 |
| Call weekend | 0.5/month | wRVU | 8527 as of 4/30/2019 |

Unique clinical skills: Gender surgery

## VI. TEACHING (see OHSU Educator's Portfolio for details)

**Direct Clinical and Didactic Teaching**

Teaching Activities Medical Students

- Clinical Precepting MS1/2:

  2-3 students/year (8 total), Duration: 1 term, ½ day/week in clinic and/or operating room. 2016 – Present

- Clinical Precepting, Subspecialty Clerkship MS3/4:

  16-18 Clerkship students/year, Duration: 4 weeks, 1-1.5 days/week. 2016 – Present

- Non-clinical Precepting General Surgery MS3:

  1-2 students/year (total 3), Duration: Meet 1/week for 4 weeks. 2016 – Present

- Clinical Precepting, Continuity Elective Gender Surgery

  1 student total, Duration 4 weeks, 5 days/week. 2018 – Present

  ***Currently working on getting final approval for formal continuity elective to be set up in gender surgery***

Teaching Activity Plastic Surgery Residents

- Operative teaching

  2.5-3 days/week. 2016 – Present

- Clinical teaching

  1-1.5 clinics/week. 2016 – Present

- Resident Conference Didactic Lectures. 2-4/year. 2019 – Present

- Resident Microsurgery Didactic Session. 2/year. 2016 – Present

External Visiting Physician Observers

- Patrick Assi, Vanderbilt
- Michelle Bonapace-Potvin, University of Montreal

- Swathi Kalluraya, Oregon Health & Science University
- Ana Laaraker, University of New Mexico
- Ellie Ley, Gender Confirmation Center, San Francisco
- Xinfei Miao, California University of Science & Medicine
- Jacquelin Perry, Columbia Gorge Community College
- Arya Sherfat, University of California Riverside
- Winnie Tong, Kaiser, San Francisco
- Yan Yoo, LSU

**Curriculum Development (See OHSU Educator's Portfolio for details)**

OHSU Plastic Surgery Division. Faculty lead, Research Interest Groups. Developed 2016. Implemented 2017 - Current

**Educational Leadership and Administration**

OHSU Division of Plastic & Reconstructive Surgery, Department of Surgery

 Associate Residency Director 2016 – 2019

 Residency Program Director 2019 – present

**Mentoring and Advising**

OHSU Medical Students

 Advising and Mentoring. 2-4/year. 2016 – Present

 ***4 students published; 2 students with first authorship; 2 students held a podium presentation; 1 student matched into our program***

 Physician Scientist track. 1 student, 5 months in 2018

 Scholarly project advisor. 1/year. 2017 – Present

Advising:
 Michael He, University of Maryland
 Erika Theys, University of Nevada
 Suat Morkuzu

Mentoring:
 Amanda Moorefield, University of Missouri – Kansas City

IMG (International Medical Graduate) Advising:

 Iago de Castro Silva, MD
 Melih Sifil, MD

OHSU Residents Division of Plastic & Reconstructive Surgery, Department of Surgery

      Advising and Mentoring. 2-4/year. 2016 – Present

      *4 residents published, 1 resident 6 publications, contributed to successful fellowship match for 2 residents, letter writer for 3 residents*


**Honors and Awards for Scholarship, Service and Education**

| | |
|---|---|
| 2016 | Resident Teaching Award, Department of Plastic & Reconstructive Surgery, Johns Hopkins School of Medicine, Baltimore, Maryland |
| 2017 | Professional Staff Award, Transgender Health Program, Oregon Health & Science University |
| 2018 | Alan Seyfer Teaching Award, Division of Plastic & Reconstructive Surgery, Oregon Health & Science University |
| 2018 | Best 2018 United States Paper Award, Plastic and Reconstructive Surgery |
| 2021 | Top Doctor: Surgery – Transgender, Portland Monthly Magazine |
| 2022 | Top Doctor: Surgery – Transgender, Portland Monthly Magazine |
| 2022 | Top 100 Reviewer Plastic and Reconstructive Surgery (Peer-Reviewed Medical Journal) |
| 2023 | Top 100 Reviewer Plastic and Reconstructive Surgery Global Open (Peer-Reviewed Medical Journal) |
| 2024 | Distinguished Faculty Award, Department of Surgery, Oregon Health & Science University. |


**Promotion and Tenure Letter Writer**

| | |
|---|---|
| - Esther Kim, | UCSF, 2022 |
| -Josiah Orina | OHSU 2022 |
| - Ali Sab, | UCI 2023 |
| - Ali Sab, | UCI 2024 |
| -Ara Salibian | UC Davis 2024 |
| -George Kokosis | Rush 2024 |
| -Mair Marsiglio | OHSU 2024 |
| -Kyle Jensen | OHSU 2024 |