# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BINAH GORDON *et al*., | |
| Plaintiffs, | |
| v. | No. 3:24-cv-01447-VAB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**DECLARATION OF JAMIE HOMNICK**

1. My name is Jamie Homnick. I am one of the plaintiffs in the above-captioned action. I have personal knowledge of the matters stated in this declaration.

2. I was born and raised in Pennsylvania in 1985, and I currently live in Rochester, New York.

3. I hold a Ph.D. in Chemistry and work as an engineer at a pharmaceutical manufacturing firm where I am enrolled in a self-funded Aetna Traditional Choice plan through my employer.

4. I identify as a transgender woman. I was assigned "male" at birth, but for most of my life I have felt as though my gender does not match the body I was born with. My gender has been a nagging thing my whole life, and I did not know what it was.

5. I disliked my brothers' "masculine" toys, like G.I. Joes, and by age 8, I recognized a feeling of wanting to be a girl. Members of my family ridiculed me for walking "like a woman," but walking that way felt right and came easily to me.

6. During puberty, my dysphoria worsened as I developed secondary male sex characteristics. My face – in particular my forehead, nose and jaw – began to cause me profound, daily distress.

7. Because I was raised in a socially conservative rural community, I felt the need to hide myself and my feelings from others throughout childhood and adolescence.

8. It was not until 2021 that I took advantage of the fresh start afforded to me by a cross-country move to take significant steps to transition to living as a woman. I began to dress and present as a woman in private.

9. In 2022, I came out to my wife and my children. After that, I came out to other family members, and then publicly, including in the workplace. As consequence of coming out and living authentically as a trans woman, I suffered a painful break in communication with my father and brothers, which is a source of profound sadness for me.

10.    In September 2023, I sought out and began to see a therapist specializing in gender and LGBTQ issues. I have been seeing my therapist, Dr. Amanda Shaw, ever since. Around this time, I received a formal diagnosis of gender dysphoria from Dr. Shaw, for which she continues to provide me treatment. I took gender-affirming voice training lessons, and I also began the long, painful, and expensive process of laser hair removal treatments, for which I paid $3,900.

11.    In October 2023, I started gender-affirming hormone replacement therapy (HRT) under the care of Bill Schaefer, a Physician Assistant, as well as Dr. Shaw, and I have consulted with a surgeon, Dr. Clinton S. Morrison. All of my providers recommend that I obtain gender-affirming care, including gender-affirming facial reconstruction (GAFR). See Attachment A.

12.    My gender-affirming HRT has helped significantly reduce my gender dysphoria by better aligning my body with my gender identity. But despite some progress, I continue to suffer from severe gender dysphoria related to certain stereotypically masculine facial features.

13.    I take steps every day to alter and hide my appearance to alleviate the symptoms of dysphoria. For example, I wear a wide headband, which covers the top part of my face, so that I do not have to see my stereotypically masculine forehead and hairline. I take care to wear makeup whenever I leave the house, including winged eyeliner and lipstick. I try to smile more because I think it makes my features appear softer and more feminine. I wear feminine eyeglasses and choose clothing that feels feminine, like skirts with tights, even into the colder months.

14.    These steps provide a temporary sense of well-being, but they do not alleviate the severe and intensifying gender dysphoria I feel in connection with my facial features. When I get home and take off my makeup, I look in the mirror and I do not like the stereotypically male appearance I see reflected there. My eyes look vacant, and this triggers immediate distress and anxiety. These feelings keep me from wanting to leave the house again or engage socially outside the home with my family and friends because I am fearful that others will notice me as "different."

15.    When I do go out, I think that my face makes people not see me as who I am—a woman—and I tend to withdraw from social interaction more than I would otherwise. I can't go out without anxiety and paranoia. I continuously wonder, will people be able to identify me as trans? Will they think I'm a man?

16.    My gender dysphoria manifests as self-loathing, and I suffer from severe and worsening depression and anxiety. I think about my gender constantly, and I feel *tired* of thinking about my gender ██

17.    Without insurance coverage, I cannot afford to pay the estimated $130k for the surgery I need, but I have become so desperate for relief from my dysphoria that I have considered taking out an expensive, high-interest loan. But this gives me pause because it would mean depriving my family of shared resources.

18.  Based on recommendations from my medical team, I consulted with Dr. Morrison, a plastic surgeon in New York who specializes in gender-affirming surgery in August 2024. After the lengthy consultation, Dr. Morrison determined that I met the criteria, under the applicable standards of care, for obtaining GAFR.

19.  On September 4, 2024, Dr. Morrison submitted a request for prior authorization to Aetna for GAFR with supporting documentation. See Attachment A. He assured me that, in his experience, many insurers cover the procedures requested, which gave me enormous hope. But then the request was denied on September 9, 2024, pursuant to Aetna's categorical exclusion of GAFR under the applicable Clinical Policy Bulletin. See Attachment B. Dr. Morrison appealed the decision, but Aetna rejected the appeal. In November 2024, I filed a formal appeal with Aetna; the following day, Aetna rejected that appeal.

20.  I was devastated by this denial and my depression and anxiety exploded. I kept thinking—will I be able to fight this?

21.  In December 2024, I joined the above-captioned lawsuit. In January 2025, as part of this lawsuit, Aetna submitted the Declaration of Hannah Goellner attached to its Motion to Dismiss. In support of Aetna's contention that my claims should be dismissed, Ms. Goellner, a Senior Account Manager at Aetna, testified that, "In late 2024, [employer] revised its plan to cover certain GAFR procedures that Dr. Homnick requested, and approved those services for coverage."

22.  I was deeply shocked to read Ms. Goellner's statement. The only policy available to me via my plan's online portal reflects that Aetna's CPB 0615, which excludes GAFR, still governs coverage of transgender related surgeries. Also, I have no indication that the status of my individual request for coverage of GAFR has changed—it still shows as denied. See Attachment C.

23.  I reached out to Chris Parsnip, Senior Human Resources Director for my employer, and asked him if my insurance plan will cover GAFR in 2025. On February 26, 2025, Mr. Parsnip wrote, "there have been no changes to the coverage in 2025 and no exception made for you." See Attachment D. Mr. Parsnip did not state that the employer had revised its plan in late 2024 to cover GAFR, as Aetna claimed. As of the date of this declaration, no representative or document supports Aetna's statement that my GAFR is covered by my employer's plan despite the exclusion in Aetna's CPB 0615.

24.  In addition to my ongoing dysphoria, I am now also filled with feelings of hurt and anger over the way Aetna made public information about coverage of care that is central to my health, after blocking my access to that care, without affirming its veracity. The confusion this apparently inaccurate statement from Aetna caused has only made an already unbearable situation even more difficult.

25.  Without the facial surgeries that I need, I know my mental health will continue to decline. I am worried my self-esteem will sink even lower, that I might fall into a deep depression. ████████
     ████

26.    The Trump Administration's immediate steps to try to erase transgender identity and attack the principle that individuals can authentically identify with a gender different than their biological sex has only worsened my feelings of dread and anxiety.[1] I fear that I will one day soon be confronted by anti-trans people in public, which is happening more and more to members of the trans community in my network. I fear not only for my physical safety, but worry that seeing anti-trans hatred directed at me will harm my children and my relationship to them.

27.    I want to not feel anxiety. I want to use a public restroom and not get dirty looks from people. I want to see myself in the mirror and, mostly, I want to enjoy my life without this horrible noise of my dysphoria that doesn't go away.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. information, and belief.**

Date:  2/27/2025  |  9:28 AM PST          Signature: _____

---

[1] *See* Odette Yousef, *Trump's anti-trans effort is an agenda cornerstone with echoes in history*, NPR (Feb. 6, 2025, 10:27 AM), https://www.npr.org/2025/02/06/nx-s1-5288145/trump-anti-trans-executive-order; *see also* Exec. Order 14168, 90 FR 8615 (Jan. 30, 2025).

# ATTACHMENT A



# DIVISION OF PLASTIC SURGERY

PLASTICS: 585-275-1000    BURN: 585-275-2876    FAX: 585-276-1985

DEREK E. BELL, MD

GUI CHRISTIANO, MD

JONATHAN LECKENBY, MD

HOWARD N. LANGSTEIN, MD

CANDICE LEACH, MD

CLINTON MORRISON, MD

SARA NEIMANIS, MD

PATRICK REAVEY, MD

ALICIA KELLEHER, NP

CARLA PUCKETT, NP

HEIDI FITZGERALD, NP

KIMBERLY DEPAPE, NP

MEGAN BARBATO, NP

MELISANDE PLOUTZ, NP

MORGAN COOK, NP

STEPHANIE VOLO, NP

TAYLOR MCEACHON, NP

ELIZABETH HUETTE, RN

To: Aetna          Fax: 833-596-0339

From: Jenni

Re: Jamie Homnick

Date: 9/4/24          Pages: 11

Comments:

Please Call Jenni with determination 585-276-1985

Policy# W270045206

Pending Auth #

The documents accompanying this facsimile transmission contain confidential information belonging to The University of Rochester. The information is intended only for the use of the individual or entity addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the contents of this information is strictly prohibited. Any misdirected or improperly received information must be destroyed immediately. Please advise the sender of any misdirected





Date: 06/03/2024 *Jamie*
Legal Name: Paul Homnick ██████
Preferred Name: Jamie

To Whom it May Concern,

This letter serves to support Jamie for gender affirming surgery, specifically Facial feminization .I have a medical provider/patient relationship with this patient and I can attest that this individual has a Transfeminine identity, which is well established and stable.

Jamie has been diagnosed with gender identity disorder and gender dysphoria (ICD-10: F64.0) and is an active participant in our Transgender Health Care program, and has also participated in psychotherapy. Jamie began hormone therapy on 10/4/2023 and socially transitioned in 2022. She has fully transitioned in all aspects of life to a female gendered individual. As a female, the incongruence between their physical self and their gender identity causes significant medical, social, and emotional impairment.  The only additional treatment available for this condition is surgical correction of affected body parts - a necessary medical intervention for this patient.

Jamie has met the clinical and social guidelines following the international set of standards, WPATH (World Professional Association for Transgender Health), that is widely used and followed to properly care for transgender patients and those affected by Gender Dysphoria.  They have also met the insurance-based criteria to qualify for gender affirming surgery and proceeding to surgery will only help them more fully realize their gender identity.

If there are any questions regarding my assessment of this patient or there is any need for further support or documentation that I can provide, please do not hesitate to contact me.

Sincerely

William J Schaefer RPA-C

Provider's Signature: Electronically signed by William Schaefer, PA on 06/06/2024 at  3:36 pm

Transgender Center of Excellence at Trillium Health

259 Monroe Avenue | Rochester, NY 14607 | P 585.545.7200 | F 585.244.6456 | trilliumhealth.org

*06/06/24 (Thr Jun 6) 04:08 PM  Sarah Bolduc Added Addendum:*

Sarah Bolduc, MD

Electronically signed by Sarah Bolduc, MD on 06/06/2024 at  4:08 pm

AMANDA M. SHAW, PHD
247 PARK AVE., ROCHESTER, NY 14607
p. 585.340.7190      f. 585.244.0629
amandashawphd@gmail.com

 E 3702647

## Mental Health Letter of Support- Transfeminine Procedures

June 18, 2024

Patient birth name: Paul Homnick
Patient preferred name: Jamie

To whom it may concern,

It is my pleasure to write this letter on behalf of Jamie Homnick, ▇▇▇▇▇▇ who was evaluated on 06/13/24 for psychiatric clearance prior to facial feminization surgery. She has been my psychotherapy client 1-2x per week since 09/14/2023.

## Diagnosis of Gender Dysphoria

Jamie meets criteria for Gender Dysphoria in Adolescents and Adults (F64.1) as evidenced by:

- Marked incongruence between experienced/expressed gender and assigned gender which she has experienced since her childhood.
- Notable evidence of a strong desire to treat primary/secondary sexual characteristics.
- Strong desires for primary/secondary sex characteristics of the other gender.
- Strong desire to be treated as the other gender.
- Strong desire to be of the other gender.
- The condition has been known to cause clinically significant distress in her social life, interpersonal relationships, and employment.

Jamie reports realizing her gender identity as a female on a certain level starting in childhood (Gender was "a nagging thing my whole life... I didn't know what it was."), but she grew up in a conservative town, so it wasn't until she moved away and went to college that she started realizing it even more. In 2005 (age 20) she mentioned it to her mother, and in 2022 (age 37) she came out to her wife. She has since transitioned in all aspects of life to a female gendered identity. She began hormone therapy in October 2023 (age 38), and since then has engaged in gender-affirming voice therapy, facial electrolysis, and she wears feminine clothing a makeup. Although these steps have helped her gender dysphoria, the additional intervention of FFS is medically necessary. Earlier this year (2024) she also took steps to have her name and gender marker changed on legal documents.

It is evident that Jamie has struggled with worsening dysphoric feelings throughout her life, experienced as anxious and depressive symptoms, and has only received partial relief since starting her transition. Due to her male facial characteristics including square and angulated features, prominent thyroid and nasal cartilage, and lack of female facial characteristics such as less pronounced mandibular angles, full lips, less nasal prominence or pronounced zygomatic processes,

AMANDA M. SHAW, PHD
247 PARK AVE., ROCHESTER, NY 14607
p. 585.340.7190      f. 585.244.0629
amandashawphd@gmail.com

she continues to experience significant dysphoric symptoms. The presence of secondary male sex characteristics (i.e., masculine facial features) and lack of secondary female sex characteristics have all been a source of dysphoric feelings that at times during the patient's life have interfered with her ability to function well.

## Capacity Assessment

I also diagnosed Jamie with Major Depressive Disorder, Recurrent episode, Mild (F33.0). She experiences depressed mood, anhedonia, low energy, feeling badly about herself, and passive SI. She currently takes ███████████████ However, these symptoms have decreased in frequency and intensity as her gender transition has progressed. She has no history of suicide attempts or psychiatric hospitalization, and no psychiatric symptoms that impair her ability make informed medical decisions or impact her gender identity.

Jamie comprehends the basic procedure, risks, benefits, and potential complications of facial feminization surgery. She is able to verbalize a clear decision and weigh the risk and benefits of undergoing these surgeries, including scarring, infection, or poor outcome. It is my clinical assessment that Jamie Homnick has the capacity to consent to these surgical procedures.

## Statement of Medical Necessity

I support Jamie Homnick's desire for facial feminization surgery and determine that this procedure is of medical necessity to treat underlying gender dysphoria.

Amanda Shaw, Ph.D.
License #: 022686-1
NPI: 1356834378

# Homnick, Jamie

MRN: E3702647

---

**Depape, Kimberly J, NP**
Nurse Practitioner
Plastic Surgery

Progress Notes
Signed

Encounter Date: 8/13/2024

> **Name:** Homnick, Jamie
> **Preferred Name:** Jamie
> ███████████
> ███████████
> **Age:** 39 y.o.
> **Gender:** male
> **Ethnicity:** Caucasian

**Date of Encounter:** 8/13/2024

**Medical Providers**
    Referring: Duke, Emily C, PA
    PCP: Duke, Emily C, PA

**Chief Complaint**
    Facial Feminization

**History of Present Illness**

    Jamie is a 39 y.o. male-to-female transgender patient who is here for facial feminization consult.

    She has been living as a female since September 2023 and has been on hormone therapy since September 2023.

    She has had the following previous gender affirming surgeries: None.

    She has primary concerns of:

    Upper Face: Prominent forehead and brow bone.
    Mid face: widened nasal dorsum with widened nasal tip.
    Lower face: widened jaw and prominent chin.

    Also notes she has a preauricular lesion to her right ear, present since birth and has    been enlarging in size. Denies any redness, swelling, or drainage coming from    lesion.

    She  is not a smoker.

    She reports significant gender dysphoria including negative psychosocial impact from masculine facial features.

**Past Medical History**

███████████████████████████

**Past Surgical History**
    She  has no past surgical history on file.

**Social History**

**Social History**



**Allergies**
> She has No Known Allergies (drug, envir, food or latex).

**Medications**

**Review of Systems**

**Physical Exam**

Upper Face: Frontal brow bone with significant protrusion, brows symmetric in appearance, hairline in good position.
Midface: masculine nasal dorsum with widened tip.
Mandible: widened mandible
Chin: protruding chin

Right preauricular lesion noted approximately 0.5cm by 0.5cm.Raised with sharp border. No pain with palpation. No fluctuance noted.
**Assessment and Plan**

> We discussed facial feminization surgery today and the goals of the patients. Specifically, I recommend forehead reduction with brow bone contour, browlift, rhinoplasty, fat grafting to cheeks, mandibular angle reduction with genioplasty. Will also include preauricular lesion removal.

> Risks and benefits were discussed at length today. Letters of support provided. We will plan

surgical reconstruction when able.

Per WPATH Standards of Care v7, she has met the following criteria which are consistent with criteria for other gender affirming surgeries, as WPATH does not specifically address facial feminization surgery:

1. Persistent, well-documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);
4. If significant medical or mental health concerns are present, they must be reasonably well controlled.
5. Hormone therapy at this time is not an explicit criterion for facial feminization surgery
6. Letters of reference from a qualified mental health professional is pending.

Thank you Duke, Emily C, PA. We truly enjoy the privilege of caring for her here. Please don't hesitate to contact me with any questions, or if there are other patients whom we could help. Our practice focuses on congenital and acquired craniofacial disorders, as well as pediatric plastic surgery.

Seen and examined with Dr. Morrison.

Kimberly J Depape, NP

Electronically signed by Depape, Kimberly J, NP at 8/13/2024 11:07 AM

Office Visit on 8/13/2024      *Note viewed by patient*

## Additional Documentation

## Orders Placed

CT 3D rendering at independent workstation (Resulted 8/29/2024)
CT maxillofacial without contrast (Resulted 8/29/2024)
AMB REFERRAL TO GPS Authorized

## Medication Changes
As of 8/13/2024 10:16 AM

## Visit Diagnoses

Primary: **Gender dysphoria** F64.9

# Homnick, Jamie

MRN: E3702647

---

**Depape, Kimberly J, NP**
Nurse Practitioner
Plastic Surgery

Progress Notes
Signed

Encounter Date: **9/3/2024**

> **Name:** Homnick, Jamie
> **Preferred Name:** Jamie
> ███████████████
> ███████████████
> **Age:** 39 y.o.
> **Gender:** adult
> **Ethnicity:** Caucasian

**Date of Encounter:** 9/3/2024

## Medical Providers
Referring: Duke, Emily C, PA
PCP: Duke, Emily C, PA

## Chief Complaint
Facial Feminization

## History of Present Illness

Jamie is a 39 y.o. male-to-female transgender patient who is here for facial feminization consult. CT scan completed for surgical planning.

She has been living as a female since September 2023 and has been on hormone therapy since September 2023.

She has had the following previous gender affirming surgeries: None.

She has primary concerns of:

Upper Face: Prominent forehead and brow bone.
Mid face: widened nasal dorsum with widened nasal tip.
Lower face: widened jaw and prominent chin.

Also notes she has a preauricular lesion to her right ear, present since birth and has    been enlarging in size. Denies any redness, swelling, or drainage coming from             lesion.

She  is not a smoker.

She reports significant gender dysphoria including negative psychosocial impact from masculine facial features.

## Past Medical History
████████████████████████████████████

## Past Surgical History
She  has no past surgical history on file.

## Social History

## Social History



## Allergies

## Medications



## Review of Systems



## Physical Exam



Upper Face: Frontal brow bone with significant protrusion, brows symmetric in appearance, hairline in good position.
Midface: masculine nasal dorsum with widened tip.
Mandible: widened mandible
Chin: protruding chin

Right preauricular lesion noted approximately 0.5cm by 0.5cm.Raised with sharp border. No pain with palpation. No fluctuance noted.
**Assessment and Plan**

We discussed facial feminization surgery today and the goals of the patients. Specifically, I recommend forehead reduction with brow bone contour, browlift, rhinoplasty, fat grafting to cheeks, mandibular angle reduction with genioplasty. Will also include preauricular lesion removal.

Risks and benefits were discussed at length today. Letters of support provided. CT scan completed

and reviewed with patient. Will proceed with submitting to insurance scheduling surgery. Follow up with patient for preop visit.

Per WPATH Standards of Care v7, she has met the following criteria which are consistent with criteria for other gender affirming surgeries, as WPATH does not specifically address facial feminization surgery:

1. Persistent, well-documented gender dysphoria;
2. Capacity to make a fully informed decision and to consent for treatment;
3. Age of majority in a given country (if younger, follow the SOC for children and adolescents);
4. If significant medical or mental health concerns are present, they must be reasonably well controlled.
5. Hormone therapy at this time is not an explicit criterion for facial feminization surgery
6. Letters of reference from a qualified mental health professional is pending.

Thank you Duke, Emily C, PA. We truly enjoy the privilege of caring for her here. Please don't hesitate to contact me with any questions, or if there are other patients whom we could help. Our practice focuses on congenital and acquired craniofacial disorders, as well as pediatric plastic surgery.

Seen and examined with Dr. Morrison.

Kimberly J Depape, NP

Electronically signed by Depape, Kimberly J, NP at 9/3/2024 12:19 PM

Office Visit on 9/3/2024      *Note viewed by patient*

## Orders Placed

None

## Medication Changes
As of 9/3/2024 11:48 AM

None

## Visit Diagnoses

Primary: **Gender dysphoria** F64.9

# ATTACHMENT B



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

0000059**000002**000001*****************AUTO**MIXED AADC 07099



JAMIE HOMNICK
NY

0000059

0000059



 **aetna**

Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

09/09/2024

JAMIE HOMNICK
████████████
███████ NY █████

Dear JAMIE HOMNICK ,

After careful review of clinical guidelines and your health plan coverage, we're denying coverage for the health care service(s) shown in the enclosed letter. In some cases, we may not have enough clinical information from your doctor. Other times, the requested service(s) may not meet medical necessity criteria.

We know this isn't the outcome you were expecting. Below are the actions you can take if you choose. You'll find more details in the enclosed letter.

- Talk to your doctor about your options. They also have this information.

- Scan the QR code or visit **Aet.na/Prior-Auth-Guide** to learn more about prior authorizations.



- Follow the steps in the enclosed letter to request a formal appeal or have your doctor request a peer-to-peer review.  Visit Aet.na/MemberRights to learn more about the appeal process.

**We're here for you**

Call us at the number on your member ID card if you need more help.

©2022 Aetna Inc.
1480000-01-01



0000059



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

JAMIE HOMNICK

NY

09/09/2024

Member Name: JAMIE HOMNICK

Reference Number: 240904046491
Plan Sponsor: BAUSCH & LOMB AMERICAS, INC.
Plan Sponsor Account Number: 175041

Dear Member and Healthcare Provider(s) of Record,

After review, we have made a decision about coverage for the following health care services for the member named above. We use nationally recognized clinical guidelines and resources, such as MCG criteria and Clinical Policy Bulletins. Clinical Policy Bulletins are available at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**

Providers: Clinton S Morrison
Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 21137 | REDUCTION FOREHEAD CONTOURING ONLY | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 11441 | EXC B9 LES MRGN XCP SK TG F/E/E/N/L/M 0.6-1.0CM | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids ,mouth, neck, ears, orbits, | 1 | Time(s) |

0000059

| | | genitalia, hands, and/or feet; 25 cc or less injectate | | |
|---|---|---|---|---|

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
      Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 21122 | GENIOPLASTY 2/> SLIDING OSTEOTOMIES | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
      Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 21139 | RDCTJ FHD CNTRG & SETBACK ANT FRONTAL SINUS WALL | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
           Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 21209 | OSTEOPLASTY FACIAL BONES REDUCTION | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
           Strong Memorial Hospital



0000059

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 30410 | RHINP PRIM COMPLETE XTRNL PARTS | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

Providers: Clinton S Morrison
    Strong Memorial Hospital

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 09/06/2024 - 09/06/2024 | 67900 | REPAIR BROW PTOSIS | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Information About Coverage Denials:**

"Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.

Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement. The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

The clinical criteria upon which this decision was based are available free of charge upon request by calling our Member Services department using the phone number displayed on the member's ID card.

Denial codes are not used and therefore not available.

Member billing by participating (in-network) providers (doctor or facility): If your care by a participating provider is denied based on medical necessity, the provider is not allowed to bill you for the denied services unless you knew in advance that the services would not be covered and you agreed in writing to pay for them.

**Member Appeal Rights:**

You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

### How to ask for an appeal by phone

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at:
https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna
National Accounts CRT



0000059

P.O. Box 14001
Lexington,KY 40512

Your request should include:

- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group's name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

**Action for Out-of-Network Providers due to the No Surprises Bill Act:**
When needed, providers must obtain the Standard Notice and Consent Documents under the No Surprises Act and submit the form with the claim. Or submit the form separately by sending it to one of the following:

Aetna
PO Box 14079
Lexington, KY 40512-4079, or

fax to 859-455-8650

**We Protect Your Privacy:**
Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID number, and date of birth.

**Patient Safety Information:**
To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using provider search.

Your provider may have sent diagnosis codes with your request for authorization of services. If



0000059

you wish to obtain these codes and their descriptions, call us at the Member Services number on your medical identification card. If you have medical questions about your diagnosis, contact your provider.

If you suspect fraud or abuse involving your health benefits, please call the toll free Hotline at 1-800-338-6361 or contact us by E-Mail at AetnaSIU@Aetna.com.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Need help understanding this notice or our decision? Call us free of charge at the 1-800 number on your medical ID card. There are also other resources available to help you. Most plans are now subject to health care reform law. Call us or ask your employer if your plan is subject to the law. If it is, you can also contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) for help, if your health plan is provided by your employer. In addition, a consumer assistance program may be available to assist you.

Sincerely,

████████████

████████████

Medical Director

A copy of this letter is also being sent to:

Clinton Morrison
Strong Memorial Hospital

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

Aetna
148.32.318.1


0000059

# ATTACHMENT C

-->



(https://www.aetna.com/)

# Gender Affirming Surgery

Clinical Policy Bulletins  |  Medical Clinical Policy Bulletins

**Number: 0615**

## Table Of Contents

Policy

Applicable CPT / HCPCS / ICD-10 Codes

Background

References

### Policy History

Last Review  ⧉

 12/10/2024

Effective: 05/14/2002

Next Review: 07/10/2025

---

Review History  ⧉

---

Definitions  ⧉

## Policy

**Scope of Policy**

This Clinical Policy Bulletin addresses gender affirming surgery.

**Note**: Some plans may cover gender affirming procedures in addition to the following policy. Please check the specific benefit plan documents.

I. **Medical Necessity**

   Aetna considers gender affirming surgery medically necessary when criteria for each of the following procedures is met:

   A. *Requirements for Breast Removal*

      1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/gender diverse individual's readiness for physical treatment; *and*
      2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*
      3. Other possible causes of apparent gender incongruence have been excluded; *and*
      4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed;

### Additional Information

Clinical Policy Bulletin Notes  ⧉

### State Information

CA, CO, IL, MD, NY, OR, WA ⧉

*and*

5. Capacity to consent for the specific physical treatment; *and*

6. For members less than 18 years of age, completion of one year of testosterone treatment, unless hormone therapy is not desired or medically contraindicated; *and*

7. Risk factors associated with breast cancer have been assessed.

B. *Requirements for Breast Augmentation (Implants/Lipofilling)*

1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/gender diverse individual's readiness for physical treatments; *and*

2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*

3. Other possible causes of apparent gender incongruence have been excluded; *and*

4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical

treatments are assessed, with risks and benefits discussed; *and*

5. Capacity to consent for the specific physical treatment; *and*

6. Completion of six months of feminizing hormone therapy (12 months for adolescents less than 18 years of age) prior to breast augmentation surgery, unless hormone therapy is not desired or medically contraindicated); *and*

7. Risk factors associated with breast cancer have been assessed.

C. *Requirements for Gonadectomy (Hysterectomy and Oophorectomy or Orchiectomy)*

1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/ gender diverse individual's readiness for physical treatments; *and*

2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*

3. Other possible causes of apparent gender incongruence have been excluded; *and*

4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; *and*

5. Capacity to consent for the specific physical treatment; *and*

6. Six months of continuous hormone therapy as appropriate to the member's gender goals (12 months for adolescents less than 18 years of age), unless hormone therapy is not desired or medically contraindicated.

D. *Requirements for Genital Reconstructive Surgery (i.e., vaginectomy, urethroplasty, metoidioplasty, phalloplasty, scrotoplasty, placement of a testicular prosthesis and erectile prosthesis, penectomy, vaginoplasty, labiaplasty, clitoroplasty and electrolysis or laser hair removal sessions for skin graft preparation for genital surgery)*

1. Signed letter from a qualified mental health professional (see Appendix) assessing the transgender/

gender diverse individual's readiness for physical treatments; *and*

2. Documentation of marked and sustained gender dysphoria (see Appendix); *and*

3. Other possible causes of apparent gender incongruence have been excluded; *and*

4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; *and*

5. Capacity to consent for the specific physical treatment; *and*

6. Six months of continuous hormone therapy as appropriate to the member's gender goals (12 months for adolescents less than 18 years of age), unless hormone therapy is not desired or medically contraindicated.

**Note on gender specific services for the transgender community:** Gender-specific services may be medically necessary for transgender persons appropriate to their anatomy.  Examples include:

1. Breast cancer screening may be medically necessary for transmasculine persons who have not undergone chest masculinization surgery;
2. Prostate cancer screening may be medically necessary for transfeminine persons who have retained their prostate.

Aetna considers reversal of gender affirming surgery (performing surgical procedures to return anatomy to that of the sex assigned at birth) medically necessary for persons who regret their gender-related surgical intervention, where applicable requirements for gender affirming surgery listed above are met.

Aetna considers gonadotropin-releasing hormone medically necessary to suppress puberty in trans identified adolescents if they meet World Professional Association for Transgender Health (WPATH) criteria (see CPB 0501 - Gonadotropin-Releasing Hormone Analogs and Antagonists (../500_599/0501.html)).

## II. **Not Medically Necessary**

Aetna considers more than one breast augmentation not medically necessary. This does not include the medically necessary replacement of breast implants (see CPB 0142 - Breast Implant Removal (../100_199/0142.html)).

Aetna considers the following procedures that may be performed as a component of a gender transition as not medically necessary and cosmetic (not an all-inclusive list) (see also CPB 0031 - Cosmetic Surgery (../1_99/0031.html)):

- Hair removal (e.g., electrolysis, laser hair removal) (Exception: A limited number of electrolysis or laser hair removal sessions are considered medically necessary for skin graft preparation for genital surgery)
- Tracheal shave (reduction thyroid chondroplasty)
- Facial Gender Affirming Procedures, including:

  - Brow (reduction, augmentation, lift)
  - Hair line advancement and/or hair transplant
  - Facelift/mid-face lift (following alteration of the underlying skeletal structures) (platysmaplasty)
  - Blepharoplasty (lipofilling)
  - Rhinoplasty (+/- fillers)
  - Cheek (implant, lipofilling)
  - Lip (upper lip shortening, lip augmentation)
  - Lower jaw (reduction of mandibular angle, augmentation)
  - Chin reshaping (osteoplastic, alloplastic (implant-based))
  - Chondrolaryngoplasty (also known as Adam's apple reduction, thyroid cartilage reduction, or tracheal shave)
  - Vocal cord surgery

- Body contouring gender affirming surgery, including (not an all-inclusive list):

  - Liposuction/lipofilling/implants (pectoral, hip, gluteal, calf).

## III. **Experimental, Investigational, or Unproven**

Aetna considers the use of facial recognition neural networks experimental, investigational, or unproven for facial feminization surgery because the effectiveness of this approach has not been established.

IV. **Related Policies**

- CPB 0031 - Cosmetic Surgery (../1_99/0031.html)
- CPB 0097 - External Breast Prosthesis (../1_99/0097.html)
- CPB 0501 - Gonadotropin-Releasing Hormone Analogs and Antagonists (../500_599/0501.html)
- CPB 0646 - Voice Therapy (0646.html)

# CPT Codes / HCPCS Codes / ICD-10 Codes

**CPT codes covered if selection criteria are met:**

| Code | Code Description |
| --- | --- |
| **13131** | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; 1.1 cm to 2.5 cm |
| **13132** | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; 2.6 cm to 7.5 cm |
| **13133** | Repair, complex, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; each additional 5 cm or less |
| **13160** | Secondary closure of surgical wound or dehiscence, extensive or complicated |
| **14021** | Adjacent tissue transfer or rearrangement, scalp, arms and/or legs; defect 10.1 sq cm to 30.0 sq cm |
| **14040** | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10 sq cm or less |

Case 3:24-cv-01447-VAB     Document 62-3     Filed 03/03/25     Page 40 of 189

| Code | Code Description |
|------|------------------|
| 14041 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10.1 sq cm to 30.0 sq cm |
| 14301 | Adjacent tissue transfer or rearrangement, any area; defect 30.1 sq cm to 60.0 sq cm |
| 14302 | Adjacent tissue transfer or rearrangement, any area; each additional 30.0 sq cm, or part thereof |
| 15002 -15003 | Surgical preparation or creation of recipient site by excision of open wounds, burn eschar, or scar (including subcutaneous tissues), or incisional release of scar contracture, trunk, arms, legs; first 100 sq cm or 1% of body area of infants and children. + each additional |
| 15004 | Surgical preparation or creation of recipient site by excision of open wounds, burn eschar, or scar (including subcutaneous tissues), or incisional release of scar contracture, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet and/or multiple digits; first 100 sq cm or 1% of body area of infants and children |
| 15100 - 15101 | Split-thickness autograft, trunk, arms, legs; first 100 sq cm or less, or 1% of body area of infants and children + each additional 1% |
| 15115 | Epidermal autograft, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits; first 100 sq cm or less, or 1% of body area of infants and children |
| 15120 | Split-thickness autograft, face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits; first 100 sq cm or less, or 1% of body area of infants and children |
| 15240 - 15241 | Full thickness graft, free, including direct closure of donor site, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands, and/or feet; 20 sq cm or less. + each additional |
| 15273 -15274 | Application of skin substitute graft to trunk, arms, legs, total wound surface area greater than or equal to 100 sq cm; first 100 sq cm wound surface area, or 1% of body area of infants and children + each additional 1% |

| Code | Code Description |
|------|------------------|
| 15275 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area up to 100 sq cm; first 25 sq cm or less wound surface area |
| 15277 - 15278 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area greater than or equal to 100 sq cm; first 100 sq cm wound surface area, or 1% of body area of infants and children. + each additional 1% |
| 15574 | Formation of direct or tubed pedicle, with or without transfer; forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands or feet |
| 15734 | Muscle, myocutaneous, or fasciocutaneous flap; trunk |
| 15738 | Muscle, myocutaneous, or fasciocutaneous flap; lower extremity |
| 15740 | Flap; island pedicle requiring identification and dissection of an anatomically named axial vessel |
| 15750 | Flap; neurovascular pedicle |
| 15757 | Free skin flap with microvascular anastomosis |
| 15771 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; 50 cc or less injectate [covered for breast augmentation only] |
| 15772 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; each additional 50 cc injectate, or part thereof (List separately in addition to code for primary procedure) [covered for breast augmentation only] |
| 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate |
| 15860 | Intravenous injection of agent (eg, fluorescein) to test vascular flow in flap or graft |
| 17380 | Electrolysis epilation, each 30 minutes [Check benefits] |
| 17999 | Unlisted procedure, skin, mucous membrane and subcutaneous tissue [laser hair removal] [Check benefits] |
| 19318 | Reduction mammaplasty |

| Code | Code Description |
|---|---|
| 19325 | Breast augmentation with implant |
| 19350 | Nipple/areola reconstruction [only covered when not performed at time of original breast surgery] |
| 19357 | Tissue expander placement in breast reconstruction, including sub sequent expansion(s) can be authorized for gender affirmation coverage |
| 40808 | Biopsy, vestibule of mouth |
| 40818 | Excision of mucosa of vestibule of mouth as donor graft |
| 49329 | Unlisted laparoscopy procedure, abdomen, peritoneum and omentum [graft from colon for vaginoplasty] |
| 51040 | Cystostomy, cystotomy with drainage |
| 51102 | Aspiration of bladder; with insertion of suprapubic catheter |
| 52005 | Cystourethroscopy, with ureteral catheterization, with or without irrigation, instillation, or ureteropyelography, exclusive of radiologic service |
| 53400 | Urethroplasty; first stage, for fistula, diverticulum, or stricture (eg, Johannsen type) |
| 53405 | Urethroplasty; second stage (formation of urethra), including urinary diversion |
| 53410 | Urethroplasty, 1-stage reconstruction of male anterior urethra |
| 53430 | Urethroplasty, reconstruction of female urethra |
| 53520 | Closure of urethrostomy or urethrocutaneous fistula, male (separate procedure) |
| 54120 | Amputation of penis; partial |
| 54125 | Amputation of penis; complete |
| 54235 | Injection of corpora cavernosa with pharmacologic agent(s) (eg, papaverine, phentolamine) |
| 54300 | Plastic operation of penis for straightening of chordee (eg, hypospadias), with or without mobilization of urethra |
| 54304 | Plastic operation on penis for correction of chordee or for first stage hypospadias repair with or without transplantation of prepuce and/or skin flaps |

| Code | Code Description |
|------|------------------|
| **54336** | 1-stage perineal hypospadias repair requiring extensive dissection to correct chordee and urethroplasty by use of skin graft tube and/or island flap |
| **54400 - 54417** | Penile prosthesis |
| **54520** | Orchiectomy, simple (including subcapsular), with or without testicular prosthesis, scrotal or inguinal approach |
| **54660** | Insertion of testicular prosthesis (separate procedure) |
| **55150** | Resection of scrotum |
| **55175** | Scrotoplasty; simple |
| **55180** | complicated |
| **55970** | Intersex surgery; male to female [a series of staged procedures that includes male genitalia removal, penile dissection, urethral transposition, creation of vagina and labia with stent placement] |
| **55980** | female to male [a series of staged procedures that include penis and scrotum formation by graft, and prostheses placement] |
| **56625** | Vulvectomy simple; complete |
| **56800** | Plastic repair of introitus |
| **56805** | Clitoroplasty for intersex state |
| **56810** | Perineoplasty, repair of perineum, nonobstetrical (separate procedure) |
| **57106, 57110** | Vaginectomy, partial removal of vaginal wall, or complete removal of vaginal wall |
| **57282** | Colpopexy, vaginal; extra-peritoneal approach (sacrospinous, iliococcygeus) |
| **57291 - 57292** | Construction of artificial vagina |
| **57335** | Vaginoplasty for intersex state |
| **57425** | Laparoscopy, surgical, colpopexy (suspension of vaginal apex) |

| Code | Code Description |
|---|---|
| 58150, 58180, 58260 - 58262, 58275 - 58291, 58541 - 58544, 58550 - 58554 | Hysterectomy |
| 58570 - 58573 | Laparoscopy, surgical, with total hysterectomy |
| 58661 | Laparoscopy, surgical; with removal of adnexal structures (partial or total oophorectomy and/or salpingectomy) |
| 58720 | Salpingo-oophorectomy, complete or partial, unilateral or bilateral |
| 58999 | Unlisted procedure, female genital system (nonobstetrical) [metoidioplasty] |
| 64708 | Neuroplasty, major peripheral nerve, arm or leg, open; other than specified |
| 64856 | Suture of major peripheral nerve, arm or leg, except sciatic; including transposition |
| 64859 | Suture of each additional major peripheral nerve |
| 64874 | Suture of nerve; requiring extensive mobilization, or transposition of nerve |
| 64910 | Nerve repair; with synthetic conduit or vein allograft (eg, nerve tube), each nerve |
| **CPT codes not covered for indications listed in the CPB [considered not medically necessary and cosmetic]:** | |
| *Facial recognition neural networks* -no specific code | |
| 11950 - 11954 | Subcutaneous injection of filling material (e.g., collagen) |
| 15200 | Full thickness graft, free, including direct closure of donor site, trunk; 20 sq cm or less [nipple reconstruction] |
| 15775 | Punch graft for hair transplant; 1 to 15 punch grafts |
| 15776 | Punch graft for hair transplant; more than 15 punch grafts |

| Code | Code Description |
|---|---|
| 15780 - 15787 | Dermabrasion |
| 15788 - 15793 | Chemical peel |
| 15820 - 15823 | Blepharoplasty |
| 15824 - 15828 | Rhytidectomy [face-lifting] |
| 15830 - 15839 | Excision, excessive skin and subcutaneous tissue (includes lipectomy); abdomen, infraumbilical panniculectomy |
| 15876 - 15879 | Suction assisted lipectomy |
| 17380 | Electrolysis epilation, each 30 minutes |
| 19301 | Mastectomy, partial (eg, lumpectomy, tylectomy, quadrantectomy, segmentectomy) |
| 19303 | Mastectomy, simple, complete |
| 19316 | Mastopexy |
| 19340 | Immediate insertion of breast prosthesis following mastopexy, mastectomy or in reconstruction |
| 19342 | Delayed insertion of breast prosthesis following mastopexy, mastectomy or in reconstruction |
| 20999 | Unlisted procedure, musculoskeletal system, general [unlisted augmentation] [check benefits] |
| 21087 | Nasal prosthesis |
| 21120 - 21123 | Genioplasty |
| 21125 - 21127 | Augmentation, mandibular body or angle; prosthetic material or with bone graft, onlay or interpositional (includes obtaining autograft) |
| 21193 | Reconstruction of mandibular rami, horizontal, vertical, C, or L osteotomy; without bone graft |
| 21194 |    with bone graft (includes obtaining graft) |

| Code | Code Description |
|------|------------------|
| 21195 | Reconstruction of mandibular rami and/or body, sagittal split; without internal rigid fixation |
| 21196 | with internal rigid fixation |
| 21208 | Osteoplasty, facial bones; augmentation (autograft, allograft, or prosthetic implant) |
| 21210 | Graft, bone; nasal, maxillary or malar areas (includes obtaining graft) |
| 21270 | Malar augmentation, prosthetic material |
| 30400 - 30420 | Rhinoplasty; primary |
| 30430 - 30450 | Rhinoplasty; secondary |
| 31599 | Unlisted procedure, larynx [thyroid chondroplasty and tracheal shave] [voice modification surgery] [check benefits] |
| 31899 | Unlisted procedure, trachea, bronchi [thyroid chondroplasty and tracheal shave] [augmentation thyroid chondroplasty (thyroid cartilage augmentation)] [check benefits][Chondrolaryngoplasty, Adam's apple reduction, thyroid cartilage reduction] |
| 40799 | Unlisted procedure, lips [lip shortening] [check benefits] |
| 67900 | Repair of brow ptosis (supraciliary, mid-forehead or coronal approach) |
| 92507 | Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual |
| 92508 | Treatment of speech, language, voice, communication, and/or auditory processing disorder; group, two or more individuals |
| Other CPT codes related to the CPB: | |
| 11980 | Subcutaneous hormone pellet implantation (implantation of estradiol and/or testosterone pellets beneath the skin) |
| +90785 | Interactive complexity (List separately in addition to the code for primary procedure) |
| 90832 - 90838 | Psychotherapy |

| Code | Code Description |
|------|------------------|
| **96372** | Therapeutic, prophylactic, or diagnostic injection (specify substance of drug); subcutaneous or intramuscular |
| **HCPCS codes covered if selection criteria are met:** | |
| **C1789** | Prosthesis, breast (implantable) |
| **C1813** | Prosthesis, penile, inflatable |
| **C2622** | Prosthesis, penile, non-inflatable |
| **J1071** | Injection, testosterone cypionate, 1 mg |
| **J3121** | Injection, testosterone enanthate, 1 mg |
| **J3145** | Injection, testosterone undecanoate, 1 mg |
| **J1950** | Injection, leuprolide acetate (for depot suspension), per 3.75 mg |
| **J9202** | Goserelin acetate implant, per 3.6 mg |
| **J9217** | Leuprolide acetate (for depot suspension), 7.5 mg |
| **J9218** | Leuprolide acetate, per 1 mg |
| **J9219** | Leuprolide acetate implant, 65 mg |
| **L8600** | Implantable breast prosthesis, silicone or equal |
| **S0189** | Testosterone pellet, 75 mg |
| **HCPCS codes not covered for indications listed in the CPB:** | |
| **G0153** | Services performed by a qualified speech-language pathologist in the home health or hospice setting, each 15 minutes |
| **L8499** | Unlisted procedure for miscellaneous prosthetic services [prosthetic implant] [check benefits] |
| **L8699** | Prosthetic implant, not otherwise specified [check benefits] |
| **S9128** | Speech therapy, in the home, per diem |
| **ICD-10 codes covered if selection criteria are met:** | |
| **F64.0 - F64.9** | Gender identity disorders |
| **Z87.890** | Personal history of sex reassignment |

# Background

The International Classification of Diseases and Related Health Problems, Tenth Revision (ICD-10) and the Diagnostic and Statistical Manual of Mental Disorders, (DSM-5-TR) are the diagnostic classifications and criteria manuals used in the United States. Notwithstanding, the World Professional Association of Transgender Health Standard of Care 8th edition (WPATH SOC8) states: "While Gender Dysphoria (GD) is still considered a mental health condition in the Diagnostic and Statistical Manual of Mental Disorders, (DSM-5-TR) of the American Psychiatric Association. Gender incongruence is no longer seen as pathological or a mental disorder in the world health community. Gender Incongruence is recognized as a condition in the International Classification of Diseases and Related Health Problems, 11th Version of the World Health Organization (ICD-11). Because of historical and current stigma, TGD people can experience distress or dysphoria that may be addressed with various gender-affirming treatment options. While nomenclature is subject to change and new terminology and classifications may be adopted by various health organizations or administrative bodies, the medical necessity of treatment and care is clearly recognized for the many people who experience dissonance between their sex assigned at birth and their gender identity."

Gender dysphoria refers to discomfort or distress that is caused by a discrepancy between an individual's gender identity and the gender assigned at birth (and the associated gender role and/or primary and secondary sex characteristics). A diagnosis of gender dysphoria requires a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. This condition may cause clinically significant distress or impairment in social, occupational or other important areas of functioning.

Gender affirming surgery is performed to change primary and/or secondary sex characteristics. For transfeminine (assigned male at birth) gender transition, surgical procedures may include genital reconstruction (vaginoplasty, penectomy, orchidectomy, clitoroplasty), breast augmentation (implants, lipofilling), and cosmetic surgery (facial reshaping, rhinoplasty, abdominoplasty, thyroid chondroplasty (laryngeal shaving), voice modification surgery (vocal cord shortening), hair transplants) (Day, 2002). For transmasculine (assigned female at birth)

gender transition, surgical procedures may include mastectomy, genital reconstruction (phalloplasty, genitoplasty, hysterectomy, bilateral oophorectomy), mastectomy, and cosmetic procedures to enhance male features such as pectoral implants and chest wall recontouring (Day, 2002).

The criterion noted above for some types of genital surgeries is based on expert clinical consensus that this experience provides ample opportunity for patients to experience and socially adjust in their desired gender role, before undergoing irreversible surgery (Coleman, et al., 2022).

It is recommended that transfeminine persons undergo feminizing hormone therapy (minimum 6 months) prior to breast augmentation surgery. The purpose is to maximize breast growth in order to obtain better surgical (aesthetic) results.

In addition to hormone therapy and gender affirming surgery, psychological adjustments are necessary in affirming sex. Treatment should focus on psychological adjustment, with hormone therapy and gender affirming surgery being viewed as confirmatory procedures dependent on adequate psychological adjustment. Mental health care may need to be continued after gender affirming surgery. The overall success of treatment depends partly on the technical success of the surgery, but more crucially on the psychological adjustment of the trans identified person and the support from family, friends, employers and the medical profession.

Nakatsuka (2012) noted that the third versions of the guideline for treatment of people with gender dysphoria (GD) of the Japanese Society of Psychiatry and Neurology recommends that feminizing/masculinizing hormone therapy and genital surgery should not be carried out until 18 years old and 20 years old, respectively.  On the other hand, the sixth (2001) and the seventh (2011) versions of the standards of care for the health of transsexual, transgender, and gender non-conforming people of World Professional Association for Transgender Health (WPATH) recommend that transgender adolescents (Tanner stage 2, [mainly 12 to 13 years of age]) are treated by the endocrinologists to suppress puberty with gonadotropin-releasing hormone (GnRH) agonists until age 16 years old, after which gender-affirming hormones may be given.  A

questionnaire on 181 people with GID diagnosed in the Okayama University Hospital (Japan) showed that female to male (FTM) trans identified individuals hoped to begin masculinizing hormone therapy at age of 15.6 +/- 4.0 (mean +/- S.D.) whereas male to female (MTF) trans identified individuals hoped to begin feminizing hormone therapy as early as age 12.5 +/- 4.0, before presenting secondary sex characters.  After confirmation of strong and persistent trans gender identification, adolescents with GD should be treated with gender-affirming hormone or puberty-delaying hormone to prevent developing undesired sex characters.  These treatments may prevent transgender adolescents from attempting suicide, suffering from depression, and refusing to attend school.

Spack (2013) stated that GD is poorly understood from both mechanistic and clinical standpoints.  Awareness of the condition appears to be increasing, probably because of greater societal acceptance and available hormonal treatment.  Therapeutic options include hormone and surgical treatments but may be limited by insurance coverage because costs are high.  For patients seeking MTF affirmation, hormone treatment includes estrogens, finasteride, spironolactone, and GnRH analogs. Surgical options include feminizing genital and facial surgery, breast augmentation, and various fat transplantations.  For patients seeking a FTM gender affirmation, medical therapy includes testosterone and GnRH analogs and surgical therapy includes mammoplasty and phalloplasty.  Medical therapy for both FTM and MTF can be started in early puberty, although long-term effects are not known.  All patients considering treatment need counseling and medical monitoring.

Leinung and colleagues (2013) noted that the Endocrine Society's recently published clinical practice guidelines for the treatment of transgender persons acknowledged the need for further information on transgender health.  These investigators reported the experience of one provider with the endocrine treatment of transgender persons over the past 2 decades. Data on demographics, clinical response to treatment, and psychosocial status were collected on all transgender persons receiving gender-affirming hormone therapy since 1991 at the endocrinology clinic at Albany Medical Center, a tertiary care referral center serving upstate New York.  Through 2009, a total 192 MTF and 50 FTM transgender persons were seen.  These patients had a high

prevalence of mental health and psychiatric problems (over 50 %), with low rates of employment and high levels of disability. Mental health and psychiatric problems were inversely correlated with age at presentation. The prevalence of gender affirming surgery was low (31 % for MTF). The number of persons seeking treatment has increased substantially in recent years. Gender-affirming hormone therapy achieves very good results in FTM persons and is most successful in MTF persons when initiated at younger ages. The authors concluded that transgender persons seeking hormonal therapy are being seen with increasing frequency. The dysphoria present in many transgender persons is associated with significant mood disorders that interfere with successful careers. They stated that starting therapy at an earlier age may lessen the negative impact on mental health and lead to improved social outcomes.

Meyer-Bahlburg (2013) summarized for the practicing endocrinologist the current literature on the psychobiology of the development of gender identity and its variants in individuals with disorders of sex development or with transgenderism. Gender reassignment remains the treatment of choice for strong and persistent gender dysphoria in both categories, but more research is needed on the short-term and long-term effects of puberty-suppressing medications and cross-sex hormones on brain and behavior.

**Note on Breast Reduction/Mastectomy and Nipple Reconstruction**

The CPT codes for mastectomy (CPT codes 19303) are for breast cancer, and are not appropriate to bill for reduction mammaplasty for female to male (transmasculine) gender affirmation surgery. CPT 2020 states that "Mastectomy procedures (with the exception of gynecomastia [19300]) are performed either for treatment or prevention of breast cancer." CPT 2020 also states that "Code 19303 describes total removal of ipsilateral breast tissue with or without removal of skin and/or nipples (eg, nipple-sparing), for treatment or prevention of breast cancer." There are important differences between a mastectomy for breast cancer and a mastectomy for gender reassignment. The former requires careful attention to removal of all breast tissue to reduce the risk of cancer. By contrast, careful removal of all breast tissue is not essential in

mastectomy for gender reassignment. In mastectomy for gender reassignment, the nipple areola complex typically can be preserved.

Some have tried to justify routinely billing CPT code 19350 for nipple reconstruction at the time of mastectomy for gender reassignment based upon the frequent need to reduce the size of the areola to give it a male appearance. However, the nipple reconstruction as defined by CPT code 19350 describes a much more involved procedure than areola reduction. The typical patient vignette for CPT code 19350, according to the AMA, is as follows: "The patient is measured in the standing position to ensure even balanced position for a location of the nipple and areola graft on the right breast.  Under local anesthesia, a Skate flap is elevated at the site selected for the nipple reconstruction and constructed.  A full-thickness skin graft is taken from the right groin to reconstruct the areola. The right groin donor site is closed primarily in layers."

The AMA vignette for CPT code 19318 (reduction mammaplasty) clarifies that this CPT code includes the work that is necessary to reposition and reshape the nipple to create an aesthetically pleasing result, as is necessary in female to male breast reduction. "The physician reduces the size of the breast, removing wedges of skin and breast tissue from a female patient. The physician makes a circular skin incision above the nipple, in the position to which the nipple will be elevated. Another skin incision is made around the circumference of the nipple. Two incisions are made from the circular cut above the nipple to the fold beneath the breast, one on either side of the nipple, creating a keyhole shaped skin and breast incision. Wedges of skin and breast tissue are removed until the desired size is achieved. Bleeding vessels may be ligated or cauterized. The physician elevates the nipple and its pedicle of subcutaneous tissue to its new position and sutures the nipple pedicle with layered closure. The remaining incision is repaired with layered closure" (EncoderPro, 2019). CPT code 19350 does not describe the work that that is being done, because that code describes the actual construction of a new nipple.  Code 19350 is a CCI "incidental to" edit to code 19318, and, accordingly, the services of code 19350 are included in code 19318. Similarly, graft codes, such as code 15200 (full thickness skin graft) and 15877 (liposuction), are CCI "incidental to" edits to code 19318, and, accordingly, the services of graft codes, such as 15200, and liposuction codes, such as 15877, are included in code 19318.

**Vulvoplasty Versus Vaginoplasty as Gender-Affirming Genital Surgery for Transgender Women**

Jiang and colleagues (2018) noted that gender-affirming vaginoplasty aims to create the external female genitalia (vulva) as well as the internal vaginal canal; however, not all patients desire nor can safely undergo vaginal canal creation.  These investigators described the factors influencing patient choice or surgeon recommendation of vulvoplasty (creation of the external appearance of female genitalia without creation of a neovaginal canal) and evaluated the patient's satisfaction with this choice.  Gender-affirming genital surgery consults were reviewed from March 2015 until December 2017, and patients scheduled for or who had completed vulvoplasty were interviewed by telephone.  These investigators reported demographic data and the reasons for choosing vulvoplasty as gender-affirming surgery for patients who either completed or were scheduled for surgery, in addition to patient reports of satisfaction with choice of surgery, satisfaction with the surgery itself, and sexual activity after surgery.  A total of 486 patients were seen in consultation for trans-feminine gender-affirming genital surgery: 396 requested vaginoplasty and 39 patients requested vulvoplasty; 30 Patients either completed or are scheduled for vulvoplasty.  Vulvoplasty patients were older and had higher body mass index (BMI) than those seeking vaginoplasty.  The majority (63 %) of the patients seeking vulvoplasty chose this surgery despite no contraindications to vaginoplasty.  The remaining patients had risk factors leading the surgeon to recommend vulvoplasty.  Of those who completed surgery, 93 % were satisfied with the surgery and their decision for vulvoplasty.  The authors concluded that this was the first study of factors impacting a patient's choice of or a surgeon's recommendation for vulvoplasty over vaginoplasty as gender-affirming genital surgery; it also was the first reported series of patients undergoing vulvoplasty only.

Drawbacks of this study included its retrospective nature, non-validated questions, short-term follow-up, and selection bias in how vulvoplasty was offered.  Vulvoplasty is a form of gender-affirming feminizing surgery that does not involve creation of a neovagina, and it is associated with high satisfaction and low decision regret.

**Autologous Fibroblast-Seeded Amnion for Reconstruction of**

**Neo-vagina in Transfeminine Reassignment Surgery**

Seyed-Forootan and colleagues (2018) stated that plastic surgeons have used several methods for the construction of neo-vaginas, including the utilization of penile skin, free skin grafts, small bowel or recto-sigmoid grafts, an amnion graft, and cultured cells.  These researchers compared the results of amnion grafts with amnion seeded with autograft fibroblasts.  Over 8 years, these investigators compared the results of 24 male-to-female transsexual patients retrospectively based on their complications and levels of satisfaction; 16 patients in group A received amnion grafts with fibroblasts, and the patients in group B received only amnion grafts without any additional cellular lining.  The depths, sizes, secretions, and sensations of the vaginas were evaluated.  The patients were monitored for any complications, including over-secretion, stenosis, stricture, fistula formation, infection, and bleeding.  The mean age of group A was 28 ± 4 years and group B was 32 ± 3 years.  Patients were followed-up from 30 months to 8 years (mean of 36 ± 4) after surgery. The depth of the vaginas for group A was 14 to 16 and 13 to 16 cm for group B.  There was no stenosis in neither group.  The diameter of the vaginal opening was 34 to 38 mm in group A and 33 to 38 cm in group B. These researchers only had 2 cases of stricture in the neo-vagina in group B, but no stricture was recorded for group A.  All of the patients had good and acceptable sensation in the neo-vagina; 75 % of patients had sexual experience and of those, 93.7 % in group A and 87.5%  in group B expressed satisfaction.  The authors concluded that the creation of a neo-vaginal canal and its lining with allograft amnion and seeded autologous fibroblasts is an effective method for imitating a normal vagina.  The size of neo-vagina, secretion, sensation, and orgasm was good and proper.  More than 93.7 % of patients had satisfaction with sexual intercourse.  They stated that amnion seeded with fibroblasts extracted from the patient's own cells will result in a vagina with the proper size and moisture that can eliminate the need for long-term dilatation.  The constructed vagina has a 2-layer structure and is much more resistant to trauma and laceration.  No cases of stenosis or stricture were recorded.  Level of Evidence = IV.  These preliminary findings need to be validated by well-designed studies.

**Pitch-Raising Surgery in Transfeminine Persons**

Van Damme and colleagues (2017) reviewed the evidence of the effectiveness of pitch-raising surgery performed in male-to-female transsexuals.  These investigators carried out a search for studies in PubMed, Web of Science, Science Direct, EBSCOhost, Google Scholar, and the references in retrieved manuscripts, using as keywords "transsexual" or "transgender" combined with terms related to voice surgery.  They included 8 studies using cricothyroid approximation, 6 studies using anterior glottal web formation, and 6 studies using other surgery types or a combination of surgical techniques, leading to 20 studies in total.  Objectively, a substantial rise in post-operative fundamental frequency was identified.  Perceptually, mainly laryngeal web formation appeared risky for decreasing voice quality.  The majority of patients appeared satisfied with the outcome.  However, none of the studies used a control group and randomization process.  The authors concluded that future research needs to investigate long-term effects of pitch-raising surgery using a stronger study design.

Azul and associates (2017) evaluated the currently available discursive and empirical data relating to those aspects of trans-masculine people's vocal situations that are not primarily gender-related, and identified restrictions to voice function that have been observed in this population, and made suggestions for future voice research and clinical practice.  These researchers conducted a comprehensive review of the voice literature.  Publications were identified by searching 6 electronic databases and bibliographies of relevant articles.  A total of 22 publications met inclusion criteria.  Discourses and empirical data were analyzed for factors and practices that impact on voice function and for indications of voice function-related problems in trans-masculine people.  The quality of the evidence was appraised.  The extent and quality of studies investigating trans-masculine people's voice function was found to be limited.  There was mixed evidence to suggest that trans-masculine people might experience restrictions to a range of domains of voice function, including vocal power, vocal control/stability, glottal function, pitch range/variability, vocal endurance, and voice quality.  The authors concluded that more research into the different factors and practices affecting trans-masculine people's voice function that took account of a range of parameters of voice function and considered participants' self-evaluations is needed to establish how functional voice production can be best supported in this population.

**Facial Feminization Surgery**

Raffaini and colleagues (2016) stated that gender dysphoria refers to the discomfort and distress that arise from a discrepancy between a person's gender identity and sex assigned at birth. The treatment plan for gender dysphoria varies and can include psychotherapy, hormone treatment, and gender affirmation surgery, which is, in part, an irreversible change of sexual identity. Procedures for transformation to the female sex include facial feminization surgery, vaginoplasty, clitoroplasty, and breast augmentation. Facial feminization surgery can include forehead re-modeling, rhinoplasty, mentoplasty, thyroid chondroplasty, and voice alteration procedures. These investigators reported patient satisfaction following facial feminization surgery, including outcome measurements after forehead slippage and chin re-modeling. A total of 33 patients between 19 and 40 years of age were referred for facial feminization surgery between January of 2003 and December of 2013, for a total of 180 procedures. Surgical outcome was analyzed both subjectively through questionnaires administered to patients and objectively by serial photographs. Most facial feminization surgery procedures could be safely completed in 6 months, barring complications. All patients showed excellent cosmetic results and were satisfied with their procedures. Both frontal and profile views achieved a loss of masculine features. The authors concluded that patient satisfaction following facial feminization surgery was high; they stated that the reduction of gender dysphoria had psychological and social benefits and significantly affected patient outcome. The level of evidence of this study was IV.

Morrison and associates (2018) noted that facial feminization surgery encompasses a broad range of cranio-maxillofacial surgical procedures designed to change masculine facial features into feminine features. The surgical principles of facial feminization surgery could be applied to male-to-female transsexuals and anyone desiring feminization of the face. Although the prevalence of these procedures is difficult to quantify, because of the rising prevalence of transgenderism (approximately 1 in 14,000 men) along with improved insurance coverage for gender-confirming surgery, surgeons versed in techniques, outcomes, and challenges of facial feminization surgery are needed. These researchers appraised the current facial feminization surgery literature. They carried out a comprehensive literature search of the Medline, PubMed, and

Embase databases was conducted for studies published through October 2014 with multiple search terms related to facial feminization.  Data on techniques, outcomes, complications, and patient satisfaction were collected.  A total of 15 articles were selected and reviewed from the 24 identified, all of which were either retrospective or case series/reports. Articles covered a variety of facial feminization procedures.  A total of 1,121 patients underwent facial feminization surgery, with 7 complications reported, although many articles did not explicitly comment on complications.  Satisfaction was high, although most studies did not use validated or quantified approaches to address satisfaction.  The authors concluded that facial feminization surgery appeared to be safe and satisfactory for patients.  These researchers stated that further studies are needed to better compare different techniques to more robustly establish best practices; prospective studies and patient-reported outcomes are needed to establish quality-of-life (QOL) outcomes for patients.

In a systematic review, Gorbea et al (2021) provided a portrait of gender affirmation surgery (GAS) insurance coverage across the U.S., with attention to procedures of the head and neck.  State policies on transgender care for Medicaid insurance providers were collected for all 50 states.  Each state's policy on GAS and facial gender affirmation surgery (FGAS) was examined.  The largest medical insurance companies in the U.S. were identified using the National Association of Insurance Commissioners Market Share report.  Policies of the top 49 primary commercial medical insurance companies were examined. Medicaid policy reviews found that 18 states offer some level of gender-affirming coverage for their patients, but only 3 include FGAS (17 %); 13 states prohibit Medicaid coverage of all transgender surgery, and 19 states have no published gender-affirming medical care coverage policy; 92 % of commercial medical insurance providers had a published policy on GAS coverage.  Genital reconstruction was described as a medically necessary aspect of transgender care in 100 % of the commercial policies reviewed; 93 % discussed coverage of FGAS, but 51 % considered these procedures cosmetic.  Thyroid chondroplasty (20 %) was the most commonly covered FGAS procedure.  Mandibular and frontal bone contouring, rhinoplasty, blepharoplasty, and facial rhytidectomy were each covered by 13 % of the medical policies reviewed.  The authors concluded that while certain surgical aspects of

gender-affirming medical care are nearly ubiquitously covered by commercial insurance providers, FGAS is considered cosmetic by most Medicaid and commercial insurance providers.  Level of Evidence = V.

Hohman and Teixeira (2022) stated that with respect to gender affirmation procedures for the face, the majority of interventions will occur in patients transitioning from male to female, i.e., transgender women. While there are slightly more transgender women than transgender men in the population (33 % transgender women, 29 % transgender men, 35 % non-binary, 3 % cross-dressers, according to the USTS), the reason that more females require surgery than males is that testosterone therapy typically produces enough changes in secondary sex characteristics of the face (growth of facial hair, thickening of the skin, increase in frontal bossing, lowering of the voice, etc.) that surgery is not necessary . In some cases, placement of implants or fat transfer can increase volume in the lower 1/3 of the face and contribute to masculinization.  Still, the primary area of focus for facial feminization is generally the upper 1/3. Feminization of the upper 1/3 of the face often requires several techniques to be applied in combination: The advancement of the hairline, hair transplantation, brow-lifting, and reduction of frontal bossing or "frontal cranioplasty".  While the advancement of a scalp flap, hair transplant, and pretrichial brow-lifting are commonly employed cosmetic surgery interventions, frontal cranioplasty bears special consideration. Several methods of reducing the brow's prominence are often described as type 1, 2, and 3 frontal cranioplasties.  Type 1 cranioplasty reduces the supra-orbital ridge's protrusion, usually using a drill, including decreasing the thickness of the anterior table of the frontal sinus.  This technique is the simplest, but it is only effective in patients with either a very thick anterior frontal sinus table or an absent pneumatized frontal sinus.  Type 2 cranioplasty involves augmentation of the forehead's convexity using bone cement or methyl methacrylate in addition to a reduction of the supra-orbital ridge with a drill.  Type 3 cranioplasty is advocated by many prominent facial feminization surgeons and consists of removal of the anterior table of the frontal sinus, thinning of the bone flap, and replacement of that bone onto the frontal sinus but in a more recessed position, in addition to a reduction of the remainder of the supra-orbital ridge.  An alternative to removal and recession of the frontal sinus's anterior table is to thin the bone with a drill and then fracture it in a controlled fashion to produce the desired contour, which is also

performed routinely by some authors.

## Forehead Feminization Cranioplasty

Eggerstedt and colleagues (2020) stated that forehead feminization cranioplasty (FFC) is an important component of gender-affirming surgery and has become increasingly popular in recent years.  However, there is little objective evidence for the procedure's safety and clinical impact via patient-reported outcome measures (PROMs).  In a systematic review, these researchers determined what complications are observed following FFC, the relative frequency of complications by surgical technique, and what impact the procedure has on patient's QOL.  They carried out database searches in PubMed/Medline, Scopus, CINAHL, Cochrane CENTRAL, Cochrane Database of Systematic Reviews, and PsycINFO.  The search terms included variations of forehead setback/FFC.  Both controlled vocabularies (i.e., MeSH and CINAHL's Suggested Subject Terms) and keywords in the title or abstract fields were searched.  Two independent reviewers screened the titles and abstracts of all articles; and 2 independent surgeon reviewers examined the full text of all included articles, and relevant data points were extracted.  Main outcomes and measures included complications and complication rate observed following FFC.  Additional outcome measures were the approach used, concurrent procedures carried out, and the use and findings of a PROM.  A total of 10 articles describing FFC were included, entailing 673 patients.  The overall pooled complication rate was 1.3 %; PROMs were used in 50 % of studies, with no standardization among studies.  The authors concluded that complications following FFC were rare and infrequently required reoperation.  Moreover, these researchers stated that further studies into standardized and validated PROMs in facial feminization patients are needed.  Level of Evidence = III.

## Hand Feminization and Masculinization

Lee and colleagues (2021) noted that anatomical characteristics that are incongruent with an individual's gender identity can cause significant gender dysphoria.  Hands exhibit prominent dimorphic sexual features, but despite their visibility, there are limited studies examining gender affirming procedures for the hands.  These researchers examined the anatomical features that define feminine and masculine hands, the

surgical and non-surgical approaches for feminization and masculinization of the hand; and adapted established aesthetic hand techniques for gender affirming care. They carried out a comprehensive database search of PubMed, Embase OVID and SCOPUS to identify articles on the characterization of feminine or masculine hands, hand treatments related to gender affirmation, and articles related to techniques for hand feminization and masculinization in the non-transgender population. From 656 possibly relevant articles, 42 met the inclusion criteria for the current literature search. There is currently no medical literature specifically examining the surgical or non-surgical options for hand gender affirmation. The available techniques for gender affirming procedures discussed in this paper were appropriated from those more commonly used for hand rejuvenation. The authors concluded that there is very little evidence addressing the options for transgender individuals seeking gender affirming procedures of the hand. These researchers stated that although established procedures used for hand rejuvenation may be employed in gender affirming care, further study is needed to determine relative salience of various hand features to gender dysphoria in transgender patients of various identities, as well as development of novel techniques to meet these needs. Level of Evidence = III.

**Peritoneal Pull-Through Technique Vaginoplasty in Neovagina Construction in Gender-Affirming Surgery**

Tay and Lo (2022) reviewed the application, effectiveness and outcomes of a novel surgical technique, peritoneal pull-through technique vaginoplasty, in gender-affirming surgery. Specific outcome parameters included healing time, depth of cavity achieved,) alleviation of dysphoria, and morbidity of the surgery. These researchers carried out a systematic review according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) statement and PROSPERO registration obtained before commencement. A search was performed in OVID Medline, Embase, Willey Online Library and PubMed. Specialty-related journals, grey literature and reference lists of relevant articles were manually searched. From 476 potentially relevant articles, 12 articles were analyzed; and the publications were all level 4 or level 5 evidence. Healing times were poorly reported or often not mentioned. A total of 8 authors reported neovagina cavity depth of at least 13 cm and

good patient satisfaction.  Alleviation of dysphoria was not discussed by any of the publications and only 6reported complications.  Average follow-up ranged from 6 weeks to 14.8 months.  The authors concluded that the use of peritoneal pull-through vaginoplasty in gender-affirming surgery is promising and novel; however, there is a paucity of data. These investigators stated that further research and longer-term data are needed to examine the safety and effectiveness of this technique including stabilization of vaginal depth, later morbidity and complications. Patients seeking this surgery overseas should be informed of the potential difficulties they may face.

**Urethral Complications and Outcomes in Transgender Men**

Hu et al (2022) noted that urologic problems, such as urethral fistulas and strictures, are among the most frequent complications following phalloplasty.  Although many studies have reported successful phalloplasty and urethral reconstruction with reliable outcomes in transgender men; so far, no method has become standardized.  These researchers examined the reports on urological complications and outcomes in transgender men with respect to various types of urethral reconstruction.  They carried out a comprehensive literature search of PubMed, Scopus, and Google Scholar databases for studies related to phalloplasty in transsexuals.  Data on various phallic urethral techniques, urethral complications, and outcomes were collected and analyzed using the random-effects model.  A total of 21 studies (1,566 patients) were included: 8 studies (1,061 patients) on "tube-in-tube", 9 studies (273 patients) on "prelaminated flap,  and 6 studies (221 patients) on "second flap".  Compared with the tube-in-tube technique, the pre-laminated flap was associated with a significantly higher urethral stricture/stenosis rate; however, there was no difference between the pre-laminated flap and the 2nd flap techniques.  For all phalloplasty patients, the pooled rate of urethral fistula or stenosis was 48.9 %, the rate of the ability to void while standing was 91.5 %, occurrence rate of tactile or erogenous sensation was 88 %, the prosthesis complication rate was 27.9 %, and patient-reported satisfactory outcome rate was 90.5 %.  The authors concluded that urethral reconstruction with a pre-laminated flap was associated with a significantly higher urethral stricture rate and increased need of revision surgery compared with that observed using a skin flap.  Overall, most patients were able to void while standing and were satisfied with the

outcomes.

**Facial Gender Affirming Procedures**

Oles et al (2022) stated that rapidly increasing clinical volumes of gender-affirming surgeries have stimulated a growing need for high-quality clinical research.  Although some procedures have been carried out for decades, each individual procedure has limited data, necessitating synthesis of the entire literature to understand current knowledge and guide future research.  These investigators carried out the 1st systematic review of all available GAS publications across all procedures to evaluate both outcomes reported in the literature as well as the methods used for outcome assessment.  This review was conducted following PRISMA guidelines to identify all outcomes measures in GAS cohorts, including PCOs, complications, and functional outcomes.  Outcome data were pooled to examine currently reported complication, satisfaction, and other outcome rates.  Overall, 15,186 references were identified, 4,162 papers advanced to abstract review, and 1,826 underwent full-text review.  After review, there were 406 GAS cohort publications.  Of non-genitoplasty titles, 35 were mastectomy, 6 mammoplasty, 21 facial feminization, and 31 voice/cartilage.  Although 59.1 % of non-genitoplasty papers addressed PCOs in some form, only 4.3 % used instruments partially-validated in transgender patients.  Overall, data were reported heterogeneously and were biased towards high-volume centers.  The authors concluded that this review represented the most comprehensive review of GAS literature.  By aggregating all previously utilized measurement instruments, this study offered a foundation for discussions regarding current methodologic limitations and what dimensions must be included in assessing surgical success.  These investigators have assembled a comprehensive list of outcome instruments; this offered an ideal starting basis for emerging discussions between patients and providers regarding deficiencies which new, better instruments and metrics must address.  The lack of consistent use of the same outcome measures and validated GAS-specific instruments represent the 2 primary barriers to high-quality research where improvement efforts should be focused.

Siringo et al (2022) noted that facial feminization surgery is composed of a variety of cranio-maxillofacial surgical procedures that are increasingly

sought after by male-to-female transgender patients and by those seeking feminization of the face. Facial feminization surgery can play a prominent role in alleviating gender dysphoria. In consideration of an observed increase in gender-affirming procedures carried out in recent years, a broad knowledge base in the techniques, outcomes, and challenges of facial feminization surgery should be established by surgeons offering these procedures. In a systematic review, these investigators examined the available evidence and informed future advancements in gender-affirming surgical practice. Furthermore, they detailed a representative case to illustrate the senior author's approach to full facial feminization. These researchers carried out a comprehensive literature search of the PubMed, Embase, and Cochrane databases for studies published through June 2020 using following the search terms: "Face" OR "facial" OR "craniofacial" AND "Feminization" OR "Feminization Surgery" OR "Gender Reassignment" OR "Gender Affirming Surgery" OR "Gender Confirmation Surgery". Data on procedures, outcomes, patient age, follow-up time, complications, and patient satisfaction were collected. The data were categorized by facial thirds and then further stratified by facial feature. The search yielded 388 articles; 30 fit the inclusion criteria, and of these, 23 were included in the review. These investigators extracted primary data pertaining to 3,554 patients with an age range of 18 to 73 years who underwent 8,506 total procedures. Most of the procedures addressed the upper facial third (hairline, forehead, and brow), comprising 49.1 % of total procedures performed. Further categorization by facial feature revealed that the most commonly addressed feature was the forehead (34.6 % of procedures), followed by the nose (12.8 %) and the chin (12.2 %). In studies that used quantitative measures to gauge patient-reported outcomes, satisfaction was high. The authors concluded that facial feminization surgery appeared to be safe, whether it was conducted in a single stage or as a staged procedure. Patients reported high satisfaction and better gender congruency following facial feminization procedures. Moreover, these researchers stated that further investigation is needed to establish best surgical practice and gauge patient satisfaction beyond the length of average follow-up and determine the frequency with which adjunctive procedures are sought out.

Coon et al (2022) stated that increasing societal acceptance of transgender individuals has resulted in broader availability of gender

surgery and rapid growth in transition-related operations.  Facial gender surgery aims to modify patients' facial features to be more congruent with their physical expression of gender, reducing gender dysphoria and improving QOL.  Growth in research and technique evolution has not kept pace with growth in clinical volume; thus, the 1st International Facial Gender Symposium was held at Johns Hopkins University in 2019, convening surgeons who perform facial gender surgery to share ideas and examine the state of clinical evidence.  These investigators reviewed the literature on facial gender surgery, they developed a search strategy for 7 electronic databases (PubMed, PsycINFO, Embase, CINAHL, Web of Science, Cochrane, and Gender Studies) through May of 2019, following the PRISMA systematic review guidelines.  Based on the English language literature and clinical experience, the authors suggested guidelines for screening, management, and appropriate surgical technique for patients undergoing facial gender surgery.  They highlighted facial gender surgery as a medically necessary intervention and identify shortcomings in current guidelines.  The authors concluded that facial gender surgery represents a complex array of cranio-facial and soft-tissue procedures that require application of advanced skills and decision-making.  Facial gender operations are not cosmetic, are medically necessary, and require development of new CPT codes specific to facial gender surgery.  It is imperative to create educational programs and methods to define sufficient training for facial gender surgery surgeons.  These investigators stated that research priorities include better procedural outcomes data, more quality-of-life studies, and insight into variation in both patient and procedural subgroups.

Javier et al (2022) noted that many transgender women and men undergo GAS.  Existing work showed that early surgery outcomes are generally positive, suggesting high surgical satisfaction and positive QOL outcomes.  Less work, however, examines these outcomes in the longer-term.  These investigators carried out a systematic literature review into the longer-term (i.e., 1 year or longer) surgical satisfaction and quality of outcomes following various forms of GAS in transgender populations.  Specifically, they examined research on such outcomes at least 1-year post gender-affirming chest, genital, facial, vocal cord, and Adam's apple removal surgeries.  Studies were identified via Google Scholar, PsycINFO, Scopus, and PubMed databases, as well as through Google Scholar search alerts.  These researchers considered all studies

published until October 2021; 2 reviewers extracted data from suitable studies using Covidence.  Both reviewers also independently examined the identified studies' risk of bias and strength of evidence.  A total of 79 low quality (e.g., small sample sizes, lack of control/comparison groups) studies suggested that most transgender patients were satisfied with surgical outcomes when assessed at least 1-year post-surgery.  Low quality research also indicated that transgender women and men typically reported positive psychological and sexual well-being post-surgery, and similar well-being outcomes as those who have not had surgery.  The authors concluded that to the best of their knowledge, this literature review was the first to critically summarize and evaluate all published studies on the longer-term QOL outcomes following chest, genital, facial, voice and Adam's apple removal surgeries for transgender women and men.  These investigators stated that while the results suggested promising surgical satisfaction and QOL outcomes following surgery, many studies only drew on small samples, and most studies did not allow for causal conclusions.  Furthermore, few studies have compared surgical outcomes between transgender women and men.  These investigators offered concrete suggestions for future research.

La Padula et al (2023) noted that facial feminization surgery (FFS) is often the first procedure requested by patients wishing to undergo GAS. These researchers examined the applicability and effectiveness of deep plane facelifts in FFS.  They carried out a prospective study that included patients who requested a deep plane facelift as a stand-alone procedure to achieve a more feminine facial appearance as the only procedure of FFS.  Subjects underwent deep plane facelifts to achieve a more feminine oval face shape and increased tissue projection of the zygomatic-malar region.  To examine the effectiveness of the procedure and patient satisfaction, the Face-Q scales, Face and Neck lift Objective Photo-Numerical Assessment Scale, the Satisfaction With Life Scale, and the Subjective Happiness Scale were applied pre-operatively and 1 year after surgery.  A total of 36 patients were included in the study.  A statistically significant difference ($p < 0.005$) was observed between pre- and post-operative scores.  The re-positioning of the malar fat pads increased the malar volume, providing a more oval overall shape of the face, which is typically feminine.  No major complications were observed. The authors concluded that despite their encouraging results, new studies with a larger sample of patients are needed to support the

benefits of the deep plane facelift as part of FFS to elevate this technique from an ancillary to a routine procedure for patients undergoing GAS.

Hoffman et al (2024) stated that facial masculinization surgery (FMS) is increasingly popular among cisgender and transgender men.  The benefits of FMS are focused on facial identity and have been proven to decrease gender dysphoria in this population.  Previous research showed increasing interest in GAS and facial feminization surgery; however, the prevalence of FMS has not been explored.  It is difficult to find these data based on surgical records alone because institutions do not have standardized methods of reporting and lack publications in the field. These investigators analyzed public interest in FMS by using worldwide Google Trends to quantify these trends.  They carried out a worldwide Google Trends search from January 1, 2008, to December 31, 2022, using terms focused on FMS.  Then, search terms were analyzed for non-facial masculinization procedures and were aggregated.  Lastly, a PubMed search was carried out for the terms "transgender" and "facial masculinization" from January 1, 2008, to December 31 , 2022, to compare publication rates.  The data showed an increasing interest in FMS via Google search trends since the year 2008.  A similar trend was demonstrated for non-FMS gender-affirming terms.  PubMed analysis showed "transgender" medicine publishing rates were approximately 39.65 times greater than "facial masculinization" publishing rates, although "facial masculinization" medicine did produce a positive trend over the study period of approximately 4 publications per year.  The medical literature on transgender surgeries rapidly outpaces publications specifically focusing on FMS.  The authors concluded that this study showed increasing interest in GAS over time, especially FMS.  These increasing trends should encourage greater scientific exploration of FMS and research to properly quantify and assess surgical outcomes in this special population.  These investigators stated that additional educational interventions for both the general public and medical providers, to increase awareness of unique challenges that impact this community and highlight changes in healthcare coverage over time, should be created to keep pace with increasing patient demand and address the physical, systemic, and psychosocial issues faced by individuals who identify as transgender.

An UpToDate review on "Gender-affirming surgery: Male to female"

(Ferrando, 2024) states that "Nongenital/nonbreast surgeries include a range of feminizing surgeries.  While facial feminization and thyroid cartilage reduction are discussed here, other feminizing procedures include body contouring (e.g., liposuction) and body implants (e.g., buttock implants).  WPATH has published recommended criteria that need to be met by patients considering and clinicians performing these types of surgeries.  Patients should be fully counseled and informed of the risks and benefits prior to proceeding with surgery".

Furthermore, an UpToDate review on "Gender-affirming surgery: Female to male" (Ferrando et al, 2024) does not mention facial gender affirming surgery.

**Nerve Surgery / Neurotization at Gender-Affirming Breast Surgery**

Rochlin et al (2020) noted that female-to-male mastectomy often renders the chest skin and nipple-areolar complex (NAC) insensate.  These researchers proposed a new technique of preserving the intercostal nerves (ICN) and using them to re-innervate the NAC following mastectomy.  They carried out a prospective analysis of transmasculine patients who underwent female-to-male mastectomy.  The technique entailed dissecting out the lateral ICN to length and performing a neurorrhaphy to nerve stumps at the base of the NAC.  Sensory outcomes, as assessed with Semmes-Weinstein monofilaments, were compared to a cohort of patients who underwent mastectomy without neurotization.  A total of 10 patients with a mean age of 17.5 years (range of 16 to 19 years) underwent mastectomy.  The final follow-up was a mean of 15.4 ± 4.3 months for the treated group and 40.7 ± 12.9 months for the control group.  Compared to control patients, treated patients had significant improvement in sensation at the nipple (p ≤ 0.0002), areola (p = 0.0001), and peripheral breast skin (p = 0.0001).  For treated patients, there was no statistically significant difference in sensation between pre-operative and post-operative sensation in all tested areas at final follow-up.  The authors concluded that this proof of concept (POC) study suggested that immediate reinnervation of the NAC following mastectomy enhanced recovery of NAC sensation in patients undergoing female-to-male mastectomy and may be further generalized to women undergoing post-mastectomy breast reconstruction.  These researchers stated that

immediate targeted NAC reinnervation has the potential to herald the "next frontier" in breast reconstruction, while also improving outcomes in transmasculine patients undergoing gender-affirming mastectomy.

The authors stated that the drawbacks of this study included the small study size (n = 10).  They focused on objective sensory outcomes based on monofilament and temperature testing, although subjective outcomes, such as sexual arousal and self-esteem, are also important clinical endpoints.  Furthermore, the placebo effect was a potential bias, as knowledge of neurotization may have impacted the treated group's perception of sensation.  To avoid this potential bias, future studies could employ a prospective, single-blind, randomized-controlled study design comparing transmasculine patients undergoing mastectomy with and without neurotization to evaluate sensory outcomes.  Alternatively, future studies could examine differential sensory recovery of the chest in patients receiving unilateral nipple neurotization.  Comparison of sensory recovery in patients who undergo nipple-sparing mastectomy (NSM) versus free nipple grafting (FNG) is also an interesting line of inquiry that can be addressed in future investigations.

Deptula and Nguyen (2021) stated that NSM is commonly performed when oncologically feasible.  Although the NAC is preserved, patients are left with significantly altered nipple sensation after mastectomy.  To optimize breast reconstruction outcomes, the NAC as well as its sensation should ideally be preserved.  These investigators examined outcomes of NAC neurotization in patients undergoing mastectomy for both gender-affirmation and oncologic indications.  They carried out a retrospective chart review on patients who underwent nipple reinnervation procedures from 2016 to 2019.  Two groups of patients were identified who underwent nipple reinnervation during gender-affirming mastectomy or NSM and immediate autologous reconstruction.  Patient demographic information and sensory assessments were recorded.  Sensation was assessed for nipple, areola and peripheral breast skin (2 cm from the areola edge) sensation using Semmes-Weinstein monofilaments.  A total of 10 patients underwent gender-affirming mastectomies with NAC reinnervation.  NAC neurotization patients reported significantly better sensation at the nipple (p = 0.0001), areola (p = 0.0001) and surrounding breast skin (p = 0.0001) compared to a control group; 7 patients underwent reinnervation group after NSM

and autologous reconstruction.  NAC neurotization resulted in higher levels of sensation in the reinnervation with flap group compared a control group at the nipple (3.9 versus 4.9, p = 0.04) and areola (4.84 versus 5.68, p = 0.04).  The presence of neuroma or hypersensitivity of the NAC were not observed in any patient undergoing neurotization (0 %).  The authors concluded that the NAC has a valuable sensory function that is worth preserving after NSM.  NAC neurotization is a viable technique in 2 patient populations: transmasculine patients undergoing gender-affirming mastectomy and breast cancer patients undergoing NSM and immediate autologous reconstruction.  Moreover, these researchers stated that further study is needed to understand patient satisfaction and QOL outcomes with nipple reinnervation.

The author stated that the main drawback of this study was its retrospective design.  While these investigators managed to identify control groups, they were not an equivalent substitution for a randomized controlled trial (RCT) to compare outcomes.  Another drawback was the relatively small sample size (n = 10).  The lack of statistical significance in some of these findings may have been related to an under-powered study.  This trial was focused on the sensation of the NAC after neurotization.  These researchers stated that further study may include a detailed analysis of sensation quadrate specific mastectomy skin as well as the effect of multiple coaptations when surgically feasible.  While the authors employed objective and repeatable assessments of sensation, they did not carry out patient-reported outcome assessments.  As these researchers continue to refine their NAC neurotization techniques, efforts will focus on patient reported outcome assessments using validated instruments such as the BREAST-Q and the BODY-Q chest module.

Troung et al (2023) recently described targeted nipple reinnervation (TNR) during female-to-male gender-affirming mastectomy with FNG using either direct nerve coaptation or nerve allograft.  The objectives of TNR are to improve sensation (including erogenous sensation) and prevent numbness, paresthesia, chronic pain, and phantom sensation. These investigators described their modified technique, which has evolved to use autologous ICN branches as donor nerves for re-innervation if direct nerve coaptation cannot be achieved.  During TNR, the T3 to T5 sensory branches are preserved and coapted to the repositioned NAC.  In patients with donor nerves that were inadequate in

length to allow for direct coaptation, autologous ICN branches were not used for coaptation (branches present along the chest wall that would otherwise be lost) or one of the T3 to T5 branches were harvested.  An end-to-end nerve repair between the autograft and donor nerves was performed, and the donor nerve/autograft complex was coapted to the NAC.  Targeted muscle re-innervation was carried out after autograft harvest to prevent neuroma formation.  TNR with ICN autograft is technically feasible in female-to-male gender-affirming mastectomy with FNG when direct coaptation is not possible.  Chest re-innervation using autologous ICN branches as donor nerves is another option for re-innervation when the nerves are too short for direct coaptation.  The authors stated that because the collection of long-term data is ongoing, the effectiveness of NAC re-innervation using the new technique will be described in a future publication.  Moreover, these researchers stated that long-term follow-up data are needed to examine the sensory outcome and patient satisfaction following autograft nerve repair.  Furthermore, it will be important to better understand the post-operative time to sensory return and compare the effectiveness of direct coaptation versus autograft and allografts for TNR.

Remy et al (2024a) stated that TNR is a novel technique to preserve and reconstruct ICN to improve post-operative sensation; however, there is little evidence on relevant anatomy and outcomes.  These investigators analyzed the anatomy and sensory outcomes of TNR in gender-affirming double incision mastectomy with FNG.  A total of 25 patients were prospectively enrolled.  Data included demographics, surgical technique, and axon/fascicle counts.  Quantitative sensory evaluation using monofilaments and qualitative patient reported questionnaires were completed pre-operatively, and at 1, 3, 6, 9, and 12 months post-operatively.  A total of 50 mastectomies were carried out.  Per mastectomy, the median number of ICN found and used was 2 (1 to 5).  Axon and fascicle counts were not significantly different between ICN branches ($p > 0.05$).  BMI of 30 kg/m2 or greater and mastectomy weight of 800 g or greater were associated with significantly worse pre-operative sensation ($p < 0.05$).  Compared to pre-operative values, NAC sensation was worse at 1 month ($p < 0.01$), comparable at 3 months ($p > 0.05$), and significantly better at 12 months ($p < 0.05$) post-operatively.  Chest sensation was comparable to the pre-operative measurements at 1 and 3 months ($p > 0.05$), and significantly better at 12 months ($p < 0.05$) post-

operatively.  NAC sensation was significantly better when direct coaptation was performed compared to use of allograft only ($p < 0.05$), and with direct coaptation of 2 or more branches compared to direct coaptation of 1 branch ($p < 0.05$).  All patients reported return of nipple and chest sensation at 1 year post-operatively and 88 % reported return of some degree of erogenous sensation.  The authors concluded that TNR allowed for restoration of NAC and chest sensation within 3 months post-operatively; and the use of multiple ICN branches and direct coaptation resulted in the best sensory outcomes.

Remy et al (2024b) analyzed the quantitative and qualitative sensory outcomes following gender-affirming mastectomy (GAM) with TNR.  A total of 60 patients were prospectively enrolled -- 30 subjects undergoing GAM with TNR were compared to 30 matched controls who underwent GAM without TNR and 30 cis-males who did not undergo surgery. Quantitative sensory testing including monofilament testing, temperature detection threshold, pressure pain threshold, 2-point discrimination, pin-prick, and vibration, as well as patient-reported questionnaires were completed pre-operatively and at 1, 3, 6, 9 and 12 months post-operatively.  Monofilament values, cold and warm detection thresholds, pin-prick and pressure detection threshold were comparable to pre-operative values in subjects ($p > 0.05$) but remained significantly worse in controls ($p < 0.05$).  Vibration and 2-point discrimination remained similar to pre-operative values in both subjects and controls ($p > 0.05$).  Subjects reported significantly better nipple, temperature and erogenous sensation compared to controls ($p < 0.05$).  Chest pain was significantly higher in controls versus subjects until 6 months post-operatively ($p < 0.05$). Phantom sensation and phantom pain were significantly higher in controls compared to subjects ($p < 0.05$).  Nipple hypersensitivity was significantly higher in subjects compared to controls until 6 months post-operatively ($p < 0.05$).  The authors concluded that restoration of mechanical (light touch and pressure), temperature and pain detection, as well as erogenous sensation were significantly improved with TNR, which was associated with significantly less phantom sensation and chest pain.  Patients should be counselled on transient NAC hypersensitivity.

Current UpToDate reviews on "Gender-affirming surgery: Female to male" (Ferrando et al, 2024), and "Gender-affirming surgery: Male to female" (Ferrando, 2024) do not mention nerve grafting/neurotization for

breast reconstruction.

**Facial Recognition Neural Networks for Confirmation of Success of Facial Feminization Surgery**

Chen et al (2020) noted that male-to-female transgender patients desire to be identified, and treated, as female, in public and social settings. Facial feminization surgery entails a combination of highly visible changes in facial features.  To study the effectiveness of facial feminization surgery, these investigators examined pre-operative/post-operative gender-typing using facial recognition neural networks.  In this study, standardized frontal and lateral view pre-operative and post-operative images of 20 male-to-female patients who completed hard-tissue and soft-tissue facial feminization surgery procedures were used, along with control images of unoperated cisgender men and women (n = 120 images).  Four public neural networks trained to identify gender based on facial features analyzed the images.  Correct gender-typing, improvement in gender-typing (pre-operatively to post-operatively), and confidence in femininity were analyzed.  Cisgender male and female control frontal images were correctly identified 100 % and 98 %of the time, respectively.  Pre-operative facial feminization surgery images were misgendered 47 % of the time (recognized as male) and only correctly identified as female 53 % of the time.  Post-operative facial feminization surgery images were gendered correctly 98 % of the time; this was an improvement of 45 %.  Confidence in femininity also improved from a mean score of 0.27 before facial feminization surgery to 0.87 after facial feminization surgery.  The authors concluded that in the 1st study of its kind, facial recognition neural networks demonstrated improved gender-typing of transgender women from pre-operative facial feminization surgery to post-operative facial feminization surgery.  This showed the effectiveness of facial feminization surgery by artificial intelligence (AI) methods.  Level of Evidence = IV.

In a commentary on the afore-mentioned study by Chen et al (2020), Zuo and Forrest (2021) noted some of the confounding variables, such as hormonal therapy and use of make-up, which may affect the distinction between male and female.  Zuo and Forrest (2021) also pointed out that the study by Chen et al (2020) was a very small study (n = 20).  Moreover, they noted that as suggested by Chen et al (2020), future

studies could also examine the marginal impact of individual facial feminization surgery procedures on facial recognition technology performance to determine which procedures elicit the greatest effects.

In a scoping review, Ahmadi et al (2023) examined the use of ML in the facial cosmetic surgeries and procedures. Electronic search was conducted in PubMed, Scopus, Embase, Web of Science, ArXiv and Cochrane databases for the studies published until August 2022. Studies that reported the use of ML in various fields of facial cosmetic surgeries were included. The studies' risk of bias (ROB) was examined using the QUADAS-2 tool and NIH tool for before and after studies. From 848 studies, a total of 29 studies were included and categorized in 5 groups based on the objective of the studies: outcome evaluation (n = 8), face recognition (n = 7), outcome prediction (n = 7), patient concern evaluation (n = 4) and diagnosis (n = 3). A total of 16 studies used public data sets. ROB assessment using QUADAS-2 tool revealed that 6 studies were at low ROB, 5 studies were at high ROB, and others had moderate ROB. All studies assessed with NIH tool showed fair quality. In general, all studies showed that using ML in the facial cosmetic surgeries was accurate enough to benefit both surgeons and patients. The authors concluded that using ML in the field of facial cosmetic surgery is a novel method and needs further studies, especially in the fields of diagnosis and treatment planning. Due to the small number of studies and the qualitative analysis conducted, these researchers could not draw a general conclusion regarding the impact of ML in the field of facial cosmetic surgery. Level of Evidence = IV.

## Appendix

### DSM 5 Criteria for Gender Dysphoria in Adults and Adolescents

I. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by two or more of the following:

    A. A marked incongruence between one's experienced/expressed

gender and primary and/or secondary sex characteristics (or, in young adolescents, the anticipated secondary sex characteristics)

B. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or, in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)

C. A strong desire for the primary and/or secondary sex characteristics of the other gender

D. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender)

E. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender)

F. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

II. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

There is no minimum duration of relationship required with mental health professional.  It is the professional's judgment as to the appropriate length of time before a referral letter can appropriately be written.  A common period of time is three months, but there is significant variation in both directions.

Evaluation of candidacy for gender affirmation surgery by a mental health professional is covered under the member's medical benefit, unless the services of a mental health professional are necessary to evaluate and treat a mental health problem, in which case the mental health professional's services are covered under the member's behavioral health benefit. Please check benefit plan descriptions.

**Characteristics of a Qualified Health Professionals (From SOC-8)**

Qualifications of Mental Health Professional for assessing transgender and gender diverse adults for physical treatments (from WPATH SOC-8):

1. Are licensed by their statutory body and hold, at a minimum, a master's degree or equivalent training in a clinical field relevant to this role and granted by a nationally accredited statutory institution.
2. Are able to identify co-existing mental health or other psychosocial concerns and distinguish these from gender dysphoria, incongruence, and diversity.
3. Are able to assess capacity to consent for treatment.
4. Have experience or be qualified to assess clinical aspects of gender dysphoria, incongruence, and diversity.
5. Undergo continuing education in health care relating to gender dysphoria, incongruence, and diversity.
6. Liaise with professionals from different disciplines within the field of transgender health for consultation and referral on behalf of gender diverse adults seeking gender-affirming treatment, if required.

Credentials of surgeons who perform gender-affirming surgical procedures (fromWPATH SOC-8):

1. Training and documented supervision in gender-affirming procedures;
2. Maintenance of an active practice in gender-affirming surgical procedures;
3. Knowledge about gender diverse identities and expressions;
4. Continuing education in the field of gender-affirmation surgery;
5. Tracking of surgical outcomes.

Characteristics of health care professionals working with gender diverse adolescents:

1. Are licensed by their statutory body and hold a postgraduate degree or its equivalent in a clinical field relevant to this role granted by a nationally accredited statutory institution.
2. Receive theoretical and evidenced-based training and develop expertise in general child, adolescent, and family mental health across the developmental spectrum.
3. Receive training and have expertise in gender identity development, gender diversity in children and adolescents, have

the ability to assess capacity to assent/consent, and possess
general knowledge of gender diversity across the life span.

4. Receive training and develop expertise in autism spectrum
   disorders and other neurodevelopmental presentations or
   collaborate with a developmental disability expert when working
   with autistic/neurodivergent gender diverse adolescents.

5. Continue engaging in professional development in all areas
   relevant to gender diverse children, adolescents, and families.

## References

The above policy is based on the following references:

1. Ahmadi N, Niazmand M, Ghasemi A, et al. Applications of
   machine learning in facial cosmetic surgeries: A scoping review.
   Aesthetic Plast Surg. 2023;47(4):1377-1393.

2. Almazan AN, Boskey ER, Labow B, Ganor O. Insurance policy
   trends for breast surgery in cisgender women, cisgender men,
   and transgender men. Plast Reconstr Surg.
   2019;144(2):334e-336e.

3. American Psychiatric Association. Diagnostic and Statistical
   Manual of Mental Disorders. 5th ed. Arlington, VA: American
   Psychiatric Publishing; 2013.

4. Azul D, Nygren U, Södersten M, Neuschaefer-Rube C.
   Transmasculine people's voice function: A review of the currently
   available evidence. J Voice. 2017;31(2):261.e9-261.e23.

5. Boczar D, Huayllani MT, Saleem HY, et al. Surgical techniques of
   phalloplasty in transgender patients: A systematic review. Ann
   Transl Med. 2021;9(7):607.

6. Bowman C, Goldberg J. Care of the Patient Undergoing Sex
   Reassignment Surgery. Vancouver, BC: Vancouver Coastal
   Health, Transcend Transgender Support & Education Society,
   and the Canadian Rainbow Health Coalition; January 2006.

7. Buncamper ME, Honselaar JS, Bouman MB, et al. Aesthetic and
   functional outcomes of neovaginoplasty using penile skin in

male-to-female transsexuals. J Sex Med. 2015;12(7):1626-1634.

8. Byne W, Bradley SJ, Coleman E, et al.; American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Arch Sex Behav. 2012;41(4):759-796.

9. Chen K, Lu SM, Cheng R, et al. Facial recognition neural networks confirm success of facial feminization surgery. Plast Reconstr Surg. 2020;145(1):203-209

10. Claes KEY, D'Arpa S, Monstrey SJ. Chest surgery for transgender and gender nonconforming individuals. Clin Plast Surg. 2018;45(3):369-380.

11. Colebunders B, Brondeel S, D'Arpa S, et al. An update on the surgical treatment for transgender patients. Sex Med Rev. 2017;5(1):103-109.

12. Coleman E, Radix AE, Bouman WP, et al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8.  Int J Transgend. 2022; 23 sup1:S1-S259.

13. Coleman E, Adler R, Bockting W, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People. Version 7. Minneapolis, MN: World Professional Association for Transgender Health (WPATH); 2011.

14. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. Int J Transgend. 2011;13:165-232.

15. Coon D, Berli J, Oles N, et al. Facial gender surgery: Systematic review and evidence-based consensus guidelines from the International Facial Gender Symposium. Plast Reconstr Surg. 2022;149(1):212-224.

16. Day P. Trans-gender reassignment surgery. NZHTA Tech Brief Series. Christchurch, New Zealand: New Zealand Health Technology Assessment (NZHTA); 2002;1(1).

17. Deptula P, Nguyen D. Neurotization of the nipple-areola complex: Superior nipple sensation in gender-affirming mastectomy and autologous breast reconstruction. Ann Breast Surg. 2021;5:11.

18. Djordjevic ML, Bizic MR, Duisin D, et al. Reversal surgery in regretful male-to-female transsexuals after sex reassignment surgery. J Sex Med. 2016;13(6):1000-1007.

19. Eggerstedt M, Hong YS, Wakefield CJ, et al. Setbacks in forehead feminization cranioplasty: A systematic review of complications and patient-reported outcomes. Aesthetic Plast Surg. 2020;44(3):743-749.

20. Falcone M, Preto M, Timpano M, et al. The surgical outcomes of radial artery forearm free-flap phalloplasty in transgender men: Single-centre experience and systematic review of the current literature. Int J Impot Res. 2021;33(7):737-745.

21. Ferrando C. Gender-affirming surgery: Male to female. UpToDate Inc., Waltham, MA. Last reviewed May 2024.

22. Ferrando C, Zhao LC, Nikolavsky D. Gender-affirming surgery: Female to male. UpToDate Inc., Waltham, MA. Last reviewed May 2024.

23. Gooren LJG, Tangpricha V. Treatment of transsexualism. UpToDate [serial online]. Waltham, MA: UpToDate; reviewed April 2014.

24. Gorbea E, Gidumal S, Kozato A, et al. Insurance coverage of facial gender affirmation surgery: A review of Medicaid and commercial insurance. Otolaryngol Head Neck Surg. 2021;165(6):791-797.

25. Guan X, Bardawil E, Liu J, Kho R. Transvaginal natural orifice transluminal endoscopic surgery as a rescue for total vaginal hysterectomy. J Minim Invasive Gynecol. 2018;25(7):1135-1136.

26. Hembree et al. Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2009; 94(9):3132-3154.

27. Hoffman AF, Laspro M, Verzella AN, et al. Facial masculinization surgery: An analysis of interest trends using search term analysis. Ann Plast Surg. 2024;92(1):5-8.

28. Hohman MH, Teixeira J. Transgender surgery of the head and neck. In: StatPearls [Internet]. Treasure Island, FL: StatPearls Publishing; February 27, 2022.

29. Horbach SE, Bouman MB, Smit JM, et al. Outcome of vaginoplasty in male-to-female transgenders: A systematic review of surgical techniques. J Sex Med. 2015;12(6):1499-1512.

30. Hu C-H, Chang C-J, Wang S-W, Chang K-V. A systematic review and meta-analysis of urethral complications and outcomes in transgender men. J Plast Reconstr Aesthet Surg. 2022;75(1):10-24.

31. Javier C, Crimston CR, Barlow FK. Surgical satisfaction and quality of life outcomes reported by transgender men and women at least one year post gender-affirming surgery: A systematic literature review. Int J Transgend Health. 2022;23(3):255-273.

32. Jiang D, Witten J, Berli J, Dugi D 3rd. Does depth matter? Factors affecting choice of vulvoplasty over vaginoplasty as gender-affirming genital surgery for transgender women. J Sex Med. 2018;15(6):902-906.

33. Jolly D, Wu CA, Boskey ER, et al. Is clitoral release another term for metoidioplasty? A systematic review and meta-analysis of metoidioplasty surgical technique and outcomes. Sex Med. 2021;9(1):100294.

34. Kaariainen M, Salonen K, Helminen M, Karhunen-Enckell U. Chest-wall contouring surgery in female-to-male transgender patients: A one-center retrospective analysis of applied surgical techniques and results. Scand J Surg. 2016;106 (1):74-79.

35. La Padula S, Coiante E, Beneduce N, et al. Assessment of deep plane facelift in facial feminization surgery: A prospective pilot study. J Plast Reconstr Aesthet Surg. 2023;85:425-435.

36. Lawrence AA, Latty EM, Chivers ML, Bailey JM. Measurement of sexual arousal in postoperative male-to-female transsexuals using vaginal photoplethysmography. Arch Sex Behav. 2005;34(2):135-145.

37. Lawrence AA. Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav. 2003;32(4):299-315.

38. Lee J, Nolan IT, Swanson M, et al. A review of hand feminization and masculinization techniques in gender affirming therapy. Aesthetic Plast Surg. 2021;45(2):589-601.

39. Lee YL, Hsu TF, Jiang LY, et al. Transvaginal natural orifice transluminal endoscopic surgery for female-to-male transgender men. J Minim Invasive Gynecol. 2019;26(1):135-142.

40. Leinung MC, Urizar MF, Patel N, Sood SC. Endocrine treatment of transsexual persons: Extensive personal experience. Endocr Pract. 2013;19(4):644-650.

41. Meriggiola MC, Jannini EA, Lenzi A, et al. Endocrine treatment of transsexual persons: An Endocrine Society Clinical Practice Guideline: Commentary from a European perspective. Eur J Endocrinol. 2010;162(5):831-833.

42. Meyer-Bahlburg HF. Sex steroids and variants of gender identity. Endocrinol Metab Clin North Am. 2013;42(3):435-452.

43. Miller TJ, Wilson SC, Massie JP, et al. Breast augmentation in male-to-female transgender patients: Technical considerations and outcomes. JPRAS Open. 2019;21:63-74.

44. Morrison SD, Vyas KS, Motakef S, et al. Facial feminization: Systematic review of the literature. Plast Reconstr Surg. 2016;137(6):1759-1770.

45. Nakatsuka M. [Adolescents with gender identity disorder: Reconsideration of the age limits for endocrine treatment and surgery]. Seishin Shinkeigaku Zasshi. 2012;114(6):647-653.

46. Ngaage LM, Knighton BJ, McGlone KL, et al. Health insurance coverage of gender-affirming top surgery in the United States. Plast Reconstr Surg. 2019;144(4):824-833.

47. Oles N, Darrach H, Landford W, et al. Gender affirming surgery: A comprehensive, systematic review of all peer-reviewed literature and methods of assessing patient-centered outcomes (Part 1: Breast/chest, face, and voice). Ann Surg. 2022;275(1):e52-e66.

48. Oles N, Darrach H, Landford W, et al. Gender affirming surgery: A comprehensive, systematic review of all peer-reviewed literature and methods of assessing patient-centered outcomes (Part 2: Genital reconstruction). Ann Surg. 2022;275(1):e67-e74.

49. Olson-Kennedy J, Warus J, Okonta V, et al. Chest reconstruction and chest dysphoria in transmasculine minors and young adults: Comparisons of nonsurgical and postsurgical cohorts. JAMA Pediatr. 2018;172(5):431-436.

50. Patel H, Arruarana V, Yao L, et al. Effects of hormones and hormone therapy on breast tissue in transgender patients: A concise review. Endocrine. 2020;68(1):6-15.

51. Raffaini M, Magri AS, Agostini T. Full facial feminization surgery: Patient satisfaction assessment based on 180 procedures involving 33 consecutive patients. Plast Reconstr Surg. 2016;137(2):438-448..

52. Rafferty J; Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics. 2018;142(4).

53. Remy K, Packowski K, Alston C, et al. Prospective sensory

outcomes for targeted nipple areola complex reinnervation (TNR) in gender-affirming double incision mastectomy with free nipple grafting. Ann Surg. 2024a Jan 12 [Online ahead of print].

54. Remy K, Alston C, Helen M, et al. Targeted nipple areola complex reinnervation (TNR) in gender affirming mastectomy: A multi-institutional, prospective case control study of quantitative and qualitative sensory outcomes. American Society for Peripheral Nerve Annual Meeting, January 12 to 14, 2024b. Available at: https://meeting.peripheralnerve.org/program/2024/PN53.cgi. Accessed June 4, 2024.

55. Rochlin DH, Brazio P, Wapnir I, Nguyen D. Immediate targeted nipple-areolar complex reinnervation: Improving outcomes in gender-affirming mastectomy. Plast Reconstr Surg Glob Open. 2020;8(3):e2719.

56. Salgado CJ, Fein LA. Breast augmentation in transgender women and the lack of adherence amongst plastic surgeons to professional standards of care. J Plast Reconstr Aesthet Surg. 2015;68(10):1471-1472.

57. Sarıkaya S, Ralph DJ. Mystery and realities of phalloplasty: A systematic review. Turk J Urol. 2017;43(3):229-236.

58. Schechter LS. Gender confirmation surgery: An update for the primary care provider. Transgender Health. 2016;1.1:32-40.

59. Seyed-Forootan K, Karimi H, Seyed-Forootan NS. Autologous fibroblast-seeded amnion for reconstruction of neo-vagina in male-to-female reassignment surgery. Aesthetic Plast Surg. 2018;42(2):491-497.

60. Siringo NV, Berman ZP, Boczar D, et al. Techniques and trends of facial feminization surgery: A systematic review and representative case report. Ann Plast Surg. 2022;88(6):704-711.

61. Smith YL, Cohen L, Cohen-Kettenis PT. Postoperative psychological functioning of adolescent transsexuals: A Rorschach study. Arch Sex Behav. 2002;31(3):255-261.

62. Spack NP. Management of transgenderism. JAMA. 2013;309(5):478-484.

63. Sutcliffe PA, Dixon S, Akehurst RL, et al. Evaluation of surgical procedures for sex reassignment: A systematic review. J Plast Reconstr Aesthet Surg. 2009;62(3):294-306; discussion 306-308.

64. Tay YT, Lo CH. Use of peritoneum in neovagina construction in gender-affirming surgery: A systematic review. ANZ J Surg.

Case 3:24-cv-01447-VAB    Document 62-3    Filed 03/03/25    Page 82 of 189

2022;92(3):373-378.

65. Tonseth KA, Bjark T, Kratz G, et al. Sex reassignment surgery in transsexuals. Tidsskr Nor Laegeforen. 2010;130(4):376-379.

66. Truong AY, Chinta M, Chen Y, et al. Targeted nipple reinnervation in gender-affirming mastectomy using autologous nerve graft. Plast Reconstr Surg Glob Open. 2023;11(9):e5203.

67. Tugnet N, Goddard JC, Vickery RM, et al.  Current management of male-to-female gender identity disorder in the UK. Postgrad Med J. 2007;83(984):638-642.

68. UK National Health Service (NHS), Oxfordshire Primary Care Trust, South Central Priorities Committee. Treatments for gender dysphoria. Policy Statement 18c. Ref TV63. Oxford, UK: NHS; updated September 2009.

69. Van Damme S, Cosyns M, Deman S, et al. The effectiveness of pitch-raising surgery in male-to-female transsexuals: A systematic review. J Voice. 2017;31(2):244.e1-244.e5.

70. Wesp LM, Deutsch MB. Hormonal and surgical treatment options for transgender women and transfeminine spectrum persons. Psychiatr Clin North Am. 2017;40(1):99-111.

71. Zuo KJ, Forrest CR. Facial recognition neural networks confirm success of facial feminization surgery. Plast Reconstr Surg. 2021;147(2):354e-355e.



Copyright Aetna Inc. All rights reserved. Clinical Policy Bulletins are developed by Aetna to assist in administering plan benefits and constitute neither offers of coverage nor medical advice. This Clinical Policy Bulletin contains only a partial, general description of plan or

program benefits and does not constitute a contract. Aetna does not provide health care services and, therefore, cannot guarantee any results or outcomes. Participating providers are independent contractors in private practice and are neither employees nor agents of Aetna or its affiliates. Treating providers are solely responsible for medical advice and treatment of members. This Clinical Policy Bulletin may be updated and therefore is subject to change.

Copyright © 2001-2025 Aetna Inc.

Language services can be provided by calling the number on your member ID card. For additional language assistance: Español │ 中文 │ Tiếng Việt │ 한국어 │ Tagalog │ Русский │ العربية │ Kreyòl │ Français │ Polski │ Português │ Italiano │ Deutsch │ 日本語 │ فارسی │ Other Languages... │ ☑ (http://www.aetna.com/individuals-families/contact-aetna/information-in-other-languages.html)

# Schedule of benefits

If this is an ERISA plan, you may have certain rights under this plan. ERISA may not apply to a church or government group. Please contact the policyholder for additional information.

**Prepared for:**

| | |
|---|---|
| Employer: | Bausch & Lomb Americas, Inc. |
| Contract number: | MSA-175041 |
| Plan name: | Choice POS II Plan |
| Schedule of benefits: | 2B |
| Plan effective date: | January 1, 2024 |
| Plan issue date: | December 29, 2023 |

**Third Party Administrative Services provided by Aetna Life Insurance Company**

# Schedule of benefits

This schedule of benefits (schedule) lists the **deductibles**, **copayments** or **payment percentage**, if any apply to the **covered services** you receive under the plan. You should review this schedule to become aware of these and any limits that apply to these services.

## How your cost share works

- The **deductibles** and **copayments**, if any, listed in the schedule below are the amounts that you pay for **covered services**.
  - For the **covered services** under your medical plan, you will be responsible for the dollar amount
  - For pharmacy benefits where a percentage cost share acts like a **copayment**, you will be responsible for the percentage amount
- **Payment percentage** amounts, if any, listed in the schedule below are what the plan will pay for **covered services**.
- Sometimes your cost share shows a combination of your dollar amount **copayment** that you will be responsible for and the **payment percentage** that your plan will pay.
- You are responsible to pay any **deductibles**, **copayments** and remaining **payment percentage**, if they apply and before the plan will pay for any **covered services**.
- This plan doesn't cover every health care service. You pay the full amount of any health care service you get that is not a **covered service**.
- This plan has limits for some **covered services**. For example, these could be visit, day or dollar limits. They may be:
  - Combined limits between in-network and **out-of-network providers**
  - Separate limits for in-network and **out-of-network providers**
  - Based on a rolling, 12 month period starting with the date of your most recent visit under this plan
  See the schedule for more information about limits.
- Your cost share may vary if the **covered service** is preventive or not. Ask your **physician** or contact us if you have a question about what your cost share will be.

For examples of how cost share and **deductible** work, go to the *Using your Aetna benefits* section under Individuals & Families at https://www.aetna.com/

---

**Important note:**
**Covered services** are subject to the **deductible**, maximum out-of-pocket, limits, **copayment** or **payment percentage** unless otherwise stated in this schedule. The *Surprise bill* section in the booklet explains your protections from a surprise bill.

---

Under this plan, you will:
1. Pay your **copayment**
2. Then pay any remaining **deductible**
3. Then pay your **payment percentage**

Your **copayment** does not apply to any **deductible**.

## How your deductible works

The **deductible** is the amount you pay for **covered services** each year before the plan starts to pay. This is in addition to any **copayment** or **payment percentage** you pay when you get **covered services** from an in-network, **out-of-network provider**. This schedule shows the **deductible** amounts that apply to your plan. Once you have met your **deductible**, we will start sharing the cost when you get **covered services**. You will continue to pay **copayments** or **payment percentage**, if any, for **covered services** after you meet your **deductible**.

## How your PCP or physician office visit cost share works

You will pay the **PCP** cost share when you get **covered services** from any **PCP**.

## How your maximum out-of-pocket works

This schedule shows the **maximum out-of-pocket limits** that apply to your plan. Once you reach your **maximum out-of-pocket limit**, your plan will pay for **covered services** for the remainder of that year.

# Contact us

We are here to answer questions. See the *Contact us* section in your booklet.

This schedule replaces any schedule of benefits previously in use. Keep it with your booklet.

## Plan features

### Precertification covered services reduction

This only applies to **out-of-network covered services**:
Your booklet contains a complete description of the **precertification** process. You will find details in the *Medical necessity and precertification* section.

If **precertification** for **covered services** isn't completed, when required, it results in the following benefit reduction:
- A $500 benefit reduction applied separately to each type of **covered service**

You may have to pay an additional portion of the **recognized charge** because you didn't get **precertification**. This portion is not a **covered service** and doesn't apply to your **deductible** or **maximum out-of-pocket limit**, if you have one.

### Deductible

You have to meet your **deductible** before this plan pays for benefits.

| Deductible type | In-network | Out-of-network |
|---|---|---|
| Individual | $750 per year | $2,250 per year |
| Family | $1,500 per year | $4,500 per year |

### Deductible waiver

There is no in-network **deductible** for the following **covered services**:
- Preventive care
- Family planning services – female contraceptives

## Deductible and cost share waiver for contraceptives (birth control)

The **prescription** drug **deductible** and per **prescription** cost share will not apply to female contraceptive methods when obtained at a network pharmacy. This means they will be paid at 100%. This includes certain OTC and generic contraceptive **prescription** drugs and devices for each of the methods identified by the FDA. If a **generic prescription drug** is not available, the **brand-name prescription drug** for that method will be paid at 100%.

The **prescription** drug **deductible** and cost share will apply to **prescription** drugs that have a generic equivalent or alternative available within the same therapeutic drug class obtained at a network pharmacy unless we approve a medical exception. A therapeutic drug class is a group of drugs or medications that have a similar or identical mode of action or are used for the treatment of the same or similar disease or injury.

## Maximum out-of-pocket limit
Includes the **deductible**.

| Maximum out-of-pocket type | In-network | Out-of-network |
|---|---|---|
| Individual | $3,500 per year | $10,000 per year |
| Family | $7,000 per year | $20,000 per year |

# General coverage provisions

This section explains the **deductible, maximum out-of-pocket limit** and limitations listed in this schedule.

## Deductible provisions

**Covered services** apply to the in-network and out-of-network **deductibles.**

The **deductible** may not apply to some **covered services**. You still pay the **copayment** or **payment percentage**, if any, for these **covered services**.

### Individual deductible
You pay for **covered services** each year before the plan begins to pay. This individual **deductible** applies separately to you and each covered dependent. After the amount paid reaches the individual **deductible**, this plan starts to pay for **covered services** for the rest of the year.

### Family deductible
You pay for **covered services** each year before the plan begins to pay. After the amount paid for **covered services** reaches this family **deductible**, this plan starts to pay for **covered services** for the rest of the year. To satisfy this family **deductible** for the rest of the year, the combined **covered services** that you and each of your covered dependents incur toward the individual **deductible** must reach this family **deductible** in a year. When this happens in a year, the individual **deductibles** for you and your covered dependents are met for the rest of the year.

## Copayment
This is the dollar amount you pay for **covered services**. In most plans, you pay this after you meet your **deductible** limit.

## Payment Percentage
This is the percentage of the bill you pay after you meet your **deductible**.

## Maximum out-of-pocket limit

The **maximum out-of-pocket limit** is the most you will pay per year in **copayments**, **payment percentage** and **deductible**, if any, for **covered services**. **Covered services** that are subject to the **maximum out-of-pocket limit** include those provided under the medical plan and the outpatient **prescription** drug plan.

**Covered services** apply to the in-network and out-of-network **maximum out-of-pocket limit**.

### Individual maximum out-of-pocket limit

- This plan may have an individual and family **maximum out-of-pocket limit**. As to the individual **maximum out-of-pocket limit**, each of you must meet your **maximum out-of-pocket limit** separately.
- After you or your covered dependents meet the individual **maximum out-of-pocket limit**, this plan will pay 100% of the eligible charge for **covered services** that would apply toward the limit for the rest of the year for that person.

### Family maximum out-of-pocket limit

After you or your covered dependents meet the family **maximum out-of-pocket limit**, this plan will pay 100% of the eligible charge for **covered services** that would apply toward the limit for the remainder of the year for all covered family members. The family **maximum out-of-pocket limit** is a cumulative **maximum out-of-pocket limit** for all family members.

To satisfy this **maximum out-of-pocket limit** for the rest of the year, the following must happen:

- The family **maximum out-of-pocket limit** is met by a combination of family members
- No one person within a family will contribute more than the individual **maximum out-of-pocket limit** amount in a year

If the **maximum out-of-pocket limit** does not apply to a **covered service**, your cost share for that service will not count toward satisfying the **maximum out-of-pocket limit** amount.

Certain costs that you have do not apply toward the **maximum out-of-pocket limit**. These include:

- All costs for non-**covered services** which are identified in the booklet and the schedule
- Charges, expenses or costs in excess of the **recognized charge**
- Costs for non-emergency use of the emergency room
- Costs for non-urgent use of an urgent care **provider**

## Limit provisions

**Covered services** will apply to the in-network and out-of-network limits.

**Your financial responsibility and decisions regarding benefits**

We base your financial responsibility for the cost of **covered services** on when the service or supply is provided, not when payment is made. Benefits will be pro-rated to account for treatment or portions of **stays** that occur in more than one year. Decisions regarding when benefits are covered are subject to the terms and conditions of the booklet.

**Prescription drug – outpatient maximum out-of-pocket limit provisions**

**Covered services** that are subject to the **maximum out-of-pocket limit** include **covered services** provided under the medical plan and the **prescription** drug plan.

The **maximum out-of-pocket limit** is the most you will pay per year in **copayments**, **payment percentage** and **deductible**, if any, for **covered services**. This plan may have an individual and family **maximum out-of-pocket limit**.

# Covered services

## Abortion

| Description | In-network | Out-of-network |
|---|---|---|
| Abortion | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Acupuncture

| Description | In-network | Out-of-network |
|---|---|---|
| Acupuncture | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Visit limit per year | 10 | 10 |
|---|---|---|

## Ambulance services

| Description | In-network | Out-of-network |
|---|---|---|
| **Emergency services** | 80% per trip after **deductible** | Paid same as in-network |
| Non-**emergency services** | Not covered | Not covered |

## Applied behavior analysis

| Description | In-network | Out-of-network |
|---|---|---|
| Applied behavior analysis | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Autism spectrum disorder

| Description | In-network | Out-of-network |
|---|---|---|
| Diagnosis and testing | Covered based on type of service and where it is received | Covered based on type of service and where it is received |
| Treatment | Covered based on type of service and where it is received | Covered based on type of service and where it is received |
| Occupational (OT), physical (PT) and speech (ST) therapy for autism spectrum disorder | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Behavioral health**

**Mental health treatment**

Coverage provided is the same as for any other illness

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services-**room and board** including **residential treatment facility** | 80% per admission after **deductible** | 60% per admission after **deductible** |
| Other inpatient services and supplies<br>Other **residential treatment facility** services and supplies | 80% per admission after **deductible** | 60% per admission after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Outpatient office visit to a **physician** or **behavioral health provider** | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| **Physician** or **behavioral health provider telemedicine** consultation | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Outpatient **mental health disorders telemedicine** cognitive therapy consultations by a **physician** or **behavioral health provider** | Covered based on type of service and **provider** from which it is received | Covered based on type of service and **provider** from which it is received |

| Description | In-network | Out-of-network |
|---|---|---|
| Other outpatient services including:<br>• Behavioral health services in the home<br>• Partial hospitalization treatment<br>• Intensive outpatient program<br><br>The cost share doesn't apply to in-network peer counseling support services | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Telemedicine provider mental health disorders** consultation | Covered based on type of service and **provider** from which it is received | Not covered |
| **Telemedicine** cognitive therapy **mental health disorders** consultation by a **telemedicine provider** | Covered based on type of service and **provider** from which it is received | Not covered |

**Substance related disorders treatment**
Includes **detoxification**, rehabilitation and **residential treatment facility**
Coverage provided is the same as for any other illness

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services-**room and board** during a **hospital stay** | 80% per admission after **deductible** | 60% per admission after **deductible** |
| Other inpatient services and supplies during a **hospital stay** | 80% per admission after **deductible** | 60% per admission after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Outpatient office visit to a **physician** or **behavioral health provider** | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| **Physician** or **behavioral health provider telemedicine** consultation | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Outpatient **telemedicine** cognitive therapy consultations by a **physician** or **behavioral health provider** | Covered based on type of service and **provider** from which it is received | Covered based on type of service and **provider** from which it is received |

| Description | In-network | Out-of-network |
|---|---|---|
| Other outpatient services including:<br>• Behavioral health services in the home<br>• Partial hospitalization treatment<br>• Intensive outpatient program<br><br>The cost share doesn't apply to in-network peer counseling support services | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Telemedicine provider substance related disorders** consultation | Covered based on type of service and **provider** from which it is received | Not covered |
| **Telemedicine** cognitive therapy **substance related disorders** consultation by a **telemedicine provider** | Covered based on type of service and **provider** from which it is received | Not covered |

## Clinical trials

| Description | In-network | Out-of-network |
|---|---|---|
| **Experimental or investigational** therapies | Covered based on type of service and where it is received | Covered based on type of service and where it is received |
| Routine patient costs | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Durable medical equipment (DME)

| Description | In-network | Out-of-network |
|---|---|---|
| DME | 80% per item after **deductible** | 60% per item after **deductible** |

## Emergency services

| Description | In-network | Out-of-network |
|---|---|---|
| Emergency room | 80% per visit after **deductible** | Paid same as in-network |

| | | |
|---|---|---|
| Non-emergency care in a **hospital** emergency room | Not covered | Not covered |

> **Emergency services important note: Out-of-network providers** do not have a contract with us. However, for out of network emergencies the federal No Surprises Act applies. If the **provider** bills you for an amount above your cost share, you are not responsible for payment of that amount. You should send the bill to the address on your ID card and we will resolve any payment issue with the **provider**. Make sure the member ID is on the bill. If you are admitted to the **hospital** for an inpatient **stay** right after you visit the emergency room, you will not pay your emergency room cost share if you have one. You will pay the inpatient **hospital** cost share, if any.

## Habilitation therapy services

### Outpatient physical (PT), occupational (OT) therapies

| Description | In-network | Out-of-network |
|---|---|---|
| PT, OT therapies | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

### Outpatient speech therapy (ST)

| Description | In-network | Out-of-network |
|---|---|---|
| ST therapy | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Hearing aids

| Description | In-network | Out-of-network |
|---|---|---|
| Hearing aids | 80% per item after **deductible** | 80% per item after **deductible** |

| | | |
|---|---|---|
| Limit | $5,000 every 36 months | $5,000 every 36 months |

## Hearing exams

| Description | In-network | Out-of-network |
|---|---|---|
| Hearing exams | Covered based on type of service and where it is received | Covered based on type of service and where it is received |
| Visit limit | 1 visit every 2 years | 1 visit every 2 years |

## Home health care

A visit is a period of 4 hours or less

| Description | In-network | Out-of-network |
|---|---|---|
| Home health care | 80% per visit after **deductible** | 60% per visit after **deductible** |

| | | |
|---|---|---|
| Visit limit per year | 120 | 120 |

| **Home health care important note:** |
|---|
| Intermittent visits are periodic and recurring visits that skilled nurses make to ensure your proper care. The intermittent requirement may be waived to allow for coverage for up to 12 hours with a daily maximum of 3 visits. |

## Hospice care

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services - **room and board** | 80% after **deductible** | 60% after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Other inpatient services and supplies | 80% per admission after **deductible** | 60% after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Outpatient services | 80% per visit after **deductible** | 60% per visit after **deductible** |

| | | |
|---|---|---|
| Limit per lifetime | unlimited | unlimited |

| **Hospice important note:** |
|---|
| This includes part-time or infrequent nursing care by an R.N. or L.P.N. to care for you up to 8 hours a day. It also includes part-time or infrequent home health aide services to care for you up to 8 hours a day. |

12

## Hospital care

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services – **room and board** | 80% after **deductible** | 60% after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Other inpatient services and supplies | 80% per admission after **deductible** | 60% after **deductible** |

## Infertility services
### Basic infertility

| Description | In-network | Out-of-network |
|---|---|---|
| Treatment of basic **infertility** | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

### Comprehensive infertility services

| Description | In-network | Out-of-network |
|---|---|---|
| Outpatient services performed at **infertility specialist** office | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Services performed at **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |
| Services performed at a facility other than a **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |

### Advanced reproductive technology (ART)

| Description | In-network | Out-of-network |
|---|---|---|
| Outpatient services performed at ART **specialist** office | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Services performed at **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |
| Services performed at a facility other than a **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |

13

**Limits**

| Description | In-network | Out-of-network |
|---|---|---|
| Limit per lifetime ART and Comprehensive services combined | $20,000 Combined for in-network and out-of-network benefits | $20,000 Combined for in-network and out-of-network benefits |

## Institutes of Quality – Bariatric Surgery

| Description | In network (IOQ Facility) | In network (Non-IOQ Facility) | Out-of-network |
|---|---|---|---|
| Inpatient | 80% per admission after **deductible** | Not Covered | Not Covered |
| Outpatient | 80% per visit after **deductible** | Not Covered | Not Covered |
| | | | |
| *Precertification may be required* | | | |
| | | | |
| **Physician** services including office visits | Covered according to the type of benefit and the place where the service is received. | Not Covered | Not Covered |
| | | | |

## Maternity and related newborn care

Includes complications

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services – **room and board** | 80% per admission after **deductible** | 60% per admission after **deductible** |
| Other inpatient services and supplies | 80% per admission after **deductible** | 60% per admission after **deductible** |
| Services performed in **physician** or **specialist** office or a facility | 80% per visit after **deductible** | 60% per visit after **deductible** |
| Other services and supplies | 80% per visit after **deductible** | 60% per visit after **deductible** |

**Maternity and related newborn care important note:**
Any cost share collected applies only to the delivery and postpartum care services provided by an OB, GYN or OB/GYN. Review the *Maternity* section of the booklet. It will give you more information about coverage for maternity care under this plan.

## Oral and maxillofacial treatment (mouth, jaws and teeth)

| Description | In-network | Out-of-network |
|---|---|---|
| Treatment of mouth, jaws and teeth | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Outpatient surgery

| Description | In-network | Out-of-network |
|---|---|---|
| At **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |
| At facility that is not a **hospital** | $30 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| At the **physician** office | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Physician and specialist services

### Physician services-general or family practitioner

| Description | In-network | Out-of-network |
|---|---|---|
| **Physician** office hours (not-surgical, not preventive) | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| **Physician** surgical services | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Physician** visit during inpatient **stay** | 80% per visit after **deductible** | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Physician telemedicine** consultation | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Telemedicine provider** consultation

Basic medical services | Covered based on type of service and **provider** from which it is received | Not covered |

## Specialist

| Description | In-network | Out-of-network |
|---|---|---|
| **Specialist** office hours (not-surgical, not preventive) | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| **Specialist** surgical services | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| **Specialist telemedicine** consultation | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

## All other services not shown above

| Description | In-network | Out-of-network |
|---|---|---|
| All other services | 80% per visit after **deductible** | 60% per visit after **deductible** |

15

**Preventive care**

| Description | In-network | Out-of-network |
|---|---|---|
| Preventive care services | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Breast feeding counseling and support | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Breast feeding counseling and support limit | 6 visits in a group or individual setting<br><br>Visits that exceed the limit are covered under the **physician** services office visit | 6 visits in a group or individual setting<br><br>Visits that exceed the limit are covered under the **physician** services office visit |
| Breast pump, accessories and supplies limit | Electric pump: 1 every 12 months<br><br>Manual pump: 1 per pregnancy<br><br>Pump supplies and accessories: 1 purchase per pregnancy if not eligible to purchase a new pump | Electric pump: 1 every 12 months<br><br>Manual pump: 1 per pregnancy<br><br>Pump supplies and accessories: 1 purchase per pregnancy if not eligible to purchase a new pump |
| Breast pump waiting period | Electric pump: 12 months to replace an existing electric pump | Electric pump: 12 months to replace an existing electric pump |
| Counseling for alcohol or drug misuse | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Counseling for alcohol or drug misuse visit limit | 5 visits/per year | 5 visits/per year |
| Counseling for obesity, healthy diet | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Counseling for obesity, healthy diet visit limit | Age 22 and older: 26 visits per year, of which up to 10 visits may be used for healthy diet counseling. | Age 22 and older: 26 visits per year, of which up to 10 visits may be used for healthy diet counseling. |
| Counseling for sexually transmitted infection | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Counseling for sexually transmitted infection visit limit | 2 visits/per year | 2 visits/per year |
| Counseling for tobacco cessation | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Counseling for tobacco cessation visit limit | 8 visits/per year | 8 visits/per year |
| Family planning services (female contraception counseling) | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Family planning services (female contraception counseling) limit | Contraceptive counseling limited to 2 visits/per year in a group or individual setting | Contraceptive counseling limited to 2 visits/per year in a group or individual setting |

| Immunizations | 100%, no **deductible** applies | 60% after **deductible** |
|---|---|---|
| Immunizations limit | Subject to any age limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention<br><br>For details, contact your **physician** | Subject to any age limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention<br><br>For details, contact your **physician** |
| Routine cancer screenings | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Routine cancer screening limits | Subject to any age, family history and frequency guidelines as set forth in the most current:<br><br>Evidence-based items that have a rating of A or B in the current recommendations of the USPSTF<br><br>The comprehensive guidelines supported by the Health Resources and Services Administration<br><br>For more information contact your **physician** or see the *Contact us* section | Subject to any age, family history and frequency guidelines as set forth in the most current:<br><br>Evidence-based items that have a rating of A or B in the current recommendations of the USPSTF<br><br>The comprehensive guidelines supported by the Health Resources and Services Administration<br><br>For more information contact your **physician** or see the *Contact us* section |
| Generic preventive care female contraceptives (birth control) | 100% | 60% |
| Preventive care drugs and supplements | 100% | 60% |
| Preventive care drugs and supplements limit | Subject to any sex, age, medical condition, family history and frequency guidelines as recommended by the USPSTF<br><br>For a current list of covered preventive care drugs and supplements or more information, see the *Contact us* section | Subject to any sex, age, medical condition, family history and frequency guidelines as recommended by the USPSTF<br><br>For a current list of covered preventive care drugs and supplements or more information, see the *Contact us* section |
| Preventive care risk reducing breast cancer **prescription** drugs | 100% | 60% |

| | | |
|---|---|---|
| Preventive care risk reducing breast cancer **prescription** drugs limit | Subject to any sex, age, medical condition, family history and frequency guidelines as recommended by the USPSTF<br><br>For a current list of covered preventive care drugs and supplements or more information, see the *Contact us* section | Subject to any sex, age, medical condition, family history and frequency guidelines as recommended by the USPSTF<br><br>For a current list of covered preventive care drugs and supplements or more information, see the *Contact us* section |
| Preventive care tobacco cessation **prescription** and OTC drugs | 100% | 60% |
| Limit | Two 90 day treatments only | Two 90 day treatments only |
| Routine lung cancer screening | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Routine lung cancer screening limit | 1 screening per year<br><br>Screenings that exceed this limit covered as outpatient diagnostic testing | 1 screening per year<br><br>Screenings that exceed this limit covered as outpatient diagnostic testing |
| Routine physical exam | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Routine physical exam limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures/Health Resources and Services Administration for children and adolescents<br><br>Limited to 7 exams from age 0-1 year; 3 exams every 12 months age 1-2; 3 exams every 12 months age 2-3; and 1 exam every 12 months after that age, up to age 22; 1 exam per year after age 22<br><br>High risk Human Papillomavirus (HPV) DNA testing for woman age 30 and older limited to 1 every 36 months | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures/Health Resources and Services Administration for children and adolescents<br><br>Limited to 7 exams from age 0-1 year; 3 exams every 12 months age 1-2; 3 exams every 12 months age 2-3; and 1 exam every 12 months after that age, up to age 22; 1 exam per year after age 22<br><br>High risk Human Papillomavirus (HPV) DNA testing for woman age 30 and older limited to 1 every 36 months |
| Well woman GYN exam | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Well woman GYN exam limit | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Health Resources and Services Administration | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Health Resources and Services Administration |

## Prosthetic devices

| Description | In-network | Out-of-network |
|---|---|---|
| Prosthetic devices | 80% per item after **deductible** | 60% per item after **deductible** |

## Reconstructive surgery and supplies

Including breast **surgery**

| Description | In-network | Out-of-network |
|---|---|---|
| **Surgery** and supplies | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Short-term rehabilitation services

A visit is equal to no more than 1 hour of therapy.

**Cardiac rehabilitation**

| Description | In-network | Out-of-network |
|---|---|---|
| Cardiac rehabilitation | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Pulmonary rehabilitation**

| Description | In-network | Out-of-network |
|---|---|---|
| Pulmonary rehabilitation | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Cognitive rehabilitation**

| Description | In-network | Out-of-network |
|---|---|---|
| Cognitive rehabilitation | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

## Physical, occupational and speech therapies

| Description | In-network | Out-of-network |
|---|---|---|
| | 80% per visit after **deductible** | 60% per visit after **deductible** |

## Physical, occupational and speech therapies

| Description | In-network | Out-of-network |
|---|---|---|
| Visit limit per year<br><br>Physical, occupational and speech therapies combined<br>In-network and out-of-network combined | 60 | 60 |

## Spinal manipulation

| Description | In-network | Out-of-network |
|---|---|---|
| | $50 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| Description | In-network | Out-of-network |
|---|---|---|
| Visit limit per year<br><br>In-network and out-of-network combined | 20 | 20 |

## Skilled nursing facility

| Description | In-network | Out-of-network |
|---|---|---|
| Inpatient services - **room and board** | 80% per admission after **deductible** | 60% per admission after **deductible** |
| Other inpatient services and supplies | 80% per admission after **deductible** | 60% per admission after **deductible** |

| Day limit per year | 120 | 120 |
|---|---|---|

## Tests, images and labs – outpatient

### Diagnostic complex imaging services

| Description | In-network | Out-of-network |
|---|---|---|
| | 80% per visit after **deductible** | 60% per visit after **deductible** |

### Diagnostic lab work

| Description | In-network | Out-of-network |
|---|---|---|
| | 80% per visit after **deductible** | 60% per visit after **deductible** |

### Diagnostic x-ray and other radiological services

| Description | In-network | Out-of-network |
|---|---|---|
| | 80% per visit after **deductible** | 60% per visit after **deductible** |

## Therapies

### Chemotherapy

| Description | In-network | Out-of-network |
|---|---|---|
| Chemotherapy services | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

### Gene-based, cellular and other innovative therapies (GCIT)

| Description | In-network (GCIT-designated facility/provider) | Out-of-network (Including **providers** who are otherwise part of Aetna's network but are not GCIT-designated facilities/**providers**) |
|---|---|---|
| Services and supplies | Covered based on type of service and where it is received | Not covered |
| Gene therapy products, **prescription** drugs | 80% per visit after **deductible** | Not covered |

**Infusion therapy**

Outpatient services

| Description | In-network | Out-of-network |
|---|---|---|
| In **physician** office | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| At an infusion location | Covered based on type of service and where it is received | Covered based on type of service and where it is received |
| In the home | $25 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| At **hospital** outpatient department | 80% per visit after **deductible** | 60% per visit after **deductible** |
| At facility that is not a **hospital** | 80% per visit after **deductible** | 60% per visit after **deductible** |

**Radiation therapy**

| Description | In-network | Out-of-network |
|---|---|---|
| Radiation therapy | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Respiratory therapy**

| Description | In-network | Out-of-network |
|---|---|---|
| Respiratory therapy | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Transplant services**

| Description | In-network (IOE facility) | Out-of-network (Includes **providers** who are otherwise part of Aetna's network but are non-IOE **providers**) |
|---|---|---|
| Inpatient services and supplies | 80% per transplant after **deductible** | 60% per transplant after **deductible** |
| **Physician** services | Covered based on type of service and where it is received | Covered based on type of service and where it is received |

**Urgent care services**

At a freestanding facility or **provider** that is not a **hospital**

A separate urgent care cost share will apply for each visit to an urgent care facility or **provider**

| Description | In-network | Out-of- network |
|---|---|---|
| Urgent care facility | $30 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |

| | | |
|---|---|---|
| Non-urgent use of an urgent care facility or **provider** | Not covered | Not covered |

## Walk-in clinic

Not all preventive care services are available at a **walk-in clinic**. All services are available from a network **physician**.

| Description | In-network | Out-of-network |
|---|---|---|
| Non-**emergency services** | $20 then the plan pays 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Preventive care immunizations | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Preventive care immunization limits | Subject to any age and frequency limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention<br><br>For details, contact your **physician** | Subject to any age and frequency limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention<br><br>For details, contact your **physician** |
| Preventive screening and counseling services | 100% per visit, no **deductible** applies | 60% per visit after **deductible** |
| Preventive screening and counseling limits | See the *Preventive care services* section of the SOB | See the *Preventive care services* section of the SOB |

**Choice POS II medical plan**

**Booklet**

**Prepared for:**

| | |
|---|---|
| Employer: | Bausch & Lomb Americas, Inc. |
| Contract number: | MSA-175041 |
| Plan name: | Choice POS II Plan |
| Booklet: | 2 |
| Plan effective date: | January 1, 2024 |
| Plan issue date: | December 29, 2023 |

**Third Party Administrative Services provided by
Aetna Life Insurance Company**

# Table of contents

Welcome ..................................................................................1

Coverage and exclusions .........................................................3

General plan exclusions ........................................................29

How your plan works ...........................................................35

Complaints, claim decisions and appeals procedures ...........................48

Eligibility, starting and stopping coverage ...............................52

General provisions – other things you should know...........................56

Glossary ...........................................................................61

Schedule of benefits                    Issued with your booklet

# Welcome

At Aetna®, your health goals lead the way, so we're joining you to put them first. We believe that whatever you decide to do for your health, you can do it with the right support. And no matter where you are on this personal journey, it's our job to enable you to feel the joy of achieving your best health.

Welcome to Aetna.

## Introduction

This is your booklet. It describes your **covered services** – what they are and how to get them. It also describes how we manage the plan, according to our policies, and applicable laws and regulations. The schedule of benefits tells you how we share expenses for **covered services** and explains any limits. Together, these documents describe the benefits covered by your Employer's self-funded health benefit. Each may have amendments attached to them. These change or add to the document. This booklet takes the place of any others sent to you before.

It's really important that you read the entire booklet and your schedule of benefits.

If your coverage under any part of this plan replaces coverage under another plan, your coverage for benefits provided under the other coverage may reduce benefits paid by this plan. See the *Coordination of benefits - Effect of prior plan coverage* section.

If you need help or more information, see the *Contact us* section below.

## How we use words

When we use:

- "You" and "your" we mean you and any covered dependents (if your plan allows dependent coverage)
- "Us," "we," and "our", we mean Aetna Life Insurance Company (Aetna)
- Words that are in bold, these are defined in the *Glossary* section

## Contact us

Your plan includes the Aetna concierge program. It provides immediate access to consultants trained in the specific details of your plan.

For questions about your plan, you can contact us by:

- Calling the toll-free number on your ID card
- Writing us at 151 Farmington Ave, Hartford, CT, 06156
- Visiting https://www.aetna.com to access your member website

Your member website is available 24/7. With your member website, you can:

- See your coverage, benefits and costs
- Print an ID card and various forms
- Find a **provider**, research **providers**, care and treatment options
- View and manage claims
- Find information on health and wellness

## Your ID card

Show your ID card each time you get **covered services** from a **provider**. Only members on your plan can use your ID card. We will mail you your ID card. If you haven't received it before you need **covered services**, or if you lose it, you can print a temporary one using your member website.

## Wellness and other rewards

You may be eligible to earn rewards for completing certain activities that improve your health, coverage, and experience with us. We may encourage you to access certain health services, or categories of healthcare **providers**, participate in programs, including but not limited to financial wellness programs; utilize tools, improve your health metrics or continue participation as an Aetna member through incentives. Talk with your **provider** about these and see if they are right for you. We may provide incentives based on your participation and outcomes such as:

- Modifications to **copayment**, **deductible** or **payment percentage** amounts
- Contributions to a health savings account
- Merchandise
- Coupons
- Gift cards or debit cards
- Any combination of the above

## Discount arrangements

We can offer you discounts on health care related goods or services. Sometimes, other companies provide these discounted goods and services. These companies are called "third party service providers". These third party service providers may pay us so that they can offer you their services.

Third party service providers are independent contractors. The third party service provider is responsible for the goods or services they deliver. We are not responsible; but, we have the right to change or end the arrangements at any time.

These discount arrangements are not insurance. We don't pay the third party service providers for the services they offer. You are responsible for paying for the discounted goods or services.

# Coverage and exclusions

## Providing covered services

Your plan provides **covered services**. These are:
- Described in this section.
- Not listed as an exclusion in this section or the *General plan exclusions* section.
- Not beyond any limits in the schedule of benefits.
- **Medically necessary**. See the *How your plan works – Medical necessity and precertification requirements* section and the *Glossary* for more information.
- Services that are not prohibited by law. See *Services not permitted by law* in the *General plan exclusions* section for more information.

This plan provides coverage for many kinds of **covered services**, such as a doctor's care and **hospital stays**, but some services aren't covered at all or are limited. For other services, the plan pays more of the expense. For example:
- **Physician** care generally is covered but **physician** care for cosmetic **surgery** is never covered. This is an exclusion.
- Home health care is generally covered but may only be covered up to a set number of visits per year. This is a limitation.
- Your **provider** may recommend services that are considered **experimental or investigational** services. But an **experimental or investigational** service is not covered and is also an exclusion, unless it is recognized as part of an approved clinical trial when you have cancer or a **terminal illness**. See *Clinical trials* in the list of services below.
- Preventive services. Usually the plan pays more, and you pay less. Preventive services are designed to help keep you healthy, supporting you in achieving your best health. To find out what these services are, see the *Preventive care* section in the list of services below. To find out how much you will pay for these services, see *Preventive care* in your schedule of benefits.

Some services require **precertification** from us. For more information see the *How your plan works – Medical necessity and precertification requirements* section.

The **covered services** and exclusions below appear alphabetically to make it easier to find what you're looking for. If a service isn't listed here as a **covered service** or is listed as not covered under a specific service, it still may be covered. If you have questions, ask your **provider** or contact us. You can find out about limitations for **covered services** in the schedule of benefits.

## Abortion

**Covered services** include the following services provided by your **physician**:
- Abortion, including abortion drugs dispensed by a provider (including a telemedicine provider), where permitted by state and local laws.

## Acupuncture

**Covered services** include manual or electro acupuncture.

The following are not **covered services**:
- Acupressure

## Ambulance services

An ambulance is a vehicle staffed by medical personnel and equipped to transport an ill or injured person.

### Emergency

**Covered services** include emergency transport to a **hospital** by a licensed ambulance:

- To the first **hospital** to provide **emergency services**
- From one **hospital** to another if the first **hospital** can't provide the **emergency services** you need
- When your condition is unstable and requires medical supervision and rapid transport

### Non-emergency

**Covered services** also include precertified transportation to a **hospital** by a licensed ambulance:

- From a **hospital** to your home or to another facility if an ambulance is the only safe way to transport you
- From your home to a **hospital** if an ambulance is the only safe way to transport you; limited to 100 miles
- When during a covered inpatient **stay** at a **hospital**, **skilled nursing facility** or acute rehabilitation **hospital**, an ambulance is required to safely and adequately transport you to or from inpatient or outpatient treatment

The following are not **covered services**:

- Ambulance services for routine transportation to receive outpatient or inpatient services

## Applied behavior analysis

**Covered services** include applied behavior analysis for a diagnosis of autism spectrum disorder. Applied behavior analysis is a process of applying interventions that:

- Systematically change behavior
- Are responsible for observable improvements in behavior

## Autism spectrum disorder

Autism spectrum disorder is defined in the most recent edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM) of the American Psychiatric Association.

**Covered services** include services and supplies provided by a **physician** or **behavioral health provider** for:

- The diagnosis and treatment of autism spectrum disorder
- Physical, occupational, and speech therapy associated with the diagnosis of autism spectrum disorder

## Behavioral health

### Mental health treatment

**Covered services** include the treatment of **mental health disorders** provided by a **hospital**, **psychiatric hospital**, **residential treatment facility**, **physician,** or **behavioral health provider** including:

- Inpatient **room and board** at the **semi-private room rate** (your plan will cover the extra expense of a private room when appropriate because of your medical condition), and other services and supplies related to your condition that are provided during your **stay** in a **hospital**, **psychiatric hospital**, or **residential treatment facility**
- Outpatient treatment received while not confined as an inpatient in a **hospital**, **psychiatric hospital**, or **residential treatment facility**, including:
  - Office visits to a **physician** or **behavioral health provider** such as a psychiatrist, psychologist, social worker, or licensed professional counselor (includes **telemedicine** consultation)
  - Individual, group, and family therapies for the treatment of **mental health disorders**
  - Other outpatient mental health treatment such as:
    - Partial hospitalization treatment provided in a facility or program for mental health treatment provided under the direction of a **physician**
    - Intensive outpatient program provided in a facility or program for mental health treatment provided under the direction of a **physician**
    - Skilled behavioral health services provided in the home, but only when all of the following criteria are met:
      - You are homebound
      - Your **physician** orders them
      - The services take the place of a **stay** in a **hospital** or a **residential treatment facility**, or you are unable to receive the same services outside your home
      - The skilled behavioral health care is appropriate for the active treatment of a condition, illness, or disease
    - Electro-convulsive therapy (ECT)
    - Transcranial magnetic stimulation (TMS)
    - Psychological testing
    - Neuropsychological testing
    - Observation
    - Peer counseling support by a peer support specialist (including **telemedicine** consultation)

### Substance related disorders treatment

**Covered services** include the treatment of **substance related disorders** provided by a **hospital**, **psychiatric hospital**, **residential treatment facility**, **physician**, or **behavioral health provider** as follows:

- Inpatient **room and board**, at the **semi-private room rate** (your plan will cover the extra expense of a private room when appropriate because of your medical condition), and other services and supplies that are provided during your **stay** in a **hospital**, **psychiatric hospital**, or **residential treatment facility**.
- Outpatient treatment received while not confined as an inpatient in a **hospital**, **psychiatric hospital**, or **residential treatment facility**, including:
  - Office visits to a **physician** or **behavioral health provider** such as a psychologist, social worker, or licensed professional counselor (includes **telemedicine** consultation)
  - Individual, group, and family therapies for the treatment of **substance related disorders**
  - Other outpatient **substance related disorders** treatment such as:
    - Partial hospitalization treatment provided in a facility or program for treatment of **substance related disorders** provided under the direction of a **physician**
    - Intensive outpatient program provided in a facility or program for treatment of **substance related disorders** provided under the direction of a **physician**

- o Skilled behavioral health services provided in the home, but only when all of the following criteria are met:
    - You are homebound
    - Your **physician** orders them
    - The services take the place of a **stay** in a **hospital** or a **residential treatment facility**, or you are unable to receive the same services outside your home
    - The skilled behavioral health care is appropriate for the active treatment of a condition, illness, or disease
- o Ambulatory or outpatient **detoxification** which includes outpatient services that monitor withdrawal from alcohol or other substances, including administration of medications
- o Observation
- o Peer counseling support by a peer support specialist (including **telemedicine** consultation)

---

**Behavioral health important note:**
A peer support specialist serves as a role model, mentor, coach, and advocate. Peer support must be supervised by a **behavioral health provider**.

---

## Clinical trials

### Routine patient costs
**Covered services** include routine patient costs you have from a **provider** in connection with participation in an approved clinical trial as defined in the federal Public Health Service Act, Section 2709.

The following are not **covered services**:
- Services and supplies related to data collection and record-keeping needed only for the clinical trial
- Services and supplies provided by the trial sponsor for free
- The experimental intervention itself (except Category B investigational devices and promising **experimental or investigational** interventions for **terminal illnesses** in certain clinical trials in accordance with our policies)

### Experimental or investigational therapies
**Covered services** include drugs, devices, treatments, or procedures from a **provider** under an "approved clinical trial" only when you have cancer or a **terminal illness**. All of the following conditions must be met:
- Standard therapies have not been effective or are not appropriate
- We determine you may benefit from the treatment

An approved clinical trial is one that meets all of these requirements:
- The Food and Drug Administration (FDA) has approved the drug, device, treatment, or procedure to be investigated or has granted it investigational new drug (IND) or group c/treatment IND status, when this is required
- The clinical trial has been approved by an institutional review board that will oversee it
- The clinical trial is sponsored by the National Cancer Institute (NCI) or similar federal organization and:
    - It conforms to standards of the NCI or other applicable federal organization
    - It takes place at an NCI-designated cancer center or at more than one institution
- You are treated in accordance with the procedures of that study

## Durable medical equipment (DME)

**Covered services** are DME and the accessories needed to operate it when:
- Made to withstand prolonged use
- Mainly used in the treatment of illness or injury
- Suited for use in the home
- Not normally used by people who do not have an illness or injury
- Not for altering air quality or temperature
- Not for exercise or training

Your plan only covers the same type of DME that Medicare covers. But, there are some DME items Medicare covers that your plan does not.

**Covered services** include the expense of renting or buying DME and accessories you need to operate the item from a DME supplier. If you purchase DME, that purchase is only covered if you need it for long-term use.

**Covered services** also include:
- One item of DME for the same or similar purpose
- Repairing DME due to normal wear and tear
- A new DME item you need because your physical condition has changed
- Buying a new DME item to replace one that was damaged due to normal wear, if it would be cheaper than repairing it or renting a similar item

The following are not **covered services**:
- Communication aid
- Elevator
- Maintenance and repairs that result from misuse or abuse
- Massage table
- Message device (personal voice recorder)
- Over bed table
- Portable whirlpool pump
- Sauna bath
- Telephone alert system
- Vision aid
- Whirlpool

## Emergency services

When you experience an **emergency medical condition**, you should go to the nearest emergency room. You can also dial 911 or your local emergency response service for medical and ambulance help.

**Covered services** include only outpatient services to evaluate and stabilize an **emergency medical condition** in a **hospital** emergency room. You can get **emergency services** from **network** or **out-of-network providers**.

Your coverage for **emergency services** will continue until the following conditions are met:
- You are evaluated and your condition is stabilized and
- Your attending **physician** determines that you are medically able to travel or be transported, by non-medical or non-emergency transportation, to another **provider** if you need more care

If both of the above conditions are met and you continue to stay in the **hospital** (emergency admission) or receive follow-up care, these are not **emergency services**. Different benefits and requirements apply. Please refer to the *How your plan works – Medical necessity and precertification requirements* section and the *Coverage and exclusions* section that fits your situation (for example, *Hospital care* or *Physician services*). You can also contact us or your **network physician** or **primary care physician** (**PCP**).

**Non-emergency services**
If you go to an emergency room for what is not an **emergency medical condition**, the plan may not cover your expenses. See the schedule of benefits for more information.

## Gender affirming treatment
**Covered services** include certain services and supplies for gender affirming treatment.

---

**Important note:**
Visit https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html for detailed information about this benefit, including eligibility and **medical necessity** requirements. You can also call the toll-free number on your ID card.

---

## Habilitation therapy services
Habilitation therapy services are services needed to keep, learn or improve your skills and functioning for daily living (e.g. therapy for a child who isn't walking or talking at the expected age). The services must follow a specific treatment plan, ordered by your **physician**. The services have to be performed by a:
- Licensed or certified physical, occupational or speech therapist
- **Hospital**, **skilled nursing facility** or hospice facility
- **Home health care agency**
- **Physician**

**Outpatient physical, occupational, and speech therapies**
**Covered services** include:
- Physical therapy if it is expected to develop any impaired function
- Occupational therapy if it is expected to develop any impaired function
- Speech therapy if it is expected to develop speech function that resulted from delayed development
(Speech function is the ability to express thoughts, speak words and form sentences)

The following are not **covered services**:
- Services provided in an educational or training setting or to teach sign language
- Vocational rehabilitation or employment counseling

## Hearing aids

Hearing aid means:
- Any wearable, non-disposable instrument or device designed to aid or make up for impaired hearing
- Parts, attachments, or accessories

**Covered services** include prescribed hearing aids and the following hearing aid services:
- Audiometric hearing visit and evaluation for a hearing aid **prescription** performed by:
  - A **physician** certified as an otolaryngologist or otologist
  - An audiologist who:
    - Is legally qualified in audiology
    - Holds a certificate of Clinical Competence in Audiology from the American Speech and Hearing Association in the absence of any licensing requirements
    - Performs the exam at the written direction of a legally qualified otolaryngologist or otologist
- Electronic hearing aids, installed in accordance with a **prescription** written during a covered hearing exam
- Any other related services necessary to access, select, and adjust or fit a hearing aid

The following are not **covered services**:
- Replacement of a hearing aid that is lost, stolen or broken
- Replacement parts or repairs for a hearing aid
- Batteries or cords
- A hearing aid that does not meet the specifications prescribed for correction of hearing loss

## Hearing exams

**Covered services** include hearing exams for evaluation and treatment of illness, injury or hearing loss when performed by a hearing **specialist**.

The following are not **covered services**:
- Hearing exams given during a **stay** in a **hospital** or other facility, except those provided to newborns as part of the overall **hospital stay**

## Home health care

**Covered services** include home health care provided by a **home health care agency** in the home, but only when all of the following criteria are met:
- You are homebound
- Your **physician** orders them
- The services take the place of a **stay** in a **hospital** or a **skilled nursing facility**, or you are unable to receive the same services outside your home
- The services are a part of a home health care plan
- The services are skilled nursing services, home health aide services or medical social services, or are short-term speech, physical or occupational therapy
- Home health aide services are provided under the supervision of a registered nurse
- Medical social services are provided by or supervised by a **physician** or social worker

Skilled nursing services are services provided by a registered nurse or licensed practical nurse within the scope of their license.

If you are discharged from a **hospital** or **skilled nursing facility** after a **stay**, the intermittent requirement may be waived to allow coverage for continuous skilled nursing services. See the schedule of benefits for more information on the intermittent requirement.

Short-term physical, speech, and occupational therapy provided in the home are subject to the same conditions and limitations imposed on therapy provided outside the home. See *Rehabilitation services* and *Habilitation therapy services* in this section and the schedule of benefits.

The following are not **covered services**:
- Custodial care
- Services provided outside of the home (such as in conjunction with school, vacation, work, or recreational activities)
- Transportation

## Hospice care

**Covered services** include inpatient and outpatient hospice care when given as part of a hospice care program. The types of hospice care services that are eligible for coverage include:
- **Room and board**
- Services and supplies furnished to you on an inpatient or outpatient basis
- Services by a hospice care agency or hospice care provided in a **hospital**
- Psychological and dietary counseling
- Pain management and symptom control
- Bereavement counseling
- Respite care

Hospice care services provided by the **providers** below will be covered, even if the **providers** are not an employee of the hospice care agency responsible for your care:
- A **physician** for consultation or case management
- A physical or occupational therapist
- A **home health care agency** for:
  – Physical and occupational therapy
  – Medical supplies
  – Outpatient **prescription** drugs
  – Psychological counseling
  – Dietary counseling

The following are not **covered services**:
- Funeral arrangements
- Pastoral counseling
- Financial or legal counseling including estate planning and the drafting of a will
- Homemaker services, caretaker services, or any other services not solely related to your care, which may include:
  – Sitter or companion services for you or other family members
  – Transportation
  – Maintenance of the house

## Hospital care

**Covered services** include inpatient and outpatient **hospital** care. This includes:

- Semi-private **room and board** (your plan will cover the extra expense of a private room when appropriate because of your medical condition)
- Services and supplies provided by the outpatient department of a **hospital**, including the facility charge
- Services of **physicians** employed by the **hospital**
- Administration of blood and blood derivatives, but not the expense of the donated blood or blood product

The following are not **covered services**:

- All services and supplies provided in:
  - Rest homes
  - Any place considered a person's main residence or providing mainly custodial or rest care
  - Health resorts
  - Spas
  - Schools or camps

## Infertility services

### Basic infertility

**Covered services** include seeing a **provider**:

- To diagnose and evaluate the underlying medical cause of **infertility**.
- To do **surgery** to treat the underlying medical cause of **infertility**. Examples are endometriosis **surgery** or, for men, varicocele **surgery**.

### Comprehensive infertility services

**Covered services** include the following **infertility** services provided by an **infertility specialist**:

- Ovulation induction cycle(s) using medication to stimulate the ovaries. This may include the use of ultrasound and lab tests.
- Artificial insemination, which includes intrauterine (IUI)/intracervical (ICI) insemination.

**Infertility covered services** may include either dollar or cycle limits. Your schedule of benefits will tell you which limits apply to your plan. For plans with cycle limits, a "cycle" is defined as:

- An attempt at ovulation induction while on medication to stimulate the ovaries with or without artificial insemination
- An artificial insemination cycle with or without medication to stimulate the ovaries

You are eligible for these **covered services** if:

- You or your partner have been diagnosed with **infertility**
- You have met the requirement for the number of months trying to conceive through egg and sperm contact
- Your unmedicated day 3 Follicle Stimulating Hormone (FSH) level and testing of ovarian responsiveness meet the criteria outlined in Aetna's **infertility** clinical policy

**Aetna's National Infertility Unit**

Our National Infertility Unit (NIU) is here to help you. It is staffed by a dedicated team of registered nurses and **infertility** coordinators. They can help you with determining eligibility for benefits and **precertification**. You can call the NIU at 1-800-575-5999.

Your **network provider** will request approval from us in advance for your **infertility** services. If your **provider** is not a **network provider**, you are responsible to request approval from us in advance.

**Infertility services exclusions:**

The following are not **covered services**:

- All **infertility** services associated with or in support of an Advanced Reproductive Technology (ART) cycle. These include, but are not limited to:
  - Imaging, laboratory services, and professional services
  - In vitro fertilization (IVF)
  - Zygote intrafallopian transfer (ZIFT)
  - Gamete intrafallopian transfer (GIFT)
  - Cryopreserved embryo transfers
  - Gestational carrier cycles
  - Any related services, products or procedures (such as intracytoplasmic sperm injection (ICSI) or ovum microsurgery).
- Cryopreservation (freezing) and storage of eggs, embryos, sperm, or reproductive tissue.
- Thawing of cryopreserved (frozen) eggs, sperm, or reproductive tissue.
- All charges associated with or in support of surrogacy arrangements for you or the surrogate. A surrogate is a female carrying her own genetically related child with the intention of the child being raised by someone else, including the biological father.
- Home ovulation prediction kits or home pregnancy tests.
- The purchase of donor embryos, donor eggs or donor sperm.
- Obtaining sperm from a person not covered under this plan.
- **Infertility** treatment when a successful pregnancy could have been obtained through less costly treatment.
- **Infertility** treatment when either partner has had voluntary sterilization **surgery**, with or without surgical reversal, regardless of post reversal results. This includes tubal ligation, hysterectomy and vasectomy only if obtained as a form of voluntary sterilization.
- **Infertility** treatment when **infertility** is due to a natural physiologic process such as age related ovarian insufficiency (e.g., perimenopause, menopause) as measured by an unmedicated FSH level at or above 19 on cycle day two or three of your menstrual period or other abnormal testing results as outlined in Aetna's **infertility** clinical policy.
- Treatment for dependent children.
- Injectable **infertility** medication, including but not limited to menotropins, hCG, and GnRH agonists.

**Advanced reproductive technology (ART)**

Advanced reproductive technology, also called "assisted reproductive technology", is a more advanced type of **infertility** treatment.

**Covered services** include the following services provided by an ART **specialist**:
- In vitro fertilization (IVF).
- Zygote intrafallopian transfer (ZIFT).
- Gamete intrafallopian transfer (GIFT).
- Charges associated with your care when you receive a donor egg or embryo in a donor IVF cycle. These services include culture and fertilization of the egg from the donor and transfer of the embryo into you.
- Charges associated with your care when using a gestational carrier including egg retrieval and culture and fertilization of your eggs that will be transferred into a gestational carrier. Services for the gestational carrier, including transfer of the embryo into the carrier, are not covered. (See exclusions, below.)

ART **covered services** may include either dollar or cycle limits. Your schedule of benefits will tell you which limits apply to your plan. For plans with cycle limits, an ART "cycle" is defined as:

| Procedure | Cycle count |
|---|---|
| One complete fresh IVF cycle with transfer (egg retrieval, fertilization, and transfer of embryo) | One full cycle |
| One fresh IVF cycle with attempted egg aspiration (with or without egg retrieval) but without transfer of embryo | One half cycle |
| Fertilization of egg and transfer of embryo | One half cycle |
| One cryopreserved (frozen) embryo transfer | One half cycle |
| One complete GIFT cycle | One full cycle |
| One complete ZIFT cycle | One full cycle |

You are eligible for ART services if:
- You have met the comprehensive **infertility** eligibility requirements
- You have exhausted comprehensive **infertility** services benefits or have a clinical need to move on to ART procedures

The National Infertility Unit (NIU) can help you with determining eligibility for benefits and **precertification**. They can also give you information about our **infertility** Institutes of Excellence™(IOE) facilities. You can call the NIU at 1-800-575-5999.

Your **network provider** will request approval from us in advance for your **infertility** services. If your **provider** is not a **network provider**, you are responsible to request approval from us in advance.

**Fertility preservation**

Fertility preservation involves the retrieval of mature eggs/sperm with or without the creation of embryos that are frozen for future use.

**Covered services** for fertility preservation are provided when:
- You are believed to be fertile
- You have planned services that are proven to result in **infertility** such as:
  - Chemotherapy or radiation therapy that is established in medical literature to result in **infertility**
  - Other gonadotoxic therapies
  - Removing the uterus
  - Removing both ovaries or testicles
- The eggs that will be retrieved for use are likely to result in a pregnancy by meeting the FSH level and ovarian responsiveness criteria outlined in Aetna's **infertility** clinical policy

**Premature ovarian insufficiency**

If your **infertility** has been diagnosed as premature ovarian insufficiency (POI), as described in our clinical policy bulletin, you are eligible for ART services using donor eggs/embryos through age 45 regardless of FSH level.

## Infertility services exclusions:

The following are not **covered services**:
- Cryopreservation (freezing) and storage of eggs, embryos, sperm, or reproductive tissue.
- Thawing of cryopreserved (frozen) eggs, sperm, or reproductive tissue.
- The donor's care in a donor egg cycle. This includes, but is not limited to, screening fees, lab test fees and charges associated with donor care as part of donor egg retrievals or transfers.
- A gestational carrier's care, including transfer of the embryo to the carrier. A gestational carrier is a woman who has a fertilized egg from another woman placed in her uterus and who carries the resulting pregnancy on behalf of another person.
- All charges associated with or in support of surrogacy arrangements for you or the surrogate. A surrogate is a female carrying her own genetically related child with the intention of the child being raised by someone else, including the biological father.
- Home ovulation prediction kits or home pregnancy tests.
- The purchase of donor embryos, donor eggs or donor sperm.
- Obtaining sperm from a person not covered under this plan.
- **Infertility** treatment when a successful pregnancy could have been obtained through less costly treatment.
- **Infertility** treatment when either partner has had voluntary sterilization **surgery**, with or without surgical reversal, regardless of post reversal results. This includes tubal ligation, hysterectomy and vasectomy only if obtained as a form of voluntary sterilization.
- **Infertility** treatment when **infertility** is due to a natural physiologic process such as age related ovarian insufficiency (e.g., perimenopause, menopause) as measured by an unmedicated FSH level at or above 19 on cycle day two or three of your menstrual period or other abnormal testing results as outlined in Aetna's **infertility** clinical policy.
- Treatment for dependent children, except for fertility preservation as described above.
- Injectable **infertility** medication, including but not limited to menotropins, hCG, and GnRH agonists.

## Institutes of Quality

Aetna Institutes of Quality (IOQ) program is a network of facilities/clinics of publicly recognized, high-quality, high-value health care providers.  These providers offer access to a quality and efficient network for specific procedures. The Institutes have met extensive quality, as well as cost-effectiveness criteria.  The Institutes of Quality program applies to adult members (age 18 and over) only.

The IOQs are Aetna facilities participating under standard Aetna contracts and are *designated* through a targeted Request For Information (RFI) process. Designation is valid for two years provided that the facility maintains compliance with the IOQ program requirements.

## Institutes of Quality Bariatric

Bariatric surgery, also known as weight loss surgery, refers to the various surgical procedures performed to treat people living with morbid or extreme obesity. It is an effective treatment for weight loss for those who have not experienced long-term weight loss success through other means.
Bariatric IOQ facilities provide the following services:

- Lap bands - device wrapped around upper part of stomach to make it smaller for less food intake
- Bypass - creation of a small pouch in stomach that is connected pouch directly to middle part of small intestine, bypassing the remainder of stomach and upper small intestine
- Sleeve gastrectomy - removal of majority of stomach creating narrow tube to decrease amount of food eaten and decrease amount of food absorbed

## Jaw joint disorder treatment

**Covered services** include the diagnosis and surgical treatment of **jaw joint disorder** by a **provider**, including:

- The jaw joint itself, such as temporomandibular joint dysfunction (TMJ) syndrome
- The relationship between the jaw joint and related muscle and nerves, such as myofascial pain dysfunction (MPD)

The following are not **covered services**:

- Non-surgical medical and dental services, and therapeutic services related to **jaw joint disorder**

## Maternity and related newborn care

**Covered services** include pregnancy (prenatal) care, care after delivery and obstetrical services. After your child is born, **covered services** include:

- No less than 48 hours of inpatient care in a **hospital** after a vaginal delivery
- No less than 96 hours of inpatient care in a **hospital** after a cesarean delivery
- A shorter **stay**, if the attending **physician**, with the consent of the mother, discharges the mother or newborn earlier

If the mother is discharged earlier, the plan will pay for 1 home visits after delivery by a health care **provider**. **Covered services** also include services and supplies needed for circumcision by a **provider**.

The following are not **covered services**:

- Any services and supplies related to births that take place in the home or in any other place not licensed to perform deliveries

## Oral and maxillofacial treatment (mouth, jaws and teeth)

**Covered services** include the following when provided by a **physician**, dentist and **hospital**:

- Cutting out:
  - Cysts, tumors, or other diseased tissues
- Cutting into gums and tissues of the mouth.
  - Only when not associated with the removal, replacement or repair of teeth

## Outpatient surgery

**Covered services** include services provided and supplies used in connection with outpatient **surgery** performed in a **surgery** center or a **hospital's** outpatient department.

> **Important note:**
> Some surgeries can be done safely in a **physician's** office. For those surgeries, your plan will pay only for **physician**, **PCP** services and not for a separate fee for facilities.

The following are not **covered services**:

- A **stay** in a **hospital** (see *Hospital care* in this section)
- A separate facility charge for **surgery** performed in a **physician's** office
- Services of another **physician** for the administration of a local anesthetic

## Physician services

**Covered services** include services by your **physician** to treat an illness or injury. You can get services:

- At the **physician's** office
- In your home
- In a **hospital**
- From any other inpatient or outpatient facility
- By way of **telemedicine**

> **Important note:**
> For behavioral health services, all in-person, **covered services** with a **behavioral health provider** are also **covered services** if you use **telemedicine** instead.
>
> **Telemedicine** may have a different cost share from other **physician** services. See your schedule of benefits.

Other services and supplies that your **physician** may provide:

- Allergy testing and allergy injections
- Radiological supplies, services, and tests
- Immunizations that are not covered as preventive care

## Preventive care

Preventive **covered services** are designed to help keep you healthy, supporting you in achieving your best health through early detection. If you need further services or testing such as diagnostic testing, you may pay more as these services aren't preventive. If a **covered service** isn't listed here under preventive care, it still may be covered under other **covered services** in this section. For more information, see your schedule of benefits.

The following agencies set forth the preventive care guidelines in this section:
- Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC)
- United States Preventive Services Task Force (USPSTF)
- Health Resources and Services Administration
- American Academy of Pediatrics/Bright Futures/Health Resources and Services Administration guidelines for children and adolescents

These recommendations and guidelines may be updated periodically. When updated, they will apply to this plan. The updates are effective on the first day of the year, one year after the updated recommendation or guideline is issued.

For frequencies and limits, contact your **physician** or us. This information is also available at https://www.healthcare.gov/.

> **Important note:**
> Gender-specific preventive care benefits include **covered services** described regardless of the sex you were assigned at birth, your gender identity, or your recorded gender.

### Breast-feeding support and counseling services
**Covered services** include assistance and training in breast-feeding and counseling services during pregnancy or after delivery. Your plan will cover this counseling only when you get it from a certified breast-feeding support **provider**.

### Breast pump, accessories and supplies
**Covered services** include renting or buying equipment you need to pump and store breast milk.

Coverage for the purchase of breast pump equipment is limited to one item of equipment, for the same or similar purpose, and the accessories and supplies needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

**Counseling services**

**Covered services** include preventive screening and counseling by your **health professional** for:

- Alcohol or drug misuse
  - Preventive counseling and risk factor reduction intervention
  - Structured assessment
- Genetic risk for breast and ovarian cancer
- Obesity and healthy diet
  - Preventive counseling and risk factor reduction intervention
  - Nutritional counseling
  - Healthy diet counseling provided in connection with hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease
- Sexually transmitted infection
- Tobacco cessation
  - Preventive counseling to help stop using tobacco products
  - Treatment visits
  - Class visits

**Family planning services – female contraceptives**

**Covered services** include family planning services as follows:

- Counseling services provided by a **physician** or other **provider** on contraceptive methods. These will be covered when you get them in either a group or individual setting.
- Contraceptive devices (including any related services or supplies) when they are prescribed, provided, administered, or removed by a **health professional**.
- Voluntary sterilization including charges billed separately by the **provider** for female voluntary sterilization procedures and related services and supplies. This also could include tubal ligation and sterilization implants.

The following are not preventive **covered services**:

- Services provided as a result of complications resulting from a voluntary sterilization procedure and related follow-up care
- Any contraceptive methods that are only "reviewed" by the FDA and not "approved" by the FDA
- Male contraceptive methods, sterilization procedures or devices

**Immunizations**

**Covered services** include preventive immunizations for infectious diseases.

The following are not preventive **covered services**:

- Immunizations that are not considered preventive care, such as those required due to your employment or travel

**Prenatal care**

**Covered services** include your routine pregnancy physical exams at the **physician**, **PCP**, OB, GYN or OB/GYN office. The exams include initial and subsequent visits for:

- Anemia screening
- Blood pressure
- Chlamydia infection screening
- Fetal heart rate check
- Fundal height
- Gestational diabetes screening
- Gonorrhea screening
- Hepatitis B screening
- Maternal weight
- Rh incompatibility screening

### Preventive care drugs

#### Contraceptives (birth control)

For females who are able to become pregnant, **covered services** include certain drugs and devices that the FDA has approved to prevent pregnancy. You will need a **prescription** from you **provider** and must fill it at a network pharmacy. At least one form of each FDA-approved contraception methods is a **covered service**. You can access a list of covered drugs and devices. See the *Contact us* section for how.

We also cover over-the-counter (OTC) and **generic prescription drugs** and devices for each of the methods identified by the FDA at no cost to you. If a **generic prescription drug** or device is not available for a certain method, you may obtain certain **brand-name prescription drugs** or devices for that method at no cost.

The following is not a **covered service**:
**Brand-name prescription drug** forms of contraception in each of the methods identified by the FDA

---

**Important note:**
You may qualify for a medical exception if your **provider** determines that the contraceptives covered as preventive care are not medically appropriate for you. Your **provider** may request a medical exception and submit the exception to us for review. If the exception is approved, the **brand-name prescription drug** contraceptive will be covered at 100%

---

#### Preventive care drugs and supplements

**Covered services** include preventive care drugs and supplements, including OTC ones, as required by the ACA, when you have a **prescription** and it is filled at a network pharmacy.

#### Risk reducing breast cancer prescription drugs

**Covered services** include **prescription** drugs used to treat people who are at an increased risk for breast cancer and a low risk for adverse medication side effects. You will need a **prescription** from your **provider** and have it filled at a network pharmacy.

#### Tobacco cessation prescription drugs

**Covered services** include FDA-approved drugs and OTC aids and drugs to help stop the use of tobacco products, including nicotine replacement therapy. All OTC aids must be prescribed by a **provider**.

**Routine cancer screenings**

**Covered services** include the following routine cancer screenings:

- Colonoscopies including pre-procedure **specialist** consultation, removal of polyps during a screening procedure, and a pathology exam on any removed polyp
- Digital rectal exams (DRE)
- Double contrast barium enemas (DCBE)
- Fecal occult blood tests (FOBT)
- Lung cancer screenings
- Mammograms
- Prostate specific antigen (PSA) tests
- Sigmoidoscopies

**Routine physical exams**

A routine preventive exam is a medical exam given for a reason other than to diagnose or treat a suspected or identified illness or injury and also includes:

- Evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force.
- Services as recommended in the American Academy of Pediatrics/Bright Futures/Health Resources and Services Administration guidelines for children and adolescents.
- Screenings and counseling services as provided for in the comprehensive guidelines recommended by the Health Resources and Services Administration. These services may include but are not limited to:
  - Screening and counseling services on topics such as:
    - o   Interpersonal and domestic violence
    - o   Sexually transmitted diseases
    - o   Human immune deficiency virus (HIV) infections
  - High risk human papillomavirus (HPV) DNA testing for women

**Covered services** include:

- Office visit to a **physician**
- Hearing screening
- Vision screening
- Radiological services, lab and other tests
- For covered newborns, an initial **hospital** checkup

**Well woman preventive visits**

A routine well woman preventive exam is a medical exam given for a reason other than to diagnose or treat a suspected or identified illness or injury and also includes:

- Office visit to a **physician**, **PCP**, OB, GYN or OB/GYN for services including Pap smears
- Preventive care breast cancer (BRCA) gene blood testing
- Screening for diabetes after pregnancy for women with a history of diabetes during pregnancy
- Screening for urinary incontinence

## Prosthetic device

A prosthetic device is a device that temporarily or permanently replaces all or part of an external body part lost or impaired as a result of illness, injury or congenital defects.

**Covered services** include the initial provision and subsequent replacement of a prosthetic device that your **physician** orders and administers.

Coverage includes:
- Instruction and other services (such as attachment or insertion) so you can properly use the device
- Repairing or replacing the original device you outgrow or that is no longer appropriate because your physical condition changed
- Replacements required by ordinary wear and tear or damage

If you receive a prosthetic device as part of another **covered service**, it will not be covered under this benefit.

The following are not **covered services**:
- Therapeutic shoes, unless the orthopedic shoe is an integral part of a covered leg brace
- Trusses, corsets, and other support items
- Repair and replacement due to loss, misuse, abuse or theft

## Reconstructive breast surgery and supplies

**Covered services** include all stages of reconstructive **surgery** by your **provider** and related supplies provided in an inpatient or outpatient setting only in the following circumstances:
- Your **surgery** reconstructs the breast where a necessary mastectomy was performed, such as an implant and areolar reconstruction. It also includes:
  - **Surgery** on a healthy breast to make it symmetrical with the reconstructed breast
  - Treatment of physical complications of all stages of the mastectomy, including lymphedema
  - Prostheses

## Reconstructive surgery and supplies

**Covered services** include all stages of reconstructive **surgery** by your **provider** and related supplies provided in an inpatient or outpatient setting only in the following circumstances:
- Your **surgery** is to implant or attach a covered prosthetic device.
- Your **surgery** corrects a gross anatomical defect present at birth. The **surgery** will be covered if:
  - The defect results in severe facial disfigurement or major functional impairment of a body part
  - The purpose of the **surgery** is to improve function
- Your **surgery** is needed because treatment of your illness resulted in severe facial disfigurement or major functional impairment of a body part, and your **surgery** will improve function.

**Covered services** also include the procedures or **surgery** to sound natural teeth injured due to an accident and performed as soon as medically possible, when:
- The teeth were stable, functional and free from decay or disease at the time of the injury.
- The **surgery** or procedure returns the injured teeth to how they functioned before the accident.

These dental related services are limited to:
- The first placement of a permanent crown or cap to repair a broken tooth
- The first placement of dentures or bridgework to replace lost teeth
- Orthodontic therapy to pre-position teeth

21

## Short-term cardiac and pulmonary rehabilitation services

### Cardiac rehabilitation
**Covered services** include cardiac rehabilitation services you receive at a **hospital**, **skilled nursing facility** or **physician's** office, but only if those services are part of a treatment plan determined by your risk level and ordered by your **physician**.

### Pulmonary rehabilitation
**Covered services** include pulmonary rehabilitation services as part of your inpatient **hospital stay** if they are part of a treatment plan ordered by your **physician**. A course of outpatient pulmonary rehabilitation may also be covered if it is performed at a **hospital**, **skilled nursing facility**, or **physician's** office, is used to treat reversible pulmonary disease states, and is part of a treatment plan ordered by your **physician**.

## Short-term rehabilitation services

Short-term rehabilitation services are services needed to restore or develop your skills and functioning for daily living. The services must follow a specific treatment plan, ordered by your **physician**. The services have to be performed by a:

- Licensed or certified physical, occupational, or speech therapist
- **Hospital**, **skilled nursing facility**, or hospice facility
- **Home health care agency**
- **Physician**

**Covered services** include:

- Spinal manipulation to correct a muscular or skeletal problem. Your **provider** must establish or approve a treatment plan that details the treatment and specifies frequency and duration.

### Cognitive rehabilitation, physical, occupational, and speech therapy
**Covered services** include:

- Physical therapy, but only if it is expected to significantly improve or restore physical functions lost as a result of an acute illness, injury, or **surgical procedure**
- Occupational therapy, but only if it is expected to do one of the following:
  - Significantly improve, develop, or restore physical functions you lost as a result of an acute illness, injury, or **surgical procedure**
  - Help you relearn skills so you can significantly improve your ability to perform the activities of daily living on your own
- Speech therapy, but only if it is expected to do one of the following:
  - Significantly improve or restore lost speech function or correct a speech impairment resulting from an acute illness, injury, or **surgical procedure**
  - Improve delays in speech function development caused by a gross anatomical defect present at birth (Speech function is the ability to express thoughts, speak words and form sentences. Speech impairment is difficulty with expressing one's thoughts with spoken words.)
- Cognitive rehabilitation associated with physical rehabilitation, but only when:
  - Your cognitive deficits are caused by neurologic impairment due to trauma, stroke, or encephalopathy
  - The therapy is coordinated with us as part of a treatment plan intended to restore previous cognitive function

Short-term physical, speech and occupational therapy services provided in an outpatient setting are subject to the same conditions and limitations for outpatient short-term rehabilitation services. See the *Short-term rehabilitation services* section in the schedule of benefits.

The following are not **covered services**:
- Services provided in an educational or training setting or to teach sign language
- Vocational rehabilitation or employment counseling

## Skilled nursing facility
**Covered services** include **precertified** inpatient **skilled nursing facility** care. This includes:
- **Room and board**, up to the **semi-private room rate**
- Services and supplies provided during a **stay** in a **skilled nursing facility**

## Specialty prescription drugs
**Covered services** include **specialty prescription drugs** when they are:
- Purchased by your **provider**
- Injected or infused by your **provider** in an outpatient setting such as:
  – A freestanding outpatient facility
  – The outpatient department of a **hospital**
  – A **physician** in the office
  – A home care **provider** in your home

## Telemedicine
**Covered services** include **telemedicine** consultations when provided by a **physician**, **specialist**, **behavioral health provider** or other **telemedicine provider** acting within the scope of their license.

**Covered services** for **telemedicine** consultations are available from a number of different kinds of **providers** under your plan. Log in to your member website at https://www.aetna.com/ to review our **telemedicine provider** listing and contact us to get more information about your options, including specific cost sharing amounts.

The following are not **covered services**:
- Telephone calls
- **Telemedicine** kiosks
- Electronic vital signs monitoring or exchanges (e.g. Tele-ICU, Tele-stroke)

## Tests, images and labs - outpatient
**Diagnostic complex imaging services**
**Covered services** include:
- Computed tomography (CT) scans, including for preoperative testing
- Magnetic resonance imaging (MRI) including magnetic resonance spectroscopy (MRS), magnetic resonance venography (MRV) and magnetic resonance angiogram (MRA)
- Nuclear medicine imaging including positron emission tomography (PET) scans
- Other imaging service where the billed charge exceeds $500

Complex imaging for preoperative testing is covered under this benefit.

23

**Diagnostic lab work**
**Covered services** include:
- Lab
- Pathology
- Other tests

These are covered only when you get them from a licensed radiology **provider** or lab.

**Diagnostic x-ray and other radiological services**
**Covered services** include x-rays, scans and other services (but not complex imaging) only when you get them from a licensed radiology **provider**. See *Diagnostic complex imaging services* above for more information.

# Therapies – chemotherapy, GCIT, infusion, radiation

**Chemotherapy**
**Covered services** for chemotherapy depend on where treatment is received. In most cases, chemotherapy is covered as outpatient care. However, your **hospital** benefit covers the initial dose of chemotherapy after a cancer diagnosis during a **hospital stay**.

**Gene-based, cellular and other innovative therapies (GCIT)**
**Covered services** include GCIT provided by a **physician**, **hospital** or other **provider**.

GCIT **covered services** include:
- Cellular immunotherapies.
- Genetically modified oncolytic viral therapy.
- Other types of cells and tissues from and for use by the same person (autologous) and cells and tissues from one person for use by another person (allogenic) for certain therapeutic conditions.
- Human gene-based therapy that seeks to change the usual function of a gene or alter the biologic properties of living cells for therapeutic use.  Examples include therapies using:
    - Luxturna® (Voretigene neparvovec)
    - Zolgensma® (Onasemnogene abeparvovec-xioi)
    - Spinraza® (Nusinersen)
- Products derived from gene editing technologies, including CRISPR-Cas9.
- Oligonucleotide-based therapies. Examples include:
    - Antisense. An example is Spinraza.
    - siRNA.
    - mRNA.
    - microRNA therapies.

The amount you will pay for GCIT **covered services** depends on where you get the care.  Your cost share will be lower when you get GCIT **covered services** from a network provider.  **Covered services** received from a network provider are subject to the network **copayment, coinsurance, deductible, maximum out-of-pocket** and limits, unless otherwise stated in this certificate and the schedule of benefits.

You may also get GCIT **covered services** from an out-of-network provider, but your cost share will be higher. **Covered services** received from an out-of-network provider are subject to the out-of-network **copayment, coinsurance, deductible, maximum out-of-pocket,** and limits unless otherwise stated in this certificate and the schedule of benefits.

The following are not **covered services** unless you receive prior written approval from us:
- GCIT services received at a facility or with a **provider** that is not a GCIT-designated facility/**provider**
- All associated services when GCIT services are not covered. Examples include infusion, laboratory, radiology, anesthesia, and nursing services.

Please refer to the *How your plan works – Medical necessity and precertification requirements* section.

**Key Terms**
To help you understand this section, here are some key terms we use.

**Cellular**
Relating to or consisting of living cells.

**GCIT**
Any Services that are:
- Gene-based
- Cellular and innovative therapeutics

We call these "GCIT services".

They have a basis in genetic/molecular medicine and are not covered under the Institutes of Excellence™ (IOE) programs.

**Gene**
A unit of heredity which is transferred from a parent to child and is thought to determine some feature of the child.

**Molecular**
Relating to or consisting of molecules. A molecule is a group of atoms bonded together, making the smallest vital unit of a chemical compound that can take part in a chemical reaction.

**Therapeutic**
A treatment, therapy, or drug meant to have a good effect on the body or mind; adding to a sense of well-being.

**Infusion therapy**

Infusion therapy is the intravenous (IV) administration of prescribed medications or solutions.

**Covered services** include infusion therapy you receive in an outpatient setting including but not limited to:
- A freestanding outpatient facility
- The outpatient department of a **hospital**
- A **physician's** office
- Your home from a home care **provider**

You can access the list of preferred infusion locations by contacting us.

When Infusion therapy services and supplies are provided in your home, they will not count toward any applicable home health care maximums.

**Radiation therapy**

**Covered services** include the following radiology services provided by a **health professional**:
- Accelerated particles
- Gamma ray
- Mesons
- Neutrons
- Radioactive isotopes
- Radiological services
- Radium

## Transplant services

**Covered services** include transplant services provided by a **physician** and **hospital**.

This includes the following transplant types:
- Solid organ
- Hematopoietic stem cell
- Bone marrow
- CAR-T and T Cell receptor therapy for FDA-approved treatments
- Thymus tissue for FDA-approved treatments

**Covered services** also include:
- Travel and lodging expenses
  - If you are working with an IOE facility that is 100 or more miles away from where you live, travel and lodging expenses are **covered services** for you and a companion, to travel between home and the IOE facility
  - Coach class air fare, train or bus travel are examples of **covered services**

**Network of transplant facilities**

We designate facilities to provide specific services or procedures. They are listed as IOE facilities in your **provider** directory.

The amount you will pay for covered transplant services depends on where you get the care. Your cost share will be lower when you get transplant services from the facility we designate to perform the transplant you need. Transplant services received from an IOE facility are subject to the network **copayment**, **payment percentage**, **deductible**, **maximum out-of-pocket** and limits, unless stated differently in this booklet and schedule of benefits. You may also get transplant services at a non-IOE facility, but your cost share will be higher. Transplant services received from a non-IOE facility are subject to the out-of-network **copayment**, **payment percentage**, **deductible**, **maximum out-of-pocket**, and limits, unless stated differently in this booklet and schedule of benefits

---

**Important note:**

If there are no IOE facilities assigned to perform your transplant type in your network, it's important that you contact us so we can help you determine if there are other facilities that may meet your needs. If you don't get your transplant services at the facility we designate, your cost share will be higher.

Many pre and post transplant medical services, even routine ones, are related to and may affect the success of your transplant. If your transplant care is being coordinated by the National Medical Excellence® (NME) program, all medical services must be managed through NME so that you receive the highest level of benefits at the appropriate facility. This is true even if the **covered service** is not directly related to your transplant.

---

The following are not **covered services**:

- Services and supplies furnished to a donor when the recipient is not a covered person
- Harvesting and storage of organs, without intending to use them for immediate transplantation for your existing illness
- Harvesting and/or storage of bone marrow, hematopoietic stem cells, or other blood cells without intending to use them for transplantation within 12 months from harvesting, for an existing illness

## Travel and Lodging

If the following **covered services** are not available from a **network provider** within 100 miles of your home, certain travel and lodging expenses are covered under the plan.

- **Abortion**
- **Infertility Services**
- **Gender Affirming Treatment**

The plan covers U.S. domestic travel and lodging expenses for you and one companion, to travel from your home to receive **Abortion** services (surgical or medication induced) from any provider, and **Infertility Services** and **Gender Affirming Treatment** (surgery and/or hormone-related medication) from a **network provider.** Coach class air fare, train or bus travel are examples of covered services.

- The maximum lodging benefit is $50 per person per night, up to a to total maximum lodging benefit of $100.
- Total maximum travel and lodging benefit is $10,000 per year.

To be eligible for travel and lodging reimbursement, Aetna Member Services must first confirm a network provider is not available within 100 miles of your home and a travel and lodging claim form must be completed.  To obtain this confirmation and the travel and lodging claim form, and for detailed information about these covered services, including specific eligibility requirements and any limitations, contact Member Services at the toll-free number on your ID card.  Receipt of prior confirmation from Member Services is not required to receive travel and lodging benefits for abortion services, however Member Services can still assist you with locating a provider.

## Urgent care services

**Covered services** include services and supplies to treat an urgent condition at an urgent care center. An urgent condition is an illness or injury that requires prompt medical attention but is not a life-threatening **emergency medical condition**. An urgent care center is a facility licensed as a freestanding medical facility to treat urgent conditions.

If you need care for an urgent condition, you should first seek care through your **physician, PCP**. If your **physician** is not reasonably available, you may access urgent care from an urgent care center.

The following are not **covered services**:

- Non-urgent care in an urgent care center

## Walk-in clinic

**Covered services** include, but are not limited to, health care services provided through a **walk-in clinic** for:

- Scheduled and unscheduled visits for illnesses and injuries that are not **emergency medical conditions**
- Preventive care immunizations administered within the scope of the clinic's license
- Individual screening and counseling services that will help you:
    - With obesity or healthy diet
    - To stop using tobacco products

# General plan exclusions

The following are not **covered services** under your plan:

## Behavioral health treatment

Services for the following based on categories, conditions, diagnoses or equivalent terms as listed in the most recent version of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM) of the American Psychiatric Association:

- **Stay** in a facility for treatment for dementia and amnesia without a behavioral disturbance that necessitates mental health treatment
- School and/or education service, including special education, remedial education, wilderness treatment programs, or any such related or similar programs
- Services provided in conjunction with school, vocation, work or recreational activities
- Transportation
- Sexual deviations and disorders except as described in the *Coverage and exclusions* section
- Tobacco use disorders and nicotine dependence except as described in the *Coverage and exclusions-Preventive care* section

## Blood, blood plasma, synthetic blood, blood derivatives or substitutes

Examples of these are:

- The provision of donated blood to the **hospital**, other than blood derived clotting factors
- Any related services for donated blood including processing, storage or replacement expenses
- The service of blood donors, including yourself, apheresis or plasmapheresis
- The blood you donate for your own use, excluding administration and processing expenses and except where described in the *Coverage and exclusion*s, *Transplant services* section

## Cosmetic services and plastic surgery

Any treatment, **surgery** (cosmetic or plastic), service or supply to alter, improve or enhance the shape or appearance of the body, except where described in the *Coverage and exclusions* section

## Cost share waived

Any cost for a service when any **out-of-network provider** waives all or part of your **copayment**, **payment percentage**, **deductible**, or any other amount

## Court-ordered services and supplies

This includes court-ordered services and supplies, or those required as a condition of parole, probation, release or because of any legal proceeding, unless they are a **covered service** under your plan

## Custodial care

Services and supplies meant to help you with activities of daily living or other personal needs.
Examples of these are:

- Routine patient care such as changing dressings, periodic turning and positioning in bed
- Administering oral medications
- Care of stable tracheostomy (including intermittent suctioning)
- Care of a stable colostomy/ileostomy
- Care of stable gastrostomy/jejunostomy/nasogastric tube (intermittent or continuous) feedings
- Care of a bladder catheter, including emptying or changing containers and clamping tubing
- Watching or protecting you
- Respite care, adult or child day care, or convalescent care
- Institutional care, including **room and board** for rest cures, adult day care and convalescent care
- Help with walking, grooming, bathing, dressing, getting in or out of bed, going to the bathroom, eating, or preparing foods
- Any other services that a person without medical or paramedical training could be trained to perform
- For behavioral health (mental health treatment and **substance related disorder** treatment):
  - Services provided when you have reached the greatest level of function expected with the current level of care, for a specific diagnosis
  - Services given mainly to:
    - Maintain, not improve, a level of function
    - Provide a place free from conditions that could make your physical or mental state worse

## Dental services

The following are not **covered services**:

- Services normally covered under a dental plan
- Dental implants

## Educational services

Examples of these are:

- Any service or supply for education, training or retraining services or testing. This includes:
  - Special education
  - Remedial education
  - Wilderness treatment programs (whether or not the program is part of a **residential treatment facility** or otherwise licensed institution)
  - Job training
  - Job hardening programs
- Educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

## Examinations

Any health or dental examinations needed:

- Because a third party requires the exam. Examples include examinations to get or keep a job, and examinations required under a labor agreement or other contract.
- To buy coverage or to get or keep a license.
- To travel.
- To go to a school, camp, sporting event, or to join in a sport or other recreational activity.

## Experimental or investigational

**Experimental or investigational** drugs, devices, treatments or procedures unless otherwise covered under clinical trials

## Foot care

Routine services and supplies for the following:

- Routine pedicure services, such as routine cutting of nails, when there is no illness or injury in the nails
- Supplies ankle braces, guards, protectors, creams, ointments and other equipment, devices and supplies
- Treatment of calluses, bunions, toenails, hammertoes or fallen arches
- Treatment of weak feet, chronic foot pain or conditions caused by routine activities, such as walking, running, working, or wearing shoes

## Foot orthotic devices

Foot orthotics or other devices to support the feet, such as arch supports and shoe inserts, unless required for the treatment of or to prevent complications of diabetes

## Gene-based, cellular and other innovative therapies (GCIT)

The following are not **covered services** unless you receive prior written approval from us:

- All associated services when GCIT services are not covered. Examples include:
  - Infusion
  - Lab
  - Radiology
  - Anesthesia
  - Nursing services

See the *How your plan works – Medical necessity and precertification requirements* section.

## Growth/height care

- A treatment, device, drug, service or supply to increase or decrease height or alter the rate of growth
- **Surgical procedures**, devices and growth hormones to stimulate growth

## Maintenance care

Care made up of services and supplies that maintain, rather than improve, a level of physical or mental function, except for habilitation therapy services

## Medical supplies – outpatient disposable

Any outpatient disposable supply or device. Examples of these include:

- Sheaths
- Bags
- Elastic garments
- Support hose
- Bandages
- Bedpans
- Home test kits not related to diabetic testing
- Splints
- Neck braces
- Compresses
- Other devices not intended for reuse by another patient

## Missed appointments

Any cost resulting from a canceled or missed appointment

## Nutritional support

Any food item, including:
- Infant formulas
- Nutritional supplements
- Vitamins
- **Prescription** vitamins
- Medical foods
- Other nutritional items

## Obesity surgery and services

Weight management treatment or drugs intended to decrease or increase body weight, control weight or treat obesity, including morbid obesity except as described in the *Coverage and exclusions* section, including preventive services for obesity screening and weight management interventions. This is regardless of the existence of other medical conditions. Examples of these are:

- Liposuction, banding, gastric stapling, gastric by-pass and other forms of bariatric **surgery**
- **Surgical procedures**, medical treatments and weight control/loss programs primarily intended to treat, or are related to the treatment of obesity, including morbid obesity
- Drugs, stimulants, preparations, foods or diet supplements, dietary regimens and supplements, food supplements, appetite suppressants and other medications
- Hypnosis, or other forms of therapy
- Exercise programs, exercise equipment, membership to health or fitness clubs, recreational therapy or other forms of activity or activity enhancement

## Other non-covered services

- Services you have no legal obligation to pay
- Services that would not otherwise be charged if you did not have the coverage under the plan

**Other primary payer**

Payment for a portion of the charges that Medicare or another party is responsible for as the primary payer

**Personal care, comfort or convenience items**

Any service or supply primarily for your convenience and personal comfort or that of a third party

**Prescription or non-prescription drugs and medicines – outpatient**

- Outpatient **prescription** or non-**prescription** drugs and medicines
- **Specialty prescription drugs** except as stated in the *Coverage and exclusions* section

**Private duty nursing**

**Routine exams and preventive services and supplies**

Routine physical exams, routine eye exams, routine dental exams, routine hearing exams and other preventive services and supplies, except as specifically provided in the *Coverage and exclusions* section

**Services not permitted by law**

Some laws restrict the range of health care services a **provider** may perform under certain circumstances or in a particular state. When this happens, the services are not covered by the plan.

Note that in some cases the plan may provide travel benefits for services affected by this exclusion. For detailed information about these excluded services, contact Member Services at number on your ID card.

**Services provided by a family member**

Services provided by a spouse, civil union partner, domestic partner, parent, child, stepchild, brother, sister, in-law, or any household member

**Services, supplies and drugs received outside of the United States**

Non-emergency medical services, outpatient **prescription** drugs or supplies received outside of the United States. They are not covered even if they are covered in the United States under this booklet.

**Sexual dysfunction and enhancement**

Any treatment, **prescription** drug, or supply to treat sexual dysfunction, enhance sexual performance or increase sexual desire, including:

- **Surgery**, **prescription** drugs, implants, devices or preparations to correct or enhance erectile function, enhance sensitivity or alter the shape of a sex organ
- Sex therapy, sex counseling, marriage counseling, or other counseling or advisory services

**Strength and performance**

Services, devices and supplies such as drugs or preparations designed primarily to enhance your strength, physical condition, endurance or physical performance

## Therapies and tests

- Full body CT scans
- Hair analysis
- Hypnosis and hypnotherapy
- Massage therapy, except when used for physical therapy treatment
- Sensory or hearing and sound integration therapy

## Tobacco cessation

Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings, including, medications, nicotine patches and gum unless recommended by the United States Preventive Services Task Force (USPSTF). This also includes:

- Counseling, except as specifically provided in the *Coverage and exclusions* section
- Hypnosis and other therapies
- Medications, except as specifically provided in the *Coverage and exclusions* section
- Nicotine patches
- Gum

## Treatment in a federal, state, or governmental entity

Any care in a **hospital** or other facility owned or operated by any federal, state or other governmental entity unless coverage is required by applicable laws

## Voluntary sterilization

- Reversal of voluntary sterilization procedures, including related follow-up care

## Wilderness treatment programs

See *Educational services* in this section

## Work related illness or injuries

Coverage available to you under workers' compensation or a similar program under local, state or federal law for any illness or injury related to employment or self-employment

---

**Important note:**

A source of coverage or reimbursement is considered available to you even if you waived your right to payment from that source. You may also be covered under a workers' compensation law or similar law. If you submit proof that you are not covered for a particular illness or injury under such law, then that illness or injury will be considered "non-occupational" regardless of cause.

---

# How your plan works

## How your medical plan works while you are covered in-network

Your in-network coverage helps you get and pay for a lot of, but not all, health care services. Your cost share is lower when you use a **network provider**.

### Providers

Our **provider network** is there to give you the care you need. You can find **network providers** and see important information about them by logging in to your member website. There you'll find our online provider directory. You may also contact us to ask for a copy of the directory. We update the online directory regularly, but the listings can change. Before you get care, we suggest that you call us for current information or to make sure that your provider, their office location or their provider group is in the network. See the Contact us section for more information.

You may choose a **PCP** to oversee your care. Your **PCP** will provide routine care and send you to other **providers** when you need specialized care. You don't have to get care through your **PCP**. You may go directly to **network providers**. Your plan may pay a bigger share for **covered services** you get through your **PCP**, so choose a **PCP** as soon as you can.

For more information about the network and the role of your **PCP**, see the *Who provides the care* section.

## How your medical plan works while you are covered out-of-network

With your out-of-network coverage:
- You can get care from **providers** who are not part of the Aetna network and from **network providers** without a **PCP referral**
- You may have to pay the full cost for your care, and then submit a claim to be reimbursed
- You are responsible to get any required **precertification**
- Your cost share will be higher

## Who provides the care

### Network providers

We have contracted with **providers** to provide **covered services** to you. These **providers** make up the network for your plan.

To get network benefits, you must use **network providers**. There are some exceptions:
- **Emergency services** – see the description of **emergency services** in the *Coverage and exclusions* section.
- Urgent care – see the description of urgent care in the *Coverage and exclusions* section.
- Transplants – see the description of transplant services in the *Coverage and exclusions* section.

You may select a **network provider** from the online directory through your member website.

You will not have to submit claims for services received from **network providers**. Your **network provider** will take care of that for you. And we will pay the **network provider** directly for what the plan owes.

### Your PCP

We encourage you to get **covered services** through a **PCP**.  They will provide you with primary care.

**How you choose your PCP**

You can choose a **PCP** from the list of **PCP**s in our directory. Each covered family member is encouraged to select a **PCP**. You may each choose a different **PCP**. You should select a **PCP** for your covered dependent if they are a minor or cannot choose a **PCP** on their own.

**What your PCP will do for you**

Your **PCP** will coordinate your medical care or may provide treatment. They may send you to other **network providers**.

**Changing your PCP**

You may change your **PCP** at any time by contacting us.

**Out-of-network providers**

You can also get care from **out-of-network providers**. When you use an **out-of-network provider**, your cost share is higher. You are responsible for:

- Your out-of-network **deductible**
- Your out-of-network **coinsurance**
- Any charges over the **recognized charge**
- Submitting your own claims and getting **precertification**

**Keeping a provider or facility you go to now (continuity of care)**

You may have to find a new **provider** when:

- You join the plan and the **provider** or facility you have now is not in the network
- You are already an Aetna member and your **provider** or facility stops being in our network

However, in some cases, you may be able to keep going to your current **provider** or facility to complete a treatment or to have treatment that was already scheduled at the in-network cost sharing levels for up to 90 days of the **provider** or facility ceasing to be in our network. This is called continuity of care. If we know you are under an active treatment plan, we will notify you of the **provider's** or facility's contract termination and how you can submit a request to keep going to your current **provider** or facility. Contact us for additional information.

## Medical necessity and precertification requirements

Your plan pays for its share of the expense for **covered services** only if the general requirements are met. They are:

- The service is **medically necessary**
- For in-network benefits, you get the service from a **network provider**
- You or your **provider precertifies** the service when required

**Medically necessary, medical necessity**

The **medical necessity** requirements are in the *Glossary* section, where we define "**medically necessary**, **medical necessity**." That is where we also explain what our medical directors or a **physician** they assign consider when determining if a service is **medically necessary**.

> **Important note:**
> We cover **medically necessary**, sex-specific **covered services** regardless of identified gender.

36

**Precertification**

You need pre-approval from us for some **covered services**. Pre-approval is also called **precertification**.

**In-network**

Your network **physician** is responsible for obtaining any necessary **precertification** before you get the care. **Network providers** cannot bill you if they fail to ask us for **precertification**. But if your **physician** requests **precertification** and we deny it, and you still choose to get the care, you will have to pay for it yourself.

**Out-of-network**

When you go to an **out-of-network provider**, you are responsible to get any required **precertification** from us. If you don't **precertify**:

- Your benefits may be reduced, or the plan may not pay. See your schedule of benefits for details.
- You will be responsible for the unpaid bills.
- Your additional out-of-pocket expenses will not count toward your **deductible** or **maximum out-of-pocket limit**, if you have any.

Timeframes for **precertification** are listed below. For **emergency services**, **precertification** is not required, but you should notify us as shown.

To obtain **precertification**, contact us. You, your **physician** or the facility must call us within these timelines:

| Type of care | Timeframe |
|---|---|
| Non-emergency admission | Call at least 14 days before the date you are scheduled to be admitted |
| Emergency admission | Call within 48 hours or as soon as reasonably possible after you have been admitted |
| Urgent admission | Call before you are scheduled to be admitted |
| Outpatient non-emergency medical services | Call at least 14 days before the care is provided, or the treatment or procedure is scheduled |

An urgent admission is a **hospital** admission by a **physician** due to the onset of or change in an illness, the diagnosis of an illness, or injury.

We will tell you and your **physician** in writing of the **precertification** decision, where required by state law. An approval is valid for 180 days as long as you remain enrolled in the plan.

For an inpatient **stay** in a facility, we will tell you, your **physician** and the facility about your **precertified** length of **stay**. If your **physician** recommends that you stay longer, the extra days will need to be **precertified**. You, your **physician**, or the facility will need to call us as soon as reasonably possible, but no later than the final authorized day. We will tell you and your **physician** in writing of an approval or denial of the extra days.

If you or your **provider** request **precertification** and we don't approve coverage, we will tell you why and explain how you or your **provider** may request review of our decision. See the *Complaints, claim decisions and appeal procedures* section.

**Types of services that require precertification**
**Precertification** is required for inpatient **stays** and certain outpatient services and supplies.

**Precertification** is required for the following types of services and supplies:
**Inpatient –**
- Gender affirming treatment
- Gene-based, cellular and other innovative therapies (GCIT)
- Obesity (bariatric) **surgery**
- **Stays** in a **hospice** facility
- **Stays** in a **hospital**
- **Stays** in a **rehabilitation facility**
- **Stays** in a **residential treatment facility** for treatment of **mental health disorders** and **substance related disorders**
- **Stays** in a **skilled nursing facility**

**Outpatient –**
- Applied behavior analysis
- ART services
- Complex imaging
- Comprehensive **infertility** services
- Cosmetic and reconstructive **surgery**
- Gender affirming treatment
- Gene-based, cellular and other innovative therapies (GCIT)
- Home health care
- Hospice care
- Injectables, (immunoglobulins, growth hormones, multiple sclerosis medications, osteoporosis medications, Botox, hepatitis C medications)
- Kidney dialysis
- Knee **surgery**
- Non-emergency transportation by airplane
- Obesity (bariatric) **surgery**
- Outpatient back **surgery** not performed in a **physician's** office
- Partial hospitalization treatment – **mental health disorders** and **substance related disorders** treatment
- Sleep studies
- Transcranial magnetic stimulation (TMS)
- Wrist **surgery**

Contact us to get a complete list of the services that require **precertification**. The list may change from time to time.

Sometimes you or your **provider** may want us to review a service that doesn't require **precertification** before you get care. This is called a predetermination, and it is different from **precertification**. Predetermination means that you or your **provider** requests the pre-service clinical review of a service that does not require **precertification**.

Our clinical policy bulletins explain our policy for specific services and supplies. We use these bulletins and other resources to help guide individualized coverage decisions under our plans. You can find the bulletins and other information at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html.

38

## What the plan pays and what you pay

Who pays for your **covered services** – this plan, both of us, or just you? That depends.

### The general rule

The schedule of benefits lists what you pay for each type of **covered service**. In general, this is how your benefit works:

- You pay the **deductible**, when it applies.
- Then the plan and you share the expense. Your share is called a **copayment** or **payment percentage**.
- Then the plan pays the entire expense after you reach your **maximum out-of-pocket limit**.

When we say "expense" in this general rule, we mean the **negotiated charge** for a **network provider**, and **recognized charge** for an **out-of-network provider**.

### Negotiated charge

*For health coverage:*

This is the amount a **network provider** has agreed to accept or that we have agreed to pay them or a third party vendor (including any administrative fee in the amount paid).

For surprise bills, calculations will be made based on the median contracted rate.

We may enter into arrangements with **network providers** or others related to:

- The coordination of care for members
- Improving clinical outcomes and efficiencies

Some of these arrangements are called:

- Value-based contracting
- Risk sharing
- Accountable care arrangements

These arrangements will not change the **negotiated charge** under this plan.

## Recognized charge

### Voluntary Services

The amount of an **out-of-network provider's** charge that is eligible for coverage. You may be responsible for all amounts above what is eligible for coverage.  However, there are some types of claims for which a provider may not bill you for amounts above what is eligible for coverage (see *Involuntary Services and Surprise Bills* for more information).

If your ID card displays the National Advantage Program (NAP) logo your cost may be lower when you get care from a NAP **provider** for whom we access NAP rates. Through NAP, the **recognized charge** is determined as follows:

- If your service was received from a NAP **provider**, a pre-negotiated charge **may** be paid**.**  NAP **providers** are **out-of-network providers** that have contracts with Aetna, directly or through third-party vendors, that include a pre-**negotiated charge** for services.  NAP **providers** are not **network providers**. (At times Aetna may choose to terminate specific providers from NAP and will notify the provider of such a decision).

- If your service was not received from a NAP **provider,** a claim specific rate or discount may be negotiated by Aetna or a third-party vendor.

If your claim is not paid as outlined above, the **recognized charge** for specific services or supplies will be the **out-of-network plan rate**, calculated in accordance with the following:

| Service or Supply | Out-of-Network Plan Rate |
|---|---|
| Professional services* | The reasonable amount rate |
| Inpatient and outpatient charges of **hospitals*** | The reasonable amount rate |
| Inpatient and outpatient charges of facilities other than **hospitals*** | Facility Charge Review |

*Involuntary services are not paid as outlined above.  See Involuntary Services and Surprise Bills for information on how these claims are paid under the plan.*

**Important note**: If the **provider** bills less than the amount calculated using the **out-of-network plan rate** described above, the **recognized charge** is what the **provider** bills.

In the event you receive a balance bill from a **provider** for your out-of-network service, Patient Advocacy Services may be available to assist you in certain circumstances.  If Patient Advocacy Services are available for your claim, additional information will be provided to you.

If NAP does not apply to you, the **recognized charge** for specific services or supplies will be the out-of-network plan rate set forth in the above chart.

The out-of-network plan rate does not apply to involuntary services. See *Involuntary Services and Surprise Bills* for more information.

Special terms used
- Facility charge review (FCR) rate is an amount that we determine is enough to cover the facility **provider's** estimated costs for the service and leave the **provider** with a reasonable profit. This means for:
    - **Hospitals** and other facilities that report costs or cost to charge ratios to The Centers for Medicare & Medicaid Services (CMS), the FCR rate is based on what the facilities report to CMS
    - Facilities that don't report costs or cost to charge ratios to CMS, the FCR rate is based on a statewide average of these facilities
  We may adjust the formula as needed to maintain the reasonableness of the **recognized charge**. For example, we may make an adjustment if we determine that in a state the charges of a specific type of facility are much higher than charges of facilities that report to CMS.
- Geographic area is normally based on the first three digits of the U.S. Postal Service zip codes. If we determine we need more data for a particular service or supply, we may base rates on a wider geographic area such as an entire state.
- Medicare allowed rates are the rates CMS establishes for services and supplies provided to Medicare enrollees without taking into account adjustments for specific **provider** performance. We update our system with these when revised within 180 days of receiving them from CMS. If Medicare doesn't have a rate, we use one or more of the items below to determine the rate for a service or supply:
    - The method CMS uses to set Medicare rates
    - How much other providers charge or accept as payment
    - How much work it takes to perform a service
    - Other things as needed to decide what rate is reasonable

We may make the following exceptions:
- – For inpatient services, our rate may exclude amounts CMS allows for operating Indirect Medical Education (IME) and Direct Graduate Medical Education (DGME) programs
- – Our rate may exclude other payments that CMS may make directly to **hospitals** or other **providers** and backdated adjustments
- – For anesthesia, our rate may be at least 100% of the rate CMS establishes
- – For lab, our rate may be 75% of the rate CMS establishes
- – For DME, our rate may be 75% of the rate CMS establishes
- – For medications that are paid as a medical benefit instead of a pharmacy benefit, our rate may be 100% of the rates CMS establishes.
- ”Reasonable amount rate” means your plan has established a reasonable rate amount as follows:

| Service or supply | Reasonable amount rate |
|---|---|
| Professional services | The percentile value reported in a database prepared by FAIR Health, a nonprofit company. FAIR Health changes these rates periodically:<br>• We update our systems with these changes within 180 days after receiving them from FAIR Health<br>• If the FAIR Health database becomes unavailable, we have the right to substitute a different database that we believe is comparable<br>If the alternative data source does not contain a value for a particular service or supply, we will base the **recognized charge** on the Medicare allowed rate. |
| Inpatient and outpatient charges of **hospitals** | The Facility charge rate (FCR) rate |
| Inpatient and outpatient charges of facilities other than **hospitals** | The Facility charge rate (FCR) rate |

**Our reimbursement policies**
We have the right to apply our reimbursement policies to all out-of-network services including involuntary services. This may affect the **recognized charge**. When we do this, we consider:
- The length and difficulty of a service
- Whether additional expenses are needed, when multiple procedures are billed at the same time
- Whether an assistant surgeon is needed
- If follow up care is included
- Whether other conditions change or make a service unique
- Whether any of the services described by a claim line are part of or related to the primary service provided, when a charge includes more than one claim line
- The educational level, licensure or length of training of the **provider**

We base our reimbursement policies on our review of:

- CMS National Correct Coding Initiative (NCCI) and other external materials that say what billing and coding practices are and aren't appropriate
- Generally accepted standards of medical and dental practice
- The views of **physicians** and dentists practicing in relevant clinical areas

We use commercial software to administer some of these policies. Policies may differ for professional services and facility services.

> **Get the most from your benefits:**
> We have online tools to help you decide whether to get care and if so, where. Use the 'Estimate the Cost of Care' tool or 'Payment Estimator' tool on the Aetna website. The website may contain additional information that can help you determine the cost of a service or supply.

## Surprise bill

There may be times when you unknowingly receive services or don't consent to receive services from an **out-of-network provider**, even where you try to stay in the network for your **covered services**. You may get a bill at the out-of-network rate that you didn't expect. This is called a surprise bill.

An **out-of-network provider** can't balance bill or attempt to collect costs from you that exceed your in-network cost-sharing requirement, such as **deductibles**, **copayments** and **coinsurance** for the following services:

- **Emergency services** provided by an **out-of-network provider** and ancillary services initiated from your **emergency services**
- Non-emergency services provided by an **out-of-network provider** at an in-network facility, except when the **out-of-network provider** has given you the following:
  - The out-of-network notice for your signature
  - The estimated charges for the items and services
  - Notice that the **provider** is an **out-of-network provider**
- Out-of-network air ambulance services

The **out-of-network provider** must get your consent to be treated and balance billed by them.

Ancillary services mean any professional services including:

- Items and services related to emergency medicine
- Anesthesiology
- Hospitalist services
- Laboratory services
- Neonatology
- Pathology
- Radiology
- Services provided by an **out-of-network provider** because there was no **network provider** available to perform the service

A facility in this instance means an institution providing health care related services, or a health care setting. This includes the following:

- **Hospitals** and other licensed inpatient centers
- Ambulatory surgical or treatment centers
- **Skilled nursing facilities**
- **Residential treatment facilities**
- Diagnostic, laboratory, and imaging centers
- Rehabilitation facilities
- Other therapeutic health settings

A surprise bill claim is paid based on the median contracted rate for all plans offered by us in the same insurance market for the same or similar item or service that is all of the following:

- Provided by a **provider** in the same or similar specialty or facility of the same or similar facility type
- Provided in the geographic region in which the item or service is furnished

The median contracted rate is subject to additional adjustments as specified in federal regulations.

Any cost share paid with respect to the items and services will apply toward your in-network **deductible** and **maximum out-of-pocket limit** if you have one.

It is not a surprise bill when you knowingly choose to go out-of-network and have signed a consent notice for these services. In this case, you are responsible for all charges.

You may request external review if you want to know if the federal surprise bill law applies to your situation.

If you receive a surprise bill or have any questions about what a surprise bill is, contact us.

**Paying for covered services – the general requirements**

There are several general requirements for the plan to pay any part of the expense for a **covered service**. For in-**network** coverage, they are:

- The service is **medically necessary**
- You get your care from a **network provider**
- You or your **provider precertifies** the service when required

For **out-of-network** coverage:

- The service is **medically necessary**
- You get your care from an **out-of-network provider**
- You or your **provider precertifies** the service when required

Generally, your plan and you share the cost for **covered services** when you meet the general requirements. But sometimes your plan will pay the entire expense, and sometimes you will. For details, see your schedule of benefits and the information below.

You pay the entire expense when:

- You get services or supplies that are not **medically necessary**.
- Your plan requires **precertification**, your **physician** requests it, we deny it and you get the services without **precertification**.
- You get care and the **provider** waives all or part of your cost share.

In all these cases, the **provider** may require you to pay the entire charge. Any amount you pay will not count towards your **deductible** or your **maximum out-of-pocket limit**.

**Where your schedule of benefits fits in**
The schedule of benefits shows any out-of-pocket costs you are responsible for when you receive **covered services** and any benefit limitations that apply to your plan. It also shows any **maximum out-of-pocket limits** that apply.

Limitations include things like maximum age, visits, days, hours, and admissions. Out-of-pocket costs include things like **deductibles**, **copayments** and **payment percentage**.

Keep in mind that you are responsible for paying your part of the cost sharing. You are also responsible for costs not covered under this plan.

# Coordination of benefits

Some people have health coverage under more than one health plan. If you do, we will work with your other plan to decide how much each plan pays. This is called coordination of benefits (COB).

**Key Terms**
Here are some key terms we use in this section. These will help you understand this COB section.

Allowable expense means a health care expense that any of your health plans cover.

In this section when we talk about "plan" through which you may have other coverage for health care expenses we mean:
- Group or non-group, blanket, or franchise health insurance policies issued by insurers, HMOs, or health care service contractors
- Labor-management trustee plans, labor organization plans, employer organization plans, or employee benefit organization plans
- An automobile insurance policy
- Medicare or other government benefits
- Any contract that you can obtain or maintain only because of membership in or connection with a particular organization or group

**How COB works**
- When this is your primary plan, we pay your medical claims first as if there is no other coverage.
- When this is your secondary plan:
  - We pay benefits after the primary plan and reduce our payment based on any amount the primary plan paid.
  - Total payments from this plan and your other coverage will never add up to more than 100% of the allowable expenses.
  - Each family member has a separate benefit reserve for each year. The benefit reserve balance is:
    - The amount that the secondary plan saved due to COB
    - Used to cover any unpaid allowable expenses
    - Erased at the end of the year

44

**Determining who pays**

The basic rules are listed below. Reading from top to bottom the first rule that applies will determine which plan is primary and which is secondary. Contact us if you have questions or want more information.

A plan that does not contain a COB provision is always the primary plan.

| COB rule | Primary plan | Secondary plan |
|---|---|---|
| Non-dependent or dependent | Plan covering you as an employee, retired employee or subscriber (not as a dependent) | Plan covering you as a dependent |
| Child – parents married or living together | Plan of parent whose birthday (month and day) is earlier in the year (Birthday rule) | Plan of parent whose birthday is later in the year |
| Child – parents separated, divorced, or not living together | • Plan of parent responsible for health coverage in court order<br>• Birthday rule applies if both parents are responsible or have joint custody in court order<br>• Custodial parent's plan if there is no court order | • Plan of other parent<br>• Birthday rule applies (later in the year)<br>• Non-custodial parent's plan |
| Child – covered by individuals who are not parents (i.e. stepparent or grandparent) | Same rule as parent | Same rule as parent |
| Active or inactive employee | Plan covering you as an active employee (or dependent of an active employee) | Plan covering you as a laid off or retired employee (or dependent of a former employee) |
| Consolidated Omnibus Budget Reconciliation Act (COBRA) or state continuation | Plan covering you as an employee or retiree (or dependent of an employee or retiree) | COBRA or state continuation coverage |
| Longer or shorter length of coverage | Plan that has covered you longer | Plan that has covered you for a shorter period of time |
| Other rules do not apply | Plans share expenses equally | Plans share expenses equally |

**How COB works with Medicare**

If your other coverage is under Medicare, federal laws explain whether Medicare will pay first or second. COB with Medicare will always follow federal requirements. Contact us if you have any questions about this.

When you are eligible for Medicare, we coordinate the benefits we pay with the benefits that Medicare pays. If you are eligible but not covered, and Medicare would be your primary payer, we may still pay as if you are covered by Medicare and coordinate with the benefits Medicare would have paid. Sometimes, this plan pays benefits before Medicare pays. Sometimes, this plan pays benefits after Medicare or after an amount that Medicare would have paid if you had been covered.

You are eligible for Medicare if you are covered under it. You are also eligible for Medicare, even if you are not covered, if you refused it, dropped it, or didn't make a request for it.

45

## Effect of prior plan coverage

If you are in a continuation period from a prior plan at the time you join this plan you may not receive the full benefit paid under this plan. Your current and prior plan must be offered through the same employer.

## Other health coverage updates – contact information

You should contact us if you have any changes to your other coverage. We want to be sure our records are accurate so your claims are processed correctly.

## Our rights

We have the right to:

- Release or obtain any information we need for COB purposes, including information we need to recover any payments from your other health plans
- Reimburse another health plan that paid a benefit we should have paid
- Recover any excess payment from a person or another health plan, if we paid more than we should have paid

# Benefit payments and claims

A claim is a request for payment that you or your health care **provider** submits to us when you want or get **covered services**. There are different types of claims. You or your **provider** may contact us at various times, to make a claim, to request approval, or payment, for your benefits. This can be before you receive your benefit, while you are receiving benefits and after you have received the benefit.

It is important that you carefully read the previous sections within *How your plan works*. When a claim comes in, we review it, make a decision and tell you how you and we will split the expense. The amount of time we have to tell you about our decision on a claim depends on the type of claim.

## Claim type and timeframes

### Urgent care claim

An urgent claim is one for which the doctor treating you decides a delay in getting medical care could put your life or health at risk. Or a delay might put your ability to regain maximum function at risk. It could also be a situation in which you need care to avoid severe pain. We will make a decision within 72 hours.

If you are pregnant, an urgent claim also includes a situation that can cause serious risk to the health of your unborn baby.

### Pre-service claim

A pre-service claim is a claim that involves services you have not yet received and which we will pay for only if we **precertify** them. We will make a decision within 15 days.

### Post-service claim

A post-service claim is a claim that involves health care services you have already received. We will make a decision within 30 days.

### Concurrent care claim extension

A concurrent care claim extension occurs when you need us to approve more services than we already have approved. Examples are extending a **hospital stay** or adding a number of visits to a **provider**. You must let us know you need this extension 24 hours before the original approval ends. We will have a decision within 24 hours for an urgent request. You may receive the decision for a non-urgent request within 15 days.

**Concurrent care claim reduction or termination**

A concurrent care claim reduction or termination occur when we decide to reduce or stop payment for an already approved course of treatment. We will notify you of such a determination. You will have enough time to file an appeal. Your coverage for the service or supply will continue until you receive a final appeal decision from us or an external review organization if the situation is eligible for external review.

During this continuation period, you are still responsible for your share of the costs, such as **copayments**, **payment percentage** and **deductibles** that apply to the service or supply. If we uphold our decision at the final internal appeal, you will be responsible for all of the expenses for the service or supply received during the continuation period.

**Filing a claim**

When you see a **network provider**, that office will usually send us a detailed bill for your services. If you see an **out-of-network provider**, you may receive the bill (proof of loss) directly. This bill forms the basis of your post-service claim. If you receive the bill directly, you or your **provider** must send us the bill within 12 months of the date you received services, unless you are legally unable to notify us. You must send it to us with a claim form that you can either get online or contact us to provide. You should always keep your own record of the date, **providers** and cost of your services.

The benefit payment determination is made based on many things, such as your **deductible** or **payment percentage**, the necessity of the service you received, when or where you receive the services, or even what other insurance you may have. We may need to ask you or your **provider** for some more information to make a final decision. You can always contact us directly to see how much you can expect to pay for any service.

We will pay the claim within 30 days from when we receive all the information necessary.  Sometimes we may pay only some of the claim. Sometimes we may deny payment entirely. We may even rescind your coverage entirely. Rescission means you lose coverage going forward and going backward. If we paid claims for your past coverage, we will want the money back.

We will give you our decision in writing. You may not agree with our decision.  There are several ways to have us review the decisions. Please see the *Complaints, claim decisions and appeal procedures* section for that information.

# Complaints, claim decisions and appeals procedures

## The difference between a complaint and an appeal

### A Complaint

You may not be happy about a **provider** or an operational issue, and you may want to complain. You can call or write Member Services. Your complaint should include a description of the issue. You should include copies of any records or documents that you think are important. We will review the information and provide you with a written response within 30 calendar days of receiving the complaint**.** We will let you know if we need more information to make a decision.

### An Appeal

You can ask us to re-review an adverse benefit determination. This is called an appeal. You can appeal to us verbally or in writing.

## Claim decisions and appeal procedures

Your **provider** may contact us at various times to make a claim, or to request approval for payment based on your benefits. This can be before you receive your benefit, while you are receiving benefits and after you have received the benefit. You may not agree with our decision. As we said in *Benefit payments and claims* in the *How your plan works* section, we pay many claims at the full rate, except for your share of the costs. But sometimes we pay only some of the claim. Sometimes we deny payment entirely.

Any time we deny even part of the claim, it is an "adverse benefit determination" or "adverse decision." For any adverse decision, you will receive an explanation of benefits in writing. You can ask us to review an adverse benefit determination. This is the internal appeal process. If you still don't agree, you can also appeal that decision. There are times you may skip the two levels of internal appeal. But in most situations, you must complete both levels before you can take any other actions, such as an external review.

## Appeals of adverse benefit determinations

You can appeal our adverse benefit determination. We will assign your appeal to someone who was not involved in making the original decision. You must file an appeal within 180 calendar days from the time you receive the notice of an adverse benefit determination.

You can appeal by sending a written appeal to Member Services at the address on the notice of adverse benefit determination. Or you can call Member Services at the number on your ID card. You need to include:

- Your name
- The employer's name
- A copy of the adverse benefit determination
- Your reasons for making the appeal
- Any other information you would like us to consider

Another person may submit an appeal for you, including a **provider**. That person is called an authorized representative. You need to tell us if you choose to have someone else appeal for you (even if it is your **provider**). You should fill out an authorized representative form telling us that you are allowing someone to appeal for you. You can get this form by contacting us. You can use an authorized representative at any level of appeal.

You can appeal two times under this plan. If you appeal a second time you must present your appeal within 60 calendar days from the date you receive the notice of the first appeal decision.

**Urgent care or pre-service claim appeals**

If your claim is an urgent claim or a pre-service claim, your **provider** may appeal for you without having you fill out an authorized representative form telling us that you are allowing the provider to appeal for you.

We will provide you with any new or additional information that we used or that was developed by us to review your claim. We will provide this information at no cost to you before we give you a decision at your last available level of appeal. This decision is called the final adverse benefit determination. You can respond to this information before we tell you what our final decision is.

## Timeframes for deciding appeals

The amount of time that we have to tell you about our decision on an appeal claim depends on the type of claim. The chart below shows a timetable view of the different types of claims and how much time we have to tell you about our decision.

| Type of notice | Urgent care claim | Pre-service claim | Post-service claim | Concurrent care claim |
|---|---|---|---|---|
| Appeal determinations at each level (us) | 36 hours | 15 days | 30 days | As appropriate to type of claim |
| Extensions | None | None | None | |

## Exhaustion of appeals process

In most situations you must complete the two levels of appeal with us before you can take these other actions:

- Appeal through an external review process.
- Pursue arbitration, litigation or other type of administrative proceeding.

But sometimes you do not have to complete the two levels of appeals process before you may take other actions. These situations are:

- You have an urgent claim or a claim that involves ongoing treatment. You can have your claim reviewed internally and at the same time through the external review process.
- We did not follow all of the claim determination and appeal requirements of the Federal Department of Health and Human Services. But, you will not be able to proceed directly to external review if:
  - The rule violation was minor and not likely to influence a decision or harm you.
  - The violation was for a good cause or beyond our control.
  - The violation was part of an ongoing, good faith exchange between you and us.

## External review

External review is a review done by people in an organization outside of **Aetna**. This is called an external review organization (ERO).

You have a right to external review only if:
- Our claim decision involved medical judgment.
- We decided the service or supply is not **medically necessary** or not appropriate.
- We decided the service or supply is **experimental or investigational**.
- You have received an adverse determination.

You may also request external review if you want to know if the federal surprise bill law applies to your situation.

If our claim decision is one for which you can seek external review, we will say that in the notice of adverse benefit determination or final adverse benefit determination we send you. That notice also will describe the external review process. It will include a copy of the Request for External Review form at the final adverse determination level.

You must submit the Request for External Review Form:
- To **Aetna**
- Within 123 calendar days (four months) of the date you received the decision from us
- And you must include a copy of the notice from us and all other important information that supports your request

You will pay for any information that you send and want reviewed by the ERO. We will pay for information we send to the ERO plus the cost of the review.

**Aetna** will:
- Contact the ERO that will conduct the review of your claim.
- Assign the appeal to one or more independent clinical reviewers that have the proper expertise to do the review.
- Consider appropriate credible information that you sent.
- Follow our contractual documents and your plan of benefits.
- Send notification of the decision within 45 calendar days of the date we receive your request form and all the necessary information.

We will stand by the decision that the ERO makes, unless we can show conflict of interest, bias or fraud.

**How long will it take to get an ERO decision?**

We will tell you of the ERO decision not more than 45 calendar days after we receive your Notice of External Review Form with all the information you need to send in.

But sometimes you can get a faster external review decision. Your **provider** must call us or send us a Request for External Review Form.

There are two scenarios when you may be able to get a faster external review:
**For initial adverse determinations**
Your **provider** tells us that a delay in your receiving health care services would:
- Jeopardize your life, health or ability to regain maximum function, or
- Be much less effective if not started right away (in the case of **experimental or investigational** treatment)

**For final adverse determinations**
Your **provider** tells us that a delay in your receiving health care services would:
- Jeopardize your life, health or ability to regain maximum function
- Be much less effective if not started right away (in the case of **experimental or investigational** treatment), or
- The final adverse determination concerns an admission, availability of care, continued stay or health care service for which you received **emergency services**, but have not been discharged from a facility

If your situation qualifies for this faster review, you will receive a decision within 72 hours of us getting your request.

## Recordkeeping
We will keep the records of all complaints and appeals for at least 10 years.

## Fees and expenses
We do not pay any fees or expenses incurred by you in pursuing a complaint or appeal.

# Eligibility, starting and stopping coverage

## Eligibility
### Who is eligible
Your employer decides and tells us who is eligible for health coverage.

### When you can join the plan
You must live or work in the service area to enroll in this plan.

You can enroll:
- Once each year during the annual enrollment period
- At other special times during the year (see the *Special times you can join the plan* section below)

You can enroll eligible family members (these are your "dependents") at this time too.
If you don't enroll when you first qualify for benefits, you may have to wait until the next annual enrollment period to join.

### Who can be a dependent on this plan
You can enroll the following family members:
- Your legal spouse
- Your domestic partner who meets employer rules and requirements under state law
- Dependent children – yours or your spouse's or partner's
  - Dependent children must be:
    - Under 26 years of age
  - Dependent children include:
    - Natural children
    - Stepchildren
    - Adopted children including those placed with you for adoption
    - Foster children
    - Children you are responsible for under a qualified medical support order or court order
    - Grandchildren in your legal custody

### Adding new dependents
You can add new dependents during the year. These include any dependents described in the *Who can be a dependent on this plan* section above.

Coverage begins on the date of the event for new dependents that join your plan for the following reasons:
- Birth
- Adoption or placement for adoption
- Marriage
- Legal guardianship
- Court or administrative order

We must receive a completed enrollment form not more than 31 days after the event date.

**Special times you can join the plan**

You can enroll in these situations:

- You didn't enroll before because you had other coverage and that coverage has ended
- Your COBRA coverage has ended
- A court orders that you cover a dependent on your health plan
- When your dependent moves outside the service area for your employee plan

We must receive the completed enrollment information within 31 days of the date when coverage ends.

You can also enroll in these situations:

- You or your dependent lose your eligibility for enrollment in Medicaid or an S-CHIP plan
- You are now eligible for state fee assistance under Medicaid or S-CHIP which will pay your fee contribution under this plan

We must receive the completed enrollment information within 60 days of the date when coverage ends.

**Notification of change in status**

Tell us of any changes that may affect your benefits. Please contact us as soon as possible when you have a:

- Change of address
- Dependent status change
- Dependent who enrolls in Medicare or any other health plan

## Starting coverage

Your coverage under this plan has a start and an end. You must start coverage after you complete the eligibility and enrollment process. You can ask your employer to confirm your effective date.

## Stopping coverage

Your coverage typically ends when you leave your job; but it can happen for other reasons. Ending coverage doesn't always mean you lose coverage with us. There will be circumstances that will still allow you to continue coverage. See the *Special coverage options after your coverage ends* section.

We will send you notice if your coverage is ending. This notice will tell you the date that your coverage ends.

**When will your coverage end**

Your coverage under this plan will end if:

- This plan is no longer available
- You ask to end coverage
- Your employer asks to end coverage
- You are no longer eligible for coverage, including when you move out of the service area
- Your work ends
- You stop making required contributions, if any apply
- We end your coverage
- You start coverage under another medical plan offered by your employer

**When dependent coverage ends**

Dependent coverage will end if:

- A dependent is no longer eligible for coverage.
- You stop making contributions, if any apply.
- Your coverage ends for any of the reasons listed above except:
  - You enroll under a group Medicare plan we offer. However, dependent coverage will end if your coverage ends under the Medicare plan.
- The date this plan no longer allows coverage for domestic partners or civil unions.
- The date the domestic partnership or civil union ends.
  - You will need to complete a Declaration of Termination of Domestic Partnership.

**What happens to your dependents if you die?**

Coverage for dependents may continue for some time after your death. See the *Special coverage options after your coverage ends* section for more information.

**Why would we end your coverage?**

We may immediately end your coverage if you commit fraud or you intentionally misrepresented yourself when you applied for or obtained coverage. You can refer to the *General provisions – other things you should know* section for more information on rescissions.

On the date your coverage ends, we will refund to your employer any prepayment for periods after the date your coverage ended.

## Special coverage options after your coverage ends

**When coverage may continue under the plan**

This section explains options you may have after your coverage ends under this plan. Your individual situation will determine what options you will have. Contact your employer to see what options apply to you.

In some cases, fee payment is required for coverage to continue. Your coverage will continue under the plan as long as your employer and we have agreed to do so. It is your employer's responsibility to let us know when your work ends. If your employer and we agree in writing, we will extend the limits.

**Consolidated Omnibus Budget Reconciliation Act (COBRA)**

The federal COBRA law usually applies to employers of group sizes of 20 or more and gives employees and most of their covered dependents the right to keep their health coverage for 18, 29 or 36 months after a qualifying event. The qualifying event is something that happens that results in you losing your coverage.

The qualifying events are:

- Your active employment ends for reasons other than gross misconduct
- Your working hours are reduced
- You divorce or legally separate and are no longer responsible for dependent coverage
- You become entitled to benefits under Medicare
- Your covered dependent children no longer qualify as dependents under the plan
- You die
- You are a retiree eligible for retiree health coverage and your former employer files for bankruptcy

Talk with your employer if you have questions about COBRA or to enroll.

**How you can extend coverage for your disabled child beyond the plan age limits**

You have the right to extend coverage for your dependent child beyond plan age limits, if the child is not able to be self-supporting because of mental or physical disability and depends mainly (more than 50% of their income) on you for support.

The right to coverage will continue only as long as a **physician** certifies that your child still is disabled.

We may ask you to send us proof of the disability within 90 days of the date coverage would have ended. Before we extend coverage, we may ask that your child get a physical exam. We will pay for that exam.

We may ask you to send proof that your child is disabled after coverage is extended. We won't ask for this proof more than once a year. You must send it to us within 31 days of our request. If you don't, we can terminate coverage for your dependent child.

**How you can extend coverage for hearing services and supplies when coverage ends**

If you are not totally disabled when your coverage ends, coverage for hearing services and supplies may be extended for 30 days after your coverage ends:

- If the **prescription** for the hearing aid is written during the 30 days before your coverage ends
- If the hearing aid is ordered during the 30 days before your coverage ends

# General provisions – other things you should know

## Administrative provisions

### How you and we will interpret this booklet

We prepared this booklet according to ERISA and other federal and state laws that apply. You and we will interpret it according to these laws. Also, you are bound by our interpretation of this booklet when we administer your coverage.

### How Aetna administers this plan

Aetna will administer the Plan in accordance with this booklet and apply policies and procedures which Aetna has developed to administer this plan.

### Who's responsible to you

We are responsible to you for what our employees and other agents do.

We are not responsible for what is done by your **providers**. Even **network providers** are not our employees or agents.

## Claim administrator

### Aetna's authority as claim administrator

Aetna has been designated as claims administrator for benefits under the Plan with full discretion and authority to make claim and appeal determinations. The claims administrator is the appropriate named fiduciary of the plan for purposes of reviewing denied claims for benefits. In exercising this fiduciary responsibility, Aetna has full discretionary authority to make factual determinations, to determine eligibility for benefits, to determine the amount of benefits for each claim received, and to construe terms of the Plan with respect to benefits. Aetna's decisions are final and binding upon you and any person making a claim on your behalf. Your employer retains sole and complete authority to determine eligibility of persons to participate in the Plan.

## Coverage and services

### Your coverage can change

Your coverage is defined by the group contract. This document may have amendments too. Under certain circumstances, we, the Customer/Employer or the law may change your plan. When an emergency or epidemic is declared, we may modify or waive **precertification**, **prescription** quantity limits or your cost share if you are affected. Only we may waive a requirement of your plan. No other person, including the Customer/Employer or **provider**, can do this.

### Physical examination and evaluations

At our expense, we have the right to have a **physician** of our choice examine you. This will be done at reasonable times while certification or a claim for benefits is pending or under review.

### Records of expenses

You should keep complete records of your expenses. They may be needed for a claim. Important things to keep are:

- Names of **physicians** and others who furnish services
- Dates expenses are incurred
- Copies of all bills and receipts

## Honest mistakes and intentional deception

### Honest mistakes

You or the Customer/Employer may make an honest mistake when you share facts with us. When we learn of the mistake, we may make a fair change in contributions or in your coverage. If we do, we will tell you what the mistake was. We won't make a change if the mistake happened more than 2 years before we learned of it.

### Intentional deception

If we learn that you defrauded us or you intentionally misrepresented material facts, we can take actions that can have serious consequences for your coverage. These serious consequences include, but are not limited to:

- Rescission of coverage
- Denial of benefits
- Recovery of amounts we already paid

We also may report fraud to criminal authorities. See the *Benefit payments and claims, Filing a claim* section for information about rescission.

You have special rights if we rescind your coverage:

- We will give you 30 days advance written notice of any rescission of coverage
- You have the right to an appeal
- You have the right to a third party review conducted by an independent ERO

## Some other money issues

### Legal action

You must complete the internal appeal process, if your plan has one, before you take any legal action against us for any expense or bill. See the *Complaints, claim decisions, and, appeal procedures* section.
You cannot take any action until 60 days after we receive written submission of a claim.

No legal action can be brought to recover payment under any benefit after 3 years from the deadline for filing claims.

### Assignment of benefits

When you see a **network provider**, they will usually bill us directly. When you see an **out-of-network provider**, we may choose to pay you or to pay the **provider** directly. To the extent allowed by law, we will not accept an assignment to an **out-of-network provider**.

### Financial sanctions exclusions

If coverage provided under this booklet violates or will violate any economic or trade sanctions, the coverage will be invalid immediately. For example, we cannot pay for **covered services** if it violates a financial sanction regulation. This includes sanctions related to a person or a country under sanction by the United States, unless it is allowed under a written license from the Office of Foreign Asset Control (OFAC). You can find out more by visiting https://www.treasury.gov/resource-center/sanctions/Pages/default.aspx

**Recovery of overpayments**

If a benefit payment is made by the Plan, to or on your behalf, which exceeds the benefit amount that you are entitled to receive, the Plan has the right to require the return of the overpayment. One of the ways Aetna recovers overpayments is by reducing future payments to the provider by the amount of the overpayment. These future payments may involve this Plan or other health plans that are administered by Aetna. Aetna would then credit the recovered amount to the plan that overpaid the provider. Payments to providers under this Plan may be subject to this same process when Aetna recovers overpayments for other plans administered by Aetna.

This right does not affect any other right of recovery the Plan may have with respect to overpayments.

## SUBROGATION AND RIGHT OF RECOVERY

The provisions of this section apply to all current or former plan participants and also to the parents, guardian, or other representative of a dependent child who incurs claims and is or has been covered by the plan. The plan's right to recover (whether by subrogation or reimbursement) shall apply to the personal representative of your estate, your decedents, minors, and incompetent or disabled persons. "You" or "your" includes anyone on whose behalf the plan pays benefits. No adult Covered Person hereunder may assign any rights that it may have to recover medical expenses from any tortfeasor or other person or entity to any minor child or children of said adult covered person without the prior express written consent of the Plan.

The plan's right of subrogation or reimbursement, as set forth below, extend to all insurance coverage available to you due to an injury, illness or condition for which the plan has paid medical claims (including, but not limited to, liability coverage, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, medical payments coverage, workers compensation coverage, no fault automobile coverage or any first party insurance coverage).

Your health plan is always secondary to automobile no-fault coverage, personal injury protection coverage, or medical payments coverage.

No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

### Subrogation

The right of subrogation means the plan is entitled to pursue any claims that you may have in order to recover the benefits paid by the plan. Immediately upon paying or providing any benefit under the plan, the plan shall be subrogated to (stand in the place of) all of your rights of recovery with respect to any claim or potential claim against any party, due to an injury, illness or condition to the full extent of benefits provided or to be provided by the Plan. The Plan may assert a claim or file suit in your name and take appropriate action to assert its subrogation claim, with or without your consent. The plan is not required to pay you part of any recovery it may obtain, even if it files suit in your name.

### Reimbursement

If you receive any payment as a result of an injury, illness or condition, you agree to reimburse the plan first from such payment for all amounts the plan has paid and will pay as a result of that injury, illness or condition, up to and including the full amount of your recovery.

**Constructive Trust**

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any provider) you agree that if you receive any payment as a result of an injury, illness or condition, you will serve as a constructive trustee over those funds.  Failure to hold such funds in trust will be deemed a breach of your fiduciary duty to the plan.  No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

**Lien Rights**

Further, the plan will automatically have a lien to the extent of benefits paid by the plan for the treatment of the illness, injury or condition upon any recovery whether by settlement, judgment or otherwise, related to treatment for any illness, injury or condition for which the plan paid benefits.  The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the plan including, but not limited to, you, your representative or agent, and/or any other source that possessed or will possess funds representing the amount of benefits paid by the plan.

**Assignment**

In order to secure the plan's recovery rights, you agree to assign to the plan any benefits or claims or rights of recovery you have under any automobile policy or other coverage, to the full extent of the plan's subrogation and reimbursement claims.   This assignment allows the plan to pursue any claim you may have, whether or not you choose to pursue the claim.

**First-Priority Claim**

By accepting benefits from the plan, you acknowledge that the plan's recovery rights are a first priority claim and are to be repaid to the plan before you receive any recovery for your damages.  The plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the plan will result in a recovery which is insufficient to make you whole or to compensate you in part or in whole for the damages sustained.  The plan is not required to participate in or pay your court costs or attorney fees to any attorney you hire to pursue your damage claim.

**Applicability to All Settlements and Judgments**

The terms of this entire subrogation and right of recovery provision shall apply and the plan is entitled to full recovery regardless of whether any liability for payment is admitted and regardless of whether the settlement or judgment identifies the medical benefits the plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses.  The plan is entitled to recover from *any and all* settlements or judgments, even those designated as pain and suffering, non-economic damages and/or general damages only.  The plan's claim will not be reduced due to your own negligence.

**Cooperation**

You agree to cooperate fully with the plan's efforts to recover benefits paid.  It is your duty to notify the plan within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition.  You and your agents agree to provide the plan or its representatives notice of any recovery you or your agents obtain prior to receipt of such recovery funds or within 5 days if no notice was given prior to receipt.  Further, you and your agents agree to provide notice prior to any disbursement of settlement or any other recovery funds obtained.  You and your agents shall provide all information requested by the plan, the Claims Administrator or its representative including, but not limited to, completing and submitting any applications or other forms or statements as the plan may reasonably request and all documents related to or filed in personal injury litigation.  Failure to provide this information, failure to assist the plan in pursuit of its subrogation rights or failure to reimburse the plan from any settlement or recovery you receive may result in the

denial of any future benefit payments or claim until the plan is reimbursed in full, termination of your health benefits or the institution of court proceedings against you.

You shall do nothing to prejudice the plan's subrogation or recovery interest or prejudice the plan's ability to enforce the terms of this plan provision.  This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the plan or disbursement of any settlement proceeds or other recovery prior to fully satisfying the health plan's subrogation and reimbursement interest.

You acknowledge that the plan has the right to conduct an investigation regarding the injury, illness or condition to identify potential sources of recovery.  The plan reserves the right to notify all parties and his/her agents of its lien.  Agents include, but are not limited to, insurance companies and attorneys.

You acknowledge that the plan has notified you that it has the right pursuant to the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. Section 1301 *et seq*, to share your personal health information in exercising its subrogation and reimbursement rights.

**Interpretation**
In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Claims Administrator for the plan shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

**Jurisdiction**
By accepting benefits from the Plan, you agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the plan may elect.  By accepting such benefits, you hereby submit to each such jurisdiction, waiving whatever rights may correspond by reason of your present or future domicile. By accepting such benefits, you also agree to pay all attorneys' fees the plan incurs in successful attempts to recover amounts the plan is entitled to under this section.

## Your health information
We will protect your health information. We will only use or share it with others as needed for your care and treatment. We will also use and share it to help us process your claims and manage your plan.

You can get a free copy of our Notice of Privacy Practices. Just contact us.

When you accept coverage under this plan, you agree to let your **providers** share information with us. We need information about your physical and mental condition and care.

## Sutter Health and Affiliates Services
Sutter Health and Affiliates, the dominant health system in much of northern California, uses its bargaining power to insist on unique requirements to participate in the Aetna network. Aetna's contract with Sutter requires payment of claims that would otherwise be denied, such as those not medically necessary or experimental or investigational (but does not require payment for services the Plan expressly excludes from coverage, such as for cosmetic surgery). Aetna will charge the Plan for these claims in order to be able to continue providing Plan Participants with access to Sutter's services on an in-network basis.

# Glossary

## Behavioral health provider

A **health professional** who is licensed or certified to provide **covered services** for mental health and **substance related disorders** in the state where the person practices.

## Brand-name prescription drug

An FDA-approved drug marketed with a specific name or trademark name by the company that manufactures it; often the same company that developed and patents it.

## Copay, copayment

This is the dollar amount you pay for **covered services**. In most plans, you pay this after you meet your **deductible** limit. In **prescription** drug plans, it is the amount you pay for covered drugs.

## Covered services

The benefits, subject to varying cost shares, covered under the plan. These are:
- Described in the *Providing covered services* section
- Not listed as an exclusion in the *Coverage and exclusions – Providing covered services* section or the *General plan exclusions* section
- Not beyond any limits in the schedule of benefits
- **Medically necessary**. See the *How your plan works – Medical necessity and precertification requirements* section and the *Glossary* for more information

## Deductible

A **deductible** is the amount you pay out-of-pocket for **covered services** per year before we start to pay.

## Detoxification

The process of getting alcohol or other drugs out of an addicted person's system and getting them physically stable.

## Emergency medical condition

An acute, severe medical condition that:
- Needs immediate medical care
- Leads a person with average knowledge of health and medicine to believe that, without immediate medical care, it could result in:
  – Danger to life or health
  – Loss of a bodily function
  – Loss of function to a body part or organ
  – Danger to the health of an unborn baby

## Emergency services

Treatment given in a **hospital's** emergency room or an independent freestanding emergency department. This includes evaluation of and treatment to stabilize the **emergency medical condition**. An independent freestanding emergency department means a health care facility that is geographically separate, distinct, and licensed separately from a **hospital** and provides **emergency services**.

## Experimental or investigational

Drugs, treatments or tests not yet accepted by **physicians** or by insurance plans as standard treatment.  They may not be proven as effective or safe for most people.

A drug, device, procedure, or treatment is **experimental or investigational** if:
- There is not enough outcome data available from controlled clinical trials published in the peer-reviewed literature to validate its safety and effectiveness for the illness or injury involved.
- The needed approval by the FDA has not been given for marketing.
- A national medical or dental society or regulatory agency has stated in writing that it is **experimental or investigational** or suitable mainly for research purposes.
- It is the subject of a Phase I, Phase II or the experimental or research arm of a Phase III clinical trial. These terms have the meanings given by regulations and other official actions and publications of the FDA and Department of Health and Human Services.
- Written protocols or a written consent form used by a facility **provider** state that it is **experimental or investigational**.

## Generic prescription drug

An FDA-approved drug with the same intended use as the brand-name product, that is considered to be as effective as the brand-name product. It offers the same:
- Dosage
- Safety
- Strength
- Quality
- Performance

## Health professional

A person who is authorized by law to provide health care services to the public; for example, **physicians**, nurses and physical therapists.

## Home health care agency

An agency authorized by law to provide home health services, such as skilled nursing and other therapeutic services.

## Hospital

An institution licensed as a **hospital** by applicable law and accredited by The Joint Commission (TJC). This is a place that offers medical care. Patients can **stay** overnight for care. Or they can be treated and leave the same day. All **hospitals** must meet set standards of care. They can offer general or acute care. They can also offer service in one area, like rehabilitation.

**Infertility**

A disease defined by the failure to become pregnant:

- For a female with a male partner, after:
    – 1 year of frequent, unprotected heterosexual sexual intercourse if under the age of 35
    – 6 months of frequent, unprotected heterosexual sexual intercourse if age 35 or older
- For a female without a male partner, after:
    – At least 12 cycles of donor insemination if under the age of 35
    – 6 cycles of donor insemination if age 35 or older
- For a male without a female partner, after:
    – At least 2 abnormal semen analyses obtained at least 2 weeks apart
- For an individual or their partner who has been clinically diagnosed with gender dysphoria

## Institutes of Quality® (IOQ) (Bariatric, Orthopedic and Cardiac)

A national network of facilities publicly recognized, high-quality, high-value health care providers. These providers offer access to a quality and efficient network for specific procedures. The Institutes have met extensive quality, as well as efficiency criteria.

Bariatric surgery, also known as weight loss surgery, refers to various surgical procedures to treat people living with morbid, or extreme, obesity. IOQ Bariatric Surgery procedures include: gastric bypass, adjustable gastric band and sleeve method
IOQ Cardiac Care services include Cardiac Medical Intervention, Heart Surgery and Heart Rhythm Disorders.
IOQ Orthopedic Care services include Spine Surgeries and Total Joint Replacement.

## Jaw joint disorder

This is:

- A temporomandibular joint (TMJ) dysfunction or any similar disorder of the jaw joint
- A myofascial pain dysfunction (MPD) of the jaw
- Any similar disorder in the relationship between the jaw joint and the related muscles and nerves

## Mail order pharmacy

A pharmacy where **prescription** drugs are legally dispensed by mail or other carrier.

## Maximum out-of-pocket limit

The **maximum out-of-pocket limit** is the most a covered person will pay per year in **copayments**, **payment percentage** and **deductible**, if any, for **covered services**.

## Medically necessary, medical necessity

Health care services or supplies that prevent, evaluate, diagnose, or treat an illness, injury, disease or its symptoms, and that are all of the following, as determined by us within our discretion:

- In accordance with "generally accepted standards of medical practice"
- Clinically appropriate, in terms of type, frequency, extent, site, place of service, duration, and considered effective for your illness, injury or disease
- Not primarily for your convenience, the convenience of your **physician** or other health care **provider**
- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your illness, injury or disease.

Generally accepted standards of medical practice mean:

- Standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community and
- Following the standards set forth in our clinical policies and applying clinical judgment

> **Important note:**
> We develop and maintain clinical policy bulletins that describe the generally accepted standards of medical practice, credible scientific evidence, and prevailing clinical guidelines that support our decisions regarding specific services. We use these bulletins and other resources to help guide individualized coverage decisions under our plans and to determine whether an intervention is **experimental or investigational**. They are subject to change. You can find these bulletins and other information at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html. You can also contact us. See the *Contact us* section for how.

## Mental health disorder

A **mental health disorder** is in general, a set of symptoms or behavior associated with distress and interference with personal function. A complete definition of **mental health disorder** is in the most recent edition of *Diagnostic and Statistical Manual of Mental Disorders (DSM) of the American Psychiatric Association*.

## Negotiated charge

See *How your plan works – What the plan pays and what you pay*.

## Network provider

A **provider** listed in the directory for your plan. A NAP **provider** listed in the NAP directory is not a **network provider**.

## Out-of-network provider

A **provider** who is not a **network provider.**

## Payment Percentage

The specific percentage the plan pays for a health care service listed in the schedule of benefits.

## Physician

A **health professional** trained and licensed to practice and prescribe medicine under the laws of the state where they practice; specifically, doctors of medicine or osteopathy. Under some plans, a **physician** can also be a **primary care physician** (**PCP**).

## Precertification, precertify

Pre-approval that you or your **provider** receives from us before you receive certain **covered services**. This may include a determination by us as to whether the service is **medically necessary** and eligible for coverage.

## Prescription

This is an instruction written by a **physician** or other **provider** that authorizes a patient to receive a service, supply, medicine or treatment.

## Primary care physician (PCP)

A **physician** who:

- The directory lists as a **PCP**
- Is selected by a person from the list of **PCPs** in the directory
- Supervises, coordinates and provides initial care and basic medical services to a covered person
- Shows in our records as your **PCP**

A **PCP** can be any of the following **providers**:

- General practitioner
- Family **physician**
- Internist
- Pediatrician
- OB, GYN, and OB/GYN
- Medical group (primary care office)

## Provider

A **physician**, pharmacist, **health professional**, person, or facility, licensed or certified by law to provide health care services to you. If state law does not specifically provide for licensure or certification, they must meet all Medicare approval standards even if they don't participate in Medicare.

## Psychiatric hospital

An institution licensed or certified as a **psychiatric hospital** by applicable laws to provide a program for the diagnosis, evaluation, and treatment of alcoholism, drug abuse or **mental health disorders** (including **substance related disorders)**.

## Recognized charge

See *How your plan works – What the plan pays and what you pay*.

## Residential treatment facility

An institution specifically licensed by applicable laws to provide residential treatment programs for **mental health disorders**, **substance related disorders**, or both. It is credentialed by us or is accredited by one of the following agencies, commissions or committees for the services being provided:

- The Joint Commission (TJC)
- The Committee on Accreditation of Rehabilitation Facilities (CARF)
- The American Osteopathic Association's Healthcare Facilities Accreditation Program (HFAP)
- The Council on Accreditation (COA)

In addition to the above requirements, an institution must meet the following:

For residential treatment programs treating **mental health disorders**:

- A **behavioral health provider** must be actively on duty 24 hours/day for 7 days/week
- The patient must be treated by a psychiatrist at least once per week
- The medical director must be a psychiatrist
- It is not a wilderness treatment program (whether or not the program is part of a licensed **residential treatment facility** or otherwise licensed institution)

For residential treatment programs treating **substance related disorders**:

- A **behavioral health provider** or an appropriately state certified professional (CADC, CAC, etc.) must be actively on duty during the day and evening therapeutic programming
- The medical director must be a **physician**
- It is not a wilderness treatment program (whether or not the program is part of a licensed **residential treatment facility** or otherwise licensed institution)

For **detoxification** programs within a residential setting:

- An R.N. must be onsite 24 hours/day for 7 days/week within a residential setting
- Residential care must be provided under the direct supervision of a **physician**

## Retail pharmacy

A community pharmacy that dispenses outpatient **prescription** drugs.

## Room and board

A facility's charge for your overnight **stay** and other services and supplies expressed as a daily or weekly rate.

## Semi-private room rate

An institution's **room and board** charge for most beds in rooms with 2 or more beds. If there are no such rooms, we will calculate the rate based on the rate most commonly charged by similar institutions in the same geographic area.

## Skilled nursing facility

A facility specifically licensed as a **skilled nursing facility** by applicable laws to provide skilled nursing care. **Skilled nursing facilities** also include:

- Rehabilitation **hospitals**
- Portions of a rehabilitation **hospital**
- A **hospital** designated for skilled or rehabilitation services

**Skilled nursing facility** does not include institutions that provide only:

- Minimal care
- Custodial care
- Ambulatory care
- Part-time care

It does not include institutions that primarily provide for the care and treatment of **mental health disorders** or **substance related disorders**.

## Specialist

A **physician** who practices in any generally accepted medical or surgical sub-specialty.

## Stay

A full-time inpatient confinement for which a **room and board** charge is made.

## Substance related disorder

The use of drugs, as defined in the most recent edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM) published by the American Psychiatric Association, that directly affect the brain's reward system in an amount or frequency that causes problems with normal activities.

## Surgery, surgical procedure

The diagnosis and treatment of injury, deformity and disease by manual and instrumental means, such as:

- Cutting
- Abrading
- Suturing
- Destruction
- Ablation
- Removal
- Lasering
- Introduction of a catheter (e.g., heart or bladder catheterization) or scope (e.g., colonoscopy or other types of endoscopy)
- Correction of fracture
- Reduction of dislocation
- Application of plaster casts
- Injection into a joint
- Injection of sclerosing solution
- Otherwise physically changing body tissues and organs

## Telemedicine

A consultation between you and a **physician**, **specialist**, **behavioral health provider**, or **telemedicine provider** who is performing a clinical medical or behavioral health service by means of electronic communication.

## Terminal illness

A medical prognosis that you are not likely to live more than 12 months.

## Walk-in clinic

A health care facility that provides limited medical care on a scheduled and unscheduled basis. A **walk-in clinic** may be located in, near or within a:

- Drug store
- Pharmacy
- Retail store
- Supermarket

The following are not considered a **walk-in clinic**:

- Ambulatory surgical center
- Emergency room
- **Hospital**
- Outpatient department of a **hospital**
- **Physician's** office
- Urgent care facility

# Additional Information Provided by

# Bausch & Lomb Americas, Inc.

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA).

**Name of Plan:**
Bausch & Lomb Americas, Inc. Health and Welfare Benefit Plan

**Employer Identification Number:**
85-4359919

**Plan Number:**
Refer to your Plan Administrator for this information

**Type of Plan:**
Welfare

**Type of Administration:**
Administrative Services Contract with:

> Aetna Life Insurance Company
> 151 Farmington Avenue
> Hartford, CT 06156

**Plan Administrator:**
Bausch & Lomb Americas, Inc.
400 Somerset Corporate Boulevard
Bridgewater, NJ 08807
Telephone Number: (908) 541-8775

**Agent For Service of Legal Process:**
Bausch & Lomb Americas, Inc.
400 Somerset Corporate Boulevard
Bridgewater, NJ 08807

Service of legal process may also be made upon the Plan Administrator

**End of Plan Year:**
December 31

**Source of Contributions:**
Employer and Employees

**Procedure for Amending the Plan:**

The Employer may amend the Plan from time to time by a written instrument signed by the person designated by the Plan Administrator.

**ERISA Rights**

As a participant in the group benefit plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Receive a copy of the procedures used by the Plan for determining a qualified domestic relations order (QDRO) or a qualified medical child support order (QMCSO).

**Continue Group Health Plan Coverage**

Continue health care coverage for yourself, your spouse, or your dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan for the rules governing your COBRA continuation coverage rights.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If it should happen that plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Statement of Rights under the Newborns' and Mothers' Health Protection Act**

Under federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, plans and issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under federal law, require that you, your physician, or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, you may be required to obtain precertification for any days of confinement that exceed 48 hours (or 96 hours). For information on precertification, contact your plan administrator.

**Notice Regarding Women's Health and Cancer Rights Act**

Under this health plan, as required by the Women's Health and Cancer Rights Act of 1998, coverage will be provided to a person who is receiving benefits in connection with a mastectomy and who elects breast reconstruction in connection with the mastectomy for:

(1)  all stages of reconstruction of the breast on which a mastectomy has been performed;
(2)  surgery and reconstruction of the other breast to produce a symmetrical appearance;
(3)  prostheses; and
(4)  treatment of physical complications of all stages of mastectomy, including lymphedemas.

This coverage will be provided in consultation with the attending physician and the patient, and will be provided in accordance with the plan design, limitations, copays, deductibles, and referral requirements, if any, as outlined in your plan documents.

If you have any questions about our coverage of mastectomies and reconstructive surgery, please contact the Member Services number on your ID card.

For more information, you can visit this U.S. Department of Health and Human Services website, http://www.cms.gov/home/regsguidance.asp, and this U.S. Department of Labor website, https://www.dol.gov/agencies/ebsa/employers-and-advisers/plan-administration-and-compliance/health-plans.

# IMPORTANT HEALTH CARE REFORM NOTICES

### CHOICE OF PROVIDER

If your Aetna plan generally requires or allows the designation of a primary care provider, you have the right to designate any primary care provider who participates in our network and who is available to accept you or your family members.  If the plan or health insurance coverage designates a primary care provider automatically, then until you make this designation, Aetna designates one for you.  For information on how to select a primary care provider, and for a list of the participating primary care providers, contact your Employer or, if you are a current member, your Aetna contact number on the back of your ID card.

If your Aetna plan allows for the designation of a primary care provider for a child, you may designate a pediatrician as the primary care provider.

If your Aetna plan provides coverage for obstetric or gynecological care and requires the designation of a primary care provider then you do not need prior authorization from Aetna or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology.  The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals.  For a list of participating health care professionals who specialize in obstetrics or gynecology, contact your Employer or, if you are a current member, your Aetna contact number on the back of your ID card.

**Continuation of Coverage During an Approved Leave of Absence Granted to Comply With Federal Law**

This continuation of coverage section applies only for the period of any approved family or medical leave (approved FMLA leave) required by Family and Medical Leave Act of 1993 (FMLA). If your Employer grants you an approved FMLA leave for a period in excess of the period required by FMLA, any continuation of coverage during that excess period will be subject to prior written agreement between Aetna and your Employer.

If your Employer grants you an approved FMLA leave in accordance with FMLA, you may, during the continuance of such approved FMLA leave, continue Health Expense Benefits for you and your eligible dependents.

At the time you request the leave, you must agree to make any contributions required by your Employer to continue coverage. Your Employer must continue to make premium payments.

If Health Expense Benefits has reduction rules applicable by reason of age or retirement, Health Expense Benefits will be subject to such rules while you are on FMLA leave.

Coverage will not be continued beyond the first to occur of:

- The date you are required to make any contribution and you fail to do so.
- The date your Employer determines your approved FMLA leave is terminated.
- The date the coverage involved discontinues as to your eligible class. However, coverage for health expenses may be available to you under another plan sponsored by your Employer.

Any coverage being continued for a dependent will not be continued beyond the date it would otherwise terminate.

If Health Expense Benefits terminate because your approved FMLA leave is deemed terminated by your Employer, you may, on the date of such termination, be eligible for Continuation Under Federal Law on the same terms as though your employment terminated, other than for gross misconduct, on such date. If the group contract provides any other continuation of coverage (for example, upon termination of employment, death, divorce or ceasing to be a defined dependent), you (or your eligible dependents) may be eligible for such continuation on the date your Employer determines your approved FMLA leave is terminated or the date of the event for which the continuation is available.

If you acquire a new dependent while your coverage is continued during an approved FMLA leave, the dependent will be eligible for the continued coverage on the same terms as would be applicable if you were actively at work, not on an approved FMLA leave.

If you return to work for your Employer following the date your Employer determines the approved FMLA leave is terminated, your coverage under the group contract will be in force as though you had continued in active employment rather than going on an approved FMLA leave provided you make request for such coverage within 31 days of the date your Employer determines the approved FMLA leave to be terminated. If you do not make such request within 31 days, coverage will again be effective under the group contract only if and when Aetna gives its written consent.

If any coverage being continued terminates because your Employer determines the approved FMLA leave is terminated, any Conversion Privilege will be available on the same terms as though your employment had terminated on the date your Employer determines the approved FMLA leave is terminated.

## Amendment to Plan of Benefits

| | |
|---|---|
| **For Employees of**: | BAUSCH & LOMB AMERICAS, INC. |
| **Master Services Agreement No.**: | MSA-0175041 |
| **Control(s)**: | 0175041 |

**Effective immediately,** the following changes have been made to your Booklet and/or Schedule of Benefits, unless otherwise noted.

1. ***Ambulance services***, found within the ***Coverage and exclusions*** section, is replaced by the following:

### Ambulance services
An ambulance is a vehicle staffed by medical personnel and equipped to transport an ill or injured person by ground, air, or water.

### Emergency
**Covered services** include emergency transportation when your condition is unstable and requires medical supervision and rapid transport. These emergency ambulance services are limited to transportation by a licensed ambulance:
- To the first facility to provide **emergency services**
- From one facility to another if the first can't provide the **emergency services** you need

**Covered services** also include non-emergency transportation when an ambulance is the only safe way to transport you. These non-emergency ambulance services are limited to transportation by a licensed ambulance:
- To the nearest facility able to treat your condition
- From a facility to your home by ground ambulance

The following are not **covered services**:
- Ambulance services for non-emergency transportation
- Ambulance services for routine transportation to receive outpatient or inpatient services

2. The *Recognized charge* subsection, found in the *What the plan pays and you pay* section of *How your plan works*, is changed as follows:

  - The *Voluntary services* heading is removed.

  - The notes throughout the subsection stating: *"See Involuntary Services and Surprise Bills for more information"* are replaced by the following:
    *"See Surprise Bill for more information"*

- The second paragraph of the subsection beginning with: "*If your ID card displays the National Advantage Program (NAP)"*is replaced by the following:

> If your ID card displays the National Advantage Program (NAP) logo your cost may be lower when you get care from a NAP **provider** for whom we access NAP rates. Claims for services received from a NAP **provider** and paid at the NAP contracted rate are not subject to the federal surprise bill law. Through NAP, the **recognized charge** is determined as follows:
>
> - If your service was received from a NAP **provider**, a pre-negotiated charge **may** be paid**.**  NAP **providers** are **out-of-network providers** that have contracts with Aetna, directly or through third-party vendors, that include a pre-**negotiated charge** for services.  NAP **providers** are not **network providers**. (At times Aetna may choose to terminate specific providers from NAP and will notify the provider of such a decision).
> - If your service was not received from a NAP **provider,** a claim specific rate or discount may be negotiated by Aetna or a third-party vendor.

3. The ***Glossary*** term *Residential treatment facility* is replaced by the following:

### Residential treatment facility

A facility that provides **mental health disorder** services or **substance related disorder** services and meets the following requirements:
- Is licensed and operated in accordance with applicable state and federal law
- Provides treatment under the direction of an appropriately licensed **physician** for the level of care provided
- Maintains a written treatment plan prepared by a licensed **behavioral health provider** (RN or master's level) requiring full-time residence and participation
- Has a licensed **behavioral health provider**, (RN or master's level) on-site 24 hours per day 7 days per week, and is:
  - Credentialed by us, or
  - Certified by Medicare, or
  - Accredited by The Joint Commission (TJC); The Committee on Accreditation of Rehabilitation Facilities (CARF); The American Osteopathic Association's Healthcare Facilities Accreditation Program (HFAP); or The Council on Accreditation (COA)

4. The ***Glossary*** term *Skilled nursing facility* is replaced by the following:

### Skilled nursing facility

A facility that provides skilled nursing care and meets the following requirements:
- Is licensed and operated in accordance with applicable state and federal law
- Provides treatment under the direction of an appropriately licensed **physician** for the level of care provided
- Maintains a written treatment plan prepared by a licensed **provider** (RN or master's level) requiring full-time residence and participation
- Has a licensed **provider** (RN or master's level) on-site 24 hours per day 7 days per week, and is:
  - Credentialed by us, or
  - Certified by Medicare, or
  - Accredited by The Joint Commission (TJC) or The Committee on Accreditation of Rehabilitation Facilities (CARF)

**Skilled nursing facilities** also include rehabilitation **hospitals**, and portions of a rehabilitation **hospital** and a **hospital** designated for skilled or rehabilitation services.

**Skilled nursing facility** does not include institutions that provide only:
- Minimal care
- Custodial care services
- Ambulatory care
- Part-time care services

It does not include institutions that primarily provide for the care and treatment of **mental health disorders** or **substance related disorders**.

**Effective January 1, 2025**, the following changes have been made to your Booklet.

5. ***Hospital care***, found within the ***Coverage and exclusions*** section, is replaced by the following:

   **Hospital care**

   **Covered services** include inpatient and outpatient **hospital** care. This includes:
   - Semi-private **room and board** (your plan will cover the extra expense of a private room when appropriate because of your medical condition)
   - Services and supplies provided by the outpatient department of a **hospital**, including the facility charge
   - Services of **physicians** employed by the **hospital**
   - Administration of blood and blood products

   The following are not **covered services**:
   - All services and supplies provided in:
   – Rest homes
   – Any place considered a person's main residence or providing mainly custodial or rest care
   – Health resorts
   – Spas
   – Schools or camps

6. ***Blood, blood plasma, synthetic blood, blood derivatives or substitutes***, found within the ***General plan exclusions*** section, is replaced by the following:

   **Blood, blood plasma, synthetic blood, blood derivatives or substitutes**
   Blood, blood products, and related services which are supplied to your **provider** free of charge

**Amendment**: 1
Blood/Recognized Charge/WLDs/Ambulance Services/RTF/SNF coverage and Glossary items
Issue Date October 31, 2024

# ATTACHMENT D

**Subject:**             FW: Fw: Transgender Health Coverage Meeting Follow Up

**From:** Parsnip, Christopher W █████████████████████
**Sent:** Wednesday, February 26, 2025 9:31 AM
**To:** Homnick, Jamie █████████████████
**Subject:** RE: Transgender Health Coverage Meeting Follow Up

Jamie – there have been no changes to the coverage in 2025 and no exception made for you.

Thanks

Chris

**From:** Homnick, Jamie █████████████████
**Sent:** Wednesday, February 26, 2025 9:11 AM
**To:** Parsnip, Christopher W █████████████████
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Good morning, Chris:

I'm checking in to ask you to confirm that no changes have been made either to the policy or to my prior authorization request.

Thanks, and hope to talk soon.

Jamie

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: █████████████

███████████████████

---

**From:** Homnick, Jamie ██████████████████
**Sent:** Wednesday, February 19, 2025 6:29 PM
**To:** Parsnip, Christopher W ███████████████████
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Hi Chris,

I'm checking in to ask you to confirm that no changes have been made either to the policy or to my prior authorization request.

Thanks, and hope to talk soon.

Jamie

---

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: ██████████

████████████████

---

**From:** Parsnip, Christopher W ██████████████████████
**Sent:** Tuesday, February 11, 2025 10:57 AM
**To:** Homnick, Jamie██████████████████
**Subject:** RE: Transgender Health Coverage Meeting Follow Up

Jamie – who was the contact that you spoke with who quoted Hannah?

Thanks

Chris

---

**From:** Homnick, Jamie ██████████████████
**Sent:** Tuesday, February 11, 2025 8:41 AM
**To:** Parsnip, Christopher W ██████████████████
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Thanks, Chris.

My contact told me it was Hannah Goellner at Aetna who made this claim.

Jamie.

---

**From:** Parsnip, Christopher W ██████████████████
**Sent:** Tuesday, February 11, 2025 8:07 AM

3

**To:** Homnick, Jamie ████████████████████
**Subject:** RE: Transgender Health Coverage Meeting Follow Up


Jamie – I will check on your question.  Can you please share the name of the reliable source?


Thanks

Chris

---

**From:** Homnick, Jamie ████████████████████
**Sent:** Tuesday, February 11, 2025 7:59 AM
**To:** Parsnip, Christopher W ████████████████████
**Subject:** Re: Transgender Health Coverage Meeting Follow Up


Hi Chris,


I'm just checking in to confirm whether or not FFS (also known as GAFR) is covered in the 2025 plan, or if an exception was made for me. I heard from a reliable source that B&L changed the policy to cover it, or that my case was allowed as an exception.


Please confirm either way.

Thank you.


Jamie