# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 3:24-cv-01447-VAB |

**DECLARATION OF DR. AMANDA M. SHAW, Ph.D.**

I, Dr. Amanda M. Shaw, Ph.D., declare as follows:

1. My name is Dr. Amanda M. Shaw. I am a clinical psychologist in private practice, located in Rochester, NY. I submit this declaration in my capacity as the treating mental health provider of Jamie Homnick, a plaintiff in the above-captioned matter.

2. I have a Ph.D. in Psychology from the University of Rochester and I am licensed to practice in New York.

3. My practice focuses on treating adults with anxiety, depression, and trauma. My practice includes transgender and non-binary patients with gender dysphoria.

4. I have been treating Dr. Homnick since September 14, 2023. I have seen her approximately once a week, or more, since our first session.

5. On September 8, 2023, Dr. Homnick completed intake paperwork prior to our first session. In the section that asks patients to describe their reason for initiating mental health treatment, Dr. Homnick wrote: "I need help figuring out if I should undergo MtF transition via HRT, and if I do, FFS [Facial Feminization Surgery] will likely be needed given my masculine facial features which adds [sic] to the stress and uncertainty. More fundamentally, I need help coming to terms with decades of shame and self-loathing about being transgender and bisexual and regret about not being true to myself and transitioning when I was young enough for HRT to give me a reasonable probability for passing as female."

6. I diagnosed Dr. Homnick with gender dysphoria at our first session, and there has been no change in diagnosis to date. Dr. Homnick's gender dysphoria manifests mostly as depressive

1

        symptoms, hopelessness, interference with relationships, increased irritability and interpersonal conflict, and low self-esteem.

7. Dr. Homnick also has a long history of depression that is exacerbated by her gender dysphoria. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

8. During our sessions, Dr. Homnick consistently expressed that her primary source of gender dysphoria is her masculine appearing face, particularly her nose and brow. She has repeatedly stated that her side profile, which highlights her nose and brow, exacerbates her gender dysphoria and causes her a great deal of distress.

9. Dr. Homnick began feminizing hormone replacement therapy (HRT) in October 2023. She reported HRT provided some relief from her gender dysphoria symptoms, as she was able to take tangible steps to realize her identity for the first time. After initiating HRT, Jamie underwent electrolysis to permanently remove her facial hair. As Dr. Homnick took progressive steps to medically transition, she experienced hope that she might be able to align her body with her gender identity.

10. For Dr. Homnick, the hope that she can access appropriate medical treatment provides her with conditional and limited relief from her symptoms of gender dysphoria.

11. Over the course of treatment, I observed that Dr. Homnick's gender dysphoria consistently fluctuates in severity based on whether she can access appropriate medical care. When access to medical care is restricted or threatened, Dr. Homnick's gender dysphoria, particularly her hopelessness and depressive symptoms, increase.

12. In 2024, Dr. Homnick and I began discussing facial feminization surgery to treat her persistent gender dysphoria arising from her masculine appearing face. I determined Dr. Homnick was a good candidate for surgery. She clearly understood the potential side effects and risks, had a support system and care plan, and could cope with variations in the outcome of surgery.

13. On June 13, 2024, Dr. Homnick and I spent our entire session discussing facial feminization surgery. Dr. Homnick described the dysphoria from her masculine facial features as "visceral pain."

14. On June 18, 2024, I prepared a letter for Dr. Homnick stating that I determined that facial feminization surgery is medically necessary to treat her gender dysphoria. In this letter, I note that Dr. Homnick meets the criteria for Gender Dysphoria in Adolescents and Adults (F64.1) as found in the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5). I also note that while I diagnosed Dr. Homnick with Major Depressive Disorder, Recurrent

2

15. episode, Mild (F33.0), she has no psychiatric symptoms that impair her ability to make informed medical decisions or impact her gender identity. A true and correct copy of that letter is attached to this declaration as Attachment A.

15. Dr. Homnick's hope for reducing her gender dysphoria symptoms was momentarily increased when she believed she would be able to access facial feminization surgery. Her increased hope provided increased relief from her symptoms of gender dysphoria.

16. On September 12, 2024, Dr. Homnick informed me that Aetna had rejected her pre-authorization for surgery. Dr. Homnick was visibly upset – her hope for reducing the symptoms of gender dysphoria was taken away by Aetna's denial of coverage and she lost the conditional and limited relief that hope provided.

17. Dr. Homnick's mental health is harmed from being denied a medical procedure – deemed medically necessary by her treating providers – that would provide her with relief.

18. It is my clinical opinion that undergoing facial feminization surgery would greatly improve Dr. Homnick's mental health. Dr. Homnick's symptoms of gender dysphoria arising from her masculine appearing facial features are ongoing. Her symptoms manifest primarily as depressive symptoms, hopelessness, interference with relationships, increased irritability and interpersonal conflict, and low self-esteem.

19. A preliminary injunction would allow Dr. Homnick to receive medically necessary facial feminization surgery.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Date: 2/27/2025 | 3:20 AM PST            Signature: [signed] 427C4B7E885A48F...

# ATTACHMENT A

AMANDA M. SHAW, PHD
247 PARK AVE., ROCHESTER, NY 14607
p. 585.340.7190      f. 585.244.0629
amandashawphd@gmail.com

## Mental Health Letter of Support- Transfeminine Procedures

June 18, 2024

Patient birth name: Paul Homnick
Patient preferred name: Jamie

To whom it may concern,

It is my pleasure to write this letter on behalf of Jamie Homnick, ▮▮▮▮▮▮▮▮ who was evaluated on 06/13/24 for psychiatric clearance prior to facial feminization surgery. She has been my psychotherapy client 1-2x per week since 09/14/2023.

### Diagnosis of Gender Dysphoria

Jamie meets criteria for Gender Dysphoria in Adolescents and Adults (F64.1) as evidenced by:

- Marked incongruence between experienced/expressed gender and assigned gender which she has experienced since her childhood.
- Notable evidence of a strong desire to treat primary/secondary sexual characteristics.
- Strong desires for primary/secondary sex characteristics of the other gender.
- Strong desire to be treated as the other gender.
- Strong desire to be of the other gender.
- The condition has been known to cause clinically significant distress in her social life, interpersonal relationships, and employment.

Jamie reports realizing her gender identity as a female on a certain level starting in childhood (Gender was "a nagging thing my whole life... I didn't know what it was."), but she grew up in a conservative town, so it wasn't until she moved away and went to college that she started realizing it even more. In 2005 (age 20) she mentioned it to her mother, and in 2022 (age 37) she came out to her wife. She has since transitioned in all aspects of life to a female gendered identity. She began hormone therapy in October 2023 (age 38), and since then has engaged in gender-affirming voice therapy, facial electrolysis, and she wears feminine clothing a makeup. Although these steps have helped her gender dysphoria, the additional intervention of FFS is medically necessary. Earlier this year (2024) she also took steps to have her name and gender marker changed on legal documents.

It is evident that Jamie has struggled with worsening dysphoric feelings throughout her life, experienced as anxious and depressive symptoms, and has only received partial relief since starting her transition. Due to her male facial characteristics including square and angulated features, prominent thyroid and nasal cartilage, and lack of female facial characteristics such as less pronounced mandibular angles, full lips, less nasal prominence or pronounced zygomatic processes,

CONFIDENTIAL DOCUMENT

AMANDA M. SHAW, PHD
247 PARK AVE., ROCHESTER, NY 14607
p. 585.340.7190     f. 585.244.0629
amandashawphd@gmail.com

she continues to experience significant dysphoric symptoms. The presence of secondary male sex characteristics (i.e., masculine facial features) and lack of secondary female sex characteristics have all been a source of dysphoric feelings that at times during the patient's life have interfered with her ability to function well.

## Capacity Assessment

I also diagnosed Jamie with Major Depressive Disorder, Recurrent episode, Mild (F33.0). She experiences depressed mood, anhedonia, low energy, feeling badly about herself, and passive SI. ███████████████████████████████████. However, these symptoms have decreased in frequency and intensity as her gender transition has progressed. She has no history of suicide attempts or psychiatric hospitalization, and no psychiatric symptoms that impair her ability make informed medical decisions or impact her gender identity.

Jamie comprehends the basic procedure, risks, benefits, and potential complications of facial feminization surgery. She is able to verbalize a clear decision and weigh the risk and benefits of undergoing these surgeries, including scarring, infection, or poor outcome. It is my clinical assessment that Jamie Homnick has the capacity to consent to these surgical procedures.

## Statement of Medical Necessity

I support Jamie Homnick's desire for facial feminization surgery and determine that this procedure is of medical necessity to treat underlying gender dysphoria.

*[signature]*

Amanda Shaw, Ph.D.
License #: 022686-1
NPI: 1356834378

CONFIDENTIAL DOCUMENT