# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| BINAH GORDON *et al*., | |
| Plaintiffs, | |
| v. | No. 3:24-cv-01447-VAB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**DECLARATION OF GENNIFER HERLEY**

1.      My name is Gennifer Herley. I am one of the plaintiffs in the above-captioned action. I have personal knowledge of the matters stated in this declaration.

2.      I was born in 1962 and raised in New York, and I currently live in Nassau County, New York.

3.      I hold a Ph.D. in Organizational Psychology and I am the Founder and Executive Director of TransNewYork, an organization serving economically marginalized members of the transgender community. I am enrolled in a self-funded Aetna Open Access CPOS II Basic Plan through my wife's former employer, the New York City Metropolitan Transportation Authority.

4.      I am a transgender woman. I was assigned "male" at birth, but from a very young age, I have always known myself to be a woman. As a child, I wanted to express the femininity that I felt within myself.

5.      When I was 8 years old, I dressed up for Halloween in my older sister's Brownie uniform. I remember that I really liked the way I felt in that outfit. Upon returning home, my mother scolded me and told me to take it off, "or your father will kill you." My father was emotionally and physically abusive, and I feared what she said was true. I pressed back and told her that I liked wearing the girl's costume, but she told me, "No."

6.      After Halloween, my father took me to enroll in the Boy Scouts. I refused, and he became very angry with me. I recognize now that he was attempting to steer me away from my interest in presenting as feminine; he was upset over my rejection of a traditionally masculine activity. I understood then that I would have to hide my true self from my family.

7.      Because I was raised in a socially conservative community, I felt the need to hide myself and my feelings from others throughout my childhood and adolescence.

8.      When I came of age and left home, I did not have language to describe the way I felt. I liked to dress in women's clothing, and I started to do so regularly around 1981 when I was 19 years old.

I referred to this as "cross-dressing," but I did not understand my gender identity, per se. The term "transvestite" was used in popular culture at that time, which did not feel like a fit for me, and very few resources existed for me to learn about transgender identity.

9. At first, I felt compelled to present myself as a woman now and again; the feeling would emerge and subside. But then the feeling became more and more pervasive to the point that it preoccupied my mind, 24/7. In the early 1990s, when I was in my late 20s or early 30s, my desire to "cross-dress" led me to seek out likeminded individuals, which I did by attending the Keystone Conference. For many years, I joined others at this celebration of the unique diversity of gender and its place in society, and I found my community there.

10. These conferences were attended by gender-diverse individuals. I learned from them about transgender identity and started on a path to better understanding my own. Through this community, I came to know my psychologist, Dr. Janice Seward, who has treated me since 1995.

11. Through my work with Dr. Seward, I started to identify as a transgender woman. I shared with Dr. Seward the intense distress I have always felt arising from the incongruence of my masculine appearing face and gender identity, and my symptoms of depression, anxiety, suicidal ideation, low self-esteem, an intense desire to avoid social interactions, as well as an extreme focus on my appearance. When the modern clinical criteria became available, Dr. Seward diagnosed me with gender dysphoria.

12. After years of therapy, and as I grew older, I felt I could not bear it any longer to stay in the closet because I feared that I would miss the opportunity to live my life as my authentic self. At that point, Dr. Seward helped me make a plan to transition, medically and socially.

13. In 2017, I began hormone replacement therapy (HRT); I shopped for and wore androgynous clothing which I purchased from the women's department.

14. Later, in February 2020, I underwent breast augmentation, and in January 2023, I had a vaginoplasty procedure. Both procedures were covered by insurance. I also had electrolysis (at a cost of $20,000), a hair transplant ($18,000), and I had feminine makeup tattooed on my face ($3,000).

15. These gender-affirming procedures were painful and—in the case of electrolysis, my hair transplant and tattoos—expensive. Each step I took to change my physical appearance came after years of therapy, during which I worked to understand how best to manage the symptoms of my gender dysphoria.

16. Each of the treatments helped reduce my gender dysphoria by better aligning my body with my gender identity for a period of time. But despite some progress, I continue to suffer from severe gender dysphoria related to my stereotypically masculine facial features.

17. I started the process of coming out socially in June 2018, when I came out to my then-teenaged daughter and my ex-wife. The positive reception I received from them was, unfortunately, not

echoed by everyone in my life. I later came out to my 5 older siblings, and a few of my "tough" older brothers did not talk to me for years, which was deeply hurtful. At this time, I was in plumbing, an industry led and largely populated by heteronormative cisgender men. I knew I had to change my career to feel comfortable and true to myself, and I pivoted to create the trans education and advocacy nonprofit organization that I now lead.

18. I take steps every day to alter and hide my appearance to alleviate the symptoms of dysphoria. For example, I always feel the need to be as feminine as possible. I like to dress overtly feminine so that, when I see my reflection, I don't trigger an episode of consuming dysphoric anxiety. For example, I rarely wear pants and prefer dresses. I wish I could wear heeled shoes, but at 6' tall, my height makes me conscious of standing out in a crowd. My goal every day is to dress in a way so that no one has any doubt about my womanhood. My hair, clothes, and makeup are things I have to think about all the time and wonder, do I look female, and am I "female enough"?

19. But even these steps do not alleviate the severe and intensifying gender dysphoria I feel in connection with my facial features. When I get home and change, or when I go to the gym, I see my reflection in the mirror, and I do not like the stereotypically male appearance I see. My physique and features trigger distress and anxiety.

20. Without insurance coverage, I cannot afford to pay for the surgery I need, but I am desperate for relief from my dysphoria.

21. With the Trump Administration's hateful messaging around transgenderism and transgender people, it is very hard to feel "ok" with who I am. I'm also fearful of being outed; I avoid using the women's locker room at my gym, opting instead to change at home. I internalize the external hatred such that my pain is relentless.

22. I remain under the care of Dr. Seward and Dr. Aren Skolnick, DO, who provides endocrine care. On November 20, 2024, based on recommendations from my medical team, I had a consultation with Dr. Eduardo Rodriguez, a plastic surgeon in New York who specializes in gender-affirming surgeries for transgender individuals. After the consultation, Dr. Rodriguez determined that I met the criteria under the applicable standards of care for obtaining gender-affirming facial reconstruction, and his office submitted a request for prior authorization to Aetna for GAFR, which included letters of support from my two other providers. See Attachment A. That request was denied in December 2024, pursuant to Aetna's categorical exclusion of GAFR. See Attachment B.

23. I was devastated by this denial and my depression and anxiety spiked. I had worked hard for many, many years in therapy to understand what medical intervention I needed to treat my symptoms of dysphoria, and GAFR was a long time goal of mine. Each of the medical steps I have taken to transition has been a step in the right direction, but my transition remains incomplete. I am in my 60s, and I want to be free to focus on my work and my family. It is

extremely painful to be denied coverage for the facial surgery that I know will alleviate my distress and give me a measure of control and peace.

24.     Until I can get GAFR, the most visible cause of misgendering by others will still be there. When I go out in public, my face serves as a constant reminder of who, and what, people perceive me to be—and my confidence shatters. Without the facial surgeries that I need, my mental health will continue to decline. Without the facial surgeries, I'm worried that, at this mature stage of my life, the distress I fear will never subside and continue to prevent me from ever being able to fulfill my full human potential.


**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**


Date: `2/28/2025 | 10:49 AM PST` _____     Signature: _____

Gennifer Herley

# ATTACHMENT A



Name: **GENNIFER HERLEY**
Address: ████████████ , NY ████

Date of Visit: Nov 8 2024

████████████

November 8, 2024

To Whom it May Concern:

11/8/2024
RE: Gennifer Herley
████████████

Gennifer is currently under my endocrine care for hormone treatment. I am a full time practicing endocrinologist at Northwell Health and part of the Transgender Care Center. Gennifer has persistent and well documented gender dysphoria and has been on hormone therapy since 2015.

I have been treating Gennifer since 9/2017 and have been seeing her on regular basis every 3-6 months for follow-up lab work and hormone dosing adjustments. During our visits we have discussed surgical transitioning gender affirming surgery. Gennifer has clearly demonstrated her successful transition socially for the past 8 years as female and should now have the opportunity complete this transition surgically with facial feminization. Gennifer has support from family and friends and has a close medical team with whom she follows with.

There does not appear to be any thought disorder, psychosis, major affective disturbance, gross cognitive deficit, or impairment of judgment in regard to gender affirming surgery. She has capacity to make a fully informed decision with consent for surgery. We have discussed the risks of surgery, which I advised her to discuss in further detail with her surgeon. I recommend facial feminization surgery for Gennifer Herley in order to live life successfully both mentally and physically.

Feel free to contact me further with any specific questions or concerns at 516-708-2540.

Sincerely,

Aren Skolnick, DO

Division of Endocrinology

Center for Transgender Care

Northwell Health

Assistant Professor of Medicine

Zucker School of Medicine

Director of North Shore Endocrine Clinic

865 Northern Blvd ,, Great Neck, NY, 11021, Tel (516) 708-2540  Fax (516) 708-2573

Date of Visit: 11/08/2024

Name:GENNIFER HERLEY

████████████

Electronically signed by : AREN SKOLNICK, MD; Nov  8 2024 12:40PM Eastern Standard Time (Author)
   AREN SKOLNICK, MD; Nov  2 2020 11:03AM Eastern Standard Time (Author)
   AREN SKOLNICK, MD; Nov  2 2020 11:03AM Eastern Standard Time (Author)

865 Northern Blvd ,, Great Neck, NY, 11021Tel (516) 708-2540  Fax (516) 708-2573



9 Berkshire Heights Road,
Great Barrington, MA 01230

11/02/24

To Whom it may concern,

This letter is to serve as documentation that my client, Gennifer Herley has completed over 200 sessions of psychotherapy at my office in Great Barrington, Massachusetts to explore her gender prior to beginning hormone therapy and is now seeking other gender reassignment treatments. Having engaged in psychotherapy from May 2018 to the present.

Gennifer Herley is 62 years old and she is currently a Transformational Life Coach working with the transgender community. Gennifer has been strongly and persistently been aware of the desire to be female. Her Gender Dysphoria is heightened as a result of her facial features which has resulted in extreme anxiety regarding her face. Gennifer Herley referred herself to explore and resolve this conflict. This letter verifies that she is psychologically ready to proceed with Facial Feminizing Surgery this is a medical necessity for her. Having  this surgery will result in greatly reducing much of her anxiety regarding her face not aligning with her female identity, as per the following clinical evaluation.

She described her childhood as one in which he wanted to express her femininity that she felt within herself. Being in a large family that had 5 boys and 1 girl she felt quite frustrated about not being female and express herself in that manner. With regard to gender history, Gennifer Herley has been living full-time as a female for the past 6 years. Additionally Gennifer Herley has been on HRT for 6 years and 1 month. As well as having Breast Augmentation 3 years ago and Vaginoplasty 18 months ago

Over the course of the treatment, Gennifer Herley has demonstrated more than adequate knowledge of her Gender Dysphoria and the benefits and potential risks of embarking on gender reassignment treatments (Hormones, surgeries, etc,). Gennifer Herley is educated about the procedures, requirements, and is capable of making informed decisions regarding ongoing gender reassignment treatment.

Over the course of treatment, Gennifer Herley acknowledged that her decision to transition has resulted in a significant reduction of personal distress surrounding gender identity. Diagnostically, Gennifer Herley meets criteria for *Gender Dysphoria*. There is an absence of any substance abuse. The client does not have any symptoms of psychosis or disturbances in personality. It is recommended that the client continue with the psychotherapy as she continues her gender transition in order to address any issues that may surface. Given that the client's insight and judgment are within normal range, it seems likely that having Facial Feminizing Surgery would be of great benefit to her.

The client has met all the eligibility and readiness criteria outlined in the official World Professional Association for Transgender Health *Standards of Care* for the treatment of individuals diagnosed with Gender Dysphoria. Given the preceding report, I certify Gennifer Herley to be a fit candidate for Facial Feminizing Surgery. Please feel free to contact me at 413 429-1240 if there are any further questions regarding regarding this client.

Sincerely,

*Janice Stefanacci*

Dr. Janice Stefanacci Psy.D.

NYS Liscense # 010396

# ATTACHMENT B



# Fax

| | |
|---|---|
| **████████████████** | |
| Fax: | 6467549605 |
| Company: | |
| Date: | Friday, December 13, 2024 1:15:46 PM |

| | |
|---|---|
| **█████████████** | |
| Fax: | 9592821402 |
| Voice: | 9592306333 |
| Pages: | 13 |

## Subject:

Notification of decision for precertification request. An optional peer to peer review may be scheduled within 14 calendar days by calling 855-888-9046. This is a chance for the physician to speak with our Medical Director about the criteria and rationale for the decision.

Disclaimer:
**This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender at the phone number above.**

NOTICE TO RECIPIENT(S) OF INFORMATION:
**Information disclosed to you pertaining to alcohol or drug abuse treatment is protected by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**

 Aetna Life Insurance Company
PO Box 14876
Lexington KY  40512-4876

Eduardo Rodriguez
222 East 41st Street
New York, NY 10017

12/13/2024

Member Name: GENNIFER R HERLEY

Reference Number: 241212021031
Plan Sponsor: MTA NEW YORK CITY TRANSIT
Plan Sponsor Account Number: 285593

Dear Member and Healthcare Provider(s) of Record,

After review, we have made a decision about coverage for the following health care services for the
member named above. We use nationally recognized clinical guidelines and resources, such as MCG
criteria and Clinical Policy Bulletins. Clinical Policy Bulletins are available at
https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state
guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 15824 | RHYTIDECTOMY FOREHEAD | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the
Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information

we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 31750 | TRACHEOPLAST Y CERVICAL | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21180 | RCNSTJ FOREHEAD &/ SUPRAORBITAL RIMS W/AUTOGRAFT | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21139 | RDCTJ FHD CNTRG & SETBACK ANT FRONTAL SINUS WALL | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21270 | MALAR AUGMENTATION PROSTHETIC MATERIAL | 2.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 15774 | Grafting of autologous fat harvested by liposuction technique to face, eyelids ,mouth, neck, ears, orbits, genitalia, hands, and/or feet; each additional 25 cc injectate, or part there of (List separately in addition to code for primary procedure) | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit

plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 40799 | UNLISTED PROCEDURE LIPS | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids ,mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan.

Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 40525 | EXC LIP FULL THKNS RCNSTJ W/LOCAL FLAP | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez
NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 31899 | UNLISTED PROCEDURE TRACHEA BRONCHI | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan.

Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez

NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 30420 | RHINOPLASTY PRIMARY W/MAJOR SEPTAL REPAIR | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan. Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Provider(s):** Eduardo D Rodriguez

NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21122 | GENIOPLASTY 2/> SLIDING OSTEOTOMIES | 1.00 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about the member's condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as a component of a gender transition. This procedure isn't medically necessary under the terms of the member's plan.

Scientific evidence published in peer-reviewed medical literature hasn't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

### Information About Coverage Denials:

"Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.    Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement.  The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

The clinical criteria upon which this decision was based are available free of charge upon request by calling our Member Services department using the phone number displayed on the member's ID card.

Denial codes are not used and therefore not available.

**Provider Information:** Participating Providers: Please be advised that for services encompassed within the scope of your provider services contract, you are prohibited from seeking payment from the member.

**Peer to Peer Review:** If you are a treating practitioner and you disagree with a coverage denial, you may request a peer to peer review with the Medical Director who made the decision.  To request a peer to peer review, call the Medical Director's phone number at the end of this letter.  You must request this review within 14 calendar days from the date of this letter.  A Medical Director will try to contact you within one business day of your request or at a time that you specify.  A peer to peer review is optional and not an appeal.  It is a focused discussion during which you may provide additional information and ask the Medical Director to reconsider the decision.  If you are not satisfied with the outcome of this review, you may appeal the coverage denial as shown below.  You may also appeal without a peer to peer review.

**Provider Appeal Rights:** You may appeal this coverage decision if you disagree.  If this is a prospective or concurrent decision for services not yet provided or for ongoing services such as an inpatient stay, any appeal would be considered on behalf of the member.  Please see the member appeal rights below.  If this is a retrospective decision for services that have been completed, you may appeal within 180 days of your receipt of this denial notice.  If you decide to appeal, your appeal should include a copy of this denial notice, an explanation of the treatment rationale, and all supporting documents to be considered, including a copy of any pertinent medical records.

To request an appeal on behalf of the member, follow the member appeal instructions below and clearly state that your appeal is on behalf of the member.  If your appeal is not on behalf of the

member, send your appeal to the following address:  Aetna, Attn: Provider Resolution Team, P.O. Box 14020, Lexington, KY 40512.

**Member Appeal Rights:**
You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

### How to ask for an appeal by phone

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at:
https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna
National Accounts CRT
P.O. Box 14001
Lexington, KY 40512

Your request should include:
- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group's name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

Action for Out-of-Network Providers due to the No Surprises Bill Act:
When needed, providers must obtain the Standard Notice and Consent Documents under the No Surprises Act and submit the form with the claim. Or submit the form separately by sending it to one of the following:

Aetna
PO Box 14079
Lexington, KY 40512-4079, or

fax to 859-455-8650

**We Protect Your Privacy:**
Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID number, and date of birth.

**Patient Safety Information:**
To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using provider search.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Sincerely,



Medical Director
The physician involved in making this decision may also be reached at (888) 422-4817.

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

Aetna
148.32.318.1