# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

BINAH GORDON *et al*.,

               Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

               Defendant.

No. 3:24-cv-01447-VAB

**DECLARATION OF DR. JANICE STEFANACCI SEWARD, PSY. D.**

I, Dr. Janice Stefanacci Seward, Psy. D., declare as follows:

1.    I am a psychologist practicing in Greater Barrington, Massachusetts. I submit this declaration in my capacity as the treating mental health provider of Dr. Gennifer Herley, a plaintiff in the above-captioned matter.

2.    I received a Doctor of Clinical Psychology from Hahnemann/Widener University. I am licensed to practice psychotherapy in New York and Massachusetts.

3.    Since at least 1995, I have worked with patients experiencing gender dysphoria or other forms of distress related to gender identity and sexuality. My practice in this area predates the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5), which introduced the diagnostic criteria for Gender Dysphoria in Adolescents and Adults (F64.1). Under the previous edition of the DSM, I applied the diagnostic criteria for Gender Identity Disorder to evaluate patients who expressed distress related to their gender identity.

4.    I have been Dr. Herley's treating mental health provider since 1995. My treatment has focused on her gender identity and the attendant distress that comes with it. From the outset, Dr. Herley expressed severe distress arising from the incongruence of her masculine appearing face and her gender identity.

5.    With the publishing of DSM-5, I clinically evaluated the distress Dr. Herley experiences related to her gender identity and formally diagnosed her with Gender Dysphoria in Adolescents and Adults (F64.1).

6.    Dr. Herley's gender dysphoria symptoms manifest primarily as depression, anxiety, suicidal ideation, low self-esteem, intense desire to avoid social interactions, heightened fixation on her appearance, hypervigilance, and attendant emotional fatigue.

7.      Dr. Herley has expressed a deep sense of despair that she will never achieve the external manifestation of her internally experienced gender, leading to heightened thoughts of self-harm.

8.      Starting in 2017, Dr. Herley has been on feminizing hormone replacement therapy (HRT), and she has been living full-time as a woman since 2018. In the period during which she was preparing to transition medically and socially, in response to her increased symptoms of gender dysphoria, I increased Dr. Herley's psychotherapy sessions to approximately twice a week to better manage her symptoms.

9.      In February 2020, Dr. Herley underwent breast augmentation surgery. Then, in January 2023, she had vaginoplasty surgery.

10.     Dr. Herley and I discussed each procedure in depth prior to her undergoing the procedure. Dr. Herley demonstrated more than adequate knowledge of her gender dysphoria and the benefits and potential risks of embarking on gender reassignment treatments (HRT, surgeries, etc.). Dr. Herley is educated about the procedures, requirements, and is capable of making informed decisions regarding ongoing gender reassignment treatment.

11.     These medical treatments and procedures were medically necessary, and I observed significant reduction in her symptoms of gender dysphoria following each.

12.     Despite these interventions, Dr. Herley continues to experience severe gender dysphoria arising from her facial features, often manifesting as extreme anxiety regarding her face.

13.     Dr. Herley has taken measures to address her gender dysphoria arising from her masculine appearing face, by growing out her hair and wearing it in typical feminine hair styles, wearing make-up in virtually all situations, undergoing permanent tattooing of eyeliner, eyebrows and lip liner, and undergoing permanent facial hair removal.

14.     Dr. Herley's gender dysphoria related to her face has persisted despite these measures, and I have determined that Dr. Herley is psychologically ready to proceed with Gender Affirming Facial Reconstruction (GAFR), also referred to as Facial Feminization Surgery (FFS).

15.     Dr. Herley meets all the eligibility and readiness criteria outlined in the official World Professional Association for Transgender Health (WPATH) *Standards of Care* (SOC) for the treatment of individuals diagnosed with gender dysphoria. My clinical evaluation suggests that undergoing GAFR will greatly reduce much of her anxiety regarding her face not aligning with her female identity. I have determined that this surgery is medically necessary to treat Dr. Herley's gender dysphoria.

16.     On November 2, 2024, I prepared a letter of support for Dr. Herley indicating that she has a diagnosis of gender dysphoria, she is a fit candidate for Facial Feminization Surgery under the

WPATH SOC, and that I recommend she undergo Facial Feminization Surgery. A true and correct copy of that letter is attached to this declaration as Attachment A.

17.    Dr. Herley's symptoms of gender dysphoria dramatically worsened upon learning that Aetna had rejected her request for coverage of her GAFR late last year. At our session following Aetna's denial, she was clearly in despair, desperate, and experiencing heighted symptoms of dysphoria.

18.    In order to manage her now heightened gender dysphoria, we have discussed potentially adding an additional session so that we would meet three times per week. Additionally, if her symptoms continue to worsen, I may recommend pharmacotherapy for break-through anxiety.

19.    Dr. Herley has continued to deteriorate since Aetna's denial of coverage. She has been experiencing both mental and physical symptoms related to her severe gender dysphoria.

20.    Her mental symptoms include increasing depression, dissociation, heightened feelings of dysphoria, social isolation, increased risk of self-harm, obsessive thoughts, having a sense of impending danger, panic, or doom, and having trouble concentrating or making decisions.

21.    In the course of consulting with a plastic surgeon specializing in gender affirming facial surgery, Dr. Herley had facial measurements taken, which demonstrated that her measurements do not reflect those measurements typically associated with female facial features. This exercise was a trigger for her dysphoria.

22.    With respect to the physical symptoms, she has been experiencing the following: Dizziness, feeling detached from herself, breathing rapidly (during panic attacks) and lastly, she developed a dermatological rash of unexplained origins that worsens when she's undergoing distress from gender dysphoria. The rash is comprised of painful pustules that are prone to opening and bleeding.

23.    Dr. Herley's heightened symptoms associated with the delay in accessing GAFR are also interfering with her ability to work. As the executive director of TransNewYork, Dr. Herley is regularly interviewed for television, speaking at events, and conducting trainings on workplace inclusion. All these aspects of her work require her to be publicly visible, which is increasingly difficult for her to do while she is suffering from severe dysphoria related to her face.

24.    I recently invited Dr. Herley to attend a weekend retreat I hosted and was able to observe her debilitating, almost paralyzing, anxiety of socializing with other people—driven entirely by her dysphoric symptoms related to her masculine appearing face.

25.    If Dr. Herley were unable to access GAFR entirely, it is likely that her symptoms would not only continue to worsen but would likely become so severe as to disable her. Her social isolation could become so pronounced that she is unable to work altogether. Her increasing thoughts of self-harm are likely to pose a serious risk of injury or death.

26.    Dr. Herley remains an excellent candidate for GAFR. She will likely experience a dramatic reduction in symptomology immediately if she undergoes GAFR.

27.    It is my view that the longer Dr. Herley has to wait to access gender affirming facial surgery, the more likely her condition may deteriorate even further. She is suffering greatly because it has affected every aspect of her life. Now more than ever, her gender dysphoria is increasing rapidly as each day passes.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Date: 2/28/2025 | 10:56 AM PST              Signature: _____
                                                        Janice Stefanacci Seward, Psy. D.

# ATTACHMENT A



9 Berkshire Heights Road,
Great Barrington, MA 01230

11/02/24

To Whom it may concern,

This letter is to serve as documentation that my client, Gennifer Herley has completed over 200 sessions of psychotherapy at my office in Great Barrington, Massachusetts to explore her gender prior to beginning hormone therapy and is now seeking other gender reassignment treatments. Having engaged in psychotherapy from May 2018 to the present.

Gennifer Herley is 62 years old and she is currently a Transformational Life Coach working with the transgender community. Gennifer has been strongly and persistently been aware of the desire to be female. Her Gender Dysphoria is heightened as a result of her facial features which has resulted in extreme anxiety regarding her face. Gennifer Herley referred herself to explore and resolve this conflict. This letter verifies that she is psychologically ready to proceed with Facial Feminizing Surgery this is a medical necessity for her. Having  this surgery will result in greatly reducing much of her anxiety regarding her face not aligning with her female identity, as per the following clinical evaluation.

She described her childhood as one in which he wanted to express her femininity that she felt within herself. Being in a large family that had 5 boys and 1 girl she felt quite frustrated about not being female and express herself in that manner. With regard to gender history, Gennifer Herley has been living full-time as a female for the past 6 years. Additionally Gennifer Herley has been on HRT for 6 years and 1 month. As well as having Breast Augmentation 3 years ago and Vaginoplasty 18 months ago

Over the course of the treatment, Gennifer Herley has demonstrated more than adequate knowledge of her Gender Dysphoria and the benefits and potential risks of embarking on gender reassignment treatments (Hormones, surgeries, etc,). Gennifer Herley is educated about the procedures, requirements, and is capable of making informed decisions regarding ongoing gender reassignment treatment.

Over the course of treatment, Gennifer Herley acknowledged that her decision to transition has resulted in a significant reduction of personal distress surrounding gender identity. Diagnostically, Gennifer Herley meets criteria for *Gender Dysphoria*. There is an absence of any substance abuse. The client does not have any symptoms of psychosis or disturbances in personality. It is recommended that the client continue with the psychotherapy as she continues her gender transition in order to address any issues that may surface. Given that the client's insight and judgment are within normal range, it seems likely that having Facial Feminizing Surgery would be of great benefit to her.

The client has met all the eligibility and readiness criteria outlined in the official World Professional Association for Transgender Health *Standards of Care* for the treatment of individuals diagnosed with Gender Dysphoria. Given the preceding report, I certify Gennifer Herley to be a fit candidate for Facial Feminizing Surgery. Please feel free to contact me at 413 429-1240 if there are any further questions regarding regarding this client.

Sincerely,

*Janice Stefanacci*

Dr. Janice Stefanacci Psy.D.

NYS Liscense # 010396

email: embodyhealingarts.com                    (413) 429-1240