# EXHIBIT 8

California  |  Colorado  |  Illinois  |  Maryland  |  New York  |  Oregon  |  Washington

## California

For members of HMO/HNO plans regulated by the State of California Department of Managed Health Care (DMHC) and Traditional and PPO plans regulated by the California Department of Insurance (CDI), outpatient procedures for gender affirming services performed by in-network providers are not subject to prior authorization. All inpatient gender affirming services require prior authorization.

## Colorado

For fully insured small group and individual health plans regulated by the State of Colorado Division of Insurance, coverage is required by legislation for medically necessary gender affirming care for gender dysphoria. This includes the following facial and body contouring procedures, which are covered when medical necessity criteria are met:

- Blepharoplasty (eye and lid modification)
- Face/forehead and/or neck tightening
- Facial bone remodeling for facial feminization
- Genioplasty (chin width reduction)
- Cheek, chin, nose implants
- Lip lift/augmentation
- Mandibular angle augmentation/creation/reduction (jaw)
- Orbital recontouring
- Rhinoplasty (nose reshaping)
- Rhytidectomy (cheek, chin, and neck)
- Laser or electrolysis hair removal.

All other facial and body contouring gender affirming surgery procedures that are not listed above are considered not medically necessary and are not covered.

For fully insured small group and individual health plans regulated by the State of Colorado Division of Insurance, the above listed facial and body contouring gender affirming surgery procedures are considered medically necessary when *all* of the following criteria are met:

1. Signed letter of referral from a qualified mental health professional (see Appendix); *and*
2. Persistent, well-documented gender dysphoria (see Appendix); *and*
3. Capacity to make a fully informed decision and to consent for treatment; *and*
4. The member is at least 18 years old; *and*
5. If significant medical or mental health concerns are present, they must be reasonably well controlled; *and*
6. Photographs demonstrate features that are not congruent with the member's gender identity.

top

## Illinois

For members of commercial fully insured and self-funded non-ERISA group and individual health insurance plans regulated by the Illinois Department of Insurance, all gender affirming care must be reviewed for medical necessity using evidence-based sources reflecting current generally accepted standards of care. Aetna will not categorically exclude coverage for treatment for gender-affirming care that falls within generally accepted standards of care, nor will it apply a cosmetic exclusion or consider such care as experimental or investigational. Members who are denied coverage for gender affirming care for lack of medical necessity will be afforded their rights to appeal and external independent review as required by Illinois law.

## Maryland

For fully insured small group and individual health plans regulated by Maryland Medicaid Program, coverage is required by legislation for medically necessary gender affirming care for gender dysphoria. This includes the following facial and body contouring procedures, which are covered when medical necessity criteria are met:

- Blepharoplasty (eye and lid modification)
- Face/forehead and/or neck tightening
- Face/forehead contouring
- Facial bone remodeling for facial feminization
- Genioplasty (chin width reduction)
- Cheek, chin, nose implants
- Lip lift/augmentation
- Mandibular angle augmentation/creation/reduction (jaw)
- Orbital recontouring
- Rhinoplasty (nose reshaping)
- Rhytidectomy (cheek, chin, and neck)
- Laser or electrolysis hair removal.
- Cervicoplasty
- Osteoplasty, Facial bones; Augmentation (autograft, allograft, or prosthetic implants)
- Tracheoplasty
- Tracheal shave/reduction thyroid chondroplasty (thyroid cartilage reduction)
- Brow lift Blepharoplasty (in conjunction with other facial feminization)
- Tattooing, intradermal introduction of insoluble opaque pigments to correct color defects of skin, including micropigmentation: 6.0 sq cm or less, 6.1 to 20.0 sq cm, and each additional 20.0 sq cm or part thereof
- Injection of filling material (collagen)
- Dermabrasion to face
- Abrasion of lesions (keratosis, scar)
- Chemical peels
- Excision, excessive skin (all body areas)
- Punch graft hair transplant
- Liposuction to all areas of body (lipectomy)
- Electrolysis Epilation
- Calf implants
- Revision of prosthetic vaginal graft
- Laryngoplasty
- Nipple/areola reconstruction
- Correction of inverted nipples

All other facial and body contouring gender affirming surgery procedures that are not listed above are considered not medically necessary and are not covered.

**For fully insured small group and individual health plans regulated by Maryland Medicaid, the above listed facial and body contouring gender affirming surgery procedures are considered medically necessary when *all* of the following criteria are met:**

1. Signed letter of referral from a qualified mental health professional (see Appendix); *and*
2. Persistent, well-documented gender dysphoria (see Appendix); *and*
3. Capacity to make a fully informed decision and to consent for treatment; *and*
4. The member is at least 18 years old;
5. If significant medical or mental health concerns are present, they must be reasonably well controlled; *and*

6. Photographs demonstrate features that are not congruent with the member's gender identity.

For fully insured small group and individual health plans regulated by Maryland Medicaid, one mental health provider letter is required and can be applied to any and all gender affirming breast, genital, facial, or body contouring surgeries for the member.

top

## New York

For members with plans regulated by the State of New York Department of Financial Services, the below listed gender affirming surgery procedures are considered medically necessary when all of the following criteria are met (effective September 16, 2024):

1. Signed letter from a qualified mental health professional assessing the transgender/gender diverse individual's readiness for physical treatments; and
2. Documentation of marked and sustained gender dysphoria; and
3. Other possible causes of apparent gender incongruence have been excluded; and
4. Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; and
5. Capacity to consent for the specific physical treatment.

For members of plans governed by the State of New York, the following procedures, when performed as a component of gender-affirming treatment, will be approved for coverage when medical necessity criteria are met, including but not limited to (effective September 16, 2024):

- Brow: reduction, augmentation, lift
- Hair line advancement and/or hair transplant
- Facelift/mid-facelift (following alteration of underlying skeletal structure) (+/-Platysmaplasty)
- Blepharoplasty, Lipofilling
- Rhinoplasty (+/- fillers)
- Cheek: Implant, Lipofilling
- Lip: upper lip shortening, lip augmentation (autologous and non-autologous)
- Lower Jaw: reduction of mandibular angle, augmentation
- Chin reshaping: Osteoplastic, alloplastic (implant-based)
- Other Liposuction or Lipofilling
- Other implants (pectoral, hip, gluteal, calf)
- Monsplasty or mons reduction
- Hair removal from face, body, genital areas for gender affirmation of preoperative preparation. Electrolysis, laser epilation
- Tattoo (i.e. nipple-areola)
- Chondrolaryngoplasty, vocal cord surgery
- Assessment, support, training by voice and communication specialists.

top

## Oregon

For members of plans governed by the State of Oregon, the following procedures, when performed as a component of gender-affirming treatment, will be approved for coverage without medical necessity review, including but not limited to:

- Electrolysis / laser hair removal
- Tracheal shaves

- Voice modification surgery, laryngoplasty
- Facial bone reduction or augmentation
- Rhinoplasty
- Forehead lift / lower hairline
- Scalp hair transplantation
- Rhytidectomy (face lift, facial liposuction, neck tightening)
- Lip enhancement or reduction
- Body contouring gender affirming surgery, including (not an all-inclusive list): Liposuction/lipofilling/implants (pectoral, hip, gluteal, calf).
- Blepharoplasty
- Brow lift
- Cheek implants
- Chin implants.

top

## Washington

For members of plans regulated by the Washington State Department of Insurance, the following procedures that are performed as a component of a gender transition must be reviewed for medical necessity:

- Electrolysis / laser hair removal
- Tracheal shaves
- Voice modification surgery, laryngoplasty
- Facial bone reduction or augmentation
- Rhinoplasty
- Forehead lift / lower hairline
- Scalp hair transplantation
- Rhytidectomy (face lift, facial liposuction, neck tightening)
- Lip enhancement or reduction
- Blepharoplasty
- Brow lift
- Cheek implants
- Chin implants.

All other gender affirming surgery procedures other than those listed above are considered not medically necessary and cosmetic.

For members of plans regulated by the Washington State Department of Insurance, the following medical necessity criteria will be applied in determining the medical necessity of gender affirming surgery procedures listed above:

- Signed letter from a qualified mental health professional assessing the transgender/gender diverse individual's readiness for physical treatments; and
- Documentation of marked and sustained gender dysphoria; and
- Other possible causes of apparent gender incongruence have been excluded; and
- Mental and physical health conditions that could negatively impact the outcome of gender-affirming medical treatments are assessed, with risks and benefits discussed; and
- Capacity to consent for the specific physical treatment; and
- Six months of continuous hormone therapy as appropriate to the member's gender goals (12 months for adolescents less than 18 years of age), unless hormone therapy is not desired or medically contraindicated; and
- Photographs demonstrate features that are not congruent with the member's gender identity.

These gender affirming procedures are considered not medically necessary if these criteria are not met.

top