IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-01447-VAB<br><br>April 11, 2025 |

**MOTION TO PROVISIONALLY SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS AND EXHIBITS**

Pursuant to the Court's Standing Protective Order in this case (ECF No. 10), the parties' Proposed Stipulated Protective Order (ECF No. 50), and Rule 5(e) of the Local Rules for the United States District Court for the District of Connecticut, Defendant Aetna Life Insurance Company ("Aetna") hereby seeks leave to file under seal an unredacted version of (i) its Opposition to Plaintiffs' Motion for Preliminary Injunction, (ii) Exhibits A-H to the Declaration of Attorney Sarah Reeves, (iii) Exhibit D to the Declaration of Hannah Goellner, and (iv) Exhibits A-D to the Declaration of Susan Powell. In support of this motion, Aetna states:

1. On September 10, 2024, this Court entered its standing protective order, which governs the disclosure of confidential information in this matter. (ECF No. 10). On January 17, 2025, the parties' filed a joint stipulated protective order, which would provide additional protections for the use and disclosure of confidential information, including protected health information, at issue in this case (ECF No. 50).

2. Under the terms of these protective orders, after consultation with Plaintiffs' counsel, and upon undersigned counsel's review of certain of the Exhibits submitted in support of its Opposition to Plaintiffs' Motion for Preliminary Injunction, Aetna seeks leave to provisionally file (i) its Opposition to Plaintiffs' Motion for Preliminary Injunction, (ii) Exhibits A-H to the Declaration of Attorney Sarah Reeves, (iii) Exhibit D to the Declaration of Hannah Goellner, and (iv) Exhibits A-D to the Declaration of Susan Powell, under seal. These documents contain information about Plaintiffs Jamie Homnick and Gennifer Herley's requests for coverage under their health benefit plans, as well as personal identifying information and protected health information with respect to each of them. Aetna takes no position as to whether these documents actually meet the burden necessary to permanently seal these records from the public, but is requesting to file these provisionally under seal in order to allow Plaintiffs an opportunity to review and provide a response to this motion regarding its position on sealing these documents permanently for the Court's review.

Dated at Hartford, Connecticut this 11th day of April, 2025.

/s/ Theodore J. Tucci
Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
Robinson & Cole LLP
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

>Sarah Reeves (*pro hac vice*)
>Earl B. Austin (*pro hac vice*)
>Baker Botts LLP
>30 Rockefeller Plaza
>New York, NY 10112
>Tel.: (212) 408-2649
>Fax: (212) 408-2449
>sarah.reeves@bakerbotts.com
>earl.austin@bakerbotts.com
>
>*Counsel for Aetna Life Insurance Company*

**CERTIFICATION**

I hereby certify that on this 11th day of April, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

/s/ Theodore J. Tucci
Theodore J. Tucci

4