IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., <br><br>*individually and on behalf of all similarly situated individuals*, <br><br><br>Plaintiffs, <br><br>v. <br><br><br>AETNA LIFE INSURANCE COMPANY, <br><br><br>Defendant. | Case No. 3:24-cv-1447-VAB |

**DECLARATION OF DOROTHEA VERBRUGGE, M.D.**

I, Dorothea Verbrugge, MD, declare as follows:

    1.    I am over 18 years old. I have personal knowledge of the following facts. If called as a witness in this action, I could and would testify competently to these facts.

    2.    I am a medical doctor. I received my medical degree from Case Western Reserve University School of Medicine in 1996. I then completed a residency in family medicine in 1999. From 1999 to 2004 I worked as a Family Medicine Physician in private practice. From 2004 to 2008 I worked as an Urgent Care Physician. Beginning in 2008 I began working as a Medical

Director for a variety of health benefits administrators and health benefits insurers. In 2017 I became a Senior Medical Director for Aetna. In 2020 I was promoted to Vice President of Clinical Quality, Medical Affairs. A true and correct copy of my CV is attached.

3. In my current position, I am involved in overseeing various aspects of Aetna's clinical review process. This includes leadership of Aetna's Clinical Advisory Group, which reviews certain escalated clinical situations. I am also involved in various activities relating to clinical quality oversight, clinical evidence development and clinical policy bulletin development.

4. As a result of these responsibilities, I am familiar with Aetna's policies, processes and procedures for evaluating clinical precertification coverage requests for surgeries and other medical procedures.

5. I make this declaration in support of Aetna's Opposition to the Motion for Preliminary Injunction by Plaintiffs Jamie Homnick and Gennifer Herley (the "Motion") in the above-captioned litigation. I have reviewed the Motion, as well as Plaintiffs' Second Amended Class Action Complaint (the "Complaint"). I also reviewed the declarations of Plaintiffs' healthcare providers and experts Jens U. Berli, M.D., R. Nicholas Gorton, M.D., Amanda M. Shaw, Ph.D., and Janice Stefanacci Seaward, Psy.D. I also have reviewed and am familiar with the World Professional Association for Transgender Health ("WPATH") Standards of Care Version 8 as they apply to Facial Gender Affirming Surgery. I have also reviewed the precertification determination letters sent by Aetna to Plaintiffs Homnick and Herley, which explain Aetna's medical necessity decisions regarding their requests for coverage of Gender Affirming Facial Surgery-related procedures, as well as the relevant portions of the Summary Plan Descriptions (SPD's) as applicable to Plaintiffs Homnick and Herley in 2024.

6. I am familiar with Aetna's policies and procedures for evaluating member precertification requests for health care services per the terms of their benefits plans. This includes medical necessity determinations relating to coverage for gender affirming care and related services.

7. Health benefits plans are designed to cover services that are considered "medically necessary." Typically, "medical necessity" is a term that is defined in each member's health benefits plan or policy. That definition typically includes health care services or supplies that prevent, evaluate, diagnose, or treat an illness, injury, medical condition, disease or its symptoms, and that are, among other things:

- Administered in accordance with "generally accepted standards of medical practice";

- Clinically appropriate and considered effective to treat a member's illness, injury, medical condition, disease or symptoms;

- Follows consensus-based standards that are based on credible, high-quality scientific evidence published in peer-reviewed medical literature which is generally recognized by the relevant medical community; and

- Apply clinical judgment, and, where applicable, follow the standards set forth in our clinical policies.

8. Where a member's coverage request includes services that may or may not be considered "medically necessary" for the condition being treated, each service included in the request is reviewed by a licensed medical practitioner, who makes coverage determinations based on an individualized assessment of the specific request(s), the member's plan language, the member's individual needs and their individual medical history.

9. Separately, each health benefits plan may also contain categorical coverage exclusions for certain types of services. When coverage for an excluded service is requested, such services are not eligible for approval under the Plan, regardless of medical necessity.

10. In instances where a request for coverage is not excluded under the Plan and also may involve a specialized or condition-specific service, the Aetna medical director reviewing the coverage request may consult one of Aetna's Clinical Policy Bulletins for updated, specialized medical guidance on whether the procedure requested is considered safe and effective for the purpose being sought.

11. Although Aetna's medical directors often consult various sources of information (including CPBs), each coverage decision rests on the judgment and discretion of the medical director making the medical necessity determination, subject to Plan coverage restrictions and legal and regulatory requirements.

12. Aetna has a Clinical Policy Bulletin, number 0615, which may be consulted by Aetna medical directors when evaluating coverage requests for gender affirming services, including Gender-Affirming Facial Surgery.

13. I reviewed the precertification decision coverage letters sent by Aetna to Plaintiffs Homnick and Herley explaining Aetna's medical necessity decisions relating to their requests for coverage of Gender Affirming Facial Surgery-related procedures. Each request asks for approval of a series of specific facial surgery procedures to help treat each member's gender dysphoria. None of these requests for coverage were denied due to any categorical Plan exclusion; rather, each requested procedure was separately and individually reviewed by an Aetna physician for medical necessity. Each specific, individually-requested surgical procedure was denied due to lack of medical necessity after reviewing the medical information provided to Aetna, and after also

consulting Aetna's Clinical Policy Bulletin. In each instance, Aetna's letter informed the member that Aetna reached its conclusions after confirming that "peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria."

14. Aetna Clinical Policy Bulletins are designed as tools to assist medical reviewers in assessing and making medical necessity decisions. Aetna's medical directors are responsible for reviewing member and provider requests for coverage regardless of whether a Clinical Policy Bulletin is available for consultation. If Plaintiffs' coverage requests were re-presented for precertification review and Aetna's medical director was unable to consult CPB 0615, the medical director would still make individualized medical necessity determinations based upon the clinical evidence and research available, which would include an evaluation of whether the efficacy of the requested procedure or service is supported by high-quality, evidence-based medical and scientific research and literature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2025.

_____
Dorothea Verbrugge, MD

**Dorothea J Verbrugge, MD**
**Board Certified Family Physician**
Salt Lake City, UT
385-227-1821 (Cell)
VerbruggeD@Aetna.com
https://www.linkedin.com/in/dorothea-verbrugge-43b1a977/

| | |
|---|---|
| **Current Employment** | **CVS- Aetna Health Care (6/2017 – Present)**<br>151 Farmington Ave, Hartford, CT 06156<br>**Vice President Clinical Quality, Medical Affairs (4/2020 – Present)**<ul><li>Responsibility for Clinical Quality and Clinical Integrity of Aetna Health Plans, including but not limited to:<ul><li>**Clinical Policy Bulletin Development** – Leads Clinical Policy Unit to develop and maintain Aetna's Clinical Policy Bulletins, available publicly online for transparency of clinical coverage policies</li><li>**Clinical Evidence Development** – Team oversees CVS Medical Affairs publication governance process to ensure compliance with data stewardship and evidence development for external peer reviewed publications.</li><li>**Escalated Clinical Case Resolution** – Leads Clinical Advisory Group review of clinical situations that have been escalated to Medical Affairs leadership through sensitive clinical situations, regulatory or legal concerns, media inquiry, executive attention, or government review.</li><li>**Clinical Insights & Analytics Team** – Leads team of Program Managers and data analysts to develop and implement clinical quality initiatives that improve health outcomes, increase value, enhance health care experience, and decrease health equities</li><li>**Clinical Quality Oversight** – Develop and communicate methodology for ensuring clinical quality of CVS-Aetna provider performance, Value-Based measurement, and related clinical initiatives, including primary care, specialists, telehealth / virtual care, and Health Equity.</li></ul></li></ul>**North Central Territory Coach & Great Lakes Senior Medical Director, Clinical Solutions (1/2019 – 4/2020)**<ul><li>Physician executive lead for Aetna Great Lakes Market (IL, MI, IN, MN, WI), working closely with Aetna business, sales, and network leaders to develop, implement, support, and promote health care strategies that provide quality care for Commercial and Medicare members in a cost-effective manner.</li><li>Direct oversite of 10 Medical Directors to ethically support Utilization Management, engage the provider community, and support sales and network initiatives</li><li>Oversight of Market and Territory utilization management, quality, case management, compliance, and clinical coverage determinations to consistently deliver appropriate medical management services.</li><li>Clinically support development and growth of Aetna Accountable Care Organizations (ACO), Collaborative relationships and the Allina-Aetna Joint Venture</li></ul> |

- Direct oversight of similar activities as Clinical Coach of Midlands and Heartlands Markets (KS, MO, NE, SD, ND, CO, IA), with two Senior Medical Directors and 13 additional Medical Directors

**Big Sky Senior Medical Director, Clinical Solutions (6/2017 – 12/2018)**
- Physician executive lead for Aetna Big Sky Market (CO, UT, NV, WY, ID), working closely with Aetna business, sales, and network leaders to develop, implement, support, and promote health care strategies that provide quality care for Commercial and Medicare members in a cost-effective manner.
- Direct oversite of Medical Director team to ethically support Utilization Management, engage the provider community, and support sales and network leaders
- Oversight of Market utilization management, quality, case management, compliance, and clinical coverage determinations to consistently deliver appropriate medical management services.
- Clinically support development and growth of Aetna Accountable Care Organizations (ACO) and Collaborative relationships

**Ongoing Role: National Product and Program Development Office (7/2018 – Present)**
- Clinical partner for Aetna "Next Best Action" Digital, Analytics and Behavior Change Pods, providing clinical expertise to ensure the clinical quality and integrity of Aetna Behavioral Change initiatives

**Previous Employment**

**Intermountain Health Care (4/2012 – 5/2017)**
**Medical Director and AVP for Integrated Care Management** (5/2016 – 5/2017)
36 South State St, Salt Lake City, UT 84111
- Clinical coordination and integration of Case Management across 22 Intermountain Hospitals and the Physician Medical Group, Home Care, and Health Plan (SelectHealth), in collaboration with Intermountain clinical operations and Population Health teams.
- Direct oversight of 7 FTE's to develop and sustain Intermountain Integrated Care Management operations, including Case Management functions, inpatient Utilization Review, standardization of workflows, and regulatory compliance.
- Initiatives and projects included Readmission Reduction coordination, implementation of a risk stratification program for proactive chronic care management, transition of care program development, shared plan of care design, case management reporting, utilization review operations, and Case Management Shared Services development.

**SelectHealth Medical Director** (4/2012 – 5/2016)
5381 Green Street, Murray, UT 84123
- Led clinical oversight of Medicare and Medicaid products, including case management, utilization management, medical trends, risk adjustment, quality and incentive initiatives, provider and member education, appeals, and compliance.
- SelectHealth clinical representative to Intermountain Hospital System for clinical operations, patient engagement, utilization management, palliative care, documentation and coding, post-acute care, emergency department utilization, and standardized care process models

**Altius Health Plans (Coventry Health Care) (5/03 – 4/2012)**
 10421 South Jordan Gateway, South Jordan, UT 84095
**Medicare General Manager and Medical Director (11/11-4/12)**
- Responsibilities included those below in addition to management of Medicare department with oversight of bid development, broker relations, risk adjustment, and Stars measures.

**Medical Director (5/03-4/12)**
- Clinical decision making for Commercial and Medicare products in Utah and Idaho, including utilization management, case management, cost of health care trends, quality improvement, credentialing, Pharmacy and Therapeutics, Physician Advisory Committee (chair), medical liaison for provider relations, and benefit interpretation and design.

**University of Utah Medical Clinics, Redwood Urgent Care (10/04 – 2/08)**
1525 West 2100 South, Salt Lake City, UT  84119
Urgent Care Physician

**Lehi Family Medicine Clinic (5/99 – 5/04)**
Associates of the American Fork Family Medicine Clinic (now Premier Family Medical)
1100 East 226 North, American Fork, UT  84003
Hospital Privileges at American Fork Hospital and Timpanogos Regional Hospital

**Residency**  **St Mark's Family Medicine Residency (7/96 – 6/99)**
1250 East 3900 South, Suite 260, Salt Lake City, UT  84124
Family Medicine Resident
Chief Resident (7/98 – 6/99)

**Medical Education**  **Case Western Reserve University School of Medicine (8/92 – 5/96)**
Adelbert, Road, Cleveland, OH, 44108
Degree: MD
Awards: Rawlings Memorial Scholarship (93, 94, 95)
    Ohio Board of Regents Scholarship (93, 94)

**Undergraduate Education**  **College of Wooster (8/88 – 5/92)**
Beall Ave, Wooster, OH 44691
Major: Pre-Health Sciences
Awards: Class of 1992 Valedictorian
    Phi Beta Kappa Honors Society (92)
    Lockhart Outstanding Senior Award (92)
    Galpin Award for General Excellence in College Work (92)
    College Scholars Award (89, 90, 91, 92)

**Certifications**  American Academy of Family Physicians, Board Certified

| | |
|---|---|
| **Current MD Licenses** | Physician & Surgeon – State of Utah<br>Physician and Surgeon – Idaho State Board of Medicine<br>Physician / Surgeon – Wyoming Board of Medicine<br>Physician – Nevada State Board of Medical Examiners |
| **Professional Memberships** | American Academy of Family Physicians<br>Utah Medical Association<br>American Medical Association |
| **Board Participation** | Intermountain Central Region Board (2014 – 2016)<br>Salt Lake County Board of Health (8/2015 – 12/2021)<br>    Board Chair 2021 |
| **Business Experience** | **DO iT Health and Fitness, LLC (2002 – 2004)**<br>Owner, Manager<br>ACE Certified Personal Trainer |
| **Publications** | Craig, KJ, Chen T, Fressin F, Zaleski A, Mok K, Bacigalupo A, Leal S, Rocchio J, Verbrugge DJ, Tenneti S, Chaguturu S. Limited RSV Vaccine Administration: A Case for Redesigning the Preventive Care Model. 2024 Nov, NEJM Catalyst 5(11); DOI: 10.1056/CAT.23.0412.<br><br>Bhatla A, Kim CH, Nimbalkar M, Ng-Thow-Hing AS, Zaleski AL, Craig KJT, Verbrugge DJ, Dunn P, Martin SS, Marvel FA. Cardiac Rehabilitation Enabled with Health Technology: Innovative Models of Care Delivery and Policy to Enhance Health Equity. Published online 1/16/23 in J Am Heart Assoc. 2024 Jan 16;13(2):e031621. doi: 10.1161/JAHA.123.031621. Epub 2024 Jan 16. PMID: 38226509.<br><br>Craig KJT, Yanrong J, Zhang Y, Berk A, Zaleski AL, Abdelsamad O, Coetzer H, Verbrugge DJ, Hua G. Real-world Application of Racial and Ethnic Imputation and Cohort Balancing Techniques to Deliver Equitable Clinical Trial Recruitment. JAMIA Conf Proceedings. Jan 11;2023:319-328. PMID: 38222354<br>*Nominated as a "Distinguished Paper" in Highlights of AMIA conference proceeding.<br><br>Schwartz AL, Chen Y, Jagmin CL, Verbrugge DJ, Brennan TA, Groeneveld PW, Newhouse JP. Coverage Denials: Government and Private Insurer Policies for Medical Necessity in Medicare. Health Affairs 2022; 41(1): 120–128<br><br>Baquet-Simpson AM, Thomas Craig KJ, MacKenzie SM, Miller HV, Yang H, Foreman RP, Martinez KA, McNutt SL, Verbrugge DJ, and Sharp JS. Spotlight: a phased Medicare engagement to close gaps in preventive care for Black and Hispanic populations with type 2 diabetes mellitus and/or hypertension. Status: Published J. Health Care for the Poor and Underserved 33(5):1-6, 2022. Special supplement on "Public-Private Partnerships to Improve Health Equity" sponsored by CVS Health®<br><br>Schwatrz AL, Brennan TA, Verbrugge DJ, Newhouse JP. Measuring the Scope of Prior Authorization Policies; Applying Private Insurer Rules to Medicare Part B. JAMA 2021; 2(5): e210859 |

Verbrugge DJ, Peugh W. Infant with a Tail. Case Presentation in "Photoclinic." Consultant for Pediatricians 2003; 2:258.

Verbrugge, DJ, Goodnough LT. The effect of recombinant human erythropoietin treatment on the endurance performance of Sprague-Dawley rats. Scand J Clin Lab Invest; 1993; 54:55-59.

Goodnough, LT, Verbrugge DJ, Marcus RE, Goldberg V. The effect of patient size and dose of recombinant human erythropoietin therapy on red blood cell volume expansion in autologous blood donors for elective orthopedic operation. J Am Coll Surg 1994; 179:171-176.

Goodnough LT, Strasburg D, Verbrugge DJ, Fisher C. Morbidity and mortality in adults with "idiopathic" thrombotic thrombocytopenia purpura / hemolytic uremic syndrome. J Intensive Care Med 1994; 9:167-191.

Goodnough LT, Vizmeg K, Verbrugge DJ. The impact of autologous blood ordering and blood procurement practices on allogenic blood exposure in elective orthopedic surgery patients. Am J Clin Path 1994; 101:354-357.

Goodnough LT, Strasburg D, Riddell J, Verbrugge DJ, Wish J. Has recombinant human erythropoietin therapy minimized red cell transfusions in hemodialysis patients? Clin Nephrology 1994; 41:303-307.

Goodnough LT, Riddell J, Verbrugge DJ, Marcus R. Blood transfusions in hip fracture patients: implications for blood conservation programs. J Ortho Trauma 1993; 7:47-51.

Goodnough LT, Verbrugge DJ, Vizmeg K, Riddell J. Identifying elective orthopedic surgical patients transfused with amounts of blood in excess of need: the transfusion trigger revisited. Transfusion 1992; 23:648.

**Presentations** **Seamless Transitions of Care**, American Case Management Association 2017 National Conference, April 2017, Washington DC

**Cultural Competence in Case Management**, Cultural Competence Symposium, Intermountain Health Care, March 2017.

**Integrated Care Management,** Annual Case Manager Conference, Intermountain Health Care, Oct 2016.

**Integrated Care Management and Risk Stratification**, Medical Physician Leadership Council, Intermountain Health Care, September 2016

**Shared Accountability and Risk Adjustment,** Medical Physician Leadership Council, Intermountain Health Care, February 2014

**Top 10 Things to Know about Managed Medicare and Medicaid**, Medical Staff Leadership Conference, Intermountain Healthcare, October 2012

| | |
|---|---|
| **Presentation Contributor** | Leviton R, Verbrugge DJ, Pandita D, De Los Santos R, Feterik K. Clinical Informatics and EHR Technology Solutions to Enhance the Care / Revenue Paradigm. American Medical Informatics Association (AMIA) 2024 Annual Symposium; Nov 9-14, 2024. San Francisco, CA. |
| | Craig KJT, Yanrong J, Zhang Y, Berk A, Zaleski AL, Abdelsamad O, Coetzer H, Verbrugge DJ, Hua G. Real-world Application of Racial and Ethnic Imputation and Cohort Balancing Techniques to Deliver Equitable Clinical Trial Recruitment. AMIA 2023 Annual Symposium; November 11-15; New Orleans, LA. |
| | Zaleski AL, Craig KJT, Altieri-Alger L, Dirksmeier R, Rhee KB, Verbrugge DJ. Leveraging Retail Pharmacy Consumer Data to Transform Health Care. Status: Ignite-style presentation at AMIA 2023 Clinical Informatics Conference; May 22-25, 2023; Chicago, IL. |
| | Zaleski A, Fleury V, Zeng J, Farheen N, Kokonas E, Seddington S, Choudhary S, Berns R, Verbrugge D, Moffitt MC, Craig KJT, Reif D. Informatics-Driven Behavior Change Interventions to Enhance Diagnostic Imaging Site-of-Care Selection for Commercially Insured Members. Podium Presentation at AMIA 2023 Informatics Summit. March 13-16, 2023; Seattle, WA. |
| **Posters & Abstracts** | Beltz EM, Miljovska S, Zaleski AL, Craig KJT, Churgin M, Artigas H, Jacobson A, Calderon BM, Poittevin GJ, Agarwal A, Sherman DD, Smith S, Hansen L, Verbrugge DJ, Salomon L. Artificial Intelligence-Augmented Outreach Program Enhances Medicare Advantage Member Experience. Institute for Healthcare Improvement 2024 Forum; December 8-11, 2024; Orlando, FL |
| | Zaleski AL, Gerner A, Bartlett S, Karpinksi AC, Craig KJT, Beltz E, Verbrugge DJ, Armstrong J. Building the Workforce of the Future to Advance Women's Health on a National Scale. Status: Institute for Healthcare Improvement 2024 Forum; December 8-11, 2024; Orlando, FL. |
| | Zaleski AL, Craig KJT, Horman S, Getler P, Wright J, Beltz E, Williams S, Verbrugge DJ, Chaguturu S. Leveraging Geolocation Technology to Support Retail Pharmacy Consumers During Hurricane Beryl. Institute for Healthcare Improvement 2024 Forum; December 8-11, 2024; Orlando, FL. |
| | Zaleski AL*, Guan X, Craig KJT, Junk C, McGill AT, Gordon H, Verbrugge DJ, Caya K. An Episode-Based Analytic Approach to Examine Real-World Cost Impacts of Virtual-First Care for Common Acute Conditions. American Medical Informatics Association (AMIA) 2024 Annual Symposium; Nov 9-14, 2024. San Francisco, CA. |

Zaleski AL*, Hines AL*, Craig KJT, Kulkarni SV, Simoni E, Verbrugge DJ, Hamilton E, Knecht D. Impact of Extreme Heat Days on Healthcare Utilization and Expenditures Among Members of a Large National Payor. American Medical Informatics Association (AMIA) 2024 Annual Symposium; Nov 9-14, 2024. San Francisco, CA.

Zaleski AL, Craig KJT, Fressin F, Kusnadi J, Nelson L, Simoni E, Knecht D, Verbrugge DJ, Chaguturu SK. Climate Resiliency: Using Informatics to Safeguard the Continuity of Care for Retail Pharmacy Consumers During Major Hurricanes. American Medical Informatics Association (AMIA) 2024 Clinical Informatics Conference; May 21 – 23, 2024; Minneapolis, MN.

Zaleski AL, Craig KJT, Fressin F, Simoni E, Williams S, Wright J, Traxler JM, Knecht D, Verbrugge DJ, Chaguturu SK. Health Climformatics: Leveraging Clinical Informatics to Bridge Climate Resiliency and the Quintuple Aim of Healthcare. American Medical Informatics Association (AMIA) 2024 Clinical Informatics Conference; May 21 – 23, 2024; Minneapolis, MN.

Zaleski AL, Craig KJT, Gerner A, Bartlett S, Verbrugge DJ, Jones AD, Armstrong J. Unlocking the Potential of Clinical Informatics to Address the Nationwide Gap in Menopause Transition Support. American Medical Informatics Association (AMIA) 2024 Clinical Informatics Conference; May 21 – 23, 2024; Minneapolis, MN.

Zaleski AL, Craig KJT, Guan X, Junk C, McGill AT, Gordon H, Verbrugge DJ, Caya K. An Episode-Based Analysis in a Medicare Advantage Population to Identify the Cost Impact of Virtual-First Care for Common Acute Conditions. ISPOR America 2024, May 5-8, 2024, Atlanta, GA.

Zaleski AL, Craig KJT, Guan X, Junk C, McGill AT, Gordon H, Verbrugge DJ, Caya K. Cost Impact of Virtual-First Care for Common Acute Conditions: An Episode-Based Analysis in a Medicare Advantage Population. American Telemedicine Association (ATA) Nexus 2024; May 5 – 7, 2024; Phoenix, AZ.

Zaleski AL, Kusnadi J, Craig KJT, Fressin F, Nelson L, Simoni E, Knecht D, Verbrugge DJ, Chaguturu SK.  Safeguarding Continuity of Care for Retail Pharmacy Consumers During Major Climate-Related Events. Institute for Healthcare Improvement Forum 2023. December 10 – 13, 2023; Orlando, FL.

Craig KJT, Zaleski AL, Wiggins MP, Altieri-Alger L, Verbrugge DJ, Watkins RR. Long COVID Incidence by Sociodemographic Factors in a Large National Payor Database. Infectious Diseases Society of America's 2023 IDWeek conference; October 11– 15; Boston, MA.

Berman A, Schmidt C, Truong D, Reddy S, Avalos-Reyes E, Yeon H, Brito R, Verbrugge DJ, Johnson K. Differences in Radiotherapy-Treated Members with Cancer During COVID-19 Pandemic Using Nationwide Claims Data. American Society for Radiation Oncology (ASTRO) 2023 Annual Meeting; October 1-4, 2023; San Diego, CA

Kachar S, Rutter C, Avalos-Reyes E, McAuliffK, Grover R, Feczko L, Liu C, Verbrugge DJ, Johnson K. Adherence Rates of Sphingosine-1-Phosphate Modulators in Members with

Multiple Sclerosis. National Association of Specialty Pharmacy 2023 Annual Meeting and Expo; September 18 – 21; Grapevine, TX.

Watkins N, Rutter C, Avalos-Reyes E, McAuliff K, Liu C, Grover R, Feczko L, Verbrugge DJ, Johnson K. Utilization of standard half-life or extended half-life products in members with Hemophilia A prescribed Hemlibra®. National Association of Specialty Pharmacy 2023 Annual Meeting and Expo; September 18 – 21; Grapevine, TX

Craig KJT, Zaleski A, Frantz R, Kak R, Verbrugge DJ, Salomon L, Reif D. Leveraging Informatics to Inform the Development of Payor-led, Personalized Next Best Action Programs for Healthcare Consumers. Academy Health 2023 Annual Research Meeting; June 24-27, 2023; Seattle, WA.

Byrd B, Hospodar A, Cullum B, Hastings K, Teschner T, Brown T, Perez L, Reddy S, Belinson S, Schulin J, Klein I, Rivers Z, Hovanec E, Mergler P, Avalos-Reyes E, Warde P, Coelho V, Verbrugge DJ, Brito R, Johnson K. Using Real-world Evidence to Evaluate Broad Panel vs. Sequential Single and Narrow Panel Sequencing in Members with Non-small Cell Lung Cancer. American Society of Clinical Oncology (ASCO) 2023 Annual Meeting; June 2-6, 2023; Chicago, Il.

Rutter C, Avalos-Reyes E, Roger Brito, Liu C, Craig KJT, Zaleski AL, Verbrugge DJ, Johnson K. Impact of Early Mammography Screening on Time to Diagnosis. American Society of Clinical Oncology (ASCO) 2023 Annual Meeting; June 2- 6, 2023; Chicago, IL.

Rutter C, Avalos-Reyes E, Craig KJT, Verbrugge DJ, Liu C, Kippling E, Johnson K. Impact of COVID-19 Pandemic on Breast Cancer Screening Rates. American Society of Clinical Oncology (ASCO) 2023 Annual Meeting; June 2-6, 2023; Chicago, Il.

Zaleski A, Craig KJT, Wang Y, Tukiman JF, Zuccarelli E, Verbrugge DJ, Liu T, McCormick S. Machine Learning and Game Theory Enabled Medicare Member Identification to Deliver Personalized Real-World Interventions to Manage Type 2 Diabetes.  AMIA 2023 Clinical Informatics Conference; May 23, 2023; Chicago, IL.