IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-01447-VAB |

**DECLARATION OF SARAH E. REEVES**

SARAH E. REEVES hereby declares and states as follows:

1. I am a Senior Associate at the law firm Baker Botts L.L.P., and I am counsel to Defendant Aetna Life Insurance Company ("Aetna") in the above-captioned matter. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Dr. Jamie Homnick's April 4, 2024 deposition.

3. Attached hereto as **Exhibit B** is a true and correct copy of a document produced by Plaintiff Jamie Homnick, bates-stamped BATES001481, and used at her deposition as Deposition Ex. 3.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Plaintiff Jamie Homnick, bates-stamped BATES001452, and used at her deposition as Deposition Ex. 4.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Plaintiff Jamie Homnick, bates-stamped BATES001440, and used at her deposition as Deposition Ex. 5.

6. Attached hereto as **Exhibit E** is a certified transcript prepared by Magna Legal of a recording produced by Plaintiff Jamie Homnick as BATES001566.

7. Attached hereto as **Exhibit F** is a certified transcript prepared by Magna Legal of a recording produced by Plaintiff Jamie Homnick as BATES001567.

8. Attached hereto as **Exhibit G** is a certified transcript prepared by Magna Legal of a recording produced by Plaintiff Jamie Homnick as BATES001568.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Plaintiff Jamie Homnick, bates-stamped BATES000457 and dated September 19, 2024.

Having reviewed this Declaration, I declare, under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2025
New York, New York

*Sarah Reeves*
———————————
Sarah E. Reeves