# EXHIBIT B



Confidential

**From:** Homnick, Paul
**Sent:** Tuesday, September 26, 2023 10:08 AM
**To:** Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Subject:** RE: Insurance coverage for gender affirming care

Thank you, Natasha. Much appreciated.

_____

Confidential                                                                                          BATES001481

Paul J. Homnick, Ph.D.

Principal Scientist

Materials and Process Development

Office: 585 338 5279

███████████████████████████████████

**From:** Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Sent:** Tuesday, September 26, 2023 10:07 AM
**To:** Homnick, Paul <███████████████████>
**Subject:** FW: Insurance coverage for gender affirming care

Hi Paul,

Thanks so much for this note.

I have begun the process of inquiring about cosmetic gender affirming care and possibilities for coverage under our plan. Though I cannot make any guarantees for coverage, I wanted to assure you that we are looking into it.

Please let me know if you have any questions.

Warm Regards,

Natasha

**From:** Bicking, Karen <Karen.Bicking@bausch.com>
**Sent:** Monday, September 25, 2023 3:51 PM
**To:** Homnick, Paul <█████████████████████>; Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Subject:** FW: Insurance coverage for gender affirming care

Hi Natasha,

As mentioned, Paul has the question below about Aetna/B+L benefits coverage. Thank you for connecting with Paul to discuss further.

Best,
Karen

---

**From:** Homnick, Paul
**Sent:** Friday, September 22, 2023 1:52 PM
**To:** Bicking, Karen <Karen.Bicking@bausch.com>
**Subject:** Insurance coverage for gender affirming care

Hi Karen,

I hope you had a good week.

I have some questions I'd like to ask about LGBT health insurance coverage and I would like us to keep this conversation confidential. I'm not sure who our specific HR health insurance contact is; but health coverage is an important talent retention topic, so I thought you'd be a good place to start (and also because you're leading the LGBT employee group!).

It looks like our Aetna health insurance coverage doesn't include facial feminization surgery for gender affirmation health care, and considers it "Not Medically Necessary". I attached the plan documents and you can find the section I'm referring to on pages 4-5.

I'm wondering why Aetna restricts coverage for facial feminization surgery when many medical professionals consider this treatment to be a medically necessary aspect of transgender care – and why B+L doesn't use an insurance provider that includes this treatment. I'm surprised that B+L calls itself a "progressive" place to work yet doesn't offer such a crucial health benefit for its most underrepresented employees.

Thanks for your help, Happy Friday, and have a good weekend.

Paul

Paul J. Homnick, Ph.D.

Principal Scientist

Materials and Process Development

Office: 585 338 5279

████████████████████████████████

PRIVILEGE AND CONFIDENTIALITY NOTICE: The information contained in and/or attached to this e-mail message is intended solely for the use of the addressee and may contain information that is legally privileged, confidential or exempt from disclosure. If you think you received this message in error, please notify the sender immediately by replying to the email and then delete it from your computer. Do not disclose the contents to anyone. Thank you.