# EXHIBIT C



**From:** Morland, Kathy <Kathy.Morland@bausch.com>
**Sent:** Monday, September 23, 2024 5:00 PM

**To:** Homnick, Jamie <span style="background-color:black">████████████████</span>
**Subject:** RE: Insurance coverage for gender affirming care

Hi Jamie,

Following is a link to the page in HRC which contains the various documents related to the Aetna plans:

https://bausch.service-now.com/hrcentral?id=kb_article&sysparm_article=KB0016269

On the page, scroll down to see the list of links to the documents. I believe the Schedule of Benefits documents are the ones you mentioned, but if you're looking for something different, let me know.

Best regards,

Kathy

---

**From:** Homnick, Jamie <span style="background-color:black">████████████████</span>
**Sent:** Monday, September 23, 2024 4:33 PM
**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Cc:** <span style="background-color:black">████████████████</span>
**Subject:** RE: Insurance coverage for gender affirming care

Hi Kathy,

When you get a moment, could you please send me our health plan's Summary Plan Description or let me know who I could reach out to for this?

Many thanks!

Jamie

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

---

**From:** Homnick, Jamie
**Sent:** Tuesday, September 17, 2024 2:20 PM
**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Cc:**
**Subject:** RE: Insurance coverage for gender affirming care

Hi Kathy:

Thank you for checking in. The baby has an inner ear infection that we're treating with two antibiotics, and he seems to be doing a little better today. (Luckily I wasn't as sick as he is – being sick while taking care of a sick kid is the worst).

I appreciate the update regarding my gender-affirming care coverage. I'll keep my fingers crossed for our 2025 plan to expand our transgender healthcare coverage, especially gender-affirming facial reconstruction.

This topic actually has some interesting activity in the news right now. There is a class action lawsuit against Aetna for just this kind of coverage denial:

https://www.advocate.com/news/aetna-sued-gender-affirming-surgeries

https://www.cohenmilstein.com/wp-content/uploads/2024/09/Gordon-v-Aetna-complaint-09102024.pdf

I understand that most cisgender people see procedures like this as "cosmetic" and thus not medically necessary. But gender dysphoria is a serious medical condition and needs to be fully covered.

I hope our 2025 plan covers this crucial procedure, or that exceptions can be made for the rare cases of transgender people in the company.

Thanks again for your help, and please keep me updated about this.

Jamie

---

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

---

**From:** Morland, Kathy <Kathy.Morland@bausch.com>
**Sent:** Tuesday, September 17, 2024 1:29 PM
**To:** Homnick, Jamie
**Subject:** RE: Insurance coverage for gender affirming care

Hi Jamie,

Stephanie wanted me to share with you that Corporate Benefits is working on enhancements for 1.1.25, but she is not able to communicate the changes just yet. She mentioned that open enrollment and changes, including enhancements to our benefits for 2025, will be announced next month. Sounds like there may be some positive news for you, at least I hope that's the case! She did not provide an update regarding your exception request for the procedure that was denied by Aetna. Based on my previous experience with insurance plans, exceptions can be very difficult to make because the coverage is outlined in a legal plan document, and plans are managed accordingly and are subject to audits. Not sure if that's the case here, since Stephanie hasn't commented yet since I asked about the potential of an exception for you. I will update you if I receive feedback from her about that. In the meantime, I'm encouraged by her comments regarding upcoming enhancements to our benefits in 2025 and am looking forward to seeing what that brings.

I hope you and the baby are feeling better. 

Best regards,

Kathy

---

**From:** Homnick, Jamie
**Sent:** Monday, September 16, 2024 9:41 AM
**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Cc:**
**Subject:** Re: Insurance coverage for gender affirming care

Good morning, Kathy:

I hope you had a good weekend.

I'm just following up to let you know that I didn't hear back from Stephanie yet.

Let me know if you have any news or if you need anything from me.

Thanks!

Jamie

Ps I'm out sick and the baby is sick too, so I'll only be checking my email intermittently today. Hopefully feeling better tomorrow.

---

**From:** Homnick, Jamie
**Sent:** Wednesday, September 11, 2024 3:43 PM

Confidential                                                                                           BATES001456

**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Subject:** RE: Insurance coverage for gender affirming care

Hi Kathy,

Thank you for following up on this so quickly. I appreciate all that you've done to support my transition so far and it feels good to know that I'm not necessarily at a dead end. It's been a real emotional roller coaster lately.

I'll let you know if I don't hear back from Stephanie by next week.

Thank you again for your kindness.

Jamie

_____

Jamie Homnick, Ph.D. (she/her)
Principal Scientist
Materials and Process Development
Office: +1 585-603-2174

---

**From:** Morland, Kathy <Kathy.Morland@bausch.com>
**Sent:** Wednesday, September 11, 2024 3:15 PM
**To:** Homnick, Jamie
**Subject:** RE: Insurance coverage for gender affirming care

Hi Jamie,

I'm sorry to hear about the disappointing news you received from Aetna regarding the medical procedures. Unfortunately, I can't provide information to you regarding benefits because I'm not directly involved with their activities. I sent your emails from yesterday and today to the Corporate Benefits Manager (Stephanie White) and received an OOO message because she's currently traveling on business but is expected to be back in the office tomorrow. I have asked her about next steps regarding your exception request and have asked that she reach out to you to discuss your specific situation. Can you please let me know if you don't receive a response from Corporate Benefits by next week so I can follow up in that case?

Thanks, and best regards,

Kathy

---

**From:** Homnick, Jamie
**Sent:** Wednesday, September 11, 2024 10:21 AM
**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Cc:**
**Subject:** RE: Insurance coverage for gender affirming care

Good morning, Kathy.

I just got a really upsetting update from my doctor this morning regarding the email chain below.

The news is absolutely heartbreaking for me: my FFS procedure was denied by Aetna. I'm very much struggling with this news, especially considering that so many other employers cover this procedure in their health insurance benefits.

According to my doctor, who spoke directly with the medical director at Aetna, my procedure was rejected *solely* on the grounds of it not being in our contract. Aetna's medical director agreed with my three health care providers' professional opinions that this is a medically necessary procedure, so the problem is our contract terms. I'm hoping there's something B+L can do to remedy this situation.

Again, this procedure is absolutely necessary for my physical and mental health. So, in the spirit of finding a remedy to this heartbreaking situation, I have a few questions:

1. Is our 2025 health care benefits package going to modernize our transgender care benefits, including FFS, consistent with the World Professional Association for Transgender Health (WPATH) standards of care? The financial cost of transgender care pales in comparison to the many other benefits our Aetna contract covers. The impact of transgender care is immediate, permanent, and profoundly positive.

2. If our 2025 benefits package isn't going to include this, is there an exception the company can make for me? Better yet, is there an exception that could be made in 2024 so I can continue on my health care path uninterrupted? I know of many other transgender people throughout the country who have gotten this identical exception granted by their employers, so precedent shows that this is a workable solution.

Please let me know what you find out, as soon as you can. I'm in a really tough position here needing a medically-necessary procedure that our insurance contract seems to explicitly exclude. I feel absolutely terrible about this situation and I'm desperate for a resolution.

Thank you for your help.

Jamie

---

Jamie Homnick, Ph.D. (she/her)
Principal Scientist
Materials and Process Development
Office: +1 585-603-2174

---

**From:** Homnick, Jamie
**Sent:** Tuesday, September 10, 2024 11:14 AM
**To:** Morland, Kathy <Kathy.Morland@bausch.com>
**Subject:** FW: Insurance coverage for gender affirming care

Hi Kathy,

I hope you're having a good week.

I'm curious about our health insurance benefit status regarding gender affirming surgeries such as facial feminization surgery (FFS). I heard from our benefits coordinator earlier this year that the team was working on getting FFS included in our upcoming 2025 coverage. Being that B+L calls itself a "progressive" company, I think this is an important benefit to include in our health care benefits package.

FFS for transgender women is considered to be a medically necessary surgery by the World Professional Association for Transgender Health (WPATH), and I'm hoping our 2025 benefits plan will include this medically necessary health care coverage.

Do you mind looking into this, or pointing me to the right person? It looks like Natasha's email address (below) is no longer active. I highlighted the pertinent parts of the conversations below.

Many thanks!

Jamie

---

Jamie Homnick, Ph.D. (she/her)
Principal Scientist
Materials and Process Development
Office: +1 585-603-2174

**From:** Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Sent:** Wednesday, January 10, 2024 2:22 PM
**To:** Homnick, Paul
**Subject:** RE: Insurance coverage for gender affirming care

Hi Paul,

Hope you had a nice holiday.

This is definitely on our list for review. The earliest a determination would likely be made is right before Open Enrollment for 2025 benefits (August/September).

Warm Regards,

Natasha

**From:** Homnick, Paul
**Sent:** Wednesday, December 13, 2023 2:24 PM
**To:** Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Subject:** RE: Insurance coverage for gender affirming care

Hi Natasha,

I hope you're doing well and looking forward to a relaxing holiday season.

I'm wondering if you have any updates on gender-affirming care benefits for 2024.

I attached the WPATH Standards of Care for the Health of Transgender and Gender Diverse People Version 8 (also known as SOC-8), which is the global standard for transgender health care. I also included a screenshot of what WPATH consider "medically necessary gender-affirming interventions," below.

Medically necessary gender-affirming interventions are discussed in SOC-8. These include but are not limited to hysterectomy +/- bilateral salpingo-oophorectomy; bilateral mastectomy, chest reconstruction or feminizing mammoplasty, nipple resizing or placement of breast prostheses; genital reconstruction, for example, phalloplasty and metoidioplasty, scrotoplasty, and penile and testicular prostheses, penectomy, orchiectomy, vaginoplasty, and vulvoplasty; hair removal from the face, body, and genital areas for gender affirmation or as part of a preoperative preparation process; gender-affirming facial surgery and body contouring; voice therapy and/or surgery; as well as puberty blocking medication and gender-affirming hormones; counseling or psychotherapeutic treatment as appropriate for the patient and based on a review of the patient's individual circumstances and needs.

Thank you for your help!

Paul

---

Paul J. Homnick, Ph.D.
Principal Scientist
Materials and Process Development
Office: 585 338 5279

**From:** Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Sent:** Tuesday, September 26, 2023 10:07 AM
**To:** Homnick, Paul
**Subject:** FW: Insurance coverage for gender affirming care

Hi Paul,

Thanks so much for this note.

I have begun the process of inquiring about cosmetic gender affirming care and possibilities for coverage under our plan. Though I cannot make any guarantees for coverage, I wanted to assure you that we are looking into it.

Please let me know if you have any questions.

Warm Regards,

Natasha

**From:** Bicking, Karen <Karen.Bicking@bausch.com>
**Sent:** Monday, September 25, 2023 3:51 PM
**To:** Homnick, Paul                          ; Milbourne-Graham, Natasha <Natasha.Milbourne-Graham@bausch.com>
**Subject:** FW: Insurance coverage for gender affirming care

Hi Natasha,

As mentioned, Paul has the question below about Aetna/B+L benefits coverage. Thank you for connecting with Paul to discuss further.

Best,
Karen

**From:** Homnick, Paul
**Sent:** Friday, September 22, 2023 1:52 PM
**To:** Bicking, Karen <Karen.Bicking@bausch.com>
**Subject:** Insurance coverage for gender affirming care

Hi Karen,

I hope you had a good week.

I have some questions I'd like to ask about LGBT health insurance coverage and I would like us to keep this conversation confidential. I'm not sure who our specific HR health insurance contact is; but health coverage is an important talent retention topic, so I thought you'd be a good place to start (and also because you're leading the LGBT employee group!).

It looks like our Aetna health insurance coverage doesn't include facial feminization surgery for gender affirmation health care, and considers it "Not Medically Necessary". I attached the plan documents and you can find the section I'm referring to on pages 4-5.

I'm wondering why Aetna restricts coverage for facial feminization surgery when many medical professionals consider this treatment to be a medically necessary aspect of transgender care – and why B+L doesn't use an insurance provider that includes this treatment. I'm surprised that B+L calls itself a "progressive" place to work yet doesn't offer such a crucial health benefit for its most underrepresented employees.

Thanks for your help, Happy Friday, and have a good weekend.

Paul

---

Paul J. Homnick, Ph.D.
Principal Scientist
Materials and Process Development
Office: 585 338 5279

PRIVILEGE AND CONFIDENTIALITY NOTICE: The information contained in and/or attached to this e-mail message is intended solely for the use of the addressee and may contain information that is legally privileged, confidential or exempt from disclosure. If you think you received this message in error, please notify the sender immediately by replying to the email and then delete it from your computer. Do not disclose the contents to anyone. Thank you.