# EXHIBIT D



BATES001440

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Wednesday, February 26, 2025 9:31 AM
**To:** Homnick, Jamie
**Subject:** RE: Transgender Health Coverage Meeting Follow Up

Jamie – there have been no changes to the coverage in 2025 and no exception made for you.

Thanks

Chris

---

**From:** Homnick, Jamie █████████████████████
**Sent:** Wednesday, February 26, 2025 9:11 AM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Good morning, Chris:

I'm checking in to ask you to confirm that no changes have been made either to the policy or to my prior authorization request.

Thanks, and hope to talk soon.

Jamie

---

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

█████████████████

---

**From:** Homnick, Jamie ████████████████████████████
**Sent:** Wednesday, February 19, 2025 6:29 PM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Hi Chris,

I'm checking in to ask you to confirm that no changes have been made either to the policy or to my prior authorization request.

Thanks, and hope to talk soon.

Jamie

---

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

---

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Tuesday, February 11, 2025 10:57 AM
**To:** Homnick, Jamie
**Subject:** RE: Transgender Health Coverage Meeting Follow Up

Jamie – who was the contact that you spoke with who quoted Hannah?

Thanks

Chris

**From:** Homnick, Jamie
**Sent:** Tuesday, February 11, 2025 8:41 AM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up


Thanks, Chris.


My contact told me it was Hannah Goellner at Aetna who made this claim.


Jamie.

---

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Tuesday, February 11, 2025 8:07 AM
**To:** Homnick, Jamie
**Subject:** RE: Transgender Health Coverage Meeting Follow Up


Jamie – I will check on your question.  Can you please share the name of the reliable source?


Thanks

Chris

---

**From:** Homnick, Jamie
**Sent:** Tuesday, February 11, 2025 7:59 AM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up


Hi Chris,


I'm just checking in to confirm whether or not FFS (also known as GAFR) is covered in the 2025 plan, or if an exception was made for me. I heard from a reliable source that B&L changed the policy to cover it, or that my case was allowed as an exception.

Confidential
BATES001443

Please confirm either way.

Thank you.

Jamie

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

---

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Wednesday, February 5, 2025 8:09 AM
**To:** Homnick, Jamie
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Hi Jamie. Thanks for sharing the information. I will review it this week.

Chris

Get Outlook for iOS

---

**From:** Homnick, Jamie
**Sent:** Tuesday, February 4, 2025 12:26:23 PM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Hi Chris,

I hope you're having a good week.

I found an excellent study by the Williams Institute at UCLA School of Law that makes a compelling case for companies to offer comprehensive transgender healthcare coverage. The study includes data and feedback from 34 companies that include such benefits, many of them of similar size to Bausch and Lomb. I think you'll be pleasantly surprised by the quality of this study. You can find the study here, and I summarized the report into a few presentation slides (attached).

The conclusions from this study are overwhelmingly positive in support of comprehensive transgender healthcare coverage, with many company representatives urging other companies to also offer these important benefits. *The best part is that adding these benefits positively impacts a marginalized community while not meaningfully increasing the costs of healthcare coverage for the employers*:

- 85% of employers reported **no costs** associated with adding coverage
- 94% of employers reported **no significant barriers** to adding coverage

One important thing to notice is that some of the companies surveyed in this report are *globally recognized leaders* in their respective industries, such as GlaxoSmithKline and Best Buy. As we strive to become the market leader in our own industry, as Brent Saunders has communicated is our goal, it is important that we follow in the footsteps of these other progressive companies and offer comprehensive transgender healthcare coverage.

When you get a moment to review the slides (and ideally the report), please let me know if you have any thoughts. I'm a strong believer in diversity and inclusion, and I feel that Bausch and Lomb would benefit from offering comprehensive transgender healthcare coverage starting in 2026.

Many thanks for your time.

Jamie

_____

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

---

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Thursday, January 30, 2025 3:32 PM
**To:** Homnick, Jamie
**Subject:** RE: Transgender Health Coverage Meeting Follow Up

Hi Jamie – thank you for sharing the information and resources with more information on trans-gender health care benefits.  I will discuss the timing for a meeting with our benefits leader.  I expect it will take place later in February or March as she is finalizing the compensation plans over the next 3 weeks, including reviews with the Board of Directors.

Thanks

Chris

---

**From:** Homnick, Jamie
**Sent:** Thursday, January 30, 2025 2:51 PM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Re: Transgender Health Coverage Meeting Follow Up

Hi Chris,

I hope your 2025 is off to a great start.

I'm following up in regard to our discussion in Q4 last year about 2026 health insurance benefits planning and what transgender-inclusive care should be added. I'm still very much interested in taking you up on your offer to set up a discussion between myself and decision-making stakeholders.

This is an incredibly hard time for transgender people all across the country. Providing transgender-inclusive health care is an important way to support employees like me who are negatively impacted on a daily basis by the rabid hatred directed at us.

In anticipation of a follow-up discussion, I'm including some references below that show how inexpensive it actually is to provide full coverage of transgender health care benefits such as gender affirming facial reconstruction. Studies show that these benefits do not actually cost much money at all - merely pennies per person per month. Compared to lack of treatment, spending on transgender health care is incredibly cost effective:


https://pubmed.ncbi.nlm.nih.gov/26481647/


https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf


https://www.thehrcfoundation.org/professional-resources/transgender-inclusive-benefits-medical-treatment-cost-and-utilization


There is one other article I'm trying to find that has quotes from representatives at some medium to large companies that corroborate the above claims that transgender care coverage is incredibly cheap - and indeed was incredibly cheap for them to implement at their own companies. I'll let you know when I find it.


In the meantime, please let me know if you have any questions or comments. I would very much like to take part in the 2026 benefits planning process, to help the team understand what benefits are needed at B+L to properly support the transgender people who work here.


Many thanks, and hope to talk soon.


Jamie


---


Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

████████████

**From:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Sent:** Friday, November 15, 2024 2:01 PM
**To:** Homnick, Jamie
**Subject:** Re: Transgender Health Coverage Meeting Follow Up


H Jamie. I apologize for my delayed response. Your summary is consistent with what we discussed


Thanks

Chris


Get Outlook for iOS

---

**From:** Homnick, Jamie
**Sent:** Friday, November 15, 2024 10:59:23 AM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** RE: Transgender Health Coverage Meeting Follow Up


Good morning, Chris:


I'm just following up to verify that my note below is consistent with what you recall from our discussion.


Thank you, Happy Friday, and have a great weekend!

Jamie


---


Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

**From:** Homnick, Jamie
**Sent:** Wednesday, November 6, 2024 10:42 AM
**To:** Parsnip, Christopher W <Christopher.Parsnip@bausch.com>
**Subject:** Transgender Health Coverage Meeting Follow Up

Chris:

Thank you for the meeting this morning. I wish you had better news, but I'm grateful you did the work to advocate for me and the other transgender people in our organization. This kind of advocacy is immensely important, so thank you for trying.

To recap what I heard, so we know we're on the same page (please correct me if my statements aren't accurate):

- Our 2025 benefits are finalized and cannot be changed to include FFS or the other recommendations I communicated;

- You spoke with Kim and Osli, who looked into coverage exceptions and/or alternate insurance support for me. (Thank you for this). There was nothing they could do to help me due to either legal reasons (ERISA) or financial reasons (self-funded coverage payments are paid from limited company money);

- You recommended I share articles, examples, etc. about better health care coverage for transgender people. I plan to do this, and I'll be mindful about what I send so the issues don't get overcomplicated or overwhelming;

- Finally, you also offered to meet with me and Kim together to discuss 2026 benefits planning. I am so very appreciative of this offer, and I very much want to take you up on it. I understand the team isn't starting 2026 planning yet, so I'll hang tight in the meantime.

In the spirit of sharing useful information in advocacy of stronger transgender health care coverage, I did a quick analysis using information obtained through some ChatGPT investigation. The following results and analysis are quite interesting, and I think they provide helpful perspective about transgender healthcare in ways that cisgender people can easily appreciate:

- Approximately 1.5% of the population is transgender.

- While being transgender is not a disease, I think it's instructive to compare its population occurrence with diseases of similar occurrence.
- The 5 most common diseases that affect 1-2% of the US population are

    - celiac disease;
    - type 1 diabetes;
    - psoriasis;
    - rheumatoid arthritis;
    - and multiple sclerosis;
    - all of which are covered by our insurance and nominally affect the same number of employees as transgender healthcare, speaking in estimated demographic terms.

- The latter three diseases cited here can each cost up to $20k *per year*, or even *$100k per year* for MS.
- Since these are *annual* costs for health maintenance of these conditions, the price adds up *very* quickly over the average tenure of B&L employees.
- *The transgender healthcare changes I'm advocating for are one-time costs*, and are substantially cheaper than some of the above conditions when factored over an average B&L employee's tenure. Not to mention that some of the above conditions also have one-time costs related to complications *in addition to* the routine yearly maintenance of said conditions.
- **My point here is that the financial argument about whether to cover transgender healthcare is very much in favor of "yes" to cover FFS and other transgender healthcare interventions**, given that transgender population frequency mirrors several conditions that are already covered for B&L employees. Furthermore, it's also important to note that the cost of doing so should actually be substantially *cheaper* than said conditions of similar population frequency.
- **Not to put too fine a point on this: But it feels outright discriminatory that bona fide healthcare needs related to being transgender are deliberately excluded from our plan while conditions of similar population frequency are indeed covered.**

This email became longer than I intended, but I wanted to be thorough. If you have any questions or comments, I'd love to continue this conversation. I'm very much an advocate for transgender health care, and I feel that my personal experience as a transgender woman adds crucial perspective to discussions within the company regarding how and to what degree our organization supports its transgender employees.

Again, thank you so much for your time and advocacy. Please stay in touch, and I'll do the same.

All the best,

Jamie

_____

Jamie Homnick, Ph.D. (she/her)

Principal Scientist

Materials and Process Development

Office: +1 585-603-2174

███████████████

PRIVILEGE AND CONFIDENTIALITY NOTICE: The information contained in and/or attached to this e-mail message is intended solely for the use of the addressee and may contain information that is legally privileged, confidential or exempt from disclosure. If you think you received this message in error, please notify the sender immediately by replying to the email and then delete it from your computer. Do not disclose the contents to anyone. Thank you.