# EXHIBIT H



KATHY HOCHUL
Governor

ADRIENNE A. HARRIS
Superintendent

Jamie Homnick

September 19, 2024

**RE:**   Dept. File #: CSB-2024-01611302
         Your Complaint Against: Aetna Life Insurance Company

Dear Jamie Homnick:

This letter refers to the complaint you filed with this Department.

Aetna has advised that you are covered under a self-funded health benefit plan. Under this type of plan, an employer pays for the employees' health care costs out of a fund that the company has set aside for medical expenses. Employers may contract with an outside organization, often an insurance company, to administer the plan. Since the insurer provides administrative services only, this Department does not have the authority to intercede on your behalf.

The U.S. Department of Labor has the proper jurisdiction to pursue this matter. That agency may be contacted at the following address:

United States Department of Labor
Employee Benefits Security Administration
201 Varick Street, Room 746
New York, NY 10014
Toll Free: (866) 444-3272
Fax: (212) 607-8611
Online:  https://www.dol.gov/agencies/ebsa/about-ebsa/ask-a-question/ask-ebsa

We trust this information is of assistance to you.

Sincerely,

Consumer Assistance Unit
800-342-3736
212-480-6282 (Fax)

Attachment

THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES
• EQUITABLE • INNOVATIVE • COLLABORATIVE • TRANSPARENT
One Commerce Plaza, Albany NY 12257 | One State Street Plaza, New York NY 10004

Confidential                                                                 BATES000457