IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-01447-VAB |

## DECLARATION OF HANNAH GOELLNER

I, Hannah Goellner, do hereby declare and state as follows:

1. I have worked for defendant Aetna Life Insurance company or other affiliates (collectively, "Aetna") for approximately 10.5 years. I am currently a Senior Account Manager at Aetna. As a Senior Account Manager, my job duties include knowledge of the Bausch & Lomb Americas Inc. Medical Plan (the "Bausch & Lomb Plan"). In addition, I am familiar with Aetna's business practices and processes for maintaining records related to the Bausch & Lomb Plan.

2. This declaration is submitted in support of Aetna's opposition to plaintiffs Dr. Herley and Dr. Homnick's motion for preliminary injunction. I have personal knowledge of the following facts. I participated in the email discussions referenced below and have personal knowledge of them and the events they describe. If called as a witness in this action, I could and would testify competently to these facts.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Summary Plan Description for the Bausch & Lomb Plan for the year 2024.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Summary Plan Description for the Bausch & Lomb Plan for the year 2025.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Master Services Agreement (the "MSA") between Aetna Life Insurance Co. and Bausch & Lomb Americas, Inc., effective January 1, 2022.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an email chain dated September 10, 2024 through September 16, 2024 involving employees of Aetna, Bausch & Lomb and Willis Towers Watson discussing Dr. Homnick's request for facial feminization surgery.

7.      Attached hereto as **Exhibit E** is a true and correct copy of an email chain dated September 13, 2024 through September 16, 2024 involving employees of Aetna, Bausch & Lomb and Willis Towers Watson discussing Dr. Homnick's request for facial feminization surgery.

8.      Attached hereto as **Exhibit F** is a true and correct copy of an email chain dated September 13, 2024 through October 9, 2024 involving employees of Aetna, Bausch & Lomb and Willis Towers Watson discussing Dr. Homnick's request for facial feminization surgery.

9.      Based on membership information provided to and maintained by Aetna in the regular course of business, I am informed and believe that Dr. Jamie Homnick is a member of a health benefit plan funded and sponsored by her employer, Bausch & Lomb Americas, Inc.

10.      In late 2024, Bausch & Lomb revised its 2025 plan to cover certain gender-affirming procedures, including face and neck electrolysis, voice/communication therapy, and adult tracheal shave. These changes became effective for the 1/1/25 plan year.

11.      Bausch & Lomb declined to add coverage for additional gender affirming facial surgery procedures beyond those listed above.

3

Pursuant to 28 U.S.C. § 1746(2), I declare, under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of April, 2025
Philadelphia, PA

_____
Hannah Goellner

3