# EXHIBIT C

## MASTER SERVICES AGREEMENT
## MSA- 175041

This master services agreement ("**Agreement**") between **AETNA LIFE INSURANCE COMPANY**, a Connecticut corporation, located at 151 Farmington Avenue, Hartford, Connecticut ("Aetna") and Bausch & Lomb Americas Inc. a Delaware corporation, located at 400 Somerset Corporate Boulevard, Bridgewater, NJ 08807 ("**Customer**") is effective as of January 1, 2022 ("**Effective Date**").

The Customer has established one or more self-funded employee benefit plans, described in Exhibit 1, (the "**Plan(s)**"), for certain covered persons, as defined in the Plan(s) (the "**Plan Participants**").

The Customer wants to make available to Plan Participants one or more products and administrative services ("**Services**") offered by Aetna, as specified in the attached schedules, and Aetna wants to provide those Services to the Customer for the compensation described herein.

The parties therefore agree as follows:

**1.      TERM**
The initial term of this Agreement will be three (3) years beginning on the Effective Date.  This Agreement will automatically renew annually unless otherwise terminated pursuant to section 17 (Termination). The initial term and each successive one (1) year renewal shall be considered an "**Agreement Period**". The schedules may provide for different start and end dates for certain Services.

**2.      SERVICES**
Aetna shall provide the Services described in the attached schedules.

**3.      STANDARD OF CARE**
Aetna and the Customer will discharge their obligations under this Agreement with that level of reasonable care which a similarly situated services provider or plan administrator, respectively, would exercise under similar circumstances. If the Customer delegates claim fiduciary duties to Aetna pursuant to the applicable schedule, Aetna shall observe the standard of care and diligence required of a fiduciary under ERISA Section 404(a)(1)(B).

**4.      SERVICE FEES**
The Customer shall pay Aetna the fees according to the Service and Fee Schedule(s) ("**Service Fees**")., Aetna may change the Services and the Service Fees annually by giving the Customer thirty (30) days' notice before the changes take effect. Changes will take effect on the anniversary of the Effective Date unless otherwise indicated in the applicable Service and Fee Schedule(s), or amendments.

Aetna shall provide the Customer with a monthly statement indicating the Service Fees owed for that month. The Customer shall pay Aetna the Service Fees no later than sixty (60) calendar days from the date of receipt of Aetna's invoice after the first calendar day of the month in which the Services are provided (the "**Payment Due Date**"). The Customer shall provide with their payment either a copy of the Aetna invoice, modified to reflect current eligibility, or a copy of a pre-approved invoice which meets Aetna's billing requirements. The Customer shall also reimburse Aetna for certain additional expenses, as stated in the Service and Fee Schedule(s).

 All overdue amounts are subject to the late charges outlined in the Service and Fee Schedule(s).  If Customer notifies Aetna of a disputed Service Fee, the parties will work together in good faith to timely resolve the disputed amount. If an inaccuracy or discrepancy is identified in an invoice, any overpayment of the Service Fees by Customer and associated late charges will be refunded to Customer or credited to a future invoice at Customer's election. If Aetna assesses a late charge in error, the late charge will be reconciled.

Aetna shall prepare and submit to the Customer an annual report showing the Service Fees paid.

**5.      BENEFIT FUNDING**
The Customer shall choose one of the banking facilities offered by Aetna through which Plan benefit payments, Service Fees and Plan benefit related charges will be made. All such amounts will be paid through the banking facility by check, electronic funds transfer or other reasonable transfer methods. The Customer shall reimburse the banking facility for all

such payments on the day of the request. All such reimbursements will be made by wire transfer in federal funds using the instructions provided by Aetna, or by another transfer method agreed upon by both parties.

Since funding is provided on a checks cleared basis, Aetna is not required to act on outstanding benefit checks (checks which have not been presented for payment) unless directed to do so by the Customer. The Customer may elect full escheat or stop pay services under a separate contract, to which additional fees may apply. In the absence of an escheat or stop pay contract, checks will be voided when they age five (5) years, which does not eliminate the Customer's potential escheat liability.

After termination of the Agreement, in the absence of an escheat or stop pay contract, Aetna may place stop payment orders on all of the Customer's outstanding benefit checks after either:

(i)     One (1) year has elapsed since Aetna completed its runoff obligations; or

(ii)    Aetna has exercised its right to suspend claim payments or terminate this Agreement as stated in section 17(B) (Termination).

At the end of any run off service period, the Customer may also request Aetna to perform escheat services on outstanding benefit checks for an additional charge.

**6.      FIDUCIARY DUTY**
It is understood and agreed that the Customer, as plan administrator, retains complete authority and responsibility for the Plan, its operation, and the benefits provided there under, and that Aetna is empowered to act on behalf of the Customer in connection with the Plan only to the extent expressly stated in this Agreement or as agreed to in writing by Aetna and the Customer.

The Customer has the sole and complete authority to determine eligibility of persons to participate in the Plan.

Claim fiduciary responsibility is identified in the applicable Schedule.

**7.      CUSTOMER'S RESPONSIBILITIES**
(A)     **Eligibility** – The Customer shall supply Aetna, by electronic medium acceptable to Aetna, with all relevant information identifying Plan Participants and shall notify Aetna by the tenth (10th) day of the month following any changes in Plan participation. Aetna is not required to honor a notification of termination of a Plan Participant's eligibility which Aetna receives more than sixty (60) days after termination of such Plan Participant. Aetna has no responsibility for determining whether an individual meets the eligibility requirements of the Plan.

(B)     **Plan Document Review** – The Customer shall provide Aetna with all Plan documents at least thirty (30) days prior to the Effective Date. Aetna will review the Plan documents to determine any potential differences that may exist among such Plan documents and Aetna's claim processing systems and internal policies and procedures. Aetna does NOT review the Customer's Summary of Benefits and Coverage ("**SBC**"), Summary Plan Description ("**SPD**") or other Plan documents for compliance with applicable law. The Customer also agrees that it is responsible for satisfying any and all Plan reporting and disclosure requirements imposed by law, including updating the SBC or SPD and other Plan documents and issuing any necessary summaries of material modifications to reflect any changes in benefits.

(C)     **Notice of Plan or Benefit Change** – The Customer shall notify Aetna in writing of any changes in Plan documents or Plan benefits (including changes in eligibility requirements) at least thirty (30) days prior to the effective date of such changes. Aetna will have thirty (30) days following receipt of such notice to inform the Customer whether Aetna will agree to administer the proposed changes. If the proposed changes increase Aetna's costs, alter Aetna's ability to meet any performance standards or otherwise impose substantial operational challenges, Aetna may require a reasonable adjustment to the Service Fees or other financial terms and the parties agree to negotiate any disagreements as to such adjustments in good faith.

(D)     **Employee Notices** – The Customer shall furnish each employee covered by the Plan written notice that the Customer has complete financial liability for the payment of Plan benefits. The Customer shall inform its Plan Participants, in a manner that satisfies applicable law, that confidential information relating to their benefit claims may be disclosed to third parties in connection with Plan administration.

(E)   **Third Party Consents** – The Customer shall obtain any consents, authorizations or other permissions from Employees or relevant third parties, which may be required under law or otherwise necessary in order for Aetna to access, use or disclose information and data for the purposes of providing Services under this Agreement.

(F)   **Miscellaneous** – The Customer shall promptly provide Aetna with such information regarding administration of the Plan as required by Aetna to perform its obligations and as Aetna may otherwise reasonably request from time to time. Such information shall include, at no cost to Aetna, all relevant medical records, lab and pharmacy data, claim and other information pertaining to Plan Participants and/or Employees. Aetna is entitled to rely on the information most recently supplied by the Customer in connection with the Services and Aetna's other obligations under the Agreement. Aetna is not responsible for any delay or error caused by the Customer's failure to furnish correct information in a timely manner. Aetna is not responsible for responding to Plan Participant requests for copies of Plan documents. The Customer shall be liable for all Plan benefit payments made by Aetna, including those payments made following the termination date or which are outstanding on the termination date.

## 8.   RECORDS

Aetna, its affiliates and authorized agents shall use all Plan-related documents, records and reports received or created by Aetna in the course of delivering the Services ("**Plan Records**") in compliance with applicable privacy laws and regulations. Aetna may de-identify Plan Records and use them for quality improvement, statistical analyses, product development and other lawful, non-Plan related purposes. Such Plan Records will be kept by Aetna for a minimum of seven (7) years, unless Aetna turns such documentation over to the Customer or a designee of the Customer.

## 9.   CONFIDENTIALITY

(A)   **Business Confidential Information** – Neither party may use "Business Confidential Information" (as defined below) of the other party for its own purpose, nor disclose any Business Confidential Information to any third party. However, a party may disclose Business Confidential Information to that party's representatives, except as required by law, who have a need to know such information in relation to the administration of the Plan, but only if such representatives are informed of the confidentiality provisions of this Agreement and agree to abide by them. The Customer shall not disclose Aetna's provider discount or payment information to any third party, including the Customer's representatives, without Aetna's prior written consent and until each recipient has executed a confidentiality agreement reasonably satisfactory to Aetna.

The term "**Business Confidential Information**" as it relates to the Customer means the Customer identifiable business proprietary data, procedures, materials, lists and systems, but does not include Protected Health Information ("PHI") as defined by HIPAA or other claims-related information.

The term "**Business Confidential Information**" as it relates to Aetna means the Aetna identifiable business proprietary data, rates, fees, provider discount or payment information, procedures, materials, lists and systems.

Notwithstanding the foregoing, this Agreement will be administered and interpreted in a manner consistent with Section 724 of ERISA as added by the Consolidated Appropriations Act of 2021 and any regulations or regulatory guidance issued thereunder (the "No Gag Clause" rule). Any provision of this Agreement in contradiction with the No Gag Clause rule shall have no effect and shall be deemed deleted from the Agreement.

(B)   **Plan Participant Information** – Each party will maintain the confidentiality of Plan Participant-identifiable information, in accordance with applicable law and, as appropriate, the terms of the HIPAA business associate agreement associated with this Agreement. The Customer may identify, in writing, certain Customer employees or third parties, who the Plan has authorized to receive Plan Participant-identifiable information from Aetna in connection with Plan administration. Subject to more restrictive state and federal law, Aetna will disclose Plan Participant-identifiable information to the Customer designated employees or third parties. In the case of a third party, Aetna may require execution by the third party of a non-disclosure agreement reasonably acceptable to Aetna. The Customer agrees that it will only request disclosure of PHI to a third party or to designated employees if: (i) it has amended its Plan documents, in accordance with 45 CFR 164.314(b) and 164.504(f)(2), so as to allow the Customer designated employees or third parties to receive PHI, has certified such to the Plan in accordance with 45 CFR 164.504(f)(2)(ii), and will provide a copy of such certification to Aetna upon request; and (ii) the Plan has determined, through its own policies and procedures and in compliance with HIPAA, that the PHI that it requests from Aetna is the minimum information necessary for the purpose for which it was requested.

(C)    **Upon Termination** – Upon termination of the Agreement, each party, upon the request of the other, will return or destroy all copies of all of the other's Business Confidential Information in its possession or control except to the extent such Business Confidential Information must be retained pursuant to applicable law or cannot be disaggregated from Aetna's databases. Aetna may retain copies of any such Business Confidential Information it deems necessary for the defense of litigation concerning the Services it provided under this Agreement, for use in the processing of runoff claims for Plan benefits, and for regulatory purposes.

## 10.    AUDIT RIGHTS

The Customer may, at its own expense, audit Plan claim transactions upon reasonable notice to Aetna. The Customer may conduct one (1) audit per year and the audit must be completed within two (2) years of the end of the time period being audited. Audits of any performance guarantees, if applicable, must be completed in the year following the period to which the performance guarantee results apply. Audits must be performed at the location where the Customer's claims are processed.

The Customer may select its own representative to conduct an audit, provided that the representative must be qualified by appropriate training and experience for such work and must perform the audit in accordance with published administrative safeguards or procedures and applicable law. In addition, the representative must not be subject to an Auditor Conflict of Interest which would prevent the representative from performing an independent audit. An "Auditor Conflict of Interest" means any situation in which the designated representative (i) is employed by an entity which is a competitor of Aetna, (ii) has terminated from Aetna or any of its affiliates within the past twelve (12) months, or (iii) is affiliated with a vendor subcontracted by Aetna to adjudicate claims. If the audit firm is not licensed or a member of a national professional group, or if the audit firm has a financial interest in audit findings or results, the audit agent must agree to meet Aetna's standards for professionalism by signing Aetna's Agent Code of Conduct prior to performing the audit. Neither the Customer nor its representative may make or retain any record of provider negotiated rates or information concerning treatment of drug or alcohol abuse, mental/nervous, HIV/AIDS or genetic markers.

The Customer shall provide reasonable advance notice of its intent to audit and shall complete an Audit Request Form providing information reasonably requested by Aetna. No audit may commence until the Audit Request Form is completed and executed by the Customer, the auditor and Aetna. Further, the Customer or its representative shall provide Aetna with a complete listing of the claims chosen for audit at least four (4) weeks prior to the on-site portion of the audit.

The Customer's auditors shall provide their draft audit findings to Aetna, prior to issuing the final report. This draft will provide the basis for discussions between Aetna and the auditors to resolve and finalize any open issues. Aetna shall have a right to review the auditor's final audit report, and include a supplementary statement containing information and material that Aetna considers pertinent to the audit.

Additional guidelines related to the scope of the audit are included in the applicable schedules.

## 11.    RECOVERY OF OVERPAYMENTS

Aetna shall reprocess any identified errors in Plan benefit payments (other than errors Aetna reasonably determines to be de minimis) and seek to recover any resulting overpayment by attempting to contact the party receiving the overpayment twice by letter, phone, or email. The Customer may direct Aetna not to seek recovery of overpayments from Plan Participants, in which event Aetna will have no further responsibility with respect to those overpayments. The Customer shall reasonably cooperate with Aetna in recovering all overpayments of Plan benefits.

**If Aetna elects to use a third party recovery vendor, collection agency, or attorney to pursue the recovery, the overpayment recoveries will be credited to the Customer net of fees charged by Aetna or those entities.**

Any requested payment from Aetna relating to an overpayment must be based upon documented findings or direct proof of specific claims, agreed to in writing by both parties, and must be due to Aetna's actions or inactions. Indirect or inferential methods of proof – such as statistical sampling, extrapolation of error rate to the population, etc. – may not be used to determine overpayments. In addition, use of software or other review processes that analyze a claim in a manner different from the claim determination and payment procedures and standards used by Aetna shall not be used to determine overpayments.

When seeking recovery of overpayments from a network provider, Aetna has established the following process: if it is unable to recover the overpayment through other means, Aetna may offset one or more future payments to that network

provider for services rendered to Plan Participants by an amount equal to the prior overpayment. Aetna may reduce future payments to the provider (including payments made to that provider involving the same or other health and welfare plans that are administered by Aetna) by the amount of the overpayment, and Aetna will credit the recovered amount to the plan that overpaid the provider. By entering into this Agreement, the Customer is agreeing that its right to recover overpayments from a network provider shall be governed by this process and that it has no right to recover any specific overpayment unless otherwise provided for in this Agreement.

The Customer may not seek recovery of overpayments from network providers, but the Customer may seek recovery of overpayments from other third parties once the Customer has provided Aetna notice that it will seek such recovery and Aetna has been afforded a reasonable opportunity to recover such amounts. Aetna has no duty to initiate litigation to pursue any overpayment recovery.

## 12.    INDEMNIFICATION

(A)    Aetna shall indemnify the Customer, its affiliates and their respective directors, officers, and employees (only as employees, not as Plan Participants) for that portion of any loss, including third party loss, liability, damage, expense, settlement, cost or obligation (including reasonable attorneys' fees) ("**Losses**") caused directly by (i) any material breach of this Agreement by Aetna, including a failure to comply with the standard of care in section 3; (ii) Aetna's, negligence, willful misconduct, fraud, or breach of fiduciary responsibility; or (iii) Aetna's, or its, infringement of any U.S. intellectual property right of a third party, arising out of the Services provided under this Agreement.

(B)    The Customer shall indemnify Aetna, its affiliates and their respective directors, officers, and employees for that portion of any Losses caused directly by (i) any material breach of this Agreement by the Customer including a failure to comply with the standard of care in section 3; (ii) the Customer's negligence, willful misconduct, fraud, or breach of fiduciary responsibility; (iii) use or disclosure of Plan Participant-identifiable information by the Customer or its designee (after such information is released by Aetna to Customer or its designee at the Customer's or designee's direction); or (iv) in connection with the design or administration of the Plan by the Customer or any acts or omissions of the Customer as an employer or Plan Sponsor.

(C)    The party seeking indemnification under this Agreement must notify the indemnifying party within twenty (20) days in writing of any actual or threatened action, to which it claims such indemnification applies. Failure to so notify the indemnifying party will not be deemed a waiver of the right to seek indemnification, unless the actions of the indemnifying party have been prejudiced by the failure of the other party to provide notice as indicated above.

(D)    The indemnifying party may join the party seeking indemnification as a party to such proceeding; however the indemnifying party shall provide and control the defense and settlement with respect to claims to which this section applies.

(E)    The Customer and Aetna agree that: (i) health care providers are not the agents or employees of the Customer or Aetna and neither party renders medical services or treatments to Plan Participants; (ii) health care providers are solely responsible for the health care they deliver to Plan Participants, and neither the Customer nor Aetna is responsible for the health care that is delivered by health care providers; and (iii) the indemnification obligations of (A) or (B) above do not apply to any portion of any loss relating to the acts or omissions of health care providers with respect to Plan Participants.

(F)    These indemnification obligations above shall not apply to any claims caused by (i) an act, or failure to act, by one party at the direction of the other, or (ii) with respect to intellectual property infringement, the Customer's modification or use of the Services or materials that are not contemplated by this Agreement, unless directed by Aetna, including the combination of such Services or materials with services, materials or processes not provided by Aetna where the combination is the basis for the claim of infringement. For purposes of the exclusions in this paragraph, the term "Customer" includes any person or entity acting on the Customer's behalf or at the Customer's direction. For purposes of (A) and (B) above, the standard of care to be applied in determining whether either party is "negligent" in performing any duties or obligations under this Agreement shall be the standard of care set forth in section 3.

## 13.    DEFENSE OF CLAIM LITIGATION

In the event of a legal, administrative or other action arising out of the administration, processing or determination of a claim for Plan benefits, the party designated in this document as the fiduciary which rendered the decision in the appeal

last exercised by the Plan Participant which is being appealed to the court ("**appropriate named fiduciary**") shall undertake the defense of such action at its expense and settle such action when in its reasonable judgment it appears expedient to do so. If the other party is also named as a party to such action, the appropriate named fiduciary will defend the other party PROVIDED the action relates solely and directly to actions or failure to act by the appropriate named fiduciary and there is no conflict of interest between the parties. The Customer agrees to pay the amount of Plan benefits included in any judgment or settlement in such action. The other party shall not be liable for any other part of such judgment or settlement, including but not limited to legal expenses and punitive damages, except to the extent provided in section 12 (Indemnification).

Notwithstanding anything to the contrary in this section 13, in any multi-claim litigation (including arbitration) disputing reimbursement for benefits for more than one (1) Plan Sponsor, the Customer authorizes Aetna to defend and reasonably settle the Customer's benefit claims in such litigation.

## 14.    REMEDIES
Other than in an action between the parties for third party indemnification, neither party shall be liable to the other for any consequential, incidental or punitive damages whatsoever.

## 15.    BINDING ARBITRATION OF CERTAIN DISPUTES
Any controversy or claim arising out of or relating to this Agreement or the breach, termination, or validity thereof, except for temporary, preliminary, or permanent injunctive relief or any other form of equitable relief, shall be settled by binding arbitration in New York**, NY,** administered by the American Arbitration Association ("AAA") and conducted by a sole arbitrator in accordance with the AAA's Commercial Arbitration Rules ("Rules"). The arbitration shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, to the exclusion of state laws inconsistent therewith or that would produce a different result, and judgment on the award rendered by the arbitrator may be entered by any court having jurisdiction thereof. Except as may be required by law or to the extent necessary in connection with a judicial challenge, or enforcement of an award, neither a party nor the arbitrator may disclose the existence, content, record or results of an arbitration. Fourteen (14) calendar days before the hearing, the parties will exchange and provide to the arbitrator (a) a list of witnesses they intend to call (including any experts) with a short description of the anticipated direct testimony of each witness and an estimate of the length thereof, and (b) pre-marked copies of all exhibits they intend to use at the hearing. Depositions for discovery purposes shall not be permitted. The arbitrator may award only monetary relief and is not empowered to award damages other than compensatory damages.

## 16.    COMPLIANCE WITH LAWS
Aetna shall comply with all applicable federal and state laws including, without limitation, the Patient Protection and Affordable Care Act of 2010 ("**PPACA**"), the Health Insurance Portability and Accountability Act of 1996 ("**HIPAA**"), and the Employee Retirement Income Security Act of 1974 ("**ERISA**").

## 17.    TERMINATION
This Agreement may be terminated by Aetna or the Customer as follows:

(A)    **Termination by the Customer** – The Customer may terminate this Agreement, or the Services provided under one or more schedules, for any reason, by giving Aetna at least thirty (30) days' prior written notice of when such termination will become effective.

(B)    **Termination by Aetna and Suspension of Claim Payments** –

(1)    Aetna may terminate this Agreement, or the Services provided under one or more schedules, for any reason, by giving the Customer at least ninety (90) days' prior written notice of when such termination will become effective.

(2)    If Customer fails to fund claim wire requests from Aetna, or fails to pay Service Fees by the Payment Due Date, Aetna has the right to cease paying claims and suspend Services until the requested funds or Service Fees have been provided. Aetna may terminate the Agreement immediately upon notice to the Customer if the Customer fails to fund claim wire requests or pay the applicable Service Fees in full within five (5) business days of written notice by Aetna.  If Customer disputes a Service Fee, Aetna will work with Customer in good faith to resolve the issue before terminating the Agreement.

(C)   **Legal Prohibition** – If any jurisdiction enacts a law or Aetna reasonably interprets an existing law to prohibit the continuance of the Agreement or some portion thereof, upon prior written notice to Customer, the Agreement or that portion shall terminate automatically as to such jurisdiction on the effective date of such law or interpretation; provided, however, if only a portion of the Agreement is impacted, the Agreement shall be construed in all respects as if such invalid or unenforceable provision were omitted.

(D)   **Responsibilities on Termination** – Upon termination of the Agreement, for any reason other than default of payment by the Customer, Aetna will continue to process runoff claims for Plan benefits that were incurred prior to the termination date, which are received by Aetna within twelve (12) months following the termination date. The Service Fee for such activity is included in the Service Fees described in the Service and Fee Schedule(s). Runoff claims will be processed and paid in accordance with the terms of this Agreement. New requests for benefit payments received after the twelve (12) month runoff period will be returned to the Customer or to a successor administrator at the Customer's expense. Claims which were pended or disputed prior to the start of the runoff period will be handled to their conclusion by Aetna, as well as provider performance or incentive payments paid for prior period performance pay outs, and Customer agrees to fund such claims or payments when requested by Aetna.

The Customer shall continue to fund Plan benefit payments and agrees to instruct its bank to continue to make funds available until all outstanding Plan benefit payments have been paid or until such time as mutually agreed upon by Aetna and the Customer. The Customer's wire line and bank account from which funds are requested must remain open for one (1) year after runoff processing ends, or two (2) years after termination.

Upon termination of the Agreement and provided all Service Fees have been paid, Aetna will release to the Customer, or its successor administrator, all claim data in Aetna's standard format, within a reasonable time period following the termination date. All costs associated with the release of such data shall be paid by the Customer.

**18.   GENERAL**
(A)   **Relationship of the Parties** – The parties to this Agreement are independent contractors. This Agreement is not intended and shall not be interpreted or construed to create an association, agency, joint venture or partnership between the parties or to impose any liability attributable to such a relationship. Each party shall be solely responsible for all wages, taxes, withholding, workers compensation, insurance and any other obligation on behalf of any of its employees, and shall indemnify the other party with respect to any claims by such persons.

(B)   **Intellectual Property** – Aetna represents that it has either the ownership rights or the right to use all of the intellectual property used by Aetna in providing the Services under this Agreement (the "**Aetna IP**"). Aetna has granted the Customer a nonexclusive, non-assignable, royalty free, limited right to use certain of the Aetna IP for the purposes described in this Agreement. Customer agrees not to modify, create derivative product from, copy, duplicate, decompile, disassemble, reverse engineer or otherwise attempt to perceive the source code from which any software component of the Aetna IP is compiled or interpreted. Nothing in this Agreement shall be deemed to grant any additional ownership rights in, or any right to assign, sublicense, sell, resell, lease, rent or otherwise transfer or convey, the Aetna IP to the Customer.

(C)   **Notice** – Notices from Aetna to the Customer under this agreement are valid when delivered, in writing, and sent by recognized overnight courier service (e.g. FedEx) or registered or certified mail, postage prepaid and return receipt requested to the Customer's address provided below (or such subsequent address as the Customer has provided to Aetna by notice). Notices from the customer to Aetna are valid when delivered, in writing, to the Customer's Aetna account to the email address of the account representative.

If to Customer:
Bausch & Lomb Americas Inc.
400 Somerset Corporate Boulevard
Bridgewater, New Jersey 08807
Attention: Stephanie White
Email: Stephanie.White@bauschhealth.com

with a copy to:
Bausch & Lomb Americas Inc.

400 Somerset Corporate Boulevard
Bridgewater, New Jersey 08807
Attention: Legal Coordinator
Email: Legalnotices@bauschhealth.com

(D)  **Force Majeure** – With the exception of the Customer's obligation to fund benefit payments and Service Fees, neither party shall be deemed to have breached this Agreement, or be held liable for any failure or delay in the performance of any portion of its obligations under this Agreement, including performance guarantees if applicable, if prevented from doing so by a cause or causes beyond the reasonable control of the party. Such causes include, but are not limited to: acts of God; acts of terrorism; pandemic; fires; wars; floods; storms; earthquakes; riots; labor disputes or shortages; strikes and governmental laws, ordinances, rules, regulations, or the opinions rendered by any court, whether valid or invalid. Notwithstanding, Aetna has, and periodically tests and confirms, commercially reasonable contingency operations in place to mitigate the impact of any Force Majeure event.

(E)  **Governing Law** – The Agreement shall be governed by and interpreted in accordance with applicable federal law, including ERISA. To the extent such federal law does not govern, the Agreement shall be governed by New York law.

(F)  **Financial Sanctions** – If Plan benefits or reimbursements provided under this Agreement violate, or will violate any economic or trade sanctions, such Plan benefits or reimbursements are immediately considered invalid. Aetna cannot make payments for claims or Services if it violates a financial sanction regulation. This includes sanctions related to a blocked person or a country under sanction by the United States, unless permitted under a written office of Foreign Assets Control (OFAC) license.

(G)  **Waiver** – No delay or failure of either party in exercising any right under this Agreement shall be deemed to constitute a waiver of that right.

(H)  **Third Party Beneficiaries** – There are no intended third party beneficiaries of this Agreement.

(I)  **Severability** – If any provision of this Agreement or the application of any such provision to any person or circumstance shall be held invalid, illegal or unenforceable in any respect by a court of competent jurisdiction, such invalidity, illegality or unenforceability shall not affect any other provision of this Agreement and all other conditions and provisions of this Agreement shall nevertheless remain in full force and effect.

(J)  **Entire Agreement; Order of Priority** – This Agreement, and the accompanying HIPAA business associate agreement, constitutes the entire understanding between the parties with respect to the subject matter of this Agreement, and supersedes all other agreements, whether oral or written, between the Parties.

(K)  **Amendment** – Except as provided for in the Customer's renewal package, no modification or amendment of this Agreement will be effective unless it is in writing and signed by both Parties, except that a change to a party's address of record as set forth in section 18(C) (Communications) may be made without being countersigned by the other party.

(L)  **Taxes** – The Customer shall be responsible for any sales, use, or other similarly assessed and administered tax (and related penalties) incurred by Aetna by reason of Plan benefit payments made or Services performed hereunder, and any interest thereon. Additionally, if Aetna makes a payment to a third party vendor at the request of the Customer, Aetna will assume the tax reporting obligation, such as Form 1099-MISC or other applicable forms.

(M)  **Assignment** – This Agreement may not be assigned by either party without the written approval of the other party. The duties and obligations of the parties will be binding upon, and inure to the benefit of, successors, assigns, or merged or consolidated entities of the parties.

(N)  **Divested Entity** - A Divested Entity of Customer shall have the right, through Customer, to the benefit of the Services along with all other pertinent rights and obligations set forth in this Agreement.  The parties hereto agree that Customer may execute a Work Order under this Agreement on behalf of **a** Divested Entity of Customer and Divested Entity of Customer may execute a Work Order on its own behalf, as if it were an original

party hereto.  Provided that (i) Plan Sponsor or Plan Administrator shall provide Aetna with at least 30 days prior written notice of such divestiture, and (ii) Aetna has sufficient opportunity to review the divestiture to determine whether extension of the same terms and stipulations of this Agreement to the Divested Entity, including fees, pricing and guarantees, is supportable by Aetna from a financial/underwriting perspective.

As used herein, "Divested Entity" shall mean any direct or indirect subsidiary, affiliate or portion of any of Plan Sponsor, a Plan Sponsor direct or indirect subsidiary or affiliate which is divested, spun-off or otherwise ceases to be part of Plan Sponsor's controlled group as defined in Internal Revenue Code Section 414(b).

(O)     **Survival** – Sections 5, 8 through 13 and 17(D) shall survive termination of the Agreement.

(P)     **Subcontractors** – The work to be performed by Aetna under the Agreement may, at its discretion, be performed directly by it or wholly or in any part through a subsidiary, an affiliate, or under a contract with an organization of its choosing. Aetna will remain responsible for all obligations performed by, and all acts or omissions that would be Agreement breaches of, its subsidiaries, affiliates and subcontractors to the same extent as if those obligations were performed by, or acts or omissions that would be Agreement breaches were those of, Aetna. Aetna will remain liable for Services under the Agreement. Upon request, Aetna shall provide a written list of Tier 1 subcontractors to the Customer. Tier 1 subcontractors are defined as a subset of Aetna suppliers for whom a portion of the Services provided may include direct Plan Participant contact or significant access to Plan Participant-identifiable data. Not all Aetna suppliers on the list provided are utilized in providing services to all customers or plan participants. Aetna shall make an updated Tier 1 subcontractor list available to the Customer for informational purposes, as requested by the Customer, but no more frequently than once annually, during the term of the Agreement. For the avoidance of doubt, neither Aetna's obligation to provide, nor the Customer's right to receive a Tier 1 subcontractor list under this paragraph, shall constitute a right of the Customer to pre-approve any Aetna subcontractor or a right to require Aetna to terminate any agreements (or services under any agreements) with any Aetna supplier.

Aetna or its subcontractors will access the Customer or Plan Participant data from locations outside of the jurisdiction of the United States; provided that such access (i) is limited to screen viewing of the data, which shall, at all times, remain physically stored in the United States, and (ii) is subject to security controls, including limiting such access to devices with no download, print or storage capability.

The parties are signing this agreement as of the date stated in the introductory clause.


**Bausch & Lomb Americas Inc.**                           **Aetna Life Insurance Company**

By: _Kimberly Azerski_                                    By: _____

Name: _Kimberly Azerski_                                  Name: _Daniel Finke_

Title: _VP, Total Rewards & HR Operations_                Title: _Aetna Life Insurance Company_

**GENERAL ADMINISTRATION SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

This General Administration Schedule describes certain of the Services to be performed by Aetna for the Customer pursuant to the Agreement. The Services described in this schedule apply generally to any medical, dental, pharmacy and behavioral health Plans that are subject to the Agreement. Terms used but not otherwise defined in this schedule shall have the meaning assigned to them in the Agreement.

**1.     CLAIM SERVICES:**

Aetna shall process claims for Plan benefits incurred on or after the Effective Date using Aetna's normal claim determination, payment and audit procedures and applicable cost control standards in a manner consistent with the terms of the Plan(s), any applicable provider contract, and the Agreement. Aetna shall issue a payment of benefits and related charges on behalf of the Customer in accordance with section 5 of the Agreement, for such benefits and related charges that are determined to be payable under the Plan(s). With respect to any claims that are denied on behalf of the Customer, Aetna shall notify the Plan Participant of the denial and of the Plan Participant's right of review of the denial in accordance with applicable law.

(A)     Where the Plan contains a coordination of benefits clause or antiduplication clause, Aetna shall administer all claims consistent with such provisions and any information concurrently in its possession regarding duplicate or primary coverage. Aetna shall have no obligation to recover sums owed to the Plan by virtue of the Plan's rights to coordinate where the claim was incurred prior to the Effective Date. Aetna has no obligation to bring actions based on subrogation or lien rights, unless the Customer has elected Aetna's subrogation services as indicated in the Service and Fee Schedule.

(B)     In circumstances where Aetna may have a contractual, claim or payment dispute with a provider, the settlement of that dispute with the provider may include a one-time payment in settlement to the provider or to Aetna, or may otherwise impact future payments to providers. Aetna, in its discretion, may apportion the settlement to self-funded customers, either as an additional service fee from, or as a credit to, the Customer, as may be the case, based upon specific applicable claims, proportional membership or some other allocation methodology, after taking into account Aetna's cost of recovery. The Customer shall remain liable after termination of the Agreement, for their portion of any settlement payments arising from claims paid while an active customer.

(C)     If the Customer wishes to participate in Aetna's enhanced customer servicing framework, the program will be indicated as included in the Service and Fee Schedule. This initiative empowers Aetna's customer service representatives to resolve complex Plan Participant inquiries in a limited number of instances, in accordance with documented guidelines that fall within the context of Aetna's standard claims administration payment and audit procedures. The program allows an authorization of a one-time payment of a previously processed claim. The limits and requirements associated with the program are available to the Customer upon request.

**2.     MEMBER SERVICES:**

Aetna shall establish and maintain one (1) or more service centers, responsible for handling calls and other correspondence from Plan Participants with respect to questions relating to the Plan and Services under the Agreement.

**3.     PLAN SPONSOR SERVICES:**

(A)     Aetna shall assign an experienced Account Management Team to the Customer's account. This team will be available to assist the Customer in connection with the Services provided under the Agreement.

(B)     Aetna shall design and install a benefit-account structure separately by class of employees, division, subsidiary, associated company, or other classification reasonably requested by the Customer.

(C)     Aetna shall assist the Customer in connection with the design of the Customer's Plan, including actuarial and underwriting support reasonably requested by the Customer, provided that the Customer shall have ultimate responsibility for the content of the Plan and compliance with law in connection therewith.

(D)    Aetna shall make employee identification cards available to Plan Participants. Upon request, Aetna will arrange for the custom printing of identification cards, with all costs borne by the Customer.

(E)    Upon request of the Customer, Aetna shall provide the Customer with information reasonably available to Aetna relating to the administration of the Plans which is necessary for the Customer to prepare reports that are required to be filed with the United States Internal Revenue Service and Department of Labor and to supply Customer with the information they would reasonably need to provide employee disclosures that are required by law with respect to its benefit coverages.

(F)    Aetna shall provide the following reports to the Customer for no additional charge:

    (1)    Monthly/Quarterly/Annual Reports – Aetna shall prepare the following reports in accordance with the benefit-account structure for use by the Customer in the financial management and administrative control of the Plan benefits:

        (a)    a monthly listing of funds requested and received for payment of Plan benefits;

        (b)    a monthly reconciliation of funds requested to claims paid within the benefit-account structure;

        (c)    a monthly listing of paid benefits;

        (d)    online access to monthly, quarterly and annual standard claim analysis reports; and

        (e)    if applicable, monthly, quarterly, or annual HealthFund product reports for customers with at least one hundred (100) enrolled lives in each HealthFund to be used for the financial evaluation and management of each HealthFund plan.

    (2)    Annual Accounting Reports -- Aetna shall prepare standard annual accounting reports detailing product specific financial and plan information including enrollment fees and/or rates for each Agreement Period.

    (3)    Annual Renewal Reports – Aetna shall prepare standard annual renewal reports detailing product specific financial and plan information, including enrollment fees and/or rates for each Agreement Period.

Any additional reporting formats and the price for any such reports shall be mutually agreed upon in writing by the Customer and Aetna.

(G)    Upon request of the Customer, for no additional charge, Aetna shall provide either of the following services in support of the preparation of Plan descriptions:

    (1)    Prepare an Aetna standard Plan description, including descriptions of benefit revisions; or

    (2)    Review the Customer-prepared employee Plan descriptions, subject to the Customer's final and sole authority regarding benefits and provisions in the self-insured portion of the Plan.

Upon the prior express written request and consent of the Customer, Aetna shall prepare a non-standard Plan description, provided the Customer must agree in advance to reimburse Aetna for the costs of that work. If the Customer requires both preparation (1) and review (2), Aetna may require an additional charge disclosed to Customer in advance.

(H)    Upon the prior express written request and consent of the Customer, Aetna will arrange for the printing of Plan descriptions, with all costs disclosed to Customer in advance borne by the Customer.

(I)    Upon the prior express written request and consent of the Customer, if applicable, Aetna will provide assistance in connection with the preparation of the Customer's draft Summaries of Benefits and Coverage (SBCs). Aetna may charge an additional fee for such request disclosed to Customer in advance.

(J)     The Customer acknowledges that it has the responsibility to review and approve all Plan documents and SBCs, if applicable, and shall have the final and sole authority regarding the benefits and provisions of the Plan(s), as outlined in the Customer's Plan document. Aetna shall have no responsibility or liability for the content of any of the Customer's Plan documents, or SBC's, if applicable, regardless of the role Aetna may have played in the preparation of such documents.

**4.     NETWORK ACCESS SERVICES**

(A)     Aetna shall provide Plan Participants with access to Aetna's network hospitals, physicians and other health care providers ("**Network Providers**") who have agreed to provide services at agreed upon rates and who are participating in the applicable Aetna network covering the Plan Participants.

(B)     Aetna has value-based contracting ("**VBC**") arrangements with Network Providers. These arrangements reward providers based on indicators of value, such as, effective population health management, efficiency and quality care. Contracted rates with Network Providers may be based on fee-for-service rates, case rates, per diems, performance-based contract arrangements, risk-adjustment mechanisms, quality incentives, pay-for-performance and other incentive and adjustment mechanisms. These mechanisms may include payments to physicians, physician groups, health systems and other provider organizations, including but not limited to organizations that may refer to themselves as accountable care organizations and patient-centered medical homes, in the form of periodic payments and incentive arrangements based on performance. Aetna will process any incentive payments attributable to the Plan in accordance with the terms of each VBC arrangement. Each Customer's results will vary. It is possible that incentives paid to a particular provider or health system may be required even if the Customer's own population did not experience the same financial or qualitative improvements. It is also possible that incentives will not be paid to a provider even if the Customer's own population did experience financial and quality improvements. Upon request, Aetna will provide additional information regarding our VBC arrangements.

(C)     Retroactive adjustments are occasionally made to Aetna's contract rates. Retroactive adjustments may occur, for example, when the federal government does not issue cost of living data in sufficient time for an adjustment to be made on a timely basis, or because contract negotiations were not completed by the end of the prior price period or due to contract dispute settlements. In all cases, Aetna shall adjust the Customer's payments accordingly. The Customer's liability for all such adjustments shall survive the termination of the Agreement.

(D)     Aetna may contract with vendors who in turn are responsible for contracting with the providers who perform the health care services, and potentially for certain other services related to those providers such as claims processing, credentialing, and utilization management. Under some of these arrangements, the vendor bills Aetna directly for those services by its network of providers at the vendor's contracted rate with Aetna, and Aetna pays the vendor for those services. In certain cases, the amount billed by the vendor to Aetna, paid pursuant to the plan, includes an administrative fee for delegated services by the vendor. As a result, the amount the vendor pays to the health care provider through the vendor's contract with the provider may be different than the amount paid pursuant to the Plan because the allowed amount under the Plan will be Aetna's contracted rate with the vendor, and not the contracted amount between the vendor and the health care provider.

(E)     Aetna reserves the right to set a minimum plan benefit design structure for in-area network claims to which the Customer must comply in order to access a particular Aetna network.

(F)     Aetna shall maintain an online directory containing information regarding Network Providers.  Customer's prior written request and for an additional charge disclosed to Customer in advance, Aetna shall provide the Customer with paper copies of physician directories.

(G)     Aetna makes no guarantee and disclaims any obligation to make any specific health care providers or any particular number of health care providers available for use by Plan Participants or that any level of discounts or savings will be afforded to or realized by the Customer, the Plan or Plan Participants.

(H)     Customer agrees to comply with all of the applicable terms of Aetna's network provider contracts.

**5.      NON-DIRECT NETWORKS**

If Aetna is requested by the Customer, or otherwise arranges for network services to be provided for Plan Participants in a geographic area where Aetna does not have a directly contracted network of providers, (or additional access is requested or advisable), Aetna may contract with another network and or additional providers ("**non-Aetna network**") to provide the network services. With respect to the services provided by providers in the non-Aetna network ("**non-Aetna network providers**"), the Customer acknowledges and agrees that, any other provisions of the agreement notwithstanding:

(A)      Aetna may not credential, monitor or oversee the providers or the administrative procedures or practices of any non-Aetna network;

(B)      No particular discounts may, in fact, be provided or made available by any particular providers;

(C)      Performance guarantees appearing in the agreement may not apply to Services delivered by non-Aetna providers or networks; and

(D)      Non-Aetna network providers are not employees or agents of Aetna and may not be contractors or subcontractors of Aetna.

The Customer further agrees that, if Aetna subsequently establishes or expands its own contracted provider network in a geographic area where services are being provided by a non-Aetna network, Aetna may terminate the non-Aetna network contract, and begin providing services through a network that is subject to the terms and provisions of the agreement. The Customer acknowledges that such conversion may cause disruption, including the possibility that a particular provider in a non-Aetna network may not be included in the replacement network.

**MEDICAL**
**SERVICE AND FEE SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

The Service Fees and Services effective for the period beginning January 1, 2022 and ending December 31, 2022 are specified below. They shall be amended for future periods, in accordance with section 4 of the Agreement and in accordance with the annual financial renewal package agreed upon in writing between the parties. Any reference to "Member" shall mean a Plan Participant as defined in the Agreement.

For purposes of this document, Aetna may be referred to using 'we', 'our' or 'us' and Customer may be referred to using 'you' or 'your'.

### Self-Funded Medical Service and Fee Schedule
January 1, 2022 through December 31, 2022

| Medical Administrative Fees Per-Employee, Per-Month (PEPM)* | Choice POS II | Choice POS II HDHP | Medicare Direct Indemnity |
|---|---|---|---|
| Assumed Enrollment | 2,326 | 1,523 | 20 |
| Total PEPM | $31.37 | $31.37 | $19.79 |

*Employee includes only those active employees, retirees, COBRA continues and disabled employees that are covered under your Aetna medical

| Medical Administrative Fees Per-Employee, Per-Month (PEPM)* | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| Assumed Enrollment | | | |
| 3,601-7,500 | $31.37 | $31.37 | $19.79 |
| 7,501-10,000 | $30.17 | $30.17 | $18.59 |
| 10,001-11,000 | $28.97 | $28.97 | $17.39 |

*Employee includes only those active employees, retirees, COBRA continues and disabled employees that are covered under your Aetna medical.

The fees above include expenses associated with processing runoff claims for one (1) year following cancellation.

Our fees are based on the total number of employees enrolled in Aetna commercial medical products.

We'll accept payment of service fees within sixty (60) days. If you fail to pay service fees within sixty (60) days, we'll assess a late payment charge.

Please refer to the Financial Assumptions for a detailed description of the services, terms, and conditions associated with our self-funded plan.

We guarantee that the second-year Medical fees will increase over the first-year Medical fees by two percent (2%). We also guarantee that the third-year Medical fees will increase over the second-year Medical fees by two percent (2%).

| Included Services / Programs in Above Administrative Fees | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| *Implementation & Communication* | | | |
| $1.56 PEPM Audit/Communication/Wellness | Included | Included | Included |
| Allowance (Years 1-3) (3,601 + Lives) | | | |
| Designated Implementation Manager | Included | Included | Included |
| Open Enrollment Marketing Material (noncustomized) | Included | Included | Included |
| Onsite Open Enrollment Meeting Preparation | Included | Included | Included |

| Included Services / Programs in Above Administrative Fees | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| Digital ID Cards | Included | Included | Included |
| *General Administration* | | | |
| Experienced Account Management Team | Included | Included | Included |
| Designated billing, eligibility, plan set up, underwriting and drafting services | Included | Included | Included |
| Review or draft plan documents | Included | Included | Included |
| Summary of Benefits and Coverage (SBCs) - 2 plan designs | Included | Included | Included |
| Aetna Full Claim Fiduciary - Option 1 | Included | Included | Included |
| External review | Included | Included | Included |
| *Banking Information* | | | |
| Wire transfer when checks cleared | Included | Included | Included |
| ACH drawdown by Aetna | Included | Included | Included |
| Claim funding requests: Standard >$20,000 (i.e. daily for large customers) and month end close out wire request | Included | Included | Included |
| *Member and Claim Services* | | | |
| Claim Administration | Included | Included | Included |
| Member Services | Included | Included | Included |
| Aetna Voice Advantage | Included | Included | Included |
| Designated National Account Service Center | Included | Included | Included |
| Plan Sponsor Liaison | Included | Included | Included |
| Special Investigations / Zero Tolerance Fraud Unit | Included | Included | Included |
| Aetna Concierge (Includes First Impression Treatment) | Included | Included | Included |
| *Network Information* | | | |
| Network Access | Included | Included | N/A |
| Full National Reciprocity (excluding Stand Alone ACOs) | Included | Included | Included |
| *Care Management* | | | |
| Utilization Management Inpatient Precertification | Included | Included | N/A |
| Utilization Management Concurrent Review | Included | Included | N/A |
| Utilization Management Discharge Planning | Included | Included | N/A |
| Utilization Management Retrospective Review | Included | Included | N/A |
| Aetna One Choice | Included | Included | N/A |
| Aetna Compassionate Care$^{SM}$ Program (ACCP) | Included | Included | Included |
| National Medical Excellence Program | Included | Included | Included |
| Institutes of Quality (same benefits) | Included | Included | N/A |
| Preventive Care Considerations (Electronic) | Included | Included | Included |
| Enhanced Maternity Program | Included | Included | N/A |
| Aetna Advice | Included | Included | N/A |
| 24-hour Nurse Line 1-800 # | Included | Included | Included |
| Member Engagement Platform[‡‡‡] | Included | Included | Included |

| Included Services / Programs in Above Administrative Fees | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| *Behavioral Health* | | | |
| Managed Behavioral Health | Included | Included | N/A |
| Behavioral Health Condition Management | Included | Included | N/A |
| Applied Behavioral Analysis (ABA) | Included | Included | N/A |
| AbleTo network — member cost share may apply | Included | Included | N/A |
| *Web Tools* | | | |
| Member Website and Mobile Experience | Included | Included | Included |
| Online Programs | Included | Included | Included |
| MindCheck$^{SM}$ | Included | Included | Included |
| *Consultation/Reporting* | | | |
| Analytic and Clinical Consultation from Plan | Included | Included | Included |
| Sponsor Insights | Included | Included | Included |
| ART Reports - New analytic reporting platform | Included | Included | Included |
| Monthly Financial Claim Detail Reports | Included | Included | Included |
| Monthly Banking Reports | Included | Included | Included |
| Third Party Stop Loss Report (monthly) | Included | Included | Included |
| *Data Integration Services* | | | |
| Integrating 3rd-party Pharmacy data to support benefit accumulators | Included | Included | Included |
| **Aetna Discount Program** at home products, fitness, hearing, LifeM shopping website, natural products and services, oral health care, vision, weight management | Included | Included | Included |

| Claim Wire Billing§ (Charged through the claim wire. Not included in Above Administrative Fees) | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| Subrogation | 30% of recovered amount will be retained | | |
| Contracted Services (Coordination of Benefits, Retro Terminations, Medical Bill and Hospital Bill Audits, Workers Compensation, DRG and Implant Audits) | 30% of recovered amount will be retained | | |
| Third Party Claim and Code Review Program§§ | 30% of recovered amount will be retained | | |
| National Advantage™ Program (Includes Facility Charge Review and Itemized Bill Review)§§ | 40% of recovered amount will be retained | | |
| Enhanced Clinical Review° (Includes High Tech Radiology Diagnostic Cardiology, Sleep Study, Cardiac Implantables, Interventional Pain Management, Hip/Knee Replacements) | $0.70 per-member, per-month | | |
| Teladoc - General Medical¶ | $0.20 per-member, per-month | | |

| Claim Wire Billing§ (Charged through the claim wire. Not included in Above Administrative Fees) | Choice POS II | Open Access Aetna Select | Medicare Direct Indemnity |
|---|---|---|---|
| Teladoc - Behavioral Health (must have General Medical) | No cost | | |
| Teladoc - Dermatology (must have General Medical) | No cost | | |
| Teladoc - Caregiver (must have General Medical) | No cost | | |
| Institutes of Excellence™ (Transplants) | $2,500 when wait-listed for a transplant | | |
| Institutes of Excellence™ (Transplants) | $7,500 when transplant procedure is complete | | |

‡‡‡ Member Engagement Platform includes: health assessment (online and mobile), online digital coaching, member health record, care engine, member messaging.

§ Claim wire billing fees refers to the portion of the total administrative expenses that are charged through the claim wire as the services are rendered, and are subject to any future fee increases. Expenses that are charged through the claim wire include those described on the Fee Schedule as well as those fees that the parties may subsequently agree to add to the claim wire from time to time. Programs/services that are charged through the claim wire are excluded from the monthly PEPM Administrative Fees as illustrated above and will not appear on the monthly billing statement for PEPM Administrative Fees, but will appear in other monthly reports provided to the customer.

§§ Details can be found in our UW Disclosure document located at the following URL: http://www.aetna.com/legal-notices/documents/2021- national-accounts-self-funded-medical-uw-disclosure.pdf.

° This fee will only be charged based upon those members who fall into service areas where the program is available.

¶ Teladoc - In addition to the administrative fees as outlined above, there is a per consultation charge which will be shared by the member and plan sponsor based on type of service provided and member's benefit plan. Specific charges are available upon request. With standard Teladoc setup, member cost follows the underlying medical plan design, either the plan's copay or deductible amount. Customization to the member's copay is not allowed. If your plan deviates from the standard, pricing will be adjusted accordingly.

**Self-Funded Medical Financial Assumptions and Caveats**

For purposes of this document, Aetna may be referred to using 'we', 'our or 'us' and SpinCo. may be referred to using 'you' or 'your'.

We have made every effort to respond to SpinCo.'s request in a manner that reflects our existing and expected business practices for the period January 1, 2022 continuing through December 31, 2022. This proposal is considered a new agreement and is modeled after the existing agreement with Bausch Health US, LLC. Continuance of your benefit plan and payment of fees constitutes an agreement to this proposal.

Details for the following topics can be found in our UW Disclosure document located at the following URL: http://www.aetna.comlegal-notices/documents/2021-national-accounts-self-funded-medical-uw-disclosure.pdf. In the event that any information contained herein conflicts or is inconsistent with the disclosure document in the link above, the information in this document shall prevail.

- Eligibility Transmission
- Information on our Producer Compensation programs
- Billing of Fees and Claim Wire Billing descriptions
- Alternate Office Processing

- Subcontractors
- Value-Based Contracting
- Primary Care Physician Referrals
- Network Provider Arrangements
- National Advantage Program(s) descriptions
- Health Care Reform, Retiree only plans

**Fee Guarantee Period**

The first-year fees for the period January 1, 2022 through December 31, 2022 are guaranteed as shown on the attached financial exhibit.

**Underwriting Caveats**

Your pricing considers all the multiple products, programs, and services you have with us and/or are included in this proposal and will be in effect for the full twelve (12) months of the plan year. Pricing for some programs and services are amortized over a twelve (12) month period.

Therefore, fees will not be reduced if termination occurs prior to the end of the plan year. We require notice to properly terminate before the plan year ends in accordance with the Termination provision in your Agreement. Otherwise, you may be charged for the cost until that notice is met.

If any of the changes outlined below occur, we may adjust your Guaranteed Fees. If this happens, you'll be required to pay any difference between the fees collected and the new fees calculated back to the start of the Guarantee Period. If fees are adjusted, the caveats below will be based on the new assumptions.

During the Guarantee Period we may adjust your Guaranteed Fees if:

1. For any product:

   a. The actual number of enrolled employees falls outside of the enrollment scenarios provided in our bracketed fee quotation. Our proposal assumes coverage will not be extended to additional employee groups without review of supplemental census information and other underwriting information for appropriate financial review.

   b. There is a fifteen percent (15%) change in enrolled employees by product.

   c. The member-to-employee ratio increases by more than fifteen percent (15%). We have assumed a member-to-employee ratio of:

   – 2.35 for Choice POS II

   – 2.31 for Choice POS II HDHP

   – One (1) for Medicare Direct Indemnity

2. Maximum account structure per product exceeds the number of units illustrated in the table below.

   Account structure determines the reporting format. During the installation process, we'll work with you to finalize the account structure and determine which report formats will be useful. Maximum total account structure includes Experience Rating Groups (ERGs), controls, suffixes, billing and claim accounts.

| Total Employees (Choice POS II, Open Access Aetna Select, PPO, EPO, Aetna HealthFund, Indemnity) | Maximum Total Structure Per Product |
|---|---|
| Less than 1,000 | 60 |
| 1,000-2,999 | 80 |

| | |
|---|---|
| 3,000-4,999 | 150 |
| 5,000-9,999 | 300 |
| 10,000-19,999 | 350 |

3.    A material change in the plan of benefits is initiated by you or by legislative or regulatory action.

4.    A material change is initiated by you or by legislative or regulatory action which materially affects the cost of the plan. This includes, but is not limited to, changes impacting standard contract provisions, claim settlement practices, plan administration, plan benefits or changes to the programs and services we offer you.

5.    You change or terminate the National Advantage™ Program (NAP), Facility Charge Review (FCR) or Itemized Bill Review (IBR) programs.

6.    You place the products, programs and services included in this multi-year fee guarantee out to bid with an effective date prior to January 1, 2025 (end of multi-year Guarantee Period), then this guarantee is no longer valid.

If any of the conditions outlined above occur, then any performance guarantees may be changed or terminated based on the caveats outlined in those guarantee documents.

We're relying on information from you and your representatives in establishing the fees and terms of this proposal. If any of this information is inaccurate and has an impact on the cost of the programs, we reserve the right to make a reasonable adjustment to our fees and terms upon the receipt of corrected information.  We agree to negotiate any disagreements with you as to such adjustments in good faith.

**Allowance**

We are including allowances for your Aetna plans applicable to each year of the Guarantee Period as outlined in the chart below.

| Audit/Communication/Wellness Allowances (Year 1-3) | $1.56 PEPM |
|---|---|

We have provided a(n) Communication, Wellness and Audit allowance. This amount will convert to a flat dollar amount for the given plan year based on enrollment in the first month of the plan year. PEPM allowances will be reconciled in conjunction with the year-end accounting and may result in an adjustment to the final administration charge.

Communication and Audit allowances can be used for reasonable communication and audit expenses applicable to the plan year for which they are offered. You can use the allowances to offset expenses you incur as a result of implementing your contract with us, promoting our products, programs or services, communicating with members, and our system front- end charges.  No more than fifty thousand dollars ($50,000) of the audit/communication/wellness allowance can be allocated towards audit over the three (3) year period.

Wellness allowances can be used to pay for reasonable wellness-related programs or activities you received from third-party vendors incurred during the Guarantee period year for which the allowance was applicable. Wellness allowance expenses must be for wellness-related programs or activities that are designed to promote the health and well-being of members, or to educate participants about healthy lifestyles and choices. Any wellness- related allowance amounts we pay you directly to offset or reimburse you for any expense or costs you reimbursed a vendor for directly, must comply with these conditions. Examples of reimbursable wellness related activities include programs or activities such as wellness fairs, biometric screenings and onsite flu vaccinations.

The above referenced funds will be available as of the effective date of each plan year of the guarantee period. Our preferred method of payment is directly to the vendor. We will pay communication, wellness, and audit expenses directly to the vendor only after you send us proper documentation outlining the expenses you have incurred. On an exception basis, we can reimburse you directly. In the event the exception is granted, we'll require you to submit detailed paid receipts from the vendor. Documentation must be submitted within sixty (60) days following the close of the plan year for which expenses were incurred otherwise you forfeit the funds. Acceptable documentation includes, but is not limited to:

–       Vendor invoice(s) summarizing level of work completed, hourly rate and hours spent; and

–       Invoices or other documentation summarizing any other miscellaneous expenses incurred (such as travel, and other business expenses related to service rendered)

The communication, wellness, and audit allowance amounts indicated above are available for the years indicated in the chart. Each allowance is forfeited at the end of each plan year if not fully utilized (it does not get rolled over to the following plan year for a cumulative amount).

We assume the funding of any communication, wellness, and audit allowance dollars is either at the request of your Plan Administrator acting in its fiduciary capacity or for the exclusive benefit of your Plan. We will pay any allowances in accordance with applicable law. We suggest you seek appropriate accounting and legal counsel for all payments to ensure they comply with applicable accounting principles and law.

If you terminate your medical plan with us in whole or in part (defined as a fifty percent (50%) or greater membership reduction from the membership we assumed in this proposal) prior to the end of the multi-year Guarantee Period, December 31, 2024, you'll be responsible for remitting payment for any allowance amounts used. Payment is due to us within sixty (60) days of the invoice.

**Late Payment**

We'll assess a late payment charge at a twelve percent (12%) annual interest rate if you fail to pay plan benefit payments or administrative service fees on a timely basis as outlined in the Agreement.

We reserve the right to collect any incurred late payment charges through a claim wire billing account on a monthly basis provided there are no other special payment arrangements in-force to fund any incurred late payment charges. We'll notify you in writing to obtain approval prior to billing any late payment charges through the claim wire billing account.

As an accommodation, we'll accept payment of service fees within sixty (60) days. If you fail to pay service fees within sixty (60) days, we'll assess a late payment charge.

We reserve the right to change this extended period for paying Service Fees at any time. We'll provide you with thirty (30) days written prior notice in the event we decide to change the arrangement. Any Service Fees due after the end of the thirty (30) day notice period will be subject to the new arrangement. We reserve all rights to enforce Agreement remedies as to any Service Fees overdue.

**Value-Based Contracting**

**A.      Introduction to Value-Based Contracting**

We have a variety of different value-based contracting (VBC) arrangements with many of our Network Providers. These arrangements compensate providers to improve indicators of value such as, effective population health management, efficiency and quality care.

**B.      Value-Based Contracting Models**

We have VBC arrangements ranging from bundled payments and pay-for-performance approaches to more advanced forms of collaborative arrangements that include integrated technology and case management, aligned incentives and risk sharing. Our VBC models include:

**Pay for Performance (P4P).** Under P4P programs, we work together with providers (doctors and hospitals) to develop and agree to a set of quality and efficiency measures and their performance impacts their total compensation.

**Bundled Payments.** In a Bundled Payment model, a single payment is made to doctors or health care facilities (or jointly to both) for all services associated with an episode-of-care. Bundled payment rates are determined based on the total expected costs of a particular treatment, including pre- and post-treatment services, and are set to incentivize efficient medical treatment.

**Patient Centered Medical Home (PCMH).** In a PCMH, a primary care doctor leads a clinical team that oversees the care of each patient in a practice. The medical practice receives data about their patients' quality and costs of care in order to improve care delivery. Financial incentives can be earned based upon performance on specific quality and efficiency measures.

**Accountable Care Organizations (ACOs).** In an ACO, we team up with systems of doctors, hospitals and other health care providers to help these organizations manage risk, improve clinical care management, and implement data and technology to connect providers, health plans and patients. The ACO arrangements include financial incentives for the organization to improve the quality of patient care and health outcomes, while controlling costs.

We will continue to evolve our value-based contracting arrangements over time. We employ a broad spectrum of different reimbursement arrangements with providers to advance the goals of improving the quality of patient care and health outcomes, while controlling costs.

**C.      Value-Based Contracting Example Calculations**

A customers' financial responsibility under many VBC arrangements is determined based on provider performance, using an allocation method appropriate for each particular performance program. These methods include: percentage of allowed claims dollars and percentage of paid capitation dollars; number of members; percentage of member months.

**Examples**

1.      Pay for Performance. Percentage of allowed claims dollars and percentage of paid capitation dollars: Achieving agreed upon clinical and efficiency performance goals by comparing performance year end to performance year baseline or an industry standard.

      a.      Provider earns $100,000 performance-based compensation for the 12-month period January to December;

      b.      All plan sponsors, combined incurred $8,500,000 in claims with the provider for the 12-month period January to December;

      c.      Plan sponsor incurred $150,000 in claims with the provider for the 12-month period January to December;

      d.      Plan sponsor's share of claims costs is ($150,000/$8,500,000) = 1.7647 %. Formula: (Plan sponsor incurred claims/All plan sponsors incurred claims);

      e.      Plan sponsor's share of the $100,000 performance-based compensation is 1.7647 % * $100,000) = $1,764.70, which would be processed as a claim through ordinary self-funded banking channels.

2.      Patient Centered Medical Home and Accountable Care Organization. Percentage of member months: Achieving agreed upon clinical and efficiency goals as measured by performance year end to performance year baseline or an industry standard.

      a.      Provider earns $100,000 performance-based compensation for the 12-month period January to December;

      b.      All plan sponsors, combined had 100,500 member months with the provider for the 12-month period January to December;

      c.      Plan sponsor had 9,500 member months (for 850 unique members) attributed to the provider for the 12-month period January to December;

      d.      Plan sponsor's share of the member months is (9,500/100,500) = 9.4527 %. Formula: (Plan sponsor member months/All plan sponsors months);

e.    Plan sponsor's share of the $100,000 performance-based compensation is (9.4527 % * $100,000) = $9,452.73, which would be processed as a claim through ordinary self-funded banking channels.

3.    Patient Centered Medical Home and Accountable Care Organization. Number of Members:

In addition to Example 2 above, a quarterly Accountable Care Payment (ACP) may be made to the provider to fund activities necessary to meet the financial and clinical objectives. These are paid quarterly either during, or after the end of each quarter. The financial impact is considered in the total financial package negotiated with the provider.

a.    We determine the attributed patients for the provider for the quarter April through June;

b.    Plan sponsor had 850 members attributed to the provider for the quarter April through June;

c.    ACP and FFS payments are incorporated into the final analysis of provider performance against the medical claims target;

d.    We apply the agreed upon rate to the attributed patients; i.e. $2.00 per-member, per-month (PMPM) = $6.00 per quarter per member, to determine funding to the provider;

e.    Plan sponsor's calculated share is $5,100 ($6.00 * 850), which would be processed as a claim through ordinary self-funded banking channels.

**General**

We will process any payments in accordance with the terms of each VBC arrangement. In each of the VBC models, self-funded plan sponsors reimburse us for any payment attributable to their plan when the payments are made. Each customer's results will vary. It is possible that payments paid to a particular provider or health system may be required even if the plan sponsor's own population did not experience the same financial or qualitative improvements. It is also possible that payments will not be paid to a provider even if the customer's own population did experience financial and quality improvements. A report of VBC charges to a plan sponsor will be available on a quarterly basis.

Upon request, we will provide additional information regarding our VBC arrangements.

**REIMBURSEMENT SERVICES**
**SERVICE AND FEE SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

**FLEXIBLE SPENDING ACCOUNT (FSA)**

The Service Fees and Services effective for the period beginning January 1, 2022 and ending December 31, 2022 are specified below. They shall be amended for future periods, in accordance with section 4 of the Agreement and in accordance with the annual financial renewal package agreed upon in writing between the parties Any reference to "Member" shall mean a Plan Participant as defined in the Agreement.

| FSA Services | Service Fees |
|---|---|
| Implementation Fee | Waived |
| Annual Fee* | Waived |
| Monthly Administration Fee | $ 3.95 Per Participant/Per Month |
| Minimum Monthly Billing | $ 150.00 per month |

*Annual Fee includes upon written request: (i) standard enrollment materials, limited to the number of eligible employees and electronic sample of plan document and summary plan description.

Participants, as used in this Service and Fee Schedule are defined as:

An employee in an active status

A terminated employee with a balance greater than $10.00 (Billing for terminated employees continues for three (3) billing cycles after termination, or until the participant's balance drops below $10.) The fees listed below are only charged if the services are applicable/performed for the Customer.

| Optional Services | Fee |
|---|---|
| PayFlex Onsite Enrollment Meeting Support | $500 per day, based on availability |
| Custom Reporting | $150.00 per hour |
| Single Sign On (SSO) to generic PayFlex member website (Assumes PayFlex standard for web service call)<br><br>Lead-time: 60 days | No charge |
| Customized Member Flyers (Revisions to generic member flyers)<br><br>Lead-time: 5 weeks | $1,000.00 per flyer<br><br>Including 2 rounds of edits |
| Customized Member Letters<br>Lead-time: 5 weeks<br>*System-generated<br>FSA Welcome Letter | $1,500.00 per letter<br>Including 2 rounds of edits<br>plus mailing costs (If applicable) |
| Customized Card Carrier<br>Lead-time: 5 weeks<br>Cut-off for 1/1/ business is 10/15 | $3,000 flat fee<br>Including 2 rounds of edits<br>Rush requests and/or requests after 10/15 for 1/1/ fulfillment is an additional $150.00 per hour |

| Optional Services | Fee |
|---|---|
| | (A minimum of 3 hours will be charged) |
| Co-branded Debit Card<br><br>Lead-time: 5 weeks<br><br>Cut-off for 1/1/ business is 10/15 | $750.00 flat fee<br><br>Rush requests and/or requests after 10/15 for 1/1 fulfillment is an additional $150.00 per hour<br><br>(A minimum of 3 hours will be charged) |
| Election Confirmation (Reimbursement products)<br><br>Lead-time: Done at the time of implementation / renewal | $0.12 Per Month Per Participant |
| Account Statements<br><br>Lead-time: Done at the time of implementation / renewal | Available Free online or $1.50 Per Participant Per Month for monthly statements - (Reimbursement)<br><br>$ 0.50 Per Month Per Participant for quarterly statements - (Reimbursement) |
| Customized KnowledgeVision Presentation<br><br>Lead-time: 6 weeks | Based on Statement of Work (SOW)<br><br>(Typically 20 slides, 5 minutes of content, 3 rounds of script reviews) |
| Development of Custom Communications (Postcards, brochures, flyers, email campaigns)<br><br>Lead-time: Varies based on type of communication | Based on Statement of Work plus mailing costs (If applicable) |
| Takeover Administration (previous Plan year) | $2,000.00 |
| Rejected/NSF Customer Funding ACH Transactions | $50 per occurrence of any Customer funding ACH pull that is rejected |
| Failure to Fund Released Claims | An interest charge assessed for each day in which an outstanding balance is not funded; calculated at a rate not to exceed regulatory rates and based on the average daily balance outstanding across all non-funded days |
| Debit Card Substantiation File | $1,000.00 per carrier |

If applicable, the one time Implementation Fee above is priced according to participation as of the Effective Date of the Reimbursement Services Schedule. The Implementation Fee is payable in full with the first monthly bill.

In general, the number of Plan Participants on which the per-Participant-per-month fee is based for any month is the sum of (1) the number of Plan Participants on the first day of the Plan Year plus (2) the number of Plan Participants that have been added during the Agreement Period. This number is determined as of the first day of each month of the Agreement Period. Plan Participants who terminate during a month are included in the Plan Participant count for purposes of determining that month's per-Participant fee.

The fees shown above are based on administrative services selected. Aetna may adjust the Service Fees effective as of the date on which any of the following occurs:

(a)     If, for any Service, there is a thirty percent (30%) change in the number of employees participating from the number assumed in Aetna's quotation or from any subsequently reset assumptions.

(b)     Change in Plan – A material change in the Plan is initiated by the Customer or by legislative action.

(c)    Change in Administration – A material change in claim payment requirements or procedures, account structure or any other change materially affecting the manner or cost of paying benefits.

**Late Payment Charges:**

In addition to any termination rights under the Agreement which may apply, if the Customer fails to provide funds on a timely basis to cover Plan benefit payments, and/or fails to pay Service Fees on a timely basis as provided in the Agreement, Aetna will assess a late payment charge. The current charge is:

(a)    late funds to cover benefit payments (e.g., late wire transfers): twelve percent (12%) annual rate

(b)    late payments of Service Fees: twelve percent (12%) annual rate

In addition, Aetna will assess a charge to recover its costs of collection including reasonable attorneys' fees.

The late payment charge percentage specified above is subject to change annually.

**COMMUTER BENEFIT SERVICES**
**SERVICE AND FEE SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

The Service Fees and Services effective for the period beginning January 1, 2022 and ending December 31, 2022 are specified below. They shall be amended for future periods, in accordance with section 4 of the Agreement and in accordance with the annual financial renewal package agreed upon in writing between the parties. Any reference to "Member" shall mean a Plan Participant as defined in the Agreement, and any reference to "Administrative Fees" shall mean Service Fees, as these terms are defined in the Agreement.

| PayFlex Online Commuter Benefits Administrative Services Pricing | |
|---|---|
| **Implementation and Annual Fees** | |
| Implementation | Waived |
| *Annual Fee | $350.00 |
| **Monthly Administration Fees Per Member** | |
| 0-10,000+ | $4.50 |
| **Minimum Monthly Billing** | $ 150.00 per month |
| | |
| **Optional Service Fees** – NOTE: **Only applicable** if the service is requested by the Customer pricing is fixed during the Initial Term of the and performed by PayFlex. Optional Service Fee Agreement and is listed below for transparency. | |
| Onsite Enrollment Meeting Support (Less than 500 eligible lives or more than one meeting for groups with 500 plus eligible) | $500.00 per day |
| Customized Reporting | $150.00 per hour |
| Single Sign On (SSO) to generic PayFlex member website (Assumes PayFlex standard for web service call) Lead-time: 60 days | No charge |
| Rejected/NSF Customer Funding ACH transactions | $50.00 per occurrence of any Customer funding ACH pull that is rejected |
| Failure to Fund Commuter Orders | An interest charge assessed for each day in which an outstanding balance is not funded, calculated at a rate not to exceed regulatory rates and based on the average daily balance outstanding across all non-funded days. |

If applicable, the one-time Implementation Fee above is priced according to participation as of the Effective Date of the Commuter Services Schedule. The Implementation Fee is payable in full with the first monthly bill.

In general, the number of Plan Participants on which the per-Participant-per-month fee is based for any month is the sum of (1) the number of Plan Participants on the first day of the Plan Year plus (2) the number of Plan Participants that have been added during the Agreement Period. This number is determined as of the first day of each month of the Agreement Period. Plan Participants who terminate during a month are included in the Plan Participant count for purposes of determining that month's per-Participant fee.

The fees shown above are based on administrative services selected. Aetna may adjust the Service Fees effective as of the date on which any of the following occurs:

    (a)    Change in Plan –A material change in the Plan is initiated by the Customer or by legislative action.

    (b)    Change in Administration –A material change in claim payment requirements or procedures, account structure or any other change materially affecting the manner or cost of paying benefits.

**Late Payment Charges:**

In addition to any termination rights under the Agreement which may apply, if the Customer fails to pay Annual Fees on a timely basis as provided in the Agreement, Aetna will assess a late payment charge.  The current charge is twelve percent (12%) annual rate.

In addition, Aetna will assess a charge to recover its costs of collection including reasonable attorneys' fees.  The late payment charge percentage specified above is subject to change annually.

**EMPLOYEE ASSISTANCE PROGRAM (EAP)**
**BAUSCH & LOMB AMERICAS INC. (hereinafter "Customer")**
**EFFECTIVE JANUARY 1, 2022 THROUGH DECEMBER 31, 2024**
**MASTER SERVICES AGREEMENT No. MSA-175041**

**DOMESTIC EAP SERVICE AND FEE SCHEDULE ("SFS")**

The Service Fees and Services effective for the period beginning January 1, 2022 and ending December 31, 2024 are specified below. All Services described are available within the fifty (50) U.S. states only.

PEPM = Per employee per month

| Services | Service Fees |
|---|---|
| **EAP Session Model**<br><br>    Unlimited Telephonic Access<br><br>    with<br><br>    Up to five (5) counseling sessions with an EAP Network Provider or televideo provider, delivered via face-to-face, telephonically, televideo, per problem per contract year | $ 1.67 PEPM<br><br><br>***NOTE: The above fee includes both the fee for Services under this SFS and the PEPM premium for the telephonic access, and counseling sessions which are provided under your Knox Keene EAP plan for Employees and Dependents in California.*** |
| **Worklife Services, including Caregiving Services, Personal Services, Legal and Financial Services, Identity Theft Services, Core Member Website** | Included in the EAP Session Model PEPM. |
| **Intake Model**<br><br>    Standard Model | Included in the EAP Session Model PEPM. |

| Services | Service Fees |
|---|---|
| **Critical Incident Support/Critical Incident Stress De-Briefing (CISD) Services— Standard Services (On-site attendance response time in greater than two (2) hours)** | **Unlimited Standard CISD Services**: Unlimited Standard CISD sessions are included in the EAP Session Model PEPM Rate. CISD Services are limited to ten (10) hours per incident. Immediate CISD's are subject to the fees described below. Issues concerning downsizing, mergers, acquisition activities (i.e. Reductions in Force or RIF's), or services beyond the ten (10) hour cap, are subject to the hourly rate of $250.00 per hour plus travel and preparation expenses reimbursed at a flat rate of $150.00 per counselor.<br><br>CISD hours used, whether fee for service and/or within the bank of standard hours, are calculated based upon the combined total number of hours all clinicians are on-site. |
| **Critical Incident Support/Critical Incident Stress De-Briefing (CISD) Services— Immediate Services (On-site attendance response time in two (2) hours or less)** | **Fee for Service Immediate CISD Pricing**: $350.00 per hour plus travel and preparation expenses reimbursed at a flat rate of $150.00 per counselor.<br><br>CISD hours used, whether fee for service and/or within the bank of standard hours, are calculated based upon the combined total number of hours all clinicians are on-site. |
| **Critical Incident Support/Critical Incident Stress De-Briefing (CISD) Cancellation Fee** | Whenever possible, the Customer agrees to provide Aetna with 24 hours' advance notice of cancellation of any requested Workplace Crisis Response Services. Failure to provide Aetna with 24 hours' notice of cancellation of any services will result in the following:<br><br>• **Unlimited Standard CISD Services Cancellation Fee**: Services which are excluded from the unlimited provision listed above, i.e. above the ten (10) hours per incident cap, immediate CISD services, downsizings, mergers, acquisition activities (i.e. Reductions in Force or RIF's), catastrophic natural disasters, and an event related to terrorism which are subject to the hourly rate will result in a charge of $375.00 per incident. |
| **Reduction in Force** | **Fee for Service Reduction in Force Pricing**: $250.00 per hour plus travel and preparation expenses reimbursed at a flat rate of $150.00 per counselor. |

| Services | Service Fees |
|---|---|
| **Reduction in Force Cancellation Fee** | **Reduction in Force Cancellation Fee:** $375.00 per incident charge for failure to provide Aetna with twenty-four (24) hours' notice of cancellation of Reduction in Force service. |
| **Training and Education** | **Bank of Training Hours**: Eight (8) hours of Training and Education are included in the EAP Session Model PEPM Rate. Training and Education services may be on-site, or for web-based seminars up to fifty (50) Members. For webinars with more than fifty (50) Members, an additional charge of $25.00 applies for each additional twenty-five (25) Members up to a maximum of two hundred (200) Members. Additional Training and Education sessions are $250.00 per hour for the total amount of time that the educator is on site, plus a $150.00 per hour charge for travel and preparation time. If training is not scheduled consecutively or multiple topics are scheduled, additional travel and preparation costs may apply or additional hours may be deducted from the bank. These capitated hours will be used for the total amount of time that the educator is on site.<br><br>Sessions less than one (1) hour in duration will count as one (1) hour of Training and Education.<br><br>If the Customer requests a specific educator, or an educator with specific qualities, including but not limited to specialized certifications, experiences or language, the Customer will be billed any additional incurred fees beyond the hourly fee above or have hours deducted from bank.<br><br>In addition, if the Customer cannot accommodate the schedule/availability of a local Aetna contracted educator, requiring that the services of an educator fifty (50) miles away or greater from the Customer's location is necessary, then the Customer will be billed any additional incurred fees beyond the hourly fee above or have hours deducted from bank. |

| Services | Service Fees |
|---|---|
| **Training and Education Cancellation Fee** | Failure to provide Aetna six (6) business days' notice of cancellation of a previously scheduled training program may result in a charge of the following:<br><br>• **Bank of Training Hours Training Cancellation Fee**: Services which are included in the bank of capitated hours described above, will result in the deduction of a number of hours from the bank, equal to the number of cancelled hours. When the bank of hours has been exhausted, fee for service training cancellation fee of $375.00 per hour applies. |
| **Mental Health First Aid Training** | Should Customer require these services, Customer should contact their Aetna Account Executive for Mental Health First Aid pricing. Customer shall not be obligated to pay Aetna without the prior express written consent of both parties.<br><br>**Community Version ONLY**<br>*Eight (8) Hour Course*<br>• This option provides eight (8) hours of standard Mental Health First Aid curriculum. Fee includes all instructor fees, travel and customization (if applicable). Check with your Account Executive for more information.<br><br>**Corporate Level ONLY**<br>*Eight (8) Hour Course In-Person (thirty (30) participant maximum)*<br>• This option provides eight (8) hours of standard Mental Health First Aid curriculum. Fee includes all instructor fees, travel, and customization for delivery locations within the continental United States. Additional travel and expenses may apply for delivery locations in Alaska and Hawaii.<br><br>*Four (4) Hour Course In-Person (thirty (30) participant maximum)*<br>• This option provides four (4) hours of standard Mental Health First Aid curriculum. Fee includes all instructor fees, travel, and customization for delivery locations within the continental United States. Additional travel and expenses may apply for delivery locations in Alaska and Hawaii. |

| Services | Service Fees |
|---|---|
| | *Six (6) Hour Course – two (2) hours self directed preparation + four (4) hours instructor led training Virtual (fifteen (15) participant minimum and maximum)*<br>- This option provides six (6) hours (two (2) hours self-directed pre-work and four (4) hours of instructor led training) of standard Mental Health First Aid curriculum. Fee includes all instructor fees and customization.<br><br>*Four (4) Hour Course Virtual (Minimum of fifteen (15) participants and Maximum of twenty-five (25) participants)*<br>- This option provides four (4) hours of standard Mental Health First Aid curriculum. Fee includes all instructor fees and customization.<br><br>**Mental Health First Aid Cancellation Fee Schedule**<br>If the Customer cancels for any reason within thirty (30) days from the training date, the Customer will be responsible for cancellation fees as follows:<br><br>• Fifty percent (50%) of the total fee 15-30 days prior to the scheduled date of training.<br>• One hundred percent (100%) of the total fee 0-14 days prior to the scheduled date of training. |
| **Drug Free Workplace Services**<br><br>Substance Abuse Case Management by a Substance Abuse Professional (SAP) and/or for Department of Transportation regulation compliance<br><br>DOT training to meet Drug-Free Workplace regulations regarding drug and alcohol awareness | $750.00 per case<br><br><br>DOT Alcohol and Drug-Free Workplace for Supervisors Training to meet Drug-Free Workplace regulations regarding drug and alcohol use. Additional fees may be added on to the base rate for DOT training. These fees will be assessed on a case-by-case basis and are dependent upon travel expenses and for classes that exceed fifty (50) Members.<br>• DOT Supervisor Training - Two (2) hours at $800 |

| Services | Service Fees |
|---|---|
| | DOT Alcohol and Drug-Free Workplace for Employees Awareness Training (Note: this training does not meet Drug-Free Workplace regulations regarding drug and alcohol use.) Additional fees may be added on to the base rate for DOT training. These fees will be assessed on a case-by-case basis and are dependent upon travel expenses and for classes that exceed fifty (50) Members.<br><br>• DOT Employee Training - One (1) hour at $400 |

Upon Customer's prior written consent, and by entering into a formal written amendment executed by both parties, Aetna may adjust Service Fees effective as of the amendment effective date on which any of the following occurs.

1) If, for any Service, there is a (+/-) twenty percent (20%) change in the number of Employees from the number of Employees assumed in Aetna's quotation as of the Effective Date of this SFS.
2) Change in Services—A material change in Services is requested or initiated by the Customer or by legislative action.
3) Premium Taxes or Assessments—If legislative or regulatory action results in the assessment of premium taxes or other like charges as it concerns those Services provided under the terms of this SFS.
4) EAP services may be subject to regulations under the Knox-Keene Act in the State of California. Program documentation and procedures may be adjusted accordingly.

**MEDICAL SERVICES SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

Subject to the terms and conditions of the Agreement, the medical Services available from Aetna are described below. Unless otherwise agreed in writing, only the Services selected by the Customer in the Service and Fee Schedule (as modified by Aetna from time to time pursuant to section 4, Service Fees, of the Agreement) will be provided by Aetna. Additional Services may be provided at the Customer's written request under the terms of the Agreement. This Schedule shall supersede any previous document(s) describing the Services.

Some programs are available to Plan Participants and other eligible employees as determined by the Customer not otherwise covered under products provided under the Agreement ("**Employee**").

I.    **CLAIM FIDUCIARY**

The Customer and Aetna agree that with respect to Section 503 of the Employee Retirement Income Security Act of 1974, as amended, or applicable state law as appropriate, Aetna will be the "appropriate named fiduciary" of the Plan for the purpose of reviewing denied claims under the Plan. The Customer understands that the performance of fiduciary duties under ERISA, or applicable state law as appropriate, necessarily involves the exercise of discretion on Aetna's part in the determination and evaluation of facts and evidence presented in support of any claim or appeal. Therefore, and to the extent not already implied as a matter of law, the Customer hereby delegates to Aetna discretionary authority to determine entitlement to benefits under the applicable Plan documents for each claim received, including discretionary authority to determine and evaluate facts and evidence, and discretionary authority to construe the terms of the Plan. It is also agreed that, as between the Customer and Aetna, Aetna's decision on any claim is final and that Aetna has no other fiduciary responsibility.

II.    **EXTERNAL REVIEW**

The external review process will be conducted by an independent clinical reviewer with appropriate expertise in the area in question. External Review shall be available for certain "Adverse Benefit Determinations" as defined in 29 CFR 2560.503-1 as amended by 26 CFR 54.9815-2719. It shall also be available for eligible "Final Internal Adverse Benefit Determinations", which is an eligible Adverse Determination that has been upheld by the appropriate named fiduciary (Aetna) at the completion of the internal review process or an Adverse Benefit Determination for which the appeal process has been exhausted. The External Review process shall meet the standards of the Federal Affordable Care Act and utilize a minimum of three (3) accredited Independent Review Organizations. Independent reviewers conduct a de novo review of the information provided to them as part of the External Review process. Both Aetna and Customer acknowledge that neither Plan Participants nor providers will be penalized for exercising their right to an External Review.

The Customer delegates the sole discretionary authority to make the determination regarding the eligibility for external review, under the Plan, to Aetna. If an appeal is denied through the final level of internal appeal, Aetna will determine if it is eligible for ERO. Then Aetna will inform the Plan Participant of the right to appeal through ERO. If the appeal is upheld, Aetna will inform the Plan Participant the reason for the denial. If the appeal is not eligible for ERO, Aetna will inform the Plan Participant of the reasons for the ineligibility.

The Customer acknowledges that the Independent Review Organizations that make the external review decisions are independent contractors and not agents or employees of Aetna, and that Aetna is not responsible for the decision of the Independent Review Organization.

To assist in conducting such external reviews, the Customer agrees to provide Aetna with the current Plan documents, and any revised, amended, or updated versions no later than the date of any revisions, amendments, or updates.

III.    **ADDITIONAL AUDIT GUIDELINES**

Aetna is not responsible for paying Customers' audit fees or the costs associated with an audit. Aetna will bear its own expenses associated with an audit; provided (i) the on-site portion of the audit is completed within five (5) days, and (ii) the sample size is no more than two hundred fifty (250) claims. Aetna will notify the Customer prior

to the audit, if an audit request would require an additional payment from the Customer for any audits in excess of the aforementioned thresholds.

## IV.    CARE MANAGEMENT SERVICES

### 1.    Utilization Management

#### a.    Inpatient and Outpatient Precertification:

A process for collecting information prior to an inpatient confinement (Inpatient Precertification) or selected ambulatory procedures, surgeries, diagnostic tests, home health care and durable medical equipment (Outpatient Precertification). The precertification process permits eligibility verification/confirmation, initial determination of coverage, and communication with the physician and/or Plan Participant in advance of the provision of the procedure, service or supply at issue. Outpatient precertification is not applicable to Indemnity or PPO Products.

#### b.    Concurrent Review:

Concurrent review encompasses those aspects of patient management that take place during the provision of services at an inpatient level of care or during an ongoing outpatient course of treatment. The concurrent review process includes obtaining information regarding the care being delivered; assessing the clinical condition, providing benefit determination, identifying continuing care needs to facilitate appropriate discharge plans, and identifying Plan Participants for other specialty programs such as Case Management or Disease Management.

#### c.    Discharge Planning:

This is an interdisciplinary process that assists Plan Participants as their medical condition changes and they transition from the inpatient setting. Discharge planning may be initiated at any stage of the patient management process. Assessment of potential discharge planning needs begins at the time of notification, and coordination of discharge plans commences upon identification of post discharge needs during precertification or concurrent review. This program may include evaluation of alternate care settings and identification of care needed after discharge. The goal is to provide continuing quality of care and to avoid delay in discharge due to lack of outpatient support.

#### d.    Retrospective Review:

Retrospective review is the process of reviewing coverage requests for initial certification after the service has been provided or when the Plan Participant is no longer in-patient or receiving the service. Retrospective review includes making coverage determinations for the appropriate level of service consistent with the Plan Participant's needs at the time the service was provided after confirming eligibility and the availability of benefits within the Plan Participant's benefit plan.

Not all services are subject to utilization management. Aetna maintains the discretion as to the particular level and intensity of these utilization management programs. The services subject to utilization review may vary from time to time.

### 2.    Case Management Programs:

The Aetna Case Management program is a collaborative process of assessment, planning, facilitation and advocacy for options and services to meet an individual's health needs in accordance with the Plan through communication and available resources to promote quality, cost-effective outcomes. Those Plan Participants with diagnoses and clinical situations for which a specialized nurse, working with the Plan Participant and their physician, can make a material impact to the course or outcome of care and/or reduce medical costs will be accepted into the program at Aetna's discretion. Case management staff strives to enhance the Plan Participant's quality of life, support continuity of care, facilitate provision of services in the appropriate setting and manage cost and resource allocation to promote quality, cost-effective outcomes in accordance with the Plan. Case Managers collaborate with the Plan Participant,

family, caregiver, physician and healthcare provider community to coordinate care, with a focus on closing gaps in the Plan Participant's care.

Aetna targets two (2) types of case management opportunities:

- <u>Complex Case Management</u> targets Plan Participants who have already experienced a health event and are likely to have care and benefit coordination needs after the event. The objective for Case Managers is to identify care or benefit coordination needs which lead to faster or more favorable clinical outcomes and/or reduced medical costs.
- <u>Proactive Case Management</u> targets Plan Participants, from Aetna's perspective, who are misusing, over-using or under-utilizing the health care system, leading them towards avoidable and costly health events. This program's objective is to confirm gaps in Plan Participants' care leading to their over-use, misuse, or under-use, and to work with the Plan Participant and their physician to close those gaps.

Case management programs can vary based on the level of advocacy and overall intensity of the programs. The variation is determined by the changing the thresholds by which Plan Participants are identified for outreach. The various case management program options include:

- <u>Aetna Flexible Medical Model</u>$^{SM}$ – This program provides the Customer with the option to purchase more clinical resources devoted specifically to their Plan Participants. The Flex Model provides a Single Point of Contact Nurse (SPOC Nurse) and designated team to handle all case management activities for three (3) levels of Flex Model Options, as elected. This team will engage in outbound Plan Participant outreach calls to provide case management support based on specific criteria. Each Flexible Medical Management option provides an increase in member engagement and outreach.
- <u>Dedicated Units, Designated Units and Care Advocate Teams</u> – These services were created to help coordinate care, support and resources for Plan Participants under one (1) Care Unit.

    – Aetna's Dedicated Unit provides centralized care management services for pre-certification, utilization management and Case Management.
    – Aetna's Designated Unit is a unit team that provides centralized care management services for pre-certification, utilization management, and Case Management for a specific set of Customers, and
    – Aetna's Care Advocate Team has customized workflows based on the Customer's needs, vendor integration, specialized outreach, and program integration. The Care Advocate Team will:

        ▪ Help the Plan Participant understand their doctor's diagnosis and treatment plan
        ▪ Coordinate care across all Aetna programs to help the Plan Participant to optimize use of Aetna programs,
        ▪ Help the Plan Participant decide what questions to ask the doctor or health care provider,
        ▪ Introduce the Plan Participant to a disability specialist if they need to file a disability claim
        ▪ Support the Plan Participant throughout their treatment and recovery by making follow-up calls and helping them get the support they need.

These services are the basis for National Accounts Targeted Care Solutions and Custom Case Management Solutions.

3.    **Specialty Case Management Programs:**

- <u>Aetna Compassionate Care</u>$^{SM}$ <u>Program</u> ("**ACCP**") – The Aetna Compassionate Care Program provides additional support to terminally ill Plan Participants and their families. It removes barriers to hospice and provides more choices for end-of-life care so that the Plan Participant is able to spend time with family and friends outside a hospital setting.
- <u>ACCP Enhanced Hospice Benefits Package</u> – The enhanced hospice benefits package includes the following:

    – The option for a Plan Participant to continue to seek curative care while in hospice
    – The ability to enroll in a hospice program with a twelve (12) month terminal prognosis
    – The elimination of the current hospice day and dollar maximum plan limits
    – Respite and bereavement services are included as part of the enhanced hospice benefits. The hospice services provided through a hospice regularly include these services and are coordinated by the hospice agency providing care and the Aetna nurse case manager who precertifies care for the Plan Participant. In addition, bereavement services are available through the Aetna Employee Assistance Program ("**EAP**") for Customers without an EAP vendor.
    – Bereavement counseling shall be available to Plan Participants upon loss of a loved one, and to family and caregivers of a Plan Participant enrolled in ACCP following the death of such Plan Participant.

- Infertility Case Management: - Aetna operates two (2) types of infertility programs:

  – Basic Infertility Program coordinates covered diagnostic services and treatment of the underlying medical causes of infertility, helps Plan Participants understand complex infertility treatments and helps control treatment costs through care coordination and patient education.
  – Infertility Case Management Program provides education and information resources for Plan Participants who are experiencing infertility. Depending on the plan selected, the program may guide eligible Plan Participants to a select network of infertility providers for covered or non-covered services. If the services are covered, Aetna's Infertility Case Management Unit issues any appropriate authorizations required under the Plan.

4. **National Medical Excellence Program®/Institutes of Excellence™ /Institutes of Quality®:**

The National Medical Excellence Program was created to help arrange for access to effective care for Plan Participants with particularly difficult conditions requiring transplants or complex cardiac, neurosurgical or other procedures, when the needed care is not available in a Plan Participant's service area. The program utilizes a national network of experienced providers and facilities selected based on their volume of cases and clinical outcomes. The National Medical Excellence Program Unit provides specialized case management through the use of nurse case managers, each with procedure and/or disease-specific training. There are two (2) networks:

- The Aetna Institutes of Excellence (IOE) transplant network was established to enhance quality standards and lower the cost of transplant care for Plan Participants. It is made up of a select group of hospitals and transplant centers that meet quality standards for the number of transplants performed and their outcomes, as well as access criteria for Plan Participants.
- The Aetna Institutes of Quality (IOQ) are a national network of health care facilities that are designated based on measures of clinical performance, access and efficiency for orthopedic, cardiac, and bariatric surgery. Bariatric surgery, also known as weight loss surgery, refers to various surgical procedures to treat people living with morbid or extreme obesity.

5. **Aetna Health Connections℠ Disease Management:**

Aetna Health Connections Disease Management is an enhancement to Aetna's medical/disease management spectrum, designed to engage the Plan Participant at the appropriate level of care, and assist the Plan Participant to close gaps in care in order to avoid complications, improve clinical outcomes and demonstrate medical cost savings.

While traditional disease management is focused on delivering education to Plan Participants about a specific chronic condition, Aetna Health Connections focuses on the entire person with specific interventions driven by the CareEngine® System, a patented, analytical technology platform that continuously compares individual patient information against widely accepted evidence-based best medical practices in order to identify gaps in care, medical errors and quality issues.

**6.    MedQuery®:**

The MedQuery program is a data-mining initiative, aimed at turning Aetna's data into information that physicians can use to improve clinical quality and patient safety. Through the program, Aetna's data is analyzed and the resulting information gives physicians access to a broader view of the Plan Participant's clinical profile. The data which fuels this program includes claim history, current medical claims, pharmacy, physician encounter reports, and patient demographics. Data is mined on a weekly basis and compared with evidence-based treatment recommendations to find possible errors, gaps, omissions (meaning, for example, that a certain accepted treatment regimens may be absent) or co-missions in care (meaning, for example, drug-to-drug or drug-to disease interactions). When MedQuery identifies a Plan Participant whose data indicates that there may be an opportunity to improve care, outreach is made to the treating physician based on the apparent urgency of the situation. For customers who have elected to purchase MedQuery with member messaging feature, in certain situations outreach will be made directly to the Plan Participant by MedQuery, requesting that the Plan Participant discuss with their physician, specific opportunities to improve their care.

When available information reveals lack of compliance with a clinical risk, condition, or demographic-related recommendation for preventive care, a Preventive Care Consideration ("**PCC**") is generated. The PCC is a preventive/wellness alert sent to the Plan Participant electronically via the Plan Participant's Personal Health Record. Paper copies of a PCC, delivered via U.S. Mail, are also available as an additional purchase option.

**7.    Personal Health Record:**

Personal Health Record ("**PHR**") is a collection of personal health information about an individual Plan Participant that is stored electronically. The PHR is designed so that the Plan Participant can maintain his or her own comprehensive health record. In a PHR developed by a health plan, health information is commonly derived from claims data collected during plan administration activities. Health information may be supplemented with information entered by the Plan Participant.

Aetna offers the Aetna CareEngine®-Powered PHR (for Customers who have elected this additional purchase option). The CareEngine-Powered PHR combines the basic functions of a PHR with a personalized, proactive, evidence-based messaging platform. The Plan Participant's PHR is pre-populated with health information from Aetna's claims system. Plan Participants can also input personal health information themselves. An online health assessment is available to facilitate the self-reporting process. The Aetna CareEngine-Powered PHR also offers personalized messaging and alerts based on medical claims, pharmacy claims, and demographic information, and lab reports.

Member Health Engagement Plan ("**MHEP**") offering aims to help Plan Participants better identify health opportunities and take action to improve their health and wellness. MHEP features include an enhanced Plan Participant specific "to-do" list, which includes personalized tasks unique to each Plan Participant's health status and needs, and a progress bar added to the "My Health Activities" page, which visually shows the percentage of completed "to-do" list tasks. The progress bar is updated when evidence of action is collected from lab data, pharmacy claim data, medical claims data, or self-reported data.

**8.    Aetna Maternity Program:**

Through an intensive focus on prevention, early treatment and education, the Aetna Maternity Program provides women with the tools to help improve pregnancy outcomes and control maternity-care costs through a variety of services including: risk identification, care coordination by obstetrical nurses and board certified OB/GYNs, and Plan Participant support.

**9.    Informed Health® Line:**

Informed Health Line ("**IHL**") provides Employees with toll-free 24-hour/7 day telephonic access to registered nurses experienced in providing information on a variety of health topics. The nurses can contribute to informed health care decision-making and optimal patient/provider relationships through coaching and support. Informed Health Line has added the Healthwise® Video Library to enhance the

Employees access to health information. The Employee can be sent links to health education videos from the Healthwise Video Library, via email.

The range of available service components options include:

- Nurse Information line 1-800# Only. This includes toll-free telephone access to the Informed Health Line.
- Service Plus. (optional additional purchase) Includes toll-free access to the Informed Health Line; introductory program announcement letter, reminder postcards mailed directly to Employee's homes; and semi-annual activity utilization report.
- Service Green (optional additional purchase) IHL Service Green is an environmentally friendly version of the Service Plus option. It provides the same level of service and availability as Service Plus but instead of mailing postcards and reminders, email is used.
- Optional Service Features. (optional additional purchase) These features may be purchased in conjunction with the Service Plus or Service Green package and includes an additional introductory kit; and annual Plan Participant or Employee survey and comprehensive results report.

**10.    Healthy Lifestyle Coaching:**

- Healthy Lifestyle Coaching – This program provides online educational materials, web-based tools and telephonic coaching interventions with a primary health coach. The program is designed to help Employees quit smoking, manage their weight, deal more effectively with stress and learn about proper nutrition and physical fitness. Support is provided through one-on-one telephonic coaching and group coaching. Additionally, Plan Participants or Employees can receive peer-to-peer support through clinically moderated online communities.
- Healthy Lifestyle Coaching Lite – This program provides online educational materials, web-based tools and group coaching interventions designed to help Employees quit smoking, manage their weight, deal more effectively with stress and learn about proper nutrition and physical fitness. Support is provided through group coaching. Additionally, Employees can receive peer-to-peer support through clinically moderated online communities
- Healthy Lifestyle Coaching Tobacco Free – This program provides support to Employees and dependents (18 and older) who want to stop using Tobacco. Employees work with a tobacco cessation specialist to examine the pros and cons of kicking the habit, set a quit date, understand the mental, physical and social aspects of using tobacco, develop strategies to overcome their urges and create a plan for staying tobacco free.
- Healthy Weight – This program drives employee engagement, encourages healthier lifestyle choices and helps create lasting behavioral changes. The program targets the risk factors associated with being overweight so Employees and their families can change before disease develops or complications arise.

**11.    Simple Steps To A Healthier Life®:**

Aetna has developed an internet-based comprehensive management information resource, known as "Simple Steps To A Healthier Life" (the "**Simple Steps**"). Employees can access Simple Steps at www.aetna.com, an online support tool which provides advice relating to disease prevention, condition education, behavior modification, and health promotion programs that may contribute to the health and productivity of Employees.

Simple Steps allows users to create a health assessment profile that generates personalized health reports. In addition to generating a health profile/assessment, Employees also have access to an action plan with links to personalized online health programs called Journeys®, offered through a relationship with RedBrick Health®. Through RedBrick Health, there is also an alternative health assessment option called RedBrick Compass™

12.   **Aetna Healthy Actions<sup>SM</sup>:**

Aetna Healthy Actions provides participation tracking for many of Aetna's wellness and care management programs. The participation reports generated may be used for incentive administration. Customers can use the reports to provide their own incentives, which may be HSA deposits, payroll credits, premium reductions/credits, raffles, etc. Additionally, Aetna can provide incentive administration through gift cards and credits to Employee's Health Reimbursement Arrangements (HRAs) and Health Incentive Credit (HIC) accounts.

13.   **Get Active<sup>SM</sup> Program:**

Get Active is an evidence-based Employee health and wellness program that focuses on bringing employees together on teams to pursue healthy lifestyles. The program takes the form of a company-wide, multi-week exercise, walking, and weight loss competition that promotes friendly competition, group support, and camaraderie in the workplace. The site also allows for the ability to create personal challenges (exercise, sports, nutrition, smoking cessation, relaxation, etc.), find activity partners, form health-related interest groups (e.g. healthy cooking club, lunch-time walking group), and share fitness plans with colleagues.

14.   **Aetna Informed Rewards**

Aetna Informed Rewards is a program that rewards members who utilize lower cost providers to receive care for specific medical services. The rewards are provided in the form of an electronic gift card. To qualify for a reward, a member must search, by procedure type, for lower cost providers utilizing Aetna Health.com. The member must opt into the program for the selected procedure prior to receiving care. After the member receives services from one of the lower cost providers identified in Aetna Health, the claim is verified by our vendor, HealthSparq, the reward is paid. Member eligibility and claim data will be provided to HealthSparq to perform initial analysis and reporting for customers who elected the Aetna Informed Rewards program.

15.   **Enhanced Clinical Review:**

This radiology program is designed, through a clinical prior authorization process, to promote appropriate and effective use of outpatient diagnostic imaging services and procedures. Aetna will provide these services nationally and/or regionally, and interact with, free-standing radiology and/or outpatient network facilities that provide the following services: Computed Tomography/Coronary Computed Tomography Angiograph (CT/CTA), Magnetic Resonance Tomography, Magnetic Resonance Angiography (MRIs/MRAs), Nuclear Medicine and Positron Emission Tomography (PET) and/or PET/CT Fusion, Stress Echocardiography (Stress Echo), and Diagnostic Cardiac Catherization, Sleep Studies and Cardiac Rhythm Implantable procedures (Pacemakers, Implantable Cardioverter-Defibrillators, and Cardiac Resynchronization Therapy). The Enhanced Clinical Review program will typically be administered through relationships with third parties.

16.   **Aetna Oncology Solutions<sup>SM</sup>:**

The Aetna Oncology Solutions program works with medical oncologists/hematologists, either directly or through a vendor relationship, to identify factors that can make cancer care more effective, more affordable and safer for the Plan Participant. Plan Participants utilize providers who use tools and technology (data analysis and decision-support tools) to assist them with treatment using the most current medical guidelines and drug therapies considered to be best practices.

17.   **Lifestyle and Condition Coaching:**

Lifestyle and Condition Coaching is part of a population health solution for Employees and their dependents which delivers a holistic, person-centric experience designed to promote healthier and more engaged employees, which in turn, drives improved organizational performance and cost savings.

The total health and well-being of each participant is monitored and analyzed using sophisticated and integrated clinical, consumer, behavioral and predictive analytics. A multi-disciplinary care team and

digital toolset, helps participants to achieve their health and well-being goals with personalized support, and education.

The standard Lifestyle and Condition Coaching program offering includes lifestyle and condition management coaching. However, customers who choose to focus on lifestyle only or chronic conditions only may purchase standalone options including:

- Lifestyle and Condition Coaching: Lifestyle coaching
- Lifestyle and Condition Coaching: Condition coaching
- Lifestyle and Condition Coaching: Tobacco cessation

Lifestyle and Condition Coaching uses the Aetna Health Index to quantify the difference between the current and optimal health state for an individual or population. The difference between the current to the optimal health state is then scored and used to spot health improvement opportunities across an integrated health profile (e.g. unresolved Care Considerations, non-adherence to chronic medications, uncontrolled diabetes, at-risk for stroke, low-perception of health, etc.). With this approach, Plan Participants achieve a healthier lifestyle and better manage conditions like heart disease, type 2 diabetes, hypertension and obesity.

18. **Member Engagement Platform:**

Aetna's member engagement platform provides well-being related digital tools, programs and resources in a new comprehensive online experience designed to promote participant engagement, and includes visuals and graphics that prompt participants' interest and enthusiasm. The platform includes device integration and an online scheduling tool. Optional tools are also available, including the Rewards Center that coordinates incentive administration, and the ActiveChallenges that promote better nutrition, physical activity and weight management through team challenges.

The member engagement platform combines the following components:

- Comprehensive, proprietary health assessment
- Health Report and Health Actions
- Online digital coaching
- Personal Health Record
- Health Decision Support
- Health Trackers
- Health-related videos and online content
- Engaging tools and resources
- Social Communities
- Rewards Center
- ActiveChallenge program (buy-up option)

19. **Aetna One. Care Management Programs:**

Aetna One Care Management programs addresses chronic and acute conditions holistically, instead of through separate case management and disease management programs. This program supports Plan Participants with an integrated program experience for the Plan Participant. Aetna's One Care program is condition agnostic, provides a more holistic approach to care, and a higher level of engagement supporting Plan Participants with the most risk and the greatest opportunity for health impacts.

Aetna One Care Management identifies Plan Participants based on assessing their clinical urgency, financial impact, and clinical impact. Based on this assessment, Plan Participants are then assigned to one of three program tracks: high, moderate, or low. Plan Participants would then be targeted for either one-on-one nurse support or through virtual support, providing the appropriate level of support when needed. Plan Participants targeted for one-on-one support will be assigned a single nurse point of contact providing a holistic approach to care. This single nurse model also assigns the same nurse to the other family members for support if needed. Management interactions are tailored to match the Plan Participant's engagement preferences, such as online contact.

These services are the basis for National Accounts Aetna One™ Flex and Aetna One™ Choice offerings.

Aetna One® Advisor is a high-touch, high tech engagement model focused on driving optimal Plan Participant health performance. The data Aetna has about each Plan Participant such as medical claims, lab values, pharmacy data, precertification requests and provider relationships is combined with information from Plan Participants regarding their preferred method of communication (i.e. phone calls, emails, text messages) to transform the health care experience and guide each Plan Participant on their path to better health. This proactive model integrates clinical support and member service. The advocate team is made up of co-located nurses, EAP/Work-life consultants, designated, concierge-level member Advocates, provider network specialists, and a care management associates. This fully integrated service and clinical team reduces the need for transfers and provides members a single point of contact who can address their needs and ambitions, while keeping them engaged over their long-term health care journey.

Aetna One® Advocate is a high-touch, high-tech customer service model that combines data driven processes with the expertise of highly-trained advocates. The data that Aetna has about each Plan Participant such as medical claims, lab values, pharmacy data, precertification requests and provider relationships is combined with information from Plan Participants regarding their preferred method of communication (i.e. phone calls, emails, text messages), and the Plan Participant is paired up with an advocate team. Advocate teams may include concierge-level benefits specialists, nurses, wellbeing professionals, and provider network experts, and are all cross-trained to provide support from benefit questions to complex care management. Advocates also work directly with other internal resources or programs, external vendors and network providers to support Plan Participant and their families

Aetna Kidney Support is an optional program that helps pre-dialysis patients delay disease progression, reduce hospitalizations, and optimize dialysis starts. It does this by combining advanced analytics, telephonic care coordination, face to face education, and a customized digital platform into a unique and integrated patient experience.

20.    **Healing Better:**

Healing Better is a coordinated program for everything members need across provider and facility selection, medication guidance, home care expectations, covered Durable Medical Equipment (DME), and support services in order to recover quickly and without complications. Eligible members will receive an initial care package that includes information related to their condition and support to order supplies on a curated CVS site specific to their recovery needs.

This program includes:

Predictive modeling to identify members early in their journey
Care Package and Product Bundle to surprise and delight our members
Digital Support Center with stories from peers that have had the procedures
Pain management support materials
Concierge Service to support higher risk

21.    **Attain by Aetna**

Attain is an app is a first-of-its kind health experience that offers personalized goals,* achievable actions and big rewards – like an Apple Watch® or gift cards from popular retailers.

This program is jointly developed by Apple/Aetna and distributed as an Aetna wellness program with incentives. This program provides the opportunity to earn monthly credits toward the purchase of a fitness tracking device or additional rewards over an extended period when personalized monthly goals, based on activities and health actions, are met. Eligible participants of the program are employees, spouses and dependents, who are eighteen (18) years or older, and remain enrolled in a medical plan that includes this program.

Attain is a twenty-four (24) month program and runs for a consecutive twenty-four (24) months from the point a member downloads/consents/enrolls in Attain. If the program terminates; the group terminates the medical plan that includes this program or the group chooses a medical plan that excludes this program; or the employee, or the spouse and/or dependent, who is eighteen (18) years or older, terminate or are terminated from the medical plan that includes this program, the ability to earn a fitness device and/or relevant rewards and/or the ability to utilize any reward credits ceases on the program's, group's or participant's medical plan termination date, whichever occurs first. If there are any remaining points, above and beyond the rewards for making a monthly payment on the device, those points are forfeit once the participant is no longer an Aetna member enrolled in a medical plan that includes this program and the member will be responsible for any remaining outstanding balance on fitness device payments.

Attain will provide quarterly aggregate reporting to help plan sponsors understand Attain and how it's addressing disparities in their member's population.

### 22.    Cirrus MD

CirrusMD's text-first, anything next platform connects members directly to a live, licensed doctor. Encounters can also seamlessly shift to include video, voice and images when needed. Members consult with board-certified physicians by in-platform secure text, telephone or video via vendor website or mobile app. Members can access these services for the same cost as an office visit with a network physician in under a minute without having to schedule an appointment. This setup means members can easily access care when their PCP is not available. They do not need to travel, take time off from work or make childcare arrangements. CirrusMD's Platform Includes: Care Delivery Platform, Member online portal ("**platform**") with easy registration, available both on desktop and in a mobile application ("**app**").

On-demand consults available by in-platform text, phone, online video and mobile app Integrated visit history and visit notes. Dedicated customer support team that assists members that are having issues with the platform (web and mobile). Customer support is available for live chat messaging during business hours. Support inquiries received outside of business hours receive a reply within twenty-four (24) hours. General Medical Physicians: Instant, barrier-free access to a physician. There is no chat bot or paywall in the user experience delaying care. CirrusMD's partner organization CMDPN, LLC. directly contracts with a network of licensed professionals. The number of physicians changes as membership grows. CirrusMD's licensed contracted physicians are in all 50 states and the District of Columbia. Per consultation fee includes seven (7) continuous days of access to a physician at no extra charge. No time limits on consults, allowing your employees to get care on their schedule. To enroll on the CirrusMD platform, a member will register through the CirrusMD website or app.

### 23.    Musculoskeletal (MSK) Program

The program reduces chronic musculoskeletal ("**MSK**") conditions spend by digitally delivering best practice care established by leading medical bodies. Hinge Health accomplishes this by uniquely delivering the three pillars of intervention that promotes long term success: education, exercise therapy, and behavioral health interventions (the "**MSK Program**").

The MSK Program Includes

- Exercise Therapy

Includes a kit which consists of: (i) a tablet computer with Hinge Health's mobile application ("**app**") and required accessories, (ii) wearable exercise therapy sensors and fabric bands, (iii) a charging unit, and (iv) a carrying case (the "**MSK Kit**"). Available Hinge Health's digital care pathways include knee, low back, hip, shoulder, and neck.

- Behavioral Health

Unlimited 1-on-1 coaching to boost member engagement.

- Education

Personalized and interactive curriculum to help empower an Enrolled Member (defined below) to make better choices.

To enroll in the MSK Program, an eligible member will register with Hinge Health online through the Hinge Health website or app, as described in the marketing materials, complete the screening process, and if Hinge Health determines a member is eligible to participate in the MSK Program, this member will be enrolled in the MSK Program (an "**Enrolled Member**").

MSK Kit Delivery: Upon enrollment, each Enrolled Member will receive an MSK Kit. In addition, each Enrolled Member will have access to the Hinge Health's MSK Program with personalized coaching and access to the Hinge Health musculoskeletal educational materials. These resources include:

- A personal account which an Enrolled Member can access via the Hinge Health mobile app on their tablet;
- A guided program including educational materials, guided exercises, coaching, and facilitated social interactions; and
- Online and telephone access to Hinge Health's customer service representatives if an Enrolled Member needs any technical assistance concerning the MSK Program.

**24.    Transform Diabetes Care (TDC) Program**

Most of today's diabetes solutions take a one-size-fits-all approach and do not effectively address the complexity of managing diabetes. Based on our breadth of clinical assets and member engagement data, we know that providing more personalized, actionable solutions for all members with diabetes is the best approach. Leveraging our care management assets and integrating medical and pharmacy data for advanced targeting and interventions, we now have a comprehensive model that addresses diabetes across 5 major treatment categories. By addressing all 5 key categories critical to complete diabetes management: taking the right medication, adherence to medication, preventative screenings, lifestyle & comorbidity management and monitoring blood glucose, this program offers the best chance to lower AIL for members and reduce overall medical and pharmacy costs for clients. Complete condition management increases the depth and breadth of care management for a single condition. Complete diabetes care offers the member a personalized care plan inclusive of local, direct care delivered by an integrated team of pharmacists, care managers, Minute Clinic nurse practitioners, and Health Hub specialists.

**V.    BEHAVIORAL HEALTH SERVICES**

**1.    Managed Behavioral Health:**

A set of services that includes both inpatient and outpatient care management.

- Inpatient Care Management provides phone-based utilization review of inpatient behavioral health (mental health and chemical dependency) admissions intended to contain confinements to appropriate lengths, assure medical necessity and appropriateness of care, and control costs. Inpatient Care Management provides precertification, concurrent review and discharge planning of inpatient behavioral health admissions. These services also include identification of Plan Participants for referral to a Behavioral Health Condition Management program.
- Outpatient Care Management includes precertification on a limited number of selected services. Where precertification is required, the request for services is reviewed against a set of criteria established by clinical experts and administered by trained staff, in order to determine coverage of the proposed treatment. Where precertification is not required, cases are identified for Outpatient Case Management through the application of clinical algorithms.

**2.    Behavioral Health Condition Management**

The Aetna Behavioral Health Condition Management program identifies and engages Employees diagnosed with high-risk acute and chronic behavioral health conditions. Employees enrolled in the program get support with behavior change to improve overall functioning and wellness, which keeps them involved in and compliant with their treatment. The program promotes active collaboration and

coordination of everyone involved in the Employee's medical and behavioral health care, including providers, family, friends and other Aetna clinical programs.

- Base Level Program (Embedded) – Triggers include: high cost claimants, re-admissions, and multiple diagnoses/co-morbidities.
- High Level Program (Optional)

This option includes quarterly utilization reports. Triggers include: base embedded triggers plus, medical or behavioral health diagnosed conditions, inpatient admission, emergency room ("ER") visits for behavioral health.

### 3. AbleTo

AbleTo performs outreach, on behalf of Aetna, to offer Plan Participants with certain medical conditions or those going through certain life changes, an alternative treatment setting. Outreach is made to offer behavioral health support to Plan Participants using web-based videoconferencing, online interface or telephone support, instead of a face-to-face office visit. AbleTo provides condition-specific, structured, fixed duration support. AbleTo is an in-network provider and its clinical team consists of therapists and behavioral health coaches. Each web-based videoconferencing session, online interface or telephone support session, is subject to Plan terms applicable to a behavioral health office visit, including cost share, deductible, etc.

## VI. TECHNOLOGY/WEB TOOLS

### 1. Online Provider Directory:

Aetna's online participating provider directory -- updated daily -- that anyone can use to locate network physicians and other health care providers such as dentists, optometrists, hospitals and pharmacies.

### 2. Secure Member Portal:

The secure member portal is a Plan Participant website that can be used as an online resource for personalized health and financial information.

### 3. Health Decision Support:

Health Decision Support provides educational support so Employees can better understand their conditions and treatment options, including tests, procedures and surgery. This helps Employees make more informed decisions for their health care.

Health Decision Support has two options for customers. Both options offer programs for treatment, procedure and surgery decision support.

- Basic -- Offers thirty (30) programs. It is available to all secure member portal registered users at no additional cost to customers or employees.
- Premium – (optional additional purchase) Offers over two hundred (200) programs and plan sponsor-specific engagement reporting. Aetna Healthy Actions$^{SM}$ incentive tracking is available for program completion in the premium option.

### 4. Metabolic Health in Small Bytes:

Metabolic Health in Small Bytes is a program promoting metabolic syndrome risk reduction and reversal. This program targets the root cause of obesity by using a holistic approach (mental, emotional, and physiological) to help Employees identify underlying reasons for their weight and what barriers may exist which impede weight loss. Classes are taught live in an online virtual classroom. The program is available in multiple formats for convenience and engagement.

5.   **Aetna Second Opinion:**

Aetna Second Opinion, powered by 2nd.MD is a virtual program that provides access to skilled medical specialists who are under contract with our vendor 2nd.MD, to provide advice and second opinions. 2nd.MD has a dedicated 1-800 telephone number, online portal and integrated app. The medical specialists made available through the 2nd.MD program are independent contractors and are neither employees nor agents of 2nd.MD or Aetna. 2nd.MD supports a Plan Participant by onboarding the Plan Participant and assigning them a nurse coordinator, vetting the appropriateness of their second opinion request, connecting the Plan Participant with a 2nd.MD medical specialist based on the Plan Participant's condition, obtaining all relevant medical records and digitizing, and coordinating the consultation and follow-up. On average, 2nd.MD can provide a plan participant with a second opinion within three days.

## VII.   OTHER SERVICES

1.   **Teladoc:**

Teladoc is a vendor that provides access to providers who are under contract with Teladoc, to provide consultations for non-urgent care needs by telephone. The providers made available through the Teladoc program are independent contractors and are neither employees nor agents of Teladoc or Aetna.

2.   **ALEX® Benefits Advisor:**

ALEX Benefits Advisor ("**ABA**") is an interactive, online decision support tool designed to assist employees in making their benefits elections during open enrollment. A virtual host ("**ALEX**") begins the session by learning about the employee so that he can tailor his approach and content to the needs of the individual. ALEX uses plain language to ask questions about topics such as family status, dependents, health care needs, lifestyle, financial status and risk tolerance – all the while avoiding insurance jargon often associated with choosing a benefits plan. The online and mobile-friendly experience includes audio, on-screen text and animations to ensure an engaging, personalized interaction.

3.   **Aetna Concierge:**

Aetna Concierge is a level of customer service that provides a dedicated team of Aetna employees to support the delivery of high-touch, tailored service for Customers. The dedicated Aetna Concierges obtain Customer-specific training in order to serve as a single point of contact across the full-spectrum of plan and benefit offerings available to Plan Participants, even if such offerings are external to Aetna. The dedicated team is staffed with more customer service representatives than Aetna's traditional Customer Service Model, without call handle time guidelines, thereby allowing for longer, more relevant Plan Participant interactions. Aetna Concierges use their skills and training to listen for opportunities to educate and empower Plan Participants by sharing insights, providing useful information, and offering guidance through the use of Aetna tools and resources so that Plan Participants become more informed health care consumers. Aetna Concierge include a dedicated team, individual Aetna Concierges can serve as an extension of the Customer benefits team, and as an available single point of contact for Plan Participants via a dedicated, toll-free 800-number, as well as via live web chat through Aetna's secure member portal.

4.   **Onsite Health Screening Services:**

Aetna's Onsite Health Screening Services help employers engage and educate their Employees about wellness at the workplace. These offerings provide turnkey solutions to support employers' overall wellness strategies, increase consumerism and promote informed-decision making. Offerings include Onsite Health Screenings, Workshops, Special Awareness Campaigns; and Educational Resources. Aetna may contract with nationally recognized vendors to administer Onsite Health Screening Services, and such vendors may be subject to change.

5. **Mindfulness at Work:**

Aetna's Mindfulness at Work program is an evidence-based mind-body solution that targets Employees with stress. The program teaches evidence-based stress management skills, including mindfulness awareness, breathing techniques and emotions management. Classes are taught live in an online virtual classroom. The program is available in multiple formats for convenience and engagement.

6. **eM Life:**

The eM Life platform offers daily, live short-form classes, an on-demand library of audio and video content, working memory game, well-being articles, meditation timer, and an annual engagement campaign. Available via web browser and mobile devices.

7. **Aetna Fitness Reimbursement Program:**

The Aetna Fitness Reimbursement Program (the "**Program**"), powered by GlobalFit®, is available to Employees. The Program provides reporting and reimbursement for fitness expenses, including fitness club/gym dues, group exercise class fees for classes led by certified instructor; fitness equipment purchases; personal training; and weight management and nutrition counseling sessions.

8. **Peerfit®:**

Aetna has contracted with a vendor, Peerfit®, to provide a fitness program. Customers buy access to the platform for their employees by sponsoring the program. The program would give each employee a designated amount of standard fitness classes per month in the form of a credit allowance. These credits would be distributed to Employees via the Peerfit site. These Employees would sign in to the site and look for classes or fitness activities within a network of boutique fitness studios in their area, which would be paid for with the program credit allowance. Employees can try fitness classes without the burden of a long term commitment or contract. Any unused credits are forfeited at the end of the month, but are replenished to the designated number of credits for use in the next month.

9. **ID Cards:**

Upon the Customer's request, Aetna also will include third party vendor information on Plan Participant identification cards. In such event, the Customer shall indemnify Aetna, its affiliates and their respective directors, officers, and employees from that portion of any actual third party loss (including reasonable attorney's fees) resulting from the inclusion of such third party vendor information on identification cards.

10. **Subrogation Services:**

Aetna will provide subrogation/reimbursement services when the Customer's summary plan description (SPD) is finalized, available to the Customer's employees, and includes subrogation/reimbursement language.

Aetna does not delay processing or deny claims for subrogation/reimbursement purposes.

Aetna has the exclusive discretion to: (a) decide whether to pursue potential recoveries on subrogation/reimbursement claims; (b) determine the reasonable methods used to pursue recoveries on such claims, except with respect to initiation of formal litigation; and (c) decide whether to accept any settlement offer relating to a subrogation/reimbursement claim. Aetna shall advise the Customer if the pursuit of recovery requires initiation of formal litigation. In such event, the Customer shall have the option to approve or disapprove the initiation of litigation. Subrogation /reimbursement services will be delegated to an organization of Aetna's choosing.

The subrogation/reimbursement fee is outlined in the Service and Fee Schedule and includes reasonable expenses such as (a) collection agency fees, (b) police and fire reports, (c) asset checks, (d) locate reports and (e) attorneys' fees. If no monies are recovered as a result of the subrogation/reimbursement service, no fee will be charged to the Customer.

Subrogation/reimbursement recoveries will be credited to the Customer net of fees charged by Aetna.

Aetna does not credit individual Plan Participant claims for subrogation/reimbursement recoveries.

The Customer must notify Aetna should the Customer pursue, recover by settlement or otherwise waive any subrogation/ reimbursement claim, or instruct Aetna to cease pursuit of a potential subrogation claim.

Aetna will be entitled to the subrogation/reimbursement fee, which will be calculated based on the full amount of claims paid at the time the Customer settles the file or instructs Aetna to cease pursuit.

The Customer must notify Aetna of its election to terminate the subrogation/reimbursement services provided by Aetna. All claims identified for potential subrogation/reimbursement recovery prior to the date notification of such election is received, including both open subrogation files and matters under investigation, shall be handled to conclusion by Aetna and shall be governed by the terms of this provision.

Aetna does not handle new subrogation/reimbursement cases on matters identified after the Customer's termination date.

11.    **National Advantage Program (NAP):**

There are three (3) components to NAP: Contracted Rates (with or without Professional Claims Repricing), Facility Charge Review and Itemized Bill Review. Plans enrolled in NAP automatically have access to NAP's Contracted Rates component. The Contracted Rates component also includes Professional Claims Repricing, if warranted, based on the plan's out-of-network rate structure. Plans enrolled in the Contracted Rates component have two (2) optional components that are available: Facility Charge Review and Itemized Bill Review. Unless otherwise agreed in writing, only the NAP components selected by the Customer in the Service and Fee Schedule will be provided by Aetna.

A.    **Facility Charge Review ("FCR") Component**

FCR applies to inpatient and outpatient facility claims for which a Pre-Negotiated Contracted Rate is not available and for which the claim amount exceeds a certain threshold as determined by Aetna. Through the FCR component, Aetna establishes a charge for a Plan benefit in the geographic area where such benefit was provided to the Plan Participant ("**Recognized Charge**"). The Recognized Charge is based on the provider's estimated cost, including an anticipated profit margin. The claim will be priced based on the Recognized Charge. Even with FCR, if a provider refuses to agree to a negotiated rate, claims may be priced at billed charges in certain circumstances.

B.    **Itemized Bill Review ("IBR") Component**

IBR applies to inpatient facility claims submitted by Aetna network providers (directly contracted) if (a) the submitted claim amount exceeds a certain threshold as determined by Aetna; and (b) Aetna's contracted rate with the provider uses a "percentage of billed charges" methodology. Aetna refers to these as "IBR Claims."

Aetna will forward IBR Claims to a vendor to review and identify any billing inconsistencies and errors. The vendor reports back the amount of eligible charges after adjusting for any identified inconsistencies and errors. Aetna then pays the claim based on the adjusted bill.

C.    **Terms and Conditions**

(i)    NAP Fees

(a)    The Customer's fees for the NAP program are charged as a percentage of the Savings achieved for a claim paid under NAP ("**NAP Fee**"), as described in the

Service and Fee Schedule. For purposes of calculating the NAP Fee, the following definitions shall apply:

- "**Savings**" means the difference between (i) the Reference Price, and (ii) the NAP priced amount.
- "**Reference Price**" means (i) for a facility service, the amount billed by the provider (other than where Itemized Bill Review applies); (ii) for in-network facility services where Itemized Bill Review applies, the rate for the facility service prior to removal of any non-payable charges identified as part of the claim review; (iii) for a Professional service paid using an Ad Hoc Rate negotiated by Aetna for an Involuntary Out-of-Network Claim, the amount billed by the provider; and (iv) for all other Professional services, the lesser of the billed charge or the 80th percentile of the applicable FAIR Health database, provided that from time to time Aetna may elect to substitute another reference database or methodology reasonably comparable to FAIR Health.

(b)   The Customer will not owe any NAP Fees with respect to amounts that are the financial responsibility of Aetna, such as when Aetna writes stop loss insurance and the individual or aggregate limit, as applicable, is reached.

(c)   If Aetna pays more than the Reference Price, the Savings will be defined as zero.

(d)   NAP Fees will be credited back to the Customer for any Savings subsequently reduced or eliminated for which the Customer has already paid a NAP Fee.

(e)   Aetna will provide a quarterly report of Savings and NAP Fees. NAP Fees may be included with claims in other reports.

(ii)   Plan Participant Information Regarding NAP

The Customer shall inform Plan Participants of the availability of NAP Providers. Further, the Customer's Summary Plan Description specifying coverage for out-of-network health services must conform to Aetna requirements. Aetna shall provide information regarding NAP Providers on Aetna's online provider listing, on our website at www.Aetna.com or by other comparable means.

(iii)   Customer Acknowledgements

Customer acknowledges that:

(a)   Aetna does not credential, monitor or oversee those providers who participate through Vendor Accessed Rates. NAP Providers participating in the Contracted Rates component may not necessarily be available or convenient.

(b)   The following claim situations may not be eligible for NAP:

- Claims involving Medicare when Aetna is the secondary payer
- Claims involving coordination of benefits (COB) when Aetna is the secondary payer
- Claims that have already been paid directly by the Plan Participant.

(iv)   General Provisions

(a)   Aetna's only liability to the Customer for any loss of access to a discount arising under or related to NAP, regardless of the form of action, shall be limited to the NAP Fee actually paid to Aetna by the Customer for services rendered. Any

performance standards agreed to by Aetna and set forth in the Agreement are not affected by this provision and shall remain in effect.

(b)     The terms and conditions of NAP shall remain in effect for any claims incurred prior to the termination date that are administered by Aetna after the termination date.

**REIMBURSEMENT SERVICES SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

Subject to the terms and conditions of the Agreement, the reimbursement Services available from Aetna are described below. Unless otherwise agreed in writing, only the Services selected by the Customer in the Service and Fee Schedule (as modified by Aetna from time to time pursuant to section 4, Service Fees, of the Agreement and in accordance with the annual financial renewal package agreed upon in writing between the parties will be provided by Aetna. Additional Services may be provided at the Customer's prior written request under the terms of the Agreement. This Schedule shall supersede any previous document(s) describing the Services.

## I.    CLAIM FIDUCIARY

The Customer and Aetna agree that with respect to Section 503 of the Employee Retirement Income Security Act of 1974, as amended, or state law, as applicable, the Customer will be the "appropriate named fiduciary" for the purpose of reviewing denied claims under the reimbursement account(s). It is also agreed that Aetna's responsibilities under this schedule are ministerial and Aetna has no fiduciary responsibility under this schedule.

## II.    CUSTOMER RESPONSIBILITIES:

1.  The Customer shall provide Aetna with the necessary records of the Plan Participants covered under this reimbursement schedule, and promptly notify Aetna of any changes or corrections of such Plan Participants.

2.  The Customer shall be solely responsible for the collection and administration of contributions to the Plan Participants' account.

3.  The Customer shall maintain a supply of forms, which, upon the Customer's request, will be provided by Aetna, and the Customer shall distribute or make such forms available to the Plan Participants for the filing of claims for benefits or to report changes in participation.

4.  The Customer shall be solely responsible for satisfying any and all reporting and disclosure requirements imposed on the reimbursement account under applicable law. When requested by the Customer, Aetna will assist Customer with such requirements.

5.  The Customer shall be responsible for the final proper preparation and timely filing of the following documents, and performance and compliance with the following tests in connection with the Plan:

    (a)    "Plan Document" and "Summary Plan Description";

    (b)    Corporate resolution approving and adopting the Plan;

    (c)    IRS Form 5500; and

    (d)    Non-discrimination testing and compliance.

    The Customer acknowledges that it has the responsibility to review and approve all Plan documents and shall have the final and sole authority regarding the benefits and provisions of the Plan(s), as outlined in the Customer's Plan document. Aetna shall have no responsibility or liability for the content of any of the Customer's Plan documents regardless of the role Aetna may have played in the preparation of such documents.

6.  The Customer agrees to verify all deductions and annual elections and notify Aetna in writing of any changes or corrections within thirty (30) days following delivery of the Election Report (as defined below) by Aetna.

III.    **AETNA RESPONSIBILITIES:**

1.    Aetna shall assign an Account Management Team to the Customer's account. This team will be available to assist the Customer in connection with the Services provided under the Agreement.

2.    Aetna shall provide customer service support for Plan Participants by toll free telephone in accordance with its then-current policies.

3.    Aetna shall provide Plan Participants with current account balance and activity information via electronic means, including web portal and call center. Periodic balance information shall be provided with Aetna's responses to submitted claims. Aetna shall not produce or mail separate periodic statements to Plan Participants.

4.    Aetna shall make available to the Customer, an account history showing the name of the Plan Participant, name of payee, and amount of benefit payable based on Aetna's initial determination of the claim.

5.    Upon request, Aetna shall provide the Customer with the then current administration manual for the orderly operation of the Plan as relates to the Services. Such manual may be modified by Aetna from time-to-time.

6.    Aetna shall provide the Customer with forms or comparable electronic means for the enrollment and maintenance of a Plan Participant's records and for the Plan Participant's submission of claims for payment of benefits provided under the Plan.

7.    Upon request, Aetna may assist the Customer, or its designated agent, by providing information relating to the preparation and filing of any report, form or document required by any state or federal agency with respect to the Plan. Aetna will also assist the Customer by providing the following:

    (a)    Electronic sample of the "Plan Document" and "Summary Plan Description," when requested by the Customer;

    (b)    Available information requested by the Customer in connection with the filing of the IRS Form 5500; and

    (c)    Available information requested by the Customer in connection with conducting non-discrimination testing.

    Aetna shall have no responsibility or liability for the information provided or the content of any of the Customer's Plan documents regardless of the role Aetna may have played in the provision of such information or the preparation of such documents.

8.    Aetna shall make the following standard reports available to the Customer at no additional cost:

    (a)    <u>Ledger Summary Report (Monthly)</u> – List of deposits, payments and account balances by Plan Participant account for the period and plan year to date.

    (b)    <u>Election Report (Beginning of Plan Year)</u> – List of elections by Plan Participant account.

    (c)    <u>Funding Notification Reports (Settlement and Production)</u> – Voucher-style report sent each time funding transactions are initiated.

    (d)    <u>Production and Settlement Payment Registers</u> – Supporting detail for the Funding Notification Report referenced above, which lists Plan Participant reimbursements by account type, plan year and division (if applicable).

    Custom reports may be provided subject to feasibility and data availability for an additional cost as mutually agreed to in advance by the parties in writing. The Customer shall be billed for programming time in accordance with the Service and Fee Schedule.

9.    Where applicable and upon request of the Customer, Aetna shall provide debit cards to all Plan Participants. Debit card use shall be bound by arid subject to the terms of the "Card Association Rules" as described in the "Cardholder Agreement" that Aetna provides to each Plan Participant upon card issuance.

## IV.    CLAIM SERVICES:

1.    Aetna shall process each claim for reimbursement made by a Plan Participant after determining that the claim for benefits is consistent with the terms of the Plan, and will make the initial determination of the amounts due and payable pursuant to the Plan.

2.    Aetna shall arrange for the payment of all approved claims from funds made available by the Customer. The claim checks shall be made payable to the Plan Participant, their assignee or to such other person designated by the Plan Participant not otherwise restricted or prohibited by the Plan. The Customer authorizes Aetna to prepare and issue checks signed by Aetna from an Aetna account funded by the Customer for the purpose of paying claims. Any interest generated on such funds shall be used to pay the fees of the financial institution with respect to such account. To the extent that such interest is not sufficient to pay such fees, Aetna shall pay such fees. To the extent that such interest is in excess of such fees and it does not exceed LIBOR plus two percent (2%), Aetna shall be entitled to retain such interest. Aetna will return interest in excess of these permissible amounts to the Customer and the Customer agrees that it will use such amounts consistent with applicable law. Aetna shall request payment from the Customer on a periodic basis for the total amount of reimbursements representing payment of claims. Funding shall take the form of an ACH debit that Aetna will initiate against the Customer's designated bank account. This may be the same account designated for Aetna administration fees and expense reimbursements, or may be a unique account, at the Customer's discretion. Aetna reserves the right to not release claim reimbursements until current funds are received by Aetna from the Customer. The Customer shall advise the Plan Participant of any delays in payment of any claim due to the failure of the Customer to fund a claim payment and the effect of such delay on the payment of the claim processed pursuant to this schedule. In the event that claims are released prior to funds receipt by Aetna, the Customer shall be subject to a "Failure to Fund Claims" fee as referenced in the Service and Fee Schedule.

3.    All debit card transactions posted to the account, regardless of final disposition, are deemed to be claims and shall be the responsibility of the Plan and shall be funded by the Plan. Funding shall take the form of an ACH debit that Aetna will initiate against the Customer's designated bank account on each day that transactions post, which may be up to daily.

4.    Following an adverse benefit determination of a claim during its initial submission, Aetna shall issue a written notification of its decision to the Plan Participant consistent with Department of Labor ("**DOL**") regulations or other prevailing law, which shall include: the basis for the adverse benefit determination; reference to the specific Plan provisions on which the determination is based; a description of additional information which may be required in order to perfect the claim; how to formally appeal the claim; and a general statement of rights under the Plan or prevailing law.

5.    Upon receipt of an initial appeal by a Plan Participant, Aetna will evaluate the appeal and advise the Customer of Aetna's recommendation as to the determination of the claim. The Customer shall be responsible for, and has otherwise reserved unto itself, final discretionary authority to render benefit determinations, including interpreting the terms of the Plan, during the review on appeal. The Customer shall issue written notice of any adverse benefit determination to the Plan Participant and Aetna, which shall include all the requirements of applicable law.

## V.    ADDITIONAL ADMINISTRATION INFORMATION:

1.    Billing and Payment of Administration Fees.

Administrative Fees are payable via an ACH debit which shall be initiated by Aetna ten (10) days after the invoice is delivered to the Customer. Aetna shall initiate the ACH debit against an account designated for this purpose by the Customer. This may be the same account designated for

contributions, or may be a unique account, at the Customer's discretion. Alternate funding methods may be available.

The Customer shall promptly review and verify the accuracy of each invoice and notify Aetna in writing of any inaccuracy or discrepancy with respect to any amount referenced therein within sixty (60) days after receipt of such invoice, failing which such invoice shall be deemed final, complete and correct for all purposes. Any payments which are not timely paid shall be subject to Late Payment Charges as indicated in the Service and Fee Schedule. In determining applicable Administrative Fees Aetna will be entitled to rely on current enrollment information provided by the Customer.

2.    Communications.

Any notices related to the administration of the reimbursement accounts should be directed to PayFlex Systems USA, Inc., 10802 Farnam Drive, Suite 100, Omaha, Nebraska, 68154, Attention: Chief Operating Officer.

3.    Subcontractors.

Aetna may subcontract reimbursement administration services, or may assign its obligations under this schedule to its subsidiaries or affiliates at any time without notice to the Customer.

4.    Termination.

If this schedule is terminated by either party, other than for the Customer's failure to pay Administrative Fees, Aetna agrees to continue to perform Services hereunder for up to three (3) months thereafter in exchange for a fee paid by the Customer equal to three (3) times the amount of the invoice for the last month prior to the effective date of termination. Such fee (and all other amounts owed to Aetna hereunder) shall be paid in full prior to further performance by Aetna.

**COMMUTER BENEFIT SERVICES SCHEDULE**
**TO THE MASTER SERVICES AGREEMENT- 175041**
**EFFECTIVE January 1, 2022**

Subject to the terms and conditions of the Agreement, the commuter benefit Services available from Aetna are described below. Unless otherwise agreed in writing, only the Services selected by the Customer in the Service and Fee Schedule (as modified by Aetna from time to time pursuant to section 4, Service Fees, of the Agreement will be provided by Aetna. Additional Services may be provided at the Customer's prior written request under the terms of the Agreement. This schedule shall supersede any previous document(s) describing the Services.

This schedule applies specifically to the commuter benefit administered by Aetna on behalf of the Customer. PayFlex, the subcontractor hired by Aetna to administer the commuter benefit, currently uses an integrated provider, EdenRed Commuter Benefit Solutions LLC, for transit pass distribution. PayFlex reserves the right to change such provider upon notice to the Customer.

As used herein, the term "**Employee**" shall mean an employee of Customer who is enrolled in the Commuter Benefit program.

## I. TRANSIT AND PASS

1. All orders for a given month will have a mutually agreed upon cutoff date that is the month prior to the benefit month. The fulfillment of all orders to Employees including monthly loading of smart cards, mailing of payments to parking operators and mailing of products to Employees via first class mail in time to ensure receipt and usage on the first of the benefit month.

2. The transit pass distribution relies on "just-in-time delivery" to maintain the order and delivery process. All dates and times for transit pass distribution are fixed and may not be changed under any circumstances. Deadlines not met shall result in transit passes being undelivered.

3. If the Employee does not receive their transit pass by the first of the month, the Employee must purchase a replacement transit pass and fax a completed lost pass form and receipt for reimbursement by the timeframe required on the lost pass form. A limit of one (1) lost pass per year will be reimbursed. Lost passes mailed to incorrect addresses provided to Aetna by the Customer are not eligible for reimbursement.

4. The Customer shall provide Aetna with the address(s) of the Employee where the transit passes will be sent. Passes delivered to the wrong address are not the responsibility of Aetna.

## II. CUSTOMER'S RESPONSIBILITIES

The Customer is responsible for maintaining reasonable internal control mechanisms as they relate to the Services that Aetna provides under this schedule, including, but not limited to:

1. The Customer having its own administration functions and controls so users are removed promptly when they no longer need access to system resources.

2. The Customer having controls to ensure that any erroneous data is re-submitted to Aetna within thirty (30) days from the time it is first inputted erroneously.

3. The Customer having controls to ensure that all Aetna-generated reports and information received from Aetna are reviewed for accuracy and Employee activity on a timely basis, with any inaccuracies or discrepancies being communicated in writing to Aetna no later than thirty (30) days after such report or information is first generated on the employer website portal by Aetna.

4. The Customer reconciling all cash activity to Aetna-generated reports as soon as reasonably possible (and in any event within ten (10) days after such report is first delivered by Aetna to the Customer). The Customer shall advise Aetna in writing of any discrepancies or inaccuracies in connection with such reconciliation within twenty (20) days thereafter.

III.    **AETNA RESPONSIBILITIES**

1.    Aetna shall assign an Account Management Team to the Customer's account. This team will be available to assist the Customer in connection with the Services provided under this schedule.

2.    If an Employee chooses to contribute to the cash reimbursement option for parking related expenses, Aetna shall process each application for benefits made by an Employee after determining that the application for benefits is consistent with the terms of the commuter benefit, and will make the initial determination of the eligibility of the Employee to benefits.

3.    Aetna shall make the following standard reports available to the Customer via a secure employer portal at no additional cost:

   (a)    Fulfillment Summary Report (Monthly): Lists orders placed upon site closure.

   (b)    Current Order Report (Daily): Lists future pending orders.

   (c)    Number Transit Orders Report (Monthly): Provides counts and amounts for transit orders placed upon site closure.

   (d)    Order Funding Report (Monthly): Total amount to be funded via ACH for a specific benefit month, link is sent via e-mail two (2) days after site closes.

   (e)    Comprehensive Payroll Deduction Report (Monthly): Payroll deduction requirements for a specific benefit month, link is sent via e-mail two (2) days after site closes.

   (f)    Member Subsidy Report (Monthly): Total amount of subsidies calculated upon site closure. Custom reports may be provided, subject to feasibility and data availability, for an additional cost as mutually agreed to in advance by the parties in writing. The Customer shall be billed for programming time in accordance with the Service and Fee Schedule as mutually agreed to in advance by the parties in writing.

IV.    **FUNDING**

1.    Funding for commuter products elected by Employees shall be the responsibility of the Customer. Funding shall take the form of an ACH debit that Aetna, or its designee, will initiate against the Customer's designated bank account. The ACH debit will be initiated on or around the fifteenth (15th) of each month for the upcoming benefit month's purchases. The Customer agrees that the ACH debit will be from its general assets and not from amounts that have otherwise been set aside for Employees or designated as Employee contributions, including but not limited to salary withholdings. Insufficient funds will delay order fulfillment.

2.    Orders will not be fulfilled until current funds are received by Aetna or it's designee from the Customer. The Customer shall advise an Employee of any delays in payment or processing of any order due to the failure of the Customer to fund. Insufficient funds will delay order fulfillment.

3.    Funds received from the Customer will be deposited at a financial institution of Aetna's choosing. Any interest generated on such funds shall generally be at federal funds rates. Such interest shall be used to pay the fees of the financial institution with respect to such account. To the extent that such interest is not sufficient to pay such fees, Aetna shall pay such fees. To the extent that such interest is in excess of such fees and it does not exceed LIBORAetna shall be entitled to retain such interest as compensation for services provided.

4.    If the Customer forwards funds so that Aetna can pay claims that have not yet been incurred or submitted, the Customer agrees that it will only provide Aetna with funds from its general assets and will not forward to Aetna any amounts: (i) previously withheld from its Employees' pay; (ii) that might otherwise constitute "plan assets" under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or other applicable law; or (iii) that might otherwise belong to the Employee or plan under applicable law.

**V.     TAXES**

1.      The Customer shall be responsible for wage reporting and any other tax or other reporting or disclosure requirements applicable to it under federal, state or local law.

2.      If, during the term of this Agreement any future and unforeseen tax (other than taxes based on the net income of Aetna) shall be assessed against Aetna which is directly related to the services provided to the Customer under this schedule, Aetna shall report the payment of such amount to the Customer in writing and the Customer shall pay such amount directly or reimburse Aetna.

3.      Aetna makes no commitment or guarantee that any amounts paid to or for the benefit of an Employee will be (or continue to be) excludable from the Employee's gross income for federal, state or local tax purposes. Pursuant to local, state and federal law it is the obligation of each Employee to determine whether a payment under the Services provided is excludable from the Employee's gross income for federal, state and local tax purposes.

**VI.     Administrative Fees**

Aetna shall submit to the Customer on a monthly basis a statement showing the installation fee, if applicable, and monthly fees due for each month of the Agreement Period. For each month, the fee may consist of the monthly administrative fee or any other fee applicable for that month. The fee is due and payable on the date shown on such statement (the "**Payment Due Date**"),

**VII.     Responsibilities on Termination**

In the event of the termination of this Agreement, Aetna shall complete the processing of all reimbursement requests received by Aetna which are due and payable prior to the termination of this schedule, provided that, Aetna shall have no obligation to complete the processing of any such requests if the Customer has failed to provide funds for the reimbursement requests or payment or the Customer has otherwise failed to pay any other amounts owed to Aetna hereunder. Aetna shall have no obligation to process requests for reimbursement or payments presented after the termination date. All payments made under this paragraph shall under all circumstances continue to be the sole responsibility and liability of the Customer. The Customer agrees to fund orders for commuter products elected by Employees which were placed prior to termination. Funding requests for a future benefit month may take up to ninety (90) days.

Upon termination of this schedule, Aetna shall, upon written request, deliver to the Customer, within a mutually agreed upon and reasonable timeframe, a complete and final accounting as it relates to this schedule. All books and records in Aetna's possession with respect to the Services provided, any claim files, and any reports and other papers pertaining to the Services will be maintained by Aetna in accordance with its record retention schedule, which is based on federal and state laws and regulations. All administration systems, computer systems and software developed by Aetna in connection with the Services performed hereunder constitute the sole property of Aetna and shall be retained by Aetna upon the termination of this schedule. The Customer hereby disclaims any interest in or to such items.

**EMPLOYEE ASSISTANCE PROGRAM (EAP)**
**SERVICE SCHEDULE**
**BAUSCH & LOMB AMERICAS INC. (hereinafter "Customer")**
**EFFECTIVE JANUARY 1, 2022**
**MASTER SERVICES AGREEMENT No. MSA-175041**

Subject to the terms and conditions of the Agreement, the Services available from Aetna are described below. Unless otherwise agreed in writing, only the Services selected by the Customer in the Service and Fee Schedule will be provided by Aetna Behavioral Health, LLC, an affiliate of Aetna Life Insurance Company. Additional Services may be provided at the Customer's written request and Aetna's written approval. This schedule shall supersede any previous document(s) describing the Services.

**I.      Excluded and/or Superseded Provisions of the Agreement:**

- Section 1 ("Term") is excluded and replaced by Section III.E. of this schedule.
- Section 4 ("Service Fees") is excluded and replaced by Section IV. of this schedule.
- Section 5 ("Benefit Funding") does not apply with respect to the Services pursuant to this schedule.
- Section 6 ("Fiduciary Duty") does not apply with respect to the Services pursuant to this schedule, unless Customer determines its EAP is part of the Plan.
- Section 7 ("Customer's Responsibilities") is excluded and replaced by Section III.A of this schedule.
- Section 8 ("Records") is excluded and replaced by Section III.B. of this schedule.
- Section 10 ("Audit Rights") is excluded and replaced by Section III.C. of this schedule.
- Section 11 ("Recovery of Overpayments") does not apply with respect to the Services pursuant to this schedule.
- Section 12 (E) ("Indemnification") is excluded and replaced by Section III.D. of this schedule.
- Section 18 (L) ("Taxes") does not apply with respect to the Services pursuant to this schedule.
- Section 18 (O) ("Subcontractors") is excluded and replaced by Section V. of this schedule.

**II.     Definitions -** When used in this schedule and/or the Service and Fee Schedule, all capitalized terms shall have the following meanings:

(E)     "**Employee**" means any person eligible to receive Services under this schedule by virtue of being a current employee of the Customer, and not designated a temporary employee, and employees of subsidiaries and affiliates of the Customer who are reported by the Customer, in writing, to Aetna for inclusion under this schedule. For purposes of the telephonic access services, counseling sessions and provider network, "Employee" does not include employees of the Customer whose work location is in California.

(F)     "**Dependent**" means the eligible family members, including household members, and dependents (including adult children up to age 26), of an Employee to receive Services under this schedule as a dependent of an Employee.

(G)     If applicable, the term "**EAP Behavioral Health Professional**" may mean EAP Network Provider or EAP Staff Clinician.

(H)     If applicable, the term "**EAP Network Providers**" shall mean licensed behavioral health professionals, who meet all Aetna credentialing standards, and who are contracted by Aetna, as independent contractors, to provide counseling to Members.

(I)    The term "**EAP Staff Clinicians**" shall mean behavioral health professionals who are licensed in the State in which they practice and who are employed by Aetna to provide clinical services to Members. EAP Staff clinicians may be part of Aetna's EAP call center and may provide telephonic clinical services. If applicable, EAP Staff Clinicians may be located at the Customer site and provide counseling at the Customer's location.

(J)    "**Member(s)**" means Employees and Dependents eligible for Services.

(K)    "**Payment Due Date**" shall mean the date that payment is required as set forth on the Customer's invoice. Payment Due Date will be 60 days from the invoice generation date for the invoice month(s). Payment is to be made in a form and manner as reasonably determined by Aetna.

**III.   Administration Services:**

**A.   Customer Responsibilities.**

(1)   Employee Count - If needed and where applicable, on or before the Effective Date, the Customer may be requested to furnish to Aetna a listing of Employees (by zip code of each Employee's place of residence). Thereafter, the Customer shall supply to Aetna, on a monthly basis by the Payment Due Date, current Employee counts in a form and manner as reasonably determined by Aetna. Aetna shall not be responsible in any manner for any delay or error in the provision of Services caused by the Customer's failure to furnish accurate Employee counts in a timely fashion. If the Customer fails to provide current Employee counts with payment by the Payment Due Date, all Employee counts will be updated and reflected in the next billing and payment cycle. Aetna will not process Employee counts retroactively nor will Aetna perform any retroactive fee adjustments due to the Customer submitting inaccurate employee counts.

(2)   Summary Plan Description ("**SPD**") – If the Customer's EAP is part of the Plan, the Customer shall provide Aetna with all Plan documents at least 30 days prior to the Effective Date or such other date mutually agreed upon by the parties. Absent the Customer providing Aetna with an SPD, Aetna shall automatically apply its internal policies and procedures to all EAP plans, including but not limited to internal appeals and external review, as applicable. Aetna does not review the Customer's SPD for compliance with applicable law.

**B.   Records.** Aetna, its affiliates and authorized agents shall use all documents, records and reports received or created by Aetna in the course of delivering Services ("Documentation") in compliance with applicable privacy laws and regulations, including without limitation regulations promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996. Aetna may de-identify and use them for quality improvement, statistical analyses, product development and other lawful purposes -other than administration of EAP Services.

**C.   Audit Rights.** The Customer may perform audits of Employee Assistance Program processes only, during normal business hours upon reasonable written notice. A process audit may not be conducted more than once annually and will not include access to individually identifiable Member information. Any requested payment from Aetna resulting from the audit must be based upon documented findings, agreed to by both parties, and must be solely due to Aetna's actions or inactions.

**D.   Indemnification.** The Customer and Aetna agree that, except for counseling services provided by EAP Staff Clinicians: (i) Aetna does not render medical services or treatments to Members; (ii) neither the Customer nor Aetna is responsible for the health care that is delivered by EAP Network Providers; (iii) EAP Network Providers are solely responsible for the health care they deliver to Members;

(iv) EAP Network Providers are not the agents or employees of the Customer or Aetna; and (v) the indemnification obligations of Section 12 (A) and (B) of the Agreement do not apply to any portion of any loss, liability, damage, expense, settlement, cost or obligation caused by the acts or omissions of EAP Network Providers with respect to Members.

    **E.  Term.**  The Initial Term of this Agreement for the provision of Services to Members hereunder is for three (3) years.  Thereafter, this Agreement shall be automatically renewed for successive twelve (12) month terms, subject to the termination provisions contained herein.

**IV.    Fees.**

All Service Fees for Services under this schedule are summarized in the Employee Assistance Program Service and Fee Schedule. No services other than those identified in the Employee Assistance Program Service and Fee Schedule are included in the Service Fees. Aetna will provide the Customer with a monthly statement indicating the Service Fees owed for that month.

**V.    Subcontractors**.

The work to be performed by Aetna under this schedule may, at its discretion, be performed directly by it or wholly or in part through a subsidiary, an affiliate, or under a contract with an organization of its choosing. Aetna will remain liable for Services under this schedule.

**VI.    EAP Services.**

Telephonic access, counseling sessions and provider network services under this schedule will be provided only to Employees whose work location is not in California and Dependents of such Employees. Telephonic access, counseling sessions and provider network services for Employees who work in California and Dependents of such Employees are provided under the Knox-Keene governed components of its EAP plan purchased by the Customer from Health and Human Resource Center, Inc. and is pursuant to a separate agreement between such parties. All Services described in this schedule are available within the fifty (50) U.S. states only. International EAP Services are only available if specifically described and priced separately.

    A.  UNLIMITED TELEPHONIC ASSESSMENT AND REFERRAL: Unlimited telephonic access to the Aetna EAP call center staff, available twenty-four (24) hours per day, seven (7) days per week, three hundred sixty-five (365) days per year for purposes of assessing Member need and referring to appropriate EAP Services.

    B.  COUNSELING SESSIONS: A clinical session with an EAP Network Provider or EAP Staff Clinician. Sessions are intended to assist with emotional, family, personal, or work related behavioral health issues.
        • COUNSELING SESSIONS WITH EAP NETWORK PROVIDERS AND CONTRACTED TELEVIDEO PROVIDERS: Counseling sessions can be provided face-to-face, telephonically, or via televideo (when appropriate). Face-to-face or telephonic sessions are provided by an EAP Network Provider. Televideo sessions are provided by one of our telemedicine contracted providers. Each member is entitled, on a contract year, up to the number of counseling sessions per problem as set forth

herein in the Service and Fee Schedule (e.g., up to three counseling sessions per member per problem under the 3-Session EAP Model), unless a State regulation requires otherwise. All counseling sessions require prior authorization. The member must contact Company to receive referrals and authorizations for all counseling sessions whether face-to-face, telephonic, or televideo. Marital and/or family sessions are considered one problem for the couple or family and sessions are not authorized individually for each attendee. Face-to-face, telephonic, and televideo counseling sessions count toward the number of counseling sessions per member per problem.

C. EAP PROVIDER NETWORK: A nationwide network of licensed behavioral health professionals, who meet all Aetna credentialing standards, and who are contracted by Aetna, as independent contractors, to provide counseling to Members. EAP Network Providers include, but are not limited to: social workers, licensed professional counselors, marriage and family therapists, master's level psychiatric nurses and psychologists.

D. TRAINING AND EDUCATION: The term "Training and Education" refers to training, provided by Aetna, or an Aetna Contracted educator to the Customer, concerning general behavioral health and work/life issues. This includes Employee Orientation Meetings and Supervisor Orientation Trainings. This training may be provided in different ways, in person, telephonically, or web-based. Additional fees apply to web-based training over fifty (50) participants (Participants is defined as unique phone lines calling into the webinar). Department of Transportation (DOT) services are excluded from standard Training and Education services. For specialized DOT training, see separate definition under Drug Free Workplace Services. Mental Health First Aid trainings are excluded from standard Training and Education services. For specialized Mental Health First Aid training, see separate definition under Mental Health First Aid.

E. MANAGEMENT SERVICES:

- MANAGEMENT CONSULTATION: A telephonic resource for managers, supervisors, and human resources professionals to assist in identifying and resolving workplace issues and promoting a productive workforce. Issues may include but are not limited to employee personal and family issues, behavioral health concerns, workplace conflict, workplace crisis and other disruptions, substance abuse, threats of violence and employee performance concerns. This includes the provisions of guidance to the Customer in making voluntary referrals for Employees to the EAP. The EAP will coordinate with specialty providers as needed (SAP, DOT, FFD).

- MANDATORY REFERRALS: Case management to assist the Customer and Employees in addressing significant workplace performance issues. Mandatory referrals are used to monitor compliance with the EAP Behavioral Health Professional's recommendations, wherein the EAP, with appropriate executed release of information forms, confirms the Employee's participation in and compliance with the program.

- DRUG FREE WORKPLACE SERVICES: Suite of services to assist the Customer in managing

workplace related employee substance misuse and/or disclosure of substance abuse in the workplace. Services for general employer industries include Aetna EAP case management of mandatory referrals related to workplace impacted substance abuse, as well as management    consultation services as described above. Services for transportation related industries, such as employers who are regulated by DOT, FMCSA, FAA, FRA, FTA, PHMSA, etc., include substance abuse case management by a Substance Abuse Professional (SAP) for Department of Transportation regulation compliance. Additional service for transportation regulated Employees includes DOT training to meet Drug-Free Workplace regulations regarding drug and alcohol awareness available through American Substance Abuse Professionals (ASAP) or comparable SAP provider. A variety of training formats are available, including on-site, on- line or video.

- FITNESS FOR DUTY (FFD) CONSULTATION AND COORDINATION: A Fitness for Duty Evaluation is a forensic evaluation completed by a specially trained psychologist or psychiatrist, outside the EAP, for the purpose of evaluating an employee's ability to safely perform the functions of their job, assess organizational and behavioral risk, and provide a report recommending steps needed to be taken to minimize the Customer risk in returning the employee to work. Fitness for Duty Evaluations are outside the scope of EAP, and as such the EAP does not conduct Fitness for Duty Evaluations. Upon specific request, the EAP may assist the Customer with locating companies or providers external to the EAP who are capable of performing FFD Evaluations. At all times the Customer is responsible for working directly with the identified FFD provider as well as directly making payment arrangements with that provider for the FFD Evaluation. All decisions, regarding returning to work, retaining or dismissing employees remain with the Customer.

- SUBSTANCE ABUSE PROFESSIONAL (SAP) CONSULTATION AND CONTACT INFORMATION: Upon request of the Customer, for drug and alcohol cases that fall under the Department of Transportation (DOT) guidelines, Aetna shall provide initial and ongoing management consultation on DOT issues. Aetna will further provide contact information of local providers in our specialized network of qualified Substance Abuse Professionals. The Customer is responsible for choosing and working directly with the SAP, as well as performing follow-up, compliance and aftercare attendance monitoring. The Customer is responsible for payment of the SAP and determines whether the employee or employer pays SAP fees as well as recommended treatment costs.

- MENTAL HEALTH FIRST AID: An educational program offered to Customers to help managers and employees recognize and respond to mental health issues in the workplace and in the community. The curriculum includes an overview of mental health and provides education about Anxiety, Depression, Suicide, Trauma, Psychosis, and Substance Use Disorders, along with videos, interactive exercises and practice scenarios. Courses must be taught onsite. The eight (8) hour in-person course and the six (6) hour virtual course can be provided at the corporate and community levels. Whether virtual or in- person both the eight (8) hour in-person and six (6) hour virtual courses provide all participants that complete course with Mental Health First Aid

Certification for three years. The four (4) hour virtual and in- person general awareness courses are available for Corporate level only. The four (4) hour course does NOT provide participants with a Mental Health First Aid Certification. In-person courses are limited to thirty (30) participants per course. The virtual four (4) hour general awareness course has a participant minimum of fifteen (15) participants and a maximum of twenty-five (25) participants. The virtual six (6) hour courses have a fifteen (15) participant minimum/maximum per course.

### Mental Health First Aid Virtual Delivery Requirements for Participants

Virtual courses will be hosted through The National Council for Behavioral Health's Zoom webinar platform, and The National Council will provide a how-to guide for participants who have never used this platform.
- Computer – Windows or Apple desktop or laptop computer OR Mobile Device/Tablet/Surface: iOS, Android, Windows
- Phone (backup audio option) – It is highly recommended that users join the course from a tablet, laptop or desktop computer for the best experience. Phones may be used for audio support.
- Microphone and speakers – Participants whose computers do not have a microphone and/or speaker can use the dial-in option from their phone for audio.
- HD Webcam – Either built into the user's device or external.

- Internet Connection – We recommend an internet speed of at least five (5) mbps upload/download speed. Users can test their internet speed here: https://www.speedtest.net/ Course materials will be available for download via the online learning platform.

The virtual six (6) hour certification course is a blended course that includes two (2) hours of self- directed pre-work and four hours of instructor led training. Customer will ensure that there are fifteen (15) identified participants for registration that are committed to completing required online learning pre-work and attending the four (4) hours of instructor led training. Course materials will be available for download via the online learning platform.

If registered participant(s) does not complete the required two (2) hours of self-directed pre-work, the participant(s) will be denied access to the four hours of live facilitator led training. If a participant doesn't complete the pre-work or is not able to attend the instructor led portion of the course, participants will not be able to makeup the session or receive certification and no refund will be issued. Participants will only receive a certificate upon completion of post test and evaluation.

F.  CRITICAL INCIDENT SUPPORT (Crisis Support/Management Services/Critical Incident Stress De-Briefing (CISD) Services): An array of services offered by the EAP that helps an organization to prepare for, prevent, or respond to traumatic events. Acts of war are

excluded from on-site CISD Services.

- ONSITE STANDARD CRITICAL INCIDENT SUPPORT: On-site attendance response time in greater than two hours for hourly onsite crisis support and Critical Incident Stress De-Briefing (CISD) Services at Customer sites to help an organization prepare for, prevent, or respond to traumatic events.

- ONSITE IMMEDIATE CRITICAL INCIDENT SUPPORT: On-site attendance response time in less than two hours for hourly onsite crisis support and Critical Incident Stress De-Briefing (CISD) Services at Customer sites to help an organization prepare for, prevent, or respond to traumatic events.

G.  REDUCTION IN FORCE: A service in which the EAP provides a counselor or counselors on-site at the employers' facility to assist managers, employees being eliminated, and employees remaining after the reduction in work force.

H.  COMMUNICATION AND PROMOTIONAL MATERIALS: Information provided to Employees and management about EAP Services, including, in part, how EAP Services can be accessed for consultation and assistance. The communications and promotional resources include template e-mails, letters, flyers, brochures, and/or posters for Employees and management. Company will provide communications and promotional materials, directly to the Customer for distribution to the Employee. In support of implementation and on-going communication, Company will provide a quantity up to 120% of the number of eligible Employees for flyers or brochures with perforated wallet card; a quantity up to 5% of the number of eligible Employees for posters; and a quantity of up to 20% of anticipated attendees at health fairs for flyers. Requests exceeding these quantities may incur an additional fee. Requests for a mailing, to all Employee's place of residence, will incur additional fees. Requests for materials outside of our standard templates will incur an additional fee.

I.  MANAGEMENT REPORTS: A specific collection of data and narrative information designed to inform the Customer about the overall utilization of the program. Customer may receive reports on a quarterly electronic basis. If for any two (2) consecutive reporting periods there is less than 1% utilization, reporting frequency will default to annual reporting.

J.  INTAKE MODEL:
- STANDARD MODEL: Initial intake calls answered by a care service associate/customer service representative.

K.  EAP EXCLUSIONS: The following services are outside the scope of the EAP:

- Counseling services beyond the allowed number of sessions covered by the EAP benefit.
- Court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation, custody, or visitation evaluations, or paid for by Workers' Compensation.
- Formal psychological evaluations which normally involve psychological testing and result in a written report.

- Diagnostic testing and/or treatment.
- Visits with psychiatrist, including medication management.
- Prescription medications.
- Services for remedial education.
- Inpatient, residential treatment, partial hospitalizations, intensive outpatient.
- Ongoing counseling for a chronic diagnosis that requires long term care.
- Biofeedback.
- Hypnotherapy.
- Aversion therapy.
- Examination and diagnostic services required to meet employment, licensing, insurance coverage, travel needs.
- Services with a non-contracted EAP provider.
- Fitness for duty evaluations.
- Legal representation in court, preparation of legal documents, or advice in the areas of taxes, patents, or immigration, except as otherwise described in this document.
- Investment advice (nor does plan loan money or pay bills).

**VII.    Worklife Services.**

**A.    UNLIMITED TELEPHONIC ACCESS**: Unlimited telephonic access to the call center staff available twenty-four (24) hours per day, seven (7) days per week, three hundred sixty-five (365) days per year.

**B.    CAREGIVING SERVICES:** Services that include consultation, information, education and referral services in connection with, in part, adoption, childcare, parenting, temporary back-up care, summer care, special needs, high-risk adolescents, academic services, education loans, grandparents as parent, adult care, elder care, and disaster resources. Carekits are available upon request from individual Members within the fifty (50) U.S. states only, other types of Carekit distribution or promotion request by Customer will incur additional fees.

**C.    PERSONAL SERVICES**: Free educational materials, personalized referrals, and interactive web tools to assist with:

1. Health & Wellness--children's health; women's health; men's health; seniors' health; weight loss and nutrition; fitness and exercise programs; general health; safety; stress management; information on diseases and conditions; and more.
2. Daily Life--home improvement; pet care; consumer information; automotive services; relocation; travel; time management; cleaning services; and more.

**D.    LEGAL SERVICES:** Services provided through the EAP that include:

1. LEGAL SERVICES:
   a. One-half (1/2) hour initial consultation with selected participating attorney on an unlimited number of new legal topics (each Plan year). Certain topic areas

are excluded, including employment law. Also excluded are matters that, in the attorney's opinion, lack merit. Court costs, filing fees and fines are the responsibility of the Member. If Members choose to continue with the participating attorney and hire that attorney on their own, they will receive twenty-five percent (25%) off of the fees for services beyond the initial consultation (excluding flat legal fees, contingency fees, and plan mediator services).

b.  Mediation Services – Each Member is entitled to one (1) initial thirty (30) minute office or telephone consultation per separate legal matter at no cost with a participating mediator. In the event that the Member wishes to retain a participating mediator after the initial consultation, they will be provided with a preferred rate reduction of twenty-five percent (25%) from the mediator's normal hourly rate. Typical matters may include divorce and child custody, contractual and consumer disputes, real estate and landlord tenant, car accidents and insurance disputes.

c.  Simple Will Preparation - Members receive resources to complete one simple will.

d.  All initial consultation (and discounted consultations) must be for legal matters related to the Employee and eligible household members.

**E.  FINANCIAL SERVICES**: Services provided through the EAP that include:

1.  FINANCIAL SERVICES:
a.  One-half (1/2) hour initial consultation with the selected participating financial counselor on an unlimited number of new financial counseling topics each Plan year.
b.  Financial counseling topics include budgeting, credit, debt, retirement, college planning, buying vs. leasing, mortgages/refinancing, financial planning, tax questions, tax preparation, IRS matters, tax levies and garnishments, consumer credit counseling, and community services.
c.  A discount of twenty-five percent (25%) off the tax preparation services.
d.  Employees may have the option to purchase additional services for a monthly nominal fee.

2.  IDENTITY THEFT SERVICES:

a.  One (1) hour telephonic fraud resolution consultation for identity theft.
b.  Coaching and direction on prevention and restoring credit for victims of identity theft.
c.  Free Identity Theft Emergency Response Kit for victims of identity theft.
d.  Individual Employees may have the option to purchase additional services for a monthly nominal fee.

**F.  MEMBER WEBSITE:**
A.  CORE MEMBER WEBSITE: Access to customizable member website for free webinars, online worklife searches, concierge database, discount program, thousands of articles, videos, and tools on worklife and behavioral health topics.

**EXHIBIT 1-HEALTH COVERAGE
PLAN OF BENEFITS
TO THE MASTER SERVICES AGREEMENT- 175041
EFFECTIVE January 1, 2022**

This Exhibit consists of the provisions found in the Plan document(s) listed below. Aetna shall administer the Plan(s) consistent with such provisions.

| Name of Document | Issue Date | Effective Date of Document | Eligible Group and/or Type of Coverage |
|---|---|---|---|
| Book 1 | November 15, 2021 | January 1, 2022 | Traditional Choice |
| SOB 1A | November 15, 2021 | January 1, 2022 | Traditional Choice |
| Book 2 | November 15, 2021 | January 1, 2022 | Choice POS II |
| SOB 2A | November 15, 2021 | January 1, 2022 | Choice POS II (HDHP) |
| SOB 2B | November 15, 2021 | January 1, 2022 | Choice POS II |