# EXHIBIT D

| | |
|---|---|
| **From:** | "Pritzker, Jordan" <PritzkerJ@AETNA.com> |
| **Sent:** | Mon 9/16/2024 3:54:48 PM (UTC) |
| **To:** | "Distel, Kenneth J" <DistelK@cvshealth.com>, "Martino, III, James A" <MartinoIJ@aetna.com> |
| **Cc:** | "Goellner, Hannah E" <GoellnerH@aetna.com> |
| **Subject:** | RE: Facial Feminization Surgery - INTERNAL EMAIL and VERY URGENT Dr. Pritzker |

I do not recall any conversation accordingly.
My statement to providers is these are not medically necessary due to lack of clinical evidence and most always offer to provider to send in literature for review by CPB team.  I usually send my email to provider while on call if provider accepts offer to send in literature.
Thanks,
Jordan

**From:** Distel, Kenneth J <DistelK@cvshealth.com>
**Sent:** Monday, September 16, 2024 11:46 AM
**To:** Pritzker, Jordan <PritzkerJ@AETNA.com>; Martino, III, James A <MartinoIJ@aetna.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** RE: Facial Feminization Surgery - INTERNAL EMAIL and VERY URGENT Dr. Pritzker

Good morning Dr. Pritzker,

Jim/Hannah – feel free to add anything to my email.

We had our call with the customer last week and they did determine that this is not a service they will be making any exceptions for and will not be covering in 2025.

I think the one item that is still outstanding is if the member's physician was told that this would be considered medically necessary if it wasn't for the plan sponsor not covering it.
Can you confirm or recall the conversation with the member's physician?
Thank you!

Ken Distel (He.Him.His)
Plan Sponsor Liaison
**p** 959-299-0917
WAH, Eastern Standard Time


**Upcoming PTO**



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

**From:** Pritzker, Jordan <PritzkerJ@AETNA.com>
**Sent:** Monday, September 16, 2024 11:38 AM
**To:** Distel, Kenneth J <DistelK@cvshealth.com>; Martino, III, James A <MartinoIJ@aetna.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** RE: Facial Feminization Surgery - INTERNAL EMAIL and VERY URGENT Dr. Pritzker

Hi!
Anything come of your call from Friday on this SI plan case below?
The surgery requested is facial gender affirming surgery. Plan follows our CPB 615 which has this surgery as not medically necessary due to lack of evidence based literature supporting this improved one's gender dysphoria. As of 9/16/2024, NYS mandates coverage for facial gender affirming surgery for fully-insured plans.

Thanks,
Jordan

**From:** Distel, Kenneth J <DistelK@cvshealth.com>
**Sent:** Friday, September 13, 2024 9:11 AM
**To:** Martino, III, James A <MartinoIJ@aetna.com>; Pritzker, Jordan <PritzkerJ@AETNA.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** RE: Facial Feminization Surgery - INTERNAL EMAIL and VERY URGENT Dr. Pritzker
**Importance:** High

Good morning Dr. Pritzker,

I wanted to reach out and ask if you had a chance to review my email below?

We have a call with the customer and their broker at 11am EST and we're hoping to have some information to provide to them by that time.
Thank you,

Ken Distel (He.Him.His)
Plan Sponsor Liaison
**p** 959-299-0917
WAH, Eastern Standard Time

**Upcoming PTO**



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

**From:** Distel, Kenneth J
**Sent:** Thursday, September 12, 2024 12:39 PM

**To:** Martino, III, James A <MartinoIJ@aetna.com>; Pritzker, Jordan <PritzkerJ@AETNA.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** RE: Facial Feminization Surgery - INTERNAL EMAIL and VERY URGENT Dr. Pritzker
**Importance:** High

Hi Dr. Pritzker

- ▮▮▮▮▮▮
- Jamie Homnick
- ▮▮▮▮▮▮

I see some notes from you on this precert that there was an appended decision rationale; however it says that no additional information was provided and that the decision to deny has been upheld.

I reviewed the member's plan and it does not cover any gender affirming services outside of the CPB, so the denial of the precert makes sense from a benefits perspective.

However; if you review the email chain below, the member states the following: ==Aetna's medical director agreed with my three health care providers' professional opinions that this is a medically necessary procedure==.

Can you confirm for us that you agreed that this would be a medically necessary procedure for the member and that the denial is strictly a contractual-in-nature denial?
Any other information you can share that I did not think to ask for, would be very much appreciated.
Thank you,

Ken Distel (He.Him.His)
Plan Sponsor Liaison
**p** 959-299-0917
WAH, Eastern Standard Time

**Upcoming PTO**



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

**From:** White, Stephanie <Stephanie.White@bausch.com>
**Sent:** Thursday, September 12, 2024 12:22 PM
**To:** Martino, III, James A <MartinoIJ@aetna.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** [EXTERNAL] RE: Facial Feminization Surgery

**\*\*\*\* External Email - Use Caution \*\*\*\***

Yes, it was Paul Homnick and she just changed it to Jamie Homnick.

Thank You,

Stephanie

**From:** Martino, III, James A <MartinoIJ@aetna.com>
**Sent:** Thursday, September 12, 2024 12:15 PM
**To:** White, Stephanie <Stephanie.White@bausch.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Cc:** Goellner, Hannah E <GoellnerH@aetna.com>
**Subject:** FW: Facial Feminization Surgery
**Importance:** High

Hi Stephanie -   Can you share the members name?

**James A. Martino III**
*Senior Account Executive*
National Accounts

martinoij@aetna.com
860 559 0883 C
860 754 5485 F

151 Farmington Avenue, RE11
Hartford, CT 06156



**From:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Sent:** Thursday, September 12, 2024 11:24 AM
**To:** Martino, III, James A <MartinoIJ@aetna.com>; Goellner, Hannah E <GoellnerH@aetna.com>
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>
**Subject:** [EXTERNAL] RE: Facial Feminization Surgery
**Importance:** High

**\*\*\*\* External Email - Use Caution \*\*\*\***

Hi, James, on a call with them right now and this is very urgent. Whatever information you can pull together and send today would be very helpful. At a minimum they would like the notes and confirmation on whether or not the Med Director communicated this as "medically necessary".

The reason for the urgency is they are communicating changes to the HR business partners today and this particular story is starting to circulate quickly at B&L with the HR and employee community. So we need to get in front of messaging. We will likely also need a call to review the details. You can reach out to Stephanie White to get the employee's name if you don't already know who it is (don't need to copy us).

Adrienne
Cell: 973-864-0532

---

**From:** Martino, III, James A <MartinoIJ@aetna.com>
**Sent:** Thursday, September 12, 2024 10:58 AM
**To:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Goellner, Hannah E <GoellnerH@aetna.com>
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>
**Subject:** RE: Facial Feminization Surgery

Hi Adrienne –

Let me connect with he claim / CM area and get back to you.

Thank you,

**James A. Martino III**
*Senior Account Executive*
National Accounts

martinoij@aetna.com
860 559 0883 C
860 754 5485 F

151 Farmington Avenue, RE11
Hartford, CT 06156



---

**From:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Sent:** Thursday, September 12, 2024 9:52 AM
**To:** Martino, III, James A <MartinoIJ@aetna.com>; Goellner, Hannah E <GoellnerH@aetna.com>
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York)

<Kristen.Yang@wtwco.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>
**Subject:** [EXTERNAL] FW: Facial Feminization Surgery
**Importance:** High

**\*\*\*\* External Email - Use Caution \*\*\*\***

Hi, James/Hannah, see the note below. If B&L gives you the name, would it be possible to get the recorded call/notes on this particular interaction? This is a convo with the provider and Aetna and not the member. The B&L would like to gather the full details so they can determine how best to respond.

Adrienne
Cell: 973-864-0532

**From:** White, Stephanie <Stephanie.White@bausch.com>
**Sent:** Thursday, September 12, 2024 9:30 AM
**To:** Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Azerski, Kimberly <Kimberly.Azerski@bausch.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>
**Subject:** RE: Facial Feminization Surgery
**Importance:** High

Hi Kristen,

Another email has surfaced on this since I sent this to you all on Tuesday.  Perhaps we need to discuss with Aetna too with regards to what they are telling members.


I just got a really upsetting update from my doctor this morning regarding the email chain below.

The news is absolutely heartbreaking for me: my FFS procedure was denied by Aetna. I'm very much struggling with this news, especially considering that so many other employers cover this procedure in their health insurance benefits.

According to my doctor, who spoke directly with the medical director at Aetna, my procedure was rejected *solely* on the grounds of it not being in our contract. ==Aetna's medical director agreed with my three health care providers' professional opinions that this is a medically necessary procedure,== so the problem is our contract terms. I'm hoping there's something B+L can do to remedy this situation.

Again, this procedure is absolutely necessary for my physical and mental health. So, in the spirit of finding a remedy to this heartbreaking situation, I have a few questions:

> 1.  Is our 2025 health care benefits package going to modernize our transgender care benefits, including FFS, consistent with the World Professional Association for Transgender Health (WPATH) standards of care? The financial cost of transgender care pales in comparison to the many other benefits our Aetna contract covers. The impact of transgender care is immediate, permanent, and profoundly positive.

2.  ==If our 2025 benefits package isn't going to include this, is there an exception the company can make for me? Better yet, is there an exception that could be made in 2024 so I can continue on my health care path uninterrupted?== I know of many other transgender people throughout the country who have gotten this identical exception granted by their employers, so precedent shows that this is a workable solution.

Thank You,

Stephanie

---

**From:** Yang, Kristen (New York) <Kristen.Yang@wtwco.com>
**Sent:** Wednesday, September 11, 2024 4:26 PM
**To:** White, Stephanie <Stephanie.White@bausch.com>; Azerski, Kimberly <Kimberly.Azerski@bausch.com>
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Subject:** RE: Facial Feminization Surgery

Hi Stephanie,

Yes! We will make sure to add the topic to our agenda for tomorrow.

Additionally, I heard back from Dr.Toro who shared the below points:

> 1.  The WPATH SOC8 gives clinical guidance to providers who treat the transgender and gender diverse community. It is not, strictly speaking, a recommendation to insurance carriers. As such, in no place throughout the WPATH SOC8 document does it use the phrase "medically necessary," which is really an insurance carrier phrase.
> 2.  The WPATH SOC8 is open to FGAS, in particular on page S129 the document states, "In recent years, facial GAS (FGAS) has received increased attention, and current literature supports its benefits." This means that WPATH SOC8 supports the use of FGAS for appropriate patients, but it does <u>not</u> mean that all transgender females should have FGAS.
>     a.  On page S130, the WPATH SOC8 explicitly calls out facial feminization for individuals assigned male at birth (AMAB) as a potential intervention.
>     b.  Appendix E calls out facial feminization procedures (page S258)
> 3.  Health insurance carriers look at multiple sources of information beyond WPATH SOC8 to determine coverage and medical necessity. Most insurance carriers do not cover FGAS because their read of the benefit of these procedures/surgeries does not rise to level of medical necessity for the condition of gender dysphoria.

> 4. *These coverage standards are updated at least annually by the health plans, and recently there has been a lot of changes to expand standard coverage. It may be, with additional information/studies, that standard coverage benefits may include FGAS in the future.*

> *It is rare for any single source of information to be used by a health plan to support a medical policy coverage decision. While WPATH SOC8 is certainly an important recommending organization in this space, it is not the only one.  Although WPATH SOC8 recommends it as a potential treatment modality, this does not mean that it is medically necessary.*

We also want to acknowledge that this is an important benefit to the member, and the information above is mainly WPATH and insurance related information.

We can discuss more tomorrow about the best way to message this to the member so that they feel heard and understood.

Thank You!

Kristen

---

**From:** White, Stephanie <Stephanie.White@bausch.com>
**Sent:** Wednesday, September 11, 2024 4:01 PM
**To:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Cc:** Azerski, Kimberly <Kimberly.Azerski@bausch.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>
**Subject:** Re: Facial Feminization Surgery

Can we discuss this on our call tomorrow?

I think we will also need a somewhat standard response prepared for employees who inquire about why we are covering certain procedures and not others.
Get Outlook for iOS

**From:** White, Stephanie
**Sent:** Tuesday, September 10, 2024 2:21:54 PM
**To:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Cc:** Azerski, Kimberly <Kimberly.Azerski@bausch.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>
**Subject:** RE: Facial Feminization Surgery

Thank you!

Stephanie

**From:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>
**Sent:** Tuesday, September 10, 2024 2:21 PM
**To:** White, Stephanie <Stephanie.White@bausch.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Cc:** Azerski, Kimberly <Kimberly.Azerski@bausch.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>
**Subject:** RE: Facial Feminization Surgery

Thanks Stephanie,

Adding Kristen to this chain. Sounds good, we'll ask Dr. Toro about this and specifically try to determine what 'medically necessary' means in this context if it is a true statement.

Thanks,

**Nikhita Patel, ASA, MAAA**
Associate Director | Health & Benefits
**WTW**
150 John F. Kennedy Parkway, 5th Floor | Short Hills, NJ 07078
M: 609-627-9228
Nikhita.Patel@wtwco.com
wtwco.com

Pronouns: she/her

---

**From:** White, Stephanie <Stephanie.White@bausch.com>
**Sent:** Tuesday, September 10, 2024 2:12 PM
**To:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>
**Cc:** Azerski, Kimberly <Kimberly.Azerski@bausch.com>
**Subject:** Facial Feminization Surgery

Hi Adrienne and Nikhita,

We just received an email from an employee inquiring about whether or not B+L will be covering this in 2025. It is the same employee who inquired earlier this year. Can you find out for us if this statement they made is true or not? Kim and I need to draft a response to the employee's HRBP.

==FFS for transgender women is considered to be a medically necessary surgery by the World Professional Association for Transgender Health (WPATH), and I'm hoping our 2025 benefits plan will include this medically necessary health care coverage.==

Thank You,

Stephanie

**Stephanie White**
Senior Manager, Benefits
400 Somerset Corporate Blvd, Bridgewater, NJ 08807
<stephanie.white@bausch.com>
cell: 908-421-1854
office: 908-541-2159

**BAUSCH+LOMB**

For more information, visit www.bausch.com and connect with us on Twitter, LinkedIn, Facebook and Instagram

---

PRIVILEGE AND CONFIDENTIALITY NOTICE: The information contained in and/or attached to this e-mail message is intended solely for the use of the addressee and may contain information that is legally privileged, confidential or exempt from disclosure. If you think you received this message in error, please notify the sender immediately by replying to the email and then delete it from your computer. Do not disclose the contents to anyone. Thank you.

For information pertaining to WTW's email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit https://www.wtwco.com/en-gb/notices/legal-disclaimers

At WTW, we provide data-driven, insight-led solutions in the areas of people, risk and capital that make your organization more resilient, motivate your workforce, and maximize performance. WTW has offices in 140 countries and markets. For a complete list of office locations, please click here

You may receive direct marketing communications from WTW. If so, you have the right to opt out of these communications. You can opt out of these communications by emailing unsubscribe@wtwco.com [ELD-DEF].You may access a copy of WTW's privacy notice by clicking here.

---

NOTICE TO RECIPIENT OF INFORMATION:

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.

This e-mail may also contain protected health information (PHI) with information about sensitive medical conditions, including, but not limited to, treatment for substance use disorders, behavioral health, HIV/AIDS, or pregnancy. This type of information may be protected by various federal and/or state laws which prohibit any further disclosure without the express written consent of the person to whom it pertains or as otherwise permitted by law. Any unauthorized further disclosure may be considered a violation of federal and/or state law. A general authorization for the release of medical or other information may NOT be sufficient consent for release of this type of information.

Thank you, Aetna