# EXHIBIT E

| | |
|---|---|
| **From:** | "Distel, Kenneth J" <DistelK@cvshealth.com> |
| **Sent:** | Mon 9/16/2024 5:10:53 PM (UTC) |
| **To:** | "Goellner, Hannah E" <GoellnerH@aetna.com>, "Tessler, Adrienne (Short Hills)" <adrienne.tessler@wtwco.com>, "Kimberly.Azerski@bausch.com" <Kimberly.Azerski@bausch.com>, "stephanie.white@bausch.com" <stephanie.white@bausch.com> |
| **Cc:** | "Patel, Nikhita (Short Hills)" <Nikhita.Patel@wtwco.com>, "Yang, Kristen (New York)" <Kristen.Yang@wtwco.com>, "Martino, III,  James A" <MartinoIJ@aetna.com>, "Antunes, Emily (Short Hills)" <Emily.Antunes@wtwco.com> |
| **Subject:** | RE: Facial Feminization Surgery - BLA |

Good afternoon everyone,

We were able to connect with Dr. Pritzker and he confirmed the following was stated during the call:

==These are not medically necessary due to lack of clinical evidence.==

This statement lines up with the notes from the peer-to-peer call stating that this is not medically necessary due to lack of evidence based literature supporting this improved one's gender dysphoria.

I believe with this confirmation, we should be all set regarding this member's case.
Please let me know if there is anything else we can do to assist.
Thank you,

Ken Distel (He.Him.His)
Plan Sponsor Liaison
**p** 959-299-0917
WAH, Eastern Standard Time

**Upcoming PTO**



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

---

**From:** Goellner, Hannah E <GoellnerH@aetna.com>
**Sent:** Friday, September 13, 2024 11:34 AM
**To:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Martino, III, James A <MartinoIJ@aetna.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Subject:** Facial Feminization Surgery - BLA

Hi Everyone,

Per our conversation today, below is an email from Dr. Pritzker that explains what we cover/not cover and why. We will also connect with him (if we don't hear back via email) to ask what was said during the peer to peer and for any additional information he can provide on this denial.

Aetna standard coverage for gender affirming treatment is aligned with WPATH SOC8 for coverage for BH care, hormones/hormone blockers, gender affirming breast and genital surgery (including reversal of gender affirming surgery) all per "Recommendations" of SOC8 (SOC8 does not list coverage criteria as did SOC7.  Our CPB coverage criteria are in the language (words) of the "Recommendations" stated in SOC8.)
We do not cover the SOC8 Recommendation for facial and body contouring surgery due to a lack of evidence-based literature that these procedures improve the gender dysphoria of these individuals – SOC8 provided only one prospective study for facial feminization and commented that the study "results were direct and consistent, but somewhat imprecise because of certain study limitations." For facial masculinization, SOC8 states "While gender-affirming facial surgery for AFAB individuals is an emerging field, current limited data points toward equal benefits in select patients. Future studies are recommended."   Accordingly, we "align" with most of WPATH SOC8.
Thanks,

Hannah Goellner | Sr Account Manager, National Accounts
**p** 267-432-9246
1425 Union Meeting Road, U2GN, Blue Bell, PA 19422



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.