# EXHIBIT F

| | |
|---|---|
| **From:** | Goellner, Hannah E[GoellnerH@aetna.com] |
| **Sent:** | Wed 10/9/2024 4:04:16 PM (UTC) |
| **To:** | Tessler, Adrienne (Short Hills)[adrienne.tessler@wtwco.com]; Yang, Kristen (New York)[Kristen.Yang@wtwco.com] |
| **Cc:** | Patel, Nikhita (Short Hills)[Nikhita.Patel@wtwco.com]; Antunes, Emily (Short Hills)[Emily.Antunes@wtwco.com]; Distel, Kenneth J[DistelK@cvshealth.com]; Martino, III,  James A[MartinoIJ@aetna.com]; Kimberly.Azerski@bausch.com[Kimberly.Azerski@bausch.com]; stephanie.white@bausch.com[stephanie.white@bausch.com] |
| **Subject:** | RE: Facial Feminization Surgery - BLA |

Hi Adrienne,

Our team suggested that Bausch and Lomb use the wording we provided below along with the CPB link. This should explain why Aetna does not cover Facial Feminization and allow the member/member's provider to review the CPB if they have additional questions.

> Aetna standard coverage for gender affirming treatment is aligned with WPATH SOC8 for coverage for BH care, hormones/hormone blockers, gender affirming breast and genital surgery (including reversal of gender affirming surgery) all per "Recommendations" of SOC8 (SOC8 does not list coverage criteria as did SOC7.  Our CPB coverage criteria are in the language (words) of the "Recommendations" stated in SOC8.)
> We do not cover the SOC8 Recommendation for facial and body contouring surgery due to a lack of evidence-based literature that these procedures improve the gender dysphoria of these individuals – SOC8 provided only one prospective study for facial feminization and commented that the study "results were direct and consistent, but somewhat imprecise because of certain study limitations."  For facial masculinization, SOC8 states "While gender-affirming facial surgery for AFAB individuals is an emerging field, current limited data points toward equal benefits in select patients. Future studies are recommended."   Accordingly, we "align" with most of WPATH SOC8.
> CPB Link: Gender Affirming Surgery - Medical Clinical Policy Bulletins | Aetna

Thanks,

Hannah Goellner | Sr Account Manager, National Accounts
**p** 267-432-9246
1425 Union Meeting Road, U2GN, Blue Bell, PA 19422



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

---

**From:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Sent:** Wednesday, October 2, 2024 9:19 AM
**To:** Goellner, Hannah E <GoellnerH@aetna.com>; Yang, Kristen (New York)

&lt;Kristen.Yang@wtwco.com&gt;
**Cc:** Patel, Nikhita (Short Hills) &lt;Nikhita.Patel@wtwco.com&gt;; Antunes, Emily (Short Hills) &lt;Emily.Antunes@wtwco.com&gt;; Distel, Kenneth J &lt;DistelK@cvshealth.com&gt;; Martino, III, James A &lt;MartinoIJ@aetna.com&gt;; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Subject:** [EXTERNAL] RE: Facial Feminization Surgery - BLA

**\*\*\*\* External Email - Use Caution \*\*\*\***

Hi, Hannah, any update on the wording for the lack of exception for the member?

Regarding the outreach to the provider, is there anything else that you can suggest in terms of reach out so that we can ensure clarity on Aetna's clinical position? The B&L wants to ensure that somehow the providers office is notified that this is not considered medically necessary and it would be best if that is providing in writing somehow so that there is a trail to point to rather than just call notes. We need to make sure that this provider has the correct information and that at least the information that is provided to the provider is consistent with the coverage policy and anything that the provider/patient states that may be different than that is either misunderstood/misinterpreted.

Adrienne
Cell: 973-864-0532

**From:** Goellner, Hannah E &lt;GoellnerH@aetna.com&gt;
**Sent:** Wednesday, September 25, 2024 10:44 AM
**To:** Yang, Kristen (New York) &lt;Kristen.Yang@wtwco.com&gt;
**Cc:** Patel, Nikhita (Short Hills) &lt;Nikhita.Patel@wtwco.com&gt;; Antunes, Emily (Short Hills) &lt;Emily.Antunes@wtwco.com&gt;; Distel, Kenneth J &lt;DistelK@cvshealth.com&gt;; Martino, III, James A &lt;MartinoIJ@aetna.com&gt;; Tessler, Adrienne (Short Hills) &lt;adrienne.tessler@wtwco.com&gt;; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Subject:** RE: Facial Feminization Surgery - BLA

Hi Kristen,

I'm sorry for the delay. Dr. Pritzker advised that his statement to providers for these types of services is that they are not medically necessary due to lack of clinical evidence, and then he offers to send the Clinical Policy Bulletin for additional review of our policies and information on our reasoning. If the provider accepts the offer, Dr. Pritzker would send a follow-up email to the provider directly. Unfortunately, because he offers that information at the time of the call, he won't make another outreach to the provider.

In regards to the wording – we are still waiting for our legal team to send some approved wording that we can share. I'll keep you updated and send it along as soon as possible.

Thanks,

Hannah Goellner | Sr Account Manager, National Accounts
**p** 267-432-9246
1425 Union Meeting Road, U2GN, Blue Bell, PA 19422



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged

information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.

**From:** Yang, Kristen (New York) <Kristen.Yang@wtwco.com>
**Sent:** Tuesday, September 24, 2024 11:24 AM
**To:** Martino, III, James A <MartinoIJ@aetna.com>; Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Goellner, Hannah E <GoellnerH@aetna.com>; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Subject:** [EXTERNAL] RE: Facial Feminization Surgery - BLA

**\*\*\*\* External Email - Use Caution \*\*\*\***

Hi James,

Can you please provide an update on the below?

Thank You!

Kristen

**From:** Martino, III, James A <MartinoIJ@aetna.com>
**Sent:** Thursday, September 19, 2024 12:14 PM
**To:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Goellner, Hannah E <GoellnerH@aetna.com>; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Subject:** RE: Facial Feminization Surgery - BLA

Hi Adrienne –

I wanted to acknowledge your email and confirm we are working this internally.  We will follow back up with everyone.

Thank you,

**James A. Martino III**
*Senior Account Executive*
National Accounts

martinoij@aetna.com
860 559 0883 C
860 754 5485 F

151 Farmington Avenue, RE11

Hartford, CT 06156



**From:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>
**Sent:** Wednesday, September 18, 2024 12:38 PM
**To:** Goellner, Hannah E <GoellnerH@aetna.com>; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Martino, III, James A <MartinoIJ@aetna.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Subject:** [EXTERNAL] RE: Facial Feminization Surgery - BLA

**\*\*\*\* External Email - Use Caution \*\*\*\***

Thank you Hannah and Ken for the follow-ups you've provided. We discussed with B&L and we'd like Aetna's help with the following next steps:

- Can Aetna have the medical director reach out to the provider to reinforce Aetna standards of care?
- B&L and will not be granting an exception for this individual so if you have any standard language that you use in this case, that will be helpful as well. It will be important to reinforce this message should the member call in on this issue again.

Thanks again for this information. It was very helpful. If at any point, you hear that Aetna's standard coverage for these services is changing, please keep us informed.

Adrienne
Cell: 973-864-0532

**From:** Goellner, Hannah E <GoellnerH@aetna.com>
**Sent:** Friday, September 13, 2024 11:34 AM
**To:** Tessler, Adrienne (Short Hills) <adrienne.tessler@wtwco.com>; Kimberly.Azerski@bausch.com; stephanie.white@bausch.com
**Cc:** Patel, Nikhita (Short Hills) <Nikhita.Patel@wtwco.com>; Yang, Kristen (New York) <Kristen.Yang@wtwco.com>; Martino, III, James A <MartinoIJ@aetna.com>; Antunes, Emily (Short Hills) <Emily.Antunes@wtwco.com>; Distel, Kenneth J <DistelK@cvshealth.com>
**Subject:** Facial Feminization Surgery - BLA

Hi Everyone,

Per our conversation today, below is an email from Dr. Pritzker that explains what we cover/not cover and why. We will also connect with him (if we don't hear back via email) to ask what was said during the peer to peer and for any additional information he can provide on this denial.

Aetna standard coverage for gender affirming treatment is aligned with WPATH SOC8 for coverage for BH care, hormones/hormone blockers, gender affirming breast and genital surgery (including reversal of gender affirming surgery) all per "Recommendations" of SOC8 (SOC8 does not list coverage criteria as did SOC7.  Our CPB coverage criteria are in the language (words) of the "Recommendations" stated in SOC8.)

We do not cover the SOC8 Recommendation for facial and body contouring surgery due to a lack of evidence-based literature that these procedures improve the gender dysphoria of these individuals – SOC8 provided only one prospective study for facial feminization and commented that the study "results were direct and consistent, but somewhat imprecise because of certain study limitations."  For facial masculinization, SOC8 states "While gender-affirming facial surgery for AFAB individuals is an emerging field, current limited data points toward equal benefits in select patients. Future studies are recommended."   Accordingly, we "align" with most of WPATH SOC8.

Thanks,


Hannah Goellner | Sr Account Manager, National Accounts
**p** 267-432-9246
1425 Union Meeting Road, U2GN, Blue Bell, PA 19422



CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments.


NOTICE TO RECIPIENT OF INFORMATION:

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.

This e-mail may also contain protected health information (PHI) with information about sensitive medical conditions, including, but not limited to, treatment for substance use disorders, behavioral health, HIV/AIDS, or pregnancy. This type of information may be protected by various federal and/or state laws which prohibit any further disclosure without the express written consent of the person to whom it pertains or as otherwise permitted by law. Any unauthorized further disclosure may be considered a violation of federal and/or state law. A general authorization for the release of medical or other information may NOT be sufficient consent for release of this type of information.

Thank you, Aetna

_____
For information pertaining to WTW's email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit https://www.wtwco.com/en-gb/notices/legal-disclaimers

At WTW, we provide data-driven, insight-led solutions in the areas of people, risk and capital that make your organization more resilient, motivate your workforce, and maximize performance. WTW has offices in 140 countries and markets. For a complete list of office locations, please click here

You may receive direct marketing communications from WTW. If so, you have the right to opt out of these communications. You can opt out of these communications by emailing unsubscribe@wtwco.com [ELD-DEF].You may access a copy of WTW's privacy notice by

[clicking here](#).