## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-01447-VAB |

### <u>DECLARATION OF CHERYL ARONSON</u>

I, Cheryl Aronson, do hereby declare and state as follows:

1.      I have worked for defendant Aetna Life Insurance company or other affiliates (collectively, "Aetna") for approximately 28 years. I am currently an Account Director at Aetna. As an Account Director, my job duties include knowledge of the Metropolitan Transportation Authority Medical Plan (the "MTA Plan"). In addition, I am familiar with Aetna's business practices and processes for maintaining records related to the MTA Plan.

2.      This declaration is submitted in support of Aetna's opposition to plaintiffs Dr. Herley and Dr. Homnick's motion for preliminary injunction. I have personal knowledge of the following facts. I participated in the email discussions referenced below and have personal knowledge of them and the events they describe. If called as a witness in this action, I could and would testify competently to these facts.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Health Benefit Summary Plan Description ("SPD") that the MTA Plan sponsor has left in place since Aetna took

over benefits administration from the previous administrator in January 2017. Although the SPD has not been updated since that time, MTA has directed Aetna to change how it administers a number of benefits since that time, including to services related to gender affirming care.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Administrative Services Agreement (the "ASA") between Aetna Life Insurance Co. and the Metropolitan Transportation Authority, effective January 1, 2017.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an email chain dated June 20, 2017 through June 22, 2017 involving employees of Aetna and employees of MTA regarding MTA's gender dysphoria coverage.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an MTA memorandum regarding Gender Dysphoria Coverage dated June 15, 2017.

7.      Based on membership information provided to and maintained by Aetna in the regular course of business, I am informed and believe that Gennifer Herley is a member of a health benefit plan funded and sponsored by her wife's employer, Metropolitan Transportation Authority and her wife's union, TWU Local 100.

Pursuant to 28 U.S.C. § 1746(2), I declare, under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of April, 2025
Milford, CT

_____
Cheryl Aronson