# EXHIBIT A

# DRAFT

# ALL UNIONS HEALTH BENEFIT SUMMARY PLAN DESCRIPTION FOR ACTIVE EMPLOYEES

Updated as of
April 2015

# TABLE OF CONTENTS

**INTRODUCTION** .................................................................................................................... 5

**ELIGIBILITY** ........................................................................................................................... 6
   You ........................................................................................................................................ 6
   Your Eligible Dependents ...................................................................................................... 6
      Spouse ............................................................................................................................ 6
      Domestic Partner ............................................................................................................ 6
      Dependent Child ............................................................................................................. 7
      Maximum Age ................................................................................................................. 7
      Disabled Dependent ....................................................................................................... 7
   Dual Coverage ....................................................................................................................... 7
   Qualified Family Status Changes (QFSC) ............................................................................. 8
   Special Enrollment Rights ...................................................................................................... 8

**ENROLLMENT** ....................................................................................................................... 9
   Enrollment Orientation ........................................................................................................... 9
   Plan Choices .......................................................................................................................... 9
   Default Coverage ................................................................................................................... 9
   Annual Enrollment Period ...................................................................................................... 9
   When Coverage Ends ......................................................................................................... 10
   Active Members Preparing to Retire .................................................................................... 10

**EMPIRE BLUE CROSS BLUE SHIELD (EMPIRE)** ............................................................. 11
   Your EMPIRE Options ......................................................................................................... 11
   Grandfathered Health Plan .................................................................................................. 11
   Highlights
   Customer Service / General Information ............................................................................. 12
   Nurseline
   Summary of Benefits Chart .................................................................................................. 13
   Medical Coverage ................................................................................................................ 18
      In-Network Providers .................................................................................................... 18
      Out-of-Network Providers ............................................................................................. 20
   Preventive Care ................................................................................................................... 21
   Maternity Care and Reproductive Services ......................................................................... 21
   Emergency and Urgent Care Services ................................................................................ 24
   Ambulance ........................................................................................................................... 24
   Urgent Care ......................................................................................................................... 25
   Hospital Services ................................................................................................................. 25
   Durable Medical Equipment ................................................................................................. 29
   Hospice Care ....................................................................................................................... 30
   Home Health Care ............................................................................................................... 30
   Physical, Occupational and Speech Therapy ..................................................................... 31
   Behavioral Healthcare Management
   Union Assistance Program .................................................................................................. 32
   Health Management ............................................................................................................ 34
   Complaints, Appeals and Grievances .................................................................................. 37

**UNITED HEALTHCARE CHOICE** ....................................................................................... 42
   Grandfathered Health Plan .................................................................................................. 42
   Highlights .............................................................................................................................. 42
   Customer Service/General Information ............................................................................... 43
   Nurseline
   Summary of Benefits Chart .................................................................................................. 44
   Medical Coverage ................................................................................................................ 48
   Preventive Care ................................................................................................................... 49
   Pregnancy-Maternity Services ............................................................................................. 49

Emergency and Urgent Care Services.................................................................50
Ambulance.............................................................................................................50
Urgent Care...........................................................................................................51
Hospital Services..................................................................................................52
Rehabilitative Services........................................................................................55
Skilled Nursing Facility
Women's Health and Cancer Rights Act
Durable Medical Equipment...............................................................................57
Hospice Care........................................................................................................58
Home Health Care...............................................................................................58
Behavioral Healthcare.........................................................................................59
Union Assistance Program.................................................................................60
Additional Resources to Help You Stay Healthy..............................................60
Appeals Procedure...............................................................................................71

**UNITED HEALTHCARE CHOICE PLUS**..............................................................77
Grandfathered Health Plan.................................................................................77
Highlights..............................................................................................................78
Customer Service/General Information.............................................................78
Nurseline
Summary of Benefits...........................................................................................80
Medical Coverage................................................................................................83
Preventive Care...................................................................................................84
Pregnancy-Maternity Services...........................................................................84
Emergency and Urgent Care Services.............................................................85
Ambulance............................................................................................................86
Urgent Care..........................................................................................................87
Hospital Services.................................................................................................87
Rehabilitative Services.......................................................................................90
Skilled Nursing Facility
Women's Health and Cancer Rights Act
Durable Medical Equipment...............................................................................92
Hospice Care........................................................................................................93
Home Health Care...............................................................................................93
Behavioral Healthcare.........................................................................................94
Union Assistance Program.................................................................................95
Additional Resources to Help You Stay Healthy..............................................96
Appeals Procedure.............................................................................................106

**MEDICAL OPT-OUT PROGRAM**........................................................................112
Eligibility..............................................................................................................112
Lump Sum Incentive Payment.........................................................................112
How to Enroll......................................................................................................112
Medical Plan Re-Enrollment.............................................................................112

**PRESCRIPTION DRUG BENEFIT**.....................................................................113
OptumRx.............................................................................................................113
Customer Service/General Information...........................................................113
Program Features..............................................................................................113
Specialty Pharmacy...........................................................................................114
Generic and Brand-Name Drugs.....................................................................115
Formulary............................................................................................................115
Covered Medications.........................................................................................115
Principle Exclusions and Limitations...............................................................116
Prior Authorizations...........................................................................................116
Appeals Procedure............................................................................................117

**SHORT-TERM DISABILITY BENEFITS (STD)**................................................128

Disability Eligibility .................................................................................................................... 128
Amount of the Benefits ............................................................................................................. 128
Recurrence of Disability and Successive Disabilities ............................................................... 128
Extent of the Benefit ................................................................................................................. 128
Medical Evidence of Disability .................................................................................................. 128
Claim Procedure ....................................................................................................................... 128
Exclusions ................................................................................................................................. 129
Rejection of STD Claims ........................................................................................................... 129

**DEATH BENEFITS** ..................................................................................................................... 130
Member Death Benefit .............................................................................................................. 130
Accidental Death Benefit in the Line of Duty ............................................................................ 130
Beneficiary Designation ............................................................................................................ 130
Spousal Death Benefit .............................................................................................................. 130

**MEDICARE AND PLAN BENEFITS** .......................................................................................... 132
If You Are Medicare Eligible Upon Retirement ......................................................................... 132
If You Are Not Medicare Eligible Upon Retirement .................................................................. 132
How to Enroll in Medicare ......................................................................................................... 132
Medicare and Plan Benefit Payments for Active Employees

**COBRA CONTINUATION COVERAGE** .................................................................................... 133
What is COBRA Continuation Coverage? ................................................................................ 133
When is COBRA Coverage Available? ..................................................................................... 133
You Must Give Notice of Some Qualifying Events ................................................................... 133
How is COBRA Coverage Provided? ....................................................................................... 134

**COORDINATION OF BENEFITS (COB)** .................................................................................. 136

**SUBROGATION** ........................................................................................................................ 137
What is Subrogation? ............................................................................................................... 137
Subrogation Rights ................................................................................................................... 137

**THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ('HIPAA")** ........... 138
What is HIPAA? ........................................................................................................................ 138
What is Protected Health Information? .................................................................................... 138
Complaints and Inquiries .......................................................................................................... 140

**FAMILY AND MEDICAL LEAVE ACT (FMLA)** ......................................................................... 146

**BENEFITS WHILE ON MILITARY LEAVE** ............................................................................... 147

**GLOSSARY** ............................................................................................................................... 148

# INTRODUCTION

Your health and welfare benefits are negotiated between ALL UNIONS and the MTA New York City Transit (NYCT) or the MTA Manhattan and Bronx Surface Transit Operating Authority (MaBSTOA), herein after referred to as NYCT. These benefits are subject to change through negotiations between the parties.

This Summary Plan Description (SPD) Booklet describes, in general terms, the various benefit plans provided for members who work in a job title represented by ALL UNIONS and are on the active payroll of NYCT. The terms and conditions governing your benefits are set forth in the Collective Bargaining Agreements (Agreements) which are available for inspection by each eligible employee or employee organization upon reasonable notice to the MTA Business Service Center (BSC). In the event of any differences or inconsistencies between this SPD and the actual provisions of Agreements, the Agreements shall govern.

The BSC is responsible for applying rules, regulations and policies necessary to administer the benefits in accordance with the SPD and the terms of any applicable Agreements. It is also the role of the BSC to provide assistance to eligible plan members. Should you have any questions regarding your entitlement (and/or that of your eligible dependents) to benefits under the various benefit plans, you should contact the BSC at:

| | |
|---|---|
| Address: | 333 West 34th Street, 9th floor |
| Email address: | bscservice@mtabsc.org |
| Phone: | 646-376-0123, Monday – Friday 8:30 am to 5:00 pm |
| Fax #: | 212-852-6700 |
| Website: | www.mtabsc.info |
| Walk-in Center: | 180 Livingston Street, 6th Floor, Brooklyn, NY, Monday – Friday 8:30 am to 5:00 pm |

## INTERPRETATION OF PLAN BENEFITS

Except as may be limited by any applicable Agreements, NYCT reserves the right to:
1. Formulate, interpret and apply rules, regulations and policies necessary to administer the benefits in accordance with the terms of the SPD;
2. Oversee the processing, approval or denial of benefit claims and resolve discrepancies with the terms of the SPD, including questions relating to the calculation and payment of benefits;
3. Resolve and/or clarify any ambiguities, inconsistencies and omissions arising in the SPD;
4. Determine the standard of proof required in any case.

All determinations and interpretations made by NYCT and/or their duly authorized designee(s) shall be final and binding on the parties except where otherwise provided in the Agreements.

## AMENDMENT AND TERMINATION

Except as limited by or otherwise agreed in the Agreements with respect to benefits provided under the SPD, NYCT reserves the right, in its absolute and sole discretion, to terminate the group insurance policies and enter into new contracts, or, subject to the insurance company's approval, to modify, amend or change the provisions, terms and conditions of the policies. This SPD is provided for informational purposes only and is not a contract of employment between you and your employer. The only vested rights to benefits for members and their eligible dependents are those rights found in the Collective Bargaining Agreements.

## NON-ASSIGNMENT OF BENEFITS

You cannot assign or transfer benefits under the Plan to anyone other than a health services provider with respect to your health benefits. You cannot pledge the benefits owed to you for the purpose of obtaining a loan. Benefits or payments under the Plan are not otherwise assignable or transferable, except, as the law requires. Benefits also are not subject to any creditor's claim or to legal process by any creditor of any covered individual, except under a Qualified Medical Child Support Order (QMCSO).

## NO LIABILITY FOR PRACTICE OF MEDICINE

The Plan, Plan Administrator, or any of their designees are not engaged in the practice of medicine, nor do any of them have any control over any diagnosis, treatment, care or lack thereof, or any health care services provided or delivered to you by any health care provider. Neither the Plan, Plan Administrator, nor any of their designees, will have any liability for any loss or injury caused to you by any health care provider by reason of negligence, by failure to provide care or treatment, or otherwise.

after you learn that you need cardiac care.

*Limitations*. The Centers of Specialized Care Program covers cardiac care only. Any in-hospital medical care and other services provided to you in an in-network hospital during your stay which are not incidental to your cardiac procedure or heart transplant will not be covered as part of the Centers of Specialized Care Program. They may be covered under your standard Empire hospital and medical program. Coverage for such care and services will be subject to the deductibles, co-insurance maximum applicable to your standard program.

**COMPLAINTS, APPEALS and GRIEVANCES**
A complaint is a verbal or written statement of dissatisfaction where Empire is not being asked to review and overturn a previous determination. For example: You feel you waited too long for an answer to your letter to Empire. If you have a complaint about any of the healthcare services your plan offers, plan procedures, or our customer service, call Empire Member Services. Empire Member Services may ask you to put your complaint in writing if it is too complex to handle over the telephone.

**Empire BlueCross BlueShield**
**P.O. Box 1407**
**Church Street Station**
**New York, NY 10008-1407**
**Attention: Member Services**

If your complaint concerns behavioral healthcare, call (800) 626-3643 or write to:

**Empire Behavioral Health Services**
**370 Bassett Road Bldg. 3, 2nd Floor**
**North Haven, CT 06473**

Empire will resolve complaints within the following time frames:

- *Standard complaints*. Within 30 days after receiving all necessary information.
- *Expedited complaints*. Within 72 hours after receiving all necessary information.

If you are not satisfied with our decision on your complaint, you may file a grievance under the procedures described in the pages that follow.

*Provider Quality Assurance*
Because your healthcare is so important, Empire has a Quality Assurance Program designed to ensure that our network providers meet our high standards for care. Through this program, Empire continually evaluates our network providers.

If you have a complaint about a network provider's procedures or treatment decisions, share your concerns directly with your provider. If you are still not satisfied, you can submit a complaint at the above address. Empire will refer complaints about the clinical quality of the care you receive to the appropriate clinical staff member to investigate.

Empire also encourages you to send suggestions to Empire Member Services for improving our policies and procedures. If you have any recommendations on improving our policies and procedures, please send them to the Empire Member Services address on the previous page.

*Your Right to Appoint a Representative*
You may appoint a representative to act on your behalf if you are not able to submit a complaint, grievance or appeal on your own. Call Empire Member Services for a form. When completed forms are returned, Empire will note the representative's name on our files.

**Standard Internal Appeals**

An appeal is a request to review and change an adverse determination (i.e., denied authorization of a service) made by Empire's Medical Management Program or Behavioral Health Management Program that a service is not medically necessary or is excluded from coverage because it is considered experimental or investigational. Appeals may be filed by telephone or in writing.

<u>Level 1 Appeals</u>
A Level 1 Appeal is your first request for review of the initial reduction or denial of services. You have 180 calendar days from the date of the notification letter to file an appeal. An appeal submitted beyond the 180-calendar-day limit will not be accepted for review.

If the services have already been provided, Empire will acknowledge receipt of your appeal in writing within 15 calendar days from the initial date of receipt.

Qualified clinical professionals who did not participate in the original decision will review your appeal.

Empire will make a decision within the following timeframes for 1st Level Appeals.

- *Pre-certification.* Empire will complete our review of a pre-certification appeal (other than an expedited appeal) within 15 calendar days after receipt of the appeal.
- *Concurrent.* Empire will complete our review of a concurrent appeal (other than an expedited appeal) within 15 calendar days after receipt of the appeal.
- *Retrospective.* Empire will complete our review of a retrospective appeal within 30 calendar days after receipt of the appeal.

Empire will provide a written notice of our determination to you or your representative, and your provider, within two business days of reaching a decision.

If Empire's Medical Management Program does not make a decision within 60 calendar days of receiving all necessary information to review your appeal, Empire will approve the service.

If you are dissatisfied with the outcome of your Level 1 Appeal, you have the right to file a Level 2 Appeal.


REMEMBER:

- A Level 1 Appeal submitted beyond the 180-calendar-day limit will not be accepted for review.
- A Level 2 Appeal submitted beyond the 60-business-day limit will not be accepted for review.

<u>Expedited Level 1 Appeals</u>

You can file an expedited Level 1 Appeal and receive a quicker response if:

- You want to continue healthcare services, procedures or treatments that have already started.
- You need additional care during an ongoing course of treatment.
- Your provider believes an immediate appeal is warranted because delay in treatment would pose an imminent or serious threat to your health or ability to regain maximum function, or would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

*Expedited Appeals may be filed by telephone and in writing.*
Please note that appeals of claims decisions made after the service has been provided cannot be expedited. When you file an expedited appeal, Empire will respond as quickly as possible given the medical circumstances of the case, subject to the following maximum timeframes:

- You or your provider will have reasonable access to our clinical reviewer within one business day of Empire's receipt of the request.
- Empire will make a decision within two business days after receipt of all necessary information but in any event within 72 hours after receipt of the appeal.
- Empire will notify you immediately of the decision by telephone, and within 48 hours in writing.

If you are dissatisfied with the outcome of your Level 1 Expedited Appeal, you have exhausted all internal appeal options.

*Level 2 Appeals and Timeframes*
If you are dissatisfied with the outcome of your Level 1 Appeal, you may file a Level 2 Appeal with Empire within 60 business days from the receipt of the notice of the letter denying your Level 1 Appeal. If the appeal is not submitted within that timeframe, Empire will not review it and our decision on the Level 1 appeal will stand.

Appeals may be filed by telephone and in writing.

Empire will make a decision within the following timeframes for 2nd Level appeals:

- *Pre-certification.* Empire will complete our review of a pre-certification appeal within 15 calendar days after receipt of the appeal.
- *Concurrent.* Empire will complete our review of a concurrent appeal within 15 calendar days after receipt of the appeal.
- *Retrospective.* Empire will complete our review of a retrospective appeal within 30 calendar days after receipt of the appeal.

**Grievances**
*Level 1 Grievances*
A grievance is a verbal or written request for a review of an adverse determination concerning an administrative decision not related to medical necessity. The types of decisions that may be reviewed through the grievance process include denials of a request for a referral to an out-of-network provider, benefit denials based on a specific limitation in the subscriber contract (e.g., no pre-certification was obtained), and complaint decisions where the member disagrees with Empire's findings.

A Level 1 Grievance is your first request for review of Empire's administrative decision. You have 180 calendar days from the receipt of the notification letter to file a grievance. A grievance submitted beyond the 180-calendar-day limit will not be accepted for review.

If the services have already been provided, Empire will acknowledge your grievance in writing within 15 calendar days from the date Empire received your grievance. The written acknowledgement will include the name, address, and telephone number of the department that will respond to the grievance, and a description of any additional information required to complete the review.

A qualified representative (including clinical personnel, where appropriate) who did not participate in the original decision will review your grievance.

Empire will make a decision within the following timeframes for 1st Level Grievances:

- *Pre-service (services have not yet been rendered).* Empire will complete our review of a pre-service grievance (other than an expedited grievance) within 15 calendar days of receipt of the grievance.
- *Post-service (services have already been rendered).* Empire will complete our review of a post-service grievance within 30 calendar days of receipt of the grievance.

*Level 2 Grievances*

If you are dissatisfied with the outcome of your Level 1 Grievance, you may file a Level 2 Grievance with Empire. Empire must receive your request for a Level 2 Grievance by the end of the 60th business day after you receive our notice of determination on your Level 1 Grievance. If the Level 2 Grievance is not submitted within that timeframe, Empire will not review it and the decision on the Level 1 Grievance will stand. Empire will acknowledge receipt of the 2nd Level Grievance within 15 days of receiving the grievance. The written acknowledgement will include the name, address and telephone numbers of the department that will respond to the grievance. A qualified representative (including clinical personnel, where appropriate) who did not participate in the Level 1 Grievance decision will review the Level 2 Grievance.

Empire will make a decision within the following timeframes for 2nd Level Grievances:

- *Pre-service*. Empire will complete our review of a pre-service grievance within 15 calendar days after receipt of the grievance.
- *Post-service*. Empire will complete our review of a post-service grievance within 30 calendar days after receipt of the grievance.

*Expedited Grievances*

You can file an expedited Level 1 or Level 2 Grievance and receive a quicker response if a delay in resolution of the grievance would pose an imminent or serious threat to your health or ability to regain maximum function, or would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

Expedited Grievances may be filed by telephone and in writing. When you file an expedited grievance, Empire will respond as soon as possible considering the medical circumstances of the case, subject to the following maximum timeframes:

- Empire will make a decision within 48 hours of receipt of all necessary information, but in any event within 72 hours of receipt of the grievance.
- Empire will notify you immediately of the decision by telephone, and within two business days in writing.

*Decision on Grievances*

Empire's notice of its Grievance decision (whether standard or urgent) will include:

- The reason for Empire's decision, or a written statement that insufficient information was presented or available to reach a determination
- The clinical rationale, if appropriate, and
- For Level 1 Grievances, instructions on how to file a Level 2 Grievance if you are not satisfied with the decision

*How to File an Appeal or Grievance*

To submit an appeal or grievance, call Empire Member Services at (877) 496-3826, or write to the following address with the reason why you believe our decision was wrong. Please submit any data to support your request and include your member ID number and, if applicable, claim number and date of service.

The address for filing an appeal or grievance is:

**Empire BlueCross BlueShield**
**Appeal and Grievance Department**
**P.O. Box 1407**
**Church Street Station**
**New York, NY 10008-1407**

- 43 -

If your grievance or appeal concerns behavioral healthcare, call (800) 626-3643 or write to:

**Empire Behavioral Health Services**
**370 Bassett Road Bldg. 3, 2nd Floor**
**North Haven, CT 06473**