# EXHIBIT C

| | |
|---|---|
| **From:** | "Ventura, M Grace O" <VenturaM2@AETNA.com> |
| **Sent:** | Thur 6/22/2017 9:57:29 PM (UTC) |
| **To:** | "Aronson, Cheryl" <AronsonC@aetna.com> |
| **Cc:** | "Caine, Ruth H" <CaineRH@aetna.com>, "Reyes, Jade" <ReyesJ2@aetna.com>, "Sangillo, Donna C" <SangilloDC@aetna.com> |
| **Subject:** | RE: MTA : Gender Dysphoria Coverage Memo |

Do the member's that were denied for gender surgery know of this change? How would the member go about having this re-reviewed?

I know that the gender surgery reviews are not reviewed through our department. It is reviewed through SPCU as a special case review.

Below are two members that were denied.



**From:** Aronson, Cheryl
**Sent:** Thursday, June 22, 2017 8:24 AM
**To:** Caine, Ruth H; Reyes, Jade; Gaugler, Michelle K; Sangillo, Donna C; Ritchie, Dineen
**Cc:** Price, Melissa; Ventura, M Grace O; O'Key, Kimberly
**Subject:** RE: MTA : Gender Dysphoria Coverage Memo

Hello-
They will follow Aetna's Clinical Policy

**Cheryl Aronson**
**Account Director: Aetna Public and Labor**
**T: 203-878-6413**
**F: 860-754-9949**
**Email: AronsonC@aetna.com**

a



Disclaimer:  This e-mail contains information some or all of which may be proprietary or legally privileged.  It is for the intended recipient only.  If an addressing or transmission error has misdirected this e-mail, please notify the author by replying to this e-mail.  If you are not the intended recipient, you must not use, disclose, distribute, copy, print or reply on this e-mail.

**From:** Caine, Ruth H
**Sent:** Wednesday, June 21, 2017 8:06 AM
**To:** Aronson, Cheryl; Reyes, Jade; Gaugler, Michelle K; Sangillo, Donna C; Ritchie, Dineen
**Cc:** Price, Melissa; Ventura, M Grace O; O'Key, Kimberly
**Subject:** RE: MTA : Gender Dysphoria Coverage Memo

**We need a list of the procedures that MTA would like to have covered. Aetna's policy is:** Clinical Policy Bulletin: Gender Reassignment Surgery **Number: 0615**
I remember that in the past Jim reviewed this policy and another insurance carrier's policy.

Ruth Harris Caine, MD, MBA, FACP
Senior Medical Director
Consumer Clinical Care Management Operations Team
Phone: 215-775-5221
Fax: 860-262-7797
    860-754-0063
Cainerh@aetna.com

---

**From:** Aronson, Cheryl
**Sent:** Tuesday, June 20, 2017 7:59 PM
**To:** Reyes, Jade; Gaugler, Michelle K; Sangillo, Donna C; Ritchie, Dineen
**Cc:** Price, Melissa; Ventura, M Grace O; Caine, Ruth H; O'Key, Kimberly
**Subject:** RE: MTA : Gender Dysphoria Coverage Memo

UPDATE: Please add this coverage effective 1/1/17.

Thank you

**Cheryl Aronson**
**Account Director: Aetna Public and Labor**
**T: 203-878-6413**
**F: 860-754-9949**
**Email: AronsonC@aetna.com**





Disclaimer:  This e-mail contains information some or all of which may be proprietary or legally privileged.  It is for the intended recipient only.  If an addressing or transmission error has misdirected this e-mail, please notify the author by replying to this e-mail.  If you are not the intended recipient, you must not use, disclose, distribute, copy, print or reply on this e-mail.

---

**From:** Aronson, Cheryl
**Sent:** Tuesday, June 20, 2017 7:46 PM
**To:** Reyes, Jade; Gaugler, Michelle K; Sangillo, Donna C; Ritchie, Dineen
**Cc:** Price, Melissa; Ventura, M Grace O; Caine, Ruth H; O'Key, Kimberly
**Subject:** MTA : Gender Dysphoria Coverage Memo

Hello,
Please see attached memo indicating that MTA will now cover gender dysmorphia coverage. I am asking Jim when the effective date will be so that we can get CCI updated but wanted you all to know that it is finally approved.

Cheryl

**Cheryl Aronson**
**Account Director: Aetna Public and Labor**
**T: 203-878-6413**
**F: 860-754-9949**

Email: AronsonC@aetna.com



Disclaimer: This e-mail contains information some or all of which may be proprietary or legally privileged. It is for the intended recipient only. If an addressing or transmission error has misdirected this e-mail, please notify the author by replying to this e-mail. If you are not the intended recipient, you must not use, disclose, distribute, copy, print or reply on this e-mail.

**From:** Masella, Jim [mailto:Jim.Masella@nyct.com]
**Sent:** Tuesday, June 20, 2017 6:26 PM
**To:** Aronson, Cheryl
**Subject:** FW: Gender Dysphoria Coverage Memo

FYI

**From:** Masella, Jim
**Sent:** Tuesday, June 20, 2017 6:26 PM
**To:** Moore-Ward,Kim
**Cc:** Lodge Patricia (Patricia.Lodge@nyct.com)
**Subject:** FW: Gender Dysphoria Coverage Memo

Hi Kim,
Attached is the approval to cover medical expenses related to gender dysphoria. I assume you will send notification to the unions just as you did for air ambulance coverage.
Thanks
Jim

**From:** Locke-Turner, Precious
**Sent:** Tuesday, June 20, 2017 3:33 PM
**To:** Knight, Jordene
**Cc:** Masella, Jim
**Subject:** Gender Dysphoria Coverage Memo

Good Afternoon Jordene,

Please see attached signed Gender Dysphoria Coverage Memo. I will forward copies to all the approvers.

Thanks,

Precious Locke-Turner
MTA, New York City Transit
Office of the VP, Human Resources
Phone: (347) 643-8442
Fax: (347) 643- 8326