# EXHIBIT D

# Memorandum

**MTA New York City Transit**

**Date**  June 15, 2017

**To**  Craig Cipriano, Acting Executive Vice President, NYCT

**From**  Patricia A. Lodge, Vice President, Human Resources *Patricia A. Lodge*

**Re**  GENDER DYSPHORIA COVERAGE

This is to request your approval to cover medical expenses related to treatment for a diagnosis of gender dysphoria under the Aetna medical plans covering our represented population, namely, TWU Local 100, ATU Local 1056, ATU Local 726, MTA Bus and certain members of TSO L106, Subway Surface Supervisor's Association and SIRTOA. The NYSHIP Empire Plan covering our non-represented members and certain represented members has been covering medical expenses related to treatment for a diagnosis of gender dysphoria since 2014.

Our consultant, AonHewitt, provided projected costs based on survey data of their clients. These data indicate a range in claim cost increases of 0.1% to 0.5% of total claims. Aetna's actuary projects that the annual medical claims cost increase based on their book of business will be 0.25% which falls in the middle of Aon's survey findings. The 0.25% translates into a projected annual claim cost of $1.3 million in medical claims. Our actual experience so far has been very limited with only two cases that we are aware of with an approximate cost per case of $30,000.

Thank you for your consideration.

Approved: _____  6/16/17
James Henly, Vice President, Law           Date

Approved: _____  6/19/17
Kim Moore-Ward, Vice President, Labor Relations  Date

Approval Recommended: _____  6/20/17
Craig Cipriano, Acting Executive Vice President, NYCT  Date

cc: J. Masella