IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-01447-VAB |

## DECLARATION OF SUSAN POWELL

I, Susan Powell, do hereby declare and state as follows:

1. I have worked for defendant Aetna Life Insurance company or other affiliates (collectively, "Aetna") for approximately twenty-eight years. I am currently a Lead Director Compliance at Aetna. As a Lead Director Compliance my job duties include knowledge of the claims and appeals process for Aetna members.

2. This declaration is submitted in support of Aetna's opposition to plaintiffs Dr. Herley and Dr. Homnick's motion for preliminary injunction. I have personal knowledge of the following facts, which reflect information known to me as of the date this declaration was signed. If called as a witness in this action, I could and would testify competently to these facts.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter dated September 19, 2024 sent by Aetna to Dr. Jamie Homnick.

4. Attached hereto as **Exhibit B** is a true and correct copy of correspondence Aetna received from the New York State Department of Financial Services on September 13, 2024.

5.Attached hereto as **Exhibit C** is a letter from Aetna's Regulatory Resolution Team dated October 30, 2024, enclosing correspondence that team received from the New York State Department of Financial Services on October 17, 2024.

6.Aetna's records indicate that Dr. Homnick may have received certain gender-affirming facial procedures, including but not limited to voice/communication therapy.

7.Attached hereto as **Exhibit D** is a true and correct copy of a letter dated December 13, 2024, sent by Aetna to Dr. Gennifer Herley.

8.As of the date of this declaration, Aetna's appeal systems contain no indication Dr. Herley sought a second level appeal or an ERO.

Pursuant to 28 U.S.C. § 1746(2), I declare, under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge, information, and belief.

Executed this 9th day of April, 2025
Jacksonville, Florida

_____
Susan Powell