# EXHIBIT A



Customer Resolution Team
PO Box 14001
Lexington, KY 40512-4463

September 19, 2024

Jamie Homnick

| | |
|---|---|
| Subscriber name: | Jamie Homnick |
| Member name: | Jamie Homnick |
| Member ID number: | |
| Provider name: | Clinton Morrison, MD |
| Date(s) of service: | N/A |
| Patient account number: | N/A |
| Payer: | Aetna Life Insurance Company |
| Case number(s): | |

**We want to share our decision on your appeal**

Dear Appellant:

We reviewed your concerns, which we received on September 13, 2024, about your recent precertification request on. Here's our decision.

**What we reviewed**
We are responding to the appeal of our decision on the following issue(s):
- The reduction forehead (21139)
- The osteoplasty, facial bones (21209)
- The rhinoplasty, primary (30410)
- The grafting of autologous fat (15773)
- The reduction forehead (21137)
- The excision, other benign lesion (11441)
- The genioplasty (21122)
- The repair of brow ptosis (67900).

We reviewed all available information, including:
- The appeal request
- The denial letter
- Aetna's precertification request/file
- Aetna Clinical Policy Bulletin (CPB) # 0615 pertaining to "Gender Affirming Surgery," Last review June 18, 2024
- The Summary Plan Description (SPD) for Bausch & Lomb Americas, Inc.

**Our decision on this appeal**

Gen 4 Ver1 Rev4 02.19.19

After reviewing the information above, we are standing by our earlier decision to uphold the reduction forehead and osteoplasty, facial bones and rhinoplasty, primary and grafting of autologous fat and reduction forehead and excision, other benign lesion and genioplasty and repair of brow ptosis.

**How we made our decision**
We understand that this appeal is about the reduction forehead and osteoplasty, facial bones and rhinoplasty, primary and grafting of autologous fat and reduction forehead and excision, other benign lesion and genioplasty and repair of brow ptosis. You stated that your transgender woman and you meet all of the medical criteria for procedures are denial medically necessary. Hence, we understand that you are requesting that we reconsider the denial.

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery and your plan documents. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't considered medically necessary by our CPB and your plan because (1) medical studies haven't proven that this procedure significantly reduces or resolves gender dysphoria and (2) the procedure would not correct, repair, or improve the function of an abnormal part of your body.

You may refer to the SPD in the section titled "**How your plan works**," which states:

"…**Medical necessity and precertification requirements**

Your plan pays for its share of the expense for **covered services** only if the general requirements are met. They are:

- The service is **medically necessary**
- For in-network benefits, you get the service from a **network provider**
- You or your **provider precertifies** the service when required

**Medically necessary, medical necessity**
The **medical necessity** requirements are in the Glossary section, where we define "**medically necessary, medical necessity**." That is where we also explain what our medical directors or a **physician** they assign consider when determining if a service is **medically necessary**…"

Please refer to the "**Glossary**" section of the SPD, which states:

"**Medically necessary, medical necessity**
Health care services or supplies that prevent, evaluate, diagnose, or treat an illness, injury, disease or its symptoms, and that are all of the following, as determined by us within our discretion:

- In accordance with "generally accepted standards of medical practice"
- Clinically appropriate, in terms of type, frequency, extent, site, place of service, duration, and considered effective for your illness, injury or disease
- Not primarily for your convenience, the convenience of your **physician** or other health care

   **provider**
   - **Not more costly than an alternative service or sequence of services at least as likely** to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your illness, injury or disease.

Generally accepted standards of medical practice mean:

- Standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community and
- Following the standards set forth in our clinical policies and applying clinical judgment."

You may obtain free of charge a copy of the clinical criteria pertaining to "Gender Affirming Surgery" by contacting our Member Services department.

An appeals nurse consultant with the professional designation of RN, a medical director, board certified in general surgery, with a professional designation of MD, MBA, FACS, a senior complaint and appeal coordinator and a complaint and appeal analyst, who were not involved in any prior decision, participated in the review of the appeal.


**Access to relevant information**
You can request access to copies of all documents, records and other information about this claim for benefits. There's no charge for this. We will include the specific rule, guideline, protocol or other similar criterion we used in making our decision. It also includes the names of any clinical reviewers if applicable.

The member, doctor or other provider may have sent us diagnosis and treatment codes with your request for authorization. To get these codes and their meanings, call us at the number on the member's ID card. Contact the member's doctor or other provider with any medical questions about the diagnosis or treatments.

**You can appeal this decision**
If you disagree with this decision, you may request a second level appeal. If you choose to appeal, please forward any additional relevant information that you would like us to consider.

The enclosed document, Aetna Appeal Process and Member Rights, has:
- Instructions on how to appeal
- An overview of the entire appeal process.

**We are here to answer your questions**
If you have questions about this appeal decision or the appeal process, call us at the number on the member's ID card. Be sure to include the case number when responding or asking about this issue. You can find it at the top of this letter.

**Let us know what you think**
We have a short survey about our appeal process. Can you help us by answering its questions? Just go to **aetna.com/form_assets/members/survey.html**.


Gen 4 Ver1 Rev4 02.19.19

Sincerely,

*Purrappagari N*

Purrappagari Nagendra
Complaint and Appeal Analyst
Customer Resolution Team

Enclosure(s): Appeal Process & Member Rights
Language Enclosure
Member Complaint and Appeal Form

Gen 4 Ver1 Rev4 02.19.19

# Aetna
# Appeal Process & Member Rights

You or your authorized representative — that's someone you name to represent you — has the right to file an appeal about coverage for service(s). You can do this when you're not satisfied with our original coverage decision.

Below we give you an overview of:
- The appeal process
- Your legal rights

To understand where you are in the appeal process, refer to our response to your letter of appeal.

1. You can file an appeal by writing us or by calling or by calling Member Services at the number on your member ID card. You or your authorized representative has 180 calendar days from the date you got our original decision to submit an appeal. If we don't hear from you within that time period, we'll consider our original decision to be final.

You may give us more information that you'd like us to consider. You may also ask us for copies of documents relevant to your claim. Just call us at the number on your member ID card or write us at the address below. There's no charge for this.

2. We'll let you know our appeal decision within 15 calendar days after we get your appeal.

3. You can ask us for an expedited — rush — appeal if we decide not to certify urgent or ongoing services. We'll let you know our decision within 36 hours after we get your expedited appeal.

You can ask for an expedited appeal when a delay in decision-making might either:
- Seriously jeopardize — put at risk — the life or health of the member
- Jeopardize the member's ability to regain maximum function

4. **Second-level appeal:** If you disagree with the response in our first appeal resolution letter, you may request a second-level appeal. To begin this process, you must send a written request to Aetna at the below address within 60 calendar days after you receive the resolution letter. If you do not request a second-level appeal within that time period, we'll consider our original decision stated in the first resolution letter to be final.

Aetna Customer Resolution Team
PO Box 14001
Lexington, KY 40512-4463

If you do not agree with the final decision, you have the right to bring a civil action under Section 502(a) of ERISA within two years of the decision.

5. **External review**: Once you have completed the appeal process with us, you may have the right to have our decision reviewed by people outside of Aetna. External review is available to you because your appeal meets the following requirements:
- In Aetna's judgment, the requested service or supply is not medically necessary or is

PS-G_Rev9_12.06.22

- experimental/investigational, and
- You would be financially responsible for $500 or more of the cost of the service.

Independent providers with expertise in the medical service or supply at issue conduct the external review. Once a review is complete, we accept the decision of the external reviewer.

Once you are eligible, you will receive an External Review Request form. Submit the form and the requested documentation to us within 60 calendar days at the address appearing on the form.

You may also be eligible for an expedited external review. You're eligible for this if the doctor who is treating you believes that a delay in decision making might either:
- Seriously jeopardize (put at risk) the life or health of the member
- Jeopardizes the member's ability to regain maximum function.

The doctor who is treating you submits the Expedited External Review.

If you have any questions about the external review forms or process, please call Member Services at the phone number shown on your ID card, or visit our website at: **aetna.com**.

You do not have to pay for either:
- The review
- Any filing fees

Your request for an External Review will not affect your rights to any other benefits under the plan. Nor will it affect your right to representation. Your request will not affect the process for selecting the External Review Organization. Nor will it affect the impartiality of the physician reviewer.

6. You and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your plan administrator, local U.S. Department of Labor Office and your state insurance regulatory agency.

7. **Resources to help you**
Call Member Services if you have questions about the external review forms or process. Just use the phone number on your member ID card. You can also visit **aetna.com** or write us at the address above.

For plans subject to the Patient Protection and Affordable Care Act (PPACA), if you have questions about your appeal rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). You can also contact

Community Service Society of New York<br>
Community Health Advocates<br>
633 Third Avenue, 10th floor<br>
New York, New York 10017<br>
(888) 614-5400<br>
https://www.communityhealthadvocates.org/ (website)<br>
cha@cssny.org (email)

PS-G_Rev9_12.06.22

TTY:711

| English | To access language services at no cost to you, call the number on your ID card. |
|---|---|
| Albanian | Për shërbime përkthimi falas për ju, telefononi në numrin që gjendet në kartën tuaj të identitetit. |
| Amharic | የቋንቋ አገልግሎቶችን ያለክፍያ ለማግኘት፣ በመታወቂያዎት ላይ ያለውን ቁጥር ይደውሉ፡ ፡ |
| Arabic | للحصول على الخدمات اللغوية دون أي تكلفة، الرجاء الاتصال على الرقم الموجود على بطاقة اشتراكك. |
| Armenian | Ձեր նախընտրած լեզվով ավիճառ խորհրդատվություն ստանալու համար զանգահարեք ձեր բժշկական ապահովագրության քարտի վրա նշված հեռախոսահամարով |
| Bantu-Kirundi | Kugira uronke serivisi z'indimi ata kiguzi, hamagara inomero iri ku karangamuntu kawe |
| Bengali | আপনাকে বিনামূল্যে ভাষা পরিষেবা পেতে হলে আপনার পরিচয়পত্রে দেওয়া নম্বরে টেলিফোন করুন। |
| Burmese | သင့်အနေဖြင့် အခကြေးငွေ မပေးရပဲ ဘာသာစကားပြန်ဆောင်မှုများ ရရှိနိုင်ရန်၊ သင့် ID ကတ်ပေါ်တွင်ရှိသော ဖုန်းနံပတ်အား ခေါ်ဆိုပါ။ |
| Catalan | Per accedir a serveis lingüístics sense cap cost per a vostè, telefoni al número indicat a la seva targeta d'identificació. |
| Cebuano | Aron maakses ang mga serbisyo sa lengguwahe nga wala kay bayran, tawagi ang numero nga anaa sa imong kard sa ID. |
| Chamorro | Para un hago' i setbision lengguåhi ni dibåtde para hågu, ågang i numiru gi iyo-mu kard aidentifikasion. |
| Cherokee | ᏣᏲᏍᎬ ᏕᏳᏂᎸᏅᏂ ᎢᎬᎦᎶᏁᏂ Ꮉ ᎪᏩᏍᏂ ᏧᏓᎳᏫᏍᏂ ᎠᎩ, ᏫᎵᎠᏴᏬᎵ ᎼᎠᎩ ᏗᏮᏍᎲ ᎢᏚSᏗᏩᏇᏞ ᎤᎿᏔ ID ᎢᏂᎪᏍᎬ ᏣᎸᎢᎢ. |
| Chinese Traditional | 如欲使用免費語言服務，請撥打您健康保險卡上所列的電話號碼 |
| Choctaw | Anumpa tosholi i toksvli ya peh pilla ho ish i payahinla kvt chi holisso kallo iskitini holhtena takanli ma i payah |
| Chuukese | Ren omw kopwe angei aninisin eman chon awewei (ese kamé), kopwe kééri ewe nampa mei mak won noum ena katen ID |
| Cushitic-Oromo | Tajaajiiloota afaanii gatii bilisaa ati argaachuuf, lakkoofsa fuula waraaqaa eenyummaa (ID) kee irraa jiruun bilbili. |
| Dutch | Voor gratis taaldiensten, bel het nummer op uw ziekteverzekeringskaart. |
| French | Pour accéder gratuitement aux services linguistiques, veuillez composer le numéro indiqué sur votre carte d'assurance santé. |
| French Creole (Haitian) | Pou ou jwenn sèvis gratis nan lang ou, rele nimewo telefòn ki sou kat idantifikasyon asirans sante ou. |
| German | Um auf den für Sie kostenlosen Sprachservice auf Deutsch zuzugreifen, rufen Sie die Nummer auf Ihrer ID-Karte an. |
| Greek | Για πρόσβαση στις υπηρεσίες γλώσσας χωρίς χρέωση, καλέστε τον αριθμό στην κάρτα ασφάλισής σας. |
| Gujarati | તમારે કોઇ પણ જાતના ખર્ચ વિના ભાષા સેવાઓ મેળવવા માટે, તમારા આઇડી કાર્ડ પર રહેલ નંબર પર કોલ કરવો. |

| Language | Translation |
|---|---|
| Hawaiian | No ka walaʻau ʻana me ka lawelawe ʻōlelo e kahea aku i ka helu kelepona ma kāu kāleka ID. Kākiʻole ʻia kēia kōkua nei. |
| Hindi | बिना किसी कीमत के भाषा सेवाओं का उपयोग करने के लिए, अपने आईडी कार्ड पर दिए नंबर पर कॉल करें। |
| Hmong | Yuav kom tau kev pab txhais lus tsis muaj nqi them rau koj, hu tus naj npawb ntawm koj daim npav ID. |
| Igbo | Inweta enyemaka asụsụ na akwughi ụgwọ obụla, kpọọ nọmba nọ na kaadi njirimara gị |
| Ilocano | Tapno maakses dagiti serbisio ti pagsasao nga awanan ti bayadna, awagan ti numero nga adda ayan ti ID kardmo. |
| Indonesian | Untuk mengakses layanan bahasa tanpa dikenakan biaya, silakan hubungi nomor telepon di kartu asuransi Anda. |
| Italian | Per accedere ai servizi linguistici senza alcun costo per lei, chiami il numero sulla tessera identificativa. |
| Japanese | 無料の言語サービスは、IDカードにある番号にお電話ください。 |
| Karen | လၢတၢ်ကမၤန့ၢ်ကျိၥ်တၢ်မၤစၢၤတၢ်ဖံးတၢ်မၤတဖၣ် လၢတအိၣ်ဒီးအပှ့ၤလၢနကဘၣ်ဟ့ၣ်အီၤအဂီၢ်,ကိးဘၣ်လီတဲစိနိၣ်ဂံၢ်လၢအအိၣ်လၢနခိၣ်ဂီၤ (ID) အလိၤန့ၣ်တက့ၢ်. |
| Korean | 무료 다국어 서비스를 이용하려면 보험 ID 카드에 수록된 번호로 전화해 주십시오. |
| Kru-Bassa | I nyuu kosna mahola ni language services ngui nsaa wogui wo, sebel i nsinga i ye ntilga i kat yong matibla |
| Kurdish | بۆ دەسپێراگەیشتن بە خزمەتگوزاری زمان بەبێ تێچوون بۆ تۆ، پەیوەندی بکە بە ژمارەی سەر ئای دی(ID) کارتی خۆت. |
| Lao | ເພື່ອເຂົ້າເຖິງບໍລິການພາສາທີ່ບໍ່ເສຍຄ່າ, ໃຫ້ໂທຫາເບີໂທຢູ່ໃນບັດປະຈຳຕົວຂອງທ່ານ. |
| Marathi | आपल्याला कोणत्याही शुल्काशिवाय भाषा सेवांपर्यंत पोहोचण्यासाठी, आपल्या ID कार्डावरील क्रमांकावर फोन करा. |
| Marshallese | Ṇan bōk jipañ kōn kajin ilo an ejjeḷọk wōṇean ñan kwe, kwōn kallok nōṃba eo ilo kaat in ID eo aṃ. |
| Micronesian-Ponapean | Pwehn alehdi sawas en lokaia kan ni sohte pweipwei, koahlih nempe nan amhw doaropwe en ID. |
| Mon-Khmer, Cambodian | ដើម្បីទទួលបានសេវាកម្មភាសាដែលឥតគិតថ្លៃសម្រាប់លោកអ្នក សូមហៅទូរសព្ទទៅកាន់លេខដែលមាននៅលើប័ណ្ណសម្គាល់ខ្លួនរបស់លោកអ្នក។ |
| Navajo | Tʼáá ni nizaad kʼehjí bee níká aʼdoowoł doo bąąh ílínígóó naaltsoos bee atah nílįįgo nanitinígíí bee nééhoʼdólzinígíí béésh bee haneʼí bikáʼígíí áajįʼ hólneʼ. |
| Nepali | भाषासम्बन्धी सेवाहरूमाथि निःशुल्क पहुँच राख्न आफ्नो कार्डमा रहेको नम्बरमा कल गर्नुहोस्। |
| Nilotic-Dinka | Të kɔɔr yïn ran de wëër de thokic ke cïn wëu kɔr keek tënɔŋ yïn. Ke yïn cɔl ran ye kɔc kuɔny në namba de abac tɔ̈ në ID kard duɔ̈n de tïït de nyin de panakim köu. |
| Norwegian | For tilgang til kostnadsfri språktjenester, ring nummeret på ID-kortet ditt. |

| | |
|---|---|
| Pennsylvanian-Dutch | Um Schprooch Services zu griege mitaus Koscht, ruff die Nummer uff dei ID Kaart. |
| Persian Farsi | برای دسترسی به خدمات زبان به طور رایگان، با شماره قید شده روی کارت شناسایی خود تماس بگیرید. |
| Polish | Aby uzyskać dostęp do bezpłatnych usług językowych, należy zadzwonić pod numer podany na karcie identyfikacyjnej. |
| Portuguese | Para aceder aos serviços linguísticos gratuitamente, ligue para o número indicado no seu cartão de identificação. |
| Punjabi | ਤੁਹਾਡੇ ਲਈ ਬਿਨਾਂ ਕਿਸੇ ਕੀਮਤ ਵਾਲੀਆਂ ਪੰਜਾਬੀ ਸੇਵਾਵਾਂ ਦੀ ਵਰਤੋਂ ਕਰਨ ਲਈ, ਆਪਣੇ ਆਈਡੀ ਕਾਰਡ 'ਤੇ ਦਿੱਤੇ ਨੰਬਰ 'ਤੇ ਫ਼ੋਨ ਕਰੋ। |
| Romanian | Pentru a accesa gratuit serviciile de limbă, apelați numărul de pe cardul de membru. |
| Russian | Для того чтобы бесплатно получить помощь переводчика, позвоните по телефону, приведенному на вашей идентификационной карте. |
| Samoan | Mō le mauaina o 'au'aunaga tau gagana e aunoa ma se totogi, vala'au le numera i luga o lau pepa ID. |
| Serbo-Croatian | Za besplatne prevodilačke usluge pozovite broj naveden na Vašoj identifikacionoj kartici. |
| Spanish | Para acceder a los servicios lingüísticos sin costo alguno, llame al número que figura en su tarjeta de identificación. |
| Sudanic Fulfulde | Heeɓa a naasta nder ekkitol jaangirde woldeji walla yoɓugo, ewnu lamba je ɗon windi ha do ɗerowol maaɗa. |
| Swahili | Kupata huduma za lugha bila malipo kwako, piga nambari iliyo kwenye kadi yako ya kitambulisho. |
| Syriac-Assyrian | ܟܐ ܗܒܩܐ ܬܗܘ ܚܠ ܝܠܕܓܝܐ ܚܠ ܝܠܕܓܝܐ ܚܠܝܩܟܐ ܚܝܟܥܒܠ ܡܕܒܚܐ ܚܝܬܟܐ ܚܠ ܚܝܗܟܐ ܡܕܬܗܒܐܟ ܕܒܚܓܐ. |
| Tagalog | Upang ma-access ang mga serbisyo sa wika nang walang bayad, tawagan ang numero sa iyong ID card. |
| Telugu | భాష సేవలను మీకు ఖర్చు లేకుండా అందుకునేందుకు, మీ ఐడి కార్డుపై ఉన్న నంబరుకు కాల్ చేయండి. |
| Thai | หากท่านต้องการเข้าถึงการบริการทางด้านภาษาโดยไม่มีค่าใช้จ่าย โปรดโทรหมายเลขที่แสดงอยู่บนบัตรประจำตัวของท่าน |
| Tongan | Kapau 'oku ke fiema'u ta'etōtōngi 'a e ngaahi sēvesi kotoa pē he ngaahi lea kotoa, telefoni ki he fika 'oku hā atu 'i ho'o ID kaati. |
| Turkish | Dil hizmetlerine ücretsiz olarak erişmek için kimlik kartınızdaki numarayı arayın. |
| Ukrainian | Щоб безкоштовнј отримати мовні послуги, задзвоніть за номером, вказаним на вашій ідентіфікайній картці. |
| Urdu | لسانی خدمات تک مُفت رسائی کے لیے، اپنے بیمہ کے ID کارڈ پر درج نمبر پر کال کریں۔ |
| Vietnamese | Để sử dụng các dịch vụ ngôn ngữ miễn phí, vui lòng gọi số điện thoại ghi trên thẻ ID của quý vị. |
| Yiddish | צו באקומען שפראך סערוויסעס פריי פון אפצאל, רופט דעם נומער אויף אייער ID קארטל. |
| Yoruba | Láti ráyèsí àwọn iṣẹ́ èdè fún ọ lọ́fẹ̀ẹ́, pe nọ́mbà tó wà lórí káàdì ìdánimọ̀ rẹ. |

Aetna complies with applicable Federal civil rights laws and does not unlawfully discriminate, exclude or treat people differently based on their race, color, national origin, sex, age, or disability.

We provide free aids/services to people with disabilities and to people who need language assistance.

If you need a qualified interpreter, written information in other formats, translation or other services, call the number on your ID card.

If you believe we have failed to provide these services or otherwise discriminated based on a protected class noted above, you can also file a grievance with the Civil Rights Coordinator by contacting:
Civil Rights Coordinator,
P.O. Box 14462, Lexington, KY 40512 (CA HMO customers: PO Box 24030 Fresno, CA  93779),
1-800-648-7817, TTY: 711,
Fax: 859-425-3379 (CA HMO customers: 860-262-7705), CRCoordinator@aetna.com.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, or at 1-800-368-1019, 800-537-7697 (TDD).

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies.



Thanks for your appeal request.  Here's a form you can use for future appeals.

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc.,Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company ofEurope, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internalbusiness unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products. © Aetna Inc.



# Member Complaint and Appeal Form

**NOTE:** Completion of this form is voluntary. To obtain a review, you or your authorized representative may also call our Member Services Department using the telephone number displayed on the member ID card or submit a request in writing to the address listed at the end of your Explanation of Benefits (EOB) or other correspondence received from Aetna.

*Please provide the following information for the primary Insured/Member.*
*(This information may be found on the front of your ID card.)*

| Today's Date | Member's ID Number | Plan Type  ☐ Medical  ☐ Dental | Member's Group Number *(Optional)* |
|---|---|---|---|

| Member's First Name | Member's Last Name | Member's Birthdate *(MM/DD/YYYY)* |
|---|---|---|

| Member's E-mail Address |
|---|

*Please provide the following information for the person you are submitting the request for.*

| First Name | Last Name | Birthdate *(MM/DD/YYYY)* |
|---|---|---|

Relationship to person requesting the appeal:

☐ Self   ☐ Spouse   ☐ Child   ☐ Other _____

**Note:** If your selection is spouse, child (18 years of age or older) or other, please submit a completed an Authorized Representative Form with your request. The form can be found on **Aetna.com**.

Please advise if the appeal is related to:

☐ Pre-Service   ☐ Post Service

**To help Aetna review and respond to your request, please provide the following information.**
*(This information may be found on correspondence from Aetna.)*

| Claim ID Number (If Post Service selected above.) | Reference Number (If Pre-Service selected above.) | Service Date (If Post Service insert date of services, if Pre-Service insert date of denial.) |
|---|---|---|

| Explanation of Your Request *(Please use additional pages if necessary.)* |
|---|
|  |

| Member's Signature |
|---|

**Note:** When submitting this form with your request please include:  - Bills and/or correspondence for these services.
 - Any other helpful information.

You may mail your request to:   **Aetna**
**PO Box 14463**
**Lexington, KY 40512**

**Or use our National Fax Number:**   **859-425-3379CRTM**