# EXHIBIT B

# Complaints and Appeals Tracking System

## Cover Sheet

Case ID            :        2024091903652

Sequence Number    :        C0919241423271217

Received Date      :        09/19/2024

Member Name        :        Homnick, Jamie

Coversheet created by :        Sharon Conway - A753588

| Image Type | Start Page | Description |
|---|---|---|
| Cover Sheet | 1 | Cover Sheet for the images |
| Letter: from Regulatory Agency | 2 | |

DCN: 240919111863 EI

From: Appbase.nysdfscomplaints@dfs.ny.gov
Sent: Friday, September 13, 2024 2:00 PM
To: zzAetna DOI Response

Subject: [EXTERNAL] NYS Department of Financial Services - Case No. CSB-2024-01611302
Attachments: DFS-Letter-CSB-2024-01611302_e5438b2172.pdf

Categories: SEHELI

**** External Email - Use Caution ****

NYS Department of Financial Services - Case No. CSB-2024-01611302.<br/><br/>Please see the attached letter.<br/><br/>This letter was sent from an automatic email box. Please do not reply to this email address. Responses to this email address will not be processed.

```
DCN: 240919111863 EI
```



**KATHY HOCHUL**
Governor

**ADRIENNE A. HARRIS**
Superintendent

Aetna Life Insurance Company
Mary Cooper, Vice President, Enterprise Customer Care
Regultory Res Team
Po Box 818040
Cleveland, OH 44181

September 13, 2024

**RE:**   Dept. File #:   CSB-2024-01611302
Complainant:   Jamie Homnick

To Whom It May Concern:

This Department has received a complaint concerning the enclosed.

In order for us to arrive at a prompt solution for this complaint, we require your full cooperation. Please furnish us, within fifteen (15) working days of receipt of this letter, with your position concerning this matter and the basis on which it was taken. ***To facilitate the prompt resolution of this complaint, if there are any additional requirements needed, the respondent/insurer should communicate directly with the complainant/ policyholder. This Department should be copied on any such communication.***

**TO ENSURE THE PROPER PROCESSING OF YOUR RESPONSE, PLEASE RETURN THE ENCLOSED BAR-CODED SHEET WITH YOUR REPLY.  THIS SHEET SHOULD BE PLACED AS THE FIRST PAGE OF YOUR REPLY.**

In your reply include the specific carrier's NAIC code number and full name. **Do not return the documents enclosed with our letter.**  Also indicate whether coverage is provided under Medicare, Medicaid or a self-funded plan.

In addition, please furnish the following information, **if applicable,** and any other documents necessary to substantiate your position:

**Underwriting Issues:**
- application
- policy provisions
- underwriting guidelines
- billing notices
- payment history
- medical documentation
- copies of riders
- disclosure statements
- change request application

DCN: 240919111863 EI

- sales material
- agent's statement
- refusal to issue letter
- printouts of usual and customary fees for the procedures in question
- method of determining usual and customary charges
- procedure codes
- claim forms
- pertinent medical records
- corporate policy or payment guidelines
- amount of payment
- deductible or co-payment
- dates claims were paid
- to whom paid

**Claims Issues:**

- results of contractual appeal process
- denial letter or Explanation of Benefits
- policy provisions
- policy type

If the issue in dispute involves the denial of a claim as either not medically necessary or as experimental/investigational, please furnish the following documentation:

- copy of the signed physician's opinion supporting the initial adverse determination.
- copy of the notice of adverse determination mailed to the insured.
  a statement of the current status of the appeal process.

**Prompt Pay Issues:**

Responses to prompt pay issues must be in the format outlined in the attached "Prompt Pay Template."

We await your prompt reply.

Questions about this letter can be sent to nycis.cc.response@dfs.ny.gov (do not send responses to this email).  Please respond by using the Department's portal https://myportal.dfs.ny.gov/ , sending a fax to the number listed below or by mail to one of the addresses listed in the footer of this letter.

Sincerely,

Consumer Assistance Unit
212-480-6282 (Fax)

Enclosure
c1h.doc

DCN: 240919111863 EI

DCN: 240919111863 EI

**Prompt Pay Template**

For all Health Complaints concerning delay in payment of claims (Section 3224-a of the Insurance Law) your response to this Department should include the following information for each claim in the complaint.  Please note that only the information that is applicable should be provided.

- Dept. File Number _____
- Patient Name _____
- Date of Service _____
- Date Claim Received by Your Company _____
- Was the claim received electronically?_____
- Date Claim Paid or denied _____
- Date Additional Information Requested _____
- Date Additional Information Received _____
- Amount of claim paid _____
- Interest paid due to late payment if applicable _____

- If an adjustment was made which resulted in an additional payment, kindly indicate the reason for the adjustment.  If additional information was received which led to the adjustment, indicate the date the information was received.

- For each claim paid more than 45 days from receipt, provide an explanation for the delay in payment.  Failure to provide an explanation will cause the claim to be deemed a violation of Section 3224-a.

Responses can be furnished by completing this template for each claim or in spreadsheet form.

If any of the attached claims have not been previously received by your company, you are to consider them received and they are to be processed according to any and all contracts.  For the purposes of determining compliance with Section 3224-a of the New York Insurance Law, the date of receipt for these claims will be the date this correspondence was received by your company.

Failure to provide all of the requested information to this Department within 15 business days will subject you to the penalties provided in Section 2404 of the Insurance Law.  The information requested concerning each complaint and/or claim referenced in the attached correspondence is considered a separate request for which a separate penalty may be imposed under Section 2404.  Incomplete and/or inaccurate responses may also result in a determination of prompt pay violations under Section 3224-a and the imposition of fines pursuant to Section 2406.

**To insure the proper processing of your response, please return this bar-coded form as the first page of your reply.**

**<u>Do not return the Department's letter with your reply.</u>**


Dept. File Number:    CSB-2024-01611302

Complaint against:    Aetna Life Insurance Company
                      Mary Cooper, Vice President, Enterprise Customer Care
                      Regultory Res Team
                      Po Box 818048
                      Cleveland, OH 44181

Complainant:          Jamie Homnick



*RBCCSB-2024-01611302*

THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES
• EQUITABLE • INNOVATIVE • COLLABORATIVE • TRANSPARENT
One Commerce Plaza, Albany NY 12257 | One State Street Plaza, New York NY 10004

DCN: 240919111863 EI

New York State Department of Financial Services
Consumer Complaint Case: CSB-2024-01611302
Date Submitted: 09/13/2024

| Complaint Type | |
|---|---|
| Which product or service best describes your complaint? | Insurance Company |
| Are you a representative filling out this form for someone else? | No |
| I authorize the entity or individual named in this complaint to furnish to the Department of Financial Services any information related to this matter. | Yes |
| **Who is the person with a complaint?** | |
| Name: | Jamie  Homnick |
| Address: | |
| Business Name: | |
| City/State/Zip: | |
| Phone: | |
| Fax: | |
| Email: | |
| **Complaint Details** | |
| What type of insurance is your complaint about? | Health/Long Term Care/Disability |
| What type of person/entity is your complaint about? | Insurance Company |
| **Who is the person/entity you are complaining about?** | |
| Insurance Company: | Aetna Life Insurance Company-60054 |
| **What is the Policy/Claim Information?** | |
| Policy Number: | |
| Policy Holder Name: | Jamie Homnick |
| Claim Number: | |
| Is your policy being cancelled or terminated? | No |
| Does the matter involve a health claim denied as not medically necessary (including cosmetic denials) or that the services were experimental or investigational? | Yes |

DCN: 240919111863 EI

If your complaint involves a claim made under Medicare or a Medicare HMO, you have 60 days from receipt of the Medicare Explanation of Benefits or 60 days from receipt of the Medicare HMO Notice of Initial Determination to file a written appeal. Please refer to these documents for details or contact the Social Security Administration.If your complaint involves the denial of a claim as either not medically necessary, cosmetic or as experimental/ investigational, you have 45 days from receipt of adverse determination to file an internal appeal with insurer. We strongly recommend that you undertake this action, as failure to do so will nullify your right to a possible External Appeal in the future. Instructions on how to initiate the internal appeal should have been included with the notice of adverse determination. If you have already appealed internally and have received a final adverse determination, you have four (4) months from receipt to request an External Appeal. The application form and instructions should have been included with the final adverse determination notification, or is available on www.dfs.ny.gov.

| | |
|---|---|
| Is this related to a declared disaster? | No |

**Additional Information**

| | |
|---|---|
| Is a Court or Legal Action pending for this matter? | No |
| Have you submitted this matter to another agency or attorney? | No |
| Are you a whistleblower? | No |
| Is this complaint regarding Elder Financial Abuse? | No |

Please enter the details of your complaint here

My doctor, Clinton Morrison at the University of Rochester Medical Center (URMC), submitted a prior authorization request for gender-affirming facial reconstruction (GAFR) procedures, and the request was denied. I am a transgender woman, and I meet all the medical criteria for GAFR. GAFR procedures are medically necessary according to the World Professional Association for Transgender Health (WPATH) and many other medical authorities.

In New York, it is unlawful to discriminate against people based on their transgender status. Plans regulated by the State of New York Department of Financial Services (such as Aetna) are required to cover various GAFR procedures when performed as a component of gender-affirming treatment when specified medical necessity criteria are met. In my case, all of these criteria are met and GAFR is medically necessary.

What do you think would be a fair resolution to your complaint?

I think a fair resolution to my complaint is a full and immediate grant of my GAFR prior authorization request (ID number ▮▮▮▮▮▮▮▮▮ submitted on my behalf by Dr. Clinton Morrison at URMC.

| | |
|---|---|
| How were you referred to the Department of Financial Services? | |

**Supporting Documentation**