# EXHIBIT C

Date: 10/30/2024

From: Regulatory Resolution Team (RRT)

To:    Customer Resolution Team
       P. O. Box 14464
       Lexington, KY 40512
       **Fax: 859-425-3379**

## Re: Redirected Member Complaints and Appeals from the Regulatory Resolution Team

Please handle appropriately through the member complaint or appeal process and respond directly to the member. **The Regulatory Team has responded to the Department of Insurance (DOI). Do <u>NOT</u> send back to the Regulatory Team or the Department of Insurance for handling.**

**<u>Subscriber Name</u>: Jamie Homnick**
**<u>Member Name</u>: Jamie Homnick**
**<u>ID#</u>:** ▮▮▮▮▮▮▮▮▮
**<u>Date of Service</u>: Pre-service**
**<u>Claim Number(s)</u>: NA**
**<u>Provider Name/TIN/PIN</u>: Clinton Morrison, MD/ #5378830**
**<u>ATV Event (if applicable)</u>:** ▮▮▮▮▮▮▮ **denied on 9/6/24**
**<u>Reconsideration Date</u>: NA**
**<u>Member Appeal Date and Case</u>: NA**
**<u>Summary of Complaint</u>: Member states final denial letter from Aetna on 9/19/24 for gender affirming surgeries CPT codes 21139, 21209, 30410, 15773, 21137, 11441, 21122, 67900. Member is requesting external review of enclosed denial, and for said denial to be overturned.**
**<u>Name/Number/email address</u>:**
**Jessica Givings/a571240/givingsj1@aetna.com**
**Regulatory Case Number: 2024102904722**
**Complaint under DCN#: Attached**

**Givings, Jessica M**

| | |
|---|---|
| **From:** | Appbox.nysdfscomplaints@dfs.ny.gov |
| **Sent:** | Thursday, October 17, 2024 1:00 PM |
| **To:** | zzAetna DOI Response |
| **Subject:** | [EXTERNAL] NYS Department of Financial Services   Case No. CSB-2024-01616647 |
| **Attachments:** | DFS Letter CSB-2024-01616647_500159rada.pdf |

**** External Email - Use Caution ****

NYS Department of Financial Services - Case No. CSB-2024-01616647<br/><br/>Please see the attached letter.<br/><br/>This letter was sent from an automatic email box.  Please do not reply to this email address.  Responses to this email address will not be processed.



KATHY HOCHUL
Governor

ADRIENNE A. HARRIS
Superintendent

Aetna Health, Inc.
Mary Cooper, Manager
Regultory Res Team
Po Box 818048
Cleveland, OH 44181-8048

October 17, 2024

**RE:**   Dept. File #:   CSB-2024-01616647
Complainant:   Jamie Homink

To Whom It May Concern:

This Department has received a complaint concerning the enclosed.

In order for us to arrive at a prompt solution for this complaint, we require your full cooperation. Please furnish us, within fifteen (15) working days of receipt of this letter, with your position concerning this matter and the basis on which it was taken.  ***To facilitate the prompt resolution of this complaint, if there are any additional requirements needed, the respondent/insurer should communicate directly with the complainant/ policyholder. This Department should be copied on any such communication.***

**TO ENSURE THE PROPER PROCESSING OF YOUR RESPONSE, PLEASE RETURN THE ENCLOSED BAR-CODED SHEET WITH YOUR REPLY.  THIS SHEET SHOULD BE PLACED AS THE FIRST PAGE OF YOUR REPLY.**

In your reply include the specific carrier's NAIC code number and full name. **Do not return the documents enclosed with our letter.**  Also indicate whether coverage is provided under Medicare, Medicaid or a self-funded plan.

In addition, please furnish the following information, **if applicable,** and any other documents necessary to substantiate your position:

**Underwriting Issues:**
- application
- policy provisions
- underwriting guidelines
- billing notices
- payment history
- medical documentation
- copies of riders
- disclosure statements
- change request application

THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES
● **EQUITABLE** ● **INNOVATIVE** ● **COLLABORATIVE** ● **TRANSPARENT**
One Commerce Plaza, Albany NY 12257 | One State Street Plaza, New York NY 10004

**Prompt Pay Template**

For all Health Complaints concerning delay in payment of claims (Section 3224-a of the Insurance Law) your response to this Department should include the following information for each claim in the complaint. Please note that only the information that is applicable should be provided.

- Dept. File Number _____
- Patient Name _____
- Date of Service _____
- Date Claim Received by Your Company _____
-Was the claim received electronically?_____
- Date Claim Paid or denied _____
- Date Additional Information Requested _____
- Date Additional Information Received _____
- Amount of claim paid _____
- Interest paid due to late payment if applicable _____

- If an adjustment was made which resulted in an additional payment, kindly indicate the reason for the adjustment. If additional information was received which led to the adjustment, indicate the date the information was received.

- For each claim paid more than 45 days from receipt, provide an explanation for the delay in payment. Failure to provide an explanation will cause the claim to be deemed a violation of Section 3224-a.

Responses can be furnished by completing this template for each claim or in spreadsheet form.

If any of the attached claims have not been previously received by your company, you are to consider them received and they are to be processed according to any and all contracts. For the purposes of determining compliance with Section 3224-a of the New York Insurance Law, the date of receipt for these claims will be the date this correspondence was received by your company.

Failure to provide all of the requested information to this Department within 15 business days will subject you to the penalties provided in Section 2404 of the Insurance Law. The information requested concerning each complaint and/or claim referenced in the attached correspondence is considered a separate request for which a separate penalty may be imposed under Section 2404. Incomplete and/or inaccurate responses may also result in a determination of prompt pay violations under Section 3224-a and the imposition of fines pursuant to Section 2406.

DCN: 241031071620 FX     09:39:10 AM EST

**To insure the proper processing of your response, please return this bar-coded form as the first page of your reply.**

**Do not return the Department's letter with your reply.**

Dept. File Number:        CSB-2024-01616647

Complaint against:        Aetna Health, Inc.
                          Mary Cooper, Manager
                          Regulatory Res Team
                          Po Box 818048
                          Cleveland, OH 44181-8048

Complainant:              Jamie Homink



*RBCCSB-2024-01616647*

THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES

* EQUITABLE * INNOVATIVE * COLLABORATIVE * TRANSPARENT
One Commerce Plaza, Albany NY 12257 | One State Street Plaza, New York NY 10004

DCN: 241031071620 FX      09:39:10 AM EST

## NEW YORK STATE EXTERNAL APPEAL APPLICATION

Complete and send this application within 4 months of the plan's final adverse determination for health services if you are the patient or the patient's designee, or within 60 days if you are a provider appealing on your own behalf to DFS.

Mail to: New York State Department of Financial Services, 99 Washington Avenue, Box 177, Albany, NY 12210 or Fax to: (800) 332-2729. For help, call (800) 400-8882 or email externalappealquestions@dfs.ny.gov.

| | |
|---|---|
| 1. Applicant Name: | Jamie Homnick |
| 2. Patient Name: | Jamie Homnick |
| Date of Birth: | Gender: ◯ Male ◉ Female ◯ X ◯ Not Designated/Other |

**3. Patient Address:**

| Street: ▉▉▉▉▉ | | | |
|---|---|---|---|
| City: ▉▉▉▉ | | State: NY | Zip Code: ▉▉▉ |

| | | | |
|---|---|---|---|
| 4. Patient Phone Number: | Primary: ▉▉▉▉ | Secondary: ( ) | |
| 5. Patient Email Address: | ▉▉▉▉▉ | | |
| 6. Patient Health Plan: | Aetna | ID #: | ▉▉▉▉ |
| 7. Patient's Physician/Prescriber: | Clinton Morrison | | |

**8. Physician/Prescriber Address:**

| Street: 160 Sawgrass Drive, Suite 120 | | |
|---|---|---|
| City: Rochester | State: NY | Zip Code: 14620 |

| | | | |
|---|---|---|---|
| 9. Physician/Prescriber Phone #: | (585) 275 1000 | Fax: ( ) | |
| 10. If the patient has a Medicaid Managed Care Plan, has patient requested a fair hearing through Medicaid or received a fair hearing determination? | ◯ Yes | ◯ No | ◯ Don't know |

**11. To be completed if the applicant is the patient's designee**

Complete this section only if a designee is submitting this appeal on a patient's behalf. If the patient's provider is the designee complete section 14 instead of this section.

| | |
|---|---|
| Name of Designee: | |
| Relationship to Patient: | |

**Address:**

| Street: | | |
|---|---|---|
| City: | State: | Zip Code: |

| | | |
|---|---|---|
| Phone Number: | ( ) | Fax: ( ) |
| Designee Email Address: | | |

**12. Reason for Health Plan Denial** - check only one and **attach** a completed physician's attestation for all expedited appeals and all denial reasons except for Not Medically Necessary, Formulary Exception and No Surprises Act:

| | |
|---|---|
| ◉ Not medically necessary | ◯ Experimental/investigational for a clinical trial |
| ◯ Experimental/investigational | ◯ Experimental/investigational for a rare disease |
| ◯ Out-of-network and the health plan proposed an alternate in-network service | ◯ Out-of-network referral |
| ◯ Formulary Exception (for individual and small group coverage, other than Medicaid or Child Health Plus) | |
| ◯ No Surprises Act (NSA) | |

DCN: 241031071620 FX     09:39:10 AM EST

## PATIENT CONSENT TO THE RELEASE OF RECORDS FOR NEW YORK STATE EXTERNAL APPEAL

The patient, the patient's designee, and the patient's provider have a right to an external appeal of certain adverse determinations made by health plans.

When an external appeal is filed, a consent to the release of medical records, signed and dated by the patient, is necessary. An external appeal agent assigned by the New York State Department of Financial Services will use this consent to obtain medical information from the patient's health plan and health care providers. The name and address of the external appeal agent will be provided with the request for medical information.

I authorize my health plan and providers to release all relevant medical or treatment records related to the external appeal, including any HIV-related information, mental health treatment information, or alcohol / substance use treatment information, to the external appeal agent. I understand the external appeal agent will use this information solely to make a decision on the appeal and the information will be kept confidential and not released to anyone else. This release is valid for one year. I may revoke my consent at any time, except to the extent that action has been taken in reliance on it, by contacting the New York State Department of Financial Services in writing. I understand that my health plan cannot condition treatment, enrollment, eligibility, or payment on whether I sign this form. I acknowledge that the decision of the external appeal agent is binding. I agree not to commence a legal proceeding against the external appeal agent to review the agent's decision; provided, however, this shall not limit my right to bring an action against the external appeal agent for damages for bad faith or gross negligence, or to bring an action against my health plan.

If the patient or the patient's designee submits this application, by signing the Patient Consent to the Release of Records for New York State External Appeal, the patient attests that the information provided in this application is true and accurate to the best of his or her knowledge.

Signature of patient is required below. If the patient is a minor, the document must be signed by their parent or legal guardian. If the patient is deceased, the document must be signed by the patient's healthcare proxy or executor. If signed by a guardian, power of attorney, healthcare proxy or executor, a copy of the legal supporting document should be included.

| Signature: | Jamie Homnick | | |
|---|---|---|---|
| Print Name: | Jamie Homnick | | |
| Relationship to patient, if applicable: | | | |
| Patient Name: | Jamie Homnick | Age: | 39 |
| Patient's Health Plan ID#: | ███████████ | | |
| Date: (required) | 10/16/24 | | |

DCN: 241031071620 FX     09:39:10 AM EST

| d. Supporting Documents | | |
|---|---|---|
| The medical and scientific evidence listed above meets one of the following criteria (Note: peer-reviewed literature does not include publications or supplements sponsored to a significant extent by a pharmaceutical manufacturing company or medical device manufacturer.) | | Check the applicable documents: |
| ☐ | Peer-reviewed medical literature, including literature relating to therapies reviewed and approved by a qualified institutional review board, biomedical compendia and other medical literature that meet the criteria of the National Institute of Health's National Library of Medicine for indexing in Index Medicus, Excerpta Medicus, Medline and MEDLARS database Health Services Technology Assessment Research; | ☐ Document #1<br>☐ Document #2 |
| ☐ | Peer-reviewed scientific studies published in, or accepted for publication by, medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff; | ☐ Document #1<br>☐ Document #2 |
| ☐ | Peer-reviewed abstracts accepted for presentation at major medical association meetings; | ☐ Document #1<br>☐ Document #2 |
| ☐ | Medical journals recognized by the Secretary of Health and Human Services, under Section 1861(t)(2) of the federal Social Security Act; | ☐ Document #1<br>☐ Document #2 |
| ☐ | The following standard reference compendia: (i) the American Hospital Formulary Service Drug Information; (ii) the National Comprehensive Cancer Network's Drugs and Biological Compendium; (iii) the American Dental Association Accepted Dental Therapeutics; (iv) Thomson Micromedex DrugDex; or (v) Elsevier Gold Standard's Clinical Pharmacology; or other compendia as identified by the Secretary of Health and Human Services or the Centers for Medicare & Medicaid Services; or recommended by review article or editorial comment in a major peer reviewed professional journal; | ☐ Document #1<br>☐ Document #2 |
| ☐ | Findings, studies, or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes including the federal Agency for Health Care Policy and Research, National Institutes of Health, National Cancer Institute, National Academy of Sciences, Health Care Financing Administration, Congressional Office of Technology Assessment, and any national board recognized by the national Institutes of Health for the purpose of evaluating the medical value of health services. | ☐ Document #1<br>☐ Document #2 |

| 11. Clinical Trial Denial | |
|---|---|
| ☐ | There exists a clinical trial which is open and for which the patient is eligible and has been or will likely be accepted. |
| Although not required, it is recommended you enclose clinical trial protocols and related information. The clinical trial must be a peer-reviewed study plan which has been: (1) reviewed and approved by a qualified institutional review board, and (2) approved by one of the National Institutes of Health (NIH), or an NIH cooperative group or center, or the Food and Drug Administration in the form of an investigational new drug exemption, or the federal Department of Veteran Affairs, or a qualified non-governmental research entity as identified in guidelines issued by individual NIH Institutes for Center Support Grants, or an institutional review board of a facility which has a multiple project assurance approved by the Office of Protection from Research Risks of the NIH. | |

EA 04/23

**12. Rare Disease Treatment Denial**
If provision of the service requires approval of an Institutional Review Board, include or attach the approval.

☐   As a physician, other than the patient's treating physician, I attest the patient has a rare condition or disease for which there is no standard treatment that is likely to be more clinically beneficial to the patient than the requested service. The requested service is likely to benefit the patient in the treatment of the patient's rare disease, and such benefit outweighs the risk of the service.

◯ I do   ◯ I do not have a material financial or professional relationship with the provider of the service (check one).

| Check one: | ◯ The patient's rare disease currently or previously was subject to a research study by the National Institutes of Health Rare Diseases Clinical Research Network. |
| | ◯ The patient's rare disease affects fewer than 200,000 U.S. residents per year. |

**13. Out-of-Network Referral Denial**

As the patient's attending physician, I certify that the in-network health care provider(s) recommended by the health plan do not have the appropriate training and experience to meet the particular health care needs of the patient. I recommend the out-of-network provider indicated below, who has the appropriate training and experience to meet the particular health care needs of the patient and is able to provide the requested health service.

| Name of out-of-network provider: | |
| Address of out-of-network provider: | |
| Training and experience of out-of-network provider: (e.g., board certification, years treating the condition, # of procedures performed and outcome, any other pertinent information). | |

**14. Physician (or Prescriber) Signature**

I attest that the above information is true and correct. I understand that I may be subject to professional disciplinary action for making false statements.

| Signature of Physician (or Prescriber): | | Date: | |
| Physician (or Prescriber) Name: (Print Clearly): | | | |

EA 04/23