# EXHIBIT D



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

GENNIFER HERLEY



NY

12/13/2024

Member Name: GENNIFER R HERLEY
Member ID:
Member Date of Birth:
Reference Number:
Plan Sponsor: MTA NEW YORK CITY TRANSIT
Plan Sponsor Account Number: 285593

Dear Member and Healthcare Provider(s) of Record,

After review, we have made a decision about coverage for the following health care services for the member named above. We use nationally recognized clinical guidelines and resources, such as MCG criteria and Clinical Policy Bulletins. Clinical Policy Bulletins are available at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**

Providers: Eduardo D Rodriguez
             NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 15824 | RHYTIDECTOMY FOREHEAD | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
         NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
| --- | --- | --- | --- | --- |
| 12/13/2024 - 12/13/2025 | 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
         NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 15774 | Grafting of autologous fat harvested by liposuction technique to face, eyelids ,mouth, neck, ears, orbits, genitalia, hands, and/or feet; each additional 25 cc injectate, or part there of (List separately in addition to code for primary procedure) | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
         NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21122 | GENIOPLASTY 2/> SLIDING OSTEOTOMIES | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
         NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21139 | RDCTJ FHD CNTRG & SETBACK ANT FRONTAL SINUS WALL | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
         NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21180 | RCNSTJ FOREHEAD &/ SUPRAORBITAL RIMS W/AUTOGRAFT | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard

medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
       NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 21270 | MALAR AUGMENTATION PROSTHETIC MATERIAL | 2 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
       NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 30420 | RHINOPLASTY PRIMARY W/MAJOR SEPTAL REPAIR | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan.

Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
     NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 31750 | TRACHEOPLASTY CERVICAL | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
     NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 31899 | UNLISTED PROCEDURE TRACHEA BRONCHI | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard

medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
           NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 40525 | EXC LIP FULL THKNS RCNSTJ W/LOCAL FLAP | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.
(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.
Providers: Eduardo D Rodriguez
           NYU Langone Hospitals Tisch

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 12/13/2024 - 12/13/2025 | 40799 | UNLISTED PROCEDURE LIPS | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We reviewed information received about your condition and circumstances. We used the Clinical Policy Bulletin (CPB): Gender Affirming Surgery. Based on CPB criteria and the information we have, we're denying coverage for the requested procedure to be performed as part of your gender transition. This procedure isn't medically necessary under the terms of your plan. Peer-reviewed medical studies haven't confirmed this procedure is accepted as standard medical practice to effectively treat gender dysphoria.

(Medical Necessity Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan does not cover services that are not medically necessary. Please see the reference to non-medically necessary services listed in the Exclusions section of the benefit plan document or refer to the description of medically necessary services in the Definitions or Glossary section of the benefit plan document.

**Information About Coverage Denials:**
"Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.

Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement. The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

The clinical criteria upon which this decision was based are available free of charge upon request by calling our Member Services department using the phone number displayed on the member's ID card.

Denial codes are not used and therefore not available.

Member billing by participating (in-network) providers (doctor or facility): If your care by a participating provider is denied based on medical necessity, the provider is not allowed to bill you for the denied services unless you knew in advance that the services would not be covered and you agreed in writing to pay for them.

**Member Appeal Rights:**
You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

**How to ask for an appeal by phone**

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at:
https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna<br>
National Accounts CRT<br>
P.O. Box 14001<br>
Lexington,KY 40512

Your request should include:
- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group's name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

**Action for Out-of-Network Providers due to the No Surprises Bill Act:**
When needed, providers must obtain the Standard Notice and Consent Documents under the No Surprises Act and submit the form with the claim. Or submit the form separately by sending it to one of the following:

Aetna
PO Box 14079
Lexington, KY 40512-4079, or

fax to 859-455-8650

**We Protect Your Privacy:**

Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID number, and date of birth.

**Patient Safety Information:**

To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using provider search.

Your provider may have sent diagnosis codes with your request for authorization of services. If you wish to obtain these codes and their descriptions, call us at the Member Services number on your medical identification card. If you have medical questions about your diagnosis, contact your provider.

If you suspect fraud or abuse involving your health benefits, please call the toll free Hotline at 1-800-338-6361 or contact us by E-Mail at AetnaSIU@Aetna.com.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Need help understanding this notice or our decision? Call us free of charge at the 1-800 number on your medical ID card. There are also other resources available to help you. Most plans are now subject to health care reform law. Call us or ask your employer if your plan is subject to the law. If it is, you can also contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) for help, if your health plan is provided by your employer. In addition, a consumer assistance program may be available to assist you.

Sincerely,

*[signature]*

Jordan Pritzker MD
Medical Director

A copy of this letter is also being sent to:

NYU Langone Hospitals Tisch
Eduardo Rodriguez

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).


Aetna
148.32.318.1

Aetna complies with applicable Federal civil rights laws and does not discriminate, exclude or treat people differently based on their race, color, national origin, sex, age, or disability.

Aetna provides free aids/services to people with disabilities and to people who need language assistance.

If you need a qualified interpreter, written information in other formats, translation or other services, call the number on your ID card.

If you believe we have failed to provide these services or otherwise discriminated based on a protected class noted above, you can also file a grievance with the Civil Rights Coordinator by contacting:

Civil Rights Coordinator,
P.O. Box 14462, Lexington, KY 40512 (CA HMO customers: PO Box 24030 Fresno, CA  93779),
1-800-648-7817, TTY: 711,
Fax: 859-425-3379 (CA HMO customers: 860-262-7705), CRCoordinator@aetna.com.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, or at 1-800-368-1019, 800-537-7697 (TDD).

TTY:711

| English | **To access language services at no cost to you, call the number on your ID card.** |
|---|---|
| Spanish | Para acceder a los servicios lingüísticos sin costo alguno, llame al número que figura en su tarjeta de identificación. |
| Chinese Traditional | 如欲使用免費語言服務，請撥打您健康保險卡上所列的電話號碼 |
| Russian | Для того чтобы бесплатно получить помощь переводчика, позвоните по телефону, приведенному на вашей идентификационной карте. |
| French Creole (Haitian) | Pou ou jwenn sèvis gratis nan lang ou, rele nimewo telefòn ki sou kat idantifikasyon asirans sante ou. |
| Korean | 무료 다국어 서비스를 이용하려면 보험 ID 카드에 수록된 번호로 전화해 주십시오. |
| Italian | Per accedere ai servizi linguistici senza alcun costo per lei, chiami il numero sulla tessera identificativa. |
| Yiddish | צו באקומען שפראך סערוויסעס פריי פון אפצאל, רופט דעם נומער אויף אייער ID קארטל. |
| Bengali | আপনাকে বিনামূল্যে ভাষা পরিষেবা পেতে হলে আপনার পরিচয়পত্রে দেওয়া নম্বরে টেলিফোন করুন। |
| Polish | Aby uzyskać dostęp do bezpłatnych usług językowych, należy zadzwonić pod numer podany na karcie identyfikacyjnej. |
| Arabic | للحصول على الخدمات اللغوية دون أي تكلفة، الرجاء الاتصال على الرقم الموجود على بطاقة اشتراكك. |
| French | Pour accéder gratuitement aux services linguistiques, veuillez composer le numéro indiqué sur votre carte d'assurance santé. |
| Urdu | **لسانی خدمات تک مُفت رسائی کے لیے، اپنے بیمہ کے ID کارڈ پر درج نمبر پر کال کریں۔** |
| Tagalog | Upang ma-access ang mga serbisyo sa wika nang walang bayad, tawagan ang numero sa iyong ID card. |
| Greek | Για πρόσβαση στις υπηρεσίες γλώσσας χωρίς χρέωση, καλέστε τον αριθμό στην κάρτα ασφάλισής σας. |
| Albanian | Për shërbime përkthimi falas për ju, telefononi në numrin që gjendet në kartën tuaj të identitetit. |