UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, ET AL., *Plaintiffs*, v. AETNA LIFE INSURANCE COMPANY, *Defendant*. | No. 3:24-cv-1447 (VAB) |

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Depositions of fact witnesses shall be completed by **October 31, 2025**.
- Designation of expert witnesses on issues which the parties bear the burden of proof due by **November 7, 2025**.
- Depositions of expert witnesses on issues which the parties bear the burden of proof due by **December 19, 2025**.
- Designation of expert witnesses on issues which the parties do not bear the burden of proof due by **January 23, 2026**.
- Depositions of expert witnesses on issues which the parties do not bear the burden of proof due by **February 27, 2026**.
- All discovery shall close by **February 27, 2026**.
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **March 6, 2026**.
- Motion for class certification due by **April 24, 2026**.
- Proposed dispositive motion and trial schedule due ten (10) days after the Court rules on the motion for class certification.

**SO ORDERED** at New Haven, Connecticut, this 14th day of April, 2025.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge