UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 3:24-cv-01447-VAB |

**PLAINTIFFS' UNOPPOSED MOTION TO EXPAND PAGE LIMIT**

Per this Court's Order (ECF No. 73) and Rule 7(d) of the Local Rules, Plaintiffs Jamie Homnick and Gennifer Herley will reply to Defendant Aetna Life Insurance Company's Response in Opposition to the Motion for Preliminary Injunction (ECF No. 81) by April 25, 2025. Plaintiffs request 20 pages for their reply memorandum to properly address Defendant's 40-page opposition brief, including new factual and legal arguments based in Defendant's discovery conducted for the preliminary injunction. Defendant does not oppose the motion.

DATED: April 17, 2025

Respectfully submitted,

/s/ *Harini Srinivasan*
Christine E. Webber (admitted *pro hac vice*)
Harini Srinivasan (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

aschwarcz@cohenmilstein.com
hsrinivasan@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
ADVOCATES FOR TRANS
EQUALITY    EDUCATION FUND
520 Eighth Avenue, Suite 2204
New York, NY 10018
Phone:(646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org

*Attorneys for Plaintiffs*