AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Binah Gordon, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-1447 |
| Aetna Life Insurance Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binah Gordon, Kay Mayers, S.N., Alma Avalle, Jamie Homnick, and Gennifer Herley et al.    .

Date:    04/22/2025

*Attorney's signature*

Seran Gee SDNY Bar No. 6022677
*Printed name and bar number*

520 8th Ave Suite 2204
New York, NY 10018

*Address*

sgee@transequality.org
*E-mail address*

(646) 845-4203
*Telephone number*

(646) 993-1686
*FAX number*