**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BINAH GORDON *et al*., | |
| Plaintiffs, | |
| v. | No. 3:24-cv-01447-VAB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7(b), Plaintiffs Jamie Homnick and Gennifer Herley ("Plaintiffs") move for an extension of time to file their reply to Defendant Aetna Life Insurance Company's Response in Opposition to the Motion for Preliminary Injunction [ECF No. 81]. Plaintiffs' reply is currently due on April 25, 2025. Pursuant to the Court's Order [ECF No. 73], in which the Court indicated its willingness to provide the parties with additional time for Preliminary Injunction briefing, if needed, Plaintiffs seek a short two-day extension until April 29, 2025. Plaintiffs' counsel is seeking to accommodate unforeseen scheduling conflicts. This is Plaintiffs' first motion for extension of time as to this deadline and Defendant does not oppose the motion.

DATED: April 23, 2025

Respectfully submitted,

/s/ *Harini Srinivasan*
Christine E. Webber (admitted *pro hac vice*)
Harini Srinivasan (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com

hsrinivasan@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
520 Eighth Avenue, Suite 2204
New York, NY 10018
Phone:(646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org

*Attorneys for Plaintiffs*