# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON *et al*., | |
| Plaintiffs, | |
| v. | No. 3:24-cv-01447-VAB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## DECLARATION OF R. NICHOLAS GORTON, M.D.

1.  I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.  The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. An accurate and true copy of my curriculum vitae is attached as Attachment A to this declaration.

3.  I received my medical degree from the University of North Carolina, School of Medicine and completed my residency and chief residency in emergency medicine at Kings County Hospital in Brooklyn, New York. I am a licensed physician in California with expertise in the treatment of transgender patients. I am board certified in emergency medicine and have expertise in the primary care and hormonal treatment of transgender people. For the past twenty years I have served as a primary care physician at Lyon-Martin Health Services in San Francisco, CA, where I am also currently the Medical Director. Lyon-Martin is a historically LGBT clinic that has been serving transgender patients for over 30 years. In that role, I have been the attending physician for over 500 transgender patients, in addition to the supervising attending physician for an additional over 500 patients who receive direct care from nurse practitioners and physician assistants. Lyon-Martin also has one of just a handful of sites in the United States that trains medical students, residents, and fellows to provide transgender primary care, and I have been a primary clinical instructor to over 100 trainees during my time at the clinic.

4.  In addition to providing services at Lyon-Martin, I am the Medical Lead and serve as a consultant for TransLine, a national transgender medical consultation service for clinicians needing expert advice about the care of their individual patients. I also am an active member of the World Professional Association for Transgender Health ("WPATH") and serve on the organization's Institutionalized Persons committee. The WPATH Standards of Care are the internationally recognized standards for providing health care for transgender people. I formerly

served on the medical advisory board of the University of California San Francisco Center of Excellence for Transgender Health and on the American Medical Association's LGBT Advisory Committee.

5. As part of my practice, I stay familiar with the latest medical science, research, and treatment protocols related to transgender people and gender dysphoria. In preparing this declaration, I relied on my experience, training, and review of research over the past twenty years of treating transgender patients, as well as the sources cited herein.

6. In the past four years, I have testified as an expert in the following matters:

    a. Dostie v Marowitz, RG20082410 (Superior Court of California)

    b. Claire, et al. v. Fla. Dep't of Mgmt. Serv., 4:20cv20-MW/MAF (N.D. Fla.)

    c. I am also scheduled to give expert testimony by deposition in Wagoner v. Dahlstrom, 3:18-cv-00211-RRB (D. Alaska)

7. I will receive no compensation for my expert services and opinion in this case, regardless of the outcome.

## GAFR is Medically Necessary

8. I have been asked to opine on the necessity of Gender-Affirming Facial Reconstruction (GAFR), also known as Facial Feminization Surgery (FFS) or Facial Gender Confirmation Surgery (FGCS), in treatment for Gender Dysphoria (GD) in transgender women and other transfeminine people.

9. GAFR is a medically necessary treatment for many transfeminine people with GD, and for some it may be completely impossible to adequately treat their GD without this surgery.

10. GAFR is a broad range of cranio-maxillofacial surgical procedures and techniques whose objective is to convert a masculine face to a more feminine one. This is not an attempt to take an already feminine face and make it more attractive, but rather to accomplish two goals: (1) directly diminish the patient's gender dysphoria and (2) allow the individual patient to be perceived as female in everyday society and integrate seamlessly into the community. The second goal also diminishes gender dysphoria, because transgender people who are misgendered have significantly worse psychological outcomes.

11. The medical literature demonstrates that GAFR accomplishes both of these goals.

## GAFR Directly Diminishes Gender Dysphoria

12.    GD is the clinical term, defined in the American Psychiatric Association's Diagnostic and
Statistical Manual of Mental Disorders – Fifth Edition (DSM-5), to describe transgender people
who experience clinically significant distress due to the incongruence between their gender
identity and assigned sex at birth, if not appropriately treated. Such distress can include
depression, suicidal thoughts, or impairment of functioning in their daily lives. Appropriate
treatment is therefore critical.

13.    Delays in treatment of GD result in continued daily suffering for patients, which can be severe
enough to cause suicidal ideations and suicide attempts. Studies in the modern era of delaying
surgery to treat GD are precluded by both medical ethics and the fact that no Institutional Review
Board would ever approve such a study.[1] However, in my own practice, during the first years of
the COVID-19 pandemic there was a "natural experiment" in that some of my patients who had
been scheduled for surgery had their surgery delayed indefinitely due to hospitals only
performing urgent and emergent surgeries for many months. At the time, patients were told that
the delay was indefinite and during this time I saw significant psychological decompensation in a
number of patients.

14.    GD is a diagnosis, but it is also the primary symptom of the condition. The symptom gender
dysphoria is the significant feeling of psychological distress that occurs when a person's internal
gender identity differs from their gendered body and/or the sex they were assigned at birth. Thus,
for example, when transgender patients look in the mirror and perceive their body as gendered
differently than their internal gender identity, they suffer this distress.

15.    In particular, transfeminine patients who only began treatment in adulthood often have
significant gender dysphoria because of the significant changes to facial architecture that occurs
due to testosterone during puberty.

16.    For some transfeminine patients, facial-focused dysphoria can be more severe than genital-
focused dysphoria.

17.    GAFR can significantly diminish this facial-focused dysphoria and allow patients to do the
simple act of looking in a mirror without exacerbating their GD.

18.    A review performed to inform the WPATH Standards of Care Version 8 (SOC8) found that a
sufficient quantity of research evidence demonstrated that GAFR is medically necessary. This
review found that "[r]ecent literature on quality-of-life outcomes following FGCS [GAFR] has

---

[1] Although there is one study from over three decades ago that did have a timely and delayed group which
demonstrated improved social function and increased employment in the group who received timely surgery.
Charles Mate-Kole et al., *A controlled study of psychological and social change after surgical gender reassignment
in selected male transsexuals*, 157 British J. of Psychiatry 261, 261-264 (1990).

supported the substantial impact these procedures have on overall well-being and reduction of psychosocial sequelae in patients."[2]

19.  A recent systematic review and meta-analysis assessing quality of life as well as safety and complications demonstrated that in total, the scientific literature shows statistically and clinically significant improvements in the Quality of Life (QoL) for transgender patients undergoing GAFR with very low surgical risks.[3] This meta-analysis concluded that "FGAS [GAFR] procedures significantly improve QoL across categories of perceived femininity, psychological well-being, social integration, esthetic satisfaction, and physical health compared to neutral,"[4] and "FGAS [GAFR] significantly improves QoL with minimal risk to life and supports the literature in defining FGAS [GAFR] as a medically necessary procedure comparable to other TRSs."[5]

20.  A prospective multicenter cohort study demonstrated that Composite score of the FFS Outcomes Evaluation (FFSOE) instrument[6] (a validated measure that has been shown to correlate with quality of life outcomes) showed a statistically significant improvement, from 47.2 to 80.6 on a scale of 1 to 100, at 6 months postoperatively.[7] In addition, the study showed that objective cephalometric (involving anatomical measurements of the head and face) analysis of facial femininity also showed a statistically significant improvement.

---

[2] Jens U. Berli et al., *Facial gender confirmation surgery—review of the literature and recommendations for version 8 of the WPATH Standards of Care*, 18 Int'l J. of Transgenderism 264, 264-270 (2017).

[3] Gavin A. Raner et al., *Quality of life outcomes in patients undergoing facial gender affirming surgery: A systematic review and meta-analysis*, 25 Int'l J. of Transgender Health 653, 653-662 (2024).

[4] *Id*. at 660.

[5] *Id*. at 653.

[6] FFSOE is a validated measure shown to correlate with QoL outcomes and consists of 9 measures that include the patient's self-perception, others perception of femininity, effects on social and professional activities, and importance to the patient of FFS as well as other types of gender confirming surgery. This can be reported as individual measures (1-5) or as a composite score ranging from 1-100. The 9 measures are: 1. I like the appearance of my face. 2. The appearance of my face is feminine. 3. My friends and loved ones perceive my face as feminine. 4. My current facial appearance limits my social activities. 5. My current facial appearance limits my professional activities. 6. In public, I am confident my facial appearance is perceived as feminine. 7. I would like to alter the appearance of my face (new surgery?). 8. Facial feminization surgery is/was important to my ability to live as a woman. 9. Body surgery is/was important to my ability to live as a woman. *See* Tiffany A. Ainsworth & Jeffrey H. Spiegel, *Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery*, 19 Quality of Life Rsch. 1019, 1021 (2010).

[7] Shane D. Morrison et al., *Prospective Quality-of-Life Outcomes after Facial Feminization Surgery: An International Multicenter Study*, 145 J. of Am. Society of Plastic Surgeons: Plastic & Reconstructive Surgery 1499, 1499-1509 (2020).

21.    A prospective cohort study assessed preoperative and postoperative patients after GAFR, using
the validated Patient-Reported Outcomes Measurement Information System (PROMIS)[8]
instrument and demonstrated statistically significant clinical improvement through reduction in
anxiety, anger, depression, and social isolation and increase in positive affect, meaning and
purpose, and global mental health.[9]

22.    A large single institution cohort study used the FFSOE and demonstrated statistically significant
improvement on 7 individual measures, covering issues such as perceptions of their face as
feminine, whether their facial appearance limited their social or professional activities, and liking
their own face.[10] The only measures that remained stable were measures 8 and 9, which
measured whether facial and body surgery are or were important to live as a woman. These
measures were significantly elevated preoperatively and remained unchanged—indicating that
the patient's preoperative assessment of the importance of GAFR for them to live as a woman
was unchanged after surgery.

23.    Another small cohort study also demonstrated statistically significant improvements in the
composite FFSOE score from $48.3 \pm 15.4$ preoperatively to $89.8 \pm 8.7$ six months
postoperatively.[11]

24.    A cohort study performed by the Division of Plastic Surgery, Department of Surgery, Yale School
of Medicine used two validated measures, the WHOQOL-BREF[12] and the FACE-Q[13], a facial
surgery satisfaction tool not specific to transgender populations.[14] Both the FACE-Q and the

---

[8] *See* National Institutes of Health, *Patient-Reported Outcomes Measurement Information Systems
(PROMIS)*, https://commonfund.nih.gov/patient-reported-outcomes-measurement-information-system-promis (last
visited Feb. 26, 2025).

[9] Rachel M. Caprini et al., *Effect of Gender-affirming Facial Feminization Surgery on Psychosocial
Outcomes*, 277 Annals of Surgery e1184, e1184-e1190 (2023).

[10] David W. Chou et al., *Quality of Life Outcomes After Facial Feminization Surgery*, 24 Facial Plastic
Surgery & Aesthetic Med. S44, S44−S46 (2022).

[11] Thomas Satterwhite, *Abstract: Prospective Quality of Life Outcomes after Facial Feminization Surgery*,
5 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery 204, 204-205 (2017).

[12] World Health Org., *WHOQOL: Measuring Quality of Life*, https://www.who.int/tools/whoqol/whoqol-
bref (last visited Feb. 26, 2025) ("WHOQOL is a quality of life assessment developed by the WHOQOL Group with
fifteen international field centres, simultaneously, in an attempt to develop a quality of life assessment that would be
applicable cross-culturally").

[13] Anne Klassen, et al., *FACE-Q scales for health-related quality of life, early life impact, satisfaction with
outcomes, and decision to have treatment: development and validation*, 135 J. of Am. Soc'y of Plastic Surgeons:
Plastic & Reconstructive Surgery 375, 375-386 (2015) (describing FACE-Q as "a patient-reported outcome
instrument composed of more than 40 independently functioning scales and checklists.").

[14] David P. Alper et al., *Quantifying Facial Feminization Surgery's Impact: Focus on Patient Facial
Satisfaction*, 11 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery e5366 (2023).

physical and psychological domains of the WHOQOL-BREF showed statistically significant improvements after patients underwent GAFR.

25.    A study comparing transfeminine patients who had undergone hormone replacement surgery alone versus hormone replacement surgery plus GAFR demonstrated improved outcomes on the FACE-Q measure.[15]

26.    A study comparing transfeminine patients who had undergone GAFR and genital gender affirming surgery (also referred to as genital reconstruction surgery or GRS) with those who had not undergone surgery or who had received GRS alone demonstrated that FFSOE scores were statistically significantly better in those who had undergone GAFR compared with those who had no surgery or only genital gender affirming surgery.[16] The author concluded that "this suggests a more satisfactory quality of life outcome in regard to physical, mental, and social functioning following FFS [GAFR] than without such surgery."[17] In addition, using the San Francisco short 36-question health questionnaire (SF36v2), those who had undergone only GAFR scored no differently than the general non-clinical female population on the Mental Component Summary section - 50 (SD 8.9) in transfeminine patients and compared to 48.9 (SD 10) in cisgender women. Given that transgender populations (especially before treatment) generally demonstrate significantly worse mental health measures including high rates of suicidality, the fact that the transfeminine patients who had undergone GAFR were clinically indistinguishable on this measure of mental health from the general population of cisgender women is quite remarkable. In addition, the study demonstrated that GAFR was as effective at improving scores on the SF36v2 as was GRS. The authors note that "[m]ost of the internal conflict and distress revolves around the inconsistent physical appearance and its social implications. It is therefore not surprising that those without surgical alteration of their physical appearance suffer more in the impact of their health on social activities (e.g., activities with family, friends, or neighbors). These results indicate that FFS [GAFR], GRS, or both may have a substantial impact on a transwoman's ability to engage in social activities without limitations."[18]

**GAFR Allows Transfeminine People to Be Perceived as Women.**

27.    A study demonstrated that transgender women who had undergone GAFR were gendered correctly as female 94% of the time as opposed to 57% of the time preoperatively. This was

---

[15] Mariana N. Almeida et al., *FACE-Q Satisfaction Ratings Are Higher After Facial Feminization Surgery Than Hormone Replacement Therapy Alone*, 9 Transgender Health 436, 436-443 (2024).

[16] Ainsworth & Spiegel, *supra* note 6, at 1019-1024.

[17] *Id.* at 1021.

[18] *Id*. at 1023.

comparable to the cisgender male and female controls who were gendered correctly 99% of the time.[19]

28.    Another study also demonstrated the efficacy of GAFR in ensuring that transfeminine people are perceived as female.[20] The authors note that "[i]n studies of gender recognition on faces stripped of the secondary gender characteristics described above, there is a 96% ability to correctly identify the gender by face alone", and that "most errors were in incorrectly considering a female face to be male."[21] In post-GAFR subjects in this study, transfeminine patients' pictures were identified as female in 82-87% of cases (depending on which part of the face had been addressed with GAFR). This is dramatically higher than the at-most 4% which would be expected based on the 96% ability to identify faces correctly cited in the paper. Moreover, "among those images that were not interpreted as the intended postoperative gender by a majority of viewers, the results were more likely to be equivocal than statistically indicative of a masculine appearance. This suggests that even in those patients in whom the postoperative results were not clearly feminine, the results at least tended to shift toward a more ambiguous appearance rather than overtly masculine."[22]

29.    As AI facial recognition is more systematic than human observers, this has also been used to assess differences in femininity of the face pre- and post-operatively. A study using AI facial recognition software demonstrated that while preoperatively, transfeminine people were only gendered correctly 53% of the time, these same patients were correctly identified as women 98% of the time after GAFR, which is significantly closer to the 100% and 98% of cisgender male and female controls that were correctly identified as male and female respectively.[23] A similar study using AI facial recognition software showed an increase from 57% to 87% correct gender recognition with increased confidence of assessment of femininity after GAFR compared with before.[24]

30.    Given that GAFR has, by the above studies, demonstrated to improve (by both humans and facial recognition software) the ability of transfeminine people to be able to be perceived as women, it

---

[19] Mark Fisher et al., *Facial Feminization Surgery Changes Perception of Patient Gender*, 40 Aesthetic Surgery J. 703, 703–709 (2020).

[20] Jeffrey H. Spiegel, *Facial determinants of female gender and feminizing forehead cranioplasty*, 121 The Laryngoscope 250, 250-261 (2010).

[21] *Id*. at 251.

[22] *Id*. at 259.

[23] Kevin Chen et al*., Facial Recognition Neural Networks Confirm Success of Facial Feminization Surgery*, 145 J. of Am. Soc'y of Plastic Surgeons: Plastic & Reconstructive Surgery 203, 203-209 (2020).

[24] David W. Chou et al., *Artificial Intelligence Suggests Greater Visual Conformity with Affirmed Gender After Facial Feminization Surgery*, 26 Facial Plastic Surgery & Aesthetic Medicine 643, 643-645 (2024).

is then useful to review the literature demonstrating that transfeminine patients who are less perceived as female experience multiple negative psychosocial consequences.

### Improved Perception as Female Results in Improved Psychosocial Outcomes for Transfeminine People

31.    A US national survey of over 6,454 transgender Americans demonstrated that visual nonconformity (inability to be perceived as their affirmed gender) was "a risk factor in eliciting anti-transgender bias and its attendant social and economic burdens."[25] The authors also demonstrated that visual non-conformers were more likely to attempt suicide (44%) and were less likely to receive medical care at a primary care provider's office.[26] A subsequent analysis of that data set demonstrated that transgender people who are less visually conforming are more likely to have been homeless, and more likely to have been denied access to shelters, been thrown out of shelters, or experienced assault while in a shelter.[27]

32.    A study of perception as the affirmed gender and psychological outcomes in the Kaiser Study of Transition, Outcomes & Gender (STRONG) cohort demonstrated that transgender patients who achieved good visual conformity had statistically significantly less likelihood of having depression or anxiety.[28]

33.    Another study of young transgender women in Los Angeles found that "[t]ransgender women, particularly those who have difficulty 'passing,' or looking like biologic females, report problems obtaining gainful employment because of transgender-related discrimination."[29]

---

[25] Jaime M. Grant et al., *National Transgender Discrimination Survey Report on health and health care*, Nat'l Ctr. for Transgender Equality and National Gay and Lesbian Task Force 1, 2 (2010).

[26] *Id.* at 15.

[27] Stephanie Begun & Shanna K. Kattari, *Conforming for survival: Associations between transgender visual conformity/passing and homelessness experiences*, 28 J. of Gay & Lesbian Social Services 54, 54-66 (2016).

[28] Margaret To et al., *Visual Conformity with Affirmed Gender or "Passing": Its Distribution and Association with Depression and Anxiety in a Cohort of Transgender People*, 17 J. of Sexual Medicine, 2084, 2084-2092 (2020).

[29] Erin C. Wilson et al., *Transgender female youth and sex work: HIV risk and a comparison of life factors related to engagement in sex work*, 13 AIDS Behav. 902, 902-913 (2009).

34. Transgender people who are visually non-conforming are also more likely to avoid accessing health care when necessary[30] and are less likely than transgender people who are visually conforming to be able to access transgender related health care.[31]

*\*\**

35. My clinical experience treating transfeminine patients in my practice is congruent with this research. While Gender Affirming Genital Reconstruction is incredibly important in the treatment of transgender patients, more often than not, transfeminine patients' psychosocial health and wellbeing is improved more impressively with GAFR than any other surgery. It cannot be overstated enough how important this surgery is. Patients who have experienced years of transphobia, misgendering, stares and laughing, and even interpersonal violence because they are not perceived as a woman when others see their face can suddenly live their lives free of this ever-present stigma.

36. In my professional opinion, GAFR is medically necessary treatment for gender dysphoria for transfeminine patients when clinically indicated to treat their GD. Transfeminine patients who undergo GAFR have significantly diminished gender dysphoria. In addition to this direct beneficial effect, GAFR substantially improves the ability to be perceived as their affirmed gender in public when assessed by individual people as well as facial identification software. When transgender people are able to be perceived as their affirmed gender, they have significantly improved psychosocial outcomes via an indirect effect that is in addition to the direct effect that GAFR has on diminishing gender dysphoria.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Dated: 2/28/2025 | 8:55 AM PST          Signed: *R. Nicholas Gorton, M.D.*
                                                            R. Nicholas Gorton, M.D.

---

[30] Luisa Kcomt et al., *Healthcare avoidance due to anticipated discrimination among transgender people: A call to create trans-affirmative environments*, 11 SSM - Population Health 100608 (2020).

[31] Jaclyn M. White Hughto et al., *Barriers to Gender Transition-Related Healthcare: Identifying Underserved Transgender Adults in Massachusetts*, 2 Transgender Health 107, 107-118 (2017).

# ATTACHMENT A

**Ryan Nicholas Gorton, MD, DABEM**

█████████████ CA ████
(504) 261-8379 (mobile)
nickgorton@gmail.com

<u>**Professional Practice**</u>

February 2005 – Current        Emergency Medicine Physician
                               Sutter Davis Hospital
                               Davis, CA
                               Chairman, Quality and Patient Safety Committee 2009 to Current

September 2009 – Current       Chairman, Quality and Patient Safety Committee
                               Sutter Davis Hospital
                               Davis, CA
                               Responsible for monitoring hospital performance on state, federal,
                               and Joint Commission quality measures/performance and
                               implementing performance improvement primarily using
                               the LEAN process (for example FMEA, SBAR, and root cause
                               analysis).

July 2002 – February 2005      Emergency Medicine Physician
                               St Tammany Parish Hospital
                               Covington, LA

<u>**Professional Practice: Volunteer Activities**</u>

March 2005 – Current           Primary Care Provider and Clinical Instructor
                               Lyon-Martin Community Health
                               San Francisco, CA.

August 2005 – February 2006    Acting Medical Director
                               Lyon-Martin Community Health
                               San Francisco, CA.

September 2023 – Current       Acting Medical Director
                               Lyon-Martin Community Health
                               San Francisco, CA.

September 2008 – Current       Executive Committee Member and Lecturer
                               Project HEALTH  http://www.project-health.org/
                               San Francisco, CA.

January 2011 – Current         Lead Clinician TransLine National Clinical Consultation Line

Medical-Legal Consultant:      Sylvia Rivera Law Project, New York, NY
                               Lambda Legal Defense and Education Fund, Inc., New York, NY
                               Transgender Law Center, San Francisco, CA

National Center for Lesbian Rights. San Francisco, CA
Northwest Justice Project, Seattle, WA
The Legal Aid Society, New York, NY
National Center for Transgender Equality, Washington, DC
TGI Justice Project, Oakland, CA.
ACLU Florida

**Post Graduate Training**

| | |
|---|---|
| June 2001 – June 2002 | Chief Resident, Department of Emergency Medicine<br>Kings County Hospital Center/SUNY Downstate<br>Brooklyn, NY |
| July 1998 – June 2002 | Emergency Medicine Residency<br>Kings County Hospital Center/SUNY Downstate<br>Brooklyn, NY |

**Education**

| | |
|---|---|
| August 1994 – May 1998 | Doctor of Medicine<br>University of North Carolina School of Medicine<br>Chapel Hill, NC |
| August 1988 – August 1991 | Bachelor of Science in Biochemistry, Summa Cum Laude<br>North Carolina State University<br>Raleigh, NC |

**Professional Affiliations**

World Professional Association for Transgender Health (formerly HBIGDA)
- WPATH GEI Certified Practitioner
- Institutionalized Persons Committee
- Instructor WPATH Health Plan Provider Training program

University of California at San Francisco Center of Excellence for Transgender Health
- Medical Advisory Board 2010-2013 (during initial development of original Primary Care Protocols)

American Medical Association
- GLBT Advisory Committee 2009-2011

Gay and Lesbian Medical Association
- LGBT Medical Experts Panel

**Licensure/Certification**

| | |
|---|---|
| Nov 2003 – Present | Diplomate American Board of Emergency Medicine |
| Nov 2004 – Present | CA State Medical License A89440 |
| Feb 2002 – 2009 | LA State Medical License 14466R |
| June 2001 – 2010 | NY State Medical License 221808 |

**Publications and Papers**

Gorton, R and Grubb, M. (2022), General, Sexual, and Reproductive Health, In Erickson-Schroth, L (Ed) *Trans Bodies, Trans Selves: A Resource for the Transgender Community*. New York, NY: Oxford University Press.

Gorton, R, and Berdahl, C. *Improving the Quality of Emergency Care for Transgender Patients. Annals of emergency medicine*. 71(2): 189-192. 2018.

Gorton, R, and Erickson-Schroth, L. *Hormonal and Surgical Treatment Options for FTMs*. Psychiatric Clinics of North America. Psychiatric Clinics of North America. 40(1): 79-97. 2017.

Gorton, R, and Jaffe, J.M., *Transline Medical Consultation Service: Four Years of Clinician Support.* USPATH Poster Presentation: February, 2017.

Ingram, N., Pratt V., and Gorton, R. *Counting trans\* patients: A Community Health Center Case Study.* TSQ: Transgender Studies Quarterly. 2(1): 136-147. 2015.

Gorton, R and Grubb, M. (2014), General, Sexual, and Reproductive Health,  In Erickson-Schroth, L (Ed) *Trans Bodies, Trans Selves: A Resource for the Transgender Community*. New York, NY: Oxford University Press.

Gorton R. Transgender as Mental Illness: Nosology, Social Justice, and the Tarnished Golden Mean. In Stryker S and Aizura A (Eds.), *The Transgender Studies Reader, Vol 2*. New York, NY Taylor and Francis. 2013.

Ehrbar R, Gorton R, and Winters K. Sugerencias para la revisión de los diagnósticos relacionados con el genero en el DSM y el CIE. In Miquel Missé and Gerard Coll-Planas (Eds.), *El Género Desordenado - Críticas en torno a la patologización de la transexualidad.* Madrid: EGALES. 2010.

Ehrbar R, and Gorton R. *Exploring Provider Treatment Models in Interpreting the Standards of Care*. International Journal of Transgenderism, 12(4):198-210. 2010.

Pittsburgh Transgender Health Research Summer Institute: *A Review and Guidance for Future Research—Proceedings from the Summer Institute at the Center for Research on Health and Sexual Orientation, University of Pittsburgh t.* International Journal of Transgenderism, 12(4):211-229. 2010.

Haraldsen I, Ehrbar R, Gorton R, and Menvielle E. *Recommendations for Revision*

*of the DSM Diagnosis of Gender Identity Disorder in Adolescents.* International Journal of Transgenderism, 12(2):75-79. 2010.

Gorton R. *Transgender Health Benefits: Collateral Damage in the Resolution of the National Health Care Financing Dilemma.* Sexuality Research and Social Policy: Journal of NSRC. 4(4):81-91. Dec 2007.

Gorton R. *Health Care and Insurance Issues for Transgender Persons.* American Family Practitioner. 74(12):2022. December 2006. https://www.aafp.org/afp/2006/1215/p2022.html

Gorton R. *Current Summary of the Medical Knowledge Base and Current Clinical Standards Surrounding the Treatment of Patients with Gender Identity Disorder.* Report prepared for the Lambda Legal Defense Fund. May 2005.

Gorton R, Buth J, and Spade D. *Medical Therapy and Health Maintenance for Transgender Men: A Guide For Health Care Providers.* Lyon-Martin Women's Health Services. San Francisco, CA. 2005. ISBN 0-9773250-0-8 (www.nickgorton.org)

Gorton R. *A Critical Analysis of the Hayes Report: "Sex Reassignment Surgery and Associated Therapies for Treatment of GID."* Report prepared for the Lambda Legal Defense Fund. May 2005.

*Greenberg's Text Atlas of Emergency Medicine*, Michael Greenberg Ed. Lippincott Williams & Wilkins. ISBN 0-7817-4586-1 2004. Contributing Author: Chapter 4 – Eyes/Ophthalmic.

Gorton R. "Toward a Resolution of GID, the Model of Disease, and the Transgender Community." MAKE. March 2005. http://www.makezine.org/giddisease.htm https://web.archive.org/web/20080524033311/http://www.makezin e.org/giddisease.htm

Sinnert R, et al, Gorton R. "The ratio of ionized calcium to magnesium modifies the bronchodilatory effects of magnesium therapy in acute asthma." Aced Emerg Med 2002 9(5) 436-437.

Morris D, Rosamond W, Hinn A, Gorton R. "Time delays in accessing stroke care in the emergency department." Acad Emerg Med 1999 Mar; 6(3) 218-23.

Rosamond W, Gorton R, Hinn A, Hohenhaus S, Morris D. "Rapid response to stroke symptoms: the Delay in Accessing Stroke Healthcare (DASH) study." Acad Emerg Med 1998 Jan; 5(1) 45-51.

**Selected Conference Presentations and Invited Talks**

Gorton, R. Sexual Health Services for TG/NG/GNC clients. California
    Department of Public Health. STD Prevention and Control Local Capacity
    Building Webinar Series. November 2021

Gorton, R. Transgender Medicine. Touro University College of Osteopathic
    Medicine. March 2021.

Gorton, R. LGBTIQ in the Emergency Department. WellSpan Department of
    Emergency Medicine, Grand Rounds. York, PA. February 2021.

Del Rios, M, Ennis, K, Gorton, R, Kass, D, Moreno-Walton, L, & Purakal, J.
    The Other Public Health Emergency How Inherent Bias Affects
    Healthcare. ACOEP Scientific Assembly. October 2020

Gorton, R, Gruberg, S, Tobin, Harper Jean. Plenary IV: Fighting for LGBT Health
    Policy Protections: Health Providers' Crucial Role in Advocacy. GLMA
    2019. New Orleans, LA, September 2019.

Gorton, R. Genital Gender Affirming Surgery for the Transgender Patient: A
    Didactic and Hands-on Fresh Cadaver-Based Course: "Hormone
    Replacement for Transgender Patients". American Urological Association
    2018. San Francisco, CA. May, 2018.

Gorton, R, Jaffe, JM, Tescher, J, and Baker, K.  "Mini-Symposium: As California
    Goes, So Goes the Nation (Hopefully)". USPATH. February, 2017.

Gorton, R. Session Moderator. USPATH Symposium. San Francisco CA.
    February, 2017.

Gorton, R. "Acute and Long Term Complications of Silicone Pumping: Primary,
    Secondary, and Tertiary Prevention". WPATH Symposium. Amsterdam,
    The Netherlands. June, 2016.

Gorton, R, Ettner, R, Brown, G, Bermudez, F, Orthwein, J and Mazur, T. "Orange
    isn't the New Black (Yet)". WPATH Symposium. Amsterdam, The
    Netherlands. June, 2016.

Gorton R. "Transgender Patient Care in the Emergency Department". American
    Academy of Emergency Medicine Scientific Assembly. Las Vegas,
    Nevada. February 2016.

Gorton R. "Transgender Patients in the Emergency Department". Stanford
    University Department of Emergency Medicine SimWars. Stanford, CA.
    February 2016.

Gorton R. "History of Transgender Medicine". UCSF School of Medicine
    Transgender Health elective. San Francisco, CA. February 2016.

Gorton R. "Free Silicone Complications and Management". National Transgender
Health Summit. Oakland, CA. April 2015.

Gorton R. "History of Transgender Medicine". UCSF School of Medicine
Transgender Health elective. San Francisco, CA. March 2015.

Gorton R. "Transgender Healthcare". UC Davis School of Medicine. Sacramento,
CA. December 2015.

Gorton R. "Engaging and Retaining Transgender Patients in Ongoing Primary
Care". National Association of Community Health Centers Health Institute
and Expo. San Diego, CA. August 2014.

Gorton R. "Sexual and Reproductive Health: A Focus on Transgender Patients".
California Family Health Council. Webinar. March 2014.

Gorton, R, Green, J and Tescher, J. "California Dreaming: Two Decades of
Change in Health Insurance Law and Policy". WPATH Symposium.
Bangkok, Thailand. February, 2014.

Gorton, R and Chung, C. "From Grassroots Health Advocacy to Expanding
Clinician Competency: Project HEALTH (Harnessing Education,
Advocacy & Leadership for Transgender Health)". WPATH Symposium.
Bangkok, Thailand. February, 2014.

Gorton, R and Tescher, J. "Minding the Gap: Development and Implementation of
a Clinical Rotation in Transgender Health". WPATH Symposium.
Bangkok, Thailand. February, 2014.

Gorton R and Keenan C. "LGBT Sexual and Reproductive Health Issues".
California Family Health Council Women's Health Update. San Francisco,
CA. April, 2013.

Gorton R. "Transgender Medicine". California AHEC Webinar. San Francisco,
CA. April, 2013.

Gorton R. "Transgender Aging Issues". Institute on Aging Conference on LGBT
Aging. San Francisco, CA. November, 2012.

Gorton R and Branning N. "Transgender Primary Care". California Academy of
Physician Assistants Annual Conference. Palm Springs, CA.
October, 2012.

Gorton R. "Primary care and Hormonal Treatment for Transgender Clients".
Samuel Merritt University. Oakland, CA. June 2012.

Gorton R. "Primary care and Hormonal Treatment for Transgender Clients"
Grand Rounds for the VA Medical Center. San Francisco, CA. June 2012.

Gorton R and Wertz K. "Transgender Health Care" Webinar for the California
Family Health Council. San Francisco, CA. June, 2012.

Eichenbaum J, Gorton R and May A. "Transgender Health, the VA, and Barriers
to Care." San Francisco Veterans Administration Mental Health
Services Grand Rounds. San Francisco, CA. May, 2012.

Gorton R and Wertz K. "Working With GLBT Clients" California Family Health
Council Webinar. Los Angeles, CA. May, 2011.

Gorton R. "Improving Access to Transgender Health Care: Outcomes from
Project HEALTH" World Professional Association for Transgender
Health. Atlanta, GA. September, 2011.

Gorton R and Wertz K. "Trailblazing for Transgender Health" Southern Comfort
Conference. Atlanta, GA. September, 2011.

Gorton R. "Nuts and Bolts of Transgender Primary Care" Gay and Lesbian
Medical Association Annual Conference. Atlanta, GA. September,
2011.

Gorton R. "Transgender Medicine and Cultural Competency" Kaiser Department
of OB/Gyn Grand Rounds. San Francisco, CA. April, 2011.

Gorton R. "Evidence Based Transgender Medicine" Opening Plenary UCSF
National Transgender Health Summit. San Francisco, CA. January,
2011.

Green J and Members of the Center of Excellence for Transgender Health
Medical Advisory Board. "Primary Care Protocols" Morning Plenary
UCSF National Transgender Health Summit. San Francisco, CA. January,
2011.

Freshel K, Gorton R, Hansom C and Barnes A. "Communities Working
Together to Become Culturally Competent" California State Rural Health
Association Conference. Sacramento, CA. November, 2010.

Gorton R, Spade D and Wilkinson W. "Transposium: Healthcare Access and
Quality For Transgender Individuals" Shaking the Foundations: The West
Coast Conference on Progressive Lawyering, Primary Care Associate
Program, Stanford School of Law. Stanford CA. October, 2010.

Gorton R. "Improving Access to Transgender Healthcare: Outcomes from
Project HEALTH (Harnessing Education, Advocacy, and Leadership for
Transgender Health)" Gay and Lesbian Medical Association Annual
Conference. San Diego, CA. September 2010.

Gorton R, Gould D and Wertz K. "Trailblazing for Transgender Health" National
        Gay and Lesbian Task Force Creating Change Conference. March 2010.

Gorton R. "Grand Rounds: Transgender Medicine" Highland General Hospital
        Department of Internal Medicine. Oakland, CA. January, 2010.

Gorton R. "Grand Rounds: Transgender Medicine" Kaiser Permanente
        Department of Internal Medicine. San Francisco, CA. December, 2009.

Keatley J and Gorton R. "Transgender Health Care Issues in California Today"
        Equality California and the California LGBT Legislative Caucus
        Briefing on LGBTI Health Care Issues. Sacramento, CA. December 2009.

Ehrbar R, Winters K, and Gorton R. "Revision Suggestions for Gender Related
        Diagnoses in the DSM and ICD" WPATH XXI Biennial Symposium. Oslo,
        Norway. June, 2009.

Gorton R. "A Place at the Table" American College Health Association Annual
Meeting. San Francisco, CA. May, 2009.

Famula M, Hall A, Pardo S, Gorton R. "Providing Trans-Specific Health Care to
        Transgender Students in the College Setting." American College Health
        Association Annual Meeting. San Francisco, CA. May, 2009.

Gorton R. "Transgender Health" American Medical Student Association:
        Regional Conference. Lubbock, TX. March, 2009.

Gorton R. "Medical Ethics and Evidence Based Transgender Medicine"
        Equality and Parity II: A Statewide Action for Transgender HIV
        Prevention and Care. Los Angeles, CA, January 2009.

Gorton R. "Transgender Medicine 101" AMSA Regional Conference. Lubbock,
        TX. December, 2008.

Gorton R, Djordjevic M, and Brownstein M. "Female to Male (FTM) Health
        Update" (Provider Session) The 7th Annual Mazzoni Center Trans-Health
        Conference. Philadelphia, PA. May 2008.

Gorton R. "FTM Hormones 201." (Community Session) The 7th Annual
        Mazzoni Center Trans-Health Conference. Philadelphia, PA. May 2008.

Green J, Gorton R, Razza R, and Tamar-Mattis A, "Healthcare and Access
        Issues Panel." University of California Hastings College of the Law
        Transposium Conference. April 2008.

Arkles G, Gorton R, Sanchez D, Suarez C. "Trans Issues in Health Care Panel."
        Harvard Law School Lambda Legal Advocacy Conference. February
        2008.

Gorton R, Thaler C, and Keisling M. "Drawing the Curtain: An Overview of Medical Privacy Protections and Risks for Transgender Patients and Providers." WPATH Symposium, 2007, Chicago.

Gorton R. "Transgender Medicine 2007: A Medical Ethics and Evidence Based Paradigm Shift." (Provider Session) The 6th Annual Mazzoni Center Trans-Health Conference. Philadelphia, PA. April 2007.

Gorton R. "FTM Hormones 201." (Community Session) The Sixth Annual Mazzoni Center Trans-Health Conference. Philadelphia, PA. April 2007.

Gorton R. "Medical Ethics and Evidence Based Transgender Medicine." FORGE Forward. Milwaukee WI. March 2007.

Gorton R. "FTM Hormonal Treatment: Beyond 101." FORGE Forward. Milwaukee WI. March 2007.

Gorton R. "Transgender Healthcare in 2007: Its Time to Take it Seriously." Humboldt State University 13th Annual Diversity Conference and Education Summit. Arcata CA. March 2007.

Spade D, Gehi P, Arkles G, and Gorton R. "Barriers to health care access for transpeople." UCLA School of Law, Williams Institute Annual Update. Los Angeles, CA. February 2007.

Marksamer J and Gorton R. "Legal Support and Advocacy for Transgender Youth and Their Families." Gay and Lesbian Medical Association Annual Conference. San Francisco, CA. October 2006.

Gorton R. "Hormone Therapy 101." FTM-Gender Odyssey 2006. Seattle, WA. September 2006.

Gorton R. "Hormone Therapy 201." FTM-Gender Odyssey 2006. Seattle, WA. September 2006.

Gorton R. "Transgender Medicine." California Department of Health Early Intervention Program Statewide Conference. May 2006.

Gorton R. "Primary Care and Hormonal Therapy for Transgender Males." (Provider Session) The 5th Annual Mazzoni Center Trans-Health Conference. Philadelphia, PA. March 2006.

Gorton R. "Health Maintainence for Transgender Men." (Community Session) The 5th Annual Mazzoni Center Trans-Health Conference. Philadelphia, PA. March 2006.

Gorton R. "Primary Care and Hormonal Therapy for Transgender Males." The

23rd Annual Conference of the Gay and Lesbian Medical Association. Montreal, Canada. September, 2005.

Spade, D, and Gorton R. "Medical-Legal Policy Update in the Quest for Trans Health Care and Justice." The 23rd Annual Conference of the Gay and Lesbian Medical Association. Montreal, Canada. September, 2005.

Arkles Z, and Gorton R. "Medical-legal Collaboration in the Quest for Trans Health Care and Justice" The 19th Biennial Symposium of the Harry Benjamin International Gender Dysphoria Association. Bologna, Italy. April, 2005.

**Professional Advocacy**

Supported as physician member of the American Medical Association for adoption of inclusive language for transgender people within AMA policy. "Recommendations to Modify AMA Policy to Ensure Inclusion for Transgender Physicians, Medical Students and Patients." Accepted by the AMA Board of Delegates July 2007. See "AMA Meeting: Anti-discrimination policy extended to transgendered." AMA News July 16, 2007. http://www.ama-assn.org/amednews/2007/07/16/prsk0716.htm. Policy amendment available at: http://www.ama-assn.org/ama1/pub/upload/mm/467/bot11a07.doc

Authored and proposed with Vernon A, and Maxey K. *Resolution to amend the American College of Emergency Physicians 'Code of Ethics for Emergency Physicians.'* Accepted as policy October 2005. Now reads (amended language underlined): "Provision of emergency medical treatment should not be based on gender, age, race, socioeconomic status, <u>sexual orientation, real or perceived gender identity,</u> or cultural background."

**Awards**

Claire Skiffington Vanguard Award. Transgender Law Center. San Francisco, CA. 2012.