IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 3:24-cv-1447-VAB |

### MOTION FOR LEAVE TO FILE SURREPLY

Pursuant to L. Civ. R. 7(d) and Your Honor's Pretrial Preferences, Defendant Aetna Life Insurance Company, Inc. ("Aetna") hereby moves for leave to file the attached surreply and supporting declarations in further opposition to the Motion for Preliminary Injunction of Plaintiffs Jamie Homnick and Gennifer Herley (collectively, "Plaintiffs"). In support of its motion, Aetna states as follows:

1.　On March 3, 2025, Plaintiffs Jamie Homnick and Gennifer Herley moved for a preliminary injunction. See ECF No. 61.

2.　On April 11, 2025, Aetna filed its opposition thereto. ECF No. 81. In support of its opposition, Aetna attached multiple declarations, including a declaration of Dr. Robert McDonough. See ECF No. 83.

3.　On April 29, 2025, Plaintiffs filed a reply in support of their motion for preliminary injunction. ECF No. 114. Plaintiffs' brief was double the number of pages allotted for reply briefs,

20 instead of the customary 10, which Aetna's counsel agreed to as a professional courtesy. See ECF No. 109.

4. In support of their reply, Plaintiffs filed a rebuttal declaration of Dr. R. Nicholas Gorton, which specifically directed Aetna's attention to five articles published since 2022 that purportedly provide "additional evidence with regards to improvement in psychosocial outcomes" produced by facial gender-affirming surgery. See ECF Nos. 114-1 through 114-5.

5. On May 1, 2025, Aetna requested Plaintiffs' consent to file a five-page surreply to address the new matters raised in the reply, but counsel advised that they oppose Aetna's request.

6. Aetna now seeks leave to file its brief surreply, attached hereto as Exhibit 1, and supporting declarations, attached to the surreply as Exhibits A-D.

7. Good cause exists to support Aetna's motion for leave. Aetna seeks a fair opportunity to respond to new issues in Plaintiffs' reply, including the new medical literature that Dr. Gorton specifically directed to Aetna's attention. Aetna also seeks to address a new report that was just issued on May 1, 2025, by the U.S. Department of Health and Human Services, which includes an extensive assessment of the WPATH guidelines for gender-affirming procedures. Aetna's surreply also addresses a question raised by Plaintiffs reply regarding the role of the health plans in determining coverage. Finally, Aetna' surreply confirms that both Plaintiffs do qualify for an external review of their requests for GAFR surgery and further provides data from a review of Aetna's records indicating that most ERO reviews of facial gender-affirming surgery result in approval for coverage.

For the foregoing reasons, Aetna respectfully requests leave to file its surreply and supporting declarations.

Dated at Hartford, Connecticut this 6th day of May, 2025.

                        *Theodore J. Tucci*
                        Theodore J. Tucci (ct05249)
                        Abby M. Warren (ct30077)
                        Christopher A. Costain (ct31612)
                        Robinson & Cole LLP
                        One State Street
                        Hartford, CT 06103-3597
                        Tel.: (860) 275-8200
                        Fax: (860) 275-8299
                        ttucci@rc.com
                        awarren@rc.com
                        ccostain@rc.com

                        Sarah Reeves (*pro hac vice*)
                        Earl B. Austin (*pro hac vice*)
                        Baker Botts LLP
                        30 Rockefeller Plaza
                        New York, NY 10112
                        Tel.: (212) 408-2649
                        Fax: (212) 408-2449
                        sarah.reeves@bakerbotts.com
                        earl.austin@bakerbotts.com

                        *Counsel for Defendant*
                        *Aetna Life Insurance Company*

## **CERTIFICATION**

      I hereby certify that on this 6th day of May 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Theodore J. Tucci*
                              Theodore J. Tucci