IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 3:24-cv-01447-VAB |

**PLAINTIFFS JAMIE HOMNICK AND GENNIFER HERLEY'S MOTION FOR LEAVE TO FILE SUR-REBUTTAL IN FURTHER SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Jamie Homnick and Gennifer Herley ("Plaintiffs") respectfully move for leave to file a Sur-rebuttal in response to Defendant Aetna Life Insurance Company's ("Aetna") Sur-reply to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs specifically request leave to file a Sur-rebuttal of no more than five pages, to be filed by May 9, 2025 or at the Court's preference.

On May 6, 2025, Aetna filed a Motion for Leave to File Surreply, ECF No. 116, which was granted by this Court the following day. Order, ECF No. 117. Recognizing their request is an unusual one, extraordinary circumstances warrant a Sur-rebuttal from the Plaintiffs: (1) Defendant presented new evidence in its Sur-reply, and (2) Defendant presents four new affidavits—totaling 18 pages—and utilizes those affidavits to obfuscate the facts of the case. *Cf. Entero v. Fed. Emergency Mgmt. Agency (FEMA)*, No. 1:08-cv-487, 2016 WL 6915962, at *2 (S.D. Tex. Apr. 12, 2016) (granting defendant an opportunity to file sur-rebuttal after defendant opposed plaintiff's sur-reply as exceeding the scope of purported new arguments); *Bromgard v. Montana*, No. cv-05-32, 2007 WL 9728899, at *4 (D. Mont. Nov. 14, 2007) (permitting defendants to file sur-rebuttal because they are the moving parties with the burden of proof).

1

*First*, the bulk of Aetna's Sur-reply and its medical director's rebuttal declaration introduces new information—a May 1, 2025 report by the U.S. Department of Health and Human Services ("HHS Report"). Def. Sur-reply, ECF No. 116-1 at 6-10; *see also* Second Decl. of Robert McDonough, ECF No. 116-2. Aetna presents this report to bolster its inaccurate assertion that the efficacy of gender-affirming facial reconstruction ("GAFR") surgeries to treat gender dysphoria in transfeminine patients is a matter of "evolving science." ECF No. 116-1 at 6. Specifically, the HHS Report is introduced to manufacture disagreement among experts in gender-affirming care where none exists, and thus to argue Plaintiffs are not entitled to a preliminary injunction.

Plaintiffs bear the ultimate burden on their Motion for Preliminary Injunction, *see Daileader v Certain Underwriters at Lloyds London Syndicate 1861*, 96 F.4th 351, 356 (2d Cir. 2024), and accordingly, require a sur-rebuttal to correct the record on the evidentiary value of this report—none. Specifically, Plaintiffs intend to introduce rebuttal evidence that: (1) the HHS Report only refers to treatment for *pediatric* gender dysphoria, which is not at issue here; and (2) the report's validity as a scientific document has already been called into serious doubt.

*Second*, in its Sur-reply, Aetna presents unsupported affidavits to obfuscate the pertinent facts of the case to the court. *See generally* ECF No. 116. For example, query why Aetna now alleges that additional documents exist when it cited only to Bausch & Lomb and MTA's plan documents in its opposition and why Aetna does not attach these new alleged documents to its sur-reply brief. *See* Def. Opp. Brief, ECF No. 81 at 26-29. Plaintiffs request an opportunity to present their factual rebuttals to the new affidavits and the related legal arguments.

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court to grant their Motion for Leave to File Sur-rebuttal for the limited purpose of addressing the above-detailed issues, to be no more than five pages, and to be filed by May 9, 2025 or at the Court's preference.

DATED: May 8, 2025  Respectfully submitted,

/s/ *Harini Srinivasan*
Christine E. Webber (admitted *pro hac vice*)
Harini Srinivasan (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
Elizabeth M. McDermott*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com
hsrinivasan@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
520 Eighth Avenue, Suite 2204
New York, NY 10018
Phone:(646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org

*Attorneys for Plaintiffs*

* Application for *pro hac vice* admission forthcoming