# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BINAH GORDON, KAY MAYERS, ALMA AVALLE, JAMIE HOMNICK, GENNIFER HERLEY and S.N., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-cv-1447-VAB |

**REBUTTAL DECLARATION OF ROBERT MCDONOUGH, M.D.**

I, Robert McDonough, declare as follows:

1. I submit this declaration in response to the rebuttal declaration of Nicholas Gorton, M.D. [Dkt. 114-1] ("Gorton Decl.").

2. Dr. Gorton references five articles published since 2022 that he says provide "additional evidence with regards to improvement in psychosocial outcomes" produced by facial gender-affirming surgery. *See* Gorton Decl. at ¶ 58. I have reviewed those articles, which further highlight the inadequacies in even the most recent data assessing the efficacy of facial gender-affirming surgery as a treatment for gender dysphoria—the same inadequacies that I noted in my previous declaration and that these more recent articles demonstrate still exist today. In particular, these studies consistently emphasize the lack of generally accepted outcome measures specifically designed for facial surgery and validated in the transgender patient population.

3.  The Caprini study[1], published in May 2023, reported a cross-sectional[2] analysis of an ongoing prospective cohort study within a single institution—all subjects came from the practice of a single surgeon—and the authors specifically noted that the current data "is limited by the applicability of the results to other institutions and a lack of longitudinal data."[3]

- The patient-reported outcome measures related to psychology measured self-reported "anxiety, anger, depression, positive affect, and meaning and purpose", but did not measure the impact of facial surgery on the clinical diagnoses of anxiety disorders, depression, suicidal ideation, or other mental health diagnoses.[4]

- Moreover, the outcome assessments were administered to patients 6 months post-surgery and the authors specifically acknowledged that "[t]he question of whether patients were ultimately improved with long-term gender-affirming surgery will require additional study."[5]

- The authors also acknowledged that the study was limited by "the lack of inclusion of condition-specific PROMs [patient reported outcome measures] validated in the transgender population."[6]

---

[1] Caprini, R. M., Oberoi, M. K., Dejam, D., Chan, C. H., Potemra, H. I. M., Morgan, K. B., ... & Lee, J. C. (2023). Effect of gender-affirming facial feminization surgery on psychosocial outcomes. *Annals of surgery*, *277*(5), e1184-e1190.

[2] *Cross-sectional studies* collect data from a population at a specific point in time and are less informative than *longitudinal studies* that repeatedly collect data from the same sample population over an extended period of time and thus provide more comprehensive data.

[3] *Id.* at e1189.

[4] *Id.* at e1187.

[5] *Id.* at e1189.

[6] *Id.*

2

- Finally, the authors also noted, consistent with other studies, that most patients who elected facial surgery also had undergone other gender-affirming procedures or therapies.[7]

4.  The Chou article[8], published in 2022, is a letter[9] reporting retrospective quality of life improvements following facial feminization surgery, which the authors describe as adding to the "limited body of literature" on the subject.[10] The authors state that, as of 2022, there were only three existing studies utilizing their particular outcome measure and that all showed favorable quality of life outcomes.[11] The 2023 Caprini study, discussed above, assessed these same studies, however, and concluded that the studies were limited by their use of non-validated outcome measures.[12] The fact that different authors assess the results of the same studies differently further emphasizes the lack of consensus and robust data in this area. Indeed, the Caprini authors noted, "Frequently, facial gender-affirming surgeries are classified as cosmetic due to a lack of high-level evidence in quality of life (QoL) improvements."[13]

---

[7] *Id.* at e1186, Table 2.

[8] Chou, D. W., Bruss, D., Tejani, N., Brandstetter, K., Kleinberger, A., & Shih, C. (2022). Quality of life outcomes after facial feminization surgery. *Facial plastic surgery & aesthetic medicine*, *24*(S2), S-44.

[9] A letter is not a is not a formal clinical study report but is more akin to an abstract. Letters typically lack sufficient information to evaluate the study and do not undergo the level of peer-review prior to publication as that applied to formal clinical studies. The Chou letter reflects this.

[10] *Id.* at S-45.

[11] *Id.*

[12] Caprini at e1184-85.

[13] *Id.* at e1184.

3

5.  The Alper study[14], published in November 2023, specifically notes, "Although FFS [facial feminization surgery] plays an important role in gender-affirmation, there remains limited accuracy and heterogenous methods of reporting the quality of surgical outcomes related to patient satisfaction of facial appearance."[15] The authors undertook to evaluate a particular outcome measure, the FACE-Q questionnaire, noting that "some preliminary studies have applied the FACE-Q to transgender patients [but that] no studies have directly evaluated facial satisfaction before and after receiving expanded gender-affirming facial surgery."[16] The authors "found consistent results demonstrating that FFS improves facial satisfaction and QoL for transgender women," as measured by FACE-Q.[17] The study specifically noted, however, that the reported "higher level of satisfaction was not statistically significant" for any particular facial procedure[18], a finding that is consistent with previous research—the Morrison study, which I discussed in my pervious declaration, made the same finding. Other findings of note from the study include:

- The article notes that, although patients reported increased satisfaction with facial appearance and significant increases in psychological and physical quality of life measures, no statistically significant improvements were measured with respect to social relationships or environmental quality of life.[19]

---

[14] Alper, D. P., Almeida, M. N., Hu, K. G., De Baun, H. M., Hosseini, H., Williams, M. C., ... & Alperovich, M. (2023). Quantifying facial feminization surgery's impact: focus on patient facial satisfaction. *Plastic and Reconstructive Surgery–Global Open*, *11*(11), e5366.

[15] *Id.* at 1.

[16] *Id.* at 2.

[17] *Id.* at 5.

[18] *Id.*

[19] *Id.* at 6.

- The authors state that "existing literature has suggested positive satisfaction with FFS, but most studies have used general QoL [quality of life] surveys rather than surveys specific to facial appearance" and that "[u]nfortunately, there are no widely accepted or validated methods."[20]

- The authors also acknowledge that "although the FACE-Q has been utilized in numerous studies of transgender patients, it is not validated in this patient population and does not have trans-specific questions."[21]

- The authors concluded, "The study's PROM [patient reported outcome measures] methodology can also be improved…. Future studies may benefit from the addition of anchoring questions to PROMs to better evaluate whether each patient received a significant clinical benefit from their choice of procedure."[22]

- Finally, the authors also observed that the average age of patients in their study was 37 years old and that "[i]ncreasing age at surgery was associated with lower satisfaction" in facial appearance and overall satisfaction measures.[23]  Again, this is consistent with previous research.

6.      The Almeida article[24], published in 2024, reported the results of a very small study of 23 patients at a single institution who completed a FACE-Q survey after receiving facial

---

[20] *Id.*

[21] *Id.* at 7.

[22] *Id.*

[23] *Id.* at 4.

[24] Almeida, M. N., Long, A. S., Junn, A. H., Rivera, J. C., Hauc, S. C., Alper, D. P., ... & Alperovich, M. (2024). FACE-Q satisfaction ratings are higher after facial feminization surgery than hormone replacement therapy alone. *Transgender Health*, *9*(5), 436-443.

feminization surgery.[25] The authors noted that, as of 2024, "studies measuring efficacy through patient-reported outcome measures (PROMs) are limited" and that "[e]xisting literature has suggested generally positive satisfaction with FFS, but studies have utilized general quality of life surveys, rather than surveys specific to facial appearance."[26] The authors also noted that previous studies used outcome measures that had not been fully validated.[27] Using the FACE-Q questionnaire, the authors found that patients reported higher levels of satisfaction with their overall facial appearance, including compared to transfeminine patients receiving hormone therapy alone, but the data was entirely retrospective (the patients completed no pre-operative questionnaire) and the comparison was to published data about other patients receiving facial feminization surgery.[28] The authors specifically acknowledged that the FACE-Q questionnaire was not designed or validated for a transgender population and concluded, "A specific standardized survey to assess impact on gender dysphoria and satisfaction in patients undergoing GAS [gender-affirming surgery] is underway and needed for the transgender population."[29] Finally, the authors acknowledged that the study was limited because it assessed patients only post-operatively and that "[m]ore research is needed to better assess how subscale scores of the FACE-Q change with FFS, including psychological and social function."[30]

---

[25] *Id.* at 436.

[26] *Id.* at 437.

[27] *Id.*

[28] *Id.* at 437, 440.

[29] *Id.* at 442.

[30] *Id.*

7.      The Schmidt study[31], published in 2023, is another very small study reporting the results of 40 patients only 15 of whom completed a pre-operative and post-operative questionnaire.[32]  The authors noted that, as of 2023, there were no studies that "analysed postoperative satisfaction after facial feminization using a validated questionnaire."[33]  The study also utilized the FACE-Q questionnaire, which the authors specifically noted was not designed for use in this patient population: "The main limitation of this postoperative satisfaction study is the non-specificity of the FACE-Q questionnaire for trans populations. There is currently no 'patient-reported outcome' instrument specific to facial feminization in transgender patients."[34]  The authors further acknowledged that a measurement tool specifically validated for facial feminization in transgender women "would allow the comparison of results from different publications, as well as the comparison of different surgical techniques, which will assist in optimizing clinical practices."[35]

8.      Overall, these new articles further emphasize that there is a paucity of data, particularly reliable prospective data based on validated outcome measures, establishing the efficacy of facial surgery for the treatment of gender dysphoria, and the limited data currently available on facial gender surgery demonstrate a lack of consensus regarding which particular surgical procedures may be effective to treat gender dysphoria in particular patients and reliable protocols to measure outcomes and validate efficacy.

---

[31] Schmidt, M., Ramelli, E., Atlan, M., & Cristofari, S. (2023). FACE-Q satisfaction following upper third facial gender-affirming surgery using custom bone-section guides. *International Journal of Oral and Maxillofacial Surgery*, *52*(6), 696-702.

[32] *Id.* at 698.

[33] *Id.* at 698-99.

[34] *Id.* at 699.

[35] *Id.*

9. Plaintiff's experts consistently focus on subjective measures of patient satisfaction and do not address the impact of facial surgery on the more significant clinical diagnoses associated with gender dysphoria—anxiety disorders, depression, suicidal ideation, or other mental health diagnoses—all of which can be more objectively measured. Indeed, the newest literature only reemphasizes that researchers are still working to develop more objective outcome measures designed and validated for patients with gender dysphoria.

10. In fact, a very recent systematic review of literature reporting outcomes for facial feminization surgery reviewed 12 different outcomes measures utilized in various studies of facial gender-affirming surgery and concluded that "[n]one of these outcome measures were found to be valid, reliable, and responsive in individuals who had undergone FFS, as the outcome measures had not been assessed for this patient population."[36] The study noted, "Lack of validated outcome measures in the patient population of those undergoing FFS limits the clinical decision making of surgeons regarding decisions related to best practices for FFS."[37] Finally, the authors emphasized the need for more robust outcome measures designed and validated for this particular patient population:

> For a clinical study to be useful, the outcome measures selected must be appropriate. The appropriateness of outcome measures depends on their clinimetric properties: validity, reliability, and responsiveness. Outcome measures used within plastic surgery clinical studies have often not been found to have all three clinimetric properties. The assessment of clinimetric properties in one patient population cannot be generalized to other groups.[38]

This recent comprehensive review of the literature—which was published in 2024 but that Dr. Gorton does not address in his rebuttal declaration—further emphasizes that validated and

---

[36] Uhlman et al., Outcomes in Facial Feminization Surgery: A Systematic Review, Facial Plastic Surgery & Aesthtic Medicine, Vol. 26, No. 2, 2024, pp. 239, 241.

[37] *Id.* at 241.

[38] *Id.*

objective outcome measures to assess the efficacy of facial gender-affirming surgery remain lacking even today; the science is still evolving on this question.

11. In addition, on May 1, 2025, the U.S. Department of Health and Human Services ("HHS") issued a new report, which provides a review of evidence and best practices concerning pediatric gender-affirming care.[39] That report includes an assessment of the WPATH guidelines for gender-affirming procedures that reiterates and expands on previously reported criticisms of the WPATH process and recommendations.

- A 2024 systematic review of international guideline quality commissioned by England's National Health Service assessed the WPATH guidelines as "lacking in developmental rigor" and rated WPATH as "not recommended for implementation."[40]

- The U.S. HHS report found, "In the process of developing SOC-8 [its most recent guidelines], WPATH suppressed systematic reviews its leaders believed would undermine its favored treatment approach. SOC-8 developers also violated conflict of interest management requirements…"[41]

- HHS further found, "Internal documents reveal that SOC-8 authors manipulated guideline language with the explicit aim of shaping court rulings, legislative actions, and insurance coverage decisions, revealing a clear departure from the principles of unbiased, evidence-driven clinical guideline development."[42]

---

[39] Treatment for Pediatric Gender Dysphoria: Review of Evidence and Best Practices, Department of Health and Human Services, May 1, 2025, gender-dysphoria-report.pdf.

[40] *Id.* at 141-42.

[41] *Id.* at 14; *see also id.* at 160-68.

[42] *Id.* at 175; *see also id.* at 175-78.

- Specifically, based upon a review correspondence exchanged among WPATH committee members, the HHS report found that "a key motivation for including a 'medical necessity' statement in the guidelines was described as a strategic move to provide 'a tool for our attorneys to use in defending access to care' within the U.S. legal context."[43]

- HHS concluded, "Incorporation of legal advocacy goals into guideline language, explicitly for purposes of influencing policy and litigation outcomes, conflicts sharply with accepted international standards emphasizing scientific rigor and impartiality."[44]

12. As I discussed in my previous declaration, Aetna has recognized the medical necessity of many other gender-affirming therapies and procedures in appropriate patients for years. Aetna monitors the medical literature and has revised its CPB many times as the science has progressed and medical consensus has evolved. There is no serious dispute that there exists far more substantial research and consensus supporting the efficacy of genital and chest surgical procedures for the treatment of gender dysphoria than exists for facial surgery. In fact, the recent literature Dr. Gorton cites as the most recent and up-to-date references on the subject only reemphasize that robust data using validated and objective outcome measures that establish the efficacy of facial surgery for the treatment of gender dysphoria remains lacking even today. Aetna will continue to evaluate the science on this issue as it has done in the past.

13. Finally, Dr. Gorton suggests certain criteria that he proposes Aetna utilize to assess the medical necessity of facial gender-affirming surgery in particular patients. *See* Gorton Decl. at ¶ 61. His proposed criteria beg the threshold question whether facial surgery has been

---

[43] *Id.* at 175.
[44] *Id.* at 177.

10

shown to be an effective treatment for gender dysphoria. As even the most recent studies he cites have demonstrated, however, that threshold question remains unresolved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this __6__ day of May 2025 in Hartford, Connecticut.

_____
Robert McDonough, M.D.

11