**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Binah Gordon et al. | 3:24-cv-01447-VAB |
| *Plaintiff* | *Case No.* |
| vs. | |
| Aetna Life Insurance Company | May 14, 2025 |
| *Defendant* | *Date* |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I  Joseph J. Wardenski , an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit  Elizabeth M. McDermott  pro hac vice to the Bar of this Court for the purpose of appearing on behalf of  ☒ plaintiff(s)  ☐ defendant(s)

Binah Gordon et al.  in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney  Joseph J. Wardenski
*(print name)*
Address  Wardenski P.C., 134 West 29th St Suite 709, New York, NY 10001

Phone Number  347-913-3311        Email  joe@wardenskilaw.com

Federal Bar Number  ct31674

Signature  /s/ Joseph J. Wardenski

Page 1 of 3