AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Binah Gordon et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-1447 |
| Aetna Life Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binah Gordon, Kay Mayers, S.N., Alma Avalle, Gennifer Herley, Jamie Homnick, and all similarly situated.

Date: 05/29/2025

/s/ Elizabeth M. McDermott
*Attorney's signature*

Elizabeth M. McDermott D.C. Bar No. 90032366
*Printed name and bar number*

1100 New York Ave. NW, Suite 800
Washington, DC 20005
*Address*

emcdermott@cohenmilstein.com
*E-mail address*

(202) 408-3682
*Telephone number*

(202) 408-4699
*FAX number*