**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **1/8/26**

**Gordon et al.**

Vs.

**Aetna Life Insurance Company**

Start Time **10:01 a.m.**   End Time **11:23 a.m.**

Recess (if more than ½ hr) _____ to _____

Total Time **1** hour(s) **22** minute(s)

Case # **3:24-cv-01447-VAB**

Honorable Judge **Victor A. Bolden**

Deputy Clerk **Frances Velez**

Counsel for Pla(s) **H. Srinivasan, E. McDermott, J. Wardenski**

Counsel for Dft(s) **T. Tucci, C. Costain, E. Austin, S. Reeves**

Reporter/ECRO/Courtsmart **Heather Ireland**

Interpreter _____ Language _____

Hearing held  ☑ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
|---|---|---|
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **61 - Preliminary Injunction** _____ filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Additional briefing due by 1/23/26; reply due by 1/30/26.

Rev. 3/21/24