# APPENDIX

## Plaintiffs' Proposed Amended Deadlines

| Event | Current Schedule | Proposed Date |
| --- | --- | --- |
| Completion of document productions | February 13, 2026 | March 13, 2026 |
| Deadline for discovery-related motion practice | February 27, 2026 | March 27, 2026 |
| Completion of fact depositions | April 17, 2026 | August 17, 2026 |
| Designation of expert witnesses (bear burden of proof) | April 24, 2026 | August 24, 2026 |
| Depositions of expert witnesses (bear burden of proof) | June 5, 2026 | October 5, 2026 |
| Designation of expert witnesses (do not bear burden of proof) | July 10, 2026 | November 10, 2026 |
| Depositions of expert witnesses (do not bear burden of proof) | August 14, 2026 | December 14, 2026 |
| Completion of all discovery | August 14, 2026 | December 14, 2026 |
| Parties' joint request for settlement conference | August 21, 2026 | December 21, 2026 |
| Motion for class certification | October 9, 2026 | February 9, 2027 |