# EXHIBIT 1

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Friday, October 31, 2025 1:21 PM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension

No.  Monday or Tuesday is the earliest we can do.

**From:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Sent:** Friday, October 31, 2025 12:09 PM
**To:** Austin, Earl <earl.austin@bakerbotts.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension


**[EXTERNAL EMAIL]**

Earl – is your client available today? The position you expressed last week was that the February 15 discovery deadline was only possible if we reached agreement on the codes by today. We can make some subset of our team available to have that conversation as soon as possible.

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Friday, October 31, 2025 1:06 PM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Harini

These codes are still problematic.  Are you free either 2-4 ET Monday or 10-11 ET Tuesday to do a call with our client, who can explain Aetna's concerns with these particular codes?  I know we've discussed these issues before among ourselves, but I think would be helpful to hear from our client who can better explain the problems the inclusion of these codes would present.  And to hear to your concerns and objectives.

Let me know if either of those times works for you.  Thanks.

**From:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Sent:** Wednesday, October 29, 2025 9:37 AM
**To:** Austin, Earl <earl.austin@bakerbotts.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension

**[EXTERNAL EMAIL]**

Earl,

Thanks for sending Aetna's position and for adding those 7 codes. I think we're very close on the initial codes.

We understand Aetna wants to ensure the resulting data is usable. That's certainly our goal as well. That said, as you know, there is a constellation of procedures that fall within GAFR, and the CPT codes necessarily reflect that variation. As we discussed at our last meet and confer, more than one code can cover the same procedure, depending on the surgeon's particular approach. For that reason, we are not moved by the explanation that certain codes are "disease-" or "trauma-related" where we know that our clients' providers used those very codes in seeking coverage for facial feminization surgery. For instance, tracheal shaves are a standard GAFR procedure, and CPT 31750 is the precise code used by Gennifer Herley's provider when requesting coverage for her tracheal shave as treatment for gender dysphoria. We propose adding back the disease- and trauma-related codes that our clients requested; this excludes 21025, mandibular ostectomy.

We also dispute the characterization of the set of codes relating to hairline advancement as secondary (hair transplant and tissue transfer – face/scalp). These are common GAFR procedures and reasonably could be the only procedures requested by some transfeminine individuals to treat their gender dysphoria. We therefore believe those codes must remain included.

However, for the sake of keeping this list as streamlined as possible and, more importantly, the aim of using this initial pull to capture the universe of individuals who sought coverage for GAFR, we're willing to forgo several codes, including the unlisted codes, as those procedures are generally accompanied by other listed codes. We will also forgo 15876 and the codes related to blepharoplasty, and 21025, identified above.

For ease of reference, we've summarized below the codes that Plaintiffs propose adding back in.

| CPT Code | Description |
| --- | --- |
| 14020 | Tissue transfer, face/scalp |
| 15775 | Hair transplant, up to 50 grafts |
| 15776 | Hair transplant, each add'l 50 grafts |
| 15838 | Tissue transfer, face/scalp (up to 30 sq cm) |
| 15839 | Tissue transfer, face/scalp (>30 sq cm) |
| 21180 | Forehead reconstruction with bone graft |
| 21256 | Reconstruction of orbit with implant |
| 21296 | Masseter muscle reduction, intraoral |
| 30520 | Septoplasty |
| 31750 | Tracheal shave |

As before, Plaintiffs are not conceding the relevance or responsiveness of any excluded codes and reserve the right to request supplementary data productions including them.

If we can reach agreement on this small subset, we're ready to move forward with the data pull. Can absolutely make time for a call today or tomorrow, if easiest for getting to consensus.

Best,
Harini

---

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Tuesday, October 28, 2025 12:19 PM
**To:** Elizabeth McDermott <emcdermott@cohenmilstein.com>; Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Elizabeth

We can agree to add the 7 codes listed below. The remaining codes are either unlisted codes for which more precise coding is available, are more appropriate for treatment of specific disease states versus facial feminization, or in the case of tissue transfer or hair transplant are secondary to other, primary reconstructive procedures. Adding these codes will needlessly complicate and confound the data and perhaps even render much of it unusable.

With these additions, we will be searching 46 different procedure codes. For context, we have typically searched no more than 5-6 in the past. This data search is already unavoidably complex. Adding codes that are secondary to the primary procedure or codes that are used for other disease or trauma related procedures is unwise and will only compromise the end result.

Let me know if Aetna can proceed with the data search using these additions. I'm free tomorrow or Thursday for a call if you want.

**Agreed to Add**

| | |
|---|---|
| 21125 | Sliding genioplasty, osseous advancement |
| 21126 | Sliding genioplasty, setback |
| 21127 | Sliding genioplasty, lateral movement |
| | |
| 21137 | Reduction forehead |
| 21138 | Reduction forehead; w/ graft or implant |
| 21139 | Frontal sinus setback |
| | |
| 40525 | Lip reconstruction, full thickness |

**Not Agreed to Add**

| | | |
|---|---|---|
| 21180 | Forehead reconstruction with bone graft | This is a trauma-related code |
| 30520 | Septoplasty | This is a disease-related code used for corrective procedures |

3

| Code | Procedure | Notes |
|---|---|---|
|  |  | (e.g., correction of deviated nasal septum) |
| 31750 | Tracheal shave | This is a disease-related code used for corrective procedures (e.g., correction of tracheal stenosis) |
| 21025 | Mandibular ostectomy | This is a disease-related code used for corrective procedures (e.g., treatment of osteomyelitis) |
|  |  |  |
| 21256 | Reconstruction of orbit with implant | This code is not commonly used for FFS |
| 21296 | Masseter muscle reduction, intraoral | This code is not commonly used for FFS |
|  |  |  |
| 15821 | Blepharoplasty, upper with excess skin | This is a facelift code |
| 15823 | Blepharoplasty, lower with herniated fat | This is a facelift code |
|  |  |  |
| 14020 | Tissue transfer, face/scalp | Secondary code |
| 15775 | Hair transplant, up to 50 grafts | Secondary code |
| 15776 | Hair transplant, each add'l 50 grafts | Secondary code |
| 15838 | Tissue transfer, face/scalp (up to 30 sq cm) | Secondary code |
| 15839 | Tissue transfer, face/scalp (>30 sq cm) | Secondary code |
| 15876 | Liposuction, head and neck | Secondary code |
|  |  |  |
| 21089 | Unlisted maxillofacial implant | Unlisted, nonspecific catch-all code |
| 21299 | Unlisted craniofacial/maxillofacial | Unlisted, nonspecific catch-all code |
| 30999 | Unlisted procedure, nose | Unlisted, nonspecific catch-all code |
| 40799 | Unlisted oral soft tissue procedure | Unlisted, nonspecific catch-all code |

**Earl B. Austin | Senior Counsel | Baker Botts L.L.P.** ■ | 2001 Ross Avenue, Suite 900, Dallas, TX 75201 | 30 Rockefeller Plaza, New York, NY 10112-4498 | 214.953.6542 | 347.556.7326

---

**From:** Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Sent:** Tuesday, October 28, 2025 7:36 AM
**To:** Austin, Earl <earl.austin@bakerbotts.com>; Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** RE: Gordon et al./Aetna - motion for extension

4

[EXTERNAL EMAIL]

Good morning, Earl,

When can we expect to get Aetna's position on the CPT codes today?

Thanks,
Liz

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Friday, October 24, 2025 3:58 PM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Subject:** Re: Gordon et al./Aetna - motion for extension

You can file.  Thanks.


> On Oct 24, 2025, at 2:50 PM, Harini Srinivasan <hsrinivasan@cohenmilstein.com> wrote:
>
>
> [EXTERNAL EMAIL]
>
> Thanks, Earl. If you're able to provide your client's position after they vet on Monday, then we agree that we should be in good shape for an end of week deadline.
>
> Let us know, given that, if we are good to file on your end. We are fine on ours.
>
> **From:** Austin, Earl <earl.austin@bakerbotts.com>
> **Sent:** Friday, October 24, 2025 2:10 PM
> **To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
> **Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Christopher A. Costain <ccostain@rc.com>; Theodore Tucci <TTUCCI@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
> **Subject:** Re: Gordon et al./Aetna - motion for extension
>
> Our client should be able to vet the codes internally on Monday.  If these are the only remaining codes for discussion, I assume we can reach agreement next week.  The data we get back, of course, will reflect the codes we use, so equivocal codes may generate equivocal data.  Hence, our suggestion that we focus on primary codes.
>
>
>> On Oct 24, 2025, at 12:41 PM, Harini Srinivasan <hsrinivasan@cohenmilstein.com> wrote:

**[EXTERNAL EMAIL]**

Hi Earl - to clarify, if the ask is that we engage in negotiations on the codes quickly and in good faith, we certainly will do that, as we always have. If we're going to have to reach agreement by end of next week, we'll need feedback from Aetna on our 10/8 proposal promptly (ideally Monday after your call with the client). Then we intend to advance the ball in short order from there. But if the precondition is different than I describe, let me know.

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Friday, October 24, 2025 1:18 PM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>; Reeves, Sarah <sarah.reeves@bakerbotts.com>; Costain, Christopher A. <CCostain@rc.com>
**Cc:** Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Harini

This is fine with us, with one note. The February 13 date assumes we can reach agreement next week on the codes to be searched. And, as we've discussed in the past, the cleaner the codes – i.e., the more we focus on primary procedures rather than secondary ones – the cleaner and more immediately useful the data will be. We're close on the codes, I think, and I expect we will be able reach an agreement next week, but that is a precondition to Aetna initiating the data pull.

With that understanding, we're fine with this approach.

**From:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Sent:** Friday, October 24, 2025 11:00 AM
**To:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Costain, Christopher A. <CCostain@rc.com>
**Cc:** Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Austin, Earl <earl.austin@bakerbotts.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension

**[EXTERNAL EMAIL]**

Hi Sarah – just following up on the below, given the need to file today. Let us know if helpful to discuss. Thanks.

**From:** Harini Srinivasan
**Sent:** Thursday, October 23, 2025 5:38 PM
**To:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Costain, Christopher A. <CCostain@rc.com>
**Cc:** Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Austin, Earl <earl.austin@bakerbotts.com>; Elizabeth McDermott <emcdermott@cohenmilstein.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Sarah,

We are amenable to a February deadline for the completion of all document production, with some important understandings that we want to lay out. We understand that Aetna will complete its productions by mid-February such that *all* document productions are completed (save any disputes), not only structured data. On the data, the parties are expecting that there are going to be (at least) two rounds of production – one to aggregate all affected individuals, and a second to get in all related procedures. We also expect that there will be questions that we will need to vet with Aetna about data interpretation, and expect that Aetna will be prepared to make employees or answers to those questions available to us promptly so that we can remain timely. A staggered schedule and ample time for all of this should be contemplated to finish productions by this date. If the parties are in agreement on this, then we're prepared to provide for those additional six weeks.

Minor point, but we suggest February 13, a Friday, since the 15th is a Sunday. We've added that to the attached document as well as adjusted dates from there.

Thanks,
Harini

**From:** Reeves, Sarah <sarah.reeves@bakerbotts.com>
**Sent:** Thursday, October 23, 2025 11:53 AM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>; Costain, Christopher A. <CCostain@rc.com>
**Cc:** Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Austin, Earl <earl.austin@bakerbotts.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Harini,

We've spoken with the client and considering the unique data searches that are required here, we think February 15 is a reasonable date to commit to getting the claims data finalized assuming we are able to agree on CPT codes in the next week or so. We suggest moving the other dates consistent with that deadline (roughly six weeks later).

7

Additionally, the person at Aetna who needs to weigh in on the CPT codes is out of the office until Monday, but we will provide a response to your latest code list shortly after that.

Best,
**Sarah Reeves**
*Senior Associate*

Baker Botts L.L.P.
sarah.reeves@bakerbotts.com
T +1.212.408.2649
F +1.212.259.2449
M +1.502.594.2886
30 Rockefeller Plaza
New York, New York 10112
United States
<image001.png>

<image002.jpg>

<image003.jpg>

<image004.jpg>

<image005.jpg>

<image006.jpg>

---

**From:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Sent:** Wednesday, October 22, 2025 10:31 AM
**To:** Costain, Christopher A. <CCostain@rc.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Austin, Earl <earl.austin@bakerbotts.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension


**[EXTERNAL EMAIL]**

Counsel,

Please find attached an updated joint motion with our proposal for extension of all deadlines. As we note in the motion, Judge Bolden's pre-trial preferences require that extension requests are filed **seven** days before the deadline (deviating from the local rule), so we will need to file by Friday.

In our conversation on Monday, it seemed we are on the same page that December 30 is not a tenable deadline for all fact discovery, so we've reverted to our position that only document productions – including structured data – must be completed by December 30, and have built time into the schedule for any necessary motions practice.

8

While these weren't originally deadlines in the case management order, we think it important to inform the court of those interim deadlines and have them formally added to the schedule. As you'll see, we are willing to forgo requesting a status conference. We continue to think the request is not an unreasonable or unusual one. But in the interest of consensus, we have accepted Aetna's position on this point. We hope that Aetna will likewise approach the remaining items with the same spirit of cooperation.

Let us know if anything further to discuss – happy to email or talk again. If you're able to return your position by tomorrow COB, we can get on file on Friday.

Thanks,
Harini

---

**From:** Costain, Christopher A. <CCostain@rc.com>
**Sent:** Thursday, October 16, 2025 5:46 PM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Tucci, Theodore <TTUCCI@RC.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>; Austin, Earl <earl.austin@bakerbotts.com>
**Subject:** RE: Gordon et al./Aetna - motion for extension

Harini,

Please see attached the draft joint motion with our proposed revisions. Please let us know if you would like to discuss.

Thanks,

Chris

**Christopher A. Costain**
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Direct 860.275.8232 | Fax 860.275.8299
ccostain@rc.com | Bio | V-Card

---

**Robinson+Cole**

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin
Stamford | Wilmington | Philadelphia | Los Angeles | Albany | www.rc.com

**From:** Austin, Earl <earl.austin@bakerbotts.com>
**Sent:** Thursday, October 16, 2025 10:05 AM
**To:** Harini Srinivasan <hsrinivasan@cohenmilstein.com>
**Cc:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Tucci, Theodore <TTUCCI@rc.com>; Costain, Christopher A. <ccostain@rc.com>; Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
**Subject:** Re: Gordon et al./Aetna - motion for extension

**CAUTION:** **EXTERNAL EMAIL**

Harini

We'll get back to you with comments later today.

> On Oct 16, 2025, at 8:08 AM, Harini Srinivasan <hsrinivasan@cohenmilstein.com> wrote:
>
> [EXTERNAL EMAIL]
>
> Good morning – just following up on the below/attached. Let us know if you'd like to discuss – thanks.
>
> ---
>
> **From:** Harini Srinivasan
> **Sent:** Wednesday, October 15, 2025 8:53 AM
> **To:** Reeves, Sarah <sarah.reeves@bakerbotts.com>; Austin, Earl <earl.austin@bakerbotts.com>; Theodore Tucci <ttucci@rc.com>; Christopher A. Costain <ccostain@rc.com>
> **Cc:** Kelly Parry-Johnson <kparry-johnson@transequality.org>; Ezra Cukor <ecukor@transequality.org>; Joe Wardenski <joe@wardenskilaw.com>; Fiadh McKenna <fmckenna@transequality.org>
> **Subject:** Gordon et al./Aetna - motion for extension
>
> All –
>
> Following up on our call yesterday, please find attached a draft joint motion for an extension of fact discovery, to be followed by a status conference, and temporary termination of the other case management order deadlines (expert disclosures, class cert deadline, etc.). Ideally, we'd like to file today so that the court theoretically has time to review and rule this week, but let us know if you need additional time. Also happy to jump on the phone if helpful to talk through details.
>
> Thanks,
> Harini

**Harini Srinivasan**
Partner
she/her/hers

[image001.png]

**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW | Suite 800
Washington, DC 20005

phone 202.408.4600

**website** | **map**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that to receive it, please delete it and notify us as soon as possible.*

<2025.10.15 - Draft Joint Motion for Extension.docx>

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

11

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.