# United States District Court for the District of Connecticut

Case Number: 3:24-CV-1447 (VAB)
_____

BINAH GORDON, ET AL., INDIVIDUALLY AND
ON BEHALF OF ALL SIMILARLY SITUATED
_____

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

AETNA LIFE INSURANCE COMPANY

_____

*List the full name(s) of the defendant(s)/respondent(s)*

**NOTICE OF APPEAL**

Notice is hereby given that ___Aetna Life Insurance Company_____ in the above-

*\*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☐ final judgment entered in this action on _____

*Date Entered*

OR

☑ order #( 153 ) entered in this action on ___March 8, 2026_____ described as:

*Date Entered*

Aetna Life Insurance Company ("Aetna") appeals the Honorable Victor A. Bolden's Order granting Plaintiffs' Motion for Preliminary Injunction.

*(Provide a brief description of the decision in the order/judgment)*

March 31, 2026
_____
*Date*

_____
*Signature*

Tucci, Theodore, J.
_____

*Name (Last, First, MI)*

Robinson & Cole LLP, One State Street, Hartford, CT 06103-3597
_____

*Address*                     *City*                     *State*

860.275.8200                                 ttucci@rc.com
_____      _____

*Telephone*                          *E-mail Address (if available)*

*\*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.*

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22