**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BINAH GORDON *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 3:24-cv-01447-VAB |

**JOINT STATUS REPORT**

Per this Court's March 5 Order (Dkt No. 152), Plaintiffs and Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") (collectively, "the Parties"), by and through counsel, provide an update on discovery progress and what remains outstanding.

## I.   Discovery Progress

Since the Court's status conference with the Parties on March 5, 2026, the Parties have made some progress in discovery, including resolving initial questions and issues related to the initial class data production[1] and finalizing search terms for locating and identifying electronically stored information ("ESI") responsive to Plaintiffs' Requests for Production ("RFP") 1-4, 7-8, 10 served on April 9, 2025.

Regarding the initial class data production, the Parties agreed in March that Aetna will re-produce its initial dataset to include data on claims and precertification requests that were initially denied but later approved, as well as some other additional data fields. The Parties also came to an

---

[1] As mentioned in the Parties' Joint Motion for Discovery Conference, Dkt. No. 146 at 2, the Parties contemplate two data pulls: one that aggregates claims and requests for Gender Affirming Facial Reconstruction ("GAFR") by the procedure codes the Parties agreed to and another to supplementally capture other GAFR procedures.

agreement on initial custodians and search terms to locate ESI for Plaintiffs' RFP Nos. 1-4, 7-8, 10 on March 27, 2026.

## II.    **What Remains Outstanding**

### 1.    **Plaintiffs' Discovery Requests**

Plaintiffs are waiting on productions of documents responsive to RFP Nos. 1-4, 6, 7-8, 10. On March 30, 2026, Plaintiffs' counsel sent Aetna's counsel an eight-page deficiency letter that outlined what remained outstanding with respect to Aetna's discovery obligations, including document and data productions as well as Aetna's responses to Plaintiffs' First Set of Interrogatories served on May 20, 2025. The Parties discussed Plaintiffs' deficiency letter during a meet and confer on April 7, 2026, and Aetna's counsel responded on April 8, 2026.

#### a.  *Data Productions*

As previously stated, *supra* at 1, the Parties have come to an agreement on additional fields Aetna will produce for the initial class data pull. However, Aetna has not reproduced this data yet. In fall 2025, the Parties discussed production for certain secondary codes, and, on April 8, 2026, Aetna asked Plaintiffs to provide more information on what they seek in the secondary pull.

Plaintiffs also requested, and are waiting on, additional information needed to understand the class data.

#### b.  *Plaintiffs' Other Requests for Production*

Aetna previously produced documents responsive to RFP Nos. 1-4, 7-8, 10 and expects to produce additional responsive documents before the May 1, 2026, deadline.

Plaintiffs are also expecting non-ESI productions responsive to RFP No. 6. On February 20, 2026, Aetna stated that it was working on a production of documents responsive to RFP No. 6.

To date, Aetna has not produced any responsive documents but during the Parties' April 7 meet and confer, Aetna reaffirmed that it will.

    *c.   Plaintiffs' Interrogatories*

Plaintiffs are also still awaiting final responses from Aetna to Rog Nos. 1(c), 3, and 5 in Plaintiffs First Set of Interrogatories ("Rog") served on May 20, 2025. During the Parties' April 7 meet and confer and in a subsequent letter, Aetna raised concerns regarding the scope of Plaintiffs' Rog No. 1(c), which the Parties will continue to confer on.

**2.     Aetna's Requests for Production**

In Plaintiffs' March 30 deficiency letter, Plaintiffs informed Aetna of progress regarding collecting documents responsive to Aetna's RFPs served on January 20, 2026.

Plaintiffs have been collecting documents from the Named Plaintiffs' medical providers. Plaintiffs also sent Aetna a proposal of custodians and search terms for ESI on March 31, 2026, to which Aetna responded on April 7 with some additional proposed terms. The Parties believe they will be able to reach agreement on the search terms expeditiously. Plaintiffs expect to begin productions of responsive documents next week.

Aetna also has requested email, journal, and other similar documents from the Named Plaintiffs, and the Parties are still conferring about the scope of those productions.

DATED: April 10, 2025

/s/ *Harini Srinivasan*
Christine E. Webber (admitted *pro hac vice*)
Harini Srinivasan (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
Elizabeth M. McDermott (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com
hsrinivasan@cohenmilstein.com
emcdermott@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY EDUCATION FUND
305 Seventh Avenue, 15th Floor
New York, NY 10001
Phone:(646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org
sgee@transequality.org

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Earl B. Austin*
Earl B. Austin
Sarah E. Reeves
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2649
Fax: (212) 408-2449
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
ROBINSON + COLE LLP
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

*Attorneys for Defendant*

4