# EXHIBIT 1 PLACEHOLDER

## –

# THIS EXHIBIT WAS FILED UNDER SEAL