# EXHIBIT 2 PLACEHOLDER

# –

# THIS EXHIBIT WAS FILED UNDER SEAL