# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

BINAH GORDON *et al.*,

      Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

No. 3:24-cv-01447-VAB

**DECLARATION OF JAMIE HOMNICK**

1.      My name is Jamie Homnick. I am one of the plaintiffs in the above-captioned action. I am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration in support of Plaintiffs' Brief in Opposition to Defendant's Motion to Stay the Preliminary Injunction.

2.      I previously submitted a declaration in this matter on March 3, 2025, in support of Plaintiffs' Motion for Preliminary Injunction, which was granted by the Court on March 8, 2026.

3.      The March 8, 2026 Order obligates Aetna to re-review my claim for insurance coverage for Gender Affirming Facial Reconstruction ("GAFR") without applying its discriminatory categorical carve-out of such procedures. This Order has given me a measure of hope for the future that I have waited long enough for.

4.      It is my understanding that Aetna is seeking to stay the injunction pending its appeal of the Court's Order.

5.      In the year since my last declaration, my symptoms of gender dysphoria have worsened significantly. When I look at myself in the mirror and see my masculine facial features,

it is a daily reminder that my dysphoria will not go away without the GAFR that Aetna denied coverage for.

6.      I continue to see my therapist, Dr. Amanda Shaw, every week, but even so, my anxiety over when and how I can get GAFR has made it hard for me to be in certain settings. For example, I am uncomfortable being in spaces where there are lots of mirrors or reflective surfaces where my typically male facial features are reflected back at me.

7.      I still take steps every day to alter and hide my appearance to alleviate the symptoms of dysphoria. For example, I cut my bangs in order to cover the top part of my face, so that I do not have to see my stereotypically masculine forehead and hairline. I take care to wear makeup whenever I leave the house, including winged eyeliner and lipstick. I try to smile more because I think it makes my features appear softer and more feminine. I wear feminine eyeglasses and choose clothing that feels feminine, like skirts with tights, even into the colder months.

8.      These steps only allow me to leave the house when necessary. They do not alleviate the severe and intensifying gender dysphoria I feel in connection with my facial features. These feelings keep me from wanting to leave the house or engage socially outside the home with my family and friends because I am fearful that others will notice me as "different."

9.      When I do go out, I still think that my face makes people not see me as who I am— a woman—and I tend to withdraw from social interactions more than I would otherwise. I can't go out without anxiety and paranoia. I continuously wonder, will people be able to identify me as trans? Will they think I'm a man?

10.      Without the facial surgeries that I need, my mental health continues to decline. Over the course of this year, I have suffered from severe and worsening depression and anxiety. This Court's order has given me hope that Aetna must re-review my GAFR claims and may even

cover care that my providers have, for years, deemed medically necessary. Should the Court grant Defendant's Motion to Stay the Preliminary Injunction, I am worried that my self-esteem will sink lower and I might fall into a deeper depression.

11.    Much of being transgender and transitioning comes with feelings of powerlessness. Being discriminated against in everyday life is painful and not in my control to prevent. As the Trump Administration's attacks on the transgender community have increased exponentially, so has my fear that I will be confronted by transphobic people in public, who pose a risk to my physical safety. All of it made me feel powerless, and it continues to do so.

12.    I need the relief that will come from Aetna's review of my claim for insurance coverage now; to wait any longer will worsen the harm I've already suffered and, I fear, substantially affect my mental stability and physical health in permanent ways.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 10th day of April, 2026.

Signed by:

*[signature]*
A399F64F4F9D458...

Jamie Homnick