# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

BINAH GORDON *et al*.,

        Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

No. 3:24-cv-01447-VAB

## DECLARATION OF GENNIFER HERLEY

1.      My name is Gennifer Herley. I am one of the plaintiffs in the above-captioned action. I am over the age of eighteen. I have personal knowledge of the facts set forth in this declaration in support of Plaintiffs' Brief in Opposition to Defendant's Motion to Stay the Preliminary Injunction.

2.      I previously submitted a declaration in this matter on March 3, 2025, in support of Plaintiffs' Motion for Preliminary Injunction, which was granted by the Court on March 8, 2026.

3.      The March 8, 2026 Order obligates Aetna to re-review my claim for insurance coverage for Gender Affirming Facial Reconstruction ("GAFR") without applying its discriminatory categorical carve-out of such procedures. This Order has given me a measure of hope for the future that I have waited long enough for.

4.      It is my understanding that Aetna is seeking to stay the injunction pending its appeal of the Court's Order.

5.      In the year since my last declaration, my symptoms of gender dysphoria have worsened significantly. For example, the intense distress I have always felt arising from the incongruence of my masculine-appearing face and gender identity has exacerbated, as have my

symptoms of depression and anxiety; suicidal ideation; low self-esteem; extreme focus on my appearance; and intense desire to avoid social interactions.

6. I still take steps every day to alter and hide my appearance to alleviate the symptoms of dysphoria. For example, I always feel the need to be as feminine as possible. I like to dress overtly feminine so that, when I see my reflection, I don't trigger an episode of consuming dysphoric anxiety. I rarely wear pants and prefer dresses. My goal every day is to dress in a way so that no one has any doubt about my womanhood. My hair, clothes, and makeup are things I have to think about all the time and wonder, do I look female, and am I "female enough"?

7. However, even these steps do not alleviate the severe and intensifying gender dysphoria I feel in connection with my facial features. Every time I get home and change, or when I go to the gym, I see my reflection in the mirror, and I do not like the stereotypically male appearance I see. My physique and features trigger distress and anxiety.

8. I am desperate for relief from my dysphoria, but without insurance coverage, I cannot afford to pay for the surgery I need. And as the Trump Administration's attacks on the transgender community have ratcheted, it is increasingly more difficult to feel okay with who I am. I am also fearful of being outed; I avoid using the women's locker room at my gym, opting instead to change at home. I internalize the external hatred such that my pain is relentless.

9. When Aetna initially rejected my claim for coverage of GAFR, I was devastated, and my depression and anxiety spiked. This Court's Order has given me hope that Aetna must re-review my GAFR claims and may even cover care that my providers have, for years, deemed medically necessary. Yet I remain extremely uneasy, not knowing when I will have access to the care that I know will alleviate my distress and give me a measure of control and peace. Should the

Court grant Defendant's Motion to Stay the Preliminary Injunction, I am worried that my mental health will continue to decline precipitously.

10.     As I continue to live without GAFR, the most visible cause of misgendering by others is still present. When I go out in public, my face serves as a constant reminder of who, and what, people perceive me to be—and my confidence shatters. Without the facial surgeries that I need, I'm worried that, at this mature stage of my life, the distress will never subside and will continue to prevent me from ever being able to fulfill my full human potential. Thinking of this furthers the decline of my mental health.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this 10th day of April, 2026.


DocuSigned by:

*Gennifer Herley*

6F42ADE47BE6479...

Gennifer R. Herley