**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

BINAH GORDON *et al.*,

Plaintiffs,

v.                                                          No. 3:24-cv-01447-VAB

AETNA LIFE INSURANCE COMPANY,

Defendant.

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs and Defendant Aetna Life Insurance Company move to amend the Court's Scheduling Order, Dkt. No. 152, to terminate the deadline to file discovery-related motions. The current deadline for the Parties to file such motions is May 15, 2026 and the deadline for completion of fact discovery is August 17, 2026. *See id.* The Parties jointly move the Court to terminate the deadline for discovery-related motions practice. Instead, the Parties will agree to follow the Court's individual practices for any discovery disputes the Parties are unable to resolve before the August 17, 2026 deadline. *See* Judge Bolden's Pretrial Preferences, Discovery.

There is good cause to grant this motion. The Parties requested the May 15 deadline prior to the Court's Order of March 8, 2026, granting Plaintiffs Homnick and Herley's motion for preliminary injunction. The Court's Order initiated related discussions between the Parties about compliance and, ultimately, motions practice, which caused the need for additional time for both Parties to complete document productions. *See* Dkt. Nos. 152 & 153. The Parties substantially met the May 1, 2026 deadline to complete document production; however, they need additional time to complete data productions and document productions for the Named Plaintiffs. As for outstanding data productions, the Parties have agreed on the scope and the substance of the

complete dataset to be produced, leaving only Aetna's production of that data and the Parties' confirmation that the production conforms to their agreement.[1] The Parties intend to work together to ensure that the data are produced in a reasonable timeframe.

The Parties do not anticipate that terminating the deadline for discovery-related motions will otherwise affect the Scheduling Order currently in place. The Parties agree to continue to work cooperatively to complete fact discovery and will raise any discovery disputes in a timely manner with the Court in accordance with the Court's individual practices.

For those reasons, the Parties respectfully request to amend the Scheduling Order to terminate the deadline to file any motions with the Court related to document discovery.

---

[1] The Parties agreed that Aetna will produce data for all claims and requests that individuals filed simultaneously with the primary GAFR procedures captured in the initial dataset that were submitted under the same diagnosis codes; and claims and requests for agreed-upon procedures for the individuals identified in the initial dataset that were submitted under diagnosis codes F64.9 and F64.0 at other times.

DATED: May 8, 2026

/s/ *Harini Srinivasan*
Christine E. Webber (admitted *pro hac vice*)
Harini Srinivasan (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
Elizabeth M. McDermott (admitted
*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com
hsrinivasan@cohenmilstein.com
emcdermott@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
305 Seventh Avenue, 15th Floor
New York, NY 10001
Phone:(646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org
sgee@transequality.org

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Earl B. Austin*
Earl B. Austin
Sarah E. Reeves
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2649
Fax: (212) 408-2449
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
ROBINSON + COLE LLP
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

*Attorneys for Defendant*

3