# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-six.

Before:        Sarah A. L. Merriam,
               *Circuit Judge.*

_____

Binah Gordon, individually and on behalf
of all similarly situated, et al.,

        Plaintiffs - Appellees,

   v.

Aetna Life Insurance Company,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 26-820

Appellant moves for an emergency stay pending appeal of the preliminary injunction entered by the district court on March 8, 2026. Appellant also requests an administrative stay of the injunction while the Court considers this motion.

It is hereby ORDERED that the motion for a stay pending appeal is REFERRED to the earliest available motions panel. The request for an administrative stay pending resolution by a motions panel is DENIED.

It is further ORDERED that this appeal is expedited. Appellant's opening brief is due July 8, 2026; Appellee's brief is due August 12, 2026; any reply brief must be filed by August 26, 2026. The appeal will be heard as soon as reasonably practicable after briefing is complete.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/03/2026