**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BINAH GORDON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 3:24-cv-01447-VAB |

**JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER**

Per this Court's March 5 Order (Dkt No. 152), Plaintiffs and Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") (collectively, "the Parties"), by and through counsel, provide an update on discovery progress and what remains outstanding.

## I. Discovery Progress

Since April 17, 2026, Plaintiffs have produced 791 documents responsive to Aetna's requests for production served on January 20, 2026. On May 1, 2026, Aetna produced its sixth production in response to Plaintiffs' First Set of Requests for Production served on April 9, 2025.

On April 1, 2026, Plaintiffs served their Second Set of Interrogatories ("Rog") on Aetna. Aetna responded on May 15, 2026.

## II. What Remains Outstanding

### 1. Plaintiffs' Discovery Requests

*a. Data Productions*

As stated in the Parties' April 10 status report, the Parties reached agreement on additional fields and categories of information Aetna would produce for the initial class data pull. On April 17, 2026, Plaintiffs requested additional information needed to understand and finalize the class

data, including information concerning the denial reason codes used to identify claims in the dataset. Plaintiffs also provided Aetna with further information regarding Plaintiffs' proposed second data pull, including the secondary procedure codes Plaintiffs seek and the methodology Plaintiffs proposed to capture associated GAFR procedures for individuals identified in the initial dataset.

On May 1, 2026, Aetna produced an updated dataset, which Aetna represented included approved claims, billing information based on then-available information, and additional denial-code information. Plaintiffs continue to assess what, if any, additional information is needed to understand the data produced.

With respect to the second data pull, Plaintiffs proposed that Aetna identify: (1) claims or requests in which secondary GAFR-related procedure codes were submitted simultaneously with primary GAFR procedure codes already reflected in the dataset; and (2) claims or requests in which secondary GAFR-related procedure codes were submitted separately for individuals already identified in the initial dataset, including where procedures may have been staged as part of the same course of GAFR care. On April 30, 2026, Aetna stated that it would agree to identify instances in which secondary codes were submitted simultaneously with primary codes already reflected in the dataset and would discuss Plaintiffs' request for non-concurrent secondary-code data with its client. Plaintiffs confirmed that they are seeking non-concurrent secondary-code data where secondary procedures were part of a staged course of GAFR care. Aetna subsequently agreed to produce this data as well.

On July 7, 2026, the Parties met and conferred regarding the status of the second data pull. During that meet and confer, Aetna confirmed that it will produce the secondary-code data by the end of July 2026.

   b.  *Plaintiffs' Other Requests for Production*

On May 1, 2026, Aetna produced its sixth set of documents. Plaintiffs understood this to be Aetna's last non-data production. Due to metadata issues, Aetna clawed back 68 documents from its sixth production on May 20, 2026. On July 3, 2026, Aetna reproduced 49 of the documents.[1] Plaintiffs are reviewing Aetna's six productions for deficiencies. At this time, Plaintiffs have identified that the productions are missing documents responsive to RFP Nos. 5 and 6.

The Parties are also continuing to discuss certain document issues, such as Aetna's relevance redactions in several of its documents and whether Aetna can claw back certain documents on responsiveness grounds.

   c.  *Plaintiffs' Interrogatories*

Plaintiffs are still awaiting final responses from Aetna to Rog Nos. 1(c), 3, and 5 in Plaintiffs' First Set of Rogs served on May 20, 2025. The Parties have not agreed to the appropriate scope for Rog No. 1(c) yet.

On July 7, 2026, the Parties discussed Aetna's response to Plaintiffs' Rog No. 7. Aetna has agreed to consider providing further information in response.

   **2.    Aetna's Requests for Production**

Plaintiffs have been producing documents responsive to Aetna's January 20, 2026 requests for production on a rolling basis, totaling seven productions and 791 documents. Aetna is reviewing Plaintiffs' productions for deficiencies on a rolling basis. At this time, Aetna has identified that the productions are missing responsive documents, including but not limited to

---

[1] Aetna is withholding the other documents while it determines whether the documents are responsive. The Parties will continue to confer on this.

documents responsive to RFP Nos. 26 (Avelle, Gordon, Mayers, and S.N.) and 27 (Herley and Homnick). Plaintiffs expect to complete their document productions by the end of July.

## III.    <u>Amending the Current Schedule</u>

Pursuant to Local Rule 7(b), Plaintiffs and Defendant also move to amend the Court's Scheduling Order, Dkt. No. 152, to move the deadline for fact depositions and, accordingly, adjust the remainder of the schedule.

There is good cause to grant this motion. Both Parties intend to complete the outstanding components of document and data production by the end of July, as discussed above. The Parties will then need to schedule numerous depositions, and a brief enlargement of the schedule will accommodate doing so. Given that the substance of the depositions may impact expert discovery, the Parties have shifted those deadlines accordingly.

The proposed schedule outlines the Parties' request in more detail:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint status report on the progress of discovery | September 11, 2026 | **September 11, 2026** |
| Fact depositions | August 17, 2026 | **October 23, 2026** |
| Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof | August 24, 2026 | **October 30, 2026** |
| Depositions of any such experts will be completed | October 5, 2026 | **November 20, 2026** |
| Parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof | November 10, 2026 | **December 11, 2026** |
| Joint status report on the progress of discovery due | November 20, 2026 | **December 18, 2026** |

| | | |
|---|---|---|
| Depositions of such experts will be completed | December 14, 2026 | **January 15, 2027** |
| All discovery will be completed | December 14, 2026 | **January 22, 2027** |
| Parties' joint request for a settlement conference | December 21, 2026 | **January 22, 2027** |
| Motion for class certification due | February 9, 2027 | **March 5, 2027** |

DATED: July 10, 2026                                    Respectfully submitted,

/s/ *Harini Srinivasan*                                /s/ *Earl B. Austin*
Christine E. Webber (admitted *pro hac vice*)          Earl B. Austin
Harini Srinivasan (admitted *pro hac vice*)            Sarah E. Reeves
Aniko R. Schwarcz (admitted *pro hac vice*)            BAKER BOTTS L.L.P.
Elizabeth M. McDermott (admitted *pro hac vice*)       30 Rockefeller Plaza
COHEN MILSTEIN SELLERS & TOLL LLP                      New York, New York 10112
1100 New York Ave, NW, Suite 800                       Tel.: (212) 408-2649
Washington, DC 20005                                   Fax: (212) 408-2449
Phone: (202) 408-4600                                  earl.austin@bakerbotts.com
Fax: (202) 408-4699                                    sarah.reeves@bakerbotts.com
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com                            Theodore J. Tucci (ct05249)
hsrinivasan@cohenmilstein.com                          Abby M. Warren (ct30077)
emcdermott@cohenmilstein.com                           Christopher A. Costain (ct31612)
                                                       ROBINSON + COLE LLP
Joseph J. Wardenski [ct31674]                          One State Street
WARDENSKI P.C.                                         Hartford, CT 06103-3195
134 West 29th Street, Suite 709                        Tel.: (860) 275-8200
New York, NY 10001                                     Fax: (860) 275-8299
Phone: (347) 913-3311                                  ttucci@rc.com
Fax: (347) 467-7237                                    awarren@rc.com
joe@wardenskilaw.com                                   ccostain@rc.com

                                                       *Attorneys for Defendant*

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
305 Seventh Avenue, 15th Floor
New York, NY 10001
Phone: (646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org
sgee@transequality.org

*Attorneys for Plaintiffs*