D. Conn.
24-cv-1447
Bolden, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-six.

Present:

Richard J. Sullivan,
Michael H. Park,
Alison J. Nathan,
     *Circuit Judges*.

Binah Gordon, individually and on behalf of all similarly situated, et al.,

*Plaintiffs-Appellees*,

v.

26-820

Aetna Life Insurance Company,

*Defendant-Appellant*.

Appellant moves for a stay of the district court's March 8, 2026, order granting a preliminary injunction.  Upon due consideration, it is hereby ORDERED that the motion is GRANTED.  *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009) (discussing stay factors).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 7/10/2026