AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | | |
|---|---|---|
| Binah Gordon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:24-cv-01447 |
| Aetna Life Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binah Gordon, Kay Mayers, S.N., Alma Avalle, Gennifer Herley, Jamie Homnick, et al.                        .

Date:    07/15/2026

/s/ Sabrina Merold
*Attorney's signature*

Sabrina Merold, D.C. Bar No. 1738065
*Printed name and bar number*

1100 New York Ave. NW, Suite 800
Washington, DC 20005

*Address*

smerold@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*