**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BINAH GORDON *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 3:24-cv-01447-VAB |

**<u>JOINT STATUS REPORT</u>**

Per this Court's August 11, 2026, Order (Dkt No. 179), Plaintiffs and Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") (collectively, "the Parties"), by and through counsel, provide an update on discovery progress and what remains outstanding.

## I. <u>Discovery Progress</u>

Since July 10, 2026, Plaintiffs have produced 1,155 documents responsive to Aetna's requests for production, totaling 1,946 documents since Aetna served the requests for production on January 20, 2026.

On August 21, 2026, Aetna produced an updated claims dataset that included claims or requests for an agreed-upon set of Current Procedural Terminology ("CPT") codes. The dataset also included claims or requests for other GAFR-related CPT codes if they were submitted either (1) alongside other GAFR procedure codes or (2) within an 18-month window for individuals already identified in the initial data set. Plaintiffs have been reviewing the new dataset and are preparing a set of questions and points to discuss with Aetna.

## II. What Remains Outstanding

On August 3, 2026, Plaintiffs' counsel sent Aetna's counsel a 17-page deficiency letter that outlined—from Plaintiffs' perspective—numerous deficiencies in Aetna's document productions and interrogatory responses to date. Aetna's counsel responded in writing on September 15, 2026. Plaintiffs are evaluating whether Court intervention is needed regarding several disputes for which the Parties appear to be at an impasse. If needed, the Parties will request a discovery conference consistent with the Court's Individual Practices.

### 1. Plaintiffs' Discovery Requests

#### *a. Plaintiffs' Requests for Production*

During Plaintiffs' review of Aetna's productions to date, Plaintiffs identified several gaps. Plaintiffs' counsel notified Aetna of these deficiencies in the August 3 Letter, to which Aetna responded on September 15.

As discussed in the Parties' July 10 Joint Status Report (Dkt. No. 173), Aetna clawed back 68 documents from its sixth production on May 20, 2026. On July 3, 2026, Aetna reproduced a subset of the documents and informed Plaintiffs that it was withholding the remaining documents on responsiveness and protected health information ("PHI") grounds. The Parties met and conferred on July 7, 2026, and Aetna agreed to identify which documents it clawed back to reproduce with PHI redactions and which documents it was withholding on responsiveness grounds. In the September 15 Letter, Aetna's counsel provided Plaintiffs with additional information which Plaintiffs are reviewing.

The Parties also met and conferred on June 12 and July 7, 2026 regarding Aetna's use of relevance redactions throughout its productions. In the August 3 Letter, Plaintiffs' counsel

reiterated Plaintiffs' position that the relevance redactions are improper. In the September 15 Letter, Aetna's counsel stated that Aetna is not willing to remove those redactions.

*b. Plaintiffs' Interrogatories*

In the August 3 Letter, Plaintiffs' counsel also followed up on Aetna's deficient Interrogatory ("Rog") Responses from Plaintiffs' First Set of Rogs served on May 20, 2025 and Second Set of Rogs served on April 1, 2026. Aetna maintains its prior objections and responses to most Rogs but provided additional information for a couple. Plaintiffs are considering how to proceed.

**2. Aetna's Requests for Production**

Plaintiffs have been producing documents responsive to Aetna's January 20, 2026 requests for production on a rolling basis, totaling eight productions and 1,946 documents to date.

DATED: September 18, 2026

Respectfully submitted,

/s/ Harini Srinivasan
Harini Srinivasan (admitted *pro hac vice*)
Christine E. Webber (admitted *pro hac vice*)
Aniko R. Schwarcz (admitted *pro hac vice*)
Sabrina Merold (admitted *pro hac vice*)
Elizabeth M. McDermott (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave, NW, Suite 800
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
aschwarcz@cohenmilstein.com
hsrinivasan@cohenmilstein.com
emcdermott@cohenmilstein.com

Joseph J. Wardenski [ct31674]
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Gabriel Arkles (admitted *pro hac vice*)
Ezra Cukor (admitted *pro hac vice*)
Sydney Duncan (admitted *pro hac vice*)
Kelly Parry-Johnson (admitted *pro hac vice*)
Seran Gee (admitted *pro hac vice*)
ADVOCATES FOR TRANS EQUALITY EDUCATION FUND
305 Seventh Avenue, 15th Floor
New York, NY 10001
Phone: (646) 993-1688
Fax: (646) 993-1686
garkles@transequality.org
ecukor@transequality.org
sduncan@transequality.org
kparry-johnson@transequality.org
sgee@transequality.org

*Attorneys for Plaintiffs*

/s/ Earl B. Austin
Earl B. Austin
Sarah E. Reeves
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2649
Fax: (212) 408-2449
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
ROBINSON + COLE LLP
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

*Attorneys for Defendant*