LY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$19.05
Origin: 01922
10/08/26
2410540922-4

PRIORITY MAIL®

0 Lb 10.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/10/26

C110

SHIP TO:
141 CHURCH ST
NEW HAVEN CT 06510-2030

USPS SIGNATURE® TRACKING #

9510 8114 0401 6281 2704 06

FROM:
Brandon Hayes
159 Indian Hill st
W. Newbury MA 01985

TO: Clerk of Court
US District Court
Richard C. Lee US Courthouse
141 Church St.
New Haven CT 06510

ed delivery dat
tic shipments i
racking® servic
international i
sed internation
does not cover cert
ail Manual at http:/
national Mail Manu
inations.
Pickup,
T RATE
TE ■ ANY WE
CKED ■
S00001000014
OD: 12 1/2 x 9 1/2
PAPER POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.