Y MAIL
ENVELOPE
QUIRED

$19.05

Origin: 01922
11/16/26
2410540922-12

PRIORITY MAIL®

0 Lb 3.80 Oz

RDC 01

EXPECTED DELIVERY DAY: 11/19/26

C110

SHIP
TO:
141 CHURCH ST
NEW HAVEN CT 06510-2030

USPS SIGNATURE® TRACKING #

9510 8114 0402 6320 0757 01

ORITY®
AIL

ply).*
ational destinations.
red.
see the
ns of coverage.

dule free Package Pickup,
can the QR code.

SPS.COM/PICKUP

FROM: Brandon Hayes
159 Indian Hill St
West Newbury MA 01985

X-RAY SCREEN
COMPLETED

TO: Office of the Clerk
US District Court, District of CT
Richard C Lee US Courthouse
141 Church Street
New Haven CT 06510

S00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER
POUCH
how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.